# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

| | | |
|---|---|---|
| IN RE | ) | No. _____ |
| ROBERT LESLIE ROBERSON III, | ) | |
|     MOVANT | ) | |
| | ) | |

## OPPOSED MOTION FOR ORDER AUTHORIZING THE DISTRICT COURT TO CONSIDER SECOND OR SUCCESSIVE PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2244

## Appendix of Exhibits

| No. | Document |
|-----|----------|
| **Volume I** | |
| 1 | Proposed Successive Habeas Petition |
| 2 | Robert Roberson Arrest Warrant and Dr. Janet Squires' REACH affidavit |
| 3 | Nikki Curtis Autopsy Report |
| 4 | SWIFS Investigation Narrative |
| 5 | 2003 Trial References to SBS |
| 6 | CV & Affidavit of Dr. Janice Ophoven (2016) |
| 7 | CV & Affidavit of Kim Basinger |
| 8 | CV & Affidavit of Dr. Francis Green (2024) |
| 9 | CV & Affidavit of Dr. Keenan Bora (2024) |
| 10 | CV & Affidavit of Dr. Julie Mack (2024) |
| 11 | CV & Affidavit of Dr. Michael Laposata (2025) |
| 12 | Joint Statement of Pathologists (February 2025) |
| **Volume II** | |
| 13 | Transcript J. Urban testimony in Texas v. Young, (August 19, 2024) |
| 14 | Email from J. Urban's assistant to V. Potkin (August 20, 2024) |
| 15 | Declaration of Patricia Conklin |
| 16 | Declaration of Brian Wharton (2022) |
| 17 | Declaration of Brian Wharton with DMN OpEd (May 28, 2024) |

| 18 | CV & Report of Dr. Roland Auer (2021) |
|---|---|
| 19 | Göran Elinder et al, *Traumatic Shaking: The Role of the Triad in Medical Investigations of Suspected Traumatic Shaking*, Report No. 255E (Oct. 2016) |
| 20 | Chris Brook, *Retino-dural hemorrhages in infants are markers of degree of intracranial pathology, not of violent shaking*, Ann. Child Neur. Soc. 00(00): 1-7 (2024) |
| 21 | J. Tibballs and N. Bhatia, *Medical and Legal Uncertainties and Controversies in "Shaken Baby Syndrome" or Infant "Abusive Head Trauma,"* J. LAW & MED. 151-184 (May 2024) |
| 22 | Norrell Atkinson, et al., *Childhood Falls with Occipital Impacts*, 34 Pediatric Emergency Care 837-41 (2018) |
| 23 | D. Vaslow, *Chronic Subdural Hemorrhage Predisposes to Development of Cerebral Venous Thrombosis and Associated Retinal Hemorrhages and Subdural Rebleeds in Infants*, 35 Neuroradiology Journal 53-66 (2022) |
| 24 | I. Thiblin, et al *Retinal Haemorrhage in Infants Investigated for Suspected Maltreatment is Strongly Correlated with Intracranial Pathology*, 111 Acta Paediatrica 800-08 (2022) |
| **Volume III** | |
| 25 | W. Squier, *Infant Retinal Haemorrhages Correlate with Chronic Subdural Haemorrhage, not Shaking*, 111 Acta Paediatrica 714-15 (2022) |
| 26 | J. Andersson, et al *External Hydrocephalus as a Cause of Infant Subdural Hematoma: Epidemiological and Radiological Investigations of Infants Suspected of Being Abused*, 126 Pediatric Neurology 26-34 (2021) |
| 27 | S.M. Zahl, et al *Examining Perinatal Subdural Haematoma as an Aetiology of Extra-Axial Hygroma and Chronic Subdural Haematoma, Acta Paediatrica* (2019) |
| 28 | I. Thiblin et al., *Medical Findings and Symptoms in Infants Exposed to Witnessed or Admitted Abusive Shaking: A Nationwide Registry Study*, 15 PLOS ONE 8–9 (2020) |
| 29 | J. Mack, et al., *Anatomy and Development for the Meninges: Implications for Subdural Collections and CSF Circulation*, 39 PEDIATRIC RADIOLOGY 200–210 (2019) |
| 30 | N. Aoki, *Infantile Acute Subdural Hematoma with Retinal Hemorrhage Caused by Minor Occipital Impact Witnessed by an ICU Nurse: a Case* |

| | |
|---|---|
| | *Report*, 4 Journal of Pediatric Neurology and Neuroscience 47-50 (2020) |
| 31 | C. Brook, et al, *26 cm fall caught on video causing subdural hemorrhages and extensive retinal hemorrhages in an 8-month-old infant*, Clinical Case Reports (July 2024) |
| 32 | M. Hajiaghamemar, et al, *Infant Skull Fracture Risk for Low Height Falls*, 133 International Journal of Legal Medicine 847-62 (2019) |
| 33 | K Wester, et al, *Re-evaluation of Medical Findings in Alleged Shaken Baby Syndrome and Abusive Head Trauma in Norwegian Courts Fails to Support Abuse Diagnoses*, 111 Acta Paediatrica 779-92 (2022) |
| 34 | C. Brook, *Evidence for significant misdiagnosis of abusive head trauma in pediBIRN data*, For. Sci. Int'l: Synergy 6 (2023) |
| 35 | Declaration of Juror Terre A. Compton (2022) |
| 36 | CV & Declaration of John Plunkett, MD |
| 37 | Email to Anderson County DA re Dr. Plunkett |
| 38 | "Shaken Baby Syndrome: Rotational Cranial Injuries-Technical Report" *American Academy of Pediatrics* (2001). |
| 39 | Niels Lynoe, MD, PhD, et al. "Insufficient evidence for 'shaken baby syndrome' - a systematic review." |
| 40 | CV & Chart of Carl Wigren, MD (2020) |
| 41 | CV & Declaration of Harry Bonnell, MD |
| 42 | Pediatrician's letter re Nikki's apneic episodes (August 24, 2000) |
| **Volume IV** | |
| 43 | Texas Defender Service, *An Unfulfilled Promise: Assessing the Efficacy of Article 11.073* (July 2024) |
| 44 | Texas House Committee Interim Report, November 19, 2024 |
| 45 | Criminal Jurisprudence Hearing Transcript, Oct 21 2024 |
| 46 | *In re Wood*, No. 25-10359 (5th Cir. Mar. 11, 2025) (not designated for publication) |

# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ROBERT LESLIE ROBERSON, III, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.: |
| | ) | |
| ERIC GUERRERO, Director | ) | |
| Texas Department of Criminal Justice, | ) | ***Execution date set for October 16, 2025*** |
| Correctional Institutions Division, | ) | |
| | ) | |
| Respondent. | ) | |

## SECOND OR SUCCESSIVE PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. §2254

Callie Heller, TX Bar No. 24101897
Emma V. Rolls, OK Bar No. 18820
Assistant Federal Public Defenders
Western District of Oklahoma
215 Dean A. McGee Ave., Suite 707
Oklahoma City, OK 73102
Telephone:     (405) 609-5975
Facsimile:     (405) 609-5976
Callie_Heller@fd.org
Emma_Rolls@fd.org

Gretchen S. Sween, TX Bar No. 24041996
*Counsel of Record in state court*
712 Upson Street
Austin, TX 78703
(214) 557-5779
gsweenlaw@gmail.com

**THIS IS A CAPITAL CASE**

## SECOND OR SUCCESSIVE PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. §2254

Petitioner Robert Leslie Roberson, III, through counsel, pursuant to all rights available under the Constitution, laws, or treaties of the United States, respectfully petitions this Court for a writ of habeas corpus declaring unconstitutional and invalid his conviction for capital murder as well as the resulting death sentence. This Petition is being filed first as an exhibit to Roberson's Motion for Authorization, filed in the Fifth Circuit. When that Motion is granted, Roberson will file this Petition in district court along with all exhibits cited herein.

## TABLE OF CONTENTS

SECOND OR SUCCESSIVE PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. §2254 ............................................................................ i

TABLE OF CONTENTS ............................................................................................ ii

TABLE OF AUTHORITIES ...................................................................................... iv

PARTIES ..................................................................................................................... 1

JURISDICTION AND VENUE ................................................................................. 1

INTRODUCTION ....................................................................................................... 1

STATEMENT OF FACTS .......................................................................................... 8

    I.     "[T]he Picture of What They Call Shaken Impact Syndrome." ................. 8

        A.    Nikki's illness and her father's arrest. .................................................. 8

        B.    State's causation theory and sexual assault testimony at Roberson's trial. ............. 14

    II.    The Evidence That Has Emerged Since Trial .......................................... 18

        A.    The sea change in SBS/AHT has debunked the State's causation theory. .............. 18

        B.    A host of interrelated conditions caused Nikki's natural death. ............. 21

            1.    Expert opinions and evidence presented in the 2016 successive state habeas application and 2018-2021 evidentiary hearing on remand ............................... 22

            2.    Expert opinions and evidence presented in the 2024 successive state habeas application ............................ 26

            3.    Expert opinions and evidence presented in the 2025 successive state habeas application ............................ 30

        C.    Roberson Has Been Diagnosed with Autism Spectrum Disorder ............. 36

PROCEDURAL HISTORY ...................................................................................... 37

CLAIM FOR RELIEF .............................................................................................. 40

CLAIM 1: ROBERSON'S CONVICTION VIOLATES THE RIGHT TO DUE PROCESS OF LAW UNDER THE FOURTEENTH AMENDMENT BECAUSE IT RESTS ON SINCE-INVALIDATED FORENSIC SCIENCE. .................................................. 40

    I.    Roberson's Right to Due Process is Violated by a Conviction Based on Subsequently Discredited Medical Opinions and Considering the Overwhelming New Evidence of Innocence ........................ 40

    II.    This Claim Meets the Requirements of 28 U.S.C. §2244(b). ................... 43

        A.    Roberson could not have discovered the factual predicate for his due process claim previously through due diligence. ............. 44

        B.    Roberson presents clear and convincing evidence that, but for the due process violation, no reasonable factfinder would have found him guilty. ............. 45

    III.    This Court Can Reach the Merits of Roberson's Due Process Claim. ............. 49

STATUTE OF LIMITATIONS ................................................................................ 50

CONCLUSION AND PRAYER FOR RELIEF .......................................................... 51

CERTIFICATE OF SERVICE .............................................................................. 52

**TABLE OF AUTHORITIES**

**Cases**

*Ex parte Roark*,
   707 S.W.3d 157 (2024) .................................................................................... 38

*Ex parte Roberson*,
   No. WR-63,081-01 (Tex. Crim. App. Sept. 16, 2009) ............................................... 37

*Ex parte Roberson*,
   No. WR-63,081-02 (Tex. Crim. App. Sept. 16, 2009) ............................................... 37

*Ex parte Roberson*,
   No. WR-63,081-03, 2016 WL 3543332 (Tex. Crim. App. June 16, 2016) ........................ 38, 49

*Ex parte Roberson*,
   No. WR-63,081-04 (Tex. Crim. App. Sept. 11, 2024) ................................... 38, 39, 49

*Ex parte Roberson*,
   No. WR-63,081-05, 2024 WL 4504434 (Tex. Crim. App. Oct. 16, 2024) ............................ 39

*Ex parte Roberson*,
   No. WR-63,969-03 (Tex. Crim. App. Jan. 11, 2023) ................................................ 38, 49

*In re (Dexter) Johnson*,
   935 F.3d 284 (5th Cir. 2019) ........................................................................... 50

*In re (Michael) Johnson*,
   322 F.3d 881 (5th Cir. 2003) ........................................................................... 43

*In re Campbell*,
   750 F.3d 523 (5th Cir. 2014) ........................................................................... 51

*In re Davila*,
   888 F.3d 179 (5th Cir. 2018) ........................................................................... 44

*In re Tex. House of Representatives*,
   No. 24-0884 (Tex. Oct. 17, 2024) ..................................................................... 39

*Johnson v. Davis*,
   No. 4:19-cv-03047 (N.D. Tex. July 30, 2020) ........................................................ 51

*Johnson v. Dretke*,
   442 F.3d 901 (5th Cir. 2006) ........................................................................... 44

*Johnson v. Mississippi*,
   486 U.S. 578 (1988) ..................................................................................... 50

*Jones v. State*,
   No. 0087, 2021 WL 346552 (Md. Ct. Spec. App. Feb. 2, 2021) ................................... 20

*Magouirk v. Phillips*,
   144 F.3d 348 (5th Cir. 1998) ........................................................................... 50

*McQuiggin v. Perkins*,
   569 U.S. 383 (2013) ..................................................................................... 50

*Roberson v. Director*,
   TDCJ-ID, 2014 WL 5343198 (E.D. Tex. Sept. 30, 2014) .......................................... 37

*Roberson v. State*,
   No. AP-74 (Tex. Crim. App. Jun. 20, 2007) ......................................................... 37

*Roberson v. Stephens*,
   577 U.S. 1033 (2015) ................................................................................... 37

*Roberson v. Stephens*,
  577 U.S. 1150 (2016)................................................................. 37
*Roberson v. Stephens*,
  619 F. App'x 353 (5th Cir. 2015)............................................ 37
*Roberson v. Texas*,
  144 S. Ct. 129 (2023).............................................................. 38
*Roberson v. Texas*,
  145 S. Ct. 3 (2024)................................................................. 39
*Roberson v. Thaler*,
  No 2:09-cv-327-TJW (E.D. Tex. Sept. 14, 2010)................... 44
*Sanders v. United States*,
  373 U.S. 1 (1963).................................................................... 44
*Schlup v. Delo*,
  513 U.S. 298 (1995)................................................................ 50
*Ward v. State*,
  382 So.3d 574 (Ala. Crim. App. 2020)................................... 26

**Statutes**

28 U.S.C. §1331 ........................................................................... 1
28 U.S.C. §2241 ......................................................................... 37
28 U.S.C. §2241(a) ....................................................................... 1
28 U.S.C. §2241(d) ....................................................................... 1
28 U.S.C. §2244(b) ..................................................................... 50
28 U.S.C. §2244(b)(1) ................................................................ 44
28 U.S.C. §2244(b)(2)(B) ..................................................... 44, 50
28 U.S.C. §2244(b)(2)(B)(i) ................................................. 44, 45
28 U.S.C. §2244(b)(2)(B)(ii) ..................................................... 45
28 U.S.C. §2244(b)(4) ................................................................ 43
28 U.S.C. §2244(d)(1) ................................................................ 50
28 U.S.C. §2254 .................................................................... 37, 51
28 U.S.C. §2254(a) ....................................................................... 1
28 U.S.C. §2254(d) ..................................................................... 50

**Rules**

Rules Governing Section 2254 Cases in the U.S. District Courts, Rule 6.................................. 51
Rules Governing Section 2254 Cases in the U.S. District Courts, Rule 8.................................. 51

**Treatises**

Keith A. Findley, et al., ed., SHAKEN BABY SYNDROME: INVESTIGATING THE ABUSIVE
  HEAD TRAUMA CONTROVERSY (Cambridge Univ. Press 2023)................................ 13

**Other Authorities**

A.N. Guthkelch, *Problems of Infant Retino-Dural Hemorrhage with Minimal External
  Injury*, 12 Hous. J. Health L. & Pol'y (2012) ........................................ 19
Anderst et al., 131 Pediatrics e1314, April 2013 .......................................... 34

*Consensus statement on abusive head trauma in infants and young children*,
48 Pediatric Radiology 1048 (May 23, 2018).......................................................... 20

D.L. Chadwick, et al., *Shaken Baby Syndrome: A Forensic Pediatric Response*, 101
Pediatrics 321–23 (1998) ....................................................................................... 19

Oxford Centre for Evidence-Based Medicine, *Levels of Evidence*, March 2009 ........................ 20

Texas Defender Service, *An Unfulfilled Promise: Assessing the Efficacy of Article 11.073*
(July 2024) ............................................................................................................. 5

## PARTIES

Petitioner Robert Leslie Roberson III is a death-sentenced prisoner in the Texas Department of Criminal Justice (TDCJ). Roberson's TDCJ number is 999442, and he is incarcerated at the Polunsky Unit, Livingston, Texas.

Respondent Eric Guerrero is the Director of TDCJ's Correctional Institutions Division and an agent of the State that has custody of Robert Leslie Roberson III. He has custody pursuant to the judgment and sentence of death entered against Roberson on February 14, 2003, in the 3rd Judicial District Court of Anderson County, Texas.

## JURISDICTION AND VENUE

This Court has jurisdiction pursuant to 28 U.S.C. §§1331, 2241(a), and 2254(a). Venue is proper in the United States District Court for the Eastern District of Texas under 28 U.S.C. §2241(d) because it is the court for the district within which Robert Leslie Roberson, III was convicted and sentenced.

## INTRODUCTION

Petitioner Robert Leslie Roberson III seeks authorization to proceed with a successive habeas corpus petition and relief from his unconstitutional 2003 conviction and sentence of death for capital murder. An Anderson County jury in Palestine, Texas found Roberson had murdered his chronically ill, two-year-old daughter, Nikki, in 2002 based on the State's Shaken Baby Syndrome (SBS) theory that appointed defense counsel did not even try to rebut (despite his client's consistent assertion of innocence). The entirety of medical evidence accumulated *since* 2016 establishes not only that he is innocent, but that *no crime occurred*. His daughter Nikki died from the natural progression of an undiagnosed pneumonia and respiratory-suppressing medications prescribed in her final days by doctors who missed the pneumonia, which culminated

1

in sepsis and a blood-clotting disorder and precipitated a fall out of bed in her sleep (which likely explains the lone, minor bump on her head).

Nikki, who was often ill during her two years of life, was seriously ill for a week before she died—coughing, vomiting, congested, suffering from diarrhea, with a high fever (up to 104.5 degrees). When Roberson took her to multiple doctors during those last days, she was diagnosed with a "respiratory infection," "likely viral" and given what we now know to be dangerous, contra-indicated prescriptions. Early in the morning on January 31, 2002, Roberson found Nikki had fallen out of bed. He comforted her, and they both fell back asleep. Hours later, Roberson awoke to find Nikki had stopped breathing and turned blue. He was terrified. He could not wake her up. After he got her to the hospital, the most salient features of her condition were the blue tint to her lips and skin and her fixed, dilated pupils. After resuscitation efforts, CT scans were made of her head. Doctors then observed a set of internal head conditions: subdural bleeding, brain swelling, and retinal hemorrhages—a "triad" of symptoms then thought to be diagnostic of shaking absent any science actually proving that hypothesis.

Worse still, at that time, the medical consensus permitted *presuming* that a child with the triad must have been the victim of an inflicted head injury (caused by a combination of "shaking" and perhaps "blunt impact"). And whoever was with the child when she became symptomatic was *presumed* the perpetrator. That medical consensus, central to Roberson's arrest and conviction, was known as "Shaken Baby Syndrome" (SBS), later revised and given the more nebulous name "Abusive Head Trauma" (AHT). In his 2003 trial, the State relied on tenets of the now-discredited SBS hypothesis to prove its "abuse" narrative—without any pushback from the defense. Roberson's appointed attorney instead conceded that it was a "classic shaken baby" case—although Roberson himself consistently maintained he had done nothing to hurt Nikki and did not

2

understand what had happened to her. Moreover, no one understood Roberson's seemingly blank reaction to Nikki's grave condition and misinterpreted his lack of affect as callousness. Only in 2018 did a neuropsychologist finally conduct a comprehensive evaluation and diagnose Roberson with Autism Spectrum Disorder, a disability that explains his non-neurotypical response to the shock of Nikki's collapse.

The version of SBS/AHT used to convict Roberson has now been entirely discredited. Additionally, the medical community now universally recognizes the need for a differential diagnosis because many things are now known to cause the triad. In Roberson's case, that belated differential diagnosis, undertaken from 2016 through February of this year, has yielded *ten* expert evaluations across an array of disciplines,[1] together pinpointing the true cause of Nikki's death: chronic interstitial viral pneumonia with a secondary bacterial bronchopneumonia, an illness so severe that it led to sepsis, a system-wide failure to fight off infection and a serious blood-clotting disorder: Disseminated Intravascular Coagulation (DIC). Her fatal condition was exacerbated by double prescriptions for Phenergan/promethazine prescribed to her on two consecutive days by two different doctors, along with Codeine, a narcotic.

In short, Nikki died because she stopped breathing due to her undiagnosed double pneumonia and respiratory-suppressing medications. Oxygen-deprivation and clotting disorders, both of which Nikki had, are now known to produce a cascade of intracranial conditions (subdural bleeding, brain swelling, retinal hemorrhages) that are the same symptoms associated with accidental and inflicted head trauma. The intracranial conditions noted during her final

---

[1] These include forensic pathologists Drs. John Plunkett, Harry Bonnell, and Carl Wigren; pediatric pathologist Dr. Janice Ophoven; neuropathologist Dr. Roland Auer; biomechanical engineer Dr. Ken Monson; lung pathologist Dr. Francis Green; medical toxicologist Dr. Keenan Bora; pediatric radiologist Dr. Julie Mack; and hematologist Dr. Michael Laposata.

hospitalizations do not prove that Nikki sustained an inflicted head injury. Instead, Nikki's lungs show that she had a fatal pneumonia. Nikki's medical condition was complicated, as evidenced by her doctors' struggle to understand her history of breathing apnea, her many unresolved infections, and, ultimately, her fatal pneumonia. A complete medical understanding required a multidisciplinary approach with input from different kinds of medical specialists.

Meanwhile, science has continued to evolve dramatically since the 2002 SBS abuse diagnosis was made. Numerous scientific studies now show that SBS/AHT has never been validated by evidence-based medicine, and new statistical analyses show that SBS/AHT has been significantly over-diagnosed. Today, even those who still believe (absent scientific proof) that shaking a child can produce a subdural bleed, brain swelling, or retinal hemorrhages (without injuring the neck) have accepted that a differential diagnosis is required before SBS/AHT can be diagnosed. Terrible injustices, arising from an unvalidated hypothesis that invited presuming child abuse, have been unwound in SBS/AHT cases in many other jurisdictions. Concerned that the same has not occurred here, earlier this year, ten additional experts—pathologists unaffiliated with any party—authored a Joint Statement urging reexamination of the conclusions regarding the cause and manner of Nikki's death, citing the medical examiner's flawed methodology, failure to comport with current standards of care, and refusal to consider new evidence, all of which undermines her 2002 conclusions.

Roberson has continuously sought to unwind the extreme injustice he has suffered in a dysfunctional state court system that has yet to acknowledge the overwhelming new evidence establishing that no crime occurred. The Texas Court of Criminal Appeals (TCCA) stayed Roberson's first execution days before it was set to occur back in 2016 and remanded for further development of his claims of actual innocence, due process violations (including the due process

claim he now asks this Court to consider), and that his conviction was based on junk science under a seemingly promising Texas law expressly paving the way for such claims to serve as a basis for habeas relief.[2] But thereafter, his efforts to obtain fair consideration have been thwarted at every turn. After fighting to obtain complete medical records and access to experts, an evidentiary hearing finally began in 2018, but was soon aborted after critical CT scans and other long-lost evidence was found in a locked closet in the Anderson County courthouse basement, where it had been stashed for 15 years, unbeknownst to Roberson. These two sets of scans had been taken at the local Palestine Regional hospital soon after Roberson brought his daughter to the ER and then at Children's Medical Center of Dallas (CMCD) after Nikki was transferred there that same day. The second set of scans informed the SBS diagnosis made by a CMCD doctor before Nikki was then removed from life support without her father's knowledge or consent. These scans—critical pieces of exculpatory evidence that include an objective record of Nikki's condition soon after her arrival at the hospital—were never shown to Roberson's jury or introduced into the trial record. This evidence entirely rebuts the medical examiner's erroneous belief that Nikki had sustained both shaking and multiple impacts to the head. Similarly, the State turned over many crucial components of the autopsy file piecemeal, intermittently up through *2024*, despite multiple discovery requests, subpoenas, and PIA requests.[3]

---

[2] Ironically, although inspired by a death-penalty case (involving the death of a child), no capital defendant has yet succeeded in obtaining relief under this law despite robust efforts. *See* Texas Defender Service, *An Unfulfilled Promise: Assessing the Efficacy of Article 11.073* (July 2024). EX43. On October 21, 2024, the bipartisan Texas House Committee on Criminal Jurisprudence held a hearing to determine whether the Texas courts have been improperly interpreting Article 11.073—particularly in Roberson's case. After holding lengthy hearings, the Committee issued an Interim Report on November 19, 2024, finding justice had *not* been served and that Roberson was long overdue a new trial. EX44.

[3] Some key medical records remain missing to this day, such as an earlier set of head scans made of Nikki when she was being assessed for possible neurological problems in September 2000 because of an alarming history of breathing apnea.

Roberson has spent the last decade diligently approaching the Texas state courts as he finally gained access to critical evidence, as his experts continue to build upon that evidence and each others' findings, and as continued medical advances enabled further insight into Nikki's complex medical condition. The details of Roberson's persistent quest for justice in the Texas state courts since his 2016 remand are more fully recounted below. But because he has repeatedly tried and failed to obtain reasoned consideration of his new evidence, he now turns to this Court to evaluate the violation of the right to due process inherent in a conviction that rests on a since-invalidated medical hypothesis, whose very premises used to, but no longer, permit a hasty presumption that abuse in the form of violent shaking had occurred and did not require considering the kind of medical evidence that now establishes Roberson's innocence: that Nikki died of a virulent double pneumonia, exacerbated by dangerous medications, an illness that had progressed to the point of sepsis and a serious bleeding disorder. That condition triggered her accidental fall from bed in the night and subsequent breathing arrest while sleeping.

In short, Nikki's tragic death was not a crime. Nikki's infected lungs were straining for oxygen—for days or even weeks. Unaware of her pneumonia, doctors prescribed medications that further suppressed her ability to take in life-sustaining oxygen. When a body experiences oxygen-deprivation, blood vessels outside of the brain will leak. Cardiac arrest can follow. When the heart ceases pumping oxygenated blood to the brain, after 10-12 minutes, the brain will shut down, irrevocably.

That is what happened to Nikki. Roberson awoke on January 31, 2002, and found Nikki comatose and blue from oxygen-deprivation. He took her to the ER where medical personnel revived her heart, but could not revive her oxygen-deprived brain. Once Nikki's brain had shut down, blood being pumped by the resuscitated heart could no longer enter her brain. That blood

thereafter pooled outside her brain, a circumstance exacerbated by DIC that hindered the ability of her blood to clot and made her vulnerable to bruising just with handling. Because the medical consensus at the time permitted presuming abuse based on her intracranial condition alone, no one considered Nikki's medical history, much less conducted the painstaking examination of the objective medical evidence that an array of specialists has now undertaken. Indeed, at trial Roberson's jury was expressly told that her medical history, her recent illness, and the serious medications she had been prescribed were all irrelevant. They were also told to view her father as a callous liar for reporting that she had been sick, fallen out of bed, and perhaps hit her head and for being otherwise unable to explain her condition. The internal consequences of the natural progression of Nikki's respiratory infection to pneumonia, a bleeding disorder, and sepsis, culminating in breathing and cardiac arrest, were all viewed instead as the result of external head trauma—presumed to have been "inflicted."

Robert Roberson, a disabled father summarily deprived of his parental rights and then long denied due process, should have his successive claim authorized, and then should receive habeas relief. A court of law must finally consider the evidence of his innocence before Texas perpetrates an irreversible injustice.

## STATEMENT OF FACTS

I.     **"[T]he Picture of What They Call Shaken Impact Syndrome."**

A.     **Nikki's illness and her father's arrest.**

Robert Roberson's daughter, Nikki Curtis,[4] was born on October 20, 1999, to a drug-addicted, homeless woman supporting herself through prostitution; in the hospital, she was denied custody, and Nikki was given to her maternal grandparents, Verna and Larry Bowman.[5] 41RR44-45.[6] After learning of her birth and recognizing that he might be the father, Roberson volunteered to take a paternity test; once his paternity was confirmed, the Bowmans eventually agreed to relinquish full custody of Nikki to him. *See* 43RR137-38.

Nikki had chronic health issues during her short life. Her first reported infection occurred a few days after birth. 42RR6. Thereafter, she had many unresolved infections that proved resistant to multiple strains of antibiotics, including chronic ear infections that persisted even after she had tubes surgically implanted. *See* 43RR123-24. Nikki also suffered numerous unexplained episodes where she would suddenly cease breathing, collapse, turn blue, and have to be revived. These episodes resulted in emergency room visits, a neurological work-up, a sleep monitor, and her pediatrician's recommendation that she not be moved between caregivers. 42RR7-9; EX42. At trial, these episodes were minimized as "breath-holding spells" that did not cause "any sort of real threat," although it was suspected Nikki had a neurological disorder that was causing seizures. Her

---

[4] Nikki's last name came from her mother's boyfriend at the time, who played no role in Nikki's life after getting the mother to the hospital. 41RR45. She is referred to simply as "Nikki" throughout.

[5] Nikki's two older maternal half-brothers had previously been removed from the mother's care. Both had significant health issues: Fetal Alcohol Syndrome Disorder and a seizure disorder. 43RR104-108; 6EHRR149-153.

[6] Citations to the Reporter's Record are "RR" and to the 2018-2021 state evidentiary hearing are "EHRR," preceded by the volume number and followed by the page number or range.

chronic health issues were generally dismissed as "the normal sort of problems that infants have," not as a condition relevant to understanding her death. 42RR9, 6.

On January 28, 2002, soon after Roberson obtained custody, he and his mother took Nikki, who had been vomiting, coughing, congested, and having diarrhea for a week, to the local ER at Palestine Regional. The attending ER doctor prescribed potent drugs, including Phenergan (brand name for promethazine). Later that night, Nikki's temperature shot up to 103.1 degrees. Nikki was taken to her pediatrician the next morning (January 29th), where Nikki's temperature was measured at 104.5 degrees. But the pediatrician sent Nikki home with a second prescription for Phenergan, this time in cough syrup along with Codeine, a narcotic no longer recommended to anyone under age 18. 42RR10-11. Roberson went to fill the new prescriptions and then took them to the Bowmans, who took Nikki home from the doctor's office, because they had agreed to keep her for two nights while Roberson's live-in girlfriend was in the hospital recovering from surgery. 43RR152. But the next night (January 30th), the Bowmans called Roberson, insisting that he pick up Nikki at their home in the country. Although Nikki was sick, although the Bowmans had been involved in a bitter custody fight with Roberson's family for most of Nikki's life, and although it was after 9:30 PM, the Bowmans insisted that Roberson pick up Nikki and take her back to his house in town. 43RR150-55.

When they got to his house, Roberson put Nikki into bed, which was a mattress and box springs he had propped up on cinderblocks to make it easier for his girlfriend when she got home after her surgery. *See* 41RR160; SX24. Roberson awoke in the early morning when he heard a strange cry and found Nikki on the floor. He saw a small speck of blood on her mouth and wiped it off with a washcloth. They both eventually fell back asleep. But, later that morning, January 31st, Roberson woke up to find Nikki unconscious and saw that her lips were blue. He clutched

Nikki's face to try to revive her, then brought her to the local ER. 41RR169-70. ER staff found

Nikki didn't have a heartbeat; they performed CPR and chest compressions and intubated her.

41RR112. She then experienced "tachycardia," a rapid heartbeat caused by inadequate circulation

of oxygenated blood. 41RR114. Later, a CT scan revealed that the breathing tube had not been

inserted properly; it had to be removed and reinserted. 42RR87.

During multiple interviews, Roberson tried to explain Nikki's collapse, reporting that she

had been sick and describing her strange cry and apparent fall out of bed, which he had not

witnessed. Hospital staff and the police officers who were quickly called in did not know that

Roberson was a person with then-undiagnosed Autism Spectrum Disorder. They saw his flat affect,

which they interpreted as a lack of emotion, and dismissed his seemingly implausible explanation

for his daughter's grave condition as evidence of culpability. *See, e.g.*, 41RR50-51 (prosecutor

describing hospital staff's characterization of Roberson); 41RR69-71 (nurse describing

Roberson's story and why she recommended police be called, as well as Roberson not appearing

emotional); 41RR73 (nurse saying she "felt like spitting in his face" when Roberson said he would

never mean to hurt Nikki); 41RR120-21 (different nurse describing Roberson not appearing

properly upset); 41RR156 (responding detective describing Roberson as "unemotional and

detached" at the hospital). The attending ER doctor—who had prescribed Nikki Phenergan days

earlier—testified that Nikki's symptoms were those of a "very severe coma."[7] The ER doctor

observed "some bruising around the left side of [her] jaw," which he did not attribute to abuse.

42RR83, 87. But based on the CT scan of Nikki's head, showing bleeding under the dura and brain

swelling, he discounted her recent illness and concluded Nikki's condition "did not result from a

---

[7] Well before triage had even begun, Nikki had likely succumbed to brain death (which occurs
after 10-12 minutes without oxygen); medical staff had noted that Nikki's eyes were already "fixed
and dilated" upon admission to the hospital. 2EHRR79; 8EHRR62.

fall out of bed[,]" "[t]hat would be basically impossible[,]" "extremely implausible," "very implausible," "very unlikely." 42RR80-87. Similarly, the initial nurse who had received Nikki at the ER, "triggered" by bruises that were starting to appear and by Roberson's "implausible" story of Nikki falling out of bed, told her supervisor that the police needed to be called. 41RR68-69.

The "abuse" accusation was further stoked by another nurse, who held herself out as a "Sexual Assault Nurse Examiner" (SANE), 41RR103-04, although she was not actually SANE certified. 41RR144. Unbidden, she performed a sexual assault exam on the comatose child. 41RR126-30. This nurse then told colleagues, investigators, and eventually, Roberson's jury that she had seen "anal tears" that she perceived as a sign of "sexual abuse." *See* 41RR127-28, 142. Although no one else ever purported to see what this nurse claimed to have seen, and although she did not account for the fact that the hospital's own records showed Nikki had been brought in two days before with a report of diarrhea for over a week and had been prescribed Phenergan suppositories and Imodium, the nurse's leap from purported skin "tears" in the anal region to "sexual abuse" was swiftly shared with law enforcement. Although DPS testing of a sexual assault kit yielded *no evidence* of any sexual contact, at trial, this nurse was invited to doubled-down on her false accusation by incorrectly insisting that diarrhea would not cause a child's anal region to crack or "tear." 41RR127-28. Although her baseless views were directly contradicted by Nikki's pediatrician (who recognized the obvious fact that sustained diarrhea can indeed cause the sensitive skin in a child's anal region to crack/tear), the prosecution elevated and repeatedly urged the jury to accept the uncertified SANE's opinions—because those baseless opinions served the purpose of characterizing Roberson as an a monster. *But see* 42RR36 (Nikki's pediatrician admitting that diarrhea "tends to burn the skin and keeps it red and inflamed. And then the skin area is broken and it's subject to infection.").

The nurse further denied that the intubation process could have caused Nikki's torn frenulum (observed for the first time during the autopsy after two days of repeated intubation) and testified that it too was a sign of sexual assault. 41RR136-37. Meanwhile, the Bowmans told law enforcement and medical personnel that Nikki had been "totally well" when Roberson had picked her up from their house the night before. *See* EX2. That demonstrably false report buttressed the assumption that Nikki's condition could and should be blamed on Roberson. *See* 42RR108-109, 43RR80-81.

Because the local hospital in rural Palestine did not have the means to treat Nikki, she was transported, while on life support, to CMCD in Dallas. 41RR135. There, a pressure monitor was surgically screwed into her skull to try to reduce internal pressure.[8] *See* 42RR96. Nikki's case was referred to a child-abuse pediatrician (CAP), Dr. Janet Squires, who became the linchpin of both Roberson's arrest and his conviction. She examined Nikki and found no evidence of sexual abuse. 42RR100. She observed that CT scans of Nikki's head showed only a "simple" impact site on the back of her head. 42RR102-103, 107.[9] But, consistent with then-prevailing medical orthodoxy, she attributed the triad of intracranial "injuries" observed in Nikki as evidence that she had been

---

[8] Though this was not explained to the jury, Dallas medical personnel also administered several drugs to stimulate blood flow: vasopressin, dopamine, heparin, and epinephrine. But because Nikki's brain was already dead by that point, the increased blood flow could not enter the brain. 8EHRR72; 8EHRR75. This led to "the extensive amount of bleeding all throughout the head" that the jury was told could not have come from anything other than inflicted injury—although the CT scans they did not see show that the blood did not exist at the time of her initial hospitalization. 42RR85; *see also* 42RR102 (Dallas doctor testifying to "a lot of blood in various places, sort of between the two halves of the brain and in the front and over the top"); EX18. The Dallas hospital records also indicate that Nikki additionally had an inability to clot her blood, which made her susceptible to bruising and likely increased the bleeding inside her skull; this was not investigated or considered, let alone explained to Roberson's jury. *See* 3EHRR55; EX11.

[9] These, and the CT scans taken at the Palestine hospital, were not admitted into evidence, and were lost by the State until a court clerk found them in 2018, as detailed *infra*, Statement of Facts Section II(B).

violently shaken, 42RR106-108, despite the absence of any neck or spinal cord injury, 42RR127, which the science of biomechanics has since demonstrated is where any injury from shaking would be experienced. EX22.

Dr. Squires gave local law enforcement an affidavit describing her SBS[10] diagnosis, which police used to arrest Roberson even before an autopsy was performed. 41RR175-76. Just as she later testified, her affidavit attested, "The medical findings fit a picture of shaken impact syndrome. There is some flinging or shaking component which resulted in subdural hemorrhaging and diffuse brain injury. There was also an area of impact in the right back of the head," and concluded that, "[m]assive rotational forces were the likely mechanism to cause this brain injury, and the pattern is indicative of a shaken impact syndrome." EX2.

Dr. Jill Urban, a forensic pathologist employed as a medical examiner in Dallas County's Southwestern Institute of Forensic Sciences ("SWIFS") performed the autopsy on February 2, 2002, and concluded that same day that Nikki's death was a homicide, as the result of blunt force head injuries.[11] EX3. An "Investigation Narrative" in the SWIFS file shows that, before the autopsy was performed, Dr. Urban was informed that CMCD had made a "trauma" finding of

---

[10] Dr. Squires explained that "shaken impact syndrome" and the more familiar term "shaken baby syndrome" were two names for the same thing. 42RR106-107. SBS was eventually redefined and renamed Abusive Head Trauma (AHT) in 2009. 4EHRR43-44. The origins of SBS, the shift to the more nebulous term AHT, while still relying on the core SBS premises, and a comprehensive explanation of current scientific understanding were finally described in the first multidisciplinary treatise in 2023. Keith A. Findley, et al., ed., SHAKEN BABY SYNDROME: INVESTIGATING THE ABUSIVE HEAD TRAUMA CONTROVERSY (Cambridge Univ. Press 2023) ("Findley").

[11] Though this was not explored on cross-examination by Roberson's defense counsel, who conceded, over his client's protestation of innocence, that this was a shaken-baby case, Dr. Urban did not investigate Nikki's medical history or do a differential diagnosis. Nor did she consider the head CT scans showing a single, minor impact site on the back of Nikki's head: a phenomenon consistent with Roberson's report of a short fall out of bed. Nor did she wait for the results of a toxicology report she had ordered, which showed lethal levels of respiratory-suppressing prescription drugs in Nikki's system. *See* 5EHRR201-209.

"Retinal Hemorrhage, Subdural Hemorrhage, Cerebral Edema" and that the father had been arrested and was to be charged with "capital murder." EX4. A member of Palestine law enforcement, who claimed there was evidence of sexual abuse (although there was none), then sat in on the autopsy. *Id*. The autopsy did not reveal any skull fractures, neck injuries, or any serious bruising or external signs of injury. The autopsy report did contain an unexplained note about "macrophages" in the lung tissue. EX3. Macrophages are a sign of virus, and a pediatrician's record, made two days before Nikki's collapse, documented her temperature was 104.5 degrees and found that she had an "upper respiratory viral based infection." 42RR25. But those facts were not explored. Dr. Urban saw a large volume of intracranial blood and, consistent with the SBS hypothesis of that era, assumed the blood was caused by "blunt force injuries," which she told the jury was from an unknown combination of "shaking" and "impact." 43RR75-76.

### B. State's causation theory and sexual assault testimony at Roberson's trial.

The State indicted Roberson on two counts of capital murder. It alleged that (1) he had "intentionally or knowingly" caused the death of "a person under the age of six"; and that (2) he had killed Nikki "in the course of committing or attempting to commit the offense of aggravated sexual assault." 41RR41. Throughout jury selection, the State specifically invoked Shaken Baby terminology and invited each potential juror to consider just how "violent" the shaking would have to be to cause a child's death. *See, e.g.,* 7RR40, 88-89; 8RR23-25; 19RR20-21, 66-67. The State also emphasized with each potential juror its allegation that Roberson killed Nikki after committing sexual abuse. *See, e.g.*, 7RR25-27, 67, 75, 127; 8RR10; 19RR22, 58. In its opening statement, the State invited the jury to imagine violent shaking and said that medical experts would testify in support of the State's theory "that Nikki died or rather was the victim of child physical abuse consistent with the picture of what they call shaken impact syndrome." 41RR53-55. Roberson's lawyer, in his opening statement, conceded this was a "shaken baby" case and did not

challenge the State's cause-of-death theory, instead arguing only that, because of his cognitive impairments, Roberson lacked any intent to kill. *See, e.g.*, 41RR57-61.

The State presented testimony from local medical staff, including the doctors who had treated Nikki and prescribed double doses of Phenergan in the days before her collapse. They emphasized how Roberson had not displayed appropriate emotion and that a short fall and Nikki's recent illness could not have caused her condition. *See generally* 41RR50-160; 42RR80-87. The State elicited extensive, graphic testimony from the purported SANE nurse about "anal penetration" and her view of the proclivities of "pedophiles." 41RR129. The State also presented testimony from Roberson's notably impaired girlfriend of a few months, Teddie Cox, claiming she had witnessed Roberson shaking and otherwise mistreating Nikki—vague claims undocumented, previously unreported, and controverted by Teddie's own sister. 42RR169-177; EX15. But, ultimately, the State's homicide theory hinged on the medical testimony of Dr. Squires and Dr. Urban, who relied on the tenets of SBS/AHT as generally accepted in 2002-03 and served as the sole medical witnesses regarding causation.

Dr. Squires, who, unlike Dr. Urban, actually looked at the CT scans, testified that the head scans revealed "no fractures," but showed the triad of subdural blood, brain swelling, and "very obvious retinal hemorrhages." 42RR102-105. She concluded that the "medical findings" were "a picture of shaken impact syndrome," which she told the jury was the same thing as "shaken baby syndrome." 42RR105-106. She explained her opinion that Nikki's injuries were caused by "very forcefully" shaking. 42RR106. The State emphasized the triad of symptoms—"subdural hemorrhages, the retinal hemorrhages, and the brain swelling"—and Dr. Squires explained her view that they indicated "shaking[.]" 42RR107.

15

Dr. Squires also rejected the notion that such injuries could arise from a fall: "We see children fall out of windows and all sorts of things and we know what an impact injury looks like[.]" 42RR108. The "proof" of shaking, for her, was the blood "over the top of the brain." *Id.* She also opined that, immediately after such a shaking incident causing a "deep brain injury,"[12] the child "would not have been normal." *Id.* The kind of "shaking" that Dr. Squires envisioned was "a very violent forceful act." 42RR114. She embraced the language of biomechanics (not her field) in describing Nikki's symptoms as "classically consistent with injuries from rotational force" caused by shaking. 42RR120. She saw "no other indication of traumatic injuries"—"no bruising," "no fractures," "no old fractures"—therefore, she concluded violent shaking was *the* cause. 42RR123. She invoked the American Academy of Pediatrics (AAP) 2001 position paper, which then told pediatricians that they did not have to consider anything other than abusive shaking upon seeing the triad. 42RR116-117; EX38.

Dr. Urban similarly concluded that Nikki's death was caused by "blunt force" and then defined the term as the result of impact and violent shaking. 43RR78-79; 43RR85-86. Though Dr. Urban did not use the term "Shaken Baby" in her autopsy report, she used the terms "blunt force trauma" and "blunt force head injuries" and treated those terms as entirely consistent with her "shaking" opinions, testifying at trial that she could not distinguish between injuries caused by "shaking" and blunt "impact." 43RR85-86. Dr. Urban, like Dr. Squires, opined extensively about "shaking" as explaining Nikki's condition, using SBS terminology. *See* EX5 at 24-26.

Dr. Urban further testified that it was "not unusual" that the internal head condition was not accompanied by any fractures to the skull, because, in her opinion, it is the shaking that had

---

[12] In fact, according to the only expert in brain trauma and pathology who has studied this case, there were no contusions or damage to Nikki's brain at all; the brain was swollen, as a result of oxygen-deprivation caused by her undiagnosed pneumonia. 8EHRR8-144.

caused the injuries that ultimately kill the child. 43RR79-81. In accordance with SBS, the absence

of neck injuries or broken bones was not unusual because, in her opinion, a child's "weak neck"

is somehow protected during violent shaking: "if the child is shaken, it's this very large object

sitting on a fairly weak neck"—and so, she claimed, the neck is protected but the head is not.

43RR82. She did not provide any scientific support for that view. Similarly without recourse to

science, she opined that children do not bruise easily because of excess "fat." 43RR89, 82, 81.

Dr. Urban found no evidence of old injuries, healed bone fractures, scar tissue, or other

trauma and acknowledged that some of the small bruises observed on Nikki could have been

caused by attempts to resuscitate her. 43RR95-96. But these findings seemed to reinforce her

conviction that Nikki's death was caused by violent shaking. 43RR82-83. She repeatedly

emphasized the SBS triad: subdural bleeding, brain swelling, and retinal hemorrhages. 43RR84-

85. Dr. Urban also opined, consistent with SBS beliefs of that era, that, after being shaken, Nikki's

injuries would have been immediately apparent—reflected in "a change in the level of

consciousness." 43RR81. In other words, Dr. Urban believed that, immediately after the event that

she believed had caused Nikki's condition, Nikki would have shown clear signs of impairment,

thus supporting an inference that the person with her at the time had caused her condition.

In sum, Dr. Urban's trial testimony corroborated Dr. Squires' SBS diagnosis and trial

testimony; both opined that shaking could have caused, and probably did cause, the child's fatal

condition. The trial transcripts show over 260 references to "shaking" and SBS terminology. EX5.

The transcripts also show that a teddy bear, with no anatomical similarity to a 28-pound toddler,

was repeatedly used as a demonstrative with witnesses who were invited to show the jury how

Nikki had been shaken. 42RR52; 42RR69-70.

Just before the jury was charged, the State abandoned the capital murder count based on the sexual assault allegation. 44RR3-4. Yet the State continued to argue that there was evidence of a sexual assault based solely on the testimony of the self-appointed SANE who was not actually SANE-certified. 46RR58-60.

## II.    The Evidence That Has Emerged Since Trial.

The sea change in the relevant science that had previously allowed for presuming Nikki's death was a homicide, and the results of the belated investigation into Nikki's medical history and underlying condition that this sea change enabled, have transformed the evidentiary landscape. If retried today, the evidence would bear no resemblance to Roberson's 2003 trial, in which his own lawyer conceded his guilt contrary to his insistence that he had done nothing to harm his daughter. The evidence of "guilt" in the form of Roberson's misinterpreted affect and perceived lack of emotion is now rightfully understood, including by the lead detective, as symptoms of his Autism Spectrum Disorder. Modern science now tells us that Nikki's death was a tragedy that involved a severely ill child, who had been prescribed contra-indicated, respiratory-suppressing medications, experiencing breathing arrest while sleeping sometime after a short fall from bed and a nightmare for the Autistic father who was not equipped to explain her complex medical condition when he repeatedly brought her to medical professionals seeking help.

### A.    The sea change in SBS/AHT has debunked the State's causation theory.

The prior medical understanding was that a triad of intracranial symptoms could be viewed as categorical proof of SBS/AHT. More specifically, in 2002-2003, when Roberson was tried, the medical community invited doctors to infer conclusively that a child had been violently shaken from the presence of three symptoms: subdural hematoma, brain swelling, and retinal hemorrhaging. Child abuse literature at that time called SBS a "clearly defined medical diagnosis," and referred to the triad as the "diagnostic features" of SBS that were "virtually unique to this type

of injury." *See, e.g.*, D.L. Chadwick, et al., *Shaken Baby Syndrome: A Forensic Pediatric Response*, 101 Pediatrics 321–23 (1998). The assumption was that, where this "triad" was present, a child must have been the victim of intentionally inflicted abuse and that whoever had been caring for that child when the symptoms became manifest must have been the culprit—absent some verified major trauma such as a car wreck or a fall from a multistory building. Thus, a differential diagnosis was seen as unnecessary.

Now, a differential diagnosis is *required* before abuse can be posited. Moreover, all core tenets of the SBS/AHT hypothesis have been debunked by evidence-based science. Experts in biomechanical engineering now universally agree that it is "literally impossible" to cause subdural bleeding through shaking; indeed, no study has demonstrated that shaking can produce *any* of the intracranial conditions long associated with SBS. 5EHRR98-131. Contemporary biomechanics further teaches that any head acceleration generated by shaking would be experienced first and foremost in the neck; thus, the neck is not "protected" during shaking, as SBS proponents surmised (and as both Dr. Squires and Dr. Urban testified at trial). 5EHRR102. And experts across many other disciplines—including forensic pathologists, neurosurgeons, radiologists, hematologists, infectious disease experts, emergency room physicians, and a host of other specialists—have expressed deep skepticism about the SBS/AHT hypothesis. *See generally* Findley, *supra*, Statement of Facts Section I(A) n.10.  Even Dr. Norman Guthkelch, the neurosurgeon who first proposed the shaken baby hypothesis in the 1970s, ultimately expressed horror that his untested hypothesis had been used to accuse caregivers of crimes. A.N. Guthkelch, *Problems of Infant Retino-Dural Hemorrhage with Minimal External Injury*, 12 Hous. J. Health L. & Pol'y (2012).

Experts have now undertaken the first "meta-study" of SBS studies, published by an agency of the Swedish government in 2016.[13] 4EHRR51-52; 8EHRR35-38. The meta-study identified significant defects in the literature endorsing SBS/AHT as a causation theory.[14] EX39. An appendix to the study highlighted the absence of any uniform diagnostic criteria for SBS/AHT, unlike other medical conditions. 4EHRR53-54. The meta-study also noted the "circular" reasoning at the heart of SBS/AHT—which assumes that the presence of subdural bleeding, brain swelling, and retinal hemorrhages proves that violent shaking and thus abuse occurred, so whenever these conditions are observed, abuse is assumed. 4EHRR54-55; 8EHRR36. The Swedish meta-study is but one example of the *absence* of evidence-based science for the hypothesis that shaking a baby or toddler can cause the triad. EX19-38.

Today, even those who still believe (absent scientific proof) that shaking a child can produce a subdural bleed, brain swelling, or retinal hemorrhages (but no neck injuries) have accepted that a differential diagnosis is required before SBS/AHT can be diagnosed, given the many other conditions now known to cause these symptoms. *See, e.g.*, *Consensus statement on abusive head trauma in infants and young children*, 48 Pediatric Radiology 1048, 1048 (May 23, 2018) ("2018 Consensus Statement") ("When diagnosed [SBS/AHT] signifies that accidental and disease processes cannot plausibly explain the etiology of the infant/child's injuries.").[15]

---

[13] A "meta-study" is a statistical analysis that combines the results of multiple scientific studies addressing the same question. Meta-studies are considered to be the most trustworthy evidence-based medical literature. Oxford Centre for Evidence-Based Medicine, *Levels of Evidence*, March 2009.

[14] Courts recognized this study as compelling "new evidence" relevant to an actual innocence claim warranting habeas relief from an SBS-based conviction. *See, e.g.*, *Jones v. State*, No. 0087, 2021 WL 346552, n.26 (Md. Ct. Spec. App. Feb. 2, 2021).

[15] The 2018 Consensus Statement, although an implicit recognition of significant advances in science that the AAP had previously disregarded, was not a true "consensus" statement. It was authored by a small group who agreed with each other and had testified in SBS cases for the prosecution; the statement did not account for the views of pediatricians and pediatric radiologists

**B.    A host of interrelated conditions caused Nikki's natural death.**

Because of the version of SBS that was widely accepted when Roberson was accused and convicted, even though it had never been validated, none of the State's trial experts considered any other evidence. The gradual debunking of SBS/AHT and the current requirement of a differential diagnosis prompted the need to investigate Nikki's underlying medical condition, which had not previously occurred.

Beginning in 2016 and continuing through this year, multiple, highly qualified specialists have thoroughly reviewed all available medical records and the autopsy file—only made possible by the belated production of crucial records and by recent medical advances—and have concluded that, when Nikki died, she had a severe, undiagnosed chronic viral pneumonia compounded by a secondary acute bacterial pneumonia. Her infection progressed to sepsis. Sepsis reflects a system-wide failure to fight off infection—and thus a profoundly ill child. Her diseased lungs were pushed to respiratory failure by inappropriate prescription medications that further suppressed her breathing. Breathing arrest caused brain swelling, and her infection also caused Disseminated Intravascular Coagulation (DIC), a severe and often fatal bleeding disorder.

None of these circumstances were identified or even considered, let alone excluded, in assessing her condition when her father brought her to the Palestine ER seeking help on January 31, 2002, or during the autopsy two days later. The first and only presumption was that Nikki's medical crisis had been caused by inflicted injury. Now, both the State's causation theory and the very classification of Nikki's death as a homicide are untenable.

---

who disagreed with them. Nor did the 2018 Consensus Statement reflect the views of forensic pathologists, clinical pathologists, hematologists, pediatric infectious disease specialists, pulmonologists, biomechanical engineers, and many other scientists who had long recognized that the core premises underlying the SBS/AHT hypothesis have been discredited by modern evidence-based scientific research.

1. **Expert opinions and evidence presented in the 2016 successive state habeas application and 2018-2021 evidentiary hearing on remand**

Beginning in 2016 and through a post-conviction evidentiary hearing in 2021, Roberson's experts debunked the prosecution's causation theory and attested to the actual causes of Nikki's death. The experts relied on a report from the only radiologist to provide evidence in this case to date, *Dr. Julie Mack*. Dr. Mack was eventually able to interpret Nikki's long-missing CT scans from the Palestine and Dallas hospitals, which captured Nikki's internal condition upon arrival at those hospitals. Those scans were only "rediscovered" during a hearing in August of 2018. That discovery by the Anderson County District Clerk of the long-missing CT scans, among other case-related materials stashed in a locked closet in the courthouse basement, prompted abruptly continuing the hearing. 2EHRR85-87. Following additional delays related to seeking access to core medical records and expertise, as well as the COVID pandemic, the hearing resumed in 2021.

Roberson's experts concluded that the radiological evidence showed conclusively that Nikki had sustained a *single* impact to the right back of her head where a minor "goose egg" (swollen tissue) had formed and a small subdural bleed had commenced. They opined that the single impact was consistent with Roberson's report that Nikki had fallen out of bed and inconsistent with Dr. Urban's testimony regarding multiple impact sites. In light of current scientific understanding and material new information about Nikki's condition, these experts concluded that Nikki's death was not caused by abuse, but by natural and accidental causes:

*Dr. Janice Ophoven*, a licensed M.D. since 1971, board certified in forensic pathology and anatomic pathology with special training and experience in pediatrics and pediatric pathology, concluded that Nikki's death should not have been designated a homicide, in part because there is no scientific basis for looking at an impact site and concluding whether it was intentionally

inflicted or the result of an accidental fall. Dr. Ophoven opined that Nikki's internal condition simply meant that she had suffered irreversible damage from oxygen deprivation.

Dr. Ophoven explained that anyone who stops breathing and has their heart stop is at risk for the same constellation of internal head conditions. If the brain is deprived of oxygen, brain swelling occurs. Then, as pressure against the brain increases, bleeding into the eyes, which are connected to the brain, can occur. Dr. Ophoven was confident that the precipitating event was not "shaking" or "multiple impacts" to the head. Moreover, she explained that Dr. Urban's autopsy pictures, to which the jury had been subjected, were misleading because they did not reflect Nikki's condition when she was brought to the ER but were taken after multiple intervening events had significantly altered Nikki's internal and external condition. 3EHRR13-81; EX6.

*Dr. Ken Monson*, a biomechanical engineer, explained the relevant scientific literature and studies showing that the SBS/AHT assumptions about how shaking can cause the triad of internal head conditions but no neck injuries have been falsified. He also explained how the laws of physics and modeling are utilized to study the injury-impact of falls with head impacts. Evidence was adduced of contemporary scientific studies, including a 2018 study, demonstrating that short falls can cause the exact kind of impact and internal bleeding observed in Nikki when she first arrived at the hospital (as seen in the CT scans taken of her head). 5EHRR215-16, 140-43; EX22. Dr. Monson observed that the trial testimony stating that a short fall could not have caused Nikki's condition was incorrect. 5EHRR27-28, 104-05. Dr. Monson explained how a teddy bear, such as that used as a demonstrative during Roberson's trial, weighing less than a pound, is not a comparable model in any relevant respect to a 28-pound toddler like Nikki and thus misled the jury. 5EHRR22-108.[16]

---

[16] Forensic pathologist *Dr. John Plunkett*, deceased by the time of the hearing, had provided an

*Dr. Carl Wigren*, a forensic pathologist who has performed thousands of autopsies and is a member of the American Academy of Forensic Sciences, concluded that Nikki's death was "absolutely not" a homicide, with SBS/AHT playing no role, based in part on: (1) the report of a fall off of a bed; (2) the evidence (CT scans and autopsy photographs) showing only a single impact site to the back of Nikki's head that was consistent with the report that she had sustained a short fall; (3) evidence in the toxicology report of dangerous quantities of Phenergan/promethazine, now known to suppress the nervous system, in Nikki's bloodstream at the time of autopsy; (4) evidence that, shortly before her collapse, she had been prescribed Phenergan in two forms and cough syrup with Codeine, a narcotic that metabolizes into morphine and further suppresses the nervous system; and (5) evidence that Nikki had undiagnosed pneumonia. 5EHRR157-244; EX40.[17]

*Dr. Roland Auer*, a neuropathologist board certified in the United States and Canada, who is both a medical doctor and a Ph.D. scientist, the author of a leading forensic neuropathology treatise and over 130 scientific articles in peer-reviewed journals, and a researcher with extensive experience with head trauma, hypoxia, hypoxic ischemia, and pediatric pneumonia, independently

affidavit in support of Roberson's 2016 state habeas petition. Dr. Plunkett was a pioneer in debunking SBS, by demonstrating that short falls can cause death and the triad of intracranial symptoms previously thought to be proof-positive of shaking. Dr. Plunkett and his research were summarily dismissed by the larger medical community for years. EX36; 5EHRR29-30. His affidavit, later admitted into evidence (but ignored by the habeas judge), explained how his SBS-skepticism was an outlier at the time of Roberson's 2003 trial. EX36. Indeed, the DA's office that prosecuted Roberson in 2003 was expressly told that, per the chief medical examiner at SWIFS, Dr. Plunkett and his research challenging core SBS assumptions were "garbage." EX37. In 2021, Dr. Monson provided unrebutted testimony regarding the biomechanical research that ultimately validated Dr. Plunkett's intuitions and trailblazing research. EX36; 5EHRR27-105.

[17] Dr. Wigren built on the work of forensic pathologist Dr. Harry Bonnell, who had submitted an affidavit in support of the 2016 filing. Before the evidentiary hearing was convened, Dr. Bonnell retired and moved to Belize. However, his sworn report was admitted into evidence, and then entirely ignoring it along with all other evidence of the natural and accidental causes of Nikki's death. EX41.

identified factors relevant to assessing the cause of Nikki's death. He concluded that her death could not reasonably be deemed a homicide.

As a specialist in brain pathology, Dr. Auer clarified that trauma sufficient to cause internal brain damage would leave external markers on the skin in the form of corresponding bruises/contusions and likely corresponding skull fractures. He, a specialist in head trauma, found no evidence suggesting significant trauma to Nikki's head, only one minor impact, "no support for multiple impact sites neither on the brain nor in the skull nor in the scalp," and "no evidence for multiple impact sites whatsoever" but instead found evidence in Nikki's lung tissue of advanced interstitial viral pneumonia. He explained that interstitial viral pneumonia causes hypoxia by disrupting the lung tissue and, if untreated, a cascade of symptoms will result in brain death: oxygen-deprived blood vessels leak into the dura; the blood accumulating outside of the brain causes swelling and increased intracranial pressure; the pressure inside the skull in turn causes retinal hemorrhages. He also noted that the drugs Nikki had been prescribed before her collapse— Phenergan, which depresses respiration, and Codeine, an opiate—would have done nothing to address her undiagnosed pneumonia but would have further hindered her ability to breathe. 8EHRR8-144, 55-56; EX18.

By contrast, the State relied on two witnesses. The first was Dr. Urban, who admitted she had never considered Nikki's medical history, her CT scans, or a host of other material factors and could not identify anything she had learned in the intervening years to warrant revisiting her 2002 opinions. 9EHRR121, 127. The second was Dr. James Downs, a member of the "Shaken Baby Alliance," an SBS/AHT advocacy group that teaches prosecutors how to obtain convictions based on the SBS/AHT hypothesis. 10EHRR112-15.

In an attempt to rebut Dr. Auer's comprehensive findings, including his conclusion that Nikki's death was caused by her undiagnosed interstitial viral pneumonia, Dr. Downs repeatedly claimed that Nikki's lungs were "normal, little kid lungs" and he saw "no pneumonia." 10EHRR74, 212, 242. Dr. Downs also (falsely) asserted that he did not believe he had "ever missed" pneumonia in an autopsy "since they're pretty much readily apparent grossly." 10EHRR221. Yet, as Dr. Auer had testified, interstitial viral pneumonia is not readily apparent grossly; identifying its effect on lung tissue requires special training that forensic pathologists do not receive. 8EHRR89, 100. Moreover, during cross-examination, Dr. Downs was confronted with an appellate decision granting habeas relief to a man who had been sentenced to death for intentionally causing the death of his infant son. Based in part on new evidence that the child had pneumonia at the time of his death, the court had found that Dr. Downs, who had performed the child's autopsy, had missed the pneumonia, which was not mentioned in his autopsy report or trial testimony. *See Ward v. State*, 382 So.3d 574 (Ala. Crim. App. 2020).

Finally, in addition to evidence debunking the SBS trial theory and providing the basis for Nikki's natural death, *Kim Basinger*, a registered nurse and certified SANE examiner, attested to the rampant ethical, procedural, and factual errors in the Palestine nurse's supposed SANE examination and testimony. EX7.

### 2. Expert opinions and evidence presented in the 2024 successive state habeas application

Following the denial of relief after the hearing and loss of subsequent appeals, Roberson filed a new successive state habeas application, relying on yet more intervening changes in the relevant science since 2016, as well as on new evidence corroborating that Nikki died of a severe, undiagnosed pneumonia exacerbated by inappropriate respiratory-suppressing medications prescribed during her final days by doctors who had missed her pneumonia. He provided three

new expert reports, reflecting different medical specialties. These correlated opinions were only possible because of evidence that had emerged over the course of the previous habeas proceeding and thereafter.

*Dr. Francis Green*, an expert in lung pathology with nearly 50 years of experience, reviewed Nikki's medical history and examined her lung tissue under a microscope. His detailed report explained how two different types of pneumonia—a viral and a bacterial infection—were ravaging Nikki's lungs. He found that interstitial viral pneumonia had substantially thickened the cell walls of the tiny air sacs in Nikki's lungs, where oxygen is absorbed into the bloodstream. As those interstitial cell walls thickened, Nikki's ability to breathe was greatly inhibited and, eventually, her brain and other organs were starved of oxygen. Dr. Green's detailed analysis showed that Nikki's pneumonia started many days, if not weeks, before her final hospitalization. This evidence from a highly qualified specialist also rebutted the opinions of the State's experts in the evidentiary hearing who had argued that Nikki's lung condition was only a function of time spent on a ventilator. EX8.

Further, Dr. Green explained how it was only post-2020 that medical literature described the ways respiratory viruses interact with each other and with pathogenic bacteria to cause severe lung disease. Nikki had what is now understood as the most severe combination of viral plus bacterial disease, where the virus allowed bacteria to attach to the basement membrane and then penetrate the airway wall of her lungs. Nikki's viral inflammation increased the invasiveness of pathogenic bacteria, affecting her immune system by impairing neutrophil function, decreasing oxidative burst, and enhancing neutrophil apoptosis, thus increasing her susceptibility to bacterial superinfection. *Id*.

*Dr. Keenan Bora*, an expert in medical toxicology and emergency room medicine, concluded that a post-mortem toxicology report shows that Nikki had dangerously high levels of promethazine (aka Phenergan) in her system, likely explained by the fact that two different doctors prescribed the drug on two consecutive days. Dr. Bora explained that promethazine would have exacerbated the respiratory problems caused by Nikki's undiagnosed pneumonia. Dr. Bora also noted that the second promethazine prescription was in cough syrup that included Codeine, a narcotic that would have further compounded Nikki's breathing challenges. He noted the 2004 FDA black box warning against giving patients under 24 months promethazine due to the potential for fatal respiratory depression. Dr. Bora concluded that these drugs likely hastened Nikki's respiratory depression and death from her severe infection (pneumonia) that developed into sepsis and then septic shock. EX9.

*Dr. Julie Mack*, a Harvard-trained pediatric radiologist, concluded that CT scans of Nikki's head, taken upon her arrival in the Palestine hospital, showed that she had only a single impact site on her head, *i.e.*, a "goose egg," and no corresponding skull fractures. These scans corroborated Roberson's report that Nikki had fallen out of bed and possibly hit her head a few hours before he woke up to find her unresponsive. Dr. Urban had inaccurately testified in the 2003 trial that Nikki had sustained multiple impacts to her head, which, along with "shaking," was the "blunt force trauma" that she concluded had killed Nikki. The incontrovertible radiological evidence shows only one minor impact site.

The medical imaging further showed that this one minor impact site is associated with a small subdural bleed and no corresponding skull fractures, entirely consistent with an accidental fall out of bed and entirely *inconsistent* with Dr. Urban's shaking and impact testimony. As Dr. Mack explained, the short fall with head impact might not have been fatal if experienced by a

healthy child; but Nikki was profoundly ill. EX10. Dr. Mack had also finally been able to review a series of chest x-rays of Nikki, including ones only produced to Roberson's counsel in 2024. In a supplemental affidavit, Dr. Mack concluded that these chest x-rays corroborated Dr. Green's conclusion that Nikki had a fatal lung infection (pneumonia). *Id.*

When Roberson was accused and tried, no medical expert considered, and thus the jury did not hear, medical evidence explaining how the combination of pneumonia, respiration-suppressing medications, and a short fall thoroughly explained Nikki's condition. Dr. Urban did not even obtain Nikki's medical records and thus did not know that Nikki had been extremely ill with a high fever and respiratory distress in the days preceding her collapse. Although a post-mortem toxicology report showed that Nikki had a large quantity of promethazine in her system, Dr. Urban did not investigate what promethazine was, much less any role it may have played in Nikki's death. She did not review any of the medical imaging taken of Nikki's head or lungs during her final hospitalizations. And she did not account for the effect on Nikki's body of two days of extensive medical intervention from the time she arrived at the hospital until the autopsy was performed two days later—including the fact that she had had a pressure monitor surgically screwed into the top of her head, causing additional bleeding and bruising before Nikki was transported to SWIFS.

Though the 2016 state habeas application had explained the evolution in the understanding of SBS as of then and how the core principles underlying the hypothesis were no longer valid, the vital evidence needed to explain precisely how Nikki died only became available piecemeal well after that application was filed and important medical evidence emerged. The 2024 application explained all this—how these new expert assessments were only possible after habeas counsel obtained core pieces of evidence, unavailable when the previous application was filed, including: (1) the long-lost CT scans and x-rays of Nikki taken during her final hospitalizations; and (2) a

complete autopsy file, including access to lung tissue slides made during the autopsy. Despite multiple discovery requests, subpoenas, and PIA requests, Roberson's legal team did not receive some components of the autopsy file until 2024 (x-rays taken during the 2002 autopsy).[18] After enlisting distinctly qualified experts who undertook a thorough reassessment of medical records, the new evidence provided additional and uncontroverted evidence that Nikki had died of natural and accidental causes.

### 3.  Expert opinions and evidence presented in the 2025 successive state habeas application

During the 2021 evidentiary hearing, Roberson's counsel had not anticipated that the State and the habeas judge would entirely disregard the unrebutted expert testimony from a pediatric forensic pathologist, a biomechanical engineering specialist, a forensic pathologist, a neuropathologist, and the expert findings of the only radiologist to study the long-lost CT scans of Nikki's head. Because their expert testimony, collectively, established that Nikki had an undiagnosed pneumonia, had been overprescribed contra-indicated medications, and had no significant head trauma other than what was most logically attributed to the short fall out of bed reported by her father—none of which had been considered by the medical examiner—Roberson had not seen the need to entreat the court for more funding for yet more specialists—for instance, in lung pathology, medical toxicology, or hematology—although these specializations all bear on understanding Nikki's condition. But there were open questions about the difference in Nikki's appearance when brought to the hospital and her appearance two days later during the autopsy that the medical examiner had not accounted for. Now, every aspect of Nikki's condition has been explained. The last piece of the puzzle is the role DIC played.

---

[18] Some key medical records remain missing to this date, such as earlier scans of Nikki's head when she was being assessed for possible neurological problems in September 2000 because of her history of breathing apnea.

*Dr. Michael Laposata*, M.D., Ph.D., a nationally recognized pathologist with expertise in bleeding disorders, concluded that Nikki's history of chronic infections is significant to assessing whether Nikki had DIC, as infections are the leading cause of DIC in infants and children. Dr. Laposata, formerly a full professor at Harvard Medical School, is now the chair of the pathology department for UTMB. Dr. Laposata studied Nikki's medical records and noted that her doctors' frequent prescription of five different synthetic antibiotics (on at least ten separate occasions) is also a significant factor; research shows that synthetic antibiotics impair platelet formation, which is critical to proper clotting. EX11. Dr. Laposata further concluded that Nikki's laboratory results in the days before her collapse and during her final hospitalizations at the Palestine ER and CMCD show unmistakable signs that Nikki had DIC. His analysis revealed that Nikki's blood tests—some of which were specifically designed to identify bleeding disorders—reveal that Nikki had abnormally-shaped red blood cells, elevated blood-clotting times, and other markers highly suggestive of DIC. Dr. Laposata also explained that she had abnormal liver-function test results, which further corroborate his DIC diagnosis since the liver plays a role in the formation of the body's blood-clotting factors. DIC can also be triggered by a small intracranial bleed, which the CT scans of Nikki's head show, as well as by infection, which her medical records and lung tissue show she also had. *Id.* The DIC finding is quite significant, as Dr. Laposata explains:

> When a person experiences DIC, their body rapidly uses up all of the clotting factors. Then, after their clotting factors are fully depleted, they can bleed anywhere and potentially everywhere in their body. During an emergency resuscitation effort, like Nikki experienced when she arrived at Palestine Regional, a patient in DIC can develop bleeding under the skin in the form of bruises. Nikki's minor bruises on her face captured in the hospital photos and scalp are entirely consistent with her father's efforts to wake her, the life-saving efforts to resuscitate her upon her arrival at the Palestine ER, and then subsequent treatment by her medical providers during the course of her hospitalization until she died two days later.

> The most plausible explanation for Nikki Curtis' bleeding and bruising is the development of DIC starting months before the event which took her life. […] A

major diagnostic error in which the diagnosis of DIC is missed occurs when individuals who are not expert in the field of coagulation and are unaware of chronic DIC, recognize only overt DIC. Nikki Curtis clearly had a chronic DIC because she suffered from infections through virtually her entire life. Minor trauma in such a patient with chronic DIC can lead to major bleeding, especially if the infection is worsening into something more life-threatening like pneumonia. The presence of prior apneic episodes and her recent high fever in this patient all suggest that her status was worsening, most likely as her infection was becoming more severe.

*Id.*

Dr. Laposata also explains that Dr. Downs' post-conviction testimony was patently erroneous. Dr. Downs (with no special expertise in hematology) claimed that Nikki did not have DIC because she would have had blood oozing everywhere, including in her IV lines. As Dr. Laposata attests:

While patients with DIC are susceptible to bleeding anywhere, they often have bleeding and bruising in discrete areas, not everywhere as Dr. Downs suggested was required. Dr. Downs' analysis of Nikki's laboratory PTT and D-dimer results is also wrong. As I have noted previously, Nikki's laboratory results indisputably demonstrate she had moderate DIC, particularly when combined with her clinical history.

*Id.*

In sum, Dr. Laposata has concluded that Nikki's moderate DIC explains the contrast between the minimal bruising and subdural bleeding Nikki had when her father brought her to the Palestine ER and the more extensive intracranial bleeding and bruising Dr. Urban noted during the autopsy, which she incorrectly assumed was evidence of multiple blunt force impacts. Instead, Dr. Laposata concurred with other experts that Nikki had a bleeding disorder which, along with her severe infection that progressed to sepsis, caused her death.

*Ten additional unaffiliated pathologists* reviewed a factual summary and previous expert opinions about the cause of Nikki's death. All have extensive experience performing autopsies, assessing human tissue, and making cause and manner of death determinations. They signed a

"Joint Statement of Pathologists" (Joint Statement) in February 2025 expressing profound concern about Dr. Urban's refusal to revisit her autopsy. Based on publicly available information, they do not believe that the autopsy comports with current standards of care in their field. EX12. The Joint Statement urges reexamining the conclusions regarding the cause and manner of Nikki's death and asserts that the reexamination should be based on all relevant information, including the opinions of pathologists who have already studied the case and provided extensive written findings. *Id.*

The Joint Statement recognizes that, when the 2002 autopsy and 2003 trial occurred, medical experts considered the combination of subdural hematoma, brain swelling and retinal hemorrhage sufficient to make an SBS/AHT finding. The medical consensus also presumed that violent shaking caused immediate brain damage, allowing investigators to assume that a crime had occurred and then to artificially limit the likely suspect(s) to whomever was with the child at the time of her collapse. Caregivers, like Roberson, who denied doing anything to hurt their child, were perceived as liars. *Id.* Since then, the profession's understanding of these issues has evolved considerably. A forensic pathologist performing an autopsy today would consider undiagnosed pneumonia, dangerous medications, and a short fall significant and sufficient to explain Nikki's collapse and subsequent death. *Id.* The pathologists who signed the Joint Statement have concluded that the 2002 autopsy results are unreliable. They note that Dr. Urban reached her conclusions regarding cause and manner of death on February 2, 2002, the same day the autopsy was performed without even waiting for critical test results. They believe these conclusions could not withstand scrutiny in light of contemporary scientific understanding, because it is now known that many naturally occurring phenomena, such as infection, genetic disorders, and accidental short falls with head impact can produce the same intracranial conditions once thought to be "diagnostic" of inflicted head trauma. *Id.*

The Joint Statement notes that, after years of studies exposing the lack of scientific underpinning for SBS/AHT, even those in the pediatric community who have long endorsed the hypothesis now recognize that "the work-up must exclude those medical diseases that can mimic AHT," which includes, critically, sepsis and DIC, both of which the medical evidence shows that Roberson's daughter Nikki had. *Id.* (citing 2018 Consensus Statement). The Joint Statement explains that the conditions Nikki had at the time of her death, including an undiagnosed viral and bacterial pneumonia that had likely caused DIC and sepsis, have been confused with SBS/AHT, and thus the AAP itself has cautioned against this type of error:

> because DIC can cause any type of bruising/bleeding, including ICH, the finding of DIC in the context of suspected child abuse could significantly change the clinical approach to a patient. In children with DIC and bleeding symptoms as the only finding concerning for abuse, consideration must be given to the multitude of primary causes of DIC, including trauma, sepsis, and primary bleeding disorders, among many others.

*Id.* (quoting Anderst et al., 131 Pediatrics e1314 at e1319, April 2013).

The Joint Statement urges that the medical evidence—that Nikki had an advanced infection (interstitial viral pneumonia and a secondary necrotizing bacterial pneumonia) and DIC—cannot be dismissed or ignored in making a reliable cause of death determination. They note that recent assessments by highly qualified medical experts have resulted in well-documented opinions that there was no homicide, suggesting that Roberson should not have been prosecuted for murder, let alone convicted and sentenced to death. *Id.*

Additionally, the Joint Statement avers that Dr. Urban's autopsy does not reflect an attempt to account for the effects of extensive medical treatment, undertaken to try to reverse Nikki's condition, between the time when she was brought to the ER unconscious with blue lips and fixed, dilated pupils on the morning of January 31, 2002, and when Dr. Urban conducted the autopsy two days later. Pathologists today know that treatment can alter the evidence available and can

complicate the picture viewed at autopsy. *Id.* The Joint Statement expresses concern that, when Dr. Urban was asked in 2024 to meet with Roberson's counsel, the Innocence Project, and medical experts who have reexamined the case and concluded that her death was not a homicide, she (who is still employed by SWIFS as a medical examiner) was unwilling to participate in such a meeting. *Id.*; *see also* EX37; EX13 at 7-8; EX3. Dr. Urban's offer to give defense counsel only a 10-to-15-minute phone conference is not, in their professional opinion, sufficient in a case of this complexity. EX14. Medical examiners should be objective and willing to engage with multiple stakeholders in criminal investigations. EX12.

The Joint Statement emphasizes that failing to properly analyze clinical data, radiology, and medical records can further skew autopsy results. For instance, a CT scan made on January 31, 2002, shows a small subdural hematoma and a swollen brain; but Dr. Urban never looked at those scans and did not recognize that the more extensive intracranial blood observed at autopsy two days later—and presumed to be a sign of multiple sites of trauma—were not present when Nikki arrived in the hospital and thus cannot reasonably be characterized as proof of trauma, inflicted or otherwise. *Id.*

Finally, the Joint Statement notes that contemporary understanding of the role of cognitive bias in death investigations has justifiably prompted some jurisdictions to prohibit law enforcement personnel directly involved in an investigation to be inside the autopsy suite during the autopsy, as occurred in this case. Several factors suggest cognitive bias is an issue here, including the hasty conclusions regarding cause and manner of death made the same day as the autopsy after being informed that Roberson had already been arrested using an SBS diagnosis and then the refusal to reconsider old findings based on new medical evidence and changes in scientific understanding during the intervening two decades. *Id.*

In addition to the above expert evidence, *Patricia Conklin* also provided an affidavit. Conklin attested that both she and her sister, Teddie Cox, were pressured by CPS with the threat of having their children taken from them if they did not "get on board" with accusing Roberson. EX15. She further explained the falsity of Cox's testimony as she has known Roberson for most of his life, saw him often with Nikki, and never saw him harm her or anyone else.

### C.     Roberson Has Been Diagnosed with Autism Spectrum Disorder.

Evidence of Roberson's Autism Spectrum Disorder and how it affects the "normal" display of emotion was developed for the first time during his remanded evidentiary hearing. *See* 7EHRR64-138. The Palestine Police Department Chief Detective at the time of Roberson's arrest and one of the State's key trial witnesses, Brian Wharton, who testified at trial about his perception of Roberson's blunted and "odd" behavior, has now completely disavowed his former testimony. EX16. At the time, he had a hunch that Roberson "had some kind of disability or mental illness," and he noted that everyone interviewed at the hospital discussed Roberson's behavior as being "odd." But he had not been trained in mental health or developmental issues. He saw a "lack of emotion" and "a lack of understanding" and had no prior experience with Roberson—and certainly could not have known about his Autism Spectrum Disorder diagnosis, as it was not made until years later. *Id.*

Wharton further explained that he had unquestioningly accepted the SBS diagnosis made at CMCD where Nikki was transported, then, based solely on that diagnosis, had authorized Roberson's arrest—even before an autopsy was performed. Wharton acknowledged learning in the interim of the evolution in the medical understanding of SBS. He attested to his belief today that no crime occurred. He has publicly urged relief for Roberson to prevent a horrible miscarriage of justice, the execution of an innocent man: "I am asking for those who care deeply about justice to urge another look at this case." EX17.

## PROCEDURAL HISTORY

Roberson was convicted of capital murder and sentenced to death on February 14, 2003, in the 3rd Judicial District Court of Anderson County, Texas. Trial counsel went on to represent Roberson on direct appeal. The Texas Court of Criminal Appeals (TCCA) affirmed Roberson's conviction and sentence in *Roberson v. State*, No. AP-74, 671 (Tex. Crim. App. Jun. 20, 2007) (unpublished). Another lawyer, recommended by trial counsel, pursued an initial state habeas application. The habeas court recommended denying habeas relief by signing his name to the State's proposed findings without holding any hearing, and the TCCA later denied all relief requested in the initial habeas application and dismissed a 2005 pro se filing as an unauthorized successive application. *Ex parte Roberson*, Nos. WR-63,081-01, WR-63,081-02, 2009 WL 2959738 (Tex. Crim. App. Sept. 16, 2009) (per curiam) (not designated for publication).

State habeas counsel continued to represent Roberson in the initial federal habeas proceeding. On September 14, 2010, Roberson filed a habeas corpus application in federal court pursuant to 28 U.S.C. §§2241, 2254. On September 16, 2010, a 7-page Supplement was filed. This Court denied relief. *Roberson v. Director*, TDCJ-ID, 2014 WL 5343198 (E.D. Tex. Sept. 30, 2014). The decision was affirmed by the Fifth Circuit Court of Appeals. *Roberson v. Stephens*, 619 F. App'x 353 (5th Cir. 2015). The United States Supreme Court denied certiorari review in *Roberson v. Stephens*, 577 U.S. 1033 (2015), as well as certiorari review of proceedings in this Court attempting to remove conflicted federal counsel from Roberson's case in *Roberson v. Stephens*, 577 U.S. 1150 (2016). The removal of conflicted counsel finally occurred while an execution date was looming.

The trial court had set an execution date for June 21, 2016.  Roberson spent nearly a decade thereafter attempting to vindicate his long-standing claims of innocence and due process violations in state court. On June 16, 2016, the TCCA stayed the scheduled execution date and remanded for

further development of Roberson's successive habeas claims of due process violations, actual innocence under state law, and a conviction based on flawed forensic science under state law. *Ex parte Roberson*, No. WR-63,081-03, 2016 WL 3543332 (Tex. Crim. App. June 16, 2016). After fighting to obtain discovery, the trial court finally opened an evidentiary hearing in August of 2018, but after Nikki's long-lost CT scans were discovered in a locked closet in the courthouse basement the first day of the hearing, the hearing was continued, until March of 2021, to allow expert review of those scans and then the reopening of the court after the COVID shutdown. Following the hearing, the habeas judge (who later recused herself) adopted, virtually verbatim, the State's seventeen-page proposed Findings of Fact and Conclusions of Law, rather than Roberson's 302-page version, and denied relief. The TCCA adopted the trial court's findings on January 11, 2023, in an unreasoned opinion. *Ex parte Roberson*, No. WR-63,969-03 (Tex. Crim. App. Jan. 11, 2023) (per curiam) (not designated for publication). The United States Supreme Court denied certiorari review. *Roberson v. Texas*, 144 S. Ct. 129 (mem.) (2023).

The trial court set Roberson's execution for October 17, 2024. Within a month, Roberson filed another state habeas application, raising the new evidence that his conviction was based on "scientific" opinion further discredited since his 2016 application and that had not yet been before the TCCA, renewed due process claims, a renewed actual innocence claim supported by yet more medical evidence, and a Sixth Amendment claim that his trial counsel had conceded his guilt over his objection. The TCCA summarily dismissed the claims without considering the merits or providing any explanation. *Ex parte Roberson*, No. WR-63,081-04 (Tex. Crim. App. Sept. 11, 2024). Then, Roberson filed another state habeas application, based on new law announced by the TCCA itself *the week earlier* in *Ex parte Roark*, 707 S.W.3d 157 (2024). This markedly similar SBS case involves an applicant prosecuted in the same era as Roberson hinged on the same since-

discredited medical opinions. In *Ex parte Roark*, the TCCA found "that scientific knowledge has evolved regarding SBS" and concluded that "[t]he admissible scientific testimony at trial today would likely yield an acquittal." *Id.* The Roark and Roberson cases are indistinguishable in all material respects. But the fourth subsequent application was dismissed without any written opinion or consideration of the merits. *Ex parte Roberson*, No. WR-63,081-05, 2024 WL 4504434 (Tex. Crim. App. Oct. 16, 2024) (Richardson, Newell, Walker, McClure, JJ., dissenting).

Next, on the date of his scheduled execution, the U.S. Supreme Court denied certiorari review, with Justice Sotomayor issuing a statement acknowledging Roberson's credible innocence evidence. *Roberson v. Texas*, 145 S. Ct. 3 (mem.) (2024). The Texas Supreme Court stayed the execution on the day it was set to happen, due to a pending subpoena for Roberson to testify before a state legislative committee. On Pet. for Writ of Inj., *In re Tex. House of Representatives*, No. 24-0884 (Tex. Oct. 17, 2024).

Roberson filed a fifth subsequent state habeas application in February 2025, raising yet more new evidence of the junk science underlying his conviction, as well as a renewed actual innocence claim and a procedural due process claim. He also filed with the TCCA a Suggestion to Reconsider its previous habeas denials. Despite the pending state habeas application, the trial court set Roberson's execution for October 16, 2025. Roberson then filed an Emergency Motion for Stay of Execution and Motion for Oral Argument in the TCCA on July 24, 2025. Next, he filed a sixth subsequent state habeas application in August 2025, based on newly disclosed evidence of judicial misconduct, giving rise to new constitutional claims and a renewed actual innocence claim.

## CLAIM FOR RELIEF

### CLAIM 1: ROBERSON'S CONVICTION VIOLATES THE RIGHT TO DUE PROCESS OF LAW UNDER THE FOURTEENTH AMENDMENT BECAUSE IT RESTS ON SINCE-INVALIDATED FORENSIC SCIENCE.

The law is the means by which fragile, frail, imperfect persons and institutions seek greater perfection and justice through the search for the truth. But the search for the truth is not always easy, and the path to the truth is not always clear. Sometime[s] we find that truth eludes us. Sometimes, with the benefit of insight gained over time, we learn that what was once regarded as truth is myth, and what was once accepted as science is superstition.

-Magistrate Judge Martin Carlson, U.S. District Court for the Middle District of Pennsylvania[19]

Both the quality and quantity of faulty evidence used to obtain Roberson's 2003 conviction undermined his constitutional right to a fundamentally fair trial, denying him the due process the U.S. Constitution guarantees. Without the fundamentally unfair proceedings precipitated and defined by since-discredited SBS/AHT testimony, Autism Spectrum symptoms misinterpreted as a guilty affect, and the baseless slander of sexual abuse, the jury would not have convicted him. Now Texas is poised to execute someone described as "like Forrest Gump." 7EHRR51. He stands condemned because he was unable to explain the cause of his daughter's tragic death—which was so mystifying that it took numerous specialists and a significant advancement in science to illuminate. Allowing the conviction to stand risks a grave moral wrong—executing an innocent; but it also threatens fundamental conceptions of justice upon which we all depend.

I.   **Roberson's Right to Due Process is Violated by a Conviction Based on Subsequently Discredited Medical Opinions and Considering the Overwhelming New Evidence of Innocence.**

Multiple federal courts have explicitly held that a conviction based on purported "scientific" evidence, later falsified by scientific advances, gives rise to a due process claim. *See, e.g.*, *In re Danny Hill*, No. 20-3863, 2025 WL 903150, at **8, 14-15 (6th Cir. Mar. 25, 2025)

---

[19] *Lee v. Tennis*, 4:08–CV–1972, 2014 WL 3894306, at *1 (June 13, 2014).

(authorizing second or successive due-process claim based on changed science of forensic odontology); *Gimenez v. Ochoa*, 821 F.3d 1136, 1144 (9th Cir. 2016) (recognizing that due process claim based on faulty science, specifically, the SBS hypothesis, "is essential in an age where forensics that were once considered unassailable are subject to serious doubt"); *Lee v. Glunt*, 667 F.3d 397, 407 (3d Cir. 2012) (remanding to federal district court where, if disproven, trial testimony based on unreliable science undermined fundamental fairness of petitioner's entire trial, making a prima facie case for habeas relief on due process claim); *Lee v. Tennis*, No. 4:08–CV–1972, 2014 WL 3894306, at *16 (M.D. Pa. June 13, 2014) (recommending relief on remand where the petitioner "has met his burden of showing a due process violation in this case, since the verdict in this matter rests almost entirely upon scientific pillars which have now eroded").

These cases are grounded in long-standing federal constitutional principles that guarantee, on the most basic level, the right to a fundamentally fair trial based on reliable evidence. *See, e.g.*, *Spencer v. Texas*, 385 U.S. 554, 563–564 (1967) ("[T]he Due Process Clause guarantees the fundamental elements of fairness in a criminal trial"); *Chambers v. Mississippi*, 410 U.S. 284, 302 (1973) (holding that "the exclusion of . . . critical evidence . . . denied [the defendant] a trial in accord with traditional and fundamental standards of due process"). The Supreme Court has explained that the introduction of faulty evidence is unconstitutional when "its admission violates 'fundamental conceptions of justice.'" *Dowling v. United States*, 493 U.S. 342, 352 (1990) (quoting *United States v. Lovasco*, 431 U.S. 783, 790 (1977)). *See also Estelle v. McGuire*, 502 U.S. 62, 70 (1991) (considering whether admission of battered child syndrome evidence against defendant represented due process violation).

This Circuit has found habeas relief justified on due process grounds where erroneously admitted, prejudicial evidence was "material in the sense of a crucial, critical highly significant

factor." *Porter v. Estelle*, 709 F.2d 944, 957 (5th Cir. 1983) (quoting *Anderson v. Maggio*, 555 F.2d 447, 451 (5th Cir. 1977)); *see also Gonzales v. Thaler*, No. 612-CV-15, 2013 WL 1789380 at *3 (5th Cir. 2013) (examining whether admission of scientifically flawed firearms testimony was so arbitrary as to render trial fundamentally unfair); *Woods v. Estelle*, 547 F.2d 269, 271 (5th Cir. 1977) (explaining that the due process implications of erroneous evidence do not stem from state evidentiary rules, but from resultant "error [] of such magnitude as to deny fundamental fairness…").

Junk-science evidence proven demonstrably false by scientific advances can thus be the source of a due process violation. Roberson's conviction violates due process because it was secured through false SBS testimony. Scientific and medical developments in the 22 years since Roberson's trial have exposed the State's cause-of-death hypothesis as fundamentally unreliable. *See supra*, Statement of Facts Section II(A). The SBS/AHT hypothesis' flaws could not have been exposed to the jury through "vigorous cross-examination," because they were then widely accepted despite lacking validation. *United States v. Berry*, 624 F.3d 1031, 1040 (9th Cir. 2010). Indeed, the SBS/AHT hypothesis was considered so unassailable when Roberson was tried that his own lawyer conceded that Nikki's death was a "shaken baby" case. 41RR57-61. Nor could defense counsel have analyzed Nikki's lung tissue exposing her undiagnosed interstitial viral pneumonia; the expertise to identify that pneumonia did not emerge until years after Roberson's trial. 8EHRR170.

Roberson's jury was told a slew of falsehoods incompatible with contemporary scientific understanding. The jury was subjected to gruesome autopsy photos with Nikki's scalp pulled back revealing subdural blood, falsely informed this blood had been caused by "shaking" and "impacts," and told that evidence of "impact sites" included the top of her head, when that was where doctors had screwed a pressure monitor into her skull—information not shared with the jury. The jury was

falsely informed that Nikki had no neck injuries because a child's "weak neck" is somehow protected during shaking. The falsehoods shared with the jury included the lie about sexual abuse absent any credible evidence. This mass of false testimony, conveyed as scientifically valid, was used to convict an impaired, Autistic man working newspaper routes to earn a living.[20] *See* 7EHRR64-129. That record has now been supplemented by substantial new evidence from eminently qualified specialists, *see* EX6-12, and numerous new scientific studies, *e.g.*, EX19-34, establishing the flawed science used to convict Roberson, as well as his actual innocence.

## II.    This Claim Meets the Requirements of 28 U.S.C. §2244(b).

This Court conducts its own authorization inquiry following authorization by the Fifth Circuit. 28 U.S.C. §2244(b)(4) ("A district court shall dismiss any claim presented in a second or successive application that the court of appeals has authorized to be filed unless the applicant shows that the claim satisfies the requirements of this section."); *see also In re* (*Michael*) *Johnson*, 322 F.3d 881, 883 (5th Cir. 2003):

> This grant [of authorization by the Fifth Circuit] is, however, "'tentative in the following sense: the district court must dismiss the motion that we have allowed the applicant to file, without reaching the merits of the motion, if the court finds that the movant has not satisfied the requirements for the filing of such a motion.' The district court then is the second 'gate' through which the petitioner must pass before the merits of his or her motion are heard." *Reyes-Requena*, 243 F.3d at 899 (quoting *Bennett*, 119 F.3d at 470); *see also* 28 U.S.C. §2244(b)(4). The district court "must conduct a 'thorough' review to determine if the motion 'conclusively' demonstrates that it does not meet AEDPA's second or successive motion requirements." *Reyes-Requena*, 243 F.3d at 899 (citing *United States v. Villa-Gonzalez*, 208 F.3d 1160, 1165 (9th Cir.2000)).

---

[20] As described *supra*, Statement of Facts Section II(C), Roberson was not diagnosed with Autism Spectrum Disorder until 2018; his demeanor at the hospital was instead described for his jury as suspiciously emotionless, evidencing guilt. *See* 41RR50-160. Lee's, like Roberson's, conviction also rested in part on suspicion borne of misinterpretation. There, one of the "thin reeds" remaining of the evidence after scientific advances rested on "Commonwealth [] testimony regarding Lee's stoic nature in the face of his daughter's death, stoicism that was construed by one policeman as nonchalance, but which other evidence indicated may have simply reflected Korean cultural conventions when confronted by tragedy." *Lee v. Tennis*, 2014 WL 3894306, at *8.

—

Roberson should be allowed to proceed beyond this threshold pleading stage to the merits because he has not previously raised a claim of due process violation based on the invalidated science underlying his conviction as a claim for federal habeas relief.[21] Thus, section 2244(b)(1) plainly does not bar authorization.

A. **Roberson could not have discovered the factual predicate for his due process claim previously through due diligence.**

Roberson can also show that "the factual predicate for [his due process claim] could not have been discovered previously through the exercise of due diligence." 28 U.S.C. §2244(b)(2)(B)(i). For purposes of §2244(b)(2)(B)(i), "due diligence is measured against an objective standard, as opposed to the subjective diligence of the particular petitioner of record." *Johnson v. Dretke,* 442 F.3d 901, 908 (5th Cir. 2006). Roberson can establish that he was objectively diligent in pursuing the evidence underpinning his due process claim.

The factual predicate for Roberson's claim did not develop until well after the 2010 filing of his initial federal habeas petition. *See In re Davila*, 888 F.3d 179, 184 (5th Cir. 2018) (emphasis in original) (explaining §2244(b)(2)(B) "asks whether due diligence at the *time of the first habeas petition* would have resulted in the discovery of the factual basis for the new claim such that it could have been included in the first petition"). Before then, scientists questioning SBS principles

---

[21] The only references to Shaken Baby Syndrome in Roberson's initial federal habeas petition came in various *concessions made by his appointed counsel* that Roberson had indeed shaken and thereby killed Nikki. Those "concessions" expressly contradicted his client who repeatedly entreated the court for substitute counsel willing to investigate his innocence. *See*, *e.g.*, Pet. for Habeas Corpus at 14, *Roberson v. Thaler*, No 2:09-cv-327-TJW (E.D. Tex. Sept. 14, 2010) ("The problem with this case is that this is a shaken-baby case successfully miscast into a death penalty case."). As the Petition began, "His federal habeas counsel assume that Roberson probably did contribute to the death of his two-year-old daughter." *Id*. at iii. No ground, factual allegation, or legal argument regarding the unreliability of the shaken-baby hypothesis used to convict Roberson, or any medical evidence of alternative causation, was raised in either the 2010 Petition or 7-page Supplement. *See Sanders v. United States*, 373 U.S. 1, 16 (1963) (explaining meaning of "ground" in successive filing context).

were dismissed as outliers, *see*, *e.g.*, *supra*, Statement of Facts Section II(B)(1) n.15, and the weight of the evidence-based erosion of the SBS principles used to convict Roberson had not yet coalesced into a new medical consensus. *See id*. at Section II(A). Finally, key medical evidence necessary to firmly establish that Nikki died, not from inflicted trauma, but of of pneumonia was not disclosed out until 2018 (lost CT scans) and 2024 (additional lung x-rays produced by SWIFS).

The (1) sea change in rejection of triad-based SBS diagnoses with no differential diagnosis, (2) case-specific medical advances finally enabling a comprehensive picture of Nikki's interrelated underlying medical conditions that explain her death and condition at autopsy, and (3) provision of long-suppressed critical medical records have all occurred piecemeal over the last several years. *See supra*, Statement of Facts Sections II(A)-(B) (describing, *inter alia*, 2016 Swedish meta-study correlating all SBS analysis to provide most trustworthy evidence exposing lack of scientific validation for SBS; 2018 consensus statement accepting need for differential diagnosis, even among SBS adherents; 2018 discovery of critical CT scans lost by State since trial; 2020 advances in understanding of pneumonia; 2024 provision of long-sought critical autopsy slides; 2025 confirmation of DIC by expert in bleeding disorders; 2025 joint pathologist statement predicated on culmination of new medical understanding of Nikki's death). *See also Hill*, 2025 WL 903150, at *9 (finding §2244(b)(2)(B)(i) satisfied for authorization purposes as "Hill has made a prima facie showing that the factual predicate for his due-process claim includes the changing forensic standards. The new scientific standards alter our understanding of the very facts introduced at trial.").

### B. Roberson presents clear and convincing evidence that, but for the due process violation, no reasonable factfinder would have found him guilty.

Roberson also makes a sufficient showing to proceed under 28 U.S.C. §2244(b)(2)(B)(ii). As described *supra*, Statement of Facts Section II(B), experts from multiple disciplines have

provided a comprehensive explanation for Nikki's death: she was a chronically and profoundly ill child whose diseased lungs were pushed to respiratory failure and sepsis by contra-indicated medications. She had DIC, which causes internal bleeding and bruises even on contact. None of these circumstances were identified, let alone taken into account, in assessing her condition (1) upon arrival at the ER and (2) two days later during the autopsy. No reasonable factfinder could possibly convict Roberson if presented with the new evidence debunking the notion that Nikki sustained an inflicted injury of any kind. The State's causation theory is thus invalidated, as there was no crime. *See* EX8-11; EX11; *see also* EX16 (lead detective explaining his belief in Roberson's innocence).

Roberson's jurors heard no testimony from a lung pathologist, neuropathologist, pediatric radiologist, medical toxicologist, biomechanical engineer, pathologist with special expertise in DIC—or any other kind of expert—because the defense put on no case. But all of these new experts who have now studied the case have explained how the blood outside Nikki's brain was not caused by shaking or abuse but was instead her body's response to a severe infection and contra-indicated medications, culminating in DIC, sepsis, and finally respiratory and cardiac arrest. Efforts to resuscitate her, after her brain had already become non-perfused, further contributed to the condition captured in the autopsy photos that the jury was told, falsely, could only be explained by shaking and inflicted blunt impact. After Roberson's remanded evidentiary hearing, one of his jurors came forward and provided an affidavit, entirely consistent with the trial record, attesting that the State and defense claiming that shaking had caused Nikki's death, the testimony of sexual assault, despite the charge being dropped, and Roberson's odd affect, together "convinced [her] of guilt." EX35. This juror also attested, consistent with the trial record, to the complete absence of

evidence that Nikki had been seriously ill with pneumonia or had been prescribed any dangerous medications. *Id.*

This same juror has also since provided testimony before the Texas House Committee on Jurisprudence, expressing grave concerns about the integrity of the verdict. Juror Terre Compton told the House Committee: "everything that was presented to us was all about shaken baby syndrome. That was … what our decision was based on. Nothing else was ever mentioned or presented to us to consider. If it had been told to us, we would've— now I would've had a different opinion and I would've found him not guilty." EX45 at 48.

Juror Compton also explained, "what we were told about the shaken baby syndrome and showing the pictures of her brain with all the bleeding up in her brain, there was no other explanation that was given to us of anything else that could have happened to her." *Id.* at 50. She also recalled that a teddy bear was used repeatedly to "demonstrate" the shaking: "They grabbed it by its arms like this, and they just violently shake, shake, shake, shake, shake, shake, shake. And just tried to give us an example of what the shaking consisted of." *Id.* at 53. Importantly, her current memory is corroborated by the trial transcripts.

Dr. Squires, who saw Nikki before the autopsy, told the jury she found "minimal" bruising, a "little chin abrasion," "no scars, no unusual bruising or anything." 42RR96. She found "no fractures," but saw subdural blood, edema, and "very obvious retinal hemorrhages." 42RR102-105. She concluded that the "medical findings" were "*a picture of shaken impact syndrome*" aka "*shaken baby syndrome*." 42RR105-106 (emphasis added). She believed Nikki's symptoms were "classically consistent with injuries from rotational force" caused by shaking. 42RR120. She saw "no other indication of traumatic injuries"—"no bruising" "no fractures" "no old fractures"— therefore, she concluded the injury was caused by violent shaking. 42RR123.

Medical examiner Jill Urban did not use the term "Shaken Baby" in her autopsy report.[22] But a review of the trial record shows that her 2003 testimony was consistent with Dr. Squires' testimony in that both opined extensively about "shaking" as explaining Nikki's condition and used SBS terminology. *See* EX5. That is, Dr. Urban's trial testimony *corroborated* Dr. Squires' SBS diagnosis and trial testimony because Dr. Urban testified that, in her opinion, shaking could have caused, and probably did cause, the child's fatal condition.[23]

The trial transcripts show over 260 references to "shaking" and SBS terminology. The transcripts also show that a teddy bear was repeatedly used as a demonstrative exhibit with witnesses who were invited to show the jury how Nikki had been shaken—although no one had witnessed anything the night of Nikki's collapse and a small stuffed animal bears no anatomical resemblance to a 28-pound toddler. EX5; 42RR52; 42RR69-71; 5EHRR90-96.

As Juror Compton put it, the jurors were urged to believe that the bloody autopsy photos taken of the inside of Nikki's head showed the result of violent shaking that had caused vessels to burst:

> The only thing that we would basically discuss was the shaking of the baby and the head injuries with the bleeding and stuff that they showed us pictures for where they had cut her skin away from her brain where we could actually see the whole shape and the bleeding on her brain. And they sent those pictures around for all of us to look at. And that's what we would be looking at was all the bleeding in her brain. And that's what they told us had been done from the shaking so violently, it had burst those blood vessels.

EX45 at 55. Again, Juror Compton's current memory is corroborated by the trial record.

---

[22] Dr. Urban used the terms "blunt force trauma" and "blunt force head injuries" but treated those terms as entirely consistent with her "shaking" opinions. Indeed, she testified at trial that she could not distinguish between injuries she believed were caused by "shaking" and by blunt force or "impact." 43RR85-86.

[23] Dr. Squires' SBS diagnosis was used to obtain an arrest warrant, which was executed before an autopsy was even performed. Before the autopsy, Dr. Urban was informed that Roberson had already been arrested and charged with capital murder. EX4; EX2.

Juror Compton recently testified that, by following news about Roberson's case she became aware of some of the new medical evidence that was certainly not before the jury in 2003: "I started thinking back about all the things that I knew about [w]hat went on in the trial and I just realized, and I just finally came to the conclusion he was an innocent man. And I just, in good conscience, I could not live with myself thinking that I had a hand in putting an innocent man to death." *Id.* at 61-62.

The materiality of the SBS hypothesis used to obtain Roberson's conviction, as attested to directly by "the horse's mouth"—a juror with a memory corroborated by the trial record—in conjunction with the new evidence that no crime occurred is clear and convincing evidence of a due process violation.

## III.    This Court Can Reach the Merits of Roberson's Due Process Claim.

As set forward in the Procedural History section, Roberson has repeatedly raised this due process claim before the TCCA. In 2016, the TCCA authorized and remanded this due process claim, along with all other claims raised in Roberson's second subsequent state habeas application, for an evidentiary hearing. *Ex parte Roberson*, No. WR-63,081-03, 2016 WL 3543332 (Tex. Crim. App. June 16, 2016). In 2023, the TCCA adopted, without explanation, the state habeas court's Findings of Fact and Conclusions of Law in an unreasoned opinion. *Ex parte Roberson*, No. WR-63,969-03 (Tex. Crim. App. Jan. 11, 2023) (per curiam) (not designated for publication). In 2024, the TCCA issued an unreasoned opinion dismissing this due process claim, raised in Roberson's third subsequent state habeas application along with the new scientific evidence that had become available since the 2016 filing, as an abuse of the writ, without explanation. *Ex parte Roberson*, No. WR-63,081-04 (Tex. Crim. App. Sept. 11, 2024).

At this authorization stage, the only question before this Court is whether Roberson meets the dictates of §2244(b) to proceed with his successive habeas petition. *See, e.g.*, *In re (Dexter) Johnson*, 935 F.3d 284, 293, 296 (5th Cir. 2019) (distinguishing the §2244(b) authorization inquiry from that required under the §2254(d) relitigation bar). Once Roberson overcomes that threshold inquiry, and the TCCA disposes of all pending state-court filings before it, further merits briefing addressing the state court adjudications, and any effect they have on the federal litigation, will be warranted. Roberson reserves argument on the 28 U.S.C. §2254(d) relitigation bar with respect to any state court merits adjudication and on any procedural bar that it is the State's burden to assert as a federal default. *See Magouirk v. Phillips*, 144 F.3d 348, 357 (5th Cir. 1998) (holding that "procedural default is an affirmative defense that may be waived if the state fails to raise the defense in its pleadings"); *see also Johnson v. Mississippi*, 486 U.S. 578, 587 (1988) (citation omitted) ("Whether a state court procedural bar matures into a federal default is a federal question.").

## STATUTE OF LIMITATIONS

Notwithstanding arguments that Roberson can meet 28 U.S.C. §2244(d)(1), the statute of limitations may be excused because Roberson can show that he is actually innocent. *McQuiggin v. Perkins*, 569 U.S. 383, 392–93 (2013); *see also, id.* at 399 (holding that statute of limitations may be excused where petitioner can show that "'it is  more likely than not that no reasonable juror would have convicted him in the light of the new evidence.'" (quoting *Schlup*, 513 U.S. at 327)). Roberson incorporates here by reference all facts and legal arguments made above in support of Claim One and that he can meet 28 U.S.C. §2244(b)(2)(B)—reasonable diligence and actual innocence by clear and convincing evidence—as to his claim. Because Roberson has alleged a "viable basis" for excusing the statute of limitations, this Court should permit Roberson to proceed on his argument that the statute of limitations can be excused based on his actual innocence. *In re*

*Campbell,* 750 F.3d at 523, 533 (5th Cir. 2014). *Cf.* Order at 25, *Johnson v. Davis*, No. 4:19-cv-03047 (N.D. Tex. July 30, 2020) (ECF No. 18) (after Fifth Circuit authorized successive habeas proceedings, district court granting evidentiary hearing to determine whether equitable tolling rendered successive habeas claim timely under AEDPA).

## CONCLUSION AND PRAYER FOR RELIEF

WHEREFORE, Robert Leslie Roberson III requests that this Court consider his Petition for Writ of Habeas Corpus and grant the following remedies and other relief as the Court deems appropriate:

1. Issue a writ of habeas corpus to have him brought before it, to the end that he may be discharged from his unconstitutional confinement and restraint and be relieved of his unconstitutional sentence of death;

2. Allow Petitioner leave to conduct discovery pursuant to Rule 6 of the Rules Governing 28 U.S.C. §2254 Cases to more fully develop the factual bases demonstrating the constitutional infirmities in his conviction and sentence;

3. Conduct an evidentiary hearing pursuant to Rule 8 of the Rules Governing 28 U.S.C. §2254 Cases; and

4. Grant all such relief as law and justice require.

Dated: October 1, 2025

Respectfully submitted,

/s/ Callie Heller
Callie Heller, TX Bar No. 24101897
Emma V. Rolls, OK Bar No. 18820
Assistant Federal Public Defenders
Western District of Oklahoma
215 Dean A. McGee Ave., Suite 707
Oklahoma City, OK 73102
Telephone:      (405) 609-5975
Facsimile:      (405) 609-5976
Callie_Heller@fd.org
Emma_Rolls@fd.org

Gretchen S. Sween, TX Bar No. 24041996
Counsel of Record in state court
712 Upson Street
Austin, TX 78703
(214) 557-5779
gsweenlaw@gmail.com

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I certify that on October 1, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Texas using the CM/ECF system. I have also sent a copy via email to counsel for the Director, Ellen Stewart-Klein, ellen.stewart-klein@oag.texas.gov.

/s/ Callie Heller
Callie Heller

# EXHIBIT 2

**COMPLAINT – PC. 19.03 CAPITAL MURDER**

THE STATE OF TEXAS

COUNTY OF ANDERSON

IN AND BY THE AUTHORITY OF THE STATE OF TEXAS

BEFORE ME, appeared the undersigned AFFIANT, who after being duly sworn, deposes and says that ROBERT LESLIE ROBERSON III A WHITE MALE, D.O.B. NOVEMBER 10, 1966, hereinafter styled DEFENDANT, on or about JANUARY 31, 2002, and before the making and filing of this complaint, in the County of Anderson, and State of Texas, did then and there;

INTENTIONALLY OR KNOWINGLY COMMITTED A FELONY AND IN THE COURSE OF AND IN FURTHERANCE OF THE COMMISSION HE COMMITTED AN ACT CLEARY DANGEROUS TO HUMAN LIFE THAT CAUSED THE DEATH OF AN INDIVIDUAL THAT IS TWO YEARS OF AGE.

YOUR AFFIANT HAS PROBABLE CAUSE to believe and does believe based on the following facts:

January 31, 2002 the Palestine Police Department received a report from Palestine Regional Medical Center employee, Andrea Sims R.N. that DEFENDANT brought his two year old female child, Nikki Michelle Curtis, d.o.b. October 20, 1999 to the Emergency Room because the child was not breathing.

Family members were identified and interviewed. Grandparents Larry and Verna Bowman reported DEFENDANT brought Nikki to their home on Monday, January 28, 2002 to babysit while DEFENDANT'S girlfriend has surgery. Nikki stayed with them until Wednesday, January 30, 2002. Verna Bowman became ill and contacted DEFENDANT who picked up Nikki around 9:30 P.M. and he took her home. Vera Bowman reported DEFENDANT telephoned her on January 31, 2002 reporting he took Nikki to the Emergency Room because she had fallen during the night and would not wake up.

This Detective responded and spoke with attending physicians and was shown the brain scan of Nikki's head. There is trauma to the right rear of Nikki's skull causing internal bleeding. Since arriving at the Hospital, Nikki has been placed on a breathing apparattus because she cannot breath on her own. Attending physicians reported that Nikki needs immediate brain surgery to sustain life. Further he stated, should Nikki survive she may be in a vegitative condition the remainder of her life. Other injuries to Nikki's skull revealed swelling to the exterior of the back of her head. There is recent damage to her lips and bruising to her chin and jaw. There is a bruise to the center of her throat below the chin.

Nikki was transferred, via emergency helicopter ambulance, to the Pediatric Intensive Care Unit at Childrens Medical Center of Dallas.

Duiring the DEFENDANT'S interview, he reported going to the Bowman's to pick up Nikki. He stated that at that time he did not see any injuries on Nikki. DEFENDANT stated that he and Nikki went straight home where they remained, alone, for the remainder of the night. Sometime after 11:00 P.M. Nikki fell asleep while in his arms. At around 5:00 A.M. he heard Nikki crying and he jumped up to see what was wrong. DEFENDANT saw Nikki at the foot of the bed crying. He said " I saw blood around her lips, I saw a bruise or something under her chin and a spot on her face." DEFENDANT took a warm wash cloth to put on her mouth. DEFENDANT kept Nikki awake for two hours to make sure she was alright. DEFENDANT stated that Nikki talked about kids and family. DEFENDANT checked her heart as she was acting funny. He thought she was fine and let her go back to sleep. DEFENDANT said he "woke up when the alarm went off and noticed Nikki was not moving". He checked her and said "she was a little blue and was breathing and he heard a heartbeat just like last night."

On January 31, 2002, Officers went to the reported location of occurrence, 902 N Perry Palestine, Anderson County, Texas. Officers photographed the scene including the DEFENDANT'S bedroom. Officers found the the bed from which Nikki reportedly fell was a full size mattress and box springs positioned atop gray masonary blocks. The top cover of the mattress measured 1 foot 9 1/2 inches (21 1/2 inches) from the carpeted wooden floor.

February 1, 2002, during an interview with Miss Teddie Cox, who currently lives with the DEFENDANT. Miss Cox reports that she was a patient in Palestine Regional Medical Center and received a telephone call from DEFENDANT. DEFENDANT inquired when she would be released from the hospital. DEFENDANT during that conversation told about Nikki falling out of bed at 5:30 A.M. and hitting her head on a table. DEFENDANT reported Nikkie had a blue spot on her chin, nose and that her lips were bleeding a little bit. DEFENDANT kept her up for two hours and she was alert and talking about family members. He thought Nikki was was ok and she went back to sleep. This morning he could not get Nikki to wake up. He shook her head and slapped her a couple of times on the face and she would not wake up. He said Nikki was limp and she was not breathing and her face had turned blue. He sounded pretty calm. Miss Cox told him to hurry and get off the phone and get Nikki to the hospital.

Miss Cox waited five minutes and returned DEFENDANT'S telephone call. He was still home and Miss Cox told him to hurry and get Nikki to the hospital. DEFENDANT said he first had to dress Nikki. Miss Cox met DEFENDANT at the hospital. When DEFENDANT got out of the car, he looked at Miss Cox, shook his head from side to side and bowed down his head. Miss Cox told him to hurry and get Nikki into the Emergency Room.

Miss Cox was discharged from the hospital the evening of January 31 2002. That night she received a telephone call from DEFENDANT. He then told her a second version of what had occurred. Defendant stated that Nikki went to bed and when he woke up the next morning he then found Nikki unconcious on the floor. He had not heard any crying but she had fallen from the bed and hit her head on the table.

February 1, 2002 Janet Squires M.D. telephoned from The University of Texas Southwestern Medical Center at Dallas, Texas reporting she is the Director of General Pediatrics at Children's Medical Center of Dallas and the Physician administration director of the REACH (child maltreatment) program at Children's Medical Center of

Dallas, Texas. Dr. Squires reported that Nikki is a victim of child physical abuse and said "it is unlikely that the child will live." Further, "Massive rotational forces were the mechanism to cause this brain injury, and the pattern is indicative of a shaken impact syndrome. It is very likely that the child will die of inflicted injuries and Police and CPS involvement is strongly indicated."

See attached AFFIDAVIT by Dr. Janet Squires.

On Februany 02, 2002, at approximately 7:22 PM, Dr. Andrew Gormley of Childrens Medical Center of Dallas contacted investigators via telephone stating that Nikki Curtis had been removed from life support and has been pronounced deceased at 7:04 PM this date.


AGAINST THE PEACE AND DIGNITY OF THE STATE OF TEXAS

WHEREFORE, the AFFIANT requests the issuance of a warrant of arrest and detention for the accused in accordance with the law of this State.


_____

AFFIANT
Det. Joe Berreth


SWORN AND SUBSCRIBED BEFORE ME THIS ⅟ DAY OF February, 2002


_____

District Judge
36 9th Judicial District
Anderson County, Texas


Bond: $ 1 million
1,000,000.00

WARRANT OF ARREST AND DETENTION          No. _____

THE STATE OF TEXAS vs. ROBERT LESLIE ROBERSON

RACE - WHITE     SEX - MALE     DATE OF BIRTH – NOVEMBER 10, 1966

RESIDENCE: 902 NORTH PERRY, PALESTINE, TEXAS

EMPLOYMENT: NONE

SOCIAL SECURITY NUMBER: 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

TEXAS DRIVER'S LICENSE: 06582876

PALESTINE P.D. CASE NUMBER: 02-1157

**OFFENSE:  CAPITAL MURDER**

IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER OF THE STATE OF TEXAS – GREETINGS:

YOU ARE HEREBY COMMANDED to take instanter the body of ROBERT LESLIE ROBERSON , hereinafter called the accused to safety keep so that HE may be dealt with according to the law, and to hold the accused to answer to the State of Texas for an offense against the laws of the State, namely:

CAPITAL MURDER

Of which ROBERT LESLIE ROBERSON is accused by written complaint made under oath, that has been presented to me and that is by this reference incorporated herein for all purposes.

WITNESS MY SIGNATURE on this the ___/___ day of FEBRUARY, 2002

_____
District Judge
_3(_9r-|_ Judicial Dist.
Anderson County, Texas

* * * * * * * * * * * * * * * * * *

RETURN

Came to hand the ___ day of _____ A.D. 20___ and executed the ____ day of _____ A.D. 20___ by arresting and detaining above named accused and _____ .

By: _____
     Peace Officer, State of Texas

RETURN TO: ANDERSON COUNTY CLERK

Bond: # / million
        $1,000,000.00

## REACH Consult Note

Nikki Curtis
Medical Record 1150101
Consult Doctor: Janet Squires, MD
Consult Date 2/1/02
DOB: Admitted as 1/1/99 but may be 10/20/99
Page one

As a doctor of the REACH Program (Child Abuse) at Children's Medical Center of Dallas, I have
evaluated Nikki Curtis on 2/1/02. She is an approximately 2 ¹ᐟ² year old white female who is an
ICU patient, intubated and on full life support systems. I have reviewed her medical records. I
have reviewed her available x-rays. I have spoken with the ICU staff. On 2/1/02, I spoke with
the maternal grandparents in the patient's room.

Records show that the child presented to the Palestine Medical Center ER on Thursday 1/31/02 at
10:26 AM with the chief complaint of "loss of consciousness." The child was intubated and
arrangements were made to transfer to Children's Medical Center of Dallas. A head CT was
obtained in the original ER, and the diagnosis of head trauma was made. She arrived at
Children's Medical Center of Dallas at 1547.

Maternal grandparents told me that they were the child's guardians until November of last year
when the father became her guardian. They took care of this child on Wednesday 1/30/02 and
she was totally well. She was last seen well by them at 10:00 PM. Maternal grandmother said
she was called by Nikki's father about 10:30 on Thursday morning to say he was in the ER and
that the child had fallen off the bed and become unconscious.

The medical findings are as follows:
1. On exam she is an appropriately grown and well-nourished appearing white female. She is
   totally unconscious and unresponsive, and on full ventilatory support. She has a cervical
   collar in place. (Grandparents told me there was a bruise on her chin and cheek which I could
   not see because of the ET tape and collar). There is a very small amount of bruising to the
   left forehead. There is no other significant major scars or bruises on the body.
2. The anal exam shows a slightly red and patulous anus (child is unconscious). There is a
   small laceration at nine o'clock. There is no significant bruising.
3. Head CT from Palestine ER taken 1/31/02: (one view sheet is missing, presumably in
   Neurosurgery) there are no obvious fractures, but a large amount of soft tissue swelling over
   the scalp in the right posterior aspect. The brain is very abnormal. There is fresh blood seen
   over the of the brain and between the hemispheres of the brain. The entire right side of the
   brain is abnormal with the "blackened" appearance, showing major infarcted areas. There is
   considerable amount of pressure changes with the right side of the brain and shifting across
   the midline.
4. Eye exam: Ophthalmology report bi-lateral retinal hemorrhages. These are very obvious on
   my exam, there is extensive bi-lateral retinal hemorrhages.
5. Skeletal survey: pending

From a medical standpoint the following can be said:
1. At the time of this dictation it is unlikely that the child will live. Her diagnosis is massive
   brain injury. The only reasonable explanation is trauma. The medical findings fit a picture of
   shaken impact syndrome. There was some flinging or shaking component which resulted in
   subdural hemorrhaging and diffuse brain injury. There was also an area of impact in the right
   back of the head.

01/31/2002  09:39  2144565702                                                     PAGE  03/03

Nikki Curtis
Medical Record 1150101
Consult Doctor: Janet Squires, MD
Consult Date 2/1/02
DOB: Admitted as 1/1/99 but may be 10/20/99
Page two

2. After the trauma event, the child would have been very abnormal. If the child was well at
   10:30 PM on 1/30/02, it can be said that the trauma event occurred after this time period.
3. The medical findings are not consistent with the history of a fall from a bed.
4. There is a small laceration around the anus, which could be the result of external trauma but
   can also be seen in children with difficult bowel movements. I can not make a definitive
   diagnosis of child sexual abuse.

In my medical opinion, this child has been the victim of child physical abuse. This child is
expected to die from major external brain injury and there is no history provided which would be
a reasonable medical explanation.

Massive rotational forces were the likely mechanism to cause this brain injury, and the pattern is
indicative of a shaken impact syndrome. It is very likely that the child will die of inflicted injuries
and police and CPS involvement is strongly indicated.

---

My name is Janet Squires M.D. I am the Associate Professor of Pediatrics in the Department of
Pediatrics at The University of Texas Southwestern Medical Center at Dallas. I am Director of
general pediatrics at Children's Medical Center of Dallas and the physician administration
director of the REACH (child maltreatment) program at Children's Medical Center of Dallas I
have been a physician with responsibility within the REACH program since 1992

A Notary Public in and for said county, State of Texas, on this day personally appeared Janet
Squires, M.D., Pediatrician working at Children's Medical Center of Dallas, faculty member of
The University of Texas Southwestern Medical Center at Dallas, who, after being by me duly
sworn, on oath deposes and says: The above statement is my medical assessment

I HAVE PERSONAL KNOWLEDGE OF THE ABOVE AND I SWEAR IT IS TRUE AND
CORRECT

*Janet Squires MD*

AFFIANT

SUBSCRIBED AND SWORN BEFORE ME THIS 1st DAY OF February A.D.
2002

EMILIE FAY
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
DECEMBER 28, 2004

*Emilie Day*

NOTARY PUBLIC in and for Texas

# EXHIBIT 3

SEND TO:  Palestine Police Department
          Anderson County District Attorney


THE SOUTHWESTERN INSTITUTE OF FORENSIC SCIENCES
AT DALLAS

5230 Medical Center Drive
P.O. Box 35728
Dallas, Texas 75235
(214) 920-5900


CAUSE OF DEATH


Date:  02 FEB 2002                    Case No.  0456-02-0299JU

Name of Deceased:  Curtis, Nikki    2 / White/ Female

Residence of Deceased:  902 N. Perry   Palestine, Texas

Place of Death  : Children's Medical Center

Place of incident/discovery:  902 North Perry

An AUTOPSY  was performed and the cause of  death is  :   Blunt   force head
injuries


Manner of Death:  HOMICIDE

Pending:   Reason:

Comment:




                          Jill E. Urban, M. D.
                          Medical Examiner



STATE'S
EXHIBIT
48

This affidavit is in compliance with Texas Rules of Criminal Evidence,
Rule 902 (10b).

Case No. 0456-02 in the matter of Curtis, Nikki , deceased.


Office of the Medical Examiner
in the County of DALLAS
State of TEXAS

AFFIDAVIT

Before me, the undersigned authority, personally appeared
RueNette J. Ellis , who, being duly sworn, deposed as
follows:

My name is RueNette J. Ellis, I am over 21 years of age, of
sound mind, capable of making this affidavit, and personally
acquainted with the facts herein stated:

I am the Deputy Custodian of Records of the Dallas County
Medical Examiner's Office. Attached hereto are 6 pages of
records and xx photographs from the Dallas County Medical
Examiner's Office. These said 6 pages of records and xx
photographs are kept by the Dallas County Medical Examiner's
Office in the regular course of business, and it was the
regular course of business of the Dallas County Medical
Examiner's Office for an employee or representative, or a
doctor permitted to practice in the Dallas County Medical
Examiner's Office, with personal knowledge of the act, event,
condition, opinion or diagnosis, recorded to make the record
or to transmit information thereof to be included in such
record; and the record was made at or near the time or
reasonably soon thereafter. The records attached hereto are
the original or exact duplicates of the original.


SWORN TO AND SUBSCRIBED    before me on April 02, 2002 .

Notary Public in and for Dallas County, Texas

My commission expires

(By statute, the original records are retained by the Dallas County
Medical Examiner's Office. See Art. 49.25, Sec. 11, Vernons Texas
Statutes, CCP.)



SOUTHWESTERN
**INSTITUTE OF FORENSIC SCIENCES**
5230 Medical Center Drive
Dallas, Texas 75235

DALLAS COUNTY
INSTITUTE OF FORENSIC SCIENCES

**Case No.** 0456-02-0299JU

**Name:** Curtis, Nikki

**Age:** 2        **Race:** White        **Sex:** Female

**Date of Death:** 01 FEB 2002        **Date of Examination:** 02 FEB 2002
**Time of Death:** 7:04 pm        **Time of Examination:** 7:30 am

**Pronounced at:** Children's Medical Center
Dallas, Dallas County, Texas

AUTOPSY REPORT:

**ORGAN WEIGHTS:**

| Brain | 1550 g | R. Lung | 170 g | R. Kidney | 40 g |
|-------|--------|---------|-------|-----------|------|
| Heart | 60 g | L. Lung | 150 g | L. Kidney | 40 g |
| Liver | 550 g | Spleen | 30 g | | |

**XTERNAL EXAMINATION:**

The body is photographed, foot printed, x-rayed, and tagged.

When first viewed, the body is received nude, resting on a blanket, within a body bag, the ankles and wrists loosely tied.

The body is that of a well-developed, well-nourished white female whose appearance is compatible with the stated age of 2 years. The body weighs 28 pounds (12.7 kg) (50th percentile) and has the following measurements: crown-heel 91 cm (35.8 in) (75th percentile), crown-rump 57 cm (22.4 in), chest circumference 50.5 cm (19.8 in), head circumference 52 cm (20.4 in) (95th percentile), and foot length 13.5 cm (5.3 in). The body is cool, rigor is fully developed, and the posterior lividity is blanching. The body is well preserved and is not embalmed.

The irides are hazel and there are no petechiae of the bulbar or palpebral surfaces of the conjunctivae. The ears and nose are unremarkable. The teeth are natural and in good condition. The neck is unremarkable. The chest and breasts are symmetrical. The abdomen is flat and unremarkable. The external genitalia, anus, and perineum are unremarkable. The extremities are well developed and symmetrical. The buttocks are unremarkable.

**IDENTIFYING MARKS AND SCARS:**

The right upper arm has a 1/2 inch hyperpigmented patch.



**EVIDENCE OF THERAPY:**

- The head is shaved, with some abrasions at the vertex of the scalp, likely a result of shaving
- Intracranial pressure monitor in right frontoparietal scalp with adjacent sutured incision
- Nasogastric tube in right nares held in place by tape
- Oral endotracheal tube held in place by tape
- Cervical collar encircling the neck
- Foley catheter in urethra
- Double lumen catheter in left inguinal region
- Intravenous catheters in dorsa of hands bilaterally
- Contused puncture marks in anterior right and left wrists
- Puncture marks in right antecubital fossa and right inguinal region
- Intravenous catheters in right foot and right ankle
- Tape and splint on left foot surrounding bandaged puncture mark
- Linear dark red discoloration of the skin of the lower face and chin, consistent with therapeutic tape and cervical collar

**EVIDENCE OF INJURY:**

BLUNT FORCE INJURIES:

   I. HEAD AND NECK:

The right side of the forehead has a faint 2 x 1-1/2 inch yellow-brown contusion. The skin immediately lateral to the left eye has a 1/4 inch abrasion. The left side of the cheek has a 1/4 inch blue contusion. The posterior scalp has a 2-1/2 by 1-1/2 inch aggregate of blue-purple contusions. The upper frenulum is lacerated and the lower lip on the right side has a 1/4 inch dark purple contusion. The ~~mucosal surface of~~ the chin has two 1/4 inch blue contusions.

Reflection of the scalp reveals diffuse confluent dark red subscalpular hemorrhage in the occipital and right temporal regions, which coalesce with diffuse subscalpular hemorrhage involving the parietal vertex and the left temporal region. There is a dense focus of subscalpular hemorrhage in the left temporal region, as well as a dense focus in the right frontoparietal region in the distribution of the intracranial pressure monitor (see treatment). Confluent subgaleal hemorrhage involves the vertex of the scalp, the lateral right convexity, and the occipital region. There are also isolated dark red foci of dense subgaleal hemorrhage; one involves the vertex of the scalp and measures 2 x 1 inch, one involves the occipital region and measures 2-1/2 x 2 inches, and one involves the left temporal region and measures 1/2 inch in diameter.

There are no skull fractures.

10 ml of clotted subdural blood overlie the right cerebral convexity, with a thin film of left parietal subdural hemorrhage. 10 ml of clotted blood are present in the right supratentorial subdural space, 5 ml of clotted

Name:     Curtis, Nikki

WILLIS SMITH
INSTITUTE OF FORENSIC SCIENCES

subdural blood are present in the right middle cranial fossa and there is a thin film of subdural blood in the right anterior cranial fossa.

The brain and spinal cord are placed in formalin for fixation. Following fixation, there is bilateral subdural hemorrhage and patchy fresh subarachnoid hemorrhage. The brain shows generalized edema with flattened gyri and prominent tonsils. Sectioning reveals recent bilateral infarcts of the borderzone and posterior cerebral artery territories, as well as the basal ganglia and orbital frontal regions. The spinal cord is unremarkable.

The eyes are removed. The left and right optic nerves both show perineural hemorrhage within the optic sheath. The left perineural soft tissue is hemorrhagic. Following fixation, the eyes are bisected, revealing small foci of retinal hemorrhage bilaterally.

The neck is free of injuries externally. Anterior muscle-by-muscle neck dissection is unremarkable. The hyoid bone, larynx, prevertebral soft tissue, and cervical vertebrae are unremarkable.

II.  TRUNK:

The posterior right upper shoulder has a 1-1/2 by 1 inch aggregate of red-purple contusions with some scattered yellow-green discoloration.

By internal examination, the clavicles, ribs, sternum, pelvis, and vertebral columns have no fractures. The cavities are free of hemorrhage. The viscera are unremarkable.

Reflection of the skin of the back, upper arm, and buttocks reveals no subcutaneous tissue hemorrhage. The proximal thoracic and distal cervical erector spinae muscles on the right side are hemorrhagic.

III.  GENITALIA:

The external genitalia, hymen, vaginal mucosa, anus, rectal mucosa, and perineum are unremarkable.

IV.  EXTREMITIES:

The lateral left lower arm has a 1/2 inch abrasion and the lateral left side of the foot has a 1/4 inch abrasion.

There are no extremity fractures.

**INTERNAL EXAMINATION:**

BODY CAVITIES: The thoracic and abdominal organs are in their normal anatomic positions. The right and left pleural cavities each contain 50 ml of serous fluid, the pericardial sac contains 5 ml of serous fluid, and the peritoneal cavity contains 100 ml of serous fluid. There are no adhesions.

HEAD: See previous description.

Case No: 0456-02-0299JU

Name:    Curtis, Nikki

Page    4

MILES COUNTY
INSTITUTE OF FORENSIC SCIENCES

NECK:  See previous description.

CARDIOVASCULAR SYSTEM: The intimal surface of the abdominal aorta is free of atherosclerosis. The aorta and its major branches and the great veins are normally distributed. The pericardium, epicardium, and endocardium are smooth, glistening, and unremarkable. There are no thrombi in the atria or ventricles. The foramen ovale and ductus arteriosus are closed. The coronary arterial system is right predominant and free of atherosclerosis. The atrial and ventricular septa are intact. The cardiac valves are unremarkable. The myocardium is dark red-brown and firm, and there are no focal abnormalities.

RESPIRATORY SYSTEM: The upper airway is unobstructed. The laryngeal mucosa is smooth and unremarkable without petechiae. The pleural surfaces are smooth and shiny. The pulmonary arteries contain no emboli. The major bronchi are unremarkable. Sectioning of the lungs discloses a dark red-blue, moderately congested, slightly edematous parenchyma.

HEPATOBILIARY SYSTEM: The liver is covered by a smooth, glistening capsule. The parenchyma is dark red-brown and moderately congested. The gallbladder contains 6 ml of bile. The extrahepatic biliary ducts are unremarkable.

DIGESTIVE SYSTEM: The esophageal mucosa is gray, smooth, and unremarkable. The stomach contains approximately 25 ml of partially digested food with identifiable carrots. There are no tablets or capsules. The gastric mucosa has normal rugal folds and there are no ulcers. The small and large intestines are unremarkable externally. The appendix is present. The pancreas is unremarkable externally and upon sectioning.

GENITOURINARY SYSTEM: The subcapsular surfaces of the kidneys are smooth and slightly lobulated. The cortices are of normal thickness. The calyces, pelves, and ureters are unremarkable. The urinary bladder contains less than 1 ml of clear yellow urine. The mucosa is gray, smooth, and unremarkable. The uterus, fallopian tubes, and ovaries are unremarkable externally and on sectioning.

ENDOCRINE SYSTEM: The thyroid and adrenal glands are unremarkable externally and upon sectioning.

RETICULOENDOTHELIAL SYSTEM: The spleen is covered by a smooth, blue-gray, intact capsule. The parenchyma is dark red. The lymph nodes are unremarkable.

MUSCULOSKELETAL SYSTEM:  See previous description.  The diaphragm is intact.

MICROSCOPIC EXAMINATION:

Brain:  Patchy acute neuronal necrosis of neocortex, deep grey matter, and brainstem; multifocal traumatic axonal injury in a diffuse axonal injury distribution, with extensive superimposed vascular axonal injury by B-APP immunohistochemical staining; acute subdural hemorrhage with negative iron stains.

Heart:  No significant pathologic diagnosis.

Case No.   0456-02-0299JU

Name:   Curtis, Nikki

Trachea:  Mild, predominantly chronic, submucosal inflammation.

Lung:  Interbronchial aggregates of neutrophils and macrophages.

Liver:  No significant pathologic diagnosis.

Kidney:  No significant pathologic diagnosis.

Spleen:  No significant pathologic diagnosis.

Pancreas:  No significant pathologic diagnosis.

Small intestine:  No significant pathologic diagnosis.

Large intestine:  No significant pathologic diagnosis.

Adrenal gland:  No significant pathologic diagnosis.

Thyroid gland:  No significant pathologic diagnosis.

Frenulum:  Acute hemorrhage, edema, and acute and chronic  inflammation; special stains for iron are negative.

Skin, occipital scalp:    Extensive hemorrhage  into  subcutaneous  fat; special stains for iron are negative.

es, right and left:  Retinal and perineural hemorrhage.

Case No: 0456-02-0299JU

Page 6

Name: Curtis, Nikki

**FINDINGS:**

Blunt force injuries:

1. Diffuse subscalpular and subgaleal hemorrhage, with discrete foci of subgaleal hemorrhage of the vertex of the scalp, occipital region, and left temporal region.
2. Subarachnoid and subdural hemorrhage.
3. Cerebral edema with bilateral cerebral infarcts.
4. Traumatic axonal injury.
5. Bilateral perineural and retinal hemorrhage of eyes.
6. Hemorrhage into musculature of back.
7. Contusions of head, lip, and left shoulder.
8. Laceration of frenulum.
9. Abrasions of face and extremities.

**CONCLUSION:**

It is our opinion that Nikki Curtis, a 2-year-old white female, died as the result of blunt force head injuries.

**MANNER OF DEATH:** Homicide.

Jill E. Urban, M.D.
Medical Examiner

Lynn A. Salzberger, M.D.
Medical Examiner

**TOXICOLOGY:**

Blood: Alcohols and Acetone - negative.
Cannabinoid Screen - negative.
Drug Screen - 0.05 mg/L lidocaine.
0.40 mg/L promethazine.
9.2 mg/L phenytoin.

J. K. Townsend-Parchman, M.D.
Medical Examiner

Joni L. McClain, M.D.
Medical Examiner

**MICROBIOLOGY:**

Blood culture: no growth in 5 days.

Sheila Spotswood, M.D.
Medical Examiner

**METABOLIC SCREENING TESTS:**

Acylcarnitine profile - within normal limits.
Biotinidase deficiency - within normal limits.
Congenital adrenal hyperplasia -
within normal limits.

David Dolinak, M.D.
Deputy Chief Medical Examiner

Protocol typed by Erma Robinson

Jeffrey J. Barnard, M.D.
Chief Medical Examiner

# EXHIBIT 4

CASE # 0456-02

DISPOSITION                    ORDERED TO MORGUE  YES    @

POST PERMIT ASKED PRIOR TO DCME NOTIFICATION    TRANSPORTED BY DCME

======================================================================

SCENE CONDITIONS :              RIGOR MORTIS :    LIVIDITY LOCATIONS

    TEMPERATURE              JAW
    HUMIDITY                 ARMS
    OUTSIDE WEATHER          LEGS

C.A.P. Joe Berreth    BADGE # 422      OF  Palestine Police Dep
P.E.S.                BADGE #          OF

======================================================================

                      INVESTIGATION NARRATIVE
----------------------------------------------------------------
File No: 0456-02

Name:  Curtis, Nikki


Detective Joe Berreth, Palestine Police Dept., 903-729-2254
Dr Gormley, Children's Hospital, Dallas, Texas, 214-456-5130
Joy Mabley, SW Transplant

Dr McClain called at home and approved of organ donation.
SW Transplant was instructed to document and photo any abnormal
features/trauma discovered during organ recovery.

The father, Robert Roberson, 37 y/o, will face Capital Murder, per
Detective Berreth. Robert Roberson was recently released from the
Texas State Penitentiary.

The mother is in Pennsylvania and left Texas shortly after birth.
** PLease test for Hepatitis C, the father is HEP. C positive
per Detective Berreth.

2 y/o white female was airlifted Children's Hospital from
Palestine, Texas. The father transported the deceased to a Palestine
hospital and reported the child fell out bed.
Mr Bowman, grandfather has legal rights.

Dr Gormley indicated the following trauma: Retinal
Hemorrhage, Subdural Hemorrhage, Cerebral Edema. No fxs were noted.

Detective Berreth indicated the deceased may have been sexually
assaulted; there was evidence of an anal tear at the Palestine
Hospital.

Dr Gormley could not confirm the anal laceration.

All charting from the Palestine Hospital, Air Transport Service, and
Children's were requested.

Gary Pfeiffer

# EXHIBIT 5

| Cite | Quote | Notes |
|---|---|---|
| Vol. 7, 40 | Q. Okay. Have you had any involvement in cases where children have died of shaken baby death?<br>A. No, I haven't.<br>Q. Abusive head trauma?<br>A. No. I haven't had that. I haven't seen that. | Veniremember Hobson |
| Vol. 7, 88-89 | Q. Okay. In your work and training have you come across or had any educational materials given to you on shaken baby deaths, shaken baby syndrome?<br>A, Oh, yeah, uh-huh.<br>Q. That may be in this case. How many hours of that training have you had?<br>A. Oh, just a couple.<br>Q. Okay. Do you have you had any of the literature that describes the--<br>A. What you should do. Yes, going through first aid training and CPR you're made aware of that. And also part of the Y you know that they teach you not to shake children, support the head and neck, you know, and that kind of thing, and common sense.<br>Q. And, of course, that'd be another area where you couldn't disclose any specialized learning or training that you had to the other jurors in the jury box. You couldn't say--Well, what's your understanding of what a shaken baby death is?<br>A. Well, just their little structures are not as, you know, their muscle mass and structure are not as stable and strong as ours and that excessive shaking can cause brain damage, hemorrhaging, neck problems which can cause suffocation.<br> Q. Have you actually seen any of those children in your work?<br>A. No.<br>Q. The results of it?<br>A. No. | Veniremember Oranch |
| Vol. 7, 99 | Q. Okay. Mr. Lowe asked you about shaken baby syndrome and I think that is going to be an issue that's going to be raised in this case. Is there anything about the aspect of that  being involved in the case that would give you a particular sensitivity or particular problem in basing your decision solely upon the evidence presented in the court?<br>A. No, sir. | Veniremember Oranch by defense |
| Vol. 8, 23-25 | Q. In the course of your medical studies, have you<br>studied or heard about cases of shaken baby?<br>A.I've heard it, yes.<br>Q. Or inflicted head trauma?<br>A. Uh-huh.<br>Q. Just tell me what your general understanding of that concept is .<br>A. Especially if it's real young, you can shake and loosen the brain stem. It's pretty easy to do. I think it's easier to do than most people think. It's why you always have to be really careful with children. | Veniremember Morris |

| | | |
|---|---|---|
| | Q. Right. Well, your children, though, you've raised two 4 of them. Did they seem pretty durable to you? <br> A. Oh, yeah, they were pretty durable. I mean it takes excessive force. I think it takes more than-- you have to <br> really-- You know what I mean? <br> Q. I understand what you're saying. <br> A. Kids are pretty tough, but they are breakable. <br> Q. Right. The motion you described, how would you see a person doing that to a child? <br> A. If they got-- Just shaking them, I guess. If you lost complete control, I guess, and just shook them. <br> Q. You said if you lost control. You think-- <br> A. I don't know how, you know. That's something—You should never discipline a child when you're angry. <br> Q. Right. Can you see a context where shaking a child hard enough to kill him or her, that that conduct could be—We talked about intentional or knowing. Could you see a situation where that conduct could be intentional or knowing? <br> A. I think so, yes. <br> Q. You could shake a child hard enough to-- <br> A, I think so. I think if you were mad enough and I think you could. <br> Q. And as we talked about intentional and knowing, you could see how that conduct could be intentional? <br> A.I could see that, yeah. <br> Q. Even though a parent might be stressed or might be, for whatever reason, unable to control-- <br> A. Right. <br> Q. --themselves. That conduct, if they shook a child to death, you could see that to be intentional conduct? <br> A. Yes | |
| Vol. 8, 28- 29 | Q. Okay. I want to get back to when Mr. Lowe asked you about shaken baby cases. <br> A. Okay. <br> Q. And you illustrated an element of shaken baby cases, that a person has lost control? <br> A.Uh-huh. <br> Q. And y'all talked about intent. Would you also agree it's possible that the intent was not to take the life of that child, that a lot of other things may be into play at that point? <br> A. I could see that, yes. I mean, you know, I just hope, you know, that nobody would intentionally, you know. But I could see where in the moment that it could. I could see both ways. <br> Q. You answered that you understood that some people can lose control when they're under stress. You've got a very stressful job yourself. <br> A. Uh-huh. | Veniremember Morris by defense |

| | | |
|---|---|---|
| | Q. And that stress can make them do things that they normally would not do?<br>A. Uh-huh.<br>Q. Okay. And as I understand it, stress is a major issue in shaken baby cases. Would you agree with that?<br>A. I would think so, yes.<br>Q. Where a lot of the motivations might be if the child is sick, crying, disruptive, things of that nature. Your focus is on ending that activity.<br>A. Right.<br>Q. Not necessarily ending the child's life.<br>A. Right. | |
| Vol. 9, 48 | Q. Have you ever heard of the shaken baby syndrome?<br>A. Yes, sir.<br>Q. Could you tell me what you think it is?<br>A. When a person shakes a child so hard that it does something to the brain, I think. I'm not really for sure exactly what it does, but it kills them. I'm not sure exactly what it does.<br>Q. That would be pretty horrible for a parent to do that to a child, wouldn't you agree?<br>A. Yes, sir.<br>Q. Can you see any reason for a parent to do that to a child?<br>A. I can't personally. I mean I don't see how a parent could get that mad, but I mean I guess it depends on what happened.<br>Q. Okay. You would never get that mad –<br>A. No, sir.<br>-- at a child, whether it was yours or somebody<br>A. No, sir. | Veniremember Cooper by the defense (prosecution didn't mention shaken baby) |
| Vol. 9, 98 | Q. Have you ever heard the term shaken baby or shaken baby syndrome?<br>A. No.<br>Q. Okay. You've never heard of a situation where somebody lost control, shook a small child and that resulted in either serious injury or death of the child?<br>A. Well, I've heard of it happening. I haven't heard it called that.<br>Q. All right. But you've heard of that happening?<br>A. Yes.<br>Q. Okay. I'll submit to you that that is going to be a prominent aspect that plays in this particular case. . . | Veniremember James by the defense (prosecution didn't mention shaken baby) |
| Vol. 9, 119 | Q. Belize in medical school. This case is going to involve some pretty technical medical concepts. Have you studied abusive head trauma to children or sometimes called shaken baby syndrome or shaken baby?<br>day.<br>A.Briefly. We didn't go into it in great detail. | Veniremember Stewart |
| Vol. 10, 20-22 | Q. Right. Have you ever seen a coach shake a player and hurt a child by getting him on the sidelines?<br>A. Children?<br>Q. Yes, sir. | Veniremember Langley – more about older children |

| | | |
|---|---|---|
| | A. You ever shaken your children?<br>Q. No, sir. I never have shook my children.<br>A. You're quite a man. I've seen coaches shake kids to get their attention. I've not seen anybody hurt anything, but I've seen kids-- 'Look here. You've got to do this. Look here.' And it's more of an attention getting thing or I used to see coaches grab them by the face mask and that's something that I really tried to make myself never do because I didn't like the looks of it from an observation point of view. But I think most of the time when teachers or coaches are trying to do those things they're not trying to hurt the child. Is it possible to hurt somebody that way? Sure. Hurt their back simply by pushing them and getting them off balance? But I've have seen anybody hurt a child intentionally in my career. And that's 27 years of teaching and coaching. But I have-- I do know there has been people that abuse that honor, privilege, responsibility or whatever and have hurt children and that ever.<br>Q. Have you read or studied anything about abusive head trauma in children or the injuries that could be caused to children by beating and hard shaking, extremely hard shaking?<br>A. No. I'm very aware of head injury because of the situation I got into and I've done an extensive amount of reading since then. And if I were to do things differently with my own children today, if they were young, I might handle things differently, being more protective of the head. | It appears that the "Q" and "A" are out of place in the transcript |
| Vol. 11, 67-68 | Q. Have you ever heard of shaken baby syndrome?<br>A. Yes, I have.<br>Q. Okay. Is there anything, and quite frankly the evidence may be submitted during the case, that that's an element that's involved in this case. What have you heard about that shaken baby syndrome?<br>A. I just know that it's when a baby is handled in the wrong way that somehow or another it dislodges the brain or it's my understanding that that's how it works. And I think it can happen intentionally and it can happen-- I mean I have seen my son-in-laws and, you know, family members handle kids in a way that I said, 'Don't do that. You're going to hurt that child. You don't realize what you can do to that child.' And them not know it. | Veniremember Missildine by defense with no mention by prosecution |
| Vol. 11, 115-16 | Q. Have you ever-- You never have shook a child to the point where the child loses consciousness?<br>A. Well, I used the paddle and part of that was the reason my dad, when you got it from him you heard the belt immediately. And so what I did is I made myself a paddle and if I was mad enough to spank my kids, I'd make them go and find the paddle for me and bring it to me, which it would take them a long time to do that and it'd give me time to calm down and settle down a little bit. I learned that somewhere. I used it and it did work. But there was once I did get a little out—I did go a little far with one of my sons. I mean I didn't grab him or shake him or anything, but I paddled him a little longer than I should have, probably. | **Veniremember Cubstead** |

| Vol. 11, 120-21 | Q. (BY MR. LOWE) So to prove knowledge or intent you might have a case where the person doesn't testify or there's no confession or the person gets up and says, 'I didn't intend to do it.' Well, you're not bound by the fact of that. The jury can infer intent. We don't have to have direct evidence of what's in somebody's brain. The way you prove intent is through circumstantial evidence. You can infer the intent from the evidence, from the acts of the person, the conduct of the person, the remarks of the accused. Okay. Another thing about cases; this indictment that the Judge read to you, it alleges that the killing was caused by a manner and means unknown to the grand jury. There will not be in this case or we're not required to prove exactly how Mr. Roberson killed her. We're not required to do that. It alleges that she was-- that the cause was abusive head trauma or words to that effect, but we don't know what caused it. Okay. That may seem a little unfair that we don't have to prove that. But that's all that is required. We don't have to prove how he killed her. All right. Do you think that that's unfair or something that you couldn't follow? | **Veniremember Cubstead** |
| Vol. 12, 84 | Q. Have you ever heard the term 'shaken baby syndrome'?<br>A. Yes, sir, I have.<br>Q. Okay. And what have you heard?<br>A. I've heard a baby can actually die when you shake it.<br>Q. Okay.<br>A. And cause brain damage. I spanked my kids, growing up. I don't know if I ever shook them or not, but I spanked them. If they were mean I spanked them. | **Juror Parker** by defense |
| Vol. 13, 24-25 | Q. Okay. So also under our law we don't have to prove the exact manner of her death. Okay. You heard the indictment and we'll read it again when we start the trial. But just generally talks about abusive head trauma. Okay. Have you read any articles or seen anything about shaken baby syndrome or abusive head trauma?<br>A. Yes, sir.<br>Q. Have you?<br>A. Uh-huh.<br>Q. When was that, that you read about it?<br>A. Well, I've just heard it in the news, you know, that there's been instances where I've heard in the news where a baby might be crying or something like that, you know, and somebody picks them up and shakes them and it can be detrimental to an infant.<br>Q. Right. Do you think that if a child was killed that way that you could consider that as intentional?<br>A. I would be hard pressed to.<br>Q. Well, what if you had more than just shaking a baby?<br>A. Well, if it was other evidence or something about abuse or something, you know, but be hard pressed to just no other evidence. | Veniremember Page |
| Vol. 13, 33 | Well, it's a case-- One of the things is I'm prohibited from going into the facts of the case. We talked a little bit about shaken baby, what you would require, but I can't visit with you too much more about that. But let me tell | Veniremember Page |

| | | |
|---|---|---|
| | you this. There will be a great deal of technical, medical evidence, but I think if you can work in a coal mine you can grasp whatever concepts that these doctors are going to be visiting with you about unless you don't think you can. I feel you can do it. | |
| Vol. 13, 69-70 | Q. All right. Are you familiar with shaken baby syndrome? A. Yes. Q. Tell me what you know about it. A. I just know that when a child or a baby is shaken, the head is large enough for the brain to grow and when a baby is shaken to the point where the brain is physically jostled inside the head cavity it causes brain damage or even death. Q. What's your opinion as to how hard you have to shake a child to bring that about? Do you know? A. I would think it would have to be pretty hard. I know I have a niece, when she was five weeks old, was hit in the head with a baseball. The baseball was thrown from second base, went through a gap in the bleachers and hit her in the left temple. And this happened 16 years ago. She was five weeks old when it happened and she's-- I mean she had some problems, you know, with it after it happened for about a year with seizures, but she's fine now. I mean if something that hard wouldn't kill her, then it would have to be pretty substantial. Q. Do you think it'd have to be a violent shaking? A. I would think so. Q. Can you conceive of a situation where somebody would violently shake a child and it not be-- and they not intentionally or knowingly cause injury to that child? A. No. Q. Do you think while they were doing it they would know that they were hurting that child? | Veniremember Falkner |
| Vol. 13, 93-94 | Q. Okay. You made a response earlier on shaken baby. Is that an incident which you would find to be an appropriate circumstance to be considered as a capital offense? A. I don't know. It would just depend on the circumstances. Q. Okay. You described kind of an example in quite a bit of detail. A. With my niece, yes. Q. Not with your niece, but when Mr. Calhoon asked what you knew about shaken baby, you explained about the cranial cavity being larger than the brain stem itself and the fact that permanent brain injury can be prompted by the shaking, things like that. A. Yes. | Veniremember Falkner by defense |
| Vol. 14, 18-19 | Q. Have you heard of shaken baby deaths? A. Yes, I've heard. Q. What have you heard about that? | **Juror Dennis** |

|  | 14 A. Just different things. I mean it's been a long time since I've heard it. Just somebody shook their baby too hard and it does something to them. I never shook my baby so I don't really know much about it. |  |
|  | Q. Have you thought about the violence that occurs to a child when they're shook? I know you didn't do it. |  |
|  | A. Right. |  |
|  | Q. Have you thought about that? |  |
|  | A. No, because I didn't know anybody that shook their baby, so until you hear it on the news. |  |
|  | Q. Yeah. |  |
|  | A. It's been a while. |  |
|  | Q. Have you seen any sort of literature or brochures like that at work or where just anywhere around about child abuse, head injuries, things like that? |  |
|  | A. Not really. |  |
|  | Q. Have you thought about how much violence, how violent a person's actions would be to kill a child with their bare hands? |  |
|  | A. They had to be really violent. |  |
|  | Q. Could you consider that if there was enough violence to kill a child that that conduct could be intentional? |  |
| Vol. 14, 46 | Q. Okay. Y'all talked a little bit about shaken baby cases and you said that somebody gets angry or gets upset and they kind of lose it with a child. A. Right. Q. While stress is not a defense to the guilt/innocence of a case, would you agree that stress, the affect of stress and their behavior may be a consideration on the punishment for future dangerousness? | **Juror Dennis** by defense |
| Vol. 14, 75-77 | Q. Okay. And intentionally, obviously, is sort of the plain meaning, but I'll give you the definition. No problem with that. That's sort of the every day meaning. Let me ask you, Mrs. Wacha, are you familiar with shaken baby syndrome? A. Yes, I am. Q. Tell me what you know about that. A. The way I understand it is it's basically picking up the child and shaking them so hard that something in their brain or maybe their spinal cords, something in the head area is injured to the point that the child dies or is seriously injured. Q. What's your level of understanding as to how violent that shaking has to be? Do you have any insight into that? A. Not really, but I would think that any time a child is picked up and their bodies are moved forward and backward to a point where their heads are going forward and backward that it could result in an injury when the child has no control over it. Q. Could you ever foresee a situation where a parent would do that to a child and it be accidental? A. Well, the only time I could think it could be accidental would be if the parent had just totally lost control, maybe the child was incessantly crying | **Juror Wacha** |

| | | |
|---|---|---|
| | or whatever and the adult just lost control and shook the child. Now, I'm not saying that's the proper way to handle it or that's correct, but I could see where an individual would lose control.<br>Q. If that were the case, do you think that should lessen the punishment they might receive?<br>A. Not really because every individual who raises a child should be aware that something like that can happen.<br>Q. And I guess a lot depends on the actual age of the child, also?<br>A. Right.<br>Q. On the other hand, can you conceive of a situation where a parent would intentionally harm a child like shaking them in that manner?<br>A. Yeah, I think if an individual is aware that that would happen, you know, if they're intent on harming the child there's no telling what an individual will do.<br>Q. How about the definition of knowingly, even though the person might not have intended to injure a child, the process of this violent shaking, knowingly causing those injuries?<br>A. I guess that would fall under the knowingly, also.<br>Q. Okay. If you're called to be a juror in this case and we talked about the elements, now you're familiar with what a capital murder would be, we'd have to show you that somebody intentionally or knowingly, Mr. Roberson intentionally or knowingly killed somebody. Okay?<br>A. Right. | |
| Vol. 15, 18-20 | Q. Have you ever read or heard anything about head trauma in children or shaken baby trauma?<br>A. Yes, sir.<br>Q. What have you read about that?<br>A. I haven't read it. I've seen it on TV on like the forensic shows or something.<br>Q. Oh, really. Do you remember a particular episode where they talked about it?<br>A. There was one baby that was found dead and they thought it had suffocated and after they done all the stuff that they do, they figured out that it had been shaken because its brain was messed up.<br>Q. Kids are pretty durable. Would you agree with that statement?<br>A. Yes, sir.<br>Q. And they can suffer a lot of-<br>A. Yes, sir.<br>Q. abuse mostly caused by each other or to themselves.<br>A. Or themselves.<br>Q. Of jumping off the beds and--<br>A. The oldest one of mine, it's a wonder he's still alive. He's done so many things. He's got stitches all over him.<br>Q. So can you imagine the force that would be required to kill a child, the violence that would be required to kill a child with a person's bare hands? Can you imagine that force? | Veniremember Light |

| | | |
|---|---|---|
| | A. No, I really don't have any concept of it.<br>Q. Steve brought up a good point yesterday. There was this lady, did you see it on TV, that was-- a lady from Dallas they caught in the parking lot?<br>A. Yes, I seen that, yes, sir.<br>Q. It's my understanding that that little kid is perfectly fine.<br>A. That's what they said. Didn't look like it would be, but that's what they said.<br>Q. Well, in the context of shaking a child to the point where the child is either seriously injured or killed can you ever see that that conduct could be intentional, that would be an intentional act, a knowing act to cause that much injury?<br>A. Yes, sir, they say it happens.<br>Q. Okay. It wouldn't ever be accidental then for a person to shake a baby like that lady did in that video, as far as you'd be concerned, that wouldn't an accident?<br>A. Some people can lose it. They might not realize what they were doing at the time and after it was over might would think that, you know, 'I went too far.' I can't imagine doing it personally.<br>Q. Well, should that person be held responsible?<br>A. Yes, sir.<br>Q. And accountable for what they did to the child?<br>A. Yes, sir.<br>Q. Even if it includes the criminal sanction?<br>A. Yes, sir. | |
| Vol. 16, 27-29 | Q. Okay. Have you ever heard of shaken baby trauma or --<br>A. Uh-huh.<br>Q. -- abusive head trauma? Tell me what your understanding of that is.<br>A. Well, I just assume that that just means that like a shaken-- Is that, I mean that you're just, you know, you just have them and they're small and you just get to-- that you just get so upset and so angry that you just shake them and just can't stop until it just, you know, causes trauma.<br>Q. Uh-huh.<br>A. I don't really know.<br>Q. Your experience with kids, have you found kids to be fairly durable?<br>A. Well, I can't-- I would just have to say that I just can't, as far as, you know, I've put on here as far as when my child was small. I mean I had spanked him in the past, you know, in the past, you know, for things. I don't-- I wouldn't-- I tried not to. I mean, you know, I grew up that way. I mean I was spanked, for sure. But as far as durable--<br>Q. Well, my kids, they thought it was fun to jump off the top of the top bunk and they would hit each other and bounce around.<br>A. Well, yeah. And when you're kids you probably do things. Don't really have a sense that you would get hurt, something like that. And a lot of the time they, you can do a lot of things like that and not get hurt.<br>Q. Did you see the video tape of the lady that was in the parking lot, in the Wal-Mart parking lot? | Veniremember Morgan |

| | | |
|---|---|---|
| | A. Yes, I did. I did.<br>Q. She was pretty violent with that kid.<br>A. It seemed to be.<br>Q. And it's my understanding that that child was, even in spite of being violently shaken and beaten, was not injured.<br>A. Well, that's what I heard her say. I heard her say that there weren't any marks or anything on the child.<br>Q. All right. In talking about abusive head or shaken trauma, can you imagine the violence that would be required to shake a baby hard enough to kill a baby?<br>A. Well, I would assume. Well, wouldn't it-- I would think it would also make a difference on your strength, maybe, like, you know, the difference in the sizes. I mean a lot of times, you know, if you're a big adult and it's a small child, you know, it might seem like they might not be using as much--<br>But it's a lot more strength, you know, than they might would think that they have with the child.<br>Q. Do you think that most parents would know not to do that to a young child?<br>A. Personally, I would have to say I would think most parents would know.<br>Q. So if a person does accidentally-- Well, not accidentally. If a person does injure a child do you think that they should be held accountable?<br>A. I think so. | |
| Vol. 16, 36-37 | Q. That's the acts of that person, the conduct, and the remarks of the person, what that person says. So it's from the surrounding circumstances. Now, one thing about this kind of crime or probably most murders, I would suspect, is you may not know exactly how that person did it. All right. Or exactly what caused the death. And this is one of those cases. The grand jury indictment says that she died by abusive head trauma in a manner and means unknown to the grand jury. We don't know exactly what happened.<br>Q. Okay.<br>A. All right. Is that going to cause you such a problem, though, that you're going to struggle with it if we don't prove exactly how she died? | Veniremember Morgan |
| Vol. 16, 67-68 | Q. Have you ever heard of shaken baby syndrome?<br>A. Yes, I have.<br>Q. I guess at the school or have you had any training on that?<br>A. Haven't had any training on it. I've just heard--What I've heard is just, you know, through the news media.<br>Q. What have you heard?<br>A. Just that shaking a child can damage them mentally or kill them.<br>Q. I guess at the school there are a lot of kids that get scrapes and bumps and things like that?<br>A. Uh-huh.<br>Q. Would you agree that kids are actually fairly durable?<br>A. Oh, yes, they are.<br>Q. It takes | **Veniremember Ethredge** |

| | | |
|---|---|---|
| | A. Very durable.<br>Q. - - some severe force to injure a child. Can you imagine the kind of force that would be necessary, the violence that would be necessary to kill a child with your own bare hands, with a person's bare hands?<br>A. I can't imagine it.<br>Q. Do you think parents should be held accountable by the law for injuring their children if they do?<br>A.Yes, I do. | |
| Vol. 16, 76 | Q. Well, the grand jury indictment says that she died of abusive head trauma.<br>A. But it doesn't have to be proven? | **Veniremember Ethredge** |
| Vol. 16, 76-77 | Q. So we don't have to prove-- As long as we prove that abusive head trauma, but we don't have to prove to you that he took a baseball bat or that he whopped her up side the head. We don't have to prove those kind of things, just that it was abusive head trauma. | **Veniremember Ethredge** |
| Vol. 16, 118-19 | Q. Have you heard about shaken baby syndrome or abusive head trauma caused to children by violent shaking?<br>A. Yes, I have.<br>Q. And how has that been brought to your attention?<br>A. I have probably seen some in the paper. I've probably seen it on television. I've probably read it in a magazine.<br>I'm not familiar with any specific case or anything but I certainly am aware of it and have heard of it.<br>Q. Your experience with children, is it that they're actually pretty durable, they can actually bounce around and bang around?<br>A. Well, to a certain degree, yeah, they're pretty durable, I guess. But, you know, I know you have to be careful with them.<br>Q. Did you see the video clip of the woman in the parking lot at the Wal-Mart?<br>A. Yes.<br>Q. And that was pretty violent activity, pretty violent shaking?<br>A. Yeah. Yeah.<br>Q. It's my understanding that that child was not injured at all. Did you hear that?<br>A. Well, I think I did hear that the doctor had checked her and she was okay.<br>Q. Can you imagine the level of violence that would be required for a person to kill a child with their own two hands? | Veniremember Bailey |
| Vol. 17, 33-35 | Q. All right. Let me talk about what those two questions are. Let me ask you, though, before I do that. Have you ever heard of shaken baby syndrome?<br>A. Shaken baby syndrome?<br>Q. Yes, sir.<br>A. No, I don't guess I have.<br>Okay. The injuries that can result from somebody shaking a child violently.<br>A. Oh, yes. Yeah. I just never heard it called a syndrome. | **Juror Carter** |

| | | |
|---|---|---|
| | Q. Shaken baby.<br>A. Is that the syndrome of the person that does the shaking or is that something that happens to the child?<br>Q. Well, that's a good question. Not sure.<br>A. Okay.<br>     MR. EVANS: That applies to the child<br>Q. (BY MR. CALHOON) Applies to the child. Steven thinks it applies to the child, so we'll take his word for it. What's your understanding of how injuries can be caused?<br>A. Oh, well, you know, if an infant-- Depends on their age. The muscles in their neck actually have very little control of their head and you can do terrible damage to their upper spinal column by shaking their head back and forth, you know. And I suppose you could do internal injuries, too.<br>Q. If somebody was shaking their child so violently would you think they were intentionally hurting their child?<br>A. Yeah, I would say so. My two sons, whenever I spanked them with an open hand, I didn't do it under a hot temper. I knew better. When I lose my temper I do my best not do anything or say anything because I've learned. I believe you could hurt a child very easily and you wouldn't know that you're hurting him. I mean I wouldn't treat my dog that way. | |
| Vol. 18, 87-88 | Q. Okay. Are you familiar with what shaken baby syndrome is?<br>A. Just my own interpretation of it, which is you grab the baby and pick it up to shake it and you shake it too hard and you do something to their brain and they die. You shake them too hard because everything isn't developed. I mean you can't shake a baby like you can an adult.<br>Q. Right.<br>A. Because their body's not developed yet. Everything's not kind of grown into place. Their skull and everything isn't thick as when they're older, you know. So if you shake them too hard and you loosen-- something jars loose or it bangs it. I mean, you know, I've done it, shake my head and then stop and you can feel it in there.<br>Q. Sure. What's your understanding in terms of the level of violence that it takes to really hurt a child by shaking them? Do you see it as a-- You grab them, you shake them a little bit, or do you see just a violent shaking?<br>A. I see a violent shaking or maybe it starts off as a shaking and then gets violent because they're not stopping what-- You know, I mean I got shook. When I got shook so hard one time by my grandfather I'd pee'd all over myself. But, of course, you know, I was 6 or 7, 8, you know. But it wasn't a violent, you know-- It was more I was scared.<br>Q. Sure. If somebody was to shake a child to the extent of seriously hurting that child, can you envision that it wouldbe accidental?<br>A. I don't think it could be visioned as being accidenta because the parent or the person knows what they're doing. I mean they're ticked off because the child won't stop crying and they go in there to shake it to try to, you know-- But I guess-- and I'm not a father. I mean, you know, I've never raised little ones, but I've been around little ones and stuff like that, but | Veniremember Buckholtz |

| | | |
|---|---|---|
| | there's other ways to discipline a child that's crying, I mean depending on the age of the child, than picking it up and shaking it. Because that's, you know, they're just more or less limp when you pick them up anyway. They can't fight your force with their opposite force because they're not strong enough.<br>Q. Just such a degree of difference in strength?<br>A. Right. And, you know, you go to shake them and you get ticked and you shake them harder because you're mad. But, you know, there's got to be another way to do it.<br>Q. If you seriously injure a child under that scenario do you think you should be punished for it? | |
| Vol. 19, 20-21 | Q. Have you ever heard of shaken baby trauma or shaken baby syndrome? Have you ever heard that phrase?<br>A. I've heard of shaken baby before, but I don't know if you call-- I guess I've heard of shaking babies or shaking young kids. Probably have known a few people that did it, but nothing that probably caused any harm or anything.<br>Q. Can you imagine the violence that would be necessary to shake a baby to the point that it died?<br>A. That's hard to believe that somebody could actually do that. I guess it could be or it could, yeah. I don't know how old the child is in question here.<br>Q. Well, we're not trying to pin you down to anythinbecause it would be improper to talk about the facts of thicase. But just generally speaking, can you imagine that it would be a very, very violent act on the part of a person to do that?<br>A. Yeah. Yes. | Veniremember Sommer |
| Vol. 19, 66-67 | Q. Are you familiar with the term shaken baby syndrome?<br>A. Not that much, but I've heard, I've read and such. I've never personally been involved. I've had knowledge of that just from media and such.<br>Q. What's your level of understanding of what that means?<br>A. Well, it's not supposed to be. You hear people talk about a way of discipline years ago and they'd shake-- a teacher that'd shake the kids and such. Seems like one time they thought that was great. And then all of a sudden that's the worse thing you can do. With a baby, I guess you can shake them. I just know, you know, that's not good to shake them, I guess, the degree which you shake them. But I don't know much about it.<br>Q. Do you have any insight into the degree of shaking, what it is that would-- Do you think it is a violent shaking that would cause serious injury to a child or do you think it could be a mere-- You're talking about a teacher grabbing somebody for their attention. Do you think that would result in serious injury?<br>A. Oh, I don't think a young-- A child they were talking about, say a junior high kid. I've heard they say they couldn't spank them, but they could sure shake them. I doubt that would cause any harm to them. But a baby, I guess if you had your whole force with that baby and shake them. I don't know. | Veniremember Oliver |

| | | |
|---|---|---|
| | I've never envisioned that and I've never thought about shaking a baby. When our kids were little that was just beyond my-- every composition or thought that I would ever shake them, so I don't understand it. I wouldn't think it'd be healthy. You know, certainly not and it would be harmful, but I don't anything. I have a very low level of knowledge or anything of that. | |
| Vol. 19, 113-15 | Q. Do you think that parents should know not to injure their children?<br>A. Yeah, but like when I raised mine, we didn't know about that shaken syndrome and stuff like that.<br>Q. What do you know about the shaken syndrome?<br>A. Well, any small child you're not supposed to shake them. You know, you see people in the malls shaking people, their kids and telling them to behave, but you're not supposed to do that now. We didn't know that back then.<br>Q. So have you seen people do that?<br>A. Oh, yeah.<br>Q. And out of all those people that you've seen was their child ever hurt?<br>A. No, that I know of.<br>Q. That you know of?<br>A. I mean these were just walking down in the mall.<br>Q. Walking in the hall?<br>A. Yeah.<br>Q. And you've seen people-- Did you see the TV coverage of the woman in the parking lot in Illinois?<br>A. Uh-huh. Oh, yeah. Who hadn't, 15 or 20 times.<br>Q. Yeah, and that little child was not hurt.<br>A. They changed kids is what I've heard.<br>Q. Well, I think it turns out that she wasn't hurt, the little girl.<br>A. Oh, okay. Yeah. She's with the grandmother now.<br>Q. Can you imagine the level of violence that would be necessary to shake a baby or a child and kill the child? Can you imagine the level of violence?<br>A. Yeah.<br>Q. It'd have to be unbelievable, wouldn't it?<br>A. Well, depending on how small the child was. If the child was a little infant it might not take too much. I don't know. I don't think it would. But why would you shake a small child, that little, you know, under a year old?<br>Q. Right. I understand. I appreciate that. Then number 64. Do you see that? Do you believe that a parent could lose control of their emotions to the extent of harming their child, but not intend to do so?<br>A. Yeah, just like I said. Shaking a child to get their attention or something, not meaning to do it and they might slip out your arm and fall against a table or something like that.<br>Q. And what-- Could you ever imagine a circumstance where a parent would kill a child and not intend to do that?<br>A. Well, just like I said. They might just shake them or you might push them down and they fall and hit their head or something. But deliberately, no, I couldn't imagine that. | Veniremember Hannah |

| | | |
|---|---|---|
| | Q. Couldn't imagine doing that, could you?<br>A. Huh-uh.<br>Q. Do you think, though, if a parent does injure their child if they claim that they were upset that day, do you think that the State of Texas should just let them off and not do anything to them?<br>A. No, huh-uh. | |
| Vol. 20, 19 | Q. Are you familiar with shaken baby syndrome, that term?<br>A. That's what I thought when I saw the lady in the car just-- She was slamming the kid in the seat.<br>Q. What's your understanding of how violently you have to shake somebody to cause serious injury or death?<br>A. I think in a small child it doesn't take too much to shake them. I mean it's just going to take a little shake because we're big. I mean think of an adult and the child. It's not going to take much at all to cause injury. I know people lose control, but you've got to stay in control. You've got to either walk away, you've got to count to 10, bite your tongue. You've got to do something. Just don't get yourself in that situation. | Veniremember McElroy |
| Vol. 21, 19-20 | Q. Are you familiar with shaken baby injuries?<br>A. Well, I've read a little bit about that, you know, and know that anymore that seems to be something that has happened a few times.<br>Q. Yes, ma'am. Well, on Sunday I was listening to the radio and heard a commercial about shaken babies, that you shouldn't shake your babies hard. It seemed to me, though, that that'd be kind of-- that most parents would know not to do that. Would you think that most parents would know better than to shake their baby hard enough to hurt it, or a toddler?<br>A. Well, I suppose so. Sometimes you might do something that was-- You might have shook one harder than you meant to. I mean I can see that, having been a mother and gotten pretty good and mad at my kids from time to time.<br>Q. Yes, ma'am.<br>A. But, you know, I can see that you might do something accidentally that you didn't really mean to. And I don't know a whole lot about this shaken baby thing, either.<br>Q. Yes, ma'am. **There'll be a lot of expert testimony about that, about how it applies in this situation with a toddler; not just a baby, but a toddler**. So as far as your-- You don't remember much of the details of the scientific basis for shaken baby trauma?<br>A. No. No, I really don't.<br>Q. As far as your experience with children, though, did you find kids to be fairly durable, able to withstand lots of injury? | Veniremember Ricard |
| | Q. Are you familiar with the shaken baby syndrome? Have you heard that term?<br>A. No, sir.<br>Q. I guess it's the idea that a small child can be shaken so severely that essentially their brain sloshes.<br>A. Yeah, I've heard something of that. I didn't know what it was called. | Veniremember Rightenour |

| | | |
|---|---|---|
| | Q. Okay. Not any knowledge, though?<br>A. That doesn't ring a bell, no. I didn't even know there was such a thing.<br>Q. Such a syndrome?<br>A. Yeah. | |
| Vol. 25, 110-111 | Q: Has any of your training that you've had, medical or counseling, included discussions of abusive head trauma or shaken baby trauma?<br>A: My EMT class. That's about it. You know, in our book there's pictures right there, you know, real pictures of child abuse and deaths of children, you know, children dying of child abuse and so forth. But that's about it.<br>Q: So was the discussion-- Have you had discussions and training or has it just been books about shaken baby?<br>A: It's basically just gone-- as far as just gone over with us. We didn't actually have any, like, training or hands on or anything like that. It was, you know-- It was a chapter from our class and it was in-- You know, we had tests over it.<br>Q: Well, tell me what your-- I'm not trying to give you a test, but just tell me what general understanding of what that trauma is, how it's caused.<br>A: When a child is shaken?<br>Q: Uh-huh.<br>A: Okay. Well, basically the brain is so small and the head is so fragile it's bouncing around in there and that causes massive head injuries and so forth. | Veniremember Ryan E. Berry |
| Vol. 25, 139-140 | Q: Okay. How much detail or how much time did you expend in reviewing shaken baby syndrome in your EMT training?<br>A: To be honest, not a whole lot.<br>Q: Were you given an illustration or particular objective indicators?<br>A: Yes. | Veniremember Ryan E. Berry, by the defense |
| Vol. 26, 64-65 | Q. Well, I guess it may be an issue in this case, whether or not somebody was under stress and did something. I can't give you the details of the case. Did you see the lady on TV that was in the parking lot and she had her child with her and she put the child in the car and was shaking her and beating and hitting her? Did you see that?<br>A. Yes, sir. Here a couple of months ago, wasn't it? | Veniremember Anderson |
| Vol. 26, 67 | Q. Okay. All right. Will me ask you just a couple more questions about your personal knowledge and then I'm going to talk to you about what the law is in Texas on capital murder.  Have you read anything or heard anything about what's known as shaken baby trauma?<br>A. I've just heard a little bit talked on TV about it .<br>Q. What have you heard?<br>A. That something about it, it does something to the child's brain and it can cause mental retardation or death. But from what I understand it's, you know, from violent shaking.<br>Q. Yes, sir.<br>A. But that's all I know about it. | Veniremember Anderson |
| Vol. 32, | Q. Have you ever heard the term shaken baby syndrome?<br>A. Yes, sir, recently I've heard that. | Veniremember Fraser by defense |

| | | |
|---|---|---|
| 35-36 | Q. Okay. What's your understanding of what that's all<br>A. That vigorous shaking causes damage to the brain stem and can cause the nerves, cause a shutdown of the nervous system.<br>Q. All right. Have you heard what level is required to induce that result?<br>A. No, sir, I have not. | |
| Vol. 32 95 | Q. Ever get to a point where you thought if they don't quiet down I'm going to kill them?<br>A. Yes, sir.<br>Q. Of if they run by me one more time I'm going to grab them up and shake them to death?<br>A. Well, I have spanked them. | Veniremember Martin by defense |
| Vol. 32, 122-23 | Q. All right. Have you heard of children getting injured by being vigorously shaken. Have you ever heard of that?<br>A. I have heard of people shaking kids, yes.<br>Q. Tell me what you've heard about that.<br>A. Well, this was also in the news where a baby-sitter got so upset, shakes the child to try to calm them down, make them be quiet or whatever, but that's something that I can, for a fact, I've never done and I've never seen anyone do, but--<br>Q. You can't imagine anyone doing that, I guess?<br>A. I'm just hoping no one would do that.<br>Q. Now, there was a case that was highly publicized in I think it was Massachusetts involving a nanny. Is that the case you're talking about?<br>A. I don't know.<br>Q. The lady that was tried for the murder of a baby that she was taking care of up there?<br>A. No, they didn't make it to murder. It was just so, it was like a camera in the home incident, and they had been coming home and the baby would have bruises and stuff on it so they put the camera in the home and caught her shaking the baby and throwing it in the bed. So that's the one.<br>Q. Does that sort of distress you think about children getting injured like that?<br>A. Well, because it could happen to anyone's child because, like I said, you never know what happened, you know, when you're not there. | **Juror Benson** |
| Vol. 33, 27 | Q. Right. Okay. Are you familiar with the term shaken baby syndrome?<br>A. Yes.<br>Q. What's your knowledge of that?<br>A. Well, just from what I know about it is the movement of the brain within the skull, it can be bruised or damaged.<br>Q. Do you have any insight into how much violence is needed to cause that kind of injury? In other words, can you simply do this or does it have to be a violent prolonged shaking?<br>A. From what I understand it doesn't take just a whole lot. I'm not an expert on it or I haven't done a lot of studying on it. I really don't know that much. I mean I guess it depends on actually what expert you even talk to. | Veniremember Dyer |

| | | |
|---|---|---|
| | Q. Sure. In your own knowledge do you think it to be something where somebody might grab a child to get their attention and cause-- We're talking about a serious permanent disability or death.<br>A. It may, you know. I guess it could. Like I said, I'm not quite sure how much force it actually takes to cause damage. | |
| Vol. 34, 20 | Q. Have you heard of what's called shaken baby trauma?<br>A. I've heard of it, uh-huh.<br>Q. What's your understanding of what that is?<br>A. Where an infant is shook hard enough that it causes like a brain injury or something. Is that what you're talking about?<br>Q. Yes, ma'am. Have you ever-- Since you've been made aware of it have you ever thought about what kind of violence it would take to give a child a serious brain injury by shaking it?<br>A. No more than I know about medical stuff, it seems like it would have-- you would have to shake one hard I would think. | Veniremember Barnett |
| Vol. 34, 24 | Q. All right. By a manner and means unknown to the grand jury. The indictment in this case says that. We don't know what killed the little girl, exactly. All right. It says she died from abusive head trauma. We don't know how it exactly happened. And that gives the State a little wiggle room in that regard. And that's not unusual. | Veniremember Barnett |
| Vol. 36, 81 | Q. Have you ever heard of the shaken baby syndrome?<br>A. Yes, sir.<br>Q. If it turns out in this case that that's what caused the child's death--<br>MR. CALHOON: I object, it's an improper attempt to bind this juror.<br>THE COURT: Sustained. | **Alternate Juror Berg** by defense |
| Vol. 38, 91-92 | Q. Mrs. Bowden, are you familiar with the shaken baby syndrome?<br>A. Not that much.<br>Q. Tell me what you know about it.<br>A. Just the shaking that can cause mental problems that the child has, maybe when they start to school, pre-kindergarten.<br>Q. Are you aware that violent shaking can result in the death of a child?<br>A. Yes, it does move their brain, so we're told in school.<br>6 Q. Do you have any concept of how violent that shaking would have to be to cause a child's death?<br>A. No. | **Alternate Juror Bowden** |
| Vol. 41, 52 | Alarm goes off, he wakes up and there Nikki is unconscious, unresponsive. He slaps her a few times trying to get her to wake up. Grabs her face, shakes her face her face. Tries to get her to wake up. | State's Opening |
| Vol. 41, 53-55 | You'll also hear testimony from eyewitnesses, Teddie and others, that they saw Robert in one of these fits of rage on occasion snatch Nikki Curtis who weighed 28 pounds and Robert weighs two hundred some odd, snatched her up off the ground by her arms and violently shaking her back and forth, screaming at her to shut up. You'll hear about her head popping back and forth as he was shaking her. You'll also hear from experts, treating physicians, hospital staff, what their conclusions were. You'll hear from Dr. John Ross. I've talked about some of the nurses you'll hear, Kelly | State's Opening |

| | | |
|---|---|---|
| | Gurganus. You'll hear from Dr. John Ross who treated Nikki a couple of days before she was killed, in fact. He also was in the emergency room when she was brought in. You'll also hear from Dr. Konjoyan, who's an emergency room physician on call when Nikki was brought in. You'll hear from Andrea Sims who is a registered nurse and is also the SANE examiner, the Sexual Assault Examination Nurse, who performed a sexual assault examination on Nikki and found that he probably sexually assaulted her. She found anal tears on 2 year-old Nikki. You'll hear from Janet Squires, the treating physician at the Children's Medical Center. In fact, she's the Director of General Pediatrics at Children's Medical Center. Her diagnosis was massive brain injury and the only reasonable explanation was trauma and that the injuries sustained by Nikki were wholly inconsistent with the version given by the defendant of Nikki falling off a bed and causing those injuries. She found this area of impact to the back of the head that we talked about. ==Her opinion, be that Nikki died or rather was the victim of child physical abuse consistent with the picture of what they call shaken impact syndrome.== | |
| Vol. 41, 57-58 | This is, however, unfortunately ==a shaken baby case==. The evidence will show that Nikki did suffer injuries that are totally consistent with those applied by rotational forces more commonly known as shaken baby syndrome. | ==Defense== Opening |
| Vol. 41, 62 | Every one of you related that you had heard the term ==shaken baby==, that it was an act of basically a lack of control of emotion. It's a bad thing, but it's not something that rises to the level of capital murder. | Defense Opening |
| Vol. 41, 171 | This morning when she wouldn't wake up, I crawled up on the bed and grabbed her face and ==shook== it to wake her up. Then when she didn't wake up I slapped her face a couple of times. I picked her up-- picked up her hand and it flopped back on the bed, down on the bed. That is when I started getting scared. I used my right hand. I'm right handed. When I shook her head I ==shook== it side to side. I don't know what caused the head injury. | Direct of Sgt. Wharton (in Robert's voice) |
| Vol. 42, 51-52 | Q. Did he ever ==shake== her?<br>A. Yes, sir.<br>Q. Okay. Where were y'all at that time?<br>A. Up in Rachel's room.<br>Q. In Rachel's room?<br>A. Yes, sir.<br>Q. All right. And can you tell us how did he ==shake== her? How did that happen?<br>A. He picked her up by like right here, but he held her by the arms.<br>Q. Picked her by up her-- up here on her shoulders?<br>A. Yes, sir.<br>Q. All right. And then what did he do?<br>A. Then he like ==shook== her to make her stop crying.<br>Q. Did she stop crying?<br>A. No, sir.<br>Q. She kept crying? | Direct of Berryhill |

| | | |
|---|---|---|
| | A. Yes, sir.<br>Q. Did you just see him do that one time?<br>A. Yes, sir.<br>Q. All right. Did he shake her just a little bit or did he shake her hard?<br>A. He shook her hard.<br>Q. I hate to do that to the teddy bear, but can you show<br>the teddy bear what that looked like?<br>A. (Witness complies) Like that.<br>Q. Did you see what her head was doing when she was being<br>A. It was like swinging back and forth. | |
| Vol. 42, 62-63 | Q. He popped her. With what?<br>A. His hand.<br>Q. Where at?<br>A. On her butt.<br>Q. Okay. Her bottom? Did she have anything on?<br>A. Her diaper.<br>Q. Her diaper. Was that after he shook her or was that a totally different time?<br>A. That was like a few minutes after he shook her.<br>Q Okay. So it was the same time he shook her and then spanked her? | Re-direct of Berryhill |
| Vol. 42, 69-70 | Q. Did you ever see Robert discipline or spank Nikki?<br>A. Yes, sir.<br>Q. How would he do that?<br>A. Pick her up and then shake her and spank her.<br>Q. Okay. Now, you mentioned shake. He shook her?<br>A. Yes, sir.<br>Q. Did you see him do that more than once?<br>A. Yes, sir.<br>Q. Can you give us an estimate of how many times he picked her up and shook her?<br>A. About 10 or something.<br>Q. And when you saw him shake her, can you kind of show us or demonstrate, maybe using the teddy bear?<br>A. Like that and he'd shake her.<br>Q. Now, you grabbed the teddy bear's arm. Would he have her by the arms?<br>A. Yes.<br>Q. By the shoulder?<br>A. Yes, sir.<br>Q. Can you demonstrate, show us?<br>A. Like that.<br>Q. How long would he shake her?<br>A. A few seconds.<br>Q. Did he seem mad when was doing it?<br>A. Yes, sir.<br>Q. Did you see what her head was doing?<br>A. Like that. | Direct of Rachel Cox |

| | | |
|---|---|---|
| | Q. Bouncing back and forth?<br>A. Yes, sir.<br>Q. Did it make her stop crying?<br>A. No, sir.<br>Q. What would he do after he shook her?<br>A. Whup (phon) her.<br>Q. Okay. Tell us how that would happen?<br>A. He would bend her over and then whup her, bend her over on her bed.<br>Q. So if he's holding her and shaking her, what does he do when he's done with shaking her?<br>A. He'd put her down and whup her. | |
| Vol. 42, 76-77 | Q. Okay. And you say that Robert shook Nikki; is that correct?<br>A. Yes, sir.<br>Q. And I believe you demonstrated how it was done?<br>A. Yes, sir.<br>Q. And he's never, other than spank you, he never shook you or anything?<br>A. Just spanked me. | Cross of Rachel Cox |
| Vol. 42, 105-109 | Q. Okay. So let's talk about that. When you saw her, she wasn't going to live, and your diagnosis was massive brain injury and your only explanation was trauma. And medical findings is a picture of shaken impact syndrome. All right. It's a pretty significant diagnosis, doctor. Can *you* explain to us then what shaken impact syndrome is?<br>A. There's a very well known, well described entity in children and it goes by several terms. Most of the lay public knows term shaken baby syndrome. And what, and if I may just for a minute, explain shaken baby. When one human being is much smaller than-- Let me say it this way. Children are uniquely at risk that if you take a child and you shake them, their head will go back and forth very forcefully and you know that you can cause major brain injury doing that. And one of the features is that you might not be able to see anything on the outside and have all these significant brain injury. And the reason babies are so prone to that, there's lots of reasons, but mainly it's because they're so small compared to how big whoever it is shaking them. In addition, their heads are big compared to their bodies, their neck muscles are weak, and they don't-- They're not conscious enough to protect their neck. In addition their brains have higher water content. So for all those reasons, shaken baby has been a well described entity. Now, some people think that with shaken baby that the most part of the damage is that they're often shaken and then thrown against something. And at the time when the head is moving back and forth very, very vigorously and then all of a sudden it stops against something; that at that moment is probably when a lot of the damage is being done because these shearing forces actually go through the brain itself. There are some experts that think that you cannot kill a child by just shaking alone, but you have to-- And they call it shaken impact. So the term is about the same. I will say that most, when I would consider most of the experts do think that shaking alone, if done vigorously, will kill a child, but most children are | Direct of Dr. Squires |

| | | |
|---|---|---|
| | shaken and then thrown against something. And it's in the whole context of the head being vigorously shaken back and forth and then slammed against-- It can be a mattress, so that maybe there's no signs of trauma at all and yet as that head is moving and then suddenly stops, those shear forces go through it and cause tremendous damage to the brain, deep in the brain. | |
| | Q. And in Nikki's case you did have-- you had dramatic evidence of an impact to the back of her head? | |
| | A. I would like to say, you know, one possibility is that the impact happened at a different time. I mean, you know, I can't, a hundred percent. What I know is that there was an impact because it was swollen. Clearly, the most likely thing was that there was an impact that had to-- But the actual brain injury, we do not feel is explained by a simple impact. | |
| | Q. All right. And the items we talked about, the subdural hemorrhages, the retinal hemorrhages, and the brain swelling; what are they indicative of? | |
| | A. Well, it is my opinion, my estimation after a consultation with all that there was some component of shaking that happened to explain all the deep brain injury out of proportion, I would say, to the injury to the skull and the back of the head. There had to have been something more than just impact. We see children fall out of windows and all sorts of things and we know what an impact injury looks like and when you see this much damage deep to the brain, then you see subdural blood. The reason subdural blood is so important is there are little blood vessels that go between the bone and the dura. And when you shake a baby those blood vessels break and you get blood over the top of the brain. So whenever we see lots of subdural blood, I don't mean localized right under a fracture, but all over, usually that's indicative of this shaking. And then the retinal hemorrhages are just further-- It's one more thing that really lets you know that those eyes were being shaken and that the blood vessels broke. | |
| | Q. And then you've got some additional findings there. As far as the onset of symptoms with a child that's hurt this badly, is it a prolonged thing where it just develops hours and hours or how does that happen? | |
| | A. It's a spectrum. Some shaken babies are very mild and people might not even realize it. Other children, if you shake them hard enough and you hurt them bad enough, they stop breathing immediately. So anything in-between. It is my assessment in this child that after the event that caused all this deep brain injury she would not have been normal. And any reasonable person would know that she wasn't normal. However, she could live for several hours and might not totally stop breathing long enough-- She certainly could live for hours after the event, but she would never have talked, walked, and been thought to be normal by anybody. | |
| Vol. 42, 113-114 | Q. Okay. All right. Let's talk then about that a little bit. The amount of force that is necessary to cause these damages, all right, what kind of force are we talking about? Are we talking about just a little shaking or what? | Direct of Dr. Squires |
| | A. No. It's a very violent forceful act. It is not something that ever happens accidentally. It is not something that you see in normal children who are cared for by reasonable adults. It's a very violent act. | |

| | | |
|---|---|---|
| Vol. 42, 116-17 | Q. (BY MR. LOWE) Have you had, in your experience at the hospital, parents that have said, 'Well, I shook my child and nothing happened'? Have you had that happen?<br>A. Yes, most commonly, most people do not offer that. They don't tell you that. It's only as we begin to let them know what the features are and then typically what happens is then histories come out, but it's often presented as sort of a minimal event. So that's a fairly common scenario. But rarely has anyone come in and say, 'I shook my baby.' I've never really had anyone in 10 years tell me that at the time that the child comes in.<br>Q. All right. Has the American Academy of Pediatrics taken a position on shaken impact syndrome?<br>A. Yes .<br>Q. All right. You consider the American Academy of Pediatrics to be an authoritative body?<br>A. Yes. | Direct of Dr. Squires |
| Vol. 42, 110-120 | Q. Okay. In talking with you before, you told me that it's your best feeling that the brain injury occurred by virtue of the rotational force of the shaking; is that correct?<br>A. Yes.<br>Q. Not by the impact that's shown from the back of the head? | Cross of Dr. Squires |
| Vol. 42, 120-21 | Q. Okay. You also used the term frequently called, 'reasonable parent'. Are you intending that to mean someone of average intelligence, experience, and bonded with their child?<br>A. I'm not even sure it's average. I think a person who is capable of caring for a child. A person who has enough intelligence to know how to handle a child I think would recognize violent shaking for the violence of which it is. | Cross of Dr. Squires |
| Vol. 42, 121 | Q. And you did note just in experience with dealing with children that would be a factor of defining what a capable person was?<br>A. No, I'm sorry. I would not say you have to have experience handling a child to know that violent shaking of a child is wrong. | Cross of Dr. Squires |
| Vol. 42, 123 | Q. You also went into that the reaction of a child after that incident goes all across the spectrum; is that correct?<br>A. No, I'm sorry, if I-<br>Q. Okay.<br>A. In just, in the act of shaking, in this case, with this severe injury, it's my strong assessment that after the event that caused that, after she was shaken, this child would have not have been normal. She would not have talked. She would not have walked. Anybody that would have had any interaction would have known that this child was in trouble. | Cross of Dr. Squires |
| Vol. 42, 126 | Q. All right. So let's talk about the violence one more time; the degree of violence that's necessary to do this to a child. Can you characterize the level of violence that's required?<br>A. It is not a-- You don't just take a kid and sling them once or twice. You really have to shake them really hard back and forth and then *you* typically slam them against something. It's an out of control, angry, violent adult. | Re-direct of Dr. Squires |

| | | |
|---|---|---|
| Vol. 42, 175-76 | Q. Have you ever seen Robert Roberson, Nikki's father, shake her?<br>A. Yes, sir.<br>Q. More than once?<br>A. I remember one time.<br>Q. Okay. Tell us about that one time.<br>A. She had did something, I don't remember what she had done, and it made him mad. We was in there in my room or our room and I remember him picking her up and shaking her and he threw her down on the bed.<br>Q. Where did he pick her up off of?<br>A. The floor.<br>Q. That pallet over there by your side?<br>A. She had done something.<br>Q. And when he picked her up, how did he pick her up?<br>A. Just by the arms.<br>Q. Kind of grabbed her by the shoulders?<br>A. Yes.<br>Q. Was he angry?<br>A. Yes.<br>Q. He picked her up and he shook her?<br>A. Yes.<br>Q. How long did he shake her? Do you have a guess as to time?<br>A. Maybe a few seconds.<br>Q. Now, did he just sort of shake her or did he violently shake her?<br>A. He shook her.<br>Q. Did it scare you?<br>A. Yeah.<br>Q. Why?<br>A. I thought he was going to hurt her.<br>Q. What was her head doing when he was shaking her?<br>A. Shaking.<br>Q. Back and forth?<br>A. Yes.<br>Q. What was she doing?<br>A. Crying.<br>Q. What did he do with her after he shook her?<br>A. Threw her on the bed. | Direct of Teddie Cox |
| Vol. 42, 191 | Q. Mrs. Cox, the time that you described to us where Robert shook Nikki, I think you testified he shook her really hard?<br>A. Yes, sir.<br>Q. For a few seconds?<br>A. Yes, sir. | Direct of Teddie Cox |
| Vol. 43, 75 | (explaining autopsy photos/anatomy of the brain)<br>Subdural hemorrhage is something that we see in injuries that are caused in children this age by blunt force and also by shaking or blunt impact injuries. | Re-direct of Dr. Urban |

| Vol. 43, 76 | Now, this photograph actually shows the brain. This is the front. This is the back. And this area right here, this kind of light pink color is what color a normal brain should look like. And what you can see there's lots and lots of hemorrhage, lots of blood, lots of discoloration over this brain. And I had mentioned talking about another membrane a moment ago and that membrane is the arachnoid membrane. And it's a very, very thin membrane that just sort of sits over the brain. And most of this bleeding here is actually bleeding between that very thin membrane and the brain itself. And again this is another type of bleeding that we see with blunt force injuries and shaking. And this photograph also shows a little bit of subdural hemorrhage in here as well. | Re-direct of Dr. Urban |
|---|---|---|
| Vol. 43, 77 | The next thing I'm going to show are the eyes which are removed at autopsy. You can see the right eye and the left eye. This is the actual globe or the round part of the eye. And this is what's called the optic nerve. This optic nerve leads from the eye to the brain. And again we can see areas of hemorrhage surrounding the optic nerves. Again, this is something that is typically seen in a blunt force or shaking type of injury. | Re-direct of Dr. Urban |
| Vol. 43, 78-79 | Q. And then looking at the evidence of injury, you say that those injuries are caused by blunt force. And it was hard to look at the pictures. So just tell us what you mean by blunt force. What causes blunt force?<br>A. Typically in a-- Especially in a child this age, blunt force can be caused both by-- well, by an impact to the head, so being struck with something or being struck against something. Shaking also falls into this definition of blunt force and when enough-- And although it doesn't seem like, you know, shaking is not necessarily striking a child, when you are-- When a child is say, shaken hard enough, the brain is actually moving back and forth within, again, within the skull, impacting the skull itself and that motion is enough to actually damage the brain. | Re-direct of Dr. Urban |
| Vol. 43, 80-81 | Q. Okay. And so that pretty well takes us to this second-- To the beginning of this fourth paragraph, that's where you actually had removed a portion of the skull. We talked about that. All right. Then the third or next paragraph or first full paragraph, that's where we were talking about the swelling. Visit with us a little bit about the cause of the swelling that you have either from a combination of shaking and the blows to the head.<br>A. The swelling is, and actually all of the injuries that I've shown you so far are really markers of what has happened to this brain. The subarachnoid hemorrhage alone is not going to kill this child. Subdural hemorrhage alone, the subscalpular hemorrhage alone. You know, it's a small amount of blood loss. Again, these injuries themselves are not going to kill this child, but what is going to kill this child are the actual injuries to the brain. And so these other things, the subarachnoid hemorrhage and the subdural hemorrhage are markers that the brain is injured in this way. What actually happens is when the brain is shook or struck hard enough in cases such as you might find here, the actual nerves, the actual individual cells that make up the brain are injured. So those same cells that create our memories or tell our hearts to beat and remind our lungs to breathe are actually damaged and | Re-direct of Dr. Urban |

| | | |
|---|---|---|
| | along with, when those cells are damaged like that we get the bleeding into the brain and we get the swelling or the edema.<br>Q. All right. And let me talk to you a little bit about that. We heard some testimony yesterday regarding the onset of injuries and what sort of symptoms you would see after this degree of injury was inflicted on a person. Can you render an opinion on that; what you have seen in the changes in this individual after they were beaten and shaken and before? | |
| Vol. 43, 82 | Q. All right. Then let me visit with you about this. In older children is it unusual to have this degree of injury and not have a bunch of broken bones? Neck injuries and things like that; is that unusual?<br>A. No, it's not.<br>Q. What's the reason?<br>A. Well, in a child this age, the neck is actually fairly flexible and that's one of the reasons that blows to the head or shaking is so dangerous because the neck is not actually strong enough to support the head. And, you know, if you ever looked at a small child, their head is very large in proportion to the rest of their body. And so when the head is struck or, again, if the child is shaken, it's this very large object sitting on a fairly weak neck. And, you know, the weakness in the neck protects the neck from getting hurt, but it really just doesn't protect the head from getting hurt. | Re-direct of Dr. Urban |
| Vol. 43, 85-86 | Q. And then you conclude that she died as a result of blunt force head injuries?<br>A. Yes.<br>Q. And then is there any way to tell, to say I believe this much of her death was caused by the shaking and this much of her death was caused by the battering that she took?<br>A. No .<br>MR. EVANS: Objection to the form of the question, your Honor.<br>THE COURT: Overruled.<br>Q. (BY MR. LOWE) There's no way to segregate it out?<br>A. No.<br>Q. Just all those things put together killed Nikki?<br>A. Yes. | |
| Vol. 43, 126-27 | Q. All right. So then let's go to 2001. All right. Let's talk about January of 2001, and the records say that on the 22nd of '01 you took Nikki to the doctor and she was-- Let's go back. I'm sorry. We'll talk about the breath holding, I didn't forget about that. Okay. In the records we've talked to Dr. Ross about this. It looks like Nikki had some sort of problem back in the summer, that time, late spring. Tell us what happened.<br>A. Okay. I was in my kitchen and I was hemming a pair of pants for my brother and Nikki was in there, you know, getting into everything and I would have to, you know, get her out of it and so my granddaughter was in the living room folding some towels for me and I asked her to, you know, take Nikki in there and let her play while I was hemming my brother's pants. And within five minutes, it couldn't have been more than five minutes, she, my granddaughter, said, 'Granny, there's something wrong | Direct of Verna Bowman |

| | | |
|---|---|---|
| | Nikki.' And I said, 'What happened?' She said, 'I don't know. She just made a little noise and I turned around to see what was wrong and she was just laying there.' And, you know, she had picked her up and brought her to me and Nikki was limp in my granddaughter's arms and so I took her and I shook her, you know, trying to get her to catch her breath because she turned blue and purple and I kind of-- Like you would if you walked up to someone lying there on the floor, 'Are you okay?' You know? That's the way I did Nikki.<br>Q, You didn't pick her up by the shoulders and <mark>shake</mark> her?<br>A. No, sir, I did not. | |
| Vol. 44, 16 | Q. Did you ever see him <mark>shake</mark> her?<br>A. No, sir. | Direct of Patricia Conklin |
| Vol. 45, 33-34 | MR. CALHOON : Well, there's evidence from the medical examiner, the forensic scientist, that it's <mark>shaken impact syndrome</mark>. | Without jury present in discussion about including deadly weapon charge |
| Vol. 46, 15 | Whether the injuries are possible the way Mr. Roberson said they were possible or the way we believe those injuries were inflicted; intentionally or knowingly inflicted by Mr. Roberson. Well, the defense counsel, they conceded that point in their opening statement. You heard defense counsel, you heard Mr. Evans say that this is a <mark>shaken baby case</mark>. It is not accidental. The story given by Mr. Roberson in his confession was not truthful. | State's closing |
| Vol. 46, 22 | You heard testimony from Rachel Cox and Courtney Berryhill about how the defendant treated Nikki, how he was mean to her. You heard, the times from Rachel, and she said several times - I forget the exact number - but Rachel-- And you heard Courtney talk about the one time and what did they see? Virtually the same thing; that Robert had a temper and whenever Nikki, who he didn't like in the first place, would cry, the more she cried the madder he got. And you heard their testimony that they saw Robert come in, snatch her up by the arms, and violently <mark>shake</mark> her, and then slam her down. You heard testimony from Rachel Cox and Courtney Berryhill about how the defendant treated Nikki, how he was mean to her. You heard, the times from Rachel, and she said several times - I forget the exact number - but Rachel-- And you heard Courtney talk about the one time and what did they see? Virtually the same thing; that Robert had a temper and whenever Nikki, who he didn't like in the first place, would cry, the more she cried the madder he got. And you heard their testimony that they saw Robert come in, snatch her up by the arms, and <mark>violently shake her,</mark> and then slam her down. | State's closing |
| Vol. 46, 23 | You heard from Teddie about that one specific incident where he <mark>shook</mark> her. Where Nikki was lying on the pallet next to Teddie. And he was upset because she was crying. And he stormed around to the other side and he picked up little Nikki from that pallet by the shoulders and he <mark>shakes</mark> her violently, screaming at her, and then slams her down on the bed. | State's Closing |

| Vol. 46, 26 | You heard from Dr. Squires in Dallas, Director of General Pediatrics at Children's Medical Center. And you heard her testimony that these were inflicted injuries consistent with not just shaken baby syndrome, this is not a child that was just shaken out of frustration, but shaken impact syndrome. This is a child that not only was shaken, but was beaten about the head. Child abuse, she ruled. You heard from Dr. Urban, the Medical Examiner. Not just shaken, but blunt force injuries to Nikki, received multiple blows to the head. Multiple blows to the head. Not just, 'I lost it•, you know, 'Please be quiet.' Sits her gently on the bed. But we're talking shaking and beating is what Nikki sustained. | State's closing |
|---|---|---|
| Vol. 46, 34 | Yes, I came here in opening and presented to you that there is responsibility in this case. Yes, this is a shaken baby case, but no, this is not a murder case. | Defense Closing |
| Vol. 46, 42 | Dr. Squires was asked by the State and by us whether this case was a classic shaken baby case. And it is. | Defense Closing |
| Vol. 46, 51 | In summation, we believe that there is no evidence of intent or knowledge to commit the specific act of murder. Yes, a homicide was the result, but as the state law provides, and each one of you understood and acknowledged there are different circumstances that unfortunately may result in a life being lost, but we do the one that applies. Why would those exist? Shaken baby syndrome is what applies. It's got a new name of sudden impact, but it's still the same thing as noted by both the expert witnesses. And the one thing I will agree with what Mr. Calhoon said, 'Listen to the expert witnesses . Evaluate their testimony.' And if you do, it's clear that this was not an act of murder. It's the act of an angry, out of control parent. Not one that deliberately thought out advanced intent. | Defense Closing |
| Vol. 46, 57 | This wasn't a pillow fight. Are we going to believe that Mr. Roberson in his fit of rage, 'I'm really going to shake you like this, but I'm going to make sure that your head hits the pillow or the mattress. I don't want to cause too much damage. I want to fit into that category of criminally negligent homicide.' | State's Rebuttal |
| Vol. 46, 61 | Let me look. Let's look at the intent and knowingly, that type stuff. Again, I talked about this a little bit earlier. But are we talking about an either or? Are we talking about he just shook her? You know, an out of control parent is frustrated because their child is sick and they pick them up and they shake them, shake them. Is that an out of control parent? No. He did this and then he starts punching them he slams her down and he throws her on the ground. And that's not intentionally or knowingly? Talked about her battered face. Did he just shake her? No. Frenulum is busted, ripped, torn, blood coming out. Multiple impacts to the head. You saw bruising to the shoulder. Take a look at her face on the photographs. This not just, 'I shook her and then I realized, well, maybe I shouldn't be doing that because they may file some sort of criminally negligent homicide, so I stopped. And then I cradled her in the bed and put her on a pillow. Made sure she was nice and warm.' He certainly didn't snatch her up and run her to the hospital. | State's Rebuttal |

| | | |
|---|---|---|
| Vol. 46, 62 | Dr. Urban; multiple impacts to the head. And which came first, ladies and gentlemen? You've read the indictment; manner and means unknown. Fact of the matter is, we don't know. Did he shake her? And you heard what that would do to her. It's like turning off a light switch. Shake and it scrambles the brain and they're rendered in a state of unconsciousness and you heard they will never be the same again. So does he throw her down again and start punching her? Or do we want to believe the other one? Maybe he punched her for a few times first and she wouldn't quit crying so he then he picked her up and shook her. Then she stopped crying. | State's Rebuttal |
| Vol. 46, 63 | You've seen the autopsy report. The experts agree. There's seven doctors that wrote off on it as homicide. Intentionally inflicted injuries is what they characterize it as. Shaken impact syndrome. Multiple blows to the head. Not as 'I'm out of control.' It's an intentionally and knowingly produced injury. | State's Rebuttal |
| Vol. 46, 66 | And Robert is absolutely infuriated because he's not getting any sleep. And the more she cries the madder he gets. And he picks her up and if you look at the bruising on her face, I think he just absolutely punched her in the face, slapped down on her face with his hand, busted her frenulum. And you look where the bruises are on her face. And he grabbed her face and he said, 'Shut the hell up. I And pounded her head on whatever . And she kept crying. And did he stop then? No, he sure didn't. He picked her up then and he violently shook her like has been described. On and on and on and nobody's there to break it up. That's what he did. And then he threw her down on the floor where he says he found her. | State's Rebuttal |
| Vol. 46, 66 | And then, ladies and gentlemen, you heard the testimony from the doctors, that after this injury Nikki wouldn't have been normal. She would have been laying on the ground. She would have been ever been unable to walk, talk, conscious, unconscious, difficulty breathing, murmuring, gasping, gurgling, moaning, muffled cries is what he heard. And the last thing that she saw before he killed her was the hate in her dad's eye when he was shaking her to death is what she saw. Her last memory, 'Mommie, Mommie', as Daddy kills her. | State's Rebuttal |

# EXHIBIT 6

Janice Jean Ophoven, M.D.
Curriculum Vitae

**Date and Place of Birth:** January 21, 1947, Minneapolis, MN

**Education:**

Undergraduate Education:

| | |
|---|---|
| 1960-1964 | Alexander Ramsey High School, Roseville, MN |
| 1964-1969 | BS - University of Minnesota, Minneapolis, MN |

Medical Education:

| | |
|---|---|
| 1967-1971 | MD - University of Minnesota, Minneapolis, MN |

Post Graduate Education:

| | |
|---|---|
| 6/71-6/72 | Internship, Department of Pediatrics, University of Minnesota, Minneapolis, MN |
| 7/75-12/79 | Combined Residencies: (1) Anatomic Pathology, Department of Laboratory Medicine and Pathology, Specialty Training; (2) Pediatric Pathology, University of Minnesota, Minneapolis, MN; (3) Residency, Pediatrics, Department of Pediatrics, University of Minnesota, Minneapolis MN |
| 1978-1979 | Fellowship in Pediatric Pathology, University of Minnesota, and Minneapolis Children's Medical Center, Minneapolis, MN |
| 1/80-12/80 | Fellowship in Forensic Pathology, Hennepin County Medical Examiner's Office, Minneapolis, MN |

**Medical School Honors:**

| | |
|---|---|
| 1971 | Upjohn Award - Student most likely to make an important contribution to medicine, awarded by faculty upon graduation. |
| 1970-1971 | Member of Disadvantaged Student Selection Committee. |
| 1970-1971 | Medical School Class Vice President. |

**Additional Training:**

General Pediatrics internship and residency training, University of Minnesota

**Medical Licensure:**

Minnesota – 11/17/1972 to Present

Missouri    - 1973 - 1974

**Board Certification:**

American Board of Pathology - 1981

American Board of Forensic Pathology - 1981

American Board of Quality Assurance and Utilization Review - 1988

**Professional Experience:**

| | |
|---|---|
| 1/81-present | Independent Consultation in Pediatric Forensic Pathology |
| 09/03-3/10 | Forensic Pathologist, St. Louis County Medical Examiner's Office<br>Assistant Coroner / Medical Examiner |
| 5/03- 10/12 | Contract Forensic Pathologist, Minnesota Regional Coroner's Office<br>Assistant Coroner / Medical Examiner for the Counties of: Houston, Carver, Chisago, Dakota, Fillmore, Goodhue, and Scott |
| 6/91-2003 | Principal consultant and owner, The Crackleberry Group (Healthcare Consulting) |
| 1/02-11/03 | Forensic Pathologist, Midwest Forensic Pathology<br>Assistant Coroner for the Counties of: Anoka, Crow Wing, Meeker, Mille Lacs and Wright |
| 8/94-3/97 | Vice President for Medical Policy, Allina Health Care |
| 1/89-6/96 | Medical Director of Quality Management, St. Paul Children's Hospital |
| 5/89-1992 | Deputy Medical Examiner, Hennepin County Medical Examiner's Office, Minneapolis, MN |
| 1/88-10/88 | Director of Medical Review, Health Risk Management, Inc. (Managed Health Care), Minneapolis, MN |
| 4/85-6/88 | Director, St. Paul Children's Hospital Laboratories, St. Paul, MN |
| 1/81-3/85 | Associate Director, St. Paul Children's Hospital Laboratories, St. Paul, MN |
| 1/80-12/80 | Forensic Pathology Fellowship, Hennepin County Medical Examiner's Office, Minneapolis, MN |
| 7/75-12/79 | Anatomic Pathology Residency, Department of Laboratory Medicine and Pathology, Specialty Training - Pediatric Pathology, University of Minnesota, Minneapolis, MN |
| 7/75-6/76 | Residency, Department of Pediatrics, University of Minnesota, Minneapolis, MN |
| 1/75-6/75 | Private Practice, Group Health (Health Maintenance Organization) Minneapolis/St. Paul, MN |
| 1/73-9/74 | Private Practice in Pediatrics, Sedalia, Missouri; also consultant for Rural Health Care Delivery Program funded by American Academy of |

Pediatrics

**Memberships:**

- Pediatric Pathology Society

- Ramsey County Medical Society

- Minnesota Medical Association

- American College of Physician Executives

- American Medical Association

- National Association of Medical Examiners

- American Academy of Forensic Sciences


**Areas of Special Interest:**

- Pediatric Forensic Pathology.

- Special areas of interest:  MSBP, infanticide, infant apnea and suffocation, head injury / shaken infant.

- Changing Environment of Medical Care with Emphasis on Clinical Quality, Health Care Systems Analysis and Policy.

- Developmental and Gestational Pathology.

- Pediatric Laboratory Medicine.

- Pediatric Hematopathology.

- Pediatric Pulmonary Disease.


**Appointments:**

- Committee Member, MN Department of Health, Division of Family Health - *Infant Death Investigation Guidelines: To Investigate Sudden, Unexplained Deaths of Infants 0 – 24 months of Age.  A Guide for Emergency Medical Services, Law Enforcement and Medical Examiners/Coroners.* Fall 2002

- Child Mortality Review Panel, Minnesota Department of Human Services.  1987 to 1999

- Co-chairman Guidelines Subcommittee Governor's Task on Violence.  1996

- Forensic Consultant to Midwest Resource Center for Child Abuse.  1987 to 1995

- Quality Assurance Director, St. Paul Children's Hospital, St. Paul, MN.  1982 to 1995

- Peer Review and Quality of Care Standards & Guidelines, Senior Consultant, Medicolegal Management, Morrison, CO.  1989 to 1994

- Pediatric Forensic Consultant and Deputy, Hennepin County Medical Examiner's Office, Minneapolis, MN.  1986 to 1994

- Executive Committee, Medical Staff, St. Paul Children's Hospital, St. Paul, MN.  1982 to 1994

- Invited member: Physician Advisor - PMDRG's National Association of Children's Hospitals and Related Institutions, Alexandria, Virginia.  1991 to 1992

- Ramsey County Medical Society Board of Trustees, Hospital Based Physician Representative.  1990 to 1992

- Physician Advisor Board and Physician Advisory Council on Quality.  Health One (Hospital Management Corporation) Minneapolis, Minnesota.  1989 to 1991

- Invited member: Task Force on Quality Care and Invited member: Council on Research and Information, National Association of Children's Hospitals and Related Institutions, Alexandria, Virginia.  1989 to 1991

- Invited workshop participant: Special Issues of Child Abuse.  Invited presentation: Identification of the Perpetrator in Child Abuse: The Medical Perspective.  American Association of Forensic Scientists, National Meeting. Cincinnati, Ohio. February 1990

- Chair - Medical Services Committee, Ramsey County Medical Society.  1986 to 1988

- Board of Directors, Ramsey County Medical Society, St. Paul, MN. 1986 to 1988

- Practice Committee, Pediatric Pathology Society.  1986 to 1988

- Physician Coordinating Committee, Blue Cross and Blue Shield.  1986 to 1988

- Small Area Variations Advisory Committee, Blue Cross and Blue Shield.  1986 to 1988

- Medical Practices and Planning Committee, Minnesota Medical Association, 1984 to 1988

- Clinical Medical Director, St. Paul Children's Hospital, St. Paul, MN.  1982 to 1988

- Consultant and speaker for KTCA (public television) educational production, Newton's Apple.  1982 to 1988

- Clinical Assistant Professor, University of Minnesota, Department of Laboratory Medicine and Pathology.  1986

- Secretary and Board of Trustees Member, Minnesota Medical Association.  1986

- SGCPC Perinatal Protocol Contributor.  1985 to 1986

- Regional Forensic Pathologist Representative to National Center for Missing and Exploited Children.  1984 to 1986

- Minnesota Society of Clinical Pathologists - Professional Relations Committee.  1984 to 1986

- Chairman of Minnesota Medical Association Subcommittee on Organ Transplantation. 1984 to 1986

- Consultant with Dr. Jocelyn Hicks for District of Columbia Hospital Re: Laboratory consolidation project with St. Christopher's Hospital, Philadelphia, PA. Spring 1985

- Executive Committee Member, Study Group of Complications of Perinatal Care, Pittsburgh, PA.  1984 to 1985

- Visiting Faculty to Mayo Clinic, Lectureship on Issues in Pediatric Laboratory Medicine. September, 1984

**Research:**

- – Investigation of childhood injury and child abuse

- – Physician Engagement and Participation in Health Care Redesign/Medical Reengineering. 1987 to present

- – Nutritional Assessment of the Neonate.  1984 to 1989

- – Histopathologic alterations of tracheobronchial respiratory epithelium in high frequency jet ventilation.  1983 to 1989

- – Burroughs-Wellcome Exosurf project group: Tracheobronchiopulmonary Morphometric Analysis - Study Pulmonary Pathologist for 10 institutional protocol.  1987 to 1988

- – Multifactorial computer analysis of histopathologic classification of lung tumors. Veterans Administration Hospital, Minneapolis, MN. Abstract presented IAP meetings February 1980.  1978 to 1980.

- – Bile Acid Research, Gastroenterology Laboratory, University of Minnesota, Minneapolis, MN.  June – September 1967; June – September 1968

**Past Responsibilities:**

- - Principal and Chief Medical Officer of the Crackleberry Group.  Independent consultants in Health Care: Credentialing, External Peer Review Design, Clinical Guidelines Development, Medical Staff Transformation, Process Reengineering, Conflict Management

- - Vice President for Medical Policy, Allina Health Care System.  Includes system wide health care policy strategies, credentialing, outcomes, guidelines, clinical process improvement, and physician participation in quality initiatives.

- - Medical Director of Quality Management Department.  Includes the development, coordination and management of quality assessment, utilization review and risk management of the Medical Services at St. Paul Children's Hospital.

- - Management of laboratory services, consultation in pediatric laboratory medicine and pathology in private practice at a teaching pediatric hospital.

- - Multiple hospital and organized medicine committee responsibilities with special interest in quality assessment and improvement.

- - 24-hour hospital and Midwest Resource Center responsibilities for coordinating laboratory evaluation and directing documentation of child abuse and neglect.

- - Teaching responsibilities including Phase D students and pediatric residents - a formal extension of the Hennepin County Medical Center Pathology, Ramsey County Medical Center Pathology and University of Minnesota Laboratory Medicine and Pathology training programs.

- - Director of Medical Review at Health Risk Management, a full service company specializing in managing health care costs.  Duties included: Recruiting, managing and training medical staff; criteria development; case management program development; Quality Assurance Development and Implementation; medical information resource development and dissemination.

- - Assistant Coroner / Medical Examiner at Minnesota Regional Coroner's Office

**Current Responsibilities:**

- Consultation service in Forensic Pathology with emphasis on child abuse and neglect.
- Research and education in child abuse and neglect.  Audiences to include physicians, clinical staff, local law enforcement, medical and legal groups.

**Bibliography:**

1.  Ophoven Janice J. "The forensic postmortem". *The forensic post mortem in: The Pediatricand Perinatal Autopsy Manual* Ed. Cohen and Scheimberg. Cambridge, Cambridge University Press, 2014. Pages[376-408]

2.  Barnes PD, Krasnokutsky MV, Monson KL, Ophoven J. Traumatic Spinal Cord Injury: accidental versus nonaccidental. Semin Pediatr Neurol, 2008 Dec;15(4):178-84; discussion 185.

3.  Ophoven J, Childhood Head Trauma: The Forensic Approach, In: Forensic Sciences (Cyril Wecht ed., Bender & Co. Inc.) Publication 313;46:25F-1-25G-81.  Published November, 2008

4.  Ophoven J. Childhood Head Trauma: The Clinical Approach. In: Forensic Sciences (Cyril Wecht ed., Bender & Co. Inc.) Publication 313;46:25F-1-25G-81.  Published November, 2008

5.  Ophoven J. Pediatric Forensic Pathology Chapter 17.  In Forensic Pathology in Pathology of the Fetus and Newborn, 2nd ed. Enid Gilbert-Barness, Elsevier, 2007

6.  Ophoven J. Forensic Pathology in Pathology of the Fetus and Newborn, ed. Enid Gilbert-Barness, Mosby, Philadelphia, 1997.

7.  Study Group for Complications of Perinatal Care (SGCPC): Perinatal Autopsy Protocol: A Model, Armed Forced Institute of Pathology, 1994.

8.  Ophoven J: Pediatric Forensic Pathology in *Pediatric Pathology*. eds. T. Stocker, L.P. Dehner, Lippincott Pub. Philadelphia 1991

9.  Ophoven J: Pediatric Forensic Pathology Handbook - An Annotated Bibliography with Commentary. 1988, revised 1989.

10. Tuna I, Bessinger F, Ophoven J, Edwards J: Acute Angular Origin of Left Coronary Artery from Aorta: An Unusual Case of Left Ventricular Failure in Infancy.  Pediatric Cardiology 10:39-43, 1989.

11. Amarnath U, Ophoven J, Mills M, Murphy E, Georgieff M: The Relationship Between Decreased Iron Stores and Neonatal Hypoglycemia in Large-for-dates Newborn Infant. Act Paed Scand. Submitted September 1988

12. Georgieff M, Chockalingam U, Sasanow S, Gunter E, Murphy E, Ophoven J: The Effect of Antenatal Betamethasone on Cord Blood Concentrations of Retinol-Binding Protein, Transthyretin, Transferrin, Retinol and Vitamin E.  Journal of Pediatric Gastroenterology and Nutrition.  Accepted, August 1988.

13. Georgieff M, Amarnath U, Murphy E, Ophoven J: Serum Transferrin Levels in the Longitudinal Assessment of Protein-Energy Status in Preterm Infants.  Submitted to the Journal of Pediatric Gastroenterology, January 1988.

14. Velasco A, Ophoven J, Priest J, Brennom W: Paratesticular Malignant Mesothelioma Associated with Abdominoscrotal Hydrocele. Journal of Pediatric Surgery 23:11 (1988) 1065-1067

15. Chockalingam U, Murphy E, Ophoven J, Weisdorf S, Georgieff M: Cord Transferrin and Ferritin Levels in Newborn Infants with Prenatal Uteroplacental Insufficiency and Chronic Hypoxia. Journal of Pediatrics 1987; 111:283-6

16.  Mammel, Ophoven, Lewallen, Gordon, Sutton, Boros: High-frequency ventilation and tracheal injuries. Pediatrics 1986; 77:608.

17.  Boros, Mammel, Lewallen, Coleman, Gordon, Ophoven: Necrotizing tracheobronchitis: A complication of high-frequency ventilation. Journal of Pediatrics, 1986.

18.  Georgieff, Sasanow, Mammel, Ophoven, Pereira: Cord Pre-Albumin Values in Newborn Infants: Effect of Prenatal Steroids, Pulmonary Maturity and Size for Dates.  Journal of Pediatrics 1986; 108:972-976.

19.  Tilleli J, Ophoven J: Hyponatremic Seizures as a Presenting Symptom of Child Abuse. Forensic Science International.  30 (1986) 213-217.

20.  Chockalingam U, Murphy E, Ophoven J, Georgieff M: The influence of gestational age, size for dates, and prenatal steroids on cord transferrin levels in newborn infants.  Journal of Pediatric Gastroenterology and Nutrition.  Accepted.

21.  Georgieff M, Chockalingam U, Sasanow S, Gunter E, Murphy E, Ophoven J:  The effect of antenatal betamethasone exposure on nutritional protein and fat-soluble vitamin levels in premature newborn infants.  Submitted to Lancet.

22.  Whitley C, Langer L, Ophoven J, Gilbert E, Gonzalez C, Mammel M, Coleman M, Rosenberg S, Rodrigues C, Sibley R, Horton W, Opitz J, Gorlin R: Fibrochondrogenesis: Lethal Autosomal Recessive Chondrodysplasia with Distinctive Cartilage Histopathy. Amer J of  Med Gen, 1985; 19:265-275.

23.  Boros, Mammel, Coleman, Lewallen, Gordon, Bing, Ophoven: Neonatal High-Frequency Ventilation: Four years experience. Pediatrics 1985; 75:657.

24.  Ophoven, Boros, et. al.  Tracheobronchial histopathology associated with high-frequency jet ventilation.  Critical Care Medicine, July 1984; 12:829-832.

25.  Gorlin, Langer, Ophoven, Gilber, Mammel, Coleman, Rosenbery, Rodrigues, Hirton, Opitz, Whitely: Fibrochondrogenesis: A Recently Recognized Chondrodysplasia. Presentation at American Society of Human Genetics - Virginia, 1983; Am J Genetics 35:91A, 1983.

26.  Mayer JE, Ewing SL, Ophoven J, Sumner HW, Humphrey EW: Influence of histologic type of survival after curative resection for unidentified lung cancer.  Journal Thoracic and Cardiovascular Surgery.  1982; 84:641.

27.  Ophoven J: Infectious mononucleosis: Part 2. Serologic Aspects.  Lab Med 1979; 10:203.

28.  Dehner LP, Sibley RK, Sauk JJ Jr., Vickers RA, Nesbit ME, Leonard AS, Waite DE, Neeley JE, Ophoven J: Malignant melanotic neuroectodermal tumor of infancy.  A Clinical, pathologic ultrastructural and tissue culture study.  Cancer 1979; 43:1389-1410.

**Abstracts & Presentation:**

1.  State of Minnesota Public Defenders, "Head Trauma", Mpls MN, December 2016

2.  MCLAP [Mexican Capital Legal Assistance] Seminar, "Forensic Pathology in Child Deaths: Important Issues". NM October 2016

3.  Legal Defense Group, "Pediatric Head Trauma: Understanding the Issues", Salt Lake City 2015

4.  Legal Defense Group, "The Medical Expert: Puzzles of Injury" Winnipeg Canada 2014

5.  OCDLA [Oklahoma Criminal Defense Lawyers Assoc] Seminar, "Child Maltreatment in SBS Cases and the Medical Examiner's Perspective,"  Norman, OK., June 23, 2011

6.  CHU National Conference [Capital Habeas Unit], "Infant Death Investigation-The Forensic Pathologist's Perspective," April 7, 2011

7. California Death Penalty Seminar, "Child Victims in Homicide and Sexual Assaults," Monterey, CA., February 19, 2010

8. New Jersey Public Defenders, "How to Review Forensic Evidence in a Child Case," Trenton, NJ., June 3, 2010

9. Alabama Criminal Defense Lawyers Association, "New Developments in SBS and Head Trauma," Birmingham, AL., January 30, 2009

10. CPDA [California Public Defenders Assoc] Seminar, "Medical Evidence and Child Sexual Misuse," Palm Springs, CA, December 5, 2008

11. Sixth Annual Crown Defense Conference, "Child Abuse Investigations: A Pathologist's Approach" Canada, September 18, 2008

12. Alabama Criminal Defense Lawyer's Association, "Child Sex Abuse: Pediatric Forensics" June 21, 2008

13. California Public Defender's Association, "Medical Examinations/Medical Evidence in Sexual Assault" December 01, 2007

14. National Criminal Defense Lawyer's Association. "Issues in Child Sexual Misuse" August 03, 2007

15. Annual EBMS Meeting. "Forensic Pediatric Pathology – Case Review in Traumatic Brain Injury" May 11, 2007

16. Texas Criminal Defense Lawyer's Association. "Understanding the Scientific Evidence in Sexual Homicides" September 20, 2006

17. Public Defenders of Dakota County. "The Forensic Autopsy Report – A Navigator's Perspective." August 04, 2006

18. CACJ/CPDA [California Attorneys for Criminal Justice] Capital Case Defense Seminar. "Scientific Evidence in Sexual Homicides" February 19, 2006

19. University of San Diego School of Law. "Investigate your Case; CSI for Lawyers…Childhood Injuries" January 28, 2006

20. Iowa Public Defender Agency. "An Approach to Sexual Injury Physiology" June 22,2005

21. Iowa Public Defender Agency. "Head Injuries in Childhood; An Evolving Challenge" June 22, 2005

22. North Memorial Hospital: Long Hot Summer Conference. "Unexpected Child and Infant Death: Is It Always Abuse?" March 5, 2005.

23. CACJ/CPDA [California Attorneys for Criminal Justice] Capital Case Defense Seminar. "Scientific Evidence in Sexual Crimes." February 20, 2005.

24. CACJ/CPDA [California Attorneys for Criminal Justice] Capital Case Defense Seminar. "Head Injuries in Childhood: An Involving Challenge." February 19, 2005.

25. Minnesota Bureau of Criminal Apprehension Training and Development – Death Scene Investigation. "Basics of Child Abuse and Infant Deaths." February 3, 2005.

26. California Public Defender Agency Sexual Crimes Seminar. "Understanding Child-Victim Physiology." October 23, 2004.

27. Minnesota Division International Association for Identification. "Childhood Death Investigation: Unexpected/Unexplained Childhood Deaths." September 16, 2004.

28. St. Louis County Medical Examiner's Office. "Childhood Death Investigation: Unexpected/Unexplained Childhood Deaths." March 8, 2004.

29. CACJ/CPDA [California Attorneys for Criminal Justice] Capital Case Defense Seminar. "Head Injuries in Childhood: An Evolving Challenge." February 14, 2004.

30. MN Women Physicians' Retreat. "The Child and Forensic Medicine: A reflection on children in crisis." Co-presented with Susan Roe, MD. October 4, 2003.

31. MN Bureau of Criminal Apprehension. Child Abuse Investigation. "Forensic Pathology of Child Abuse." April 16, 2003

32. 6th Annual LaCrosse Children Maltreatment Conference. "Trauma and the Abused Child" and "Munchausen Syndrome by Proxy." April 4, 2003.

33. Chippewa Valley Technical College Investigators' Annual In-service. "Child Abuse and Neglect" presented by Janice Ophoven, MD and Susan Roe, MD. December 12, 2002.

34. South Carolina State Child Fatality Advisory Committee. Child Fatality Conference - Investigating and Prosecuting Fatal Child Maltreatment. "Forensic Pediatric Autopsy." September 25, 2002

35. Midwest Forensic Pathology. Forensic Nursing III. "Overview of Child Abuse, Vulnerable Adult Abuse, and Domestic Violence." February 28, 2002; May 24, 2002

36. MN Bureau of Criminal Apprehension. Child Abuse Investigation. "Forensic Pathology of Child Abuse." April 17, 2002

37. MN Forensic Pathology, PA. 3rd Annual All Deputy Coroner Meeting. "Munchausen Syndrome by Proxy." April 6, 2002

38. MN Bureau of Criminal Apprehension. Death Scene Investigation Training and Development. "Identifying the Details: Shaken Baby Syndrome and Munchausen Syndrome by Proxy." February 5, 2002

39. Stearns Benton County Child Protection Agency. "Shaken Baby Syndrome - Challenges and Implications." April 27, 2001

40. St. Cloud Hospital. Physicians' Forum. "Shaken Baby Syndrome." March 2, 2001

41. Partners Healthcare Consulting. "Moving into the Driver's Seat – Physician's Guide to Controlling their Future." Invited speaker: "Navigating the Road to Effective Care Management." October 5, 2000

42. MN Bureau of Criminal Apprehension and Ramsey County Medical Examiners' Office. Midwest Homicide Investigative Conference. "A Practical Approach to the Investigation of Child Abuse Homicide." September 7, 2000

43. Niagara County Child Fatality Team Training. Keynote Presentation. "The Investigation of Fatal Child Abuse from the Medical Perspective." June 20, 2000

44. The Alaska Academy of Trial Lawyers 4th Annual Litigators' Conference. "Science and the Law – Out of the 'Frye'ing Pan." April 2000

45. South Carolina Law Enforcement Division. "The Investigation of Fatal Child Abuse from the Medical Perspective." October 1999.

46. Minnesota Bureau of Criminal Apprehension, Child Abuse II Seminar, May 1999.

47. Invited Speaker *Health Care Forum*, Managing Change October 1997.

48. Invited Speaker *Masters 7 Conference for Advanced Death Investigation,* Munchausen's Syndrome by Proxy, St. Louis, MO. July 1997.

49. IHI Workshop with B. Bushick MD, Measurement and Integrated Health Care Systems, workshop presentation, December 1995.

50. The Investigation of Infant Deaths: An Interdisciplinary Symposium, "Coroners / Medical Examiners and Pathologists: Bridging the Roles", June, September 1994

51. Women in Medicine: Finding a Balance - invited keynote speaker and workshop presentations, Breckenridge Colorado, August 1994

52. BCA Law Enforcement Training Seminar, <u>Forensic Issues in Child Abuse</u>, Spring 1994, St. Cloud, MN

53. Development and presentation of three-day workshop with focus on responsibilities in data management and credentialing.  <u>Medical Staff Transformation</u>, Middletown Regional Hospital, Middletown, Ohio, March 1994

54. Design and Focus External Peer Review with Medical-Legal Management Inc. 1985-to 1994
>                   Evansville, Indiana
>                   Jacksonville, Florida
>                   Boston, Mass.
>                   Amarillo, Austin, Fort Worth, Texas
>                   St. Jose, California

55. Invited Participant, Minnesota Bar Association Annual Trial Lawyer Course, Expert Witness.  Bemidji, MN.  1986, 1987, 1988, 1992, 1993, 1994

56. ATLA National Conference - The Catastrophically Injured Infant, Nov 13-14, 1993, Reframing the Causation Issue into a Forensic Context, Atlanta, GA

57. California Ambulatory Surgery Association Research Group, Model for Clinical Guidelines - Best of Practice Model, Lake Tahoe, Fall 1993

58. Colorado Medical Society Woman's Section, <u>The Role of Fear in Health Care Politics</u>, Fall 1993, Snowmass, CO

59. Alaska Trial Lawyers Association, Annual Meeting, full day workshop on Medical Legal issues in Child Abuse, Fall 1993, Anchorage Alaska

60. APQC [American Productivity and Quality Center] "Achieving Results Through Benchmarking" - Benchmarking Week - May 19, 1993, Washington, DC. *Developing "State of the Art" Guidelines for Pediatric Care*

61. Sixth Annual John I. Coe Symposium, Placental and Perinatal Pathology, April 16, 1993, Forensic Issues in Perinatal Medicine Minneapolis, MN

62. Quality Challenge Award Recipients on behalf of the Children's Hospital of St. Paul, MedisGroups National Meeting, April 1993, Washington, DC

63. MediQual National Symposium "Insight", Spring 1993, Washington DC, 2 workshops *MedisGroups and Clinical Guidelines The National Pediatric Network*

64. Development and Implementation - 2 day Clinical Guidelines Exercise, Presbyterian St. Luke's Hospital, Denver Colorado, 1993

65. Multiple Medical Staff Seminars / Presentations on MedisGroups and Health Care Quality including Alliant Health Care Systems, Louisville, KY 1993

66. National Association of Medical Examiners Annual Conference, Milwaukee, WI, Forensic issues in Child Abuse, A Review, Fall 1992

67. Wisconsin Children's Hospital, Annual Retreat, Full day workshop on Medical Staff Transformation, Fall 1992

68. MediQual National Symposium, April 1992, Workshop, Recruiting Physician Participation in Data Management and Clinical Guidelines, Spring 1992, Saddlebrook, Florida

69. Quality Assurance in Anatomic Pathology, Lab Medicine and Pathology Grand Rounds, University of Minnesota, 1992

70. MediQual National Symposium, Spring 1991, Data and Peer Review, Hilton Head, SC

71. Invited Workshop Presentation: Pediatric Forensic Pathology: Wisconsin State Death Investigators Course.  Sponsored by the Milwaukee County Medical Examiner, Milwaukee, Wisconsin.  Fall 1990

72. Invited Workshop Presentation: Pediatric Forensic Pathology Issues. Sponsored by LCM Laboratories.  Sioux Falls, SD.  April 1990

73. Invited workshop participant: Special Issues of Child Abuse.  Invited presentation: Identification of the Perpetrator in Child Abuse: The Medical Perspective.  American Association of Forensic Scientists, National Meeting.  Cincinnati, Ohio.  February 13, 1990.

74. Invited Workshop Presentation.  Pediatric Forensic Pathology at the American Academy of Pediatrics, Orlando, Florida, March 14, 1989.

75. Invited Workshop Presentation, Pediatric Forensic Pathology at the Society for Pediatric Pathology, San Francisco, California, March 5, 1989.

76. Invited Workshop Presentation, Pediatric Forensic Pathology at the Society for Pediatric Pathology, Washington, D.C., February 1988.

77. Georgieff M, Amarnath U, Landon M, Mills M, Ophoven J: Newborn Iron Status of Infants of Diabetic Mothers (IDMS).  Ped Res.  Submitted and Accepted, December 1987.

78. Chockalingam U, Murphy E, Ophoven J, Georgieff M: Transferrin (TF) and Ferritin (FE) as Markers of Uteroplacental Insufficiency (UPI) in Newborn Infants.  Ped Res Submitted Nov 1986.  Published April 1987.

79. Chockalingam U, Murphy E, Ophoven J, Georgieff M: Decreased Iron Status in Symptomatic Large-for-Gestational Age (LGA) Infants.  Ped Res Submitted Nov 1986.  Published April 1987.

80. Georgieff M, Chockalingam U, Murphy E, Ophoven J: Effects of Short and Long-term Prenatal Steroids on Nutritional Proteins in Premature Neonates.  Accepted for presentation and published, April 1987.

81. Chockalingam U, Murphy E, Ophoven J, Georgieff M: The Influence of Perinatal Asphyxia on Rapid-turnover Proteins in Newborn Infants.  Ped Res Submitted Nov 1986.  Published April 1987.

82. Chockalingam U, Murphy E, Ophoven J, Georgieff M: Effects of Short and Long-term Prenatal Steroids on Nutritional Proteins in Premature Neonates.  AACC Submitted and Accepted, January, 1987.

83. Chockalingam U, Murphy E, Ophoven J, Georgieff M: Cord Transferrin (TF) and Ferritin (FE) as Markers of Uteroplacental Insufficiency (UPI) in Newborn Infants.  AACC Submitted and Accepted, January 1987.

84. Chockalingam U, Murphy E, Ophoven J, Georgieff M: Rapid-Turnover Serum Proteins (RTP) to Evaluate Protein Status of Preterm Infants.  AACC Submitted and Accepted, January, 1987.

85. Chockalingam U, Murphy E, Ophoven J, Georgieff M: Association of Decreased Ferritin Levels to Hypoglycemia in Large-for-Gestational Age Infants.  American College of Nutrition 28th Annual Meeting.  Submitted to Blood, 1987.

86. Mammel M, Ophoven J, Gordon M, TaylorS, Boros S: Tracheal Injury Following High-frequency Oscillation in Laboratory Animals.  Ped Res Submitted November 1986.

87. Chockalingam, Murphy, Ophoven, Georgieff: The Affect of Gestation Age Size for Dates and Prenatal Steroids on Cord Transferrin Levels in Preterm and Term Infants.  Submitted to the 27th Annual American Nutritional College Meeting, September 1986.  Accepted.

88. Chockalingam, Murphy, Ophoven, Georgieff: Influence of Preneonatal Steroids on Nutritional Markers in Premature Infants: Submitted to the 27th Annual American Nutritional College Meeting September 1986.  Accepted.

89. Invited Course Participant.  University of Indiana: Issues in Child Abuse and Neglect. Indianapolis, Indiana 1986.

90. Georgieff, Sasanow, Mammel, Ophoven, Periera: Prenatal Steroids and Lung Maturity and Size for Dates Affect Neonatal Prealbumin Levels.  Ped Res 20; 4(1986) 138A.

91. Georgieff, Sasanow, Mammel, Ophoven, Periera: Prenatal Steroid Administration Enhances Liver Protein Synthesis in Preterm Neonates.  Clin res 3; 1(1986) 138A.

92. Invited Speaker, American Academy of Forensic Sciences Workshop on Sexual Abuse in Children, 1986.

93. Mammel M, Ophoven J, Gordon M, Sutton M, Boros S: Proximal Tracheal Inflammation with Three Different High-frequency Ventilators. Clin Res 1985; 33:148A.

94. Lewallen P, Boros S, Mammel M, Coleman M, Ophoven J: Neonatal High-frequency Jet Ventilation: Benefits and Risks. Clin Res 1985; 33:148A.

95. Ophoven J, Tilelli J: Abstract: Hyponatremic Seizures as a Presenting Symptom of Child Abuse.  Presented to Conference on Forensic Pediatric Pathology.  June, 1985.

96. Ophoven J, Leverone J, Moen T: Abstract: Congenital Idiopathic Subglottic Stenosis Presenting as Sudden Infant Death Syndrome.  Presented to Conference on Forensic Pediatric Pathology.  June 1985.

97. Invited Workshop Participant.  American Academy of Forensic Sciences; Child Sexual Abuse.  New Orleans, 1985.

98. Ophoven J, Mammel M, Coleman M, Boros S: Necrotizing Tracheobronchitis; A New Complication of Neonatal Mechanical Ventilation. Laboratory Investigations vol. 52, 49A 1985. Presentation at IAP Meetings, 1985.

99. Lectureship on Issues in Pediatric Laboratory Medicine. Mayo Clinic September, 1984

100.     Lewallen P, Boros S, Mammel M, Coleman M, Ophoven J: Neonatal High-frequency Jet Ventilation: Four Years Experience. Clin Res 1984; 32:814A.

101.     Mammel M,  Ophoven J,  Gordon M,  Sutton M,  Boros S: High-frequency Ventilation Produces Inflammatory Injuries in the Proximal Trachea. Clin Res 1984; 32:815A.

102.     Dehner, Ophoven, et. al.:  Unusual Presentation of Childhood Rhabdomyosarcoma. Presented at Pediatric Pathology Meetings. February 1983.

103.     Ophoven J, Mammel M, Gordon M, Boros S: High-frequency Jet Ventilation: Tracheobronchial Histopathology. Clin Res 1983; 31: 142A.

104.     Ophoven J, Mammel M, Gordon M, Boros S: High-frequency Jet Ventilation: Tracheobronchial Histopathology. Pediatr Res 1983; 17: 386A.

# AFFIDAVIT OF JANICE J. OPHOVEN

I, Janice J. Ophoven, M.D., being first duly sworn, deposes and says:

1. My professional background is forensic pathology with special training and experience in the evaluation, investigation and interpretation of injuries in childhood. I have over 30 years of experience in this field and teach and publish on this subject. I have qualified as an expert in pediatric forensic pathology in courts across the country and in the U.K.

2. I served as Assistant Medical Examiner, most recently for South St. Louis County, Minnesota. In that role I was responsible to work with law enforcement, supervise death investigations, perform autopsies and certify cause and manner of death.

3. I maintain a consulting practice in pediatric forensic pathology. In this role I participate in the investigation and forensic analysis of injuries in children (alive and deceased).

4. I have completed a combined residency in pediatrics and anatomic pathology, a fellowship in pediatric pathology, and a fellowship in forensic pathology. During my career, I have participated in the care of children and young adults in such areas as:

   - Pediatric practice in rural and urban settings;
   - Management of a clinical laboratory for a children's hospital;
   - Work with the child abuse program at the Children's Hospital;
   - Diagnosis of leukemia and solid tumors in children and adolescents;
   - Evaluation of medical care with unexpected or negative outcomes to identify areas for improvement (i.e., risk management).

5. I have conducted hundreds of autopsies on children and young adults. In addition, I have dedicated my professional practice to research and education in forensic pediatric pathology and have written and taught workshops for a variety of professional groups and organizations including physicians, coroners and medical examiners, law enforcement, pediatric caregivers, first responders, and members of the legal profession on such issues as:

- Forensic analysis of injuries in children who survive serious injuries including traumatic brain injury, abdominal trauma and fractures, accidental and inflicted;
- Forensic analysis of cases involving death investigations in fatal abuse and neglect;
- Death investigation of fatal accidents in childhood;
- Munchausen's syndrome by proxy;
- Sudden death in infancy including SIDS, accidental and homicidal asphyxia.

6.  Over the course of 30-year practice involving injuries to children I have had occasion to review voluminous literature pertaining to infant and childhood brain damage.

7.  During my professional practice I have reviewed hundreds of cases of childhood brain injury in the context of child abuse and have made the determination of head trauma associated with abuse on many occasions.

8.  The collective scientific experience, training, continuing professional education through the course of continuous medical practice, teaching and hands on investigation in these cases is the basis for my opinion below. My current curriculum vita is attached here as **Exhibit 1**.

9.  In preparation for forming the professional opinion expressed in this affidavit, I have reviewed the following materials

- Color Autopsy Photos of decedent Nikki Curtis
- Color copies of all photographic exhibits introduced at trial by the State
- Photographic exhibits of bedroom where fall reportedly occurred
- Palestine PD Reports

- Transcribed Testimony of Medical Experts from trial of Robert Roberson:
    - o  Jill E. Urban M.D., 43RR54-99
    - o  Janet Squires M.D., 42RR91-129
    - o  Andrea Sims, ER nurse, 41RR101-151
- TCHD/JPS Health Network (Birth Records of decedent, Nikki Curtis)
    - o  Admission 10/20/99
    - o  Attestation Report
    - o  Physician's Orders
    - o  Admission Orders
    - o  Term Nursery Nurses Notes
    - o  Hand Written Notes
    - o  Nursery Admission Assessment

- o  Newborn Maturity Rating & Classification
- o  Growth Chart
- o  Newborn Identification
- o  Discharge
- o  Hearing Screening Report
- o  Progress Record
- o  Lab Report
- o  Social Work Services Progress Notes
- o  Birth Certificate

- Pediatric Associates records for Nikki Curtis:
  - o  Referral Letter
  - o  Growth Chart
  - o  Encounter 12/7/01
  - o  Encounter 1/29/02, 4.20.01,
  - o  Well Child Check 1/22/01
  - o  Well Child Check 12 month

- Texas Children's Hospital records for Nikki Curtis:
  - o  Admission 9.19.00
  - o  Growth Charts
  - o  Referral to Pediatric Neurology
  - o  Neurology Clinic Orders
  - o  Ambulatory Visit
  - o  Imaging Report

- Palestine Professional Hearing Center records for Nikki Curtis:
  - o  Ear, Nose & Throat Specialist 6.7.00'
  - o  Notes
  - o  Audiological Evaluation
  - o  Operative Report
  - o  H & P
  - o  Operative Report
  - o  Consultation Report
  - o  Medication List
  - o  Outpatient Orders
  - o  Progress Record
  - o  Operative Report

- Trinity Valley Medical Center records for Nikki Curtis:
  - o  Anesthesia Record
  - o  Recovery Room Record
  - o  Surgical Services
  - o  Day Surgery Nurses Notes
  - o  Outpatient Laboratory
  - o  Hematology Lab Report

- o Nursing Admission Assessment

- Child Protective Services/Social Services Records associated with Nikki Curtis and family members:
  - o Structured Narrative
  - o Intake Narrative
  - o CPS Investigation Reading Tool
  - o Principal Information
  - o Collateral Information
  - o Narrative, Analysis and Case Conclusion
  - o Supplemental Narrative
  - o Risk and Safety Analysis
  - o Case Conclusion
  - o Child Safety Evaluation and Plan
  - o Screener's Notes
  - o Intake Report
  - o Decisions and Recommendations
  - o Case File Print Table of Contents
  - o Investigation Summary
  - o Log of Contacts Narrative
  - o Intranet Risk Assessment Report
  - o History of Investigation
  - o Log of Contacts

- Palestine Regional Medical Center records for Nikki Curtis:
  - o Summary Sheet 1.31.02
  - o Emergency Physician Record
  - o Trauma Sheet
  - o Vital Signs
  - o Trauma Resuscitation
  - o Nursing Assessment
  - o Neurological Nursing Assessment
  - o Critical Care
  - o Orders
  - o Memorandum of Transfer
  - o Progress Record
  - o Lab Report
  - o CT Brain Report
  - o XR Cervical Spine Report
  - o Blood Gas Analysis Report
  - o Emergency Room Record Report
  - o John Ross, MD
  - o Thomas Konjoyan, DO
  - o Lab Report
  - o Reach Consult Note
  - o Physical & Sexual Abuse Medical Protocol

- o Summary Sheet 4.20.01
- o Labs
- o Summary 9.3.01
- o Emergency Physician Record
- o Initial Assessment Form
- o Physician Order
- o Summary Sheet 6.9.00
- o Initial Physical Assessment
- o Emergency Physician Record
- o Special Instructions
- o Admission 8.16.00
- o Out Patient Requisition
- o CT Head 8.16.00
- o Electroencephalograph Report
- o Admission 8.11.00
- o Admission 8.25.01
- o Emergency Physician Record
- o Assessment Form
- o Special Instructions
- o Admission 3.3.01

- Dallas County Southwestern Institute of Forensic Sciences records related to Nikki Curtis:
  - o Autopsy Report
  - o Findings
  - o Toxicology
  - o Cause of Death
  - o Biology Report

- Children's Medical Center of Dallas records for Nikki Curtis:
  - o Transport 1.31.02
  - o Vitals
  - o Chest Read
  - o Skeletal Survey
  - o Lab Report
  - o Chest
  - o CT Cervical Spine
  - o Pelvis XR
  - o Discharge Summary
  - o Diagnosis
  - o Inpatient
  - o Death Summary
  - o Checklist for Brain Death
  - o Physicians Orders
  - o Transfusion Orders
  - o Patient History

- o   Ophthalmology Consult
- o   Trauma Orders
- o   Trauma H & P
- o   Admit Note
- o   Physical Examination
- o   Ongoing Notes
- o   Injury Data
- o   Narrative Notes
- o   Trauma Form
- o   Medication Administration Record

- Exhibit List
  - o   Photos: State's Exhibit 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 28, 29, 30, 31, 32, 33, 34, 35, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 79, 80, 81, and 87; Defense Exhibit 12.
  - o   Biology Report -74, 76, 73, 75
  - o   Sexual Assault Evidence report – 77
  - o   Statements of Mr. Roberson: State's Exhibits 36-39.

10. The process of forensic review in a case of death of a child requires analysis of the evidence to determine cause as well as manner of death. The analysis includes a review of medical records and autopsy materials, the circumstances of the child's life and medical conditions, as well as the investigation pertaining to the environmental circumstances and activities of the child in the days and hours before presentation to medical attention. The following opinions and findings are based on that analysis and are rendered to a reasonable degree of medical certainty.

11. I have obtained these findings from the trial testimony of the medical experts and all records introduced as evidence as identified above. The extensive findings listed below are not intended to be a complete summary. The purpose is simply to summarize my understanding of the evidence of the course of care that was provided to Nikki Curtis.

**Age and date of death:** Nikki Curtis was 2 years and 4 months old at the time of her death on 2/1/2002 at 7:04 PM.

## Birth

Date of birth: October 20, 1999

Nikki Curtis was born at Tarrant County Hospital. She was delivered via spontaneous vaginal delivery at 39 weeks gestation. Apgars were 9 and 9 at one and five minutes. No complications of delivery were noted. At birth she weighed 7 (lbs) 6 (oz), was 20.5 inches in length and her head circumference was 13.25 inches. She was discharged on October 21, 1999, after CPS cleared her to go home with her maternal grandfather Larry Bowman and maternal step-grandmother Verna Bowman, in Palestine, Texas.

Mother's Name: Gwendolyn Michele Bowman
Biological Father's Name: Robert Roberson (later confirmed)

## Well Child Visits – Pediatric Associates

**10/28/1999** – 8 Days – Sneezing

Nikki was seen at Pediatric Associates with complaints of sneezing. She was recently taken in custody by the grandmother secondary to maternal problems and possibly some drug use (unknown for sure).

Assessment: Most likely a bilateral otitis media even the young age. Her TMS are fiery red.

**11/08/1999** – 3 Weeks – Recheck Ears

Nikki was seen at Pediatric Associates. 10/28 she was diagnosed with an otitis media. Her grandparents have legal custody. Mother is known to prostitute and have multiple sexual partners.

**12/??/1999** – 2 Months – Well Child Check

Nikki was seen at Pediatric Associates for routine health maintenance.

> Vital Signs:

| | | |
|---|---|---|
| Weight: | 10(lbs) 1(oz) | Percentile: ??$^{th}$ |
| Height: | 23 (inches) | Percentile: 75th |
| FOC: | 15.5 (inches) | Percentile: 75th - 90th |

**02/25/2000, 02/22/2000** – 4 Months – Well Child Check

Nikki was seen at Pediatric Associates for routine health maintenance, and on 2/22 was seen for bilateral otitis media.

> Vital Signs:

| | | |
|---|---|---|
| Weight: | 11(lbs) 13(oz) | Percentile: 25th |
| Height: | 25 (inches) | Percentile: 75th |
| FOC: | 16.5 (inches) | Percentile: 75th |

Assessment: Well child with possible lactose intolerance. Grandmother does state that she gets very gassy and has kind of loose stools periodically.

**03/24/2000, 03/31/2000** – 5 Months – Complaints of Cough

**04/21/2000** – 6 Months – Well Child Check
Nikki was seen at Pediatric Associates for routine health maintenance and immunizations.
Concerns of eating less because she has been sick.

    Vital Signs:

| | | |
|---|---|---|
| Weight: | 13(lbs) 11(oz) | Percentile: 10th - 25th |
| Height: | 25.5 (inches) | Percentile: 25th - 50th |
| FOC: | 17 (inches) | Percentile: 75th |

Assessment: Well child. She has had quite a rough course over the last month with resistant otitis
media. Her weight has slowed down. Grandmother is going to encourage fluids and more solids.

**05/05/2000** – 6 Months – Cough
Assessment: Bilateral Otitis media

**05/15/2000** – 6 Months – Pulling on Ears
Assessment: Continued bilateral otitis after 10-day course of Cefzil.

**05/23/2000** – 7 Months – Recheck Ears
Assessment: Chronic purulent bilateral otitis media not responding to 4 different oral antibiotics.

**06/05/2000** – 7 Months – Earache
Assessment: Bilateral otitis media – we just cannot get this little one clear.

**07/13/2000** – 8 Months – Vomiting
She has a history of 4 vomiting episodes that morning. Assessment: 8-month-old with
gastroenteritis, most likely viral etiology. At the follow up visit following trip to ED, question of
seizure disorder was raised.

**08/14/2000** – 9 Months – Follow-Up Emergency Room
Assessment: 9-month-old who has previously had some minor ear infections and illnesses, but
mainly been healthy who now has 2 episodes in 24 hours of apnea with some reported cyanosis. I
think that this may be seizure activity even though the seizures are not witnessed. She had a
funny cry that notifies that something is happening and then they find her on the floor. Because
she is in diapers, it is not known if there is any urinary incontinence at the time they happen.

**08/24/2000** – 10 Months – Physician's Note
Nikki was under the care for several episodes. The origin and cause of her apnea at this point is
undetermined. She is going under extensive testing to determine the cause of apnea. It is in
Nikki's best interest to not have her change environment and have her care shifted between
different caretakers until such time we can determine the cause of her apnea and its ultimate
treatment.

**10/25/2000** – 12 Months – Well Child Check
Nikki is being seen for routine health maintenance and immunizations. Grandmother says she
had not had any problems and no apneic episodes.

    Vital Signs:

Weight:                     21(lbs) 7(oz)   Percentile: 50th
Height:          28.75 (inches) Percentile: 25th - 50th
FOC:             18.75 (inches) Percentile: 75th

Assessment: Well child growing and developing normally.


**01/22/2001** – 15 Month – Well Child Check

Nikki is doing well, but still has some breath-holding spells.

Vital Signs:

Weight:                     24(lbs) 13(oz) Percentile: 75th
Height:          30.75 (inches) Percentile: 50th
FOC:             19 (inches)    Percentile: 90th

Assessment: This is a well child growing and developing normally.


**03/23/2001** – 17 Months – Pulling at Ears

She has a history of yellow/green rhinorrhea and cough. She has also been pulling at ears. Grandmother is concerned because she appears to have nightmares and night terrors. Grandmother reports that the father was recently released from jail and has started being present at visits. Nikki cries very hard and hangs onto her grandmother and tries not to be taken by them. Assessment: Rhinitis and right otitis media. Nightmares noted of unclear etiology, possibly from the shifting between maternal family and paternal family.


**04/20/2001** – 18 Month – Sick Visit

Nikki was seen at Pediatric Associates with complaints of Vomiting.

Vital Signs:

Weight:                     23(lbs) 4(oz)

Assessment: An 18-Month-old with vomiting and fever, most likely gastroenteritis. A CBC and Urinalysis was taken. The white count was 7.8 and H & H of 12 and 37, but she had 70% granulocytes and 30% lymphocytes. Her urine showed specific gravity of 1.015, pH of 7, 1+ leukocytes and 3+ ketones. She was given Phenergan Suppositories [to control vomiting] and Bactrim for possible urinary tract infection.


**04/23/2001** – 18 Month – Well Child Check

Nikki was seen at Pediatric Associates for her 18-month well child check.

Vital Signs:

Weight:                     24(lbs) 2(oz)   Percentile: 50 - 75
Height:          33 (inches)    Percentile: 75

Assessment: An 18-Month-old currently under therapy for a urinary tract infection with good response to the bactrim. F/U at 2 years.


**06/13/2001** – 20 Months – Nightmares

Nikki started suffering from nightmares in March. As reported by Grandmother (Bowman), they appeared the week after she began visits with her biological father and paternal grandmother. She was clear from nightmares for a week or so and then starts having them again after the visit. Maternal grandmother is concerned because she has custody and is afraid to send her for

visitations. The biological father was recently accused of rape, although no charges have been pressed. Concerns of possible abuse were raised.

Assessment: little 20-month-old having nightmares and in a possibly dangerous environmental situation.

**07/20/2001** – 21 Months – Sick Visit

Nikki was seen at Pediatric Associates with a complaint of fever. She has a history of low-grade fever. Her temp was 100.9. Assessed as a febrile 21-month-old with no obvious source of infection; Just a low-grade fever. She has a history of urinary tract infection.

**09/12/2001, 09/21/2001** – 23 Months – Sick Visit and Follow Up

Nikki Curtis was seen at Pediatric Associates with a complaint of Earache. She was diagnosed with Suppurative Left Otitis Media. On 9/21, it appeared like she has a granuloma on the left tympanic membrane. Otherwise, the signs of infection have cleared.

**10/30/2001** – 24 Months – Sick Visit

Nikki Curtis was seen at Pediatric Associates with complaints of fever and cough. Her fever reached 103.3 and had a hacking cough for a month.

>       Vital Signs:
>               Weight:             26(lbs) 10(oz)
>               Temperature:  102.6

Assessment: Right Otitis Media, Rhinitis

**11/07/2001** – 24 Months – Follow Up Sick Visit

Nikki Curtis was seen at Pediatric Associates for a follow up Otitis Media.

Assessment: Right Otitis Media with Effusion

**12/07/2001** – 25 Months – Sick Visit

Nikki was seen at Pediatric Associates with complaints of cough and congestion. She has a history of diaper rash and cough and congestion, mainly at night.

Assessment: Purulent Rhinitis with a cough, which is not too significant. In addition, looks like she has folliculitis and probably some infectious component to that in the diaper area as well.

**01/29/2002** – 27 Months – Follow-Up Emergency Room Visit

Nikki was seen at Pediatric Associates for a F/U visit to the emergency room. Last night in the ER her fever got up to 103.1. Given Phenegran suppositories and Imodium. It was thought she had a viral syndrome.

>       Vital Signs: 1/29
>               Weight:             27(lbs) 13(oz)
>               Temperature:  104.5

Assessment: Fever, may be viral etiology or may be unresolved upper respiratory infection.


**Visit History – Palestine Medical Center:**

**06/08/2000** – Admitted for recurrent ear infections. She was referred from Dr. Ostrom with recurrent ear infections – 6 infections in the last 7 months. Grandmother has custody of the child and reports that she has received, this week, a shot of Rocephin on Monday and again on Tuesday and continues to be infected.

Impression: 1. Recurrent otitis media. 2. Acute otitis media resistive to antibiotics.

Recommendations: Bilateral tympanotomies with insertion of ventilation tubes.

**Otolaryngology Consultation – 06/07/2000:** recurrent otitis media, acute otitis media. Nikki was scheduled to undergo bilateral tympanostomies with insertion of ventilation tubes, on 06/08.

**06/09/2000** – Carried by grandmother (Verna) to the ER room for a fall. Grandmother states Nikki was in walker and fell down 2 steps. Denies LOC – abnormalities noted.

Weight: 15.2 (lbs)

Patient was discharged to home; sustained head injury; return to ER for worsening of condition; push fluids; see PCP in follow up.

**08/11/2000** – Carried by grandmother to the ER room for choking and Apnea. Grandmother states that she found child not breathing prior to admission, began mouth to mouth, child was blue, now awake, alert, in no apparent distress.

Weight:      18.8 (lbs)

**08/16/2000** – Admitted to Emergency room for apnea. Dr. Karen Ostrom feels it would be in Nikki's best interest to not have her change environment and have her care shifted between different caretakers until such time we can determine the cause of her apnea and its ultimate treatment.

**03/03/2001** – Admitted diagnosis was abrasion to forehead. Nikki was referred to Dr. Karen Ostrom.

**04/20/2001** – Admitting diagnosis was urinary tract infection.

**08/25/2001** – Admitting diagnosis was child abuse. Nikki's father and grandmother stating she has bruised eye, lip laceration and suspect child abuse from step grandmother and grandfather, Larry and Verna.

Weight: 27.0 (lbs)

**09/03/2001** – Admitted to Palestine for Nausea and vomiting.

**12/05/2001** – Ear, Nose, and Throat Consultation

Examination showed that the tonsils are 2 plus, quite large, but not inflamed. Examination of the nose revealed it to be open with mild allergic changes. No purulent drainage was present. Impression: resolved right serous otitis media. Recommended not to smoke around her.

**Visit History – Texas Children's Hospital**

**09/19/2000 – Neurology Consult**

Impression: Nikki is likely having breath-holding spells as she seems to be upset when she does have the cyanotic episodes. Her cardiac exam was essentially unremarkable but we feel that it is prudent to evaluate for underlying cardiac disease with an EKG and for gastroesophageal reflux with an upper GI. Reassured the family that this is likely all breath holding spells and likely benign in nature and should resolve itself over time.

## Death Event History

According to the CPS records, Nikki was at home with her father at the time of her collapse. The normal living arrangements were Mr. Roberson, his fiancée Teddie Cox and her daughter Rachael. That night Ms. Cox was hospitalized for hysterectomy, and Rachael was staying with her maternal grandmother; Nikki and Robert were home alone.

## Arrived to Palestine Regional Medical Center on 01/31/2002 at 10:26 Hours

Nikki was seen in the emergency room a few days before on 1/28/2002. She presented at the time with a history of vomiting and diarrhea for one week and showed normal labs and was awake, alert and active and was discharged with Imodium AD and Phenergan. According to the parents she then had fever the next day and seen by Dr. Ross, the pediatrician on 1/29/02. Further work up was done and she was put on antibiotics. According to the family yesterday she was doing better but seemed to have fever and this morning they stated she was alert and talking, but possibly fell out of bed. The records describe bed as box spring and mattress elevated by cinder blocks to raise the bed. Testimony is that bed was 22"-24" from the floor, but the police reports do not indicate that any precise measurements were taken. Floor surface appears from photographs to be a thin, worn carpet over a hard surface, but no attempt appears to have been made to clarify the nature of the subsurface—whether it was concrete, wood, etc.—although testimony was that house had a pier and beam foundation.

> General Physical Exam Reports:
>
>> She presents to the emergency room apneic and unresponsive. Pupils were fixed and dilated upon arrival. There was pallor noted. There was a possible right boggy swelling on the occipital region. There is a questionable minimal ecchymosis in the left mandibular area.
>
> SANE nurse exam described bruising on chin, left side of face, jaw and left ear as well as bruises on the right face and ear. The nurse also described what she viewed as evidence of sexual abuse with anal laxity and fresh tears. This evidence was not, however, viewed as evidence of sexual abuse by Dr. Squires or Dr. Urban. (My own review of the photographs and the nurse's testimony does not indicate presence of findings to suggest sexual abuse.)

Nikki was immediately intubated with a cuff tube.

## CT of the Brain on 01/31/2002 at 14:51 hours  [McClure – King MD] Palestine Regional Medical Center

> There is right-sided subdural hemorrhage layering along the right posterior falx and tentorial margin. There is a thinner subdural hemorrhage layering along the right frontal and parietal cerebral convexities a few millimeters in thickness. There is shift of the midline structures to the left, by approximately 1 cm. There is obscuration of the basilar cisterns and impending herniation suspected.

There is generalized right-sided cerebral edema. There are air fluid levels in each maxillary antrum and opacification of the majority the ethmoid sinuses. There is an area of soft tissue swelling about the right posterior parietal and occipital bone, without underlying fracture.

Impression: Extensive right cerebral edema and subdural hemorrhage. Associated sub-falcine herniation and impending uncal herniation suspected.

Final Diagnosis:
1. Nausea and vomiting by history
2. Subdural hematoma with possible uncal herniation, possible non-accidental trauma.

Children's Medical Center was called in Dallas. She was accepted and administered Mannitol 1 g per kg and the child will be begun on 12.5 g of Mannitol IV over 30 minutes as well as Decadron 10 mg IV and hyperventilation will be continued. She was accepted however the helicopters were unable to fly. They will send their ambulance and the child will be transported to Children's by ground ambulance.

**Transferred to Children's Hospital on 01/31/2002**
Nikki a 2-year-old female with traumatic brain injury. She was admitted to the ICU after transfer from Palestine, Texas with the highest Glasgow coma score recorded at 6. Father reports, she was in bed with him when she cried out. He found her lying on the floor. She reportedly spoke with him appropriately and was naming cousins and relatives. When father next awoke, he found her limp with a pulse and chest rising. He took her to Palestine Medical Center, where she was found to be unresponsive.

Diagnosis:
Principal     Child Physical Abuse
Secondary     Subdural Hemorrhage-Deep Coma
              Retinal Hemorrhage
              GI Injury NEC – Closed
              Acute Respiratory Failure
              "Hyperglycemia"
              Battered by Father

**CT of Head** (Taken from Death Summary-no imaging reports were available because, as counsel reported, although a subpoena was issued to the Palestine Regional Medical Center, it reported that the images were no longer available)
1. Severe closed head injury
2. Intracranial Hypertension
3. Diabetes Insipidus
4. Hyperglycemia

**Skeletal Survey** (Taken from death summary – no imaging reports because, as noted above, Palestine Regional Medical Center reported that the images were no longer available)

1. Severe closed head injury
2. Intracranial Hypertension
3. Diabetes Insipidus
4. Hyperglycemia

**Ophthalmology Findings – 02/01/2002:**
    Preretinal / retinal hemorrhages OU – OD > OS

In the emergency room, an ICP monitor was placed by neurosurgery with an opening pressure of 65 [normal < 15-20]. Nikki was transferred to the ICU where she received sedation, chemical paralysis, mild hyperventilation, and Mannitol. There was no improvement in her intracranial pressure. She was placed on an epinephrine drip to help maintain her blood pressure and cerebral perfusion pressure. She had evidence of loss of cerebral auto regulation as increasing her blood pressure increased her ICP. She also developed diabetes insipidus, clotting derangements [DIC with prolonged clotting times and diminished platelet counts] and hyperglycemia as further signs of the severe brain injury.

12. On February 1, 2002, Nikki's sedation and paralysis was discontinued for initiation of

    brain death protocol. Examinations were consistent with death.

*Autopsy summary findings [Jill Urban MD]:*

*Blunt Force Injuries:*

1. *Diffuse subscalpular and subgaleal hemorrhage, with discrete foci of subgaleal hemorrhage of the vertex of the scalp, occipital region, and left temporal region.*
2. *Subarachnoid and subdural hemorrhage.*
3. *Cerebral edema with bilateral cerebral infarcts. [brain weight 1550 grams]*
4. *Traumatic axonal injury.*
5. *Bilateral perineural and retinal hemorrhage of eyes.*
6. *Hemorrhage into musculature of back.*
7. *Contusions of head, lip, and left shoulder.*
8. *Laceration of frenulum.*
9. *Abrasions of face and extremities*

*Conclusion per Dr. Urban: It is our opinion that Nikki Curtis, a 2-year-old white female, died as the result of blunt force head injuries.*
*Manner of Death: Homicide.*

*Toxicology:*
    *Blood: Alcohols and Acetone Negative*
        *Cannabinoid Screen   Negative*
        *Drug Screen:*
                    *0.05 mg/L Lidocaine*
                    *0.40 mg/L Promethazine*

*9.2 mg/L Phenytoin*

**Microscopic examination:**
*Brain: Patchy acute neuronal necrosis of neocortex, deep gray matter, and brainstem; multifocal traumatic axonal injury in a diffuse axonal injury distribution, with extensive superimposed vascular axonal injury by BAPP immunohistochemistry staining; acute subdural hemorrhage with negative iron stains.*
*Frenulum: Acute hemorrhage, edema, and acute and chronic inflammation; special stains for iron negative*
*Skin occipital scalp: Extensive hemorrhage into subcutaneous fat; special stains for iron are negative*
*Eyes, right and left: Retinal and perineural hemorrhage.*

13. I reviewed the transcript of the trial testimony of Dr. Urban M.D., Dallas County Medical

    Examiner who testified on behalf of the State. My review of this testimony, in light of

    other available medical records described above, supports the following observations and

    concerns:

- Photographs of the bloody scalp, skull and brain surface were offered into evidence without qualifying the extent of the bleeding that took place while the child was in the ICU. 43RR69-86. The child was suffering from abnormal clotting, which would be reflected in significant ongoing bleeding into the scalp and intracranial cavity during the hours she was in care. Thus, when she purported that these photos accurately reflected injury, her testimony was incorrect as a basic matter of pathology medicine, and the photos she described were highly misleading. Given Dr. Urban's failure to qualify the quantum of bleeding that was the result of injury this potentially misled the jury to believe that the bleeding depicted in the picture was entirely the result of the injury.

- Dr. Urban describes the findings as consistent with blunt force impact <u>and</u> shaking. 43RR86. The issues and controversies regarding the injury potential from shaking a 2-year-old child are now widely recognized. The evolution of the scientific understanding of the complex of symptoms formally referred to as "shaken baby of syndrome" is recounted below. *See, e.g.,* Ophoven J. Childhood Head Trauma: The Clinical Approach. In: Forensic Sciences (Cyril Wecht ed., Bender & Co. Inc.) 2008 Publication 313;46:25F-1-25G-81; Leestma JE, The so-called shaken baby syndrome (SBS). In Forensic Neuropathology, 2nd edition (Leestma JE, CRC Press) 2008, 596-617.

- Dr. Urban testifies that the child would have been immediately unconscious, describing moaning, decreased emotion, unable to hold a conversation, gasping for air. 43RR81. This testimony is not evidence-based and the current scientific consensus would reject this testimony for failing to account for the range of possible activities the child was capable of prior to failure of autoregulation and circulation of oxygenated blood to the brain over time. This failure is inexplicable given that Dr. Urban does concede that there could have been an interval between the incident and respiratory failure.

- Dr. Urban goes on to describe factors in a 2 year-old child that would make them more vulnerable to shaking. 43RR82. Those purported factors were never scientifically established in a child of this age—and would be thoroughly rejected now. Risks of shaking the very small infant [typically < 6 months] were originally based on the higher water content, brain immaturity, and very weak neck muscles in the newborn. A child of over 2 years' brain, however, is closer in maturation to that of older children/adults. The brain contains more abundant myelin, and the child's increased muscle strength stabilizes the neck. The ability of an adult human to deliver a fatal injury to a child of this size and weight by shaking has never been verified. The neck and spine tissues of a child this size and weight are more vulnerable such that extensive neck or spinal injuries would have been evident had injury occurred in this manner.

- I have reviewed the cross-examination of Dr. Urban and observed that there was no discussion of the issues pertaining to the history of an accidental fall and no discussion of the known injury potential of an accidental fall. There was also no cross-examination regarding the very bloody and highly misleading photographs introduced into evidence on the basis that these photos were not representative of the original injuries.

- There was not much testimony regarding the retinal hemorrhages in direct examination, 43RR85, but certainly discussion of the effects of severely increased intracranial pressure on the appearance and distribution of the hemorrhages in the eyes would have been appropriate. Retinal hemorrhages can result from many circumstances/conditions. This is especially true of a critically ill patient. These conditions include increased intracranial pressure, coagulation abnormalities, chest compressions, hypoxia – all of which were present in Nikki's case. *See* Holden S, Moyniham S, Shaw AD, et. al. Paediatric Pathology Society Annual Meeting, Padova, Italy, September 2010. Pediatric an Developmental Pathology 14, 157-172, 2011; Peters AS, Adams GG, Pierce CM. Prevalence of retinal hemorrhages in critically ill children. Pediatrics. 2012;129(6):e1388-96

- One important aspect of the case is the well-known risk of traumatic brain injury from falls. The CDC maintains epidemiologic and demographic records/statistics regarding causation in TBI, available at **www.cdc.gov**. The vast majority of head injuries in children Nikki's age are caused by falls. There was no discussion in the testimony of any scientific basis for Dr. Urban's determination that the mechanism of Nikki's head injury had to be inflicted and thus the result of homicide.

- The CT scan indicates a focus of soft tissue swelling of the scalp confirming evidence of a recent impact to the skull. This evidence is significant because it confirms the bleeding into scalp tissue resulting from an impact to the head. Such bleeding would result from a fall with impact to the back of the head. This does not appear to have been considered during the cross-examination regarding the issues of mechanism or causation of the injury.

- The actual determination of whether Mr. Roberson gave an accurate description of what happened to Nikki was the responsibility of the jury. I did, however, review Mr. Roberson's statement as to how the injury occurred that are in evidence. Mr. Roberson describes that Nikki fell from his bed. I have reviewed all of the pictures in evidence of the bedroom, as well as testimony describing it. The fall that Mr. Roberson describes, as I understand it to have occurred, could have resulted in a severe life-threatening/life-ending injury. Such falls are rare but absolutely known to occur. In my professional judgment, the injury potential from the fall, as described, should have been biomechanically evaluated before a fall could be dismissed as a possible cause or contributing factor to her death.

14. In my opinion, the presumption of child abuse and the cognitive bias that accompanies such a presumption prevented the medical personnel who treated Nikki and the medical examiner, Dr. Urban, who assessed the cause of death, from reaching their conclusions based on sound science. At that time, in early 2002, there was widespread confidence in the ability to conclude that a child had been injured as a result of intentional shaking resulting in what was then commonly referred to as "Abusive Head Trauma/Shaken Baby Syndrome."

15. Current understanding regarding the condition commonly referred to as "Abusive Head Trauma/Shaken Baby Syndrome" or (AHT/SBS) and its implications in the differential diagnosis of childhood brain damage has changed considerably. AHT/SBS, as initially defined by the Mayo Clinic, is a serious brain injury from forceful shaking of an infant or toddler. But the name and the understanding of the underlying pathology and mechanism has evolved considerably—particularly in the last 14 years.

16. In 2002 when Nikki Curtis was examined, the diagnosis of AHT/SBS was often applied to cases of children who may have little to no signs of physical trauma to the body or brain substance. These cases are very complex because complications of cardiac arrest or acute respiratory failure can produce secondary changes to the body such as retinal hemorrhage, cerebral edema, and hypoxic ischemic encephalopathy. In the past, these

findings were considered sufficient to confirm a diagnosis of AHT/SHS.

17. The science of head trauma has evolved over the years and careful consideration of each

case must be taken on its individual merit. In a case where a report of possible choking

and food aspiration is identified, an alternate cause of injury resulting from acute lack of

oxygen must be considered. In such a case, shaking would not be a plausible diagnosis.

18. In 2016, physicians, scientists, the public, and the Courts cannot support beliefs and

testimony regarding infant head injury from the early 2000s and earlier. In the early

1990s, physicians believed and were taught that "shaking" was responsible for most if not

all significant infant/child brain injury. If there was evidence for an impact, such as a

bruise in the scalp or a skull fracture, physicians taught other physicians that there must

also be a "shaking" component or that the impact must have been a "high-energy event,"

equivalent to a motor vehicle accident or a fall from a 2-3-story window. Many non-

physicians, such as biomechanical engineers, knew that these beliefs were false.

However, biomechanical engineers seldom did a real time evaluation for a hospitalized

infant or assisted a pathologist if the baby died. Their role was to study infant injury

mechanisms, and to reconstruct actual events with a goal toward improving protective

devices for the motor vehicle industry and sports, among others. Simply stated,

biomedical engineers and clinical physicians rarely communicated. For the most part,

they were ships passing in the night.

19. A chronology of some of the key research with which I am familiar and which has

prompted changes in the medical consensus with respect to AHT/SBS is as follows:

**2002** – Cory & Jones – Biomechanical research showing that, even with modified
dummy and exaggerated, gravity-assisted shake, shaking cannot achieve injury thresholds
without impact. C.Z. Cory & BM Jones, *Can Shaking Alone Cause Fatal Brain Injury? A*

*Biomechanical Assessment of the Duhaime Shaken Baby Syndrome Model*, 43 MED., SCI. AND THE LAW 317 (2003).

**2003** – Prange – This study replicated Duhaime's 1987 research with more sophisticated dummy, produced similar results showing shaking does not produce sufficient accelerations for injury, and also showing that drops of even a few feet cause significantly more acceleration than shaking. M.T. Prange, et. al, *Anthropomorphic Simulation of Falls, Shakes and Inflicted Impacts in Infants*, 99 JOURNAL OF NEUROSURGERY 143 (2003).

**2003** – Prange & Myers – The calculations made in this study indicated that neck injury would be expected in a shaking scenario that resulted in brain injury. M.T. Prange et al., *Mechanical properties and anthropometry of the human infant head*, 48 STAPP CAR CRASH JOURNAL 279 (2004).

**2003** – Donohoe – This was the first review of the research supporting the AHT/SBS hypothesis under Evidence Based Medicine standards. It concluded that because none of the research on SBS achieved high quality of evidence standards, "there was inadequate scientific evidence to come to a firm conclusion on most aspects of causation, diagnosis, treatment, or any other matters pertaining to SBS." Mark Donohoe, *Evidence-Based Medicine and Shaken Baby Syndrome, Part I: Literature Review, 1966-1998,* 24 AM. J. FORENSIC MED. & PATHOL. 239, 241 (2003).

**2005** – Ibrahim et al. – Research showed that shaking a toddler generates approximately 10 times *less* angular acceleration than does shaking an infant, i.e. a child less than one year old. N.G. Ibrahim, B. Coats, & S.S. Margulies, *The Response of Toddler and Infant Heads During Vigorous Shaking,* 22 J. NEUROTRAUMA 1207 (2005).

**2005** – Bandak – Biomechanical research showing that shaking cannot produce accelerations required to meet injury thresholds, and that if it could it would cause serious neck injury. F.A. Bandak, *Shaken Baby Syndrome: A biomechanics analysis of injury mechanisms.* 151 FORENSIC SCIENCE INTERNATIONAL 71 (2005).

**2009 –** Molina – Concluding that shaking alone generates sufficient force to cause neck injury, yet noting that neck injuries are not found in AHT/SBS cases. Molina, D.K. *Neck Injuries and Shaken Baby Syndrome.* AM J FORENSIC MED PATHOL 30:89-90 (2009).

20.    More recent systemic changes in the scientific understanding of AHT/SBS have occurred

since 2009:

   **2009-**American Academy of Pediatrics issues a Policy Statement on Abusive Head
   Trauma ("AHT") that makes changes to its 2001 Policy Statement, acknowledging that
   the mechanism of injury is unclear, that short falls can cause the triad, that abuse can no
   longer be presumed from the presence of the triad. Pediatricians are urged to use caution
   before diagnosing AHT based on the triad.

**2009**-Major textbooks on child abuse acknowledge significant developments with AHT/SBS theory.

- *"Abusive Head Trauma in Infants and Children: A Medical, Legal, and Forensic Reference,"* by Lori Frasier.
- *"Child Abuse and Neglect: Diagnosis, Treatment, and Evidence,"* by Carole Jenny (acknowledging that the case for shaking as a mechanism of injury is not precise, is not agreed upon, and is no longer widely accepted).

**2010** – Ibrahim & Margulies – Researchers dropped a dummy from heights of one, two, and three feet and found that they achieved accelerations similar to those that Van Ee had reported in 2009 based on his reconstruction of a videotaped fatal short fall.  Ibrahim & Susan Margulies, *Biomechanics of Toddler Head During Low-height Falls: An Anthropomorphic Dummy Analysis*, 6 J. OF NEUROSURG. AND PEDIATR. 57 (2010)

**2010** – Gabaeff, S.C., *Challenging the Pathophysiologic Connection between Subdural Hematoma, Retinal Hemorrhage, and Shaken Baby Syndrome.* West J Emerg Med., p. 144 (2010) (Extensive review of subdural and sub-retinal hemorrhage. Concludes that shaking alone does not cause sufficient force to cause subdural hemorrhage, but falls from as little as 3 feet cause G-force (>100G) sufficient to cause subdural hemorrhage. Nearly all intraretinal hemorrhages are due to increased intracranial pressure regardless of extent of hemorrhages).

**2011** - Meta analysis of AHT/SBS literature by Dr. Maguire acknowledges the circularity reasoning problems with AHT/SBS literature.

**2012** - Meta analysis of AHT/SBS literature by Dr. Piteau acknowledges the circularity reasoning problems with AHT/SBS literature.

**2012** - Guthkeltch, respected British Neurosurgeon, one of the original SBS proponents, reverses and condemns current use of his work to accuse and convict.

**2012**- Dr. Hymel, a key SBS proponent, acknowledges in a study that no gold standard definitional criteria exist for AHT, that, as a result, clinicians can rarely confirm or exclude AHT with certainty, and that clinicians must thus rely on a probabilistic approach. He acknowledges that physicians can no longer presume SBS from the triad.

21. In sum, there has been a fundamental change in physician's understanding of pediatric

head injury in the last 6-7 years—and a sea change since Robert Roberson's trial for

causing the death of Nikki Curtis. This change involves distinct areas that apply in this

case:

- The specificity of retinal hemorrhage (RH) for *inflicted* injury or a specific injury
  mechanism has changed.  Retinal hemorrhage is a clinical and pathological finding that
  continues to elude clear explanation.  The mechanism of occurrence of retinal
  hemorrhage is not well understood and the literature has never suggested that the
  presence of retinal hemorrhage with or without subdural hemorrhage in and of itself is
  diagnostic of inflicted injury.  It is well recognized that retinal hemorrhage can occur in a
  variety of circumstances.  Severe elevation in intracranial pressure is certainly one of
  those circumstances.  Presence of retinal hemorrhage can persist for weeks after birth and
  after injury.  The cause of retinal hemorrhage cannot be limited to traumatic injury, let
  alone rotational injury. To suggest that retinal hemorrhage is diagnostic evidence of
  intentional injury is reckless and not scientifically supportable at this time.
  The findings in the optic nerve and retina do not provide scientific evidence to distinguish
  inflicted from noninflicted injury.

- The specificity of subdural hemorrhage (SDH) in an interhemispheric intracranial
  distribution for *inflicted* trauma has changed.  In the past subdural blood was considered
  pathognomonic for torn bridging veins from acceleration/deceleration injury.  Recent
  publications have described a variety of nontraumatic conditions that can result in
  subdural bleeding.

- The application of the principles of biomechanics to infant injury evaluation has changed.
  Biomechanical analysis of head injury potential is an evidence-based science that is now
  routinely applied in injury potential analysis and used on a regular basis in areas such as
  automobile and airbag safety, aviation safety and helmet testing.  In the early days of
  SBS it was assumed that shaking caused shearing of nerve cells.  Neuropathology studies
  undertaken to understand the pathology of SBS failed to confirm the presence of diffuse
  axonal injury.

22. The concept of SBS has become an increasingly controversial diagnosis.  New research

and serious concerns have been raised in the medical, pathological and biomechanical

literature that *scientifically dispute the theory that findings of retinal hemorrhage and*

*subdural hemorrhage can be diagnostic of shaking or rotational injury in the young*

*infant.*  There is good clinical evidence and biomechanical research that bring into serious

question the theory that shaking an infant can create enough force to cause retinal

hemorrhage and subdural hematoma. The analysis of which findings are *associated with*

and which findings are *diagnostic of* inflicted head injury is the critical question.

23. AHT is an important consideration when a child presents with an acute life-threatening event. The findings must consider the state of health of the decedent, the timing of injuries as the child presented to care, the statement rendered by the caregivers and witnesses, as well as appropriate consideration of the clinical history both before and after the injury. It is the responsibility of the examining forensic pathologist to render an independent differential diagnosis in the process of determining cause and manner/circumstance of injury. Blunt force trauma can be the result of accidental or inflicted injuries, therefore, speculation regarding how a child suffered a traumatic brain injury should be limited and opinions should be based on verifiable clinical and scientific evidence. Diffuse brain injury following an episode of choking can result in diffuse brain swelling, subdural hemorrhage and retinal hemorrhage. If such an event occurs in a child with pre-existing pathology it increases the likelihood of a combination of findings that can mimic AHT.

24. Accidents are the number one killer of children of the age of Nikki Curtis. Toddlers and young children are at risk for serious or fatal injuries by virtue of their motor skills and developmental capabilities. Accidental deaths occur much more frequently than homicidal ones in this age group. The scientific process of narrowing the differential diagnosis in forensic medicine requires that you take the case and the facts as it presents. In cases of childhood trauma, if the story does not make sense, the differential diagnosis would initially include foul play or inflicted injury. If, however, the injuries do match the history and description of events, it is not possible to rule in or out the literally thousands of alternative explanations that can be posed.

25. The forensic review of an unexpected deterioration in a young infant/child requires careful, complete and unbiased collection and evaluation of the necessary information for the specific case at hand. This analysis also includes the formation of a differential diagnosis. The differential diagnosis is a term that identifies the possible medical causes of a patient's symptoms or clinical condition.

26. In a case of an infant with evidence of a subdural hematoma and progressive symptoms over time, subtle alterations in the central nervous system may not be evident to the nonmedical caregiver until the symptoms are increasingly severe. In the absence of acute traumatic pattern of injury to the body or brain or evidence of skull impact or fracture, in my opinion serious consideration of alternatives to inflicted traumatic injury must be sought and excluded.

27. After the differential diagnosis is performed, the examiner then applies current scientific information, experience and when appropriate additional testing to narrow the possible causes to the final opinion or interpretation.

28. In medicine we are often faced with unanswered questions. This applies to the forensic pathologist as well. In my opinion as a trained, practicing forensic pathologist with special training and experience in the evaluation, investigation and interpretation of injuries in childhood, a careful and comprehensive forensic review was not, but should have been, performed in this case to identify the possible causes of injury to this child. Neither the medical records nor the trial testimony that I reviewed support a conclusion that a careful or comprehensive forensic review of Nikki Curtis was undertaken or presented to the jury at trial.

29. A list of the scientific literature that I reviewed and relied on in developing my medical

opinions, along with the case-specific materials described above, is attached to this affidavit as Exhibit 2.

DATED this _____ day of May, 2016.

Janice Ophoven, M.D.
Affiant

SUBSCRIBED AND SWORN to before me on the 12 day of May, 2016 in [] County, in the State of Minnesota.

Witnessed by Judy Olein

# EXHIBIT 7

**KIM BASINGER RN,**
**CA-CP SANE, SANE-A, SANE-P, CFN, CFC, DABFN, DABLEE, FACFEI**
P.O. Box 377
Mt. Vernon, Texas 75457
903.355.3633
4n6rncsi@suddenlink.net

**PROFESSIONAL EXPERIENCE**

**FORENSIC NURSE EXPERTS-OWNER, MT. VERNON, TX**
2016 to Present
Continuing Nursing Education Provider
- Provide lectures and courses for Nurses offering Continuing Nursing Education hours approved by the Texas Board of Nursing
- Provide teaching for Emergency Room Personnel, First Responders and other Medical-legal Disciplines regarding patients presenting with Sexual Assault, Interpersonal Violence, Strangulation, Elder Abuse, Human Trafficking, and Child Abuse/Neglect
- Provide Peer Review and Case Study opportunities for SANEs to comply with Certification Sustainability Requirements

**S.A.F.E. SOLUTIONS-OWNER,** Mt. Vernon, Texas
2001 to Present
Sexual Assault Forensic Examinations (S.A.F.E.), Independent Practice
- Owner
- Provide consultation to law enforcement
- Perform forensic evidence collection to multi-county law enforcement
- Provide expert witness testimony in forensic cases
- Provide education to medical and legal professions in Forensic Medical/legal cases.
- Participate in multidisciplinary team meetings
- Provide community education programs
- Provide a resource for Examiners trained

**CHILDREN'S ADVOCACY CENTER OF PARIS**, Paris, Texas
2012 to Present
Non-Profit Organization
- SANE Coordinator
- Perform Sexual Assault exams with complete evidence collection
- Maintain proper chain of custody.
- Assess victims of Sexual Assault
- Collect Forensic specimens from perpetrators
- Provide courtroom testimony
- Participate in multidisciplinary team meetings
- Establish policy and procedure for forensic evidence collection
- Develop a Sexual Assault Nurse Examiner Team
- Coordinate with the local Sexual Assault Program
- Maintain a working relationship with local law enforcement agencies

- Provide community education programs

**FRANKLIN COUNTY SHERIFF DEPARTMENT,** Mount Vernon, Texas
2011 to Present
Sheriff Department
- Forensic Examiner-Deputy Sheriff
- Perform Sexual Assault exams with complete evidence collection
- Maintain proper chain of custody.
- Interview victims of Sexual Assault/Child Abuse/Domestic Violence
- Collect Forensic specimens from perpetrators
- Provide courtroom testimony
- Participate in multidisciplinary team meetings
- Other duties as assigned

**HUNT COUNTY CHILDREN'S ADVOCACY CENTER**
**2006-PRESENT**
Non-Profit Organization
- Sexual Assault Nurse Examiner- SANE Coordinator
- Perform chronic Sexual Assault exams on children
- Maintain proper chain of custody.
- Assess victims of Sexual Assault
- Provide courtroom testimony
- Participate in multidisciplinary team meetings
- Establish policy and procedure for forensic evidence collection
- Develop a Sexual Assault Nurse Examiner Team
- Coordinate with the local Sexual Assault Program
- Maintain a working relationship with local law enforcement agencies


**COMMERCE POLICE DEPARTMENT**, Commerce, Texas
2007 to 2011
Police Department
- Police Officer
- Perform Sexual Assault exams with complete evidence collection
- Maintain proper chain of custody
- Interview victims of Sexual Assault/Child Abuse/Domestic Violence
- Collect Forensic specimens from perpetrators
- Provide courtroom testimony
- Participate in multidisciplinary team meetings
- Other duties as assigned

**FRANKLIN COUNTY SHERIFF DEPARTMENT,** Mt. Vernon, Texas
1996 to 2007
Sherriff Department
- Forensic Examiner-Deputy Sheriff
- Perform Sexual Assault exams with complete evidence collection
- Maintain proper chain of custody.

- Interview victims of Sexual Assault/Child Abuse/Domestic Violence
- Collect Forensic specimens from perpetrators
- Provide courtroom testimony
- Participate in multidisciplinary team meetings
- Other duties as assigned

**TITUS REGIONAL MEDICAL CENTER,** Mt Pleasant, Texas
1996 to Present
Community Hospital

- Sexual Assault Nurse Examiner-Sexual Assault/Forensic Services Coordinator
- Perform Sexual Assault exams with complete evidence collection
- Maintain proper chain of custody.
- Assess victims of Sexual Assault
- Collect Forensic specimens from perpetrators
- Provide courtroom testimony
- Participate in multidisciplinary team meetings
- Establish policy and procedure for forensic evidence collection
- Develop a Sexual Assault Nurse Examiner Team
- Coordinate with the local Sexual Assault Program
- Maintain a working relationship with local law enforcement agencies
- Provide community education programs

**NORTHEAST TEXAS CHILD ADVOCACY CENTER**, Winnsboro, Texas
1999 to Present
Non-Profit Organization

- Sexual Assault Nurse Examiner- SANE Coordinator
- Perform chronic Sexual Assault exams on children
- Maintain proper chain of custody.
- Assess victims of Sexual Assault
- Provide courtroom testimony
- Participate in multidisciplinary team meetings
- Establish policy and procedure for forensic evidence collection
- Develop a Sexual Assault Nurse Examiner Team
- Coordinate with the local Sexual Assault Program
- Maintain a working relationship with local law enforcement agencies

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS,** Austin, Texas
2002 to August 31, 2018
Government Office

- Sexual Assault Nurse Examiner Contract Trainer
- Educate Registered Nurses  to become Sexual Assault Nurse Examiners under the rules set by The O.A.G.
- Provide state of the art training based on the standards set by the Texas Evidence Protocol and the International Association of Forensic Nurses.

- Encourage certification of currency of practice through the Office of the Attorney General of Texas
- Provide a resource for Examiners trained

**TITUS REGIONAL MEDICAL CENTER,** Mt. Pleasant, Texas
1990 to 2007
Community Hospital

- Registered Nurse assigned to the Emergency Room
- Provide comprehensive care to all patients
- Advocate for patients
- Maintain a safe environment for all patients and staff
- Teach Trauma Nursing Core Course based on the guidelines set by the Emergency Nurses Association
- Maintain all certifications and skills set in policy and procedure
- Other duties as assigned

**TITUS REGIONAL MEDICAL CENTER,** Mt. Pleasant, Texas
2007 to Present
Community Hospital

- Registered Nurse/Educator
  - Trauma Nurse Core Curriculum
  - Emergency Nurse Pediatric Course
  - Forensic Nursing
  - Child Abuse/Neglect
  - Interpersonal Violence
  - Elder Abuse

**PARIS REGIONAL MEDICAL CENTER,** Paris, Texas
2011 to Present
Community Hospital

- Sexual Assault Nurse Examiner-Sexual Assault/Forensic Services Coordinator
- Perform Sexual Assault exams with complete evidence collection
- Maintain proper chain of custody.
- Assess victims of Sexual Assault
- Collect Forensic specimens from perpetrators
- Provide courtroom testimony for prosecution and defense
- Participate in multidisciplinary team meetings
- Establish policy and procedure for forensic evidence collection
- Develop a Sexual Assault Nurse Examiner Team
- Coordinate with the local Sexual Assault Program
- Maintain a working relationship with local law enforcement agencies
- Provide community education programs

**Quality Care ER,** Paris, Texas
March 1, 2018 to Present
Free Standing ER

- Sexual Assault Nurse Examiner-Sexual Assault/Forensic Services Coordinator
- Perform Sexual Assault exams with complete evidence collection
- Maintain proper chain of custody.
- Assess victims of Sexual Assault
- Collect Forensic specimens from perpetrators
- Provide courtroom testimony for prosecution and defense
- Participate in multidisciplinary team meetings
- Establish policy and procedure for forensic evidence collection
- Develop a Sexual Assault Nurse Examiner Team
- Coordinate with the local Sexual Assault Program
- Maintain a working relationship with local law enforcement agencies
- Provide community education programs

**EDUCATION**
Associate Degree in Applied Science/ Nursing (RN)
Paris Jr. College, Paris, Texas
1988

Associate Degree of Applied Science/Criminal Justice
Northeast Texas Community College, Mt. Pleasant, Texas
1996

- PSI BETA Psychology Honor Society
- Basic Peace Officer Certification

Bachelor of Science Criminal Justice Student
Texas A&M University- Texarkana
2002 to present (on hold)

**SPECIAL SKILLS**
- Good working knowledge of Microsoft Office, Power Point and Excel
- Presentation expertise in multiple areas and disciplines
  - Students
  - Colleagues
  - Law Enforcement
  - Attorneys
- Communication and problem solving with team members and hospital staff

**CERTIFICATIONS/LICENSES**
Registered Nurse/ Texas Board of Nurses
1988
Basic Peace Officer Certification
1996
Intermediate Peace Officer Certification
1998
Advanced Peace Officer Certification
2002

Sexual Assault Nurse Examiner Adult
1996
Sexual Assault Nurse Examiner Pediatric
1996
Sexual Assault Nurse Examiner Certified Adult
1999
Sexual Assault Nurse Examiner Certified Pediatric
1999
Sexual Assault Nurse Examiner Adult & Adolescent International Certification
2002
Trauma Nurse Core Curriculum Provider
 30 years
Trauma Nurse Core Curriculum Instructor
30 years
Advanced Cardiac Life Support
20 years
Pediatric Advanced Life Support
20 years
Neonatal Advanced Life Support
20 years
Emergency Nursing Pediatric Course
30 years
Emergency Medical Technician/Paramedic
34 years
Emergency Medical Technician/Paramedic Instructor
30 years
Advanced Trauma Nursing
10 years
Child Abuse and Pediatric Burns
Pediatric Pre-Hospital Provider
Crime Scene Investigation
Use of Force
Child Abuse Investigation
O.C. Spray
Occult Crime Investigation
Arrest, Search, and Seizure
Management of Patients Contaminated with Chemical Weapons
Terrorism and E.M.S.
Tactical Medicine
Evidence Preservation for Medical Personnel
Gangs and Violence
Intervention and Documentation of Domestic Violence Injuries
Street Gang Dynamics
Gunshot and Stab Wound Identification
Applying the Incident Management System
Hazardous Materials
Certified Forensic Nurse
2005
Master Peace Officer Certification
2006

TCLEOSE Law Enforcement Instructor
2007
Sexual Assault/Family Violence Investigator
2007
Sexual Assault/Family Violence Investigator Instructor
2008
Diplomate of the American Board of Forensic Nurses
Diplomate of the American Board of Law Enforcement Experts
Department of Homeland Security WMD/Terrorism Incident Defensive Operations for Emergency
Responders
Fellow American College of Forensic Examiners

**CONFERENCES ATTENDED**
Sexual Assault Family Violence for Cybercrimes
2009
Sexual Assault Family Violence for Cybercrimes Instructor
2009
Child Abuse Investigator Instructor
2010
Certified Forensic Consultant
2011
Child Abuse Prevention and Investigation
1997
Crime Scene Investigation
1998
Child Abuse Investigation
1998
Texas Association Against Sexual Assault
1998
Sexual Assault Investigations
1998
Family Violence Investigation
1998
Child Abuse Investigations
1998
Recognition of Child Abuse and Neglect
1998
Texas Association Against Sexual Assault
1999
Sexual Assault Investigations
1999
Recognition of Child Abuse and Neglect
1999

Sex Offender Characteristics

1999

Texas Association Against Sexual Assault

2000

The National Sexual Violence Prevention Conference

2000

Child Abuse Investigations

2000

Sex Offender Characteristics

2000

Family Violence Investigation

2000

The Criminal Justice Response to Domestic Violence

2000

Sexual Assault Investigations

2000

Clinical Forensics

2000

Texas Association Against Sexual Assault

2001

Family Violence Investigation

2001

The Medical Evaluation of Child and Adolescent Sexual Abuse

2001

Sexual Assault Investigations

2001

Texas Association Against Sexual Assault

2002

Sexual Assault Nurse Examiner Forensic Training Program Audit

2002

Sexual Assault Investigations

2002

Child Advocacy Centers of Texas Medical Component Forum

2002

Child Abuse and Exploitation Investigative Techniques Seminar

2003

Texas Association Against Sexual Assault

2003

International Association of Forensic Nurses 11th Annual Scientific Assembly

2003

Recognizing Child Abuse and Neglect

2003

Hope and Help for Children

2003

Crime Victims Compensation Conference

2004

Texas Association Against Sexual Assault

2004

Hope and Help for Children

2004

Certification course for Certified Clinical Forensic Nurse Examiner

48 hour training with Virginia Commonwealth University and Richmond, Virginia Police Department

Texas District and County Attorney Association Advance Trial Advocacy Training

2004

Juvenile Fire setters Community Response

 Texas Association Against Sexual Assault

 2005

 Hope and Help for Children

 2005

 International Association of Forensic Nurses 13th Annual Scientific Assembly

 2005

 Certified Forensic Nurse, American College of Forensic Examiners 2005

 Texas Association Against Sexual Assault

 2006

 Hope and Help for Children 2006

 Forensic Nursing, Texas Tech University

 2006

 International Association of Forensic Nurses 14th Annual Scientific Assembly

 2006

 Texas Association Against Sexual Assault

 2007

 Texas Association Against Sexual Assault

 2008

 SAFVIC Summit

 2008

 International Association of Forensic Nurses 16th Annual Scientific Assembly

 2008

 Hazardous Materials: First Responder Operations

 2008

 Texas Association Against Sexual Assault

 2009

 Texas Association Against Sexual Assault

 2010

 STARS Conference El Paso

 2010

 SAFVIC Summit

 2010

Texas Association Against Sexual Assault

2011

SANE Coordinators Forum

2011

Advanced Child Abuse Investigations Instructor Summit

2012

SAFVIC Summit

2012

International Association of Forensic Nurses 20th Annual Scientific Assembly

2012

Texas Association Against Sexual Assault

2013

Texas Association Against Sexual Assault

2014

Researcher/Practitioner Discourse: Strangulation and Domestic Violence

2014

Elder Abuse: Mistreatment of Older Adults on the Rise

2014

Advanced Child Abuse Investigations

2014

Domestic Minor Sex Minor Sex Trafficking

2014

The Role of the Forensic Nurse in the Assessment of Abuse Among Female Suicide Survivors

2015

Improving Reasoning in Medical Evaluations

2015

Domestic Minor Human Trafficking

2015

Forensic Considerations for Assessing Violence

2015

Non-Stranger Rape: A Betrayal of Trust

2015

Drug Facilitated Sexual Assault

2015

Understanding the Military Justice System

2015

TCDLA 13th Annual Forensics Seminar

2015

Northeast Texas Children's Advocacy Center 13th Annual Hope and Help for Children and Families
Conference

2015

Greenville CAC DEC Conference

2015

LCDLA Annual Forensics Seminar

2015

University Police Sexual Assault Training

2016

TCDLA Rusty Duncan 29th Annual Conference

2016

SANE Coordinators Forum

2016

Crimes Against Children Conference

2016

National Conference on Forensic Nursing Science and Practice

2016

Every Victim Every Time

2017

Conference on Crimes Against Women

2017

Crimes Against Children Conference

2017

Advanced Course in Strangulation Prevention

2017

Pediatric Strangulation

2018

Texas Association Against Sexual Assault

2018

Crimes Against Children Conference

2018

Excellence in Forensic Practice Conference: Leveraging the Role of the Forensic Nurse Examiner

2018

National Conference on Forensic Nursing Science and Practice

2018

International Association of Forensic Nurses Texas Chapter Annual Conference

2019

Campions for Children Conference Odessa, Texas

2019

Northeast Texas Child Advocacy Center 2 day MDT Conference

2019

Crimes Against Children Conference, Dallas, TX

2019

International Association of Forensic Nurses Texas Chapter Annual Conference

2020

Crimes Against Children Conference, Virtual

2020

International Association of Forensic Nurses Texas Chapter Annual Conference

2021

**PUBLICATIONS**

Guest Reporter, Mt. Pleasant Daily Tribune April 2000 (*Sexual Assault Awareness Month)*

Guest Reporter, Mt. Pleasant Daily Tribune April 2001 (*Sexual Assault in Titus County)*

Child Abuse Investigators Course July 2010 (*Child Sexual Assault Exam Procedures)*

Human Trafficking Investigations 2012 (*Portions of textbook)*

Domestic Minor Human Trafficking *(The Forensic Examiner March 2015)*

**PROFESSIONAL MEMBERSHIPS**

International Association of Forensic Nurses

Texas Chapter International Association of Forensic Nursing (Board Member)

Texas Association Against Sexual Assault

Texas Sheriff's Association

**SEXUAL ASSAULT EXAMINATIONS PERFORMED**

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 14 | 15 | 20 | 24 | 59 | 82 | 98 | 79 | 124 | 97 | 73 | 79 | 59 |

| 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 69 | 26 | 35 | 35 | 42 | 48 | 54 | 39 | 59 | 59 | 47 | 69 |

| 2021 |
|------|
| 2 |

Total exams: 1407

Adult 162

Adolescent 563

Pediatric 679

**AWARDS**

Compassion and Advocacy for Victims Award East Texas Crisis Center
2000

Candace Martin Award Outstanding Professional Service Shelter Agency for Families of East Texas
2002

Team Excellence Award Honorable Mention Medical Professional Crimes Against Children Conference
2002

Team Excellence Award Northeast Texas Child Advocacy Center
2004

Team Excellence Award Medical Professional, Crimes Against Children Conference
2004,

Edith Rust Award for Medical Excellence TAASA
2006

Best Nursing Team, Advanced for Nurses Magazine
2009

Outstanding Service Award, Extraordinary Service, and Dedication to Forensic Nursing, Law Enforcement and the SAFVIC Program, Sexual Assault/Family Violence Investigators Course 2012

## COURTROOM EXPERIENCE FOR SANE CASES PERFORMED

76th-276th Judicial District Court (Titus) (prosecution)
6 Times
Hunt County (prosecution)
13 Times
102nd Judicial District Court (Red River) (prosecution)
2 Times
402nd Judicial District Court (Wood) (prosecution)
12 Times
8th Judicial District Court (Franklin) (prosecution)
6 Times
8th Judicial District Court (Hopkins) (prosecution)
23 Times
8th Judicial Court (Rains) (prosecution)
5 Times
115th Judicial District Court (Upshur) (prosecution)
2 Times
5th Judicial District Court (Bowie) (prosecution)
2 Times
Rockwall County Court (prosecution)
2 Times
Lamar County (prosecution)
13 times

## TESTIFYING EXPERIENCE AS CONSULTANT
Grayson County District Court (Defense)
2 Times
Fannin County District Court (Defense)
2 Times
Consult only Defense
1 Time
Dyess Air Force Base
Consult only Defense
1 Time
Randolph Air Force Base Federal Court
1 Time Prosecution
Lubbock County (Defense)
1 Time consulting/testifying

5 Times consult only

Fort Worth (Defense)

Consult only

Amarillo (Defense)

Consult only

Hunt County (Prosecution)

Consult on strangulation case

Collin County (Defense) 2 Times

Consult only

Dallas County (Defense) Testify/Consult

Shepherd AFB (Defense)

Consult only

Weatherford, Texas (Defense)

Consult only

Dallas County (Defense)

Consult and testify

Henderson County (Defense) 2 Times

Consult only

Little Rock Air Force Base (Defense)

Consultation

JBER (AIR FORCE) Alaska (Defense)

Consultation

Harris County, Texas (Defense)

6 Times Consultation

Beaumont, Texas (Civil)

Consultation

Elsworth AFB South Dakota (Defense)

Consultation

Walker County, Texas (Defense)

Consultation

Houston County, Texas (Defense)

Consultation

Tom Green County, Texas (Defense)

Consultation

Lackland AFB (Defense)

Consultation

Williamson County Texas (Defense)

Consultation

Travis County, Texas (Defense)

Consultation

University of Arkansas Title IX (Defense)

Consultation

Haskell County, Texas (Defense)

Consultation/testify

Albuquerque New Mexico (Defense)
Consultation
McClennon County, Texas (Defense)
Consultation

Lubbock, Texas (Defense)
Consultation
Tuscan, Arizona (Defense)
Consultation
Shreveport, Louisiana (Defense)
Consultation
Shreveport. Louisiana (Defense)
Consultation
Lake Charles, Louisiana (Defense)
Consultation X 3
Guam (Defense)
Consultation
Nacogdoches County, Texas (Defense)
Consultation X 2
Corpus Christie, Texas (Defense)
Consultation
Sabine County (Defense)
Consultation
Tarrant County (Defense)
Consultation
Johnson County (defense)
Consultation
Montgomery County (Defense)
Consultation
Montgomery County (Defense)
Consultation
Montgomery County (Defense)
Consultation
Montgomery County (Defense)
Consultation
Montgomery County (Defense)
Consultation
Henderson County (Defense)
Consultation
Franklin County (Plaintiff)
Consult/testify
Billings Montana Plaintiff  (Federal)
Consultation
Galveston County (Defense)

Consultation

Wichita County (Defense)

Consultation

Nacogdoches County (Defense)

Consultation

Angelina County (Defense)

Consultation

Fort Bend County (Defense)

Consultation

Potter County (Defense)

Consultation

Birmingham Alabama (Defense)

Consultation

Randall County (Defense)

Consultation

Murpheesboro Tennessee (Defense)

Consultation

Oklahoma (Defense)

Consultation and testify

Dallas County (Plaintiff)

Consultation

Dallas County (Plaintiff)

Consultation

San Patricio County (Defense)

Consultation

Lubbock County (Defense)

Consultation)

Cook County Ill (Plaintiff)

Consultation

Calcasieu Parrish LA (Defense)

Consultation

Tarrant County (Defense)

Consultation

Franklin County (CPS)

Consult/testify

Calcasieu Parrish LA (Defense)

Consultation

Fort Bend County (Defense)

Consultation

US Coast Guard (Defense)

Consultation

Orange County TX Defense)

Consultation

Orange County TX (Defense)

Consultation

Bismarck North Dakota (Defense)

Consultation

Madison County TX (Defense)

Consultation

Tarrant County TX (Defense)

Consultation

Dawsonville Georgia (defense)

Consultation

Calcasieu Parrish LA (Defense)

Consultation

New Orleans, LA (Defense)

Consultation

Atoka, Oklahoma (defense)

Consultation and testify

US Coast Guard Alemeda California (Defense)

Consultation

Boerne, Tx (Defense)

Consultation

Calcasieu Parrish LA (Defense)

Consultation

Spangdalhem Air Force Base Germany (prosecution)

Consultation

Denton, Tx (Defense)

Consultation

Odessa, TX (Defense)

Consultation

Austin, Tx (Defense)

Consultation

Lufkin, TX (Defense)

Consultation

Fort Bend County (Defense)

Consultation

Tarrant County (Defense)

Consult and Testified

Harris County (Civil) Bales Law Firm (Defense)

Consultation and Deposition

San Diego California (Defense)

Consultation

San Diego California (Defense)

Consultation

San Bernardino, California (Defense)

Consultation

Lubbock County (Defense)

Consultation

Terry County (Defense)

Consultation

Air Force Academy Colorado (Defense)

Consultation

Fort Sam Houston (Defense)

Consultation


**STRANGULATION CASES**

Upshur County, Texas (Consult 5 Times) (prosecution)

Franklin County, Texas (Consult and testify) (prosecution)

Hunt County, Texas (Consult only) (prosecution)

3 Times

Harris County (Defense) (Consultation only)

Yokota AFB Japan (Government)

Consultation

Elgin AFB  (Government)

Consultation

Vandenberg AFB (defense)

Consultation

Nellis Air Force Base (Defense)

Consultation

**PUBLIC SPEAKING**

**2001-**

- Titus County Rotary Club
  *Sexual Assault Care in Titus County*
- Northeast Texas Community College—LVN class
  *Sexual Assault Care in Titus County*

**2002-**

- Association Against Sexual Assault Annual Conference Texas Break-out Session
  *Developing a SANE Program in Rural Texas*
- Longview, Texas, SANE Training
  *64  our OAG Training*
- Henderson, Texas   SANE Training
  *40 hour OAG training*

**2003-**

- Wichita Falls, Texas SANE Training
  *64 hour OAG training*
- Texas Nurses Association Northeast Texas Chapter
  Keynote Speaker
  *The Circle of Violence: A review of Domestic Violence Characteristics, Laws, and Nursing Implications*

- Hope and Healing Conference   Mt. Pleasant, Texas
  Lecture for Law Enforcement, Social Workers, Educators, Prosecutors, and Healthcare
  *What is a SANE and a SANE Exam*
- Lufkin Texas SANE Training
  *40   hour OAG training*
- Austin, Texas SANE Training
  *64   hour OAG training*
- Big Spring, Texas SANE Training
  *64 hour OAG training*
- Little Rock Arkansas
  *8 hour SANE-A Review Course*
- Lecture for Law Enforcement. Comanche, Texas
  *What is a SANE and a SANE Exam*

**2004-**

- Austin, Texas
  Crime Victims Compensation Conference, OAG
  *Panel Discussion, Successful SANE Programs in Texas*
- Texas Association Against Sexual Assault Annual Conference
  Breakout Session…Peer Review
- Hope and Healing Conference   Mt. Pleasant, Texas
  Lecture for Law Enforcement, Social Workers, Educators, Prosecutors, and Healthcare
  *First Responders Responsibilities in Sexual Assault Cases*
- Plano, Texas SANE Training
  *64 hour OAG training*
- Paris, Texas SANE Training
  *64 hour OAG training*
- Humble, Texas
   Lecture for Law Enforcement
  *What is a SANE and a SANE Exam*
- Baylor School of Law Prosecutor Training, Waco, Texas
  *Proper direct examination techniques for questioning SANE's*
- Bryan, Texas SANE Training
  *64 hour OAG training*
- Mt. Vernon, Texas CASA Training
  *What is a Sexual Assault Exam?*
- Shelter Agency for Families of East Texas
  *What is a Sexual Assault Exam?*
- El Paso, Texas Fort Bliss
   *64 hour OAG training (portion)*
- Lubbock, Texas
  *64 hour OAG training (1st half)*

**2005-**

- Lubbock, Texas
  *64 hour OAG training (2nd half)*
- Plano, Texas SANE Training
  *64 hour OAG training*
- Greenville, Texas
  *64  hour OAG training*
- Nacogdoches, Texas
  *64  hour OAG training*
- Galveston, Texas
  *64 hour OAG training*
- Odessa, Texas
  *64 hour OAG training*
- Fort Worth, Texas
  *64 hour OAG training*
- Bryan, Texas
  *64 hour OAG training*

**2006-**

- Childress, Texas
  *64 hour OAG training*
- Rockwall, Texas
  *OAG training*
- Texas Tech University Lubbock, Texas
  *The Sexual Assault Patient in the Emergency Department*
- Northeast Texas Community College - Communities In Schools - Smart Girls Program
  Educational Requirements to become a Forensic Nurse
- Wichita Falls, Texas
  *64 hour OAG training*
- McAllen, Texas
  *64 hour OAG training*
- Lufkin, Texas
  *64 hour OAG training*
- El Paso, Texas
  *64 hour OAG training (1st half)*
- Sulphur Springs, TEXAS
  *64 hour OAG training*
- Austin, Texas
  *64 hour OAG training (1st half)*
- Victoria, Texas
  *2 hour Forensic Nursing*
- Victoria, Texas
  *2 hour Forensic Nursing*

- Victoria, Texas
  *2 hour Forensic Nursing*

**2007-**
- Mt. Pleasant, Texas
  *2 hour Forensic Nursing*
- Mt. Pleasant, Texas
  *2 hour Forensic Nursing*
- Mt. Pleasant, Texas
  *2 hour Forensic Nursing*
- Mt. Pleasant, Texas
  *2 hour Forensic Nursing*
- Victoria, Texas
  *2 hour Forensic Nursing*
- Clarksville, Texas
  *24 hour Sexual Assault/Family Violence Investigator Course*
- Farmers Branch, Texas
  *24 hour Sexual Assault/Family Violence Investigator Course*
- Winnsboro, Texas
  *24 hour Sexual Assault/Family Violence Investigator Course*
- Northeast Texas Community College, Mt. Pleasant, Texas
  *2 hour Forensic Nursing*
- Midland, Texas
  *64 hour OAG training*
- Greenville, Texas
  *64 hour OAG training*
- Houston, Texas
  *64 hour OAG training*

**2010-**
- Desoto, Texas
  *24 hour Sexual Assault/Family Violence Investigator Course*
- El Paso, Texas
  *64 hour OAG training*
- San Antonio, Texas
  *64 hour OAG training*
- Lufkin, Texas
  *64 hour OAG training*
- Mission, Texas
  *64 hour OAG training*
- Lubbock, Texas
  *64 hour OAG training*
- El Paso, Texas
  *Medical protocol*

- El Paso, Texas
  *Cyber Stalking*
- Mount Pleasant, Texas
  *2 hour Forensic Nursing*
- New Braunfels Texas
  *64 hour OAG training*
- Dallas, Texas
  *64 hour OAG training*

**2011-**

- Galveston Texas
  *64 hour OAG training*
- Temple Texas
  *64 hour OAG training*
- San Angelo, Texas
  *64 hour OAG training*
- Alpine, Texas
  *64 hour OAG training*
- Laredo, Texas
  *64 hour OAG training*
- Wichita Falls, Texas
  *64 hour OAG training*
- Austin, Texas
  *40 hour Adult/ Adolescent OAG training*
- Austin, Texas
  *40 hour Pediatric OAG training*

**2012-**

- Fort Worth, Texas
  *40 hour Adult/ Adolescent OAG training*
- Fort Worth, Texas
  *40 hour Pediatric OAG training*
- Dallas, Texas
  *40 hour Adult/ Adolescent OAG training*
- Dallas, Texas
  *40 hour Pediatric OAG training*
- Paris, Texas
  24 hour SAFVIC
- Athens, Texas
  24 hour SAFVIC
- IAFN 20th Annual Scientific Assembly, Puerto Rico
  *Prosecution vs. Expert for the Defense:  Can you remain friends?*

**2013-**

- Forensic Nursing-Guest speaker PSI BETA Induction Ceremony Northeast Texas Community
  College,

- El Paso, Texas
  *40 hour Adult/ Adolescent OAG training*
- Northeast Texas Community College, Mt. Pleasant, Texas
  *2 hour Forensic Nursing*
- Presbyterian Hospital of Dallas
  *40 hour Adult/ Adolescent OAG training*
- Presbyterian Hospital of Dallas
  *40 hour Pediatric OAG training*
- Presbyterian Hospital of Plano
  *8 hour Pediatric SANE Review*
- Children's Hospital of Dallas
  *40 hour Adult/ Adolescent OAG training*
- Paris Police Department
  *24 hour Advance Child Abuse Investigation*
- Austin, Texas
  *40 hour Adult/ Adolescent OAG training*
- Austin, Texas
  *40  our Pediatric OAG training*
- Hildago County Texas
  *40 hour Adult/ Adolescent OAG training*
- Hildago County Texas
  *40 hour Pediatric OAG training*

**2014-**

- Austin, Texas
  *40 hour Adult/ Adolescent OAG training*
- Austin, Texas
  *40 hour Pediatric OAG training*
- Presbyterian Hospital of Dallas
  *40 hour Adult/ Adolescent OAG training*
- Presbyterian Hospital of Dallas
  *40 hour Pediatric OAG training*
- Franklin County Sheriff Department, Mt. Vernon, Texas
  *24  hour Advance Child Abuse Investigation*
- Austin, Texas
  *40 hour Adult/ Adolescent OAG training*
- Austin, Texas
  *40 hour Pediatric OAG training*
- El Paso, Texas
  *8 hour Human Trafficking Course*
- El Paso, Texas
  *8 hour Human Trafficking Course*
- Presbyterian Hospital of Dallas
  *40 hour Adult/ Adolescent OAG training*

- Presbyterian Hospital of Dallas
  *40 hour Pediatric OAG training*
- ETMC Pittsburg, Texas
  *2 hour Forensic Nursing/Evidence Collection*
- ETMC Pittsburg, Texas
  *2 hour Forensic Nursing/Evidence Collection*

**2015-**

- Austin, Texas
  *40 hour Adult/ Adolescent OAG training*
- Austin, Texas
  *40 hour Pediatric OAG training*
- Presbyterian Hospital of Dallas
  *40 hour Adult/ Adolescent OAG training*
- Presbyterian Hospital of Dallas
  *40 hour Pediatric OAG training*
- Northeast Texas Community College, Mt. Pleasant, TEXAS
  *2 hour Forensic Nursing*
- Parkland Hospital Dallas
  *40 hour Adult/ Adolescent OAG training*
- Parkland Hospital Dallas
  *40 hour Pediatric OAG training*
- Austin, Texas
  *40 hour Adult/ Adolescent OAG training*
- Austin, Texas
  *40 hour Pediatric OAG training*
- Dallas TCDLA, Dallas, Teas
  *1 hour Sexual Assault Examinations*
- Natchitoches LA LCDLA, Natchitoches, Texas
  *1 hour Sexual Assault Examinations*
- Presbyterian Hospital of Dallas
  *40 hour Pediatric OAG training*

**2016-**

- Scott &White Hospital Temple, Texas
  *40 hour Adult/ Adolescent OAG training*
- East Texas Medical Center Tyler, Texas
  *2 hour Evidence Collection*
- East Texas Medical Center Tyler, Texas
  *2 hour Evidence Collection*
- East Texas Medical Center Tyler, Texas
  *2 hour Evidence Collection*
- East Texas Medical Center Tyler, Texas
  *2 hour Evidence Collection*

- Scott &White Hospital Temple, Texas
  *40 hour Pediatric OAG training*
- Presbyterian Hospital Dallas, Texas
  *40 hour Adult/ Adolescent OAG training*
- Presbyterian Hospital Dallas, Texas
  *40 hour Pediatric OAG training*
- TAASA University Police Sexual Assault Training
  *3 hour Sexual Assault Examinations and the Law*
- 29th Annual Rusty Duncan Advanced Criminal Law Course TCDLA
  *1 hour Sexual Assault Examinations*
- Scott &White Hospital Temple, Texas
  *40 hour Adult/ Adolescent OAG training*
- Scott &White Hospital Temple, Texas
  *40 hour Pediatric OAG training*
- Presbyterian Hospital Dallas, Texas
  *40 hour Adult/ Adolescent OAG training*
- Natchitoches, Louisiana LCDLA
  *1.5 hour Using a SANE as a Consultant*
- Presbyterian Hospital Dallas, Texas
  *40 hour Pediatric OAG training*
- Del Rio, Texas
  *4 hour Sexual Assault Exams for the ED Nurse*
- Del Rio, Texas
  *4 hour Sexual Assault Exams for the ED Nurse*
- Del Rio, Texas
  *4 hour Sexual Assault Exams for the ED Nurse*
- Del Rio, Texas
  *4 hour Sexual Assault Exams for the ED Nurse*
- Del Rio, Texas
  *4 hour Sexual Assault Exams for the ED Nurse*

**2017-**

- El Paso, Texas
  *40 hour Adult/ Adolescent OAG training*
- El Paso, Texas
  *40 hour Pediatric OAG training*
- Tyler, Texas
  *40 hour Adult/ Adolescent OAG training*
- Tyler, Texas
  *40  hour Pediatric OAG training*
- Dallas, Texas
  *40 hour Adult/ Adolescent OAG training*
- Dallas, Texas
  *40 hour Pediatric OAG training*

- Conference on Crimes Against Women
  *1.5 Hour SANE's and Law Enforcement Can We stay in our own Lanes*
- Hunt County Sheriff Department
  *4 hour Forensic Evidence Collection*
- Hunt County Sheriff Department
  *4 hour Strangulation for Healthcare Providers*
- Temple, Texas
  *40 hour Adult/ Adolescent OAG training*
- Titus Regional Medical Center
  *4 hour Forensic Evidence Collection*
- Scott &White Hospital Temple, Texas
  *40 hour Pediatric OAG training*
- Dallas, Texas
  *40 hour Adult/ Adolescent OAG training*
- Titus Regional Medical Center
  *4 hour Forensic Evidence Collection*
- Natchitoches, Louisiana LCDLA
  *1.5 hour Using a SANE as a Consultant*
- Titus Regional Medical Center
  *4 hour Forensic Evidence Collection*
- Dallas, Texas
  *40 hour Pediatric OAG training*

**2018**

- Rockwall, TX
  *4 hour Medical Legal Documentation Techniques*
- Rockwall, TX
  *4 hour Strangulation Assessment for the Healthcare Provider*
- Texarkana College
  *2 hour Strangulation Assessment for EMS*
- Lubbock, TX
  *40 hour Adult/ Adolescent OAG training*
- Lubbock, TX
  *40 hour Pediatric OAG training*
- Arlington, TX
  *40 hour Adult/ Adolescent OAG training*
- Dallas Children's
  *40 hour Pediatric OAG training*
- Longview, TX
  *80 hour Comprehensive SANE Training Part 1 of 2*
- Mount Pleasant TX
  *4 hour Forensic Evidence Collection*
- International Association of Forensic Nurses Scientific Assembly Reno, Nevada
  *1.5 hour Pediatric Strangulation*

**2019**

- Winnsboro, TX

  *4 hour Strangulation Assessment for the Healthcare Provider*

- Winnsboro, TX

  *4 hour Medical Legal Documentation Techniques*

- Tyler TX

  *1.5 hour Pediatric Strangulation*

- Rockwall, TX

  *40 hour Pediatric SANE Training*

- Greenville, TX

  *40 hour Adult/ Adolescent Training*

- Champions for Children Conference, Odessa, TX

  *1.5 hour Pediatric Strangulation*

- Champions for Children Conference, Odessa, TX

  *1.5 hour What is a SANE Exam?*

- Honolulu, Hawaii Triple Army Medical Center

  *40 hour Pediatric Training*

- Northeast Texas Child Advocacy Center 2 day MDT Conference

  *3 hour Pediatric Strangulation*

- Lackland Air force Base San Antonio JBSA

  *40 hour Adult/Adolescent SAMFE Training*

- Heath, TX

  *80 hour Comprehensive SANE Training Part 1 of 2*

- Yokota Air Force Base, Tokyo, Japan

  *40 hour Pediatric Training/40 hour Skills Lab*

**2020**

- Texas Nursing Association, Dallas TX

  *2 hour Healthcare Response to Human Trafficking*

- Heath Texas

  *40 hour Adult/Adolescent SANE Training*

- San Angelo, TX

  *40 hour Adult/Adolescent SANE Training*

- Heath Texas

  *40 hour Pediatric SANE Training*

- San Angelo, TX

  *40 hour Pediatric SANE Training*

- Champions for Children Conference, Odessa, TX

  *1.5 hour What is a SANE Exam?*

## EDUCATIONAL PROGRAM DEVELOPMENT

**2002 -**

- Assisted in the Development of the 64 hour *SANE Training* curriculum of the Texas Office of the Attorney General

**2003-**
- Developed 16 hour _SANE Tract_ for Texas Association Against Sexual Assault Annual Conference
- Developed 8 hour review curriculum for the _SANE-A_ Examination
- Developed 16 hour curriculum for _General Forensic Concepts in the Emergency Department_
- Developed 3 hour Law Enforcement training on SANE Exams.


**2004-**
- Developed 3 hour First Responder/Officer Sexual Assault Training

**2005**
- Developed 2 hour curriculum
  _General Forensic Concepts in the Emergency Department_

**2006-**
- Developed 2 hour curriculum for Texas Tech University
  _The Sexual Assault Patient in the Emergency Department_
- Developed 1 hour curriculum For Communities in Schools
  _Educational requirements to become a Forensic Nurse_
- Updated 64 hour _SANE Training_ curriculum of the Texas Office of the Attorney General

**2007-**
- Updated 64 hour _SANE Training_ curriculum of the Texas Office of the Attorney General

**2009-**
- Updated 64 hour _SANE Training_ curriculum of the Texas Office of the Attorney General

**2010-**
- Drug Facilitated Sexual Assault for teens
- Cyber Stalking for Advocates
- Updated 64 hour _SANE Training_ curriculum of the Texas Office of the Attorney General
- Updated SANE Rules
- Updated Texas Evidence Protocol
- Advanced Child Abuse Investigations (Steering Committee for Curriculum)


**2011-**
- Credentialing Board of the Certified Forensic Consultant Course American College of Forensic Examiners**2012-**
- Co-developed -Prosecution vs. Expert for the Defense:  _Can you remain friends?_
   International Scientific Assembly
- SANE v the Nursing Process
- Updated Texas Evidence Protocol

- Updated 64 hour _SANE Training_ to 40 hour Adult/adolescent and 40 Pediatric curriculum of the Texas Office of the Attorney General

**2013-**
- Updated 80 hour _SANE Training_ to curriculum of the Texas Office of the Attorney General

**2014-**
- Updated 80 hour _SANE Training_ to curriculum of the Texas Office of the Attorney General

**2015-**
- Updated 80 hour _SANE Training_ to curriculum of the Texas Office of the Attorney General
- SANE Examinations Texas Criminal Defense Lawyers Association
- SANE Examinations Louisiana Association of Criminal Defense Lawyers

**2016-**
- Updated 80 hour _SANE Training_ to curriculum of the Texas Office of the Attorney General
- Law Enforcement and Sexual Assault Exams –University Police Sexual Assault Training
- SANE Examinations Texas Criminal Defense Lawyers Association updated
- SANE Examinations Louisiana Association of Criminal Defense Lawyers updated
  3 Hour _SANE Examinations for the ED Nurse_

**2017-**
- 4 hour Healthcare Responsibility in Child Abuse Cases
- 4 hour Human Trafficking: A Healthcare Response
- 4 hour Nursing and the Law
- 4 Hour What's Age Got to Do With It? Elder Abuse
- 4 Hour Forensic Evidence Collection for the ER Nurse
- 4 Hour History Taking and Documentation in Medical Cases of Abuse

**2018-**
- 2 hour Strangulation Assessment for EMS
- Redesign of 80 hour SANE Training

**2019**
- 40 hour Adult/Adolescent SAMFE Training (military Specific)
- 40 hour Pediatric SAMFE Training (military Specific)

**2020**
- **2 hour Human Trafficking training**
- **2 hour What is a SANE? Legal updates**

```
 1                    REPORTER'S RECORD
                   VOLUME 6 OF 11 VOLUMES
 2              TRIAL COURT CAUSE NO. 26,162-A
               COURT OF APPEALS NO. WR-63,081-03
 3

 4    EX PARTE:                  )  IN THE DISTRICT COURT
                                 )
 5                               )
                                 )  ANDERSON COUNTY, TEXAS
 6                               )
      ROBERT LESLIE ROBERSON,    )
 7    III                        )  87TH JUDICIAL DISTRICT

 8

 9
```

## COPY

```
10

11

12            -------------------------------

13                     WRIT HEARING

14            -------------------------------

15

16

17

18

19

20        On the 11th day of March, 2021, the following

21   proceedings came on to be heard in the above-entitled

22   and -numbered cause before the Honorable Deborah Oakes

23   Evans, Judge presiding, held in Palestine, Anderson

24   County, Texas;

25        Proceedings reported by machine shorthand.
```

1  advice.  We have to make sure and use the microphone, or

2  they can't hear us at all.  So that's why we're

3  switching the microphones around.  That's the only way

4  the sound goes through to the people that are on Zoom.

5              How do you spell your last name?

6              THE WITNESS:  B-a-s-i-n-g-e-r.

7              THE COURT:  Okay.  Just like it sounds.

8                    KIM BASINGER,

9  having been first duly sworn, testified as follows:

10                  DIRECT EXAMINATION

11  BY MS. SWEEN:

12      Q.  Good morning.  Could you please introduce

13  yourself for the record?

14      A.  My name is Kim Basinger.

15      Q.  Could you spell that last name for us, please?

16      A.  B-a-s-i-n-g-e-r.

17      Q.  What is your profession?

18      A.  I'm a registered nurse.

19      Q.  And do you have a particular specialty?

20      A.  Yes, ma'am.  I have two specialities.

21      Q.  What are they?

22      A.  I'm a -- been a trauma nurse for -- since the

23  -- well, I actually became an EMT in the '70s.  So I

24  started in trauma in the end of the '70s, and I've been

25  an ER nurse, and I'm also a sexual assault nurse

1  examiner.

2      Q.   And do you have any specific certifications?

3      A.   Yes.  I am -- I'm licensed as a registered

4  nurse in the state of Texas.  I am a certified sexual

5  assault nurse examiner through the attorney general's

6  office of Texas in adults, adolescents, and pediatrics.

7  I am also certified through the International

8  Association of Forensic Nursing in adult, adolescents,

9  and pediatrics.

10     Q.   Could you focus in on the SANE certification?

11 What is involved in getting that?

12     A.   The SANE certification is -- in Texas starting

13 in 1998 was being trained through the Office of the

14 Attorney General.  In -- I took the original training

15 before it was with the state, and it was a 56-hour

16 training in the classroom, and then there were clinicals

17 that had to be done afterwards.  And if I can remember

18 back that far, I think I had to do 24 hours of

19 well-woman exams learning how to use a speculum.  I had

20 to do 24 hours of well-pediatric exams looking at

21 children through the different stages of growth and

22 development, looking at their genitalia and how it

23 changes throughout their growth and development.  And

24 then 16 hours of felony courtroom observation.  Then I

25 had to do 10 sexual assault exams with a preceptor,

1  which would -- in my case was an ER physician on

2  children and eight on adults using an evidence

3  collection kit.

4          Now, I've been the trainer for the Office

5  of the Attorney General since 2002.  So those

6  requirements have changed over the years.  In 2002 the

7  training was changed to 96 hours, and in 2013 it was

8  changed to an 80-hour training with all the clinicals to

9  go with it.

10     Q.  And I believe you might have said this, but how

11  long have you had your SANE certification?

12     A.  I became a SANE in '96, but there was no

13  certification anywhere until '98.  In '98 I was among

14  the first five in the state of Texas to receive a

15  certification from the Office of the Attorney General.

16  In 2005 -- let me get my dates right.  In 2005 I became

17  an -- no.  I'm not real sure on my dates.  I became an

18  adult sexual assault nurse examiner through the

19  International Association of Forensic Nursing.  I think

20  that was in 2002.  And then in 2005 they developed the

21  pediatric test, and I took that, and I've been certified

22  in pediatrics internationally since that date.

23     Q.  So your certification has been continuous since

24  there was such a thing as certification for SANEs?

25     A.  Yes.  For both the state and the International

1   Association of Forensic Nursing, there are requirements

2   that have to be maintained to stay -- show that you're

3   staying current in the practice, that you're still doing

4   examinations, that you're getting your CEUs, and you're

5   actually still seeing patients.

6       Q.   Approximately how many SANE exams have you

7   performed on adults over the course of your career?  Can

8   you even --

9       A.   I live in a rural community.  So my numbers

10  aren't as high as somebody from like Houston, but I

11  would say probably in the neighborhood of 400 something

12  on adults.

13      Q.   And what about children?  Have you performed

14  any exams on children?

15      A.   Yes.  On children, including adolescents, I've

16  probably done about maybe close to 800, 900 over that

17  long period of time.

18      Q.   What about children as young as 2 years old?

19      A.   I don't have exact numbers on those.  Those are

20  probably going to be a smaller number because typically

21  those children don't make outcries.  And unless somebody

22  actually sees something happen or sees something that

23  causes them to suspect it, then we don't even know that

24  they've happened.  It's very rare that we see a child

25  immediately after something happens.  Sometimes we find

1 out later and do what's called a nonacute exam on these

2 children, but children at that age aren't able to give

3 good histories, and so sometimes it's very difficult to

4 know what has happened and what might need to be done

5 from that point.

6     Q.  Is it fair to say that for someone who's been

7 doing this for decades, a SANE exam on a small child

8 that's 2 years old, especially in a rural community, is

9 a rare thing?

10     A.  It is a rare thing, but it does happen.

11         MS. SWEEN:  I'd like to -- permission to

12 approach with what's been marked --

13         THE COURT:  Yes -- yes, ma'am.  You can

14 approach.

15         MS. SWEEN:  Okay.

16         THE COURT:  I'm sorry I interrupted you.  I

17 didn't mean to.

18         MS. SWEEN:  That's okay.

19         -- with Applicant's 111.

20     Q.  (BY MS. SWEEN)  Ms. Basinger, do you recognize

21 this document?

22     A.  I do.

23     Q.  What is it?

24     A.  This is my CV.

25     Q.  Is it a true and accurate reflection of your

1  education, training, and experience?

2      A.   Yes, ma'am, it is.

3            MS. SWEEN:  We offer Applicant 111.

4            THE COURT:  Any --

5            MS. MITCHELL:  Can I have just one second,

6  Judge?

7            THE COURT:  Yes.

8            MS. MITCHELL:  No objection.

9            THE COURT:  Applicant's 111 is admitted

10  into evidence.

11      Q.   (BY MS. SWEEN)  What were you asked to do with

12  respect to this case?

13      A.   To review the sexual assault exam performed at

14  the Palestine hospital.

15      Q.   And were you also asked to review the testimony

16  of the nurse who performed that SANE exam?

17      A.   Yes, ma'am.

18      Q.   Can you briefly describe your education and

19  training beyond what you've already shared with us that

20  would qualify you to assess that SANE exam and that

21  testimony?

22      A.   Well, like I said, I've been doing this for a

23  long time, and I've been the educator since 2002.  I was

24  with the attorney general's office until -- from 2002 to

25  2018.  The attorney general's office does not provide

1  training anymore.  They just provide certification.

2  However, I was -- I'm teaching independently now, and

3  I'm teaching the curriculum that the attorney general's

4  office gave me to go and teach private -- in private

5  practice.  So I'm -- I actually taught a class two weeks

6  ago, and that was my adult class in Mount Pleasant,

7  Texas.

8           I have testified multiple times.  I attend

9  lots and lots of trainings, Crimes Against Children

10 conference in Dallas every year.  The International

11 Association of Forensic Nursing conferences I attend

12 approximately every other year.  I've presented at the

13 IFN conferences in Puerto Rico and in Reno.  In Puerto

14 Rico, I presented on testifying as a consultant in court

15 when you see a colleague across the courtroom from you

16 basically.  And then in Reno I presented on pediatric

17 strangulation.

18      Q.   Have -- you said you have testified.  Have you

19 testified as both a fact witness and as an expert?

20      A.   Actually, I've testified as a fact witness

21 once, but every other time I have been established by

22 the court as an expert.

23      Q.   So courts have found you qualified to opine

24 about SANE exams?

25      A.   Yes.

1    Q.   Have you ever testified on behalf of the State?

2    A.   Yes.

3    Q.   And on behalf of those accused of crimes too?

4    A.   Yes.

5    Q.   Do you play any role or have you in the past

6  played any role in establishing the standard of care

7  that applies to SANE nurses?

8    A.   Well, we all assist in that in some way or

9  another; but, formally, I haven't been on any committees

10  until recently.  I was just put on the Texas Evidence

11  Collection Protocol Committee.  That protocol is being

12  updated by the -- by Texas A&M, and I was put on that

13  committee just recently to look at that protocol that's

14  done here in Texas to make sure that it is up to date

15  where it's supposed to be.

16            I did -- in the entire time I was with the

17  attorney general's office, we updated trainings and what

18  was supposed to be in those trainings.  So I was a part

19  of that during the entire time I was at the attorney

20  general's office because we wanted to keep that training

21  as current as possible to what the science was at the

22  time.

23            MS. SWEEN:  Your Honor, at this time we'd

24  like to offer Ms. Basinger as a qualified expert in SANE

25  exams.

1           MS. MITCHELL:  No objection.

2           THE COURT:  So noted.  She's admitted as an

3    expert.

4      Q.  (BY MS. SWEEN)  Ms. Basinger, what did you do

5    to prepare for today?  What specifically did you review

6    and rely on?

7      A.  Well, I relied on the documentation of the

8    nurse for the SANE exam.  I also relied on the testimony

9    that was given by that nurse in two different cases, and

10   then I relied on some of the research in the field.  For

11   instance, there's an article by Dr. Joyce Adams that

12   talks about injuries in children and things that can

13   look like injury that's not injury.  So I relied on that

14   article as well.

15     Q.  And to be clear, you're not here to offer an

16   opinion about what caused Nikki's death; are you?

17     A.  No, I'm not.

18     Q.  And do you plan to opine about any of the other

19   medical testimony from trial?

20     A.  No, ma'am.

21     Q.  All right.  You mentioned earlier that you have

22   a speciality in forensic nursing.  Can you briefly

23   define that concept for us?

24     A.  Forensic nursing is defined by the

25   International Association of Forensic Nursing as

1  whenever the nursing science and the law intersect, and

2  so primarily we take care of victims of crime, but any

3  patient that presents to my facilities could be a

4  forensic case.  If they are suing the hospital, it can

5  end up as a civil case.  So we try to do all of our

6  nursing care based around being able to paint a picture

7  of what happened in words that everybody that might need

8  to look at our charts can understand, not just medical

9  professionals.  We want to use plain English instead of

10  our nursing jargon, and we want to be able to -- when we

11  testify, our job in testifying is to just educate the

12  fact finder as to the causes of trauma -- all the causes

13  of trauma.

14      Q.  Is a SANE nurse, a sexual assault nurse

15  examiner, a subspecialty within forensic nursing?

16      A.  Yes, ma'am, it is.

17      Q.  Can you give us a basic definition of what a

18  SANE exam is?

19      A.  A SANE exam consists of -- the first step in

20  most cases is going to be to take a history from your

21  patient regardless of age if they're able to talk

22  because they're going to be the ones that are going to

23  be the best able to tell you what's happened to them.

24  If they're not able to talk, then we get the history

25  from any collateral resources, EMS, other nurses, eye

1  witnesses that saw it.  But if we can, we want to get it

2  from our patient first.

3          If we can get the history from the patient,

4  we don't typically get the injury history from the

5  caregivers until after we take the history from the

6  patient.

7      Q.   When are SANE exams performed?

8      A.   SANE exams are performed at different times

9  depending on the history, and in the state of Texas they

10  have to be requested by law enforcement.  If it's an

11  acute exam, it's something that happened now in -- if it

12  happened within 120 hours.  Back then, it was 72 hours.

13  That's the window of opportunity for getting DNA

14  specimens, for finding acute injury.

15          If it happens outside that window of

16  opportunity, we call it a nonacute exam.  And those

17  exams now are typically done at child advocacy centers,

18  which are a more child-friendly environment, and the

19  focus isn't on DNA.  It's more on the history given by

20  the child because we take that history for the purposes

21  of diagnosis and treatment.  We can't take care of our

22  patient if we don't know what happens.

23          In the nonacute cases, our next focus is

24  going to be looking for the signs of healed injury if

25  they're even there and the signs of sexually transmitted

1  diseases; pregnancy, if that's related to that patient

2  age that I'm seeing.  Those are the type things we're

3  looking for in a nonacute exam.

4      Q.  Are all nurses by the fact that they are a

5  nurse qualified to perform a SANE exam?

6      A.  That's kind of a touchy subject, but nurses in

7  the state of Texas now are required to have -- all

8  nurses that work in an ER are required by law to have at

9  least two hours of evidence collection.  Well, the law

10  actually says minimum training, and the board of nurses

11  has determined that that's two hours.  Two hours to a

12  trained sexual assault nurse examiner is very, very

13  minimal, but it's a start, and it's -- the reason that

14  those laws were passed was so that if there was not a

15  specialty nurse at a facility and that patient didn't

16  want to transfer to where there was a sexual assault

17  nurse, which is -- that's their right, that that ER

18  nurse and ER doctor still has to perform that exam.

19  They can't force or coerce that patient to transfer.  So

20  by law, all ER nurses should be able to do these.  But

21  they're not going to have the extensive training that a

22  assault nurse examiner would have.

23      Q.  Was this the law in the state of Texas in 2002?

24      A.  No.

25      Q.  So you said there's some concerns about this.

1  What are those concerns?  That people used to be able to

2  perform SANE exams without any training?

3      A.    Exactly.  And there is a document out there --

4  it's actually a manual that's put out by the American

5  College of Emergency Physicians that tells an ER doctor

6  how to do a sexual assault exam.  That book's been out

7  since before there were SANE nurses.  I've been in

8  health care since before there were SANE nurses, and I

9  can remember doing those exams side by side with a

10  physician.

11          The reason that they had to pass the law

12  was once things came into being, everybody got used to

13  the SANE nurse coming in and doing the exam.  New

14  doctors coming in didn't know what the practice used to

15  be before SANEs, and they thought that they couldn't

16  touch a SANE patient.  It had to be a sexual assault

17  nurse, and they were telling patients that presented to

18  the ER, "We don't do those here.  You have to go

19  somewhere else if you want that done."  And so that law

20  was passed to prevent that.

21      Q.    So it was a sensitivity to victims issue?

22      A.    Yes.

23          MS. SWEEN:  If I may approach with what's

24  been marked as Exhibit 112.

25          THE COURT:  You may.

```
 1        Q.   (BY MS. SWEEN)   Ms. Basinger, do you recognize

 2   this document?

 3        A.   Yes, I do.

 4        Q.   What is it?

 5        A.   It's says "Certification 101."  It is from the

 6   International Association of Forensic Nursing, and it is

 7   to describe how we are supposed to sign our name and

 8   what initials we can put behind our name.  It defines

 9   the difference between a certificate course and an

10   actual certification.

11        Q.   You said, "How we sign our name."  Can you

12   explain what you mean by that?

13        A.   As a nurse, I'm going to sign my name Kim

14   Basinger, RN.  That is my degree.  I'm never going to

15   lose my degree.  I could lose my license, but I'm not

16   going to lose my degree.

17             And then after that, if we have specialty

18   certifications, those certifications will follow; but

19   those certifications have to come from certification

20   boards.  There's a lot of classes that nurses take like

21   CPR, Advanced Cardiac Life Support where they get a

22   certificate of attendance and CEUs, but that is not a

23   certification course.  They're not certified in CPR or

24   advanced cardiac life support.  They took the class,

25   they got the CEUs, and they got a certificate of
```

1  attendance.  Only certifications from approved

2  certification boards go on the same line as our name.

3              Now, a nurse that's not a sexual assault

4  nurse examiner can call herself a SANE and put SANE

5  under her name if she's not certified.  That -- if it's

6  under the name, that describes a job description and not

7  a certification.

8      Q.  So there are formal requirements so that you're

9  not misleading people about your qualifications?

10     A.  That is correct.

11     Q.  And if you are performing a SANE exam versus

12  have a SANE certification, you're supposed to respect

13  those differences?

14     A.  That is correct.

15     Q.  So let make sure I've got this right.  So this

16  demonstrative essentially is just spelling out the

17  difference between a certificate that requires far less

18  of a person versus certification.  Is that --

19     A.  Yes.

20             MS. SWEEN:  At this time we'd offer

21  Applicant 112 just for demonstrative purposes.

22             THE COURT:  And that's what you indicated.

23  For demonstrative purposes only.

24             MR. HOLDEN:  Can I take a very brief voir

25  dire?

```
 1                    VOIR DIRE EXAMINATION
 2   BY MR. HOLDEN:
 3       Q.   When was this created?
 4       A.   I printed it off just recently.
 5       Q.   But were all these things in effect in 2002?
 6       A.   I can't answer that.  I don't know that because
 7   I was not a member of this organization back that long
 8   ago.
 9       Q.   So you don't know whether this would apply at
10   all in this case or what was going on in 2002?
11       A.   That is correct.
12            MR. HOLDEN:  Your Honor, we ask that this
13   not --
14            THE COURT:  I'm going to allow it with the
15   understanding that she doesn't know if this was in
16   effect at all when the SANE exam was done.
17            And just to back up a little bit on that
18   since the subject was brought up, I'm going to admit it
19   as 112.  The issue of -- and I may be referring to it in
20   the incorrect terms, but the issue of the sexual assault
21   of the child was not actually submitted to the jury.
22   Correct?
23            MS. MITCHELL:  Correct.
24            MR. HOLDEN:  Yes, Your Honor.  It was
25   actually litigated on appeal.
```

1          MS. SWEEN:  Your Honor, it was -- it was

2     raised in voir dire with every witness.

3          THE COURT:  Yes, ma'am.

4          MS. SWEEN:  Evidence was educed, it was

5     argued, and then they claim that -- the lead prosecutor

6     claimed that he had to make a selection at the end and

7     so withdrew the second capital count.  I'm not sure what

8     he was relying on for that.  You can put two different

9     theories before a jury.  But then he argued that the

10    evidence of sexual assault should still be utilized by

11    the jury in making its decision.  And so we have brought

12    -- one of our claims in the application is a false

13    testimony claim and expressly references the sexual

14    assault testimony, and we rely on Ex Parte Chabot, a

15    case decided in 2009 well after Mr. Roberson's appeals

16    of that issue had been exhausted, as a new claim.

17         THE COURT:  I mean, I read the -- I read

18    it.  That's why I'm familiar with it.  I read it.

19    Either that or -- I don't know that it fits really

20    within what the post-conviction writ is, but, I mean,

21    I'm going to allow it, but I assume you're not going to

22    have a lot of testimony on that because my understanding

23    is the doctors -- and correct me if I'm wrong.  We had a

24    SANE exam by a nurse, and that's the one that's, I

25    guess, controversial so to speak because later on, like,

 1   I think even Dr. Urban -- which doctor -- was there a

 2   doctor that actually said that they did not believe that

 3   that had occurred?  Correct?

 4              MR. HOLDEN:  Squires and Urban both.

 5              THE COURT:  Okay.  Both of those medical

 6   professionals had said, "We don't believe that there was

 7   evidence of" --

 8              MS. SWEEN:  They --

 9              THE COURT:  -- "a tear that indicates

10   sexual assault."  Right?

11              MR. HOLDEN:  Yes, Your Honor.  Dr. Urban

12   didn't see a tear, and Dr. Squires I believe is the one

13   who opined about it could have been from constipation --

14              THE COURT:  Constipation.  Okay.

15              MS. SWEEN:  And, Your Honor, the problem

16   was that the DA then asked, "Haven't you heard of sexual

17   assault occurring even when there's no evidence," and

18   Dr. Urban responded, "Yes."  So it was much more

19   ambiguous.  It wasn't -- they weren't ruling out.  They

20   were continuing to allow that to hang over, and there's

21   no way you can read this trial testimony and not feel

22   like this was a huge part of the State's theory of

23   intent, and Nurse Sims spent almost more time on the

24   stand than any other witness.

25              THE COURT:  Okay.  Well, here's what I'm

1   going to do is I'm going to allow it, but I don't want

2   to go down a rabbit trail on this because I think this

3   is a -- I'm not comfortable just saying that you can't

4   present that testimony, but it seems to -- I read your

5   briefing.  So understand your point.  I understand your

6   point.  I'm going to allow it, but I'm hopeful that it's

7   going to be a witness, not a number of witnesses.

8            MS. SWEEN:  Your instincts are right, Your

9   Honor.  There will be a witness.

10            THE COURT:  Okay.  Okay.  Well --

11            MS. MITCHELL:  Judge, can we put a response

12   on the record?

13            THE COURT:  Yes, ma'am.

14            I mean, if it was in front of a jury, then

15   my decision might be differently, but it's not, and I

16   know that was a -- I know that was an issue, and so I'm

17   going to allow it, but, I mean, I am aware of -- I did

18   read everything.  I am aware of -- that ultimately it

19   wasn't presented.  I know that there's -- and I read

20   that too that it was in voir dire and maybe during the

21   trial but ultimately wasn't presented to the jury.

22            MS. SWEEN:  And also the State referenced a

23   website by a conspiracy theorist, Murderpedia.  On

24   Murderpedia, they still accuse my client of being

25   convicted of a sexual assault of his daughter as does,

1  unfortunately, TDCJ.  They have a misrepresentation of

2  what he was convicted of.

3            MR. HOLDEN:  And Murderpedia was referenced

4  because reportedly that was a statement from the

5  defendant to them.

6            MS. SWEEN:  And my point is Murderpedia has

7  no evidentiary value.  This is a website by a guy trying

8  to raise money who's now dead.  To have invoked in this

9  proceeding where a man's life is at stake seemed

10 extremely disrespectful.

11           THE COURT:  Okay.  Well, I can't control

12 websites and that.  I wish that I could because that

13 would be the truth with many, many things that are

14 posted on websites or -- I mean, I personally am not

15 even on Facebook for that reason.  You know?  I mean, so

16 I understand your complaint.  I'm going to allow her to

17 be presented.  But my point was I don't want to get down

18 a rabbit trail on that because I don't think that's the

19 ultimate issue in what's going on with this

20 post-conviction writ.

21           And I admitted that for demonstrative

22 purposes.

23           MS. SWEEN:  Okay.

24           THE COURT:  And that's where we left off.

25            CONTINUED DIRECT EXAMINATION

1 | BY MS. SWEEN:

2 |     Q.   Ms. Basinger, back in 2002 were there published

3 | guidelines for SANE exams?

4 |     A.   In 2002, there were.  The guidelines were to --

5 | well, let me put it this way.  There was -- the Texas

6 | Evidence Collection Protocol was one of the guidelines,

7 | and it was written in 1998.  It is being updated now for

8 | the second time.  And I don't believe the national

9 | protocols were out at that time.  But the Texas Evidence

10 | Collection Protocol was, and that was the one that was

11 | taught in those early trainings in those early years.

12 |     Q.   Are there ethical principles that are supposed

13 | to govern the performance of a SANE exam?

14 |     A.   Well, there's ethical principles for nursing in

15 | general, and it's -- we're not supposed to do harm.

16 | We're supposed to do good.  And there's also forensics

17 | principles as well, ethical principles, and part of that

18 | is not only the basic nursing principles but also to

19 | stay true to our field, to participate in research that

20 | advances our field of training.

21 |          We're supposed to be objective fact

22 | finders.  Our job is not to make any ultimate

23 | determination as to a legal concept.  We're supposed to

24 | document what we see and be able to -- if we do testify

25 | to talk about what we found and also be able to concede

1    that there might be other causes for those findings.

2        Q.   When you say you're -- SANE nurses aren't

3    supposed to testify as to a legal concept, what do you

4    mean?

5        A.   It's not our role to decide if sexual assault

6    occurred or not.  We were not there.  We did not see

7    what happened.  Our job is primarily to take care of the

8    health and welfare of the patient, document what we see,

9    and understand that our findings could be consistent

10   with other things.

11       Q.   And do SANE nurses work for law enforcement?

12       A.   No, we do not.

13       Q.   Do they work for district attorney's offices?

14       A.   No, we do not.

15       Q.   You're supposed to be, you said, an objective

16   fact finder.

17       A.   Yes.  Sexual assault nurses have different -- I

18   don't know what the wording I want to use.  Some sexual

19   assault nurses actually work for the hospital, and

20   they're being paid by the hospital to do those exams.

21   Other sexual assault nurses are independent contractors

22   where we go in like a nurse practitioner.  We get

23   credentialed by the hospital, but we're not employed by

24   the hospital to do those examinations.  The hospital

25   doesn't pay an independent contractor for the exam.

1  They get paid through Crime Victim's Compensation.  They

2  bill Crime Victim's Compensation directly.

3           Now, we used to bill law enforcement, and

4  then law enforcement got reimbursed, but we didn't work

5  for law enforcement.  Even at our child advocacy centers

6  in my area, we are not employees of the child advocacy

7  center.  We're independent contractors there.

8           As independent contractors, though, it

9  doesn't mean we're practicing in a silo and we're

10 practicing medicine without a license.  We actually have

11 medical directors that do oversight for wherever we

12 practice, and we do case reviews with those medical

13 directors from time to time or call upon them when we

14 find something that we're not sure what we're looking

15 at.

16    Q.   Presumably, a SANE nurse would not perform an

17 exam unless there was already a suspicion of child

18 abuse.  Is that fair?

19    A.   That's correct.  There has to be a suspicion,

20 and it can be mere suspicion.  It does not have proof

21 beyond a reasonable doubt or probable cause.  We are not

22 the investigators, and we are mandated by law if we

23 merely suspect child abuse that we are to report that to

24 law enforcement and/or CPS.

25    Q.   You said mandated by law.  SANE nurses as well

1  as all medical professionals?

2      A.   Absolutely.  All professionals period are

3  required to -- if -- to report if they merely suspect

4  it.

5      Q.   Merely suspect.

6      A.   Yeah.  It's not our job to investigate.  It's

7  their job.  So we report it.  They come in.  They do the

8  investigation.  We take care of the patient.

9            THE COURT:  Okay.  Before you start your

10  line of questioning, let's go ahead and take a brief

11  recess.  Basically, a bathroom break.  Not the full 15

12  minutes because I really want to use my time.  So I'd

13  say it probably will take us about 10 minutes.

14            We'll resume in 10 minutes with your

15  testimony.  You can step down too, ma'am.

16            I'll put us on mute.

17            Those of you that are watching by Zoom,

18  we're going to recess for 10 minutes.

19            (Recess taken)

20            (Open court)

21            THE COURT:  Okay.  Whenever you're set up

22  and ready.

23            MS. SWEEN:  Thank you, Your Honor.

24      Q.   (BY MS. SWEEN)  Ms. Basinger, what standards

25  exist today to reduce the odds of SANE exams

1  contributing to wrongful convictions?

2       A.   I'm sorry.  Can you repeat that?

3       Q.   What are the standards that exist today that

4  operate to reduce the possibility of wrongful

5  convictions?

6       A.   Well, first of all, as far as the nurse goes,

7  not to make any personal opinions about anything, to

8  base all of our opinions on the science in the field,

9  and keep our personal opinions out of anything, to be

10  honest and truthful in court regardless of who's asking

11  the questions, and just do our job as a nurse in taking

12  care of the health of the patient.

13       Q.   Are those basic principles ones that existed

14  when you were first trained to be a SANE?

15       A.   Absolutely.

16       Q.   So those haven't really evolved?

17       A.   Yes.

18       Q.   I want to turn now to focus on the SANE nurse

19  that testified at trial in 2003.  Her name was Andrea

20  Sims, and she performed an exam on January 31st, 2002.

21  Is that correct?

22       A.   That is correct.

23       Q.   Do you have any personal or professional

24  history with Nurse Sims?

25       A.   No, I do not.

1       Q.   Were you able to ascertain the educational

2   background that Nurse Sims had as of 2002 when she

3   performed this exam?

4       A.   It was actually kind of difficult.  She had

5   been an LVN for a long time.

6       Q.   What is that?

7       A.   That's a licensed vocational nurse.  That's not

8   a professional nurse like the registered nurse.  They

9   take a different training.  It's a one-year training,

10  and their job is to -- basically to just take care of

11  the patient and not do the more complicated things that

12  involve a lot of critical thinking like the assessments

13  of the patient, a lot of the procedures.  The LVN will

14  document the patient's care, will take vital signs, will

15  start IVs, but not operate on a more professional level

16  of being a supervisor, for example.  That type of thing.

17      Q.   What were you able to learn about her

18  educational background in terms of when she obtained her

19  license as an RN?

20      A.   I don't remember the year that she got her RN,

21  but she does state that she --

22          MS. MITCHELL:  Your Honor, I'm going to

23  object to this line of questioning as hearsay.

24          THE COURT:  Overruled.

25      A.   So it appeared based on just what little

1  information I had that she took a SANE training right

2  after she became an RN, like immediately after.  And the

3  rules in the training from the IFN and the State are

4  that you have to be an RN for two years before you can

5  take the training because they want you to get your

6  critical thinking skills down, your assessment skills

7  down so that you're not taking care of this particular

8  special population of patient right out of nursing

9  school, that you get some experience under your belt.

10  It doesn't look like based on her testimony that that's

11  what happened.

12            The instructor at the time for the State is

13  the same instructor that taught me, and that is her rule

14  of thumb is that she doesn't accept students into her

15  class that are not at least an RN for two years.

16      Q.   (BY MS. SWEEN)  We know from her trial

17  testimony that Nurse Sims had been an RN for about four

18  years by 2002 because she said it was five years by the

19  time of trial.  Is that correct?

20      A.   Yes.

21      Q.   Was her CV admitted into evidence?

22      A.   I did not see that.

23      Q.   Let's look at some of the testimony that she

24  provided.

25            MS. SWEEN:  I'd ask if we could bring up

 1   Reporter's Record Volume 41 starting at page 104, and

 2   I --

 3                THE COURT:  Can you see it?  Oh, you've got

 4   a screen right there.

 5                THE WITNESS:  Yeah.  Right here.

 6                THE COURT:  I didn't realize that.

 7                MS. SWEEN:  -- and I am so blind.  I have

 8   to -- Your Honor, if I may move closer to a screen so I

 9   can --

10                THE COURT:  Sure.

11                MS. SWEEN:  -- read it.

12                THE COURT:  Yeah.  I was asking if she

13   could read it because I can't.  Yes, you can move

14   whenever you want to.

15                MS. SWEEN:  Can we -- it's a really bad

16   reproduction.

17       Q.  (BY MS. SWEEN)  I'm just -- I'm going to ask

18   here about line 1 where she's asked, "How long have you

19   been certified as a SANE nurse?"

20                "ANSWER:  Four years."

21                Had she, in fact, been certified as a SANE

22   nurse for four years by the time of trial?

23       A.  Well, if she -- she also said that she became

24   an RN four years ago.  So that would have meant she took

25   the training on top of RN school, which I don't see that

1  happening under who was the instructor for the State at

2  the time because the rule was you have to be an RN for

3  two years prior to taking that training.

4       Q.  And if we look at her testimony on

5  cross-examination at page 144, do you recall reading

6  that she actually admitted, "I'm not certified as a SANE

7  nurse"?

8       A.  Yes.

9       Q.  And she said, "It doesn't change my abilities

10  at all."  Would you agree with that, that not having

11  certification is essential irrelevant?

12       A.  It depends.  You can be trained and not get

13  certified because you live in Alpine, Texas, where you

14  only see one sexual assault case a year.  You can't

15  maintain certification by that.  But if you are where

16  you can see enough to get -- to maintain your

17  certification, then that's what is a good thing to do is

18  to get that certification.

19           The certification does not necessarily say

20  you're competent or not.  The certification is about

21  making sure that the nurse stays current in her

22  practice.  It's a paper trail.  It's a paper trail that

23  she is still doing it -- or he, because we have male

24  SANE nurses in Texas -- that we're staying current in

25  our practice.  We are doing -- still doing exams; and

1   even though I'm here today, I still do exams.  I stay

2   current in my practice.  We go to conferences.  We get

3   our CEUs.  That's what it shows is that it's a paper

4   trail that they're staying current.

5              You can practice -- you can take the

6   training and not get certified and still practice under

7   Health and Safety Code 323 that says all ER nurses are

8   supposed to be able to do these.  You just don't have

9   that paper trail to show what that educational standard

10  was as well as are they staying current in their

11  practice.

12      Q.  So let me make sure I have this distinction

13  right.  You can be trained, but certification means

14  proving that you've done a certain number of exams and I

15  -- does that mean when, where, why --

16      A.   It does -- not when, where, or why, but that we

17  did -- I'm fixing to recertify in July, and I'm already

18  getting my recertification packet together.  It shows

19  that I've done at least eight adult exams using an

20  evidence collection kit and I've done ten sexual assault

21  exams on children, not necessarily involving a kit, that

22  I've got 20 hours of continuing education that all -- in

23  the last two years that also includes eight hours of

24  case review on adults and eight hours of case review on

25  children.

1          Now, because I do what I do, I have a lot

2  more than that.  So -- but that's the minimum standard

3  for two years.  That's a very low number of cases that

4  you have to continue to do to stay certified.

5      Q.   So in other words, staying certified or getting

6  certified is not that difficult once you've completed

7  the training.

8      A.   Yes.  As long as you're in an area where you

9  can get enough exams.

10      Q.   And you mentioned Alpine, Texas.  Why is it

11  harder to get the numbers in --

12      A.   Well, first of all, the population is a lot

13  lower out there.  Resources are not really good out

14  there.  A lot of the children have to go all the way

15  into El Paso to get child exams, and so it's a rural

16  area, and there's not enough patients -- at least not

17  enough patients coming forward and reporting for the

18  nurses out there to maintain certification, but they had

19  the training, and so they can still do the exams.  They

20  just don't have the certification.

21          Can they still maintain a paper trial?

22  Absolutely.  They can maintain their own paper trail

23  that they're staying current in their practice.  I see

24  nurses from Fort Stockton at conferences.  You know?  So

25  they're trying to maintain their currency of practice

91

1  even though they can't meet the numbers to stay

2  certified.

3       Q.   Would you characterize Palestine, Texas, circa

4  2002 as a rural community?

5       A.   Yes, I would.

6       Q.   And are you from this area?

7       A.   No, but I'm from a rural area.

8       Q.   What --

9       A.   And I've been here before.  I've been here for

10 all kinds of other reasons.

11      Q.   So when you're talking about rural community,

12 you have a specific notion in mind of terms --

13      A.   Yes.

14      Q.   -- population, hospital capacity, etc.

15           All right.  If we can look at the

16 Reporter's Record, same Volume 104 again, I'm looking

17 now at lines 4 through 6.  If you could look at the Q

18 and A that starts on 4.  "And in the course of your

19 career as a SANE nurse, approximately how many

20 examination have you done?"

21           "ANSWER:  Approximately 200."

22           Now, assuming that Nurse Sims had been in

23 Palestine during the four to five years she'd been an

24 RN, how does number strike you?

25      A.   It strikes me as a very --

```
 1            MS. MITCHELL:  Objection, Your Honor.
 2   Calls for speculation.
 3            THE COURT:  Sustained.
 4      Q.  (BY MS. SWEEN)  Do you have some sense of the
 5   number of SANE certifications statistically that are
 6   performed in rural hospitals on an annual basis?
 7      A.  You said certification.  Did you mean
 8   examinations?
 9      Q.  Oh, sorry.  I mean the -- sorry.  The number of
10   SANE exams that are warranted, statistically speaking,
11   annually in rural communities.
12      A.  I can speak from my experience.  For the first
13   seven years that I was a SANE, I was the only SANE up in
14   the Northeast Texas area, and I maybe, maybe only did
15   about -- well, the first year I think I only did 12.  My
16   numbers did go up gradually; but to get -- I don't think
17   I got to the 200 mark in four years.
18      Q.  200 out of a total of four years?
19      A.  Yeah.  I don't think so.  I'd have to go back
20   and count them up, but I don't think --
21      Q.  So even though that's been your specialty, you
22   don't recall doing that?
23      A.  That's correct.
24      Q.  Do you -- if I could have now what's been
25   marked as Applicant 114.  I'm just going to ask you:  Is
```

1  this something you've seen before?

2       A.   Yes, ma'am.

3       Q.   What is it?

4       A.   It is a news article from the Palestine Herald.

5  It says, "Nurse testifies during Finch trial Saturday."

6       Q.   And did you review or rely on this for any

7  information about Nurse Sims' professional background?

8       A.   I did look at it, and there was some

9  information in it that drew my attention.

10      Q.   And we don't know about the truth of the matter

11  asserted in this article, but what information --

12            THE COURT:  Okay.  Wait just a second.

13  Here's what -- this -- her testifying about her

14  testimony in other cases that she disagrees with, we're

15  not going to do that in this trial.

16            MS. SWEEN:  Oh, no.  No, Your Honor.

17            THE COURT:  I mean, if that's what we're

18  going to do is go through and critique her -- whatever

19  she testified to in this Finch trial, then I'm not going

20  to allow that.

21            MS. SWEEN:  That's not the intention, Your

22  Honor.

23            THE COURT:  Because this is not -- it's a

24  newspaper article.

25            MS. SWEEN:  Right.

```
 1                THE COURT:  I would hope that everybody
 2    would know that, you know, that's not --
 3                MS. SWEEN:  Right.  We --
 4                THE COURT:  -- sometimes it's perfectly
 5    reliable, and sometimes it's not.
 6                MS. SWEEN:  -- we do not purport to know
 7    whether this accurately captures her substantive
 8    testimony.
 9        Q.   (BY MS. SWEEN)  Was anything relevant to you
10    about her representation about her experience?
11                THE COURT:  Okay.
12                MS. SWEEN:  That's all I wanted --
13                THE COURT:  Okay.  That's -- I want to make
14    sure about that before we get started on this.
15        A.   Okay.  Ask the question again, please.
16        Q.   (BY MS. SWEEN)  I'm sorry.  In this article,
17    was there any additional information about Nurse Sims'
18    experience that was relevant to your understanding her
19    background?
20        A.   Only that in this particular case she stated
21    that at this point she still had only done 200 exams.
22        Q.   And that's as of 2007?
23        A.   Yes.
24        Q.   Is there anything in the record that you were
25    able to review about Nurse Sims' testimony or her SANE
```

1    exam suggesting that she consulted with a more

2    experienced SANE examiner before offering opinions about

3    Nikki Curtis?

4        A.   I did not see that.

5        Q.   Any indication that she sought second opinions

6    or consulted timely authorities -- topical authorities?

7        A.   No.

8        Q.   And I want to talk some about the methodology

9    that she utilized on January 31st, 2002.  Was she on

10   duty when she performed the SANE exam?

11       A.   Yes, she was.

12       Q.   In what capacity?

13       A.   I don't remember.  I know she was a nurse in

14   the ER, but I don't remember if she was charge nurse

15   or --

16       Q.   She was working in the ER.

17       A.   But she was working in the ER.

18       Q.   Do nurses who are on duty on the ER and

19   involved in triaging a patient also perform SANE exams?

20       A.   It can happen.  It's not best practice.  It's

21   best practice if you can devote your SANE time to just

22   doing that and not being part of that trauma team.

23   However, in small, rural hospitals, if there's only one

24   SANE in that town, it does happen.

25       Q.   And did you review the records that Nurse Sims

1  created as a member of the team in the ER?

2       A.   Yes.

3       Q.   Did you see the trauma flowchart?

4       A.   Yes.

5       Q.   Do you recall or should we bring up that

6  document that's already in evidence showing what was

7  going -- what the time line was leading up to the SANE

8  exam?

9       A.   Yes, if you would bring it up, please.

10      Q.   All right.  We need to go to -- we'll look at

11 her testimony, which is at page 112 of the Reporter's

12 Record.  If we can look at lines -- line 12.  Do you see

13 the -- she's describing the trauma flow sheet and she

14 said at 9:50 -- and if you go down a few lines -- Nikki

15 was intubated per Dr. Konjoyan?  Okay?

16      A.   Yes.  I see that.

17      Q.   And then we see some testimony that -- line 22,

18 CPR in progress.

19      A.   Yes, ma'am.

20      Q.   And that they're doing chest compressions.

21      A.   Yes, ma'am.

22      Q.   And that she didn't have a heartbeat at this

23 time.

24      A.   Yes, ma'am.

25      Q.   Would you describe that as an emergency

1    situation?

2         A.   Yes, I would.

3         Q.   Okay.  And then she also describes her

4    heartbeat as tachycardia after resuscitation.

5         A.   That's correct.

6         Q.   Are you familiar with that term?

7         A.   Yes, ma'am.

8         Q.   She says her heart rate is 204.

9         A.   Yes.

10        Q.   Can you characterize that for us?

11        A.   That's too fast to accurately move oxygenated

12   blood around, and it is referred to as tachycardia

13   meaning rapid heartbeat.  So it is very fast, and it's

14   not -- the heart's not pumping adequately enough to

15   adequately circulate oxygenated blood.

16        Q.   So we had no heartbeat, resuscitation, and then

17   an accelerated heartbeat, and then if we go to page 114

18   at line 10 -- or, sorry, 9, they're describing an entry

19   at 10:10 where she goes to X-ray for a CAT scan and then

20   they start fluids.  What does that suggest?

21        A.   Well, she's still in an emergent state.  You've

22   got to start fluids in order to give medications through

23   the IV.  If she's intubated, they can give some

24   medications through the ET tube but not all medications

25   are qualified to go through the ET tube or the -- the

1    tube that they're breathing for her with.

2              The CAT scan, she's going to CAT scan

3    because of the suspected head injury.  Also, protocol

4    after an intubation is to go get a chest X-ray to make

5    sure that the tube is placed correctly.  Tubes in small

6    children are easily in the wrong place because of their

7    size.  You want that tube to be in a place where it

8    oxygenates both sides of the lungs.

9              The right main stem bronchus, which is the

10   -- your trachea comes down, and it forks into what they

11   call bronchus.  The right main stem is pretty straight.

12   It barely breaks off, and it's more straight than the

13   left.  The left is more at an angle this way.  So if you

14   get the tube down too far, you go into the right main

15   stem bronchus and you're only ventilating the right

16   lung.  So it is protocol to immediately get a chest

17   X-ray on all patients to make sure that the tube is up

18   in the trachea so that the oxygen is going both ways.

19       Q.   And did it in fact prove to be true that Nikki

20   hadn't been successfully intubated once they got --

21       A.   That is correct.

22       Q.   -- to radiology?

23              All right.  And then Nurse Sims testifies

24   about them having to push air into her lungs.

25              MS. MITCHELL:  Judge, I'm going to object.

 1   I thought she was testifying only about the SANE --

 2               THE COURT:  I did too.  I thought she was

 3   testifying about the SANE.  Let's get to the SANE

 4   portion of it.

 5               MS. SWEEN:  This -- yeah, this is a

 6   predicate but -- and we can cut to the --

 7               THE COURT:  But here's what -- when you're

 8   asking her questions, then she's explaining the medical

 9   procedure, and I thought that was outside of the scope

10   of what she was here for today.

11               MS. SWEEN:  I'll move it along, Your Honor.

12               THE COURT:  Please do.

13               MS. SWEEN:  All right.

14      Q.  (BY MS. SWEEN)  Essentially, going through

15   Nurse Sims' testimony, did you see that there was a

16   serious medical situation?

17      A.  Yes.

18      Q.  All right.  And then at some point she did a

19   SANE exam?

20      A.  That is correct.

21      Q.  Had the child been stabilized by that point?

22      A.  No, ma'am.

23      Q.  Would that be your practice in the middle of

24   this kind of emergency situation to cease your duties as

25   an ER nurse and become the SANE nurse?

1       A.   Typically, no.  The health and welfare of the

2   patient is first and foremost, and the SANE exam can

3   wait.  It's not going to save their life so it can wait

4   until the child is stabilized.

5       Q.   Okay.  If we look at page 22 [sic] at lines 9

6   through 14, Nurse Sims was asked, "At 10:40 in the

7   morning?"

8            She says, "No.  Well, when I" -- well,

9   sorry.  I started the wrong place here.

10           THE COURT:  What line?

11           MS. SWEEN:  Line 9.  I'm sorry.

12           THE COURT:  Okay.

13      Q.   (BY MS. SWEEN)  She asked, "Okay.  Andrea, had

14  you already decided that Nikki had been sexually

15  assaulted?"

16           "ANSWER:  No."

17           "Q:  At 10:40 in the morning?"

18           "ANSWER:  No.  Well, when I did the SANE

19  assault exam, yes, I did."

20           So here she is stating she believes there

21  was -- she's making a legal conclusion there's been a

22  sexual assault.

23      A.   Yes, ma'am.

24      Q.   Is that something that SANE nurses are trained

25  to do?

1    A.   No, ma'am.

2    Q.   Is it something they're specifically trained

3  not to do?

4    A.   Yes, ma'am.

5    Q.   Can you summarize for us what the evidence was

6  that Nurse Sims claimed to have found to support this

7  legal conclusion that there had been a sexual assault?

8    A.   I believe that it was there was a tear to the

9  anus and that there was some anal dilatation with no

10  stool in the ampulla.

11    Q.   Anal dilatation is another word for that anal

12  laxity?

13    A.   Yes.

14    Q.   Do you also remember any testimony about a torn

15  frenulum?

16    A.   Yes, I do.

17    Q.   All right.  I want to take each of those in

18  turn so that we understand their significance.

19         MS. SWEEN:  First, I'd like to look at a

20  few photos, Your Honor.

21         THE COURT:  Photos of the --

22         MS. SWEEN:  That Nurse Sims had taken in

23  the emergency room.

24         THE COURT:  Yes.  They're part of --

25  they're in the -- they're in evidence.  Right?

```
 1              MS. SWEEN:  They're in evidence.

 2              THE COURT:  Yeah.

 3              MS. SWEEN:  They're not pretty.

 4              THE COURT:  Okay.  And I'll advise the

 5   audience is we've had a number of those.  There's going

 6   to be some photographs presented that are not going to

 7   be easy to look at.  If it's going to upset you so much

 8   you can't sit in here, then you can step out and then

 9   come back in.

10              Go ahead.

11       Q.  (BY MS. SWEEN)  Did you previously look at all

12   of Nurse Sims' photographs?  The ones she proved up at

13   trial.

14       A.  Yes, ma'am.

15       Q.  Is -- does the record indicate that she took

16   those photos?

17       A.  I don't remember.

18              MS. SWEEN:  If we pull up what was marked

19   at trial as State's Exhibit 9.  I think we need to

20   reduce it.

21       Q.  (BY MS. SWEEN)  Ms. Basinger, if you could tell

22   what us what we're looking at here and whether you would

23   have found something significant in this photo in terms

24   of a SANE's perception.

25       A.  Okay.  What I'm seeing -- I see the ET tube, or
```

1   the breathing tube, that was inserted into her mouth.

2   That's the bigger tube that's being held onto.  The

3   smaller tube is where they inject air into a cuff at the

4   end of the ET tube so it holds it in place.  She's got

5   some bruising under her chin and on her chin, and I can

6   just see some redness around her mouth, but I -- that's

7   all I can see.

8        Q.   These pictures were taken after that initial

9   description we described of, you know, her heartbeat had

10  stopped, there were compressions to her chest, she was

11  intubated.  Might that bruising on her chin have been

12  caused by those procedures that had already taken place?

13       A.   Prior to the intubation, they would have been

14  using what's called a bag valve mask, which has a mask

15  that goes over her face like this with a bag attached,

16  and they were breathing.  And the way in which you hold

17  that mask in place, you're gripping the chin; and so

18  it's possible that you could get a bruise from that,

19  especially if they're holding too tight.  We're not

20  thinking about how tight we're holding.  We want to make

21  a good seal.  So that is a possibility.

22       Q.   But, ultimately, we don't know sitting here

23  today what caused that bruise.

24       A.   That is correct.

25       Q.   Do you see anything in this picture, though, as

 1  a SANE expert that would say, "I need to do a SANE

 2  exam"?

 3       A.   Not from this picture.  No.

 4            MS. SWEEN:  If we could look at State's

 5  Exhibit 11.

 6       Q.   (BY MS. SWEEN)  What do you see in this

 7  photograph?

 8       A.   I see some bruising to the side of her cheek

 9  down by the chin area, and I see some inside the ear.

10       Q.   Nurse Sims testified that she saw a handprint

11  on Nikki's face.  Do you see a handprint captured in

12  this photo?

13       A.   I can't actually see a handprint.  No.

14       Q.   Would anything in this picture have triggered a

15  sense that a SANE exam was necessary or called --

16  warranted?

17       A.   No.

18       Q.   And the next ones, we're going to State's

19  Exhibit 21.  My understanding that these pictures from

20  the testimony were all taken at the same time.  So I'm

21  not sure if that was -- the SANE exam was occurring then

22  or what, but we'll look at the next photo.

23            What are we looking at here?

24       A.   All right.  This is -- it looks like it's a

25  side angle.  The red area is the red area around her

1   anus.  There is a little bit laxity there from the hands

2   pulling traction.  That yellow thing that we're seeing

3   -- that little yellow tube is a Foley catheter that was

4   inserted into the bladder.

5        Q.   And would taking photographs -- is that part of

6   what a SANE is trained to do?

7        A.   Yes, ma'am.

8        Q.   Does this photograph -- how does it fit within

9   the standard of care of the SANE guidelines in terms of

10  capturing what you see?

11       A.   Well, the way that the hands are pulling

12  traction is really not the way that we taught.  One of

13  my concerns is whose hands are they because there's no

14  gloves on, and a health care provider would be wearing

15  gloves.

16       Q.   And there seemed to be two sets of hands,

17  neither of which are wearing gloves.  Correct?

18       A.   I can't tell if that's two sets or not.

19       Q.   Okay.  Let's look --

20       A.   It's just two hands.

21       Q.   Let's look at -- okay.  It could be two hands

22  from the same person?

23       A.   Yes.

24            MS. SWEEN:  All right.  If we could look at

25  State's Exhibit 22.  This was also shown to the jury.

1    Q.   (BY MS. SWEEN)  Is this the type of photograph

2  that trains are -- SANEs are trained to take to document

3  their process?

4    A.   We can do -- this child appears in this

5  photographs to be on her side, which we call the lateral

6  position.  That is a position that we can use.  Once

7  again, I see three hands and none of them have gloves

8  on, which is concerning.  So I don't know -- I don't

9  know whose hands those are.

10    Q.   Okay.  What about the lighting in this

11  photograph?

12    A.   The lighting is off, but that can happen.

13    Q.   Okay.

14    A.   Pictures really don't tell a thousand words.

15  They're a flat surface.  They're two dimension, and the

16  examiner sees in three dimension with their eyes.

17    Q.   And we can't say whose hands they are, but

18  Nurse Sims did testify at trial that she could prove up

19  these pictures, she was there when they were taken, and

20  she was directing traffic.

21         So if we look at State's Exhibit 23, also

22  want your reaction to that.  What are we looking at

23  here?

24    A.   We're looking at those same hands that are -- I

25  don't know if they're the same hands, but they're

1  pulling traction on the buttocks -- on the butt cheeks.

2  That will cause the anus to dilate normally over a

3  period of time, which is approximately up to three

4  minutes, because it tends to want to stay shut, and so

5  you pull the traction over a period of time.

6          The things that we're looking for that

7  might indicate something's going on is did it cause

8  rapid dilatation instead of slow?  Was there stool in

9  the ampulla?  And back when this exam was done, how fast

10 it dilated was relied on a lot more than it is today

11 because the science has changed.

12         The most important thing that we get from

13 any patient is what we are told as to how things

14 happened, but we can't tell by looking what caused the

15 things that we're looking at.  We only have that history

16 to go on, but we also have to take into consideration

17 that there are other causative factors that might

18 produce these same findings.

19    Q.   And certainly Nikki was not in a position by

20 her condition or age to provide a history.  Right?

21    A.   That's correct.

22    Q.   So you said "normal dilation."  I just want to

23 make sure I'm understanding --

24         THE COURT:  Okay.  Wait just a second.  If

25 you're through with the picture --

```
 1              MS. SWEEN:  Yeah.  Please --

 2              THE COURT:  -- then take it down.

 3              MS. SWEEN:  Thank you.

 4              THE COURT:  Yeah.  Thank you.

 5       Q.  (BY MS. SWEEN)  The -- normal, is that

 6  referring to how long it normally takes, or is it a

 7  normal, healthy child, because we have a comatose child?

 8       A.   It's a normal, healthy child.

 9       Q.   All right.  So there would be different rules

10  if you're talking about someone who's comatose?

11       A.   Yes.

12       Q.   What would happen in terms of dilation when

13  you've got a comatose patient?

14       A.   Well, when a patient is -- has been intubated,

15  if they've been given anything sedativewise to intubate

16  them, which we typically do, but we have intubated

17  patients without anything because they were unconscious,

18  but the anesthesia effect can cause anal dilatation.

19              Any insult to the central nervous system, a

20  head injury or a spinal cord injury, can cause the anus

21  to relax and dilate.  And even -- we also see it on

22  death.  The -- a lot of my patients that have died in

23  the emergency room, their bowels relax and they defecate

24  on the bed at the time that they expire.

25              MS. SWEEN:  So if we could look to the
```

1    Reporter's Record at page 129. I'm going to go to line

2    21 to the -- and then to the top of the next page.

3                    Can everyone see that okay?

4        Q.  (BY MS. SWEEN)  All right.  At 21, she's giving

5    an answer.  "When I do an exam, one of the things that I

6    check is that I pull their little cheeks -- their little

7    bottom cheeks apart, and it should take 60 seconds for

8    their anal opening to dilate and if there's no stool or

9    no feces in -- right inside the anal canal.  And if

10   there is some, it should take at least 30 seconds.  When

11   I pulled Nikki's apart, it was less than 15 seconds and

12   her anal opening dilated, which is an indication of anal

13   sexual assault."

14                    What is your reaction to that testimony?

15       A.   Rapid dilatation can be consistent with anal

16   sexual assault or abuse, but it can also be consistent

17   with all the things I previously mentioned.

18       Q.   Okay.  And those were?

19       A.   Sedation, head injury or spinal cord injury,

20   and death.

21       Q.   And had Nikki essentially by this point already

22   died and been resuscitated?

23       A.   Essentially, yes, but not medically because

24   they got her back quick enough.

25       Q.   And she had an internal injury to her brain.

```
 1        A.   That is correct.

 2             MS. SWEEN:  If we could go to page 130.  I

 3  was already there.  Sorry.  And go down -- if we could

 4  make sure she can see line -- oh, no.  I want to go to

 5  5.  Sorry.  Don't go down.

 6        Q.  (BY MS. SWEEN)  There's a little Q and A here

 7  where she talks about, "After penetrating the area

 8  repeatedly, it just -- the sphincter muscle gets to

 9  where it relaxes."

10             What is your reaction to providing the jury

11  with this description based on what was -- what you just

12  told us about anal laxity and dilation in a comatose

13  child?

14        A.   Well, penetration of the anus repeatedly by

15  anything can cause the anus to acclimate to that.

16  Putting in suppositories regularly, giving enemas.  I

17  worked in a nursing home at one time where we gave

18  enemas regularly.  And when we would put the patient in

19  the position, they would just dilate.

20             Some adults practice receptive anal sex,

21  and that anus -- anal sphincter will acclimate to that

22  for protection, to keep from getting hurt.  Whatever the

23  reasons are, it just does that.  But that doesn't mean

24  that -- if you've got anal laxity, it doesn't mean it

25  was from assault.  It could be from other things.
```

1    Q.   Did you see anything in the medical records

2 indicating that Nikki was at that time prescribed

3 suppositories?

4    A.   I did not see that.

5    Q.   So if we want to see that, we need to pull up

6 the medical records?

7    A.   Yes.

8    Q.   All right.  I think I'll do that after we

9 finish this area.

10         THE COURT:  Okay.  And then what we might

11 do is go ahead and recess at that time.  We might -- I

12 need to recess by 11:40, and I don't want to cut you off

13 in the middle of an area.  So when you get to where you

14 think --

15         MS. SWEEN:  Sure.

16         THE COURT:  -- it's a good time --

17         MS. SWEEN:  Essentially, just to close out

18 that anal laxity area, maybe we need to bring up that.

19 I believe it's -- it's the pediatric records -- if I can

20 have this -- which are Exhibit 9, and we need an entry

21 for January 29th, 2002, and we'll pull that up when we

22 find it.

23    Q.   (BY MS. SWEEN)  But based on your assessment of

24 the photographs and Nurse Sims' testimony, did you see

25 evidence of anal laxity associated -- of significance

1  that would suggest sexual assault?

2      A.   No.   In the pictures that I evaluated, the anus

3  never was completely dilated.   It was partially dilated.

4      Q.   So it didn't even -- there was no capturing at

5  least of any dilation -- full dilation?

6      A.   Yeah.   There was just a little bit.

7      Q.   And certainly no accounting for the fact that

8  if there had been dilation that was abnormal, we needed

9  to account for the child was comatose and that she had a

10 head injury and that she been prescribed suppositories.

11     A.   Yes.

12     Q.   All right.   Let's look -- just so you know I'm

13 not misrepresenting anything, I'd like to -- this is

14 from pediatric records that are already in evidence,

15 Applicant 4, and it's an old record.   It's kind of hard

16 to see.   But if you look down -- halfway down, you see

17 where it says, "1/29/02.   Curtis, Nikki.   Chief

18 complaint:   Follow-up emergency room visit"?   Do you see

19 that?

20     A.   Yes, ma'am.

21     Q.   And do you see in there where she's been given

22 Phenergan suppositories and Imodium among other

23 medications?

24     A.   Yes, I do.

25          MS. SWEEN:   Your Honor, at this time we're

1  done with this section of the --

2           THE COURT:  Okay.  So I don't cut you off

3  in the middle because I've got to get -- I've got to get

4  myself set up before I start.  And what I'm going to try

5  to do is -- I don't -- I personally don't like to be

6  late to court, even myself.  I'm going to say

7  one o'clock, but I don't know how long this -- I mean,

8  I'm going to do my best to cut the meeting off, but

9  sometimes I'm not successful.  So I'm going to say one

10 o'clock, but I don't want to be late.  So I might just

11 say 1:15 because I don't want y'all to have to get back

12 early if I'm not done.

13          MS. SWEEN:  We're not going anywhere.  So

14 whatever you need.

15          THE COURT:  I know.  And, obviously,

16 nobody's going to criticize me if I'm late, but it

17 bothers me to be late, and so let's say 1:15.  Okay?

18 Then we'll resume with her testimony and maybe can get

19 her done and start with -- I know you've got some other

20 witnesses set this afternoon.

21          MS. SWEEN:  Yeah.  We hope to get through

22 at least one more witness today, Your Honor.

23          THE COURT:  Very good.  Okay.  We're in

24 recess until 1:15, and I'll see y'all back then.

25          And you are free to step down, ma'am.

1              THE WITNESS:  Thank you.

2              THE COURT:  And those of you that are on

3    Zoom, we are recessing until 1:15.

4                   (Lunch recess taken)

5                   (Open court)

6              THE COURT:  Okay.  We're resuming court and

7    the examination of Ms. Basinger.

8              Before we begin, I just wanted to mention

9    that this is streaming live on YouTube for several

10   purposes.  I mean, we're actually having live court, and

11   then we have some experts online and some other people.

12   Due to the nature of the photographs that were published

13   this morning, what I did is I went ahead and we -- we're

14   livestreaming it.  We don't have to leave it on there.

15   Normally, I leave it on there a little bit longer, but I

16   went ahead and deleted that portion of the YouTube just

17   so those photographs weren't out there for somebody to

18   see that would be a stranger to these proceedings.  I

19   was uncomfortable with that, and so they're no longer --

20   that -- those photographs are not on YouTube.  So -- and

21   we're back on -- yeah, we're back on streaming.  So

22   we're good.

23              And, Ms. Sween, you can proceed whenever

24   you're set up and ready.

25              MS. SWEEN:  Thank you, Your Honor.

1    Q.   (BY MS. SWEEN)  I believe where we left off,

2   Ms. Basinger, we had gone through the issue of anal

3   laxity.  I want to now ask you about anal tears as

4   potential evidence of sexual abuse.

5    A.   Okay.

6    Q.   First, let's -- first, what is an anal tear?

7    A.   It's just a tear in the anal sphincter caused

8   by something.

9    Q.   Is it a tear in the skin?

10    A.   Yes.

11    Q.   And is the skin -- you know, I know it's an

12   organ, but is it the same everywhere on the body?

13    A.   No.  It's different.  It's still epithelial

14   cells, but in the anal sphincter there's a lot of

15   wrinkles because the anal sphincter is meant to stretch

16   open to let bowel movements out and to retract back.  So

17   it's got lots of wrinkles in it.  They're called rugae,

18   but they're wrinkles.

19    Q.   I'd like to look now at the Reporter's Record

20   Volume 41, page 27 -- 127 -- I'm sorry -- which is 27, I

21   think, of the PDF, and I'm going to go to line 1.  It

22   says here, "She had" -- "She had some fresh tears to her

23   anal area, her anus, between -- at six o'clock to

24   eight o'clock if you're looking at a clock, and that's,

25   you know, the way we chart this.  If you remember going

1  from six o'clock to eight o'clock, she had three tears

2  in that area, and the tears are caused from

3  overstretching."

4           And you see later on that page at line 16

5  -- well, I'm sorry -- on the next page 128 at 16 -- I'm

6  still on the same topic.  I'm trying to group this

7  together -- "In my practice," she testified, "the only

8  reasons that I have found for a tear in that area is

9  sexual assault."

10          So, first of all, do you agree or disagree

11  that the only way to have an anal tear is from -- in

12  that area of the body is sexual assault?

13      A.   I disagree with that.

14      Q.   What are some other things that cause anal

15  tears?

16      A.   You can have tearing from having chronic

17  constipation, passing hard-formed stool, bearing down

18  can -- to have that stool can also cause some tearing

19  there.  You can get it from diarrhea.  Diarrhea from --

20  causing redness, irritation.  Especially if you've had

21  diarrhea over a period of time, you can get a lot of

22  irritation down there.  Irritation can cause it to crack

23  open.

24          The area of anus is not -- well, it is in a

25  warm, dark, moist place.  Those places are hard to heal

1  because they are warm, moist, and dark; and also the

2  next day when you have a bowel movement, it rips it open

3  again before it heals.  And so there are multiple causes

4  including sexual abuse being one of them, but there are

5  other causes.

6      Q.  On page 146 of the same volume, she testified

7  that according to the child maltreatment manual, I

8  believe it is, that it can be caused by hard, large

9  stool or sexual assault, anal tears generally.  Would

10  you agree with that, that those are the only two

11  possible causes?

12      A.  No.  There's other ways.

13      Q.  So it's not just that that -- it's in that area

14  you can have anal tearing, but, period, there are other

15  ways.

16      A.  Yes.

17      Q.  All right.  Have you heard of this book Child

18  Maltreatment?

19      A.  Yes, I've heard of it, and I don't think it

20  says that exactly like she said it.

21      Q.  Okay.  Did you see any anal tears in the photos

22  that were taken of Nurse Sim's exam?

23      A.  Like I said earlier, it was a photo.  I saw an

24  area that I was concerned with, but I couldn't actually

25  tell you that it was a tear.

1     Q.   And it was -- we all noticed it was very red.

2  Is that something that -- that kind of redness that

3  could come from having a week of diarrhea?

4     A.   Yes.

5     Q.   Did you see in her report that Nurse Sims took

6  vaginal and anal swabs and also rectal and vaginal

7  cultures?

8     A.   Yes, I did.

9     Q.   Why does one do that?

10    A.   Well, if you're doing a sexual assault exam,

11  evidence, DNA, sperm, if you will, they're invisible to

12  the naked eye, and we don't know where they are or where

13  they might have been deposited, especially in a patient

14  that can't tell us what happened.  And so doing those

15  swabs is what we normally do.  We don't know what it is

16  we're collecting.  We don't know that.  Only the crime

17  lab figures that out.  We're just assuming that there

18  might be something there.  So we're going to swab all of

19  those areas that might have been involved and then send

20  it off to the crime lab for them to make those

21  decisions.

22          MS. SWEEN:  If I may approach with what's

23  been marked -- well, what's already in evidence as 61

24  and 62.

25          THE COURT:  Yes, ma'am.  You may approach.

1      Q.   (BY MS. SWEEN)  Ms. Basinger, did you have an

2  opportunity to look at these documents before today?

3      A.   Yes, ma'am.

4      Q.   And have you seen DPS reports like this before?

5      A.   Yes, ma'am.

6      Q.   What do they show?

7      A.   Well, I'm not a DNA expert.  I can just read

8  what the report said.

9      Q.   They say --

10      A.   They say no semen was detected --

11           MS. MITCHELL:  Judge, I'm going to object

12  to hearsay.

13           MS. SWEEN:  They're already in evidence.

14           MS. MITCHELL:  That doesn't mean that

15  they're not hearsay, Your Honor.

16           THE COURT:  I'm going to overrule it but

17  just based on -- you just want her to read it or --

18           MS. SWEEN:  I just want -- what were the

19  results of the analysis of the sex exam that Nurse Sims

20  performed?

21      A.   No semen and no spermatozoa and no trace

22  evidence.

23      Q.   (BY MS. SWEEN)  And if you were called upon to

24  testify about having performed the SANE exam and then

25  you -- would you review results like this, and would

1  that inform the testimony you would provide?

2      A.   I do not read these.  These reports go back to

3  law enforcement, and I do not rely on other people's

4  reports for my medical findings.

5      Q.   So it would be up to the prosecutor to make

6  that determination?

7      A.   Yes.

8      Q.   All right.  Nurse Sims testified that the anal

9  tears she observed could not have been caused by

10 diarrhea, and you said you disagree.  Correct?

11     A.   That's correct.

12     Q.   And more specifically, I think she suggested

13 that the record did not support a finding that she had

14 diarrhea recently.  Did you see any evidence in the

15 record that she recently had diarrhea?

16     A.   Yes, I did.

17     Q.   Where was that evidence?

18     A.   The evidence that she -- I don't -- where did I

19 find it?

20     Q.   Didn't we look at it earlier this morning in

21 the pediatric records?

22     A.   Yes.

23     Q.   So it's unclear whether Nurse Sims saw that,

24 but she testified that she was not aware there was any

25 evidence.

1        A.    That is correct.

2        Q.    So the evidence that she had been prescribed

3   Phenergan suppositories two days before for diarrhea,

4   would you consider that evidence that she recently had

5   diarrhea?

6        A.    Yes.

7        Q.    If we could look at page 128 of the Reporter's

8   Record, I'd then like to go to line 21.  Nurse Sims was

9   asked about redness of the vagina, and her answer was,

10  "That was -- it was generalized redness.  It was just

11  all over.  It looked like more of a hygiene problem than

12  any sexual assault."

13             Should that observation have informed her

14  assessment of the redness in the anal area?  That there

15  was a hygiene problem?

16        A.    I can only speculate, but I would --

17             MS. MITCHELL:  Judge, we'd object.

18             THE COURT:  Sustained.

19        Q.   (BY MS. SWEEN)  All right.  No need to

20  speculate.

21             All right.  Finally, if we could go to page

22  129 of the Reporter's Record at line -- that must be a

23  typo because there's no such line.  I'm looking for the

24  -- oh, yes, here we go.  There's an answer she gives

25  starting at line 8.  "Girls from usually the age of 2

1    up, their hymen gets -- becomes very thin and not

2    stretchy at all, and it's real painful.  In fact, a lot

3    of children have described it as sticking with a knife,

4    you know, if the hymen is touched.  So that's not, you

5    know, a particular area that a pedophile wants to go

6    to."

7                   In your opinion as a SANE nurse, is that

8    the kind of opinion that it was appropriate for her to

9    proffer?

10        A.   The last part of that -- that last sentence was

11   not an appropriate thing to -- the other sentences were

12   accurate.  It's just the last sentence.

13        Q.   That suggests maybe -- and pedophile is a

14   particularly abhorrent kind of human.  Right?

15        A.   Yeah.  And pedophilia is a psychiatric

16   diagnosis, and nurses should never go there.

17        Q.   Okay.  And the third category of evidence that

18   Ms. Sims pointed to was a torn frenulum.  Do you

19   remember any of that testimony?

20        A.   Yes, I do.

21        Q.   All right.  First, before we get into that, can

22   you define for us what a frenulum is?

23        A.   The frenulum is a small piece of skin that --

24   you have several frenulums, but one of them is where the

25   upper lip connects to the gumline.  If you flip your lip

1   inside out, you can see it.  It's a real tight piece of

2   skin.  There's one from your bottom lip, and there's one

3   where your tongue attaches in the mouth.

4        Q.   I'll represent to you that in the autopsy

5   photos there is a picture showing a torn frenulum on the

6   upper interior of the mouth.  But if we could look at

7   State's Exhibit 9 from trial, which we were looking at

8   earlier, Nurse Sims testified that she did not see the

9   frenulum, but what do you see going on here that might

10  be significant?

11       A.   Well, the fact that the patient has been

12  intubated and the tube is being held tightly against her

13  upper lip, I have seen torn frenulums in intubation

14  attempts before, either from the tube or from the

15  instrument that's used to visualize the vocal cords.

16  That instrument is a metal blade that's attached to like

17  a flashlight handle.  That metal blade goes in their

18  mouth, over their tongue, and then is lifted up so that

19  the physician that's intubating the patient can

20  visualize the vocal cords.  If it's done correctly, it

21  shouldn't cause damage to the upper lip.  But if they're

22  rocking it trying to find the location and they're

23  rocking it against the upper lip, I have seen injury to

24  the frenulum from that.

25       Q.   So if Nurse Sims relied on a torn frenulum as

1  evidence of her hypothesis of sexual assault, should she

2  have taken into account what happened to Nikki during

3  triage?

4      A.   As I mentioned earlier, we need to take into

5  account all other probable causes.

6           MS. SWEEN:  If we could -- if I could have

7  what's been marked as Exhibit 115.

8           May I approach?

9           THE COURT:  Yes, ma'am, you may.

10     Q.   (BY MS. SWEEN)  Ms. Basinger, do you recognize

11  this document?

12     A.   Yes, ma'am, I do.

13     Q.   What is this article?

14     A.   "Diagnosing Abuse:  A Systematic Review of Torn

15  Frenulum and Other Intraoral Injuries."

16     Q.   What is the -- what is the significance of this

17  article in terms of informing your own opinions, if any?

18     A.   I form my opinions based on my education,

19  training, and experience and not this particular

20  article.

21     Q.   Okay.  Did you review this article?

22     A.   I glanced over it, yes, but I didn't read it

23  thoroughly.

24     Q.   Is it true that there are some -- people are

25  taught to look at a torn frenulum as a potential sign of

1  a sexual assault?

2      A.   Yes, especially if there is a concern for oral

3  assault.

4      Q.   Does this article suggest that intubation is

5  one of the things that might cause a frenulum to be

6  torn --

7      A.   I believe it did.

8      Q.   Did Nurse Sims cite any other evidence to

9  support her opinion that a sexual assault had occurred

10 other than these three things we've discussed:  anal

11 laxity, anal tears, torn frenulum?

12     A.   That was it.

13     Q.   How would you assess the reliability of her

14 interpretation of this physical evidence we've walked

15 through?

16     A.   I don't think that she -- if she took a full

17 sexual assault nurse examiner training, then she did not

18 rely on the research that's out there that we're taught

19 in the training, she didn't rely on her training itself,

20 and so I would not consider it that reliable.

21     Q.   So her conclusion that a 2-year-old had been

22 sexually assaulted -- you would not have found reliable

23 -- you did not find reliable?

24     A.   No.  Identifying trauma was definitely her job,

25 and she did that, but putting the cause -- naming the

1  cause was not her responsibility.

2      Q.   Okay.  And it was -- it was a very limited body

3  of evidence --

4      A.   Yes.

5      Q.   -- correct?

6           I want to look at the SANE exam itself,

7  which is already in evidence as Applicant's 6.

8           MS. SWEEN:  If I may approach with a copy.

9           THE COURT:  Yes, ma'am, you may.

10     Q.   (BY MS. SWEEN)  Ms. Basinger, you said you

11 reviewed this SANE exam report.

12     A.   Yes, ma'am.

13     Q.   Now, the first page there has -- it looks to be

14 her signature down by the date 1/31/02.  Do you see

15 that?

16     A.   Yes, ma'am.

17     Q.   And after her name, it says "RN, SANE."  Is

18 that what you were describing earlier as something

19 that's a no-no if you don't have certification?

20     A.   That is correct.

21     Q.   Is there anything else concerning about the

22 paperwork that she did?

23     A.   May I take a minute to look through it?

24     Q.   Let me perhaps compare some of her testimony to

25 then what her notes suggest --

```
 1      A.   Okay.

 2      Q.   -- that might help us -- help me ask better

 3 questions.

 4           MS. SWEEN:  If we could go to page 141 of

 5 the Reporter's Record.

 6      Q.   (BY MS. SWEEN)  Nurse Sims testified that she

 7 prepared her SANE report -- this is at line 10.  "I

 8 believe I prepared it during the time that she was still

 9 there in the ER, you know, except for the front page.  I

10 may have finished that," and she's cut off.  So she's

11 preparing the report while she's in the ER while all

12 these other things are going on.  Is -- does that make

13 it any more challenging?

14      A.   Yeah.  I mean, you might forget stuff when

15 you're trying to get it written down.  It is best

16 practice to do your documentation at or near the time of

17 the examination.  But with all the other stuff going on,

18 the transfer being put together to get that kiddo

19 transferred out, can just cause other stress going on

20 while you're trying to document.

21      Q.   And if we go to page 139 of the Reporter's

22 Record, they're talking about her SANE exam.  It's up on

23 the ELMO, and she observes that -- at line 19, "Okay.

24 Pulse 204.  Temperature 9, and I presume that's

25 Fahrenheit."
```

```
 1              And then the answer is, "No.  Apparently, I
 2   didn't finish that."
 3              So there's an error.  Correct?
 4        A.   Yes, ma'am.
 5        Q.   All right.  And if we look at page 140, she's
 6   talking through the report.  At line 40 [sic], there's
 7   -- it says, "Chest, normal.  Cardiovascular, normal."
 8   Is that accurate in terms of everything else she
 9   described about Nikki's condition?  That cardiovascular
10   was normal?
11        A.   Well, cardiovascular was only normal because
12   they provided CPR and they were breathing for her, and
13   breathing is part of your cardiopulmonary system.  So it
14   wasn't normal, but it was there.
15        Q.   And then she experienced tachycardia too.
16   Correct?
17        A.   And tachycardia is not normal.
18        Q.   Not normal.  So that's another error in her
19   paperwork.
20              What about where she says on that same
21   page, "Neurological, normal."  That's line 21.
22   "Neurologic, normal."  Was her neurology -- what was
23   going on inside the brain, the nervous system -- normal
24   at this time?
25        A.   She was unresponsive.  That is not normal
```

1  neurologic status.  She was unresponsive whether it be

2  from the head injury or sedation or both.  That is not a

3  normal neurologic status.

4      Q.  And I'd just like to -- on page 142, she is

5  asked about her drawing of anal tears that appears on

6  page 9 of her SANE exam, and she seemed to admit that

7  they were drawn much larger than they actually were, and

8  here she admits they were superficial tears.  Do you see

9  that?

10      A.  Yes.

11      Q.  Are superficial tears something that should

12  have even been flagged as a marker of sexual assault?

13      A.  Yes, because a lot of times the trauma in

14  sexual assault is not massive.  It's small.  And, in

15  fact, we have to use magnification tools to see some of

16  them.  Some of them are as small as a paper cut, and you

17  can't see them with a naked eye unless they're actively

18  bleeding, and so we have to use magnification tools.

19  There's a type of dye that we can use if we can't see

20  anything but we suspect something's there.  It has to be

21  used in a proper way.  It can only go on the epithelial

22  cells.  It can't get inside on the mucosa or it turns

23  everything blue.

24          But we have to use all these visualization

25  techniques because most of the time in sexual assault

1    and sexual abuse these injuries are not massive like you

2    would think, like you see on TV.  They're small, and you

3    can't always see them with the naked eye.

4         Q.   But her report makes them look really big.

5         A.   Yes, ma'am.

6         Q.   And so that is another error in her

7    documentation?

8         A.   It's an overexaggeration.

9         Q.   And we know that she got -- that at least those

10   making the decision -- the legal decision about whether

11   to call this sexual assault got additional information

12   from the sexual assault kit.  Right?

13        A.   That is correct.

14        Q.   And that was not supporting her hypothesis of

15   assault?

16        A.   That is correct.

17        Q.   Now, after reviewing all of this trial

18   testimony and these underlying records, what is your

19   global assessment of the reliability of the trial

20   testimony that the jury heard about a sexual assault?

21        A.   I don't believe that it's reliable.

22        Q.   Did the SANE exam that Nurse Sims conducted,

23   from what we can glean from her own representation --

24   does it satisfy the standard of care that you believe

25   applies today?

1       A.   I don't think it does.

2       Q.   Does it satisfy the standard of care that

3   governs SANE exams back in 2002?

4       A.   Probably not.  That's been a while ago.

5       Q.   Did Nurse Sims, in your opinion, provide

6   testimony that was not just unreliable but misleading?

7       A.   Yes, ma'am.

8       Q.   And prejudicial?

9       A.   Yes, ma'am.

10      Q.   And even false?

11      A.   Could be.  Yes.

12           MS. MITCHELL:  Judge, we'd ask that

13  Ms. Sween stop leading the witness.

14           THE COURT:  Okay.  Stop leading the

15  witness.

16           MS. SWEEN:  She's -- thank you.

17           THE COURT:  Okay.

18           MS. SWEEN:  She's demonstrated her ability

19  to disagree with me on several cases.

20           THE COURT:  Okay.  Just ask non-leading

21  questions.

22      Q.   (BY MS. SWEEN)  Did you read the testimony of

23  Dr. Squires, the child abuse pediatrician?

24      A.   I did not.

25      Q.   What about Dr. Urban, the medical --

1        A.   I did not.

2        Q.   -- examiner?  So whether -- and you don't know

3   whether or not they confirmed or denied Ms. Sims' own

4   testimony?

5        A.   I do not.

6             MS. SWEEN:  Pass the witness.

7             THE COURT:  Okay.  Ms. Mitchell.

8             MS. MITCHELL:  Thank you, Your Honor.

9                    CROSS-EXAMINATION

10  BY MS. MITCHELL:

11       Q.   Good afternoon, Ms. Basinger.  How are you?

12       A.   I'm fine.  How are you?

13       Q.   Good.  We were talking earlier, but I didn't

14  introduce myself.  My name's Allyson Mitchell, and I am

15  the Criminal District Attorney for Anderson County, and

16  sitting next to me is my first assistant, Scott Holden.

17  We were not the original prosecutors on this case.

18            Okay.  Would you be surprised to know that

19  the medical examiner, Dr. Jill Urban, told the jury that

20  she did not believe that there was sexual assault?

21       A.   I would not be surprised.

22       Q.   And would you also not be surprised to learn

23  that Dr. Squires, the REACH doctor at Children's in

24  Dallas, also said that there was no sexual assault?

25       A.   That would not surprise me.

1        Q.   Okay.

2        A.   They're trained in that.

3        Q.   And so both of these ladies testified to that

4    to the jury.

5        A.   I did not know that, but it wouldn't surprise

6    me.

7        Q.   Okay.  And would you be surprised to also know

8    that when the jury was making its determination on

9    whether or not Mr. Roberson was guilty of committing

10   capital murder against his daughter that they were not

11   asked a question of whether or not a assault had

12   occurred?

13       A.   I did know that.

14       Q.   So all they had to answer was:  Did he commit

15   capital murder?

16       A.   That is correct.

17       Q.   Okay.  So you've done quite a few sexual

18   assault examinations I take it?

19       A.   Yes, ma'am.

20       Q.   And when you're doing those, have you had --

21   especially, we're talking, 20 years ago.  I mean, was

22   technology that great back then?

23       A.   No, ma'am, it was not.

24       Q.   Did Palestine even have a colposcope at the

25   time?

 1          A.   I do not know that.

 2          Q.   And aren't those really good cameras that can

 3   take detailed photographs?

 4          A.   Yes.  And there's another camera out there now

 5   that's really good as well.

 6          Q.   Yeah.  We're trying to buy one.

 7          A.   As technology increases, things get better.

 8          Q.   Yes.  Absolutely.  And so I take it, back when

 9   you started, that you would have to rely on photographs

10   too.

11          A.   Yes.

12          Q.   And sometimes would it be difficult to get the

13   object that you're trying to photograph to actually

14   photograph well?

15          A.   Absolutely.

16          Q.   Now, you said that the marks on her face could

17   be caused by the CPR bagging.

18          A.   Yes, ma'am.

19          Q.   Did you know that Nikki came in with a mouth

20   injury?

21          A.   I did not know that.

22          Q.   Would that more likely be the cause of the

23   injury?  Her actually coming in with it as opposed to

24   the bag?

25          A.   It could be.  Yes.

1      Q.   Now, you said that you would have waited to

2  perform the exam considering Nikki's injuries.

3      A.   Yes.

4      Q.   But you don't have to wait.  There's no

5  hard-fast rule to wait.  Is there?

6      A.   No, as long as somebody's taking care of the

7  medical care and we're not stopping it or delaying it.

8      Q.   Let me back up a little bit.  So from your

9  review of the transcript, you saw where Andrea Sims

10  stated she had 56 hours of classroom, 96 hours of

11  clinical, and that she had done her clinicals, that she

12  did the ten child exams and the adult exams.

13      A.   Yes.

14      Q.   So she had done the work.  She just hadn't done

15  the latter part -- last part.

16      A.   According to her testimony, yes.

17      Q.   To actually have the certification.

18      A.   Yes.

19      Q.   And she was a nurse -- licensed nurse -- RN in

20  1998.  Did you -- were you able to see that --

21      A.   Yes.

22      Q.   -- on the nurse report?  And you said that the

23  director would not have allowed her to be a certified

24  SANE examiner or take -- let me back up.  Are you saying

25  your professor at the time or your director wouldn't

1   take people that didn't have two years of experience as

2   an RN?

3       A.   Yes.   She went by the IFN guidelines that said

4   you had to have two years' experience as an RN before

5   taking the course.

6       Q.   Did you -- was that the rule back then?

7       A.   Yes.

8       Q.   In 1998?

9       A.   Yes.

10      Q.   So if she's been a nurse for four years at that

11  time, then she probably took the training after the two

12  years?

13      A.   She become an RN in '98.

14      Q.   Yeah.

15      A.   And took the course in '98.

16      Q.   So maybe the rules are different.

17      A.   I don't know.

18      Q.   We don't know.

19      A.   I don't know if a special exception was made.

20  I don't know that.   I can just tell you what the rules

21  were at the time.

22      Q.   And they could be made from time to time,

23  special exceptions.

24      A.   It's possible.

25      Q.   And you saw where Andrea Sims clarified that

1  she was not a certified nurse examiner -- sexual assault

2  nurse examiner.

3       A.   Yes, I did.

4       Q.   Did -- so it doesn't change her ability to do

5  sexual assault examinations.  She just can't say, "I'm a

6  certified person to say this"?

7       A.   That's correct.

8       Q.   So she doesn't have her credentials as far as

9  that goes?

10      A.   That's correct.

11      Q.   But every RN that works in the ER receives some

12 training on doing sexual assault examinations; do they

13 not?

14      A.   They do now.

15      Q.   And when you're doing a sexual assault

16 examination, you're clearly looking for certain things

17 that indicate maybe there's an issue here, and that's

18 what Ms. Sims did.  Isn't it?

19      A.   Yes.

20      Q.   And you disagree with her findings as far as

21 the anal -- anus dilation.  Is that the right word?

22      A.   Anal dilation?

23      Q.   Yeah.  Is that the right word?

24      A.   Yes.

25      Q.   Okay.  And also the tears.  You say there's

1    other reasons behind that.

2        A.    I don't disagree with what she said.  I just

3    say that there are other possible reasons for what she

4    saw.

5        Q.    Have you ever been asked to testify after

6    another SANE nurse has testified?

7        A.    Yes.

8        Q.    Okay.  So is it fair to say that -- well, let

9    me ask it this way.  Have you seen doctors have

10   differences of opinions in care?

11       A.    Oh, yeah.

12       Q.    So that's just the nature of the beast.

13       A.    It is.  Yes.

14       Q.    Everybody has different opinions.  So you have

15   a different opinion than Ms. Sims in this particular

16   case.

17       A.    My opinion of her findings are that what she

18   found is consistent with sexual assault, but there are

19   other plausible causes that need to be ruled out.

20       Q.    Okay.

21             MS. MITCHELL:  Hold on a second, Your

22   Honor.

23       Q.    (BY MS. MITCHELL)  And, Ms. Basinger, you saw

24   where Mr. Roberson's attorneys had an opportunity to

25   cross-examine Ms. Sims; didn't you?

1    A.   Yes.

2    Q.   And so they were able to point out

3 inconsistencies in her testimony.

4    A.   Yes.

5         MS. MITCHELL:  I pass the witness, Your

6 Honor.

7         THE COURT:  Okay.  Ms. Sween.

8              REDIRECT EXAMINATION

9 BY MS. SWEEN:

10    Q.   Did you say earlier that even offering the

11 opinion that she believed there had been a sexual

12 assault was a violation of the standard of care for

13 SANEs?

14    A.   Actually saying that it was a result of sexual

15 assault is.  Saying that the injury is consistent with

16 sexual assault is not.

17    Q.   Got it.  And she was, in fact, wrong to suggest

18 that diarrhea and use of suppositories could not have

19 had anything to do with the injuries she saw.

20    A.   That part is correct.  Yes.

21    Q.   And I want to ask you:  We -- the DA was asking

22 you some questions about what other experts said, and I

23 want to make sure for the record we're accurate about

24 what they did opine.

25         MS. SWEEN:  If we could pull up Volume 42

1    at page 100.

2        Q.   (BY MS. SWEEN)   This is where Dr. Squires, a

3    child abuse pediatrician at Children's Hospital in

4    Dallas was asked about the anal tears, and can you read

5    that?   Let's see.   She says there at line 19, "What I

6    saw was a tiny, little laceration, and I bet every

7    mother knows what I'm talking about as the skin folds

8    there.   I would say I suppose it could heal.   I would

9    also say maybe the physician's didn't look quite --

10   because it was clearly there, but it was very tiny and

11   superficial and probably not considered to be

12   significant."

13               She didn't say, "I didn't see evidence of

14   sexual assault."   Right?

15       A.   Yes.

16       Q.   All right.   So this is more of an equivocal

17   statement.   And let me look at now Dr. Urban's testimony

18   on this same topic, Volume 43 at page 83.   This is all

19   I'm aware of that Dr. Urban said on this subject, page

20   -- line 7.

21               "QUESTION:   Okay.   All right.   And then on

22   the genitalia, you did a close examination, and you

23   didn't think there was any lacerations or tears or any

24   problems with her anus?"

25               "ANSWER:   I did not see any injuries."

```
 1              She doesn't say there was no sexual

 2   assault.

 3       A.   No.  She doesn't say that.

 4       Q.   Is there any way in your experience, all the

 5   trials you've testified in to un-ring the bell if

 6   someone says sexual assault was perpetrated?

 7       A.   It would be very difficult to un-ring that

 8   bell.

 9              MS. MITCHELL:  Judge, I'm going to object

10   to speculation.

11              THE COURT:  Overruled as to what she just

12   answered.

13              MS. SWEEN:  Pass the witness.

14              THE COURT:  Okay.  Ms. Mitchell?

15              MS. MITCHELL:  Thank you, Your Honor.

16                     RECROSS-EXAMINATION

17   BY MS. MITCHELL:

18       Q.   Ms. Basinger, the article that Ms. Sween showed

19   you, what year was that written in?

20       A.   May I look?

21       Q.   Yes.

22       A.   2007.

23       Q.   And are you -- I know that you deal with the

24   legal system, but you are -- are you familiar with how

25   things go in court?  The whole process.
```

1      A.   Yes, ma'am.

2      Q.   From beginning to end?

3      A.   Yes, ma'am.  I've watched trials from beginning

4  to end a lot.

5      Q.   And you know the ultimate question is:  What is

6  the jury to decide?  Would you agree with me?

7      A.   Yes.

8           MS. MITCHELL:  I pass the witness, Your

9  Honor.

10           THE COURT:  Okay.  Ms. Sween, anything

11  further?

12           MS. SWEEN:  No further questions.

13           THE COURT:  Can she -- she can be fully

14  excused.  Correct?

15           MS. SWEEN:  She may in my estimation.

16           MS. MITCHELL:  Yes, ma'am.

17           THE COURT:  Okay.

18           THE WITNESS:  So I can go home?

19           THE COURT:  You may step down.  You may go

20  home or go wherever you want to --

21           THE WITNESS:  Thank you very much.

22           THE COURT:  -- at this point.

23           And you may call your next.

24           MS. SWEEN:  Your Honor, may I have a brief

25  recess --

# EXHIBIT 8

**CURRICULUM VITAE**

July 11, 2024

## I.      BIOGRAPHICAL DATA

Name:                    **Francis H.Y. GREEN**
Address:                 48 Bow Village Crescent N.W.
                         Calgary, Alberta T3B 4X2
Telephone:               (403) 288-5185 (H)
                         (403) 882-1092 (C)
E-mail:                  fgreen@ucalgary.ca
Citizenship:             Canadian, naturalized

Current Position:
Emeritus Clinical Professor
Department of Pathology & Laboratory Medicine
Cumming School of Medicine, University of Calgary
3280 Hospital Drive, N.W.
Calgary, Alberta, Canada T2N 4Z6
Tel: (403) 220-4514
e-mail: fgreen@ucalgary.ca

## II.      ACADEMIC RECORD

MB, ChB 1968, MD 1978
Manchester University Medical School, Manchester, England

i.        Undergraduate
          Leeds Grammar School, graduated 1963

ii.       Special Professional
          ECFMG, VQE, FLEX

iii.      Graduate and Postdoctoral
          Pathology Department, Manchester University
          M.D. by Original Research and Thesis (Ph.D. equivalent) 1978.
          Title:  An immunofluorescent study of the Secretory Immune System.

v.        Licensure and Boards
          Licensed to practice medicine in United Kingdom, West Virginia, USA, and Alberta
          Canada. 1969 - Dec 31st, 2020. Retired in 2021 from clinical practice.
          MRC. Path. Part I. (1975)
          Diplomate American Board of Pathology (Anatomic) (1984)

III.    **AWARDS AND DISTINCTIONS**

Bronze Award, 1983 Annual Exhibit in Pathology.
American Soc. of Clinical Pathologists/College of American Pathologists.

Bronze Award, 1984 Annual Exhibit in Pathology.
American Soc. of Clinical Pathologists/College of American Pathologists.

Gold Star Letter for Excellence in Teaching 1990, 1991, 1992, 1993, 1994, 1996, 1997, 1998, 1999, 2000, 2003, 2004

Sun Life of Canada Award (jointly with the Alberta Lung Association), 1991

Award of Excellence, April 2001, The Lorraine Awards
Alberta Lung Association

1985-1991: Medical Scholar, Alberta Heritage Foundation for Medical Research

1996-2001: Chair, Respiratory Research Group, Faculty of Medicine
The University of Calgary.

2020:  NIOSH Alice Hamilton Science Award for  Research  leadership  in science and publishing 'Severe lung disease characterized by lymphocytic bronchiolitis, alveolar ductitis, and emphysema in industrial machine manufacturing workers.' Am J Ind Med 62 (11):927-937.

2022:    Awarded the University of Illinois Chicago School of Public Health Research Article Award for Community Collaboration for a study entitled: *Pathology and mineralogy demonstrate respirable crystalline silica is a major cause of severe pneumoconiosis in US coal miners*. Annuals of the American Thoracic Society, 19(9).

2023: Nominated for the NIOSH US CDC DC Charles C Shepard Science Award in the category of Outstanding Scientific Publications.

IV.    **ACADEMIC APPOINTMENTS**

| | |
|---|---|
| 1968-1969 | House Surgeon, Manchester Royal Infirmary |
| 1968-1969 | House Physician, Manchester Royal Infirmary |
| 1969-1970 | Resident Clinical Pathologist, Manchester Royal Infirmary |
| 1970-1976 | Lecturer in Pathology, Manchester University |
| 1976-1977 | Locum Consultant Histopathologist, Royal Isle of Wight County Hospital |
| 1977-1985 | Chief, Pathology Section, National Institute for Occupational Safety and Health (NIOSH) Morgantown, WV  26505 |
| 1979-1980 | Acting Branch Chief, NIOSH |

| | |
|---|---|
| 1977-1985 | Assistant Professor, Department of Pathology, West Virginia University School of Medicine |
| 1985-2017 | Professor, Department of Pathology, University of Calgary, Calgary, Alberta, Canada |
| 1985- 2021 | Medical Staff, Foothills Hospital, Calgary. Head Autopsy Service |
| 2010-2013 | Adjunct Senior Scientist, Lovelace Respiratory Research Institute (LRRI), Albuquerque, New Mexico |
| 2017-Present | Emeritus Clinical Professor, Department of Pathology & Laboratory Medicine, University of Calgary |

## V.    PROFESSIONAL ACTIVITIES

i.    <u>Membership in Professional and Learned Societies</u>

Member - Pathological Society of Great Britain and Northern Ireland
Member - Scientific Section, Alberta Lung Association
Member - American Thoracic Society
Member - European Respiratory Society
Member – American Botanical Council

ii.    Professional Service

a.    <u>Selected Grant and Journal Reviews</u>

Alberta Lung Association
Bureau of Mines (U.S. Government)
National Institute for Occupational Safety & Health
Journal Environmental Occupational Medicine
Journal Scanning Electron Microscopy
Journal Applied Physiology
Medical Research Council of Canada
Journal of Toxicology and Environmental Health
Journal of Environmental Medicine
British Columbia Lung Association

b.    <u>National and International Committees</u>

Member - Lung Tumour Panel - Canadian Tumour Reference Centre, Ottawa (1986-1995)
Founding Member - Sulphide Research Network of Alberta
Chair - Research Committee, Alberta Lung Association (ALA) (1993-1994)
Member - Pathological Review Panel under Georgine Stipulation of Settlement
Member, M&SS Council, Alberta Lung Association
Member, CIHR, Global Health Research Program Development and Planning Grants B Committee (2003-2004)
Member, Canadian Institute of Natural and Integrative Medicine (CINIM) (2003 – 2009)

Member, Alpha Foundation, International committee for study of Rapidly
Progressive Coal Workers Pneumoconiosis 2016- present

c.    Government Agencies

NIH:  Consultant and Site Visits.
NIOSH:  Review Consultant for Criteria Documents, Grant Applications and
Contract Awards.  Member of task group to revise US federal regulations for
the National Coal Workers autopsy program (1989-).
Consultant Dept. of Occupational Health, Government of Alberta. (1987-
present).
Advisor, expert working group on crystalline silica, National Occupational
Health and Safety Commission, Australia, 1990.

## VI.    EDUCATIONAL ACTIVITIES

i.    Undergraduate

Horizontal theme coordinator for respiratory course to medical students
Introductory Course:
Organizer for audio-visual and museum teaching specimens for respiratory course,
Medicine 307
Faculty Advisor 1986 -
Responsible for pathology teaching, respiratory course, Medicine 307
Supervisor, Summer Studentships 2001- present

ii.    Graduate

a) Students Supervised:

George De Sanctis - (PhD)
Co-supervised with Dr. J. E. Remmers
Graduated June 1991

Martin Lee - (MSc)
Co-supervised with Dr. S. Schürch

Daniel Zuege - (MSc)
Supervisory Committee

Douglas Morck - (PhD).
Supervisory Committee.  Graduated 1991.

K. Ramaswamy - (PhD).
Supervisory Committee.  Graduated 1991.

-4-

Kevin Wong - (MSc)
Supervisory Committee

Ray Boykiw – (PhD)
Supervisory Committee.
1996 – present.

Dr. Neil Skjodt - (MSc)
Supervisory Committee.
Graduated 1999.

David Palmer - (MSc)
Supervisory Committee
Graduated January 2000.

Patricia MacPherson - (MSc)
External Examiner.   Graduated 1998.

Stacey Boser - (MSc)
Superviser.  Graduated 1999.

Dr. Luxmi Gahlot – (MSc)
Supervisory Committee.
Graduate April 2000.

Rajwinder Dhami - (Ph.D.)
External Examiner, University of British Columbia.
Graduated 2000.

Dr. Candice Bjornson – (MSc)
Supervisory Committee
1999 – 2002.

Dr. Rommy Koetzler – (MSc)
Co-supervisor, University of Calgary
September 2000 – June 2003.

Jonathan Pendlebury – (MSc)
Supervisory Committee
2001 – April 2004

Lisa Strosher
Examining Committee – M.Sc.
2002

Dr. Tamer El Mays – (MSc)
Supervisor
2003- 2007

Konstantin Koro – (MSc)
Supervisory Committee
2006-2008

Lasantha Gunasekara – (PhD)
Supervisory Committee
The Effects of Cholesterol on the Surface Properties of Lung Surfactant and
Surfactant Inhibition
2007-2008
2010 - 2012

Parichita Choudhury – (MSc)
Co-Supervisor

Sara Tehranian – (PhD)
Supervisory Committee
2010 – November 2011

Danny Polley – (PhD)
Supervisory Committee
June 2010 - 2015

Candace Fahey – (MSc)
Supervisory Committee

Heather Payne – (MSc)
Supervisory Committee
September 2012 – 2014

Mustafa Al Saied - (MSc and PhD)
Supervisory Committee
September 2012 – 2018

Sultan Nelson – (PhD)
Supervisory Committee
September 2015–2017

Nawaf Bogari – (PhD}
September 2015–2023

Salim Ghandorah – (PhD)
September 2016–2019

Jared Topham – (Msc)
September 2010-present

b) <u>Courses Taught</u>:

        Lung cells and morphometry - Advanced Respiratory Physiology, MDSC 623.01 and MDSC 623.03

        Pulmonary Defences - Advanced Respiratory Physiology, MDSC 623.01

        Respiratory System - MDCN 307 (3.88 overall mean rating, 2010)

        Principles of Medicine course

        MDSC 515 Course (4.2 overall mean rating, 2013)

        UME/MD lectures – Course 3, Respiratory Pathology

        4.08 overall mean rating, 2013 –Award for excellence in teaching

        Lecturer MDSC-623.03 advanced Pulmonary Physiology Course 2010-present

iii.    Postgraduate Trainees

        Dr. Yun-Gang Wang.  Ministry of Coal Mining, Beijing, China.  1988-89
        Dr. Xucheng Jiang.  Harbin Medical University, China.  1991-1994
        An-Wen Chan.  Support of successful Rhodes Scholarship, 2000.
        Konstantin Koro.
        Dr. Tamer El-Mays
        Dr. Mustafa Al Saiedy, 2024

iv.    Continuing Medical Education

        Occupational Health I, MDSC 645.07.
        Resident instruction and training.
        Regular participation in Pathology Rounds, Pulmonary Medicine Rounds, and
         city-wide I.C.U. Rounds.
        Respiratory System, Alberta Society of Medical Laboratory Technologists.  Calgary Academy (ASMLT) 1991.
        Radiation Pneumonitis, CPC Rounds, October 24, 2000.
        Mantle Cell NHL, CPC Rounds, December 19, 2000.
        Didactic Presentation, Pulmonary 02: Interstitial Lung Disease, February 16, 2001.
        Didactic Presentation, Pulmonary 03: Pulmonary Infections, February 16, 2001.
        Didactic Presentation, Pulmonary Vascular Disease, April 4, 2001.
        Pathology laboratory sessions (preceptor), 2001.
        CME Rounds, Can Death from Asthma be Prevented?  November 15, 2007.

v.    High School and Community

Shad Valley program at the University of Calgary, 4-day course on the autopsy, 1993 - 2000.
Advanced biology class, Dr. E.P. Scarlitt Senior High School, 1994.
Work experience program, William Aberhart Senior High School, 1995, 1998.
English as a Second Language (ESL) Work Experience Program for High School Students, Sponsored Shezma Kassam, Summer 2000.

## VII.    ADMINISTRATIVE RESPONSIBILITIES

i.     Departmental

Head Autopsy Service, Department of Histopathology (1985- 2005). Duties included day-to-day administration of the service, training of personnel, and safety aspects. Under my direction the autopsy suite was completely renovated, new equipment installed, and ventilation improved to meet Occupational Health and Safety standards.

Member, Departmental Executive Committee.

Death and Tissue Audit Subcommittee of Patient Care Committee, Departmental Member

CLS R&D Committee Chair (January 2005 – December 2006)

Co-organizer and instructor for pathology assistants training program leading to a diploma. This program is the first of its kind in Canada and has had multiple successful graduates since June 1991.

Adult Research Committee

Acting Department Head, Department of Pathology & Laboratory Medicine, February 26 – May 31, 2001.

Member, CLS/U of C Academic Liaison Committee

Review Panel Member (March – August 2006)
2006 Master of Biomedical Technology (MBT) Summer Studentship Review Panel

ii.     Faculty

Member, Electron Microscopy Executive Committee

Member, Subcommittee Research in the North (Dr. G. Gall, Chairman)

Member, Veterinary School Curriculum Committee (Respiratory) (2005)

Member, CLS/U of C Liaison Committee (January 2005 – January 2006

Advisor and instructor to University of Calgary Masters of Business Technology (MBT) program 2010 to present

## VIII.   RESEARCH

<u>Current Major Research Interests</u>:

Interstitial viral lung disease in infants and children

Occupational pneumoconioses and the development of diagnostic criteria and standards.

Analytical electron microscopy and X-Ray spectroscopy of mineral dust particles in lungs.

Experimental models of asbestos carcinogenesis.

Pathogenesis of fatal asthma.

Surfactant abnormalities in respiratory disease

Cystic Fibrosis

Animal models of asthma.

Developing new drugs for obstructive lung diseases and COVID 19 pneumonia

Clinical trials in Asthma, cystic fibrosis, and COVID-19 pneumonia


**Research Support**

1985-1994:

Alberta Heritage Foundation for Medical Research
Major Equipment:  1985-1987
$350,000.00

Alberta Heritage Foundation for Medical Research
Operating: 1985-1987
$180,000.00

Alberta Heritage Foundation for Medical Research
Clinical Fellowship (Dr. A. Balu): 1986-1987
$37,000.00

Canadian Employment Job Development Program
Operating: 1986-1988
$13,000.00

Alberta Lung Association
Operating:  1988-1989
$23,800.00
Operating:  1988-1989
$29,300.00

Foothills Hospital Research & Development
(with Dr. M. Duggan)
Operating:  1990-1991
$6,000
Analysis of AgNor sites

Health & Welfare Canada (with Dr. J. Butt)
Contract:  1988-1990
$20,000.00
Fatal asthma study (retrospective)

Alberta Lung Association
Operating:  1990-1991
$13,000.00
Role of neuropeptides in pulmonary defence mechanisms

Alberta Lung Association
Operating:  1990-1991
$25,000.00
Experimental mesothelioma

Health & Welfare Canada
(with Dr. J. Butt)
Contract:  1990-1991
$31,000.00
Fatal asthma study, prospective pilot study

Health & Welfare Canada
(with Dr. S. Roth)
Contract 1990-1991
$43,000.00
Acid aerosol inhalation toxicology

Foothills Hospital Research & Development
Operating:  1988-1991
$5,000.00
Autopsy enclosure device

**Research Support (Cont.)**

Alberta Lung Association
Operating:  1991-1992
$25,000.00
Morphological and flow cytometric studies of experimental mesothelioma

Alberta Lung Association
Operating:  1991-1992
$25,000.00
The role of neuropeptides released from afferent nerve fibres in pulmonary defence mechanisms

Health & Welfare Canada
Contract 62SS.H4078-1-C081, 1991-1992
$80,000.00
Barometric method for the study of aerosol toxicity

Health Canada
F.H.Y. Green and S.H. Roth (Co-P.I.)
Contract: 1993-1994
$90,000
Characterization of phenotypic markers of responder status to sulphated acid aerosols in guinea pigs

1995/1996:

U.S. National Institute of Environmental Sciences
F.H.Y. Green
Contract: 1994-1995, University of California, Davis
$13,050 U.S.
Pulmonary fibrosis and mineral content of lung tissues from deceased California farmworkers

Asthma Society of Canada
Dr. S. Perry and Dr. F. Green (Co-PI)
Grant: 1994-1995
$20,000
Stereologic study of fatal asthma

Health & Welfare Canada
(Dr. J. Butt [P.I.] and F.H.Y. Green)
Contract:  1991-1996
$475,000.00
Prairie provinces fatal asthma study

**Research Support (Cont.)**

Health Canada
F.H.Y. Green and S.H. Roth (Co-P.I.)
Contract: 1995-1996
$75,000
Characterization of phenotypic markers of responder status to sulphated acid aerosols in guinea pigs

Verband der Automobilindustrie e.V.
Dr. F. Hahn (PI), F.H.Y. green et al. (Co-investigators)
1996-1998
$15,000
$483,000 (to Inhalation Toxicology Research Institute, Albuquerque, NM; The University of Calgary component $50,200)
Comparative pulmonary response of humans and animals to dust exposures

1998-2004:

EPA
Dr. F.H.Y. Green, Co-Investigator
1998-1999
$30,000 U.S.
Reducing uncertainty in PM risk assessment through interpretation of human lung tissue analyses

University of California, Davis
F.H.Y. Green
2000-2001
US $8,000
Pulmonary fibrosis and mineral content of lung tissues from deceased California farmworkers
Research agreement #91RA1831P96

Alberta Lung Association
Morphology of lung parenchyma in asthma
$20,000
July 1999 - June 2001

Northern Lights Particulate Filters
Analysis of Environmental Filter Samples
$13,100
January 1999 - 2001

Northern Lights Regional Health
IgE and Asthma
$27,900
June 1999- 2001

Alberta Lung Association
Interstitial Lung Inflammation in Asthma
$25,000
2001-2002

**Research Support (Cont.)**

National Institute for Occupational Safety & Health
Mineral dust burden in ambient human lungs
U.S. $45,000
2001-2003

Capital Health Authority
IgE in Alberta populations
$16,195
2002-2003

NHRDS
Evaluation of respiratory hazards in carving stone workers
(P.I. Dr. Patrick Hessel, University of Alberta)
$317,800
Electron Microscopic Studies (Dr. F. Green)
$22,290
2000-2002

Technology Commercialization:  Phase 1, "Reversal of airway closure, delivery of
pulmonary surfactant and other therapeutic compounds, and oxygenation in severe airway
obstruction.
(P.I. Dr. Sam Schurch, University of Calgary)
$34,630
2000-2001

Herron Foundation
Dr. I. Mitchell PI, FHY Green and W. Cowie, co-investigators)
Grant: 1995-2004
$240,000
Studies of childhood asthma

NHRDS
Evaluation of respiratory hazards in carving stone workers
(P.I.  Dr. F.H.Y. Green)
$42,000
2000-2006

A study of the Buteyko breathing technique
Private Foundation
(Co-P.I. Drs. Green, Cowie, Poulin, Proud)
Animal Studies
(P.I. Dr. F.H.Y. Green)
$80,476
2002-2009

**Research Support (Cont.)**

Calgary Laboratory Services
(P.I. Dr. F.H.Y. Green)
Evaluation of high-resolution real-time microscopy for the diagnosis of lung infections
$7,500
2004 - 2006

Lovelace Biomedical & Environmental Research Institute
(P.I. Dr. F.H.Y. Green)
Regulation of mucous metaplasia in asthma
$8,500 USD
2003-2007

Alberta Health and Wellness
(P.I. Dr. F.H.Y. Green)
Analysis of community health IgE data
$5,000
2005-2006

National Institute for Occupational Safety & Health
Mineral dust burden in ambient human lungs
$35,000 USD
2005-2009

Canadian Institutes of Health Research (CIHR)
Treatment of acute asthma with perfluorocarbon/carbon dioxide formulations
$149,362
2006-2008

AHFMR Technology Transfer Grant (administered by UTI)
Perfluorocarbon/carbon dioxide research
$10,000
2008

Alberta Lung Association
Using $CO_2$ and perfluorocarbons as an adjuvant to treatment for cystic fibrosis
$30,000
2008-2009

University Technologies International (UTI)
Novel formulations for the treatment of acute asthma.
Southern Alberta Intellectual Property Network Grant Award
$15,000
Nov 2009 – March 2010

University Technologies International (UTI)
Novel formulations for the treatment of acute asthma
AHFMR Forefront Award (Phase II)
$26,500
Oct 2009 – May 2010

Alberta Lung Foundation
Operating Grant
Treatment of experimental asthma with $CO_2$, PFC, aerosols, and $CO_2$/PFC $30,000

June 2010 – May 2011

Anonymous Foundations, Associations, Companies (Canadian)
(P.I. Dr. F.H.Y. Green)
High resolution microscopy of living human cells using Richardson Technology Microscopy
$509,145
2004-2022

AHFMR Forefront Program
Treatment of acute asthma with perfluorocarbon/carbon dioxide formulations
$150,000
October 2009 – June 30, 2013

Calgary Laboratory Services
Operating Grant
Developing a serum-based DNA test for infection in cystic fibrosis
$9,500
June 2011 – November 25, 2013

CIHR
Knowledge translation operating grant
Disseminating a novel rescue therapy for severe asthma to a wider commercialization focused audience
$77,269
October 2011 –March 31, 2014

Alberta Innovates/Pfizer Translational Research Fund Opportunity
Operating Grant
Development and validation for a novel rescue therapy for severe asthma
$198,780
December 2012 – July 31, 2014

U.S. Army
Contract
Pathological evaluation of slides from lungs of rats exposed to ambient dust from Iraq and comparison to control lungs
$7,500 USD
September 2012 – April 30, 2014

Alberta Innovates – Health Solutions
Cholesterol-mediated surfactant dysfunction – mechanisms and treatment
Co-Investigator with Dr. Matthias Amrein
$700,000
April 2013 – March 2016

IX.    **INVITED ADDRESSES**

Pathological Standards for Asbestosis: International. Academy of Pathology Meeting, Chicago, IL, March 4, 1981.

Diagnosis of Asbestosis:  American Thoracic Society Meeting, Detroit, MI, May 13, 1981.

Asbestos - "A Twentieth Century Plague?", College of American Pathology Environmental Program, San Diego, CA, March 18, 1981.

1981 and 1982 NIOSH Occupational Medicine Course.

American Academy of Forensic Sciences Meeting, New Orleans, Feb. 1986. Organized and Conducted workshop entitled "Death in the Workplace."

Member Organizing Committee, Inhalation Toxicology Workshop Alberta Environmental Centre, May 1987.  International Conference on Hydrogen Sulphide Toxicity.  Banff, Alberta, June 18-21, 1989.

Co-organizer, Heritage Days Workshop on "Airway Injury", Calgary, Alberta, November 30, 1989

Organizer and Chair Scientific Session Microscopical Society of Canada, "Images of Lung Disease", Calgary, Alberta, June 24, 1991.

Chairman, Risk Assessment in the Evaluation of Air Quality (VOC, $NO_x$, $SO_x$, ozone and particulates), "Overview of Lung Responses to Air Pollution," National Workshop on the Characterization of Risks to Humans and the Environment, Hull, Quebec, June 23, 1993.

Anatomisches Institut, Universität Bern, Einladung zu einem ausserordentlichen Institutskolloquium, "Structural Changes in the Airways in Asthma:  New Insights into Pathogenesis," Bern, November 16, 1994.

Annual Scientific Meeting of the Thoracic Society of Australia and New Zealand (WA Branch), "Fatal Asthma in Alberta Canada:  Insights into Pathogenesis," March 11, 1995.

Sir Charles Gairdner Hospital, Lung Research Group, "Particle Interactions with Airway Surfactant," Nedlands, Western Australia, February 10, 1995.

International Society for Aerosols in Medicine (ISAM), "Airway Surfactant," Hamilton, Ontario, May 16, 1995.

**Invited Addresses (Cont.)**

Green FHY.  Airway surfactant, a primary defense barrier:  Mechanical and immunological aspects.  DRDS Seminar, Centers for Disease Control and Prevention, Laboratory Investigations Branch, March 1996.

Green FHY.  Surfactant and asthma.  Invited speaker, World Congress on Lung Health, Florence Italy, August 30 – September 3, 2000.

Green FHY.  Surfactant – A viable treatment for acute asthma.  Asthma and Hypersensitivity, Emerald Lake Conference, September 27-30, 2001.

Green FHY.  Interstitial lung disease:  diagnostic challenges, recent insights into pathogenesis and treatment.  CME Rounds, Department of Pathology & Laboratory Medicine, Calgary Laboratory Services/University of Calgary, October 11, 2001.

Green FHY.  Overview of pulmonary fibrosis.  Fourth Annual Scientific Symposium, "Remodeling and repair in respiratory disease," Lovelace Respiratory Research Institute, Santa Fe, New Mexico, October 14-17, 2001.

Green FHY.  Surfactant for the treatment of asthma: theoretical basis and recent experimental evidence.  Anatomisches Institut, Berne University, May 8, 2002.

Green FHY.  2nd Milton R. Hales Lectureship in Pathology, Robert C. Byrd Health Sciences Center of West Virginia University, June 2002.

Green FHY.  Chair, Scientific Session #4, ROS/RNS and Gene Expression in Cancer and Fibroproliferative Diseases, 3rd International Conference on Oxygen/Nitrogen Radicals:  Cell Injury and Disease, Center for Disease Control, Morgantown, West Virginia, June 1-5, 2002.

Green FHY and Cecile Rose.  Medical insights for black lung advocates.  National Coalition of Black Lung & Respiratory Disease Clinics Annual Conference, Pittsburgh, Pennsylvania, Thursday, September 18, 2003.

Green FHY.  Emphysema in coal workers' pneumoconiosis: contribution of coal and cigarette smoking. National Coalition of Black Lung & Respiratory Disease Clinics Annual Conference, Pittsburgh, Pennsylvania, Thursday, September 18, 2003.

Green FHY.  Responder to seminar given by Leslie Mansfield, Attorney, "Smoking and COPD." National Coalition of Black Lung & Respiratory Disease Clinics Annual Conference, Pittsburgh, Pennsylvania, Saturday, September 18, 2003.

Green FHY.  Asthma remodelling – implications for therapy.  Merck Frosst presentation, Montreal, Wednesday, November 26, 2003.

**Invited Addresses (Cont.)**

Green FHY, Chan AW, Roth L, Karkhanis A, Bureau A, Tough S, Butt J, Lester W, Mitchell I.  Cardiac and adrenal pathology in asthma.  ERS Annual Congress, Glasgow, Scotland, September 3-8, 2004.  Presentation will be made accessible online via the ERS Website.

MacEachern P, Viner S, Green FHY, Helmersen D.  Lymphangioleiomyomatosis (LAM) presenting as severe pulmonary hypertension.  Presented at the *American College of Chest Physicians 2004*, Seattle, Washington, October 23-28, 2004.

Green FHY.  The National Coal Workers' Autopsy Study.  National Black Lung Coalition and Respiratory Disease 2004 Annual Conference, St. Louis, Missouri.  September 22-26, 2004.

Green FHY.  Lung structure from fractal geometry and the living cell.  *8th Annual Lovelace Respiratory Symposium*, Concepts in inhalation toxicology and pulmonary drug development. September 19, 2005.

Green FHY.  Relative roles of coal mine dust and smoking in emphysema.  *National Coalition of Black Lung and Respiratory Disease Clinics Conference*, Denver, Colorado, October 27, 2005.

Green FHY.  Environmental cause of lung disease: an overview.  *Society of Toxicologic Pathology*, Denver, Colorado, June 18-22, 2006.

Nadoo R and Green FHY.  Coal workers pneumoconiosis: a comparison of South African and North American experience.  *South African Respiratory Society Meeting*, Cape Town, South Africa, March 2007.

Green FHY.  Idiopathic pulmonary fibrosis and occupational & environmental exposures.  *National Coalition of Black Lung and Respiratory Disease Clinics Conference*, Oglebay State Park, Wheeling, WV, September 10-12, 2007.

Tabak J, Montgomery M, Green FHY.  Cystic fibrosis.  *2008 Alberta Respiratory Disease Symposium*.  Banff, Alberta, April 20, 2008.

Green FHY.  Facilitator for thematic poster session, "Pulmonary Toxicology."  *ATS 2008*, Toronto, Ontario, Wednesday, May 18, 2008.

Green FHY.  Silica exposure and emphysema.  *National Coalition of Black Lung and Respiratory Disease Clinics Conference*, Sheridan, Wyoming, September 15-16, 2008.

Green, FHY.  Chair and Speaker.  High resolution microscopy of BAL in cystic fibrosis infants: new developments.  Alberta Respiratory Disease Symposium (ARDS) 2008.  Banff, Alberta.

Green, FHY.  Using light microscopy for the diagnosis of lung infections.  *Cystic Fibrosis Information Day 2009.*  Alberta Children's Hospital, April 18, 2009.

Green FHY, Petsonk L, Rose C.  Advanced and rapidly progressive pneumoconiosis data from the West Virginia OP program/interstitial pulmonary fibrosis and coal mine dust exposure.  *National Coalition of Black Lung and Respiratory Disease Clinics, Inc. 2010 National Conference*, Tennessee, September 27-28, 2010.

Green FHY.  Success Story.  *CIHR Interactive Workshop Commercialization Program* hosted by University Technologies International and CIHR.  University of Calgary, March 23,  2011.

Green FHY.  Controversies in the pathology of coal miners' disease.  National Coalition of Black Lung and Respiratory Disease Clinics, October 4, 2011.

Green FHY.  A new drug technology to open obstructed airways.  7th Allergen CIC conference, Toronto, Ontario, November 8, 2011.

Green FHY.  Pathology of UBB miners and analysis of the pathology of recently diagnosed complicated pneumoconiosis.  ORHP – Black Lung Clinics Program, Bethesda, Maryland, September 24, 2012.

SolAeroMed S-1226 – Update on a rescue treatment for severe asthma.  8th Allergen CIC Conference, Toronto, Ontario, Novembet 13, 2012.

Green FHY.  Pathology and possible causes of rapidly progressing CWP.  West Virginia Black Lung Clinics Program, Pipestem, West Virginia, June 5-7, 2013.

Najmuddin A, Petsonk EL, Regier M, Young B, Tramma SL, Cohen R, MacNeill S, Green FHY, Abraham JL, Churg A.  Lung pathology in coal workers with rapidly progressive pneumoconiosis: a preliminary report.  IPXI Inhaled Particles XI, British Occupational Hygiene Society, Nottingham Trent University Conference Centre, Nottingham, September 2013.

Green F.  Anti-Wheeze: a rescue therapy for acute asthma.  CLS Innovation Day, Diagnostic and Scientific Centre (DSC), November 2013.

Green F. Overview of the Prairie Provinces Studies of Fatal Asthma – Design, Methods, and Biobank, Exploring Collaborations in Asthma Research Between UCSF/SABRE and the University of Calgary, University of California, May 6, 2014.

Green F. A New Rapidly Progressive Form of Coal Workers Pneumoconiosis. Environmental Pathology Sessions 2014. Bangkok, Thailand, October 8, 2014.

Green F. (co-chair) Emergence of Mesothelioma in Asia Pacific Rim. Environmental Pathology Sessions 2014. Bangkok, Thailand, October 7, 2014.

Green F. The Changing Face of Occupational Lung Disease. Continuing Medical Education Rounds, Foothills Medical Centre, May, 14 2015.

Green FHY. Pathology of Black Lung Updates. 2015 Black Lung Conference. Pipestem, West Virginia, June 4, 2015.

X.     **PUBLICATIONS/PRESENTATIONS**

**Peer Reviewed Manuscripts**

1.     **Green FHY**, Fox H. An immunofluorescent study of the distribution of immunoglobulin-containing cells in the normal and the inflamed human gallbladder. *Gut* 13:379-384, 1972.

2.     Perks WH, **Green FHY**, Gleeson MH. A case of purpura hyperglobulinaemia of Waldenstrom studied by skin immunofluorescence. *Brit J Dermatol* 91:563-568, 1974.

3.     **Green FHY**, Fox H. The distribution of mucosal antibodies in the bowel of patients with Crohn's disease. *Gut* 16:125-131, 1975.

4.     Rebello R, **Green FHY**, Fox H. A study of the secretory immune system of the female genital tract. *Brit J Obst Gynaec* 82:812-817, 1975.

5.     Lloyd G, **Green FHY**, Fox H, Mani V, Turnberg LA. Mast cells and immunoglobulin E in inflammatory bowel disease. *Gut* 16:861-866, 1975.

6.     Freed DLJ, **Green FHY**. Do dietary lectins protect against colonic cancer? Letter to *Lancet* 2(7947):1261-1262, 1975.

7.     Burdett K, **Green FHY**, Reed C. Enzyme changes in rat small intestine during pregnancy and lactation. *Histochemical J* 10:343-347, 1975.

8.     Mani V, Lloyd G, **Green FHY**, Fox H, Turnberg LA. Treatment of ulcerative colitis with oral disodium cromoglycate: a double-blind controlled trial. *Lancet* 1:439-441, 1976.

9.     **Green FHY**, Freed DLJ. Gluten toxicity in coeliac disease. *Lancet* 1(7962):749, 1976.

10.     **Green FHY**, Carty J. Coeliac disease and autoimmunity. *Lancet* 1(7966):964, 1976.

11.     **Green FHY**, Whitehead S, Fox H. Abnormalities of the local immune systems in intestinal neoplasia. *J Path* 122:56-61, 1977.

12.     Freed DLJ, **Green FHY**. Antibody facilitated digestion and its implications for infant nutrition. *Early Human Development* 1:107-112, 1977.

13.     Gnepp D, **Green FHY**. Scanning electron microscopy of collecting lymphatic vessels and their comparison to arteries and veins. *Scanning Electron Microscopy* 111:757-762, 1979.


**Peer-Reviewed Manuscripts (Cont.)**


14.     Olenchock SA, Mentnech MS, Mull JC, **Green FHY**. Complement, polymorpho-nuclear leukocytes and platelets in acute experimental respiratory reactions due to Aspergillus. *Comp Immun Microbiol Infect Dis* 2:113-124, 1979.

15.     Kleinerman J, **Green FHY**, *et al*. Pathology standards for coal workers' pneumoconiosis. (A report of the Pneumoconiosis Committee of the college of American Pathologists). *Arch Path and Lab Med* (Special Issue) 101:375-431, 1979.

16.     Pearson DJ, Mentnech MS, Gamble M, Taylor G, **Green FHY**. Acute pulmonary injury induced by immune complexes. *Ex Lung Res* 1:323-334, 1980.

17.     Gnepp D, **Green FHY**. Scanning electron microscopic study of canine lymphatic vessels and their valves. *Lymph* 13:91-99, 1980.

18.     **Green FHY**, Olenchock SA, Willard PA, Major PC. SEM studies on the in vivo uptake of Aspergillus Terreus spores by alveolar macrophages. *Scanning Electron Microscopy* 111:307-313, 1980.

19.     **Green FHY**, *et al*. Lyophilized unfixed whole lungs for correlative roentgenologic pathologic and microanalytic study of occupational respiratory disease. *Am J Forensic Med Path* 1:182-185, 1980.

20.     Pearson DJ, **Green FHY**, Mentnech SM. Soluble and particulate activation of complement and granulomatous pulmonary reactions. *Clin Allergy* 11:111-119, 1981.

21.     **Green FHY**, Vallyathan V, Mentnech MS, Tucker JH, Merchant JA, Kiessling PJ, Antonius JA, Parsley P. Is volcanic ash a pneumoconiosis risk? *Nature* 293:216-217, 1981.

22.     **Green FHY**, Vallyathan V, Banks D, Merchant JA. Diagnosis of pneumoconiosis. (Letter) *JAMA* 246:2431-2432, 1981.

23.     Freedman AP, Robinson SE, **Green FHY**. Localized field magnetopneumographic measurements of coal workers and of freeze-dried lungs. *Biomagnetism* 497-503, 1981.

24.     **Green FHY**, *et al*. Health implication of the Mount St. Helen's eruption: laboratory investigations. *Ann Occup Health* 26:921-933, 1982.

25.     Sorenson W, **Green FHY**, *et al*.  Secalonic acid D pulmonary toxicity.  *J Tox and Environ Health* 9:515-525, 1982.

26.     Freedman FP, Robinson SE, **Green FHY**.  Magnetopneumography as a tool for the study of dust retention in the lungs.  *Ann Occup Hyg* 26:316-335, 1982.

**Peer-Reviewed Manuscripts (Cont.)**

27.     Parshley PF, Kiessling PJ, Antonius JA, Connell RS, Miller SH, **Green FHY**.  Pyroclastic flow injury, Mount St. Helen's - May 18, 1980.  *Amer J Surg* 143:565-568, 1982.

28.     LeFevre ME, **Green FHY**, Joel DD, Laqueur W.  Frequency of black pigment in liver and spleen of coal workers:  Correlation with pulmonary pathology and occupational information.  *Human Pathol* 13:1121-1126, 1982.

29.     Craighead JE, Abraham JL, Churg A, **Green FHY**, Kleinerman J, Pratt PC, Seemayer TA, Vallyathan V, Weill H.  The pathology of asbestos-associated diseases of the lungs and pleural cavities: Diagnostic criteria and proposed grading schema.  (A report of the Pneumoconiosis Committee of the College of American Pathologists and the National Institute for Occupational Safety and Health).  *Arch Path and Lab Med* (Special Issue) 106:543-596, 1982.

30.     Vallyathan V, Mentnech MS, Tucker JH, **Green FHY**.  Pulmonary response to Mount St. Helen's volcanic ash.  *Environ Res* 30:361-371, 1983.

31.     Vallyathan V, **Green FHY**, *et al*.  Mount St. Helen's volcanic ash: Hemolytic activity.  *Environ Res* 30:349-360, 1983.

32.     **Green FHY**, Boyd RL, Danner-Rabovsky J, Fisher MJ, Moorman WJ, Ong TM, Tucker J, Vallyathan V, Whong WZ, Zoldak J.  Inhalation studies of diesel exhaust and coal dust in rats.  *Scan J Work Environ Health* 9:181-188, 1983.

33.     **Green FHY**, Attfield MD.  Pathology standards for asbestosis.  *Scand J Work Environ Health* 9:162-168, 1983.

34.     **Green FHY**, Tucker JH, Vallyathan V.  Occupational diseases of the lung.  *Lab Med* 14:103-111, 1983.

35.     Ames RG, Amandus H, Attfield M, **Green FHY**, Vallyathan V.  Does coal mine dust present a risk for lung cancer?  A case control study of U.S. coal miners.  *Arch Environ Health* 38:331-333, 1983.

36.     Olenchock SA, **Green FHY**, Mentnech MS, Mull JC, Sorensen WG.  *In vivo* pulmonary response to *Aspergillus terreus* spores.  *Comp Immun Microb Infec Dis* 6:67-80, 1983.

37.     Oberdoerster G, **Green FHY**, Freedman AP.  Clearance of 59Fe3O4 particles from the lungs of rats during exposure to coal mine dust and diesel exhaust.  *J Aerosol Sci* 15:235-237, 1984.

38.     Vallyathan V, **Green FHY**, Rodman NF, Boyd CB, Althouse R.  Lung carcinoma by histologic type in coal workers.  *Arch Pathol Lab Med* 109:419-423, 1985.

**Peer-Reviewed Manuscripts (Cont.)**

39.     Vallyathan V, **Green FHY**.  The role of analytical techniques in the diagnosis of asbestos-associated disease.  *CRC Crit Rev Clin Lab Sci* 22:1-42, 1985.

40.     Hahon N, Booth JA, **Green FHY**, Lewis TR.  Influenza virus infection in mice after exposure to coal dust and diesel engine emissions.  *Environ Res* 37:44-59, 1985.

41.     Fedan JS, Frazer DG, Moorman WJ, Attfield MD, Franczak MS, Kosten CJ, Cahill JF, Lewis TR, **Green FHY**.  Effects of a two-year inhalation exposure of rats to coal dust and/or diesel exhaust on tension responses of isolated airway smooth muscle.  *Am Rev Respir Dis* 131:651-655, 1985.

42.     Ong T, Whong W-Z, Xu J, Burchell B, **Green FHY**, Lewis T.  Genotoxicity studies of rodents exposed to coal dust and diesel emission particulates.  *Environ Res* 37:399-409, 1985.

43.     Vallyathan V, Virmani R, Rochlani S, **Green FHY**, Lewis T.  Effect of diesel emissions and coal dust inhalation on heart and pulmonary arteries of rats.  *J Toxicol Environ Health* 19:33-41, 1986.

44.     **Green FHY**.  Editorial:  Cytotoxicity of volcanic ash:  Assessing the risk for pneumoconiosis.  *Morbidity and Mortality Weekly Report (MMWR)* 35(16):265-267, 1986.

45.     Vallyathan V, Althouse R, **Green FHY**, Boyd E, Rodman N.  Are coal miners at increased risk for scar cancer?  *Chest* 915:25-35, 1987.

46.     Vallyathan V, Schwegler D, Reasor M, Stettler L, Clere J, **Green FHY**.  Comparative in vitro cytotoxicity and relative pathogenicity of mineral dusts.  *Ann Occup Hyg* 32:279-289, 1988.

47.     McConnochie K, **Green FHY**, Vallyathan V, Wagner JC, Seal RME, Lyons JP.  Interstitial fibrosis in coal workers - experience in Wales and West Virginia.  *Ann Occup Hyg* 32: 553-560, Supplement 1, 1988.

48.     Craighead JE, Kleinerman J, Abraham JL, Gibbs AR, **Green FHY**, Harley RA, Ruttner JR, Vallyathan V, Juliano EB.  Diseases associated with exposure to silica and non-fibrous silicate minerals.  *Arch Pathol Lab Med* 112:673-720, 1988.

49.     Wallace WE, Keane MJ, Vallyathan V, Hathaway P, Regad EL, Castranova V, **Green FHY**.  Suppression of inhaled particle cytotoxicity by pulmonary surfactant and retoxification by phospholipase.  *Ann Occup Hyg* 32: 291-298, 1988.

50.     Dalal NS, Suryan M, Vallyathan V, **Green FHY**, Jafari B, Wheeler R.  Detection of reactive free radicals in fresh coal mine dust and their implication for pulmonary injury.  *Ann Occup Hyg* 33:79-84, 1989.

**Peer-Reviewed Manuscripts (Cont.)**

51. Akai PS, Wong T, Chang-Poon V, **Green FHY**, Whitelaw WA, Hanley DA. Resectable bronchogenic carcinoma presenting with hypercalcemia: tumor-associated granulomatous reaction and probable production of 1,25-dihydroxyvitamin D. *Clin Invest Med* 12:212-216, 1989

52. Lewis TR, **Green FHY**, Moorman WJ, Burg JR, Lynch DW. A chronic inhalation toxicity study of diesel engine emissions and coal dust, alone and combined. *Developments in Toxicology & Environmental Science* 13:361-380, 1986.

53. Schürch S, **Green FHY**, Schoel M, Gehr P. Adhesion of pulmonary macrophages to Langmuir-Blodgett films investigated by interference reflection microscopy. EBSA Springer Series in Biophysics. <u>Cytoskeletal and extracellular proteins</u>. Aebi U and Engel J (eds), Vol 3, pp. 244-245, 1989.

54. Schürch S, Gehr P, **Green FHY**, Wallace JA, McIver DJL. Cell substrate adhesion affects intracellular motility of pulmonary macrophages. *Colloids and Surfaces* 42:271-288, 1989.

55. Urbanski SJ, Arsenault AL, **Green FHY**, Haber G. Pigment resembling atmospheric dust in Peyer's patches. *Modern Pathol* 2:222-226, 1989.

56. **Green FHY**, Althouse R, Weber KC. Prevalence of silicosis at death in underground coal miners. *Am J Indust Med* 16:605-615, 1989.

57. Schürch S, Gehr P, Im Hof V, Geiser M, **Green FHY**. Surfactant displaces particles toward the epithelium in airways and alveoli. *Respir Physiol* 80:17-32, 1990.

58. Ball NJ, Urbanski SJ, **Green FHY**, Kieser T. Pleural multicystic mesothelial proliferation. *Am J Surg Path* 14:375-378, 1990

59. De Sanctis GT, App EM, Trask JK, De Sanctis BI, Remmers JE, **Green FHY**, Man SF, King M. Resorptive clearance and transepithelial potential difference in capsaicin-treated Fischer 344 rats. *J Appl Physiol* 68:1826-1832, 1990.

60. Prior M, **Green FHY**, Lopez A, Balu A, De Sanctis GT, Fick G. Capsaicin pretreatment modifies hydrogen sulphide-induced pulmonary injury in rats. *Toxicol Pathol* 18:279-288, 1990.

61. **Green FHY**, Yoshida K. Characteristics of aerosols generated during autopsy procedures and their potential role as carriers of infectious agents. *Occup Environ Hyg* 5:853-858, 1990.

62. **Green FHY**, Yoshida K, Fick G, Paul J, Hugh A, Green WH. Characteristics of airborne mineral dusts associated with farming activities in rural Alberta. *Int Arch Occup Environ Health* 62:423-430, 1990.

**Peer-Reviewed Manuscripts (Cont.)**

63.    Hu, SN, Vallyathan V, **Green FHY**, Weber KC, Laqueur W.  Pulmonary arteriolar muscularization in coal workers pneumoconiosis and its correlation with right ventricular hypertrophy.  *Arch Pathol Lab Med* 114:1063-1070, 1990.

64.    Ramaswamy K, Mathison R, Carter L, Kirk D, **Green FHY**, Davison JS, Befus D.  Marked anti-inflammatory effects of decentralization of the superior cervical ganglia.  *J Exp Med* 172:1819-1830, 1990.

65.    **Green FHY**, Schürch S, DeSanctis GT, Wallace JA, Cheng S, Prior M.  Effects of hydrogen sulphide exposure on surface properties of lung surfactant. *J Appl Physiol* 70:1943-1949, 1991.

66.    Ramaswamy K, De Sanctis GT, **Green FHY**, Befus D.  Pathology of pulmonary parasitic migration:  morphological and bronchoalveolar cellular responses following *Nippostrongylus Brasiliensis* infection in rats.  *J Parasitol* 77:302-312, 1991.

67.    App EM, De Sanctis GT, **Green FHY**, Hulbert WC, Rubin BK, Remmers JE, King M.  Neonatal capsaicin treatment alters basal pulmonary mechanics and response to methacholine in F344 rats.  *J Appl Physiol* 70:2087-2094, 1991.

68.    De Sanctis GT, **Green FHY**, Remmers JE.  Influence of neonatally administered capsaicin on the hypoxic and hypercapnic ventilatory response of adult unanesthetized rats.  *J Appl Physiol* 70:1168-1174, 1991.

69.    Dalal NS, Jafari B, Peterson M, **Green FHY**, Vallyathan V.  Presence of stable coal radicals in autopsied coal miners' lungs and their possible correlation to coal workers pneumoconiosis.  *Arch Environ Health* 46:366-372, 1991.

70.    Lim SM, Duggan M-A, Ruff M, Rahim S, McGregor SE and **Green FHY**.  Morphometric analysis of nucleolar organizer regions in benign and malignant peritoneal effusions using backscattered electron microscopy.  *J Path* 166:53-60, 1992.

71.    Mathison R, Davison JS, De Sanctis G, **Green FHY**, Befus DA.  Decentralization of the superior cervical ganglia and the immediate hypersensitivity response.  *Proc Soc Exp Biol Med* 200:542-547, 1992.

72.    Sanderson W, Kullman G, Sastre J, Olenchock S, O'Campo A, Musgrave K, **Green FHY**.  Outbreak of hypersensitivity pneumonitis among mushroom farm workers.  *Am J Indust Med* 22(6):859-872, 1992.

73.    Schürch S, Bachofen H, Goerke J, **Green FHY**.  Surface properties of rat pulmonary surfactant studied with the captive bubble method:  adsorption, hysteresis, stability. *Biochim Biophys Acta* 1103: 127-136, 1992.

**Peer-Reviewed Manuscripts (Cont.)**

74.   Lenz SP, **Green FHY**, Murphy PG, Lee M, Hart DA.  Expression of plasminogen activator and plasminogen activator inhibitor by rat mesothelioma induced by asbestos.  *Cancer Letts* 68:119-127, 1993.

75.   Lee MM, **Green FHY**, Demetrick DJ, Xucheng Jiang X, Schürch S.  A study of surface property changes in rat mesothelial cells induced by asbestos using aqueous two-phase polymer solutions.  *Biochim Biophys Acta* 1181:223-232, 1993.

76.   Hart DA, **Green FHY**, Whidden P, Henkin J, Woods DE.  Exogenous rH-urokinase modifies inflammation and *pseudomonas aeruginosa* infection in a rat chronic pulmonary infection model.  *Can J Microbiol* 39: 1127-1134, 1993.

77.   Hart DA, Whidden P, **Green FHY**, Henkin J, Woods DE.  Partial reversal of established Bleomycin-induced pulmonary fibrosis by rH-urokinase in a rat model.  *Clin Invest Med* 17: 69-76, 1994.

78.   Lee M, **Green FHY**, Schoel WM, Schürch S.  Cell-substrate adhesion and metastatic potential of cultured mesothelioma cells induced by asbestos.  *Biochim Biophys Acta* 1226: 151-162, 1994.

79.   Attfield M, Vallyathan V, **Green FHY**.  Radiographic appearances of small opacities and their correlation with pathology grading of macules, nodules and dust burden in the lungs.  *Ann Occup Hyg* 38:783-790, 1994.

80.   De Sanctis GT, **Green FHY**, Jiang X, King M, Remmers JE.  Ventilatory responses to hypoxia in rats pretreated with nonpeptide $NK_1$ receptor antagonist CP-96,345.  *J Appl Physiol* 76(4):1528-1532, 1994.

81.   Rashid A-MH and **Green FHY**.  Pleural pearls following silicosis: a histological and electron microscopic case study.  *Histopathology* 26:84-87, 1995.

82.   Mandhane P, Saifeddine M, **Green FHY**, Hollenberg MD.  Contractile actions of thrombin receptor-derived polypeptides in rat and guinea pig lung parenchymal smooth muscle.  *Proc Western Pharmacol Soc* 38: 93-96, 1995.

83.   Lee MM, Schürch S, Roth SH, Jiang X, Cheng S, Bjarnason S, **Green FHY**.  Effects of acid aerosol exposure on the surface properties of airway mucus.  *Experimental Lung Research* 21:835-851, 1995.

84.   Tough SC, **Green FHY**, Paul JE, Wigle DT, Butt JC.  Sudden death from asthma in 108 children and young adults.  *J Asthma* 33: 179-188, 1996.

85.   Vallyathan V, Brower PS, **Green FHY**, Attfield MD.  Radiographic and pathologic correlation of coal workers pneumoconiosis.  *Am J Resp Crit Care Med* 154: 741-748, 1996.

86.   Gehr P, **Green FHY**, Geiser M, Im Hof V, Lee MM and Schürch S.  Airway surfactant, a primary defense barrier: mechanical and immunological aspects.  *Journal of Aerosol Medicine* 9(2):163-181, 1996.

**Peer-Reviewed Manuscripts (Cont.)**

87.   Kuempel ED, O'Flaherty EJ, Stayner LT, Attfield MD, **Green FHY** and Vallyathan V. Relationships between lung dust burden, pathology and lifetime exposure in an autopsy study of U.S. coal miners. *Annals Occup Hyg* 41(Suppl 1):384-389, 1997.

88.   Vallyathan V, **Green FHY**, Brower P, Attfield M.  The role of coal mine dust exposure in the development of pulmonary emphysema. *Annals Occup Hygiene* 41: Supplement I:352-357, 1997.

89.   De Sanctis GT, Itoh A, **Green FHY**, Qin S, Kimura T, Grobholz JK, Martin TR, Maki T, Drazen JM.  T-lymphocytes regulate genetically determined airway hyperresponsiveness in mice. *Nature Medicine* 3(4):460-462, 1997.

90.   De Sanctis GT, Wolyniec WW, **Green FHY**, Qin S, Jiao A, Finn PW, Noonan T, Joetham AA, Gelfand E, Doerschuk CM, Drazen JM.  Reduction of allergic airway responses in P-selectin-deficient mice. *J Appl Physiol* 83(3):681-687, 1997.

91.   **Green FHY**, Harley R, Vallyathan V, Althouse R, Fick G, Dement J, Mitha R, Pooley F. Exposure and mineralogic correlates of pulmonary fibrosis in chrysotile asbestos workers. *Occupational & Environmental Medicine* 54(8):549-559, 1997.

92.   Vallyathan V, **Green FHY**, Ducatman B, Schulte P.  Roles of epidemiology, pathology, molecular biology and biomarkers in the investigation of occupational lung cancer. *J Toxicol and Environ Health B Crit Rev*, 1:91-116, 1998.

93.   Roth SH, Bjarnason SG, De Sanctis GT, Feroah T, Jiang X, Karkhanis A, **Green FHY**. Ventilatory responses in awake guinea pigs exposed to acid aerosols. *Journal of Toxicology and Environmental Health* (Part A) 54:261-283, 1998.

94.   Salkie ML, Mitchell I, Revers CWB, Karkhanis A, Butt J, Tough S, **Green FHY**.  Postmortem serum levels of tryptase and total and specific IgE in fatal asthma. *Allergy & Asthma Proc* 19(3):131-133, 1998.

95.   Tough SC, Hessel PA, Ruff M, **Green FHY**, Mitchell I, Butt JC.  Features that distinguish those who die from asthma from community controls with asthma. *Journal of Asthma* 35(8):657-665, 1998.

96.   Wong KA, Bano A, Rigaux A, Wang B, Bharadwaj B, Schürch S, **Green F**, Remmers JE and Hasan SU.  Pulmonary vagal innervation is required to establish adequate alveolar ventilation in the newborn lamb. *J Appl Physiol* 85(3):849-859, 1998.

97.   Schürch S, **Green FHY**, Bachofen H.  Formation and structure of surface films: captive bubble surfactometry. *Biochimica et Biophysica Acta* 1408:180-202, 1998.

98.   Hasan SU, Wong KA, Bharadwaj B, Bano A, Schürch S, Rigaux A, **Green FHY**, Wang B, Remmers JA.  The significance of vagal innervation in the establishment of continuous breathing in the newborn lamb.  J Appl Physiol 85:849-859, 1998.

99.   Schenker MB, **Green FHY** et al.  Respiratory health hazards in agriculture, ATS Agricultural Respiratory Diseases. Schenker MB (ed). *Am J Resp Crit Care Med* 158(5pt2): S1-S176, 1998.

**Peer-Reviewed Manuscripts (Cont.)**

100.   De Sanctis GT, MacLean JA, Qin S, Wolyniec WW, Grasemann H, Yandava CN, Jiao A, Noonan T, Stein-Streilein J, **Green FHY**, Drazen JM.  Interleukin-8 receptor modulates IgE production and B-cell expansion and trafficking in allergen-induced pulmonary inflammation. *J Clin Invest* 103:507-515, 1999.

101.   Macek V, Dakhama A, Hogg JC, **Green FHY**, Rubin BK, Hegele RG.  PCR detection of viral nucleic acid in fatal asthma: is the lower respiratory tract a reservoir for common viruses? *Can Respir J* 6(1):37-43, 1999.

102.   Lee MM, **Green FHY**, Roth SH, Karkhanis A, Bjarnason SG and Schürch S.  Sulfuric acid aerosol induces changes in alveolar surface tension in the guinea pig but not in the rat. *Experimental Lung Research* 25(3):229-244, 1999.

103.   Tough SC, Mitchell I, Hessel PA, **Green FHY**, Rose S, Aronson H, Butt JC.  Factors that influence emergency department visits for asthma.  *Can Respir J* 6(5):429-435, 1999.

104.   Hessel PA, Mitchell I, Tough S, **Green FHY**, Cockcroft D, Kepron W, Butt JC.  Risk factors for death from asthma.  Prairie Provinces Asthma Study Group.  *Annals of Allergy, Asthma & Immunology* 83(5):362-368, 1999.

105.   Perry SF, Purohit AM, Boser S, Mitchell I, **Green FHY**.  Bronchial casts of human lungs using negative pressure injection.  *Experimental Lung Research* 26:27-39, 2000.

106.   Carroll NG, Perry S, Karkhanis A, Harji S, Butt J, James AL and **Green FHY**.  The airway longitudinal elastic and collagen fiber network and mucosal folding in patients with asthma. *Am J Resp Crit Care Med* 161:244-248, 2000.

107.   Hessel PA, Gamble JF, Gee JBL, Gibbs G, **Green FHY**, Morgan WKC, Mossman BT.  Silica, silicosis and lung cancer: a response to a recent working group report.  *JOEM* 42(7):704-720, 2000.

108.   Muggenburg BA, Tilley L, **Green FHY**.  Animal models of cardiac disease: potential usefulness for studying health effects of inhaled particles.  *Inhalation Toxicology* 12:901-925, 2000.

109.   Conn CA, **Green FHY**, Nikula KJ. Animal models of pulmonary infection in the compromised host: potential usefulness for studying health effects of inhaled particles. *Inhalation Toxicology* 12:783-827, 2000.

110.   Nikula KJ, **Green FHY**.  Animal models of chronic bronchitis and their relevance to studies of particle-induced disease.  *Inhalation Toxicology* 12(Suppl 4):123-153, 2000.

111.   March TH, **Green FHY**, Hahn FF, Nikula KJ.  Animal models of emphysema and their relevance to studies of particle-induced disease.  *Inhalation Toxicology* 12(Suppl 4):155-187, 2000.

**Peer-Reviewed Manuscripts (Cont.)**

112.   Bice DE, Seagrave JC, **Green FHY**.  Animal models of asthma: potential usefulness for studying health effects of inhaled particles.  *Inhalation Toxicology* 12:829-862, 2000.

113.   Syme RM, Spurrell JCL, Ma LL, **Green FHY**, Mody CH.  Phagocytosis and protein processing are required for presentation of the *Cryptococcus neoformans* mitogen to T lymphocytes. *Infection and Immunity* 68(11):6147-6153, 2000.

114.   Pinkerton KE, **Green FHY**, Saiki C, Vallyathan V, Plopper CG, Gopal V, Hung D, Bahne EB, Lin SS, Ménache MG, Schenker MB.  Distribution of particulate matter and tissue remodeling in the human lung.  *Environmental Health Perspectives* 108(11), 1063-1069, 2000.

115.   **Green FHY**.  Pulmonary responses to inhaled poorly soluble particulate in the human. *Inhalation Toxicology* 12:59-95, 2000.

116.   MacLean JA, De Sanctis GT, Ackerman KG, Drazen JM, Sauty A, DeHaan E, **Green FHY**, Charo IF, Luster AD.  CC chemokine receptor-2 is not essential for the development of antigen-induced pulmonary eosinophilia and airway hyperresponsiveness.  *Journal of Immunology* 154:6568-6575, 2000.

117.   Hessel PA, Gamble JF, Gee JBL, Gibbs G, **Green FHY**, Morgan WKC, Mossman BT.  Silica, silicosis and lung cancer: a response to a recent working group report. *Journal of Occupational and Environmental Medicine* 42(7):704-720, 2000.

118.   ILSI Risk Science Institute Workshop Participants (including **F.H.Y. Green**), The relevance of the rat lung response to particle overload for human risk assessment: a workshop consensus report.  *Inhalation Toxicology* 12:1-17, 2000.

119.   Mathew A, MacLean JA, DeHaan E, Tager AM, **Green FHY**, Luster AD.  Stat6 controls chemokine production and Th2 cell trafficking in allergic pulmonary inflammation. *The Journal of Experimental Medicine* 193(9):1087-1096, 2001.

120.   Nikula KJ, Vallyathan V, **Green FHY**, Hahn FF.  Influence of exposure concentration or dose on the distribution of particulate material in rat and human lungs.  *Environmental Health Perspectives* 109:311-318, 2001.

121.   Kuempel ED, O'Flaherty EJ, Stayner LT, Smith RJ, **Green FHY**, Vallyathan V.  A biomathematical model of particle clearance and retention in the lungs of coal miners: Part I. Model Development.  *Regulatory Toxicology and Pharmacology* 34(1):69-87, 2001.

122.   Lalani S, Remmers JE, **Green FHY**, Bukhari A, Ford GT, Hasan SU.  Effects of vagal denervation on cardiorespiratory and behavioural responses in the newborn lamb.  *Journal of Applied Physiology* 91:2301-2313, 2001.

**Peer-Reviewed Manuscripts (Cont.)**

123.    Finotto S, Neurath MF, Glickman JN, Qin S, Lehr HA, **Green FHY**, Ackerman K, Haley K, Galle PR, Szabo SJ, Drazen JM, De Sanctis GT, Glimcher LH.  Development of spontaneous airway changes consistent with human asthma in mice lacking T-bet.  *Science* 295:336-338, 2002.

124.    Bagshaw SM, Crabtree T, **Green F**, Stewart DA.  ALK-positive anaplastic large T-cell lymphoma preceded by Epstein-Barr virus infection complicated by development of an aorto-esophageal fistula.  *Leukemia and Lymphoma* 43(4):915-918, 2002.

125.    Mitchell I, Semple L, Hessel P, Tough S, **Green F**.  Near fatal asthma: a population-based study of risk factors.  *Chest* 121:1407-1413, 2002.

126.    Tofflemire KM, Hessel PA, **Green FHY**, Yoshida K, Michaelchuk D, Cowie RL.  Respiratory symptoms among Inuit carvers in Nunavut.  *Ann occup Hyg* 46(Supplement 1):304-307, 2002.

127.    Syme RM, Spurrell JCL, Amankwah EK, **Green FHY**, Mody CH.  Primary dendritic cells phagocytose *Cryptococcus neoformans* via mannose receptors and Fcγ receptor II for presentation to T lymphocytes.  *Infection and Immunity* 70(11):5972-5981, 2002.

128.    **Green FHY**.  Overview of pulmonary fibrosis.  *Chest* 122:334S-339S, 2002.

129.    Tesfaigzi Y, Fischer MJ, Daheshia M, **Green FHY**, De Sanctis GT.  Bax is crucial for IFNγ-induced resolution of allergen-induced mucous cell metaplasia. *J Immunol* 169(10):5919-5925, 2002.

129 B    Syme RM, Spurrell JC, Amankwah EK, Green FH, Mody CH. Primary dendritic cells phagocytose Cryptococcus neoformans via mannose receptors and Fcγ receptor II for presentation to T lymphocytes. Infection and immunity. 2002 Nov;70(11):5972-81.

130.    Andonegui G, Bonder CS, **Green F**, Mullaly SC, Zbytnuik L, Raharjo E, Kubes P.  Endothelium-derived Toll-like receptor-4 is the key molecule in LPS-induced neutrophil sequestration into lungs.  *The Journal of Clinical Investigation* 111:1011-1020, 2003.

131.    Krein PM, Sabatini PJB, Tinmouth W, **Green FHY**, Winston BW.  Localization of insulin-like growth factor-I in lung tissues of patients with acute respiratory distress syndrome.  *Am J Resp Crit Care Med* 167(1):83-90, 2003.

132.    Lee MM, **Green FHY**, Schürch S, Cheng S, Bjarnason SG, Leonard S, Wallace W, Vallyathan V, Possmayer F.  Comparison of inhibitory effects of oxygen radicals and calf serum protein on surfactant activity.  *Molecular and Cellular Biochemistry* 259:15-22, 2004.

133.    Hjoberg J, Le L, Imrich A, Haley KJ, **Green FHY**, Shore S, Silverman ES.  Induction of early growth response factor in human airway smooth muscle.  *American Journal of Physiology (Lung Cellular and Molecular Physiology* 286(4):L817-L825, April 2004.

**Peer-Reviewed Manuscripts (Cont.)**

134.  Guidotti TL, Miller A, Christiani D, Wagner G, Balmes J, Harber P, Brodkin CA, Rom W, Hillerdal G, Harbut M, **Green FHY**.  The diagnosis and initial management of nonmalignant diseases related to asbestos.  *American Journal of Respiratory and Critical Care Medicine* 170(6):691-715, September 15, 2004.

135.  Honma K, Abraham JL, Chiyotani K, de Vuyst P, Dumortier P, Gibbs AR, **Green FHY**, Hosoda Y, Iwai K, Williams WJ, Kohyama N, Ostiguy G, Roggli VL, Shida H, Taguchi O, Vallyathan V.  Proposed Criteria for Mixed-Dust Pneumoconiosis: Definition, Descriptions, and Guidelines for Pathologic Diagnosis and Clinical Correlation.  *Hum Pathol* 35:1515-1523, 2004.

136.  MacEachern PR, Viner S, **Green FHY**, Helmersen D.  Lymphangioleiomyomatosis presenting as severe pulmonary hypertension.  *Chest* 126 (Suppl 4):978S-979S, 2004.

137.  Naidoo RN, Robins TG, Murry J, **Green FH**, Vallyathan V.  Validation of autopsy data for epidemiologic studies of coal miners.  *Am J Ind Med* 47(1):83-90, 2005.

138.  Boser SR, Park H, Perry SF, Menache MG, **Green FHY**.  Fractal geometry of airway remodeling in human asthma.  *American Journal of Respiratory and Critical Care Medicine* 172:817-823, 2005.

139.  Koetzler R, Saifeddine M, Zhenguo Y, Schurch FS, Hollenberg MD, **Green FHY**.  Surfactant as an airway smooth muscle relaxant, *Am J Respir Cell Mol Biol* 34:1-7, 2006.

140.  **Green FHY**, Butt JC, James AL, Carroll NG.  Abnormalities of the bronchial arteries in asthma.  *Chest* 130:1025-1033, 2006.

141.  Clark SR, Ma AC, Tavener SA, McDonald B, Goodarzi Z, Sinclair GD, French EM, Allen-Vercoe E, De Vinney R, Doig CJ, **Green FHY**, Kubes P.  Platelet toll-like receptor-4 activates neutrophil extracellular traps to ensnare bacteria in endotoxemic and septic RTM.  *Nature Medicine* 13(4):463-469, March 2007 [PMID: 17384648].

142.  **Green FHY**, Vallyathan V, Hahn FF.  Comparative pathology of environmental lung disease: an overview.  *Toxicologic Pathology* 35:136-147, January 2007 [PMID: 17325982].

143.  Guidotti TL, Miller A, Christiani DC, Wagner G, Balmes J, Harber P, Brodkin CA, Rom W, Hillerdal G, Harbut M, **Green FHY**.  Nonmalignant asbestos-related disease: diagnosis and early management.  *J Clin Pulm Med* 14:82-92, 2007.

144.  Keys E, Brownlee C, Ruff M, Baxter C, Steele L, **Green FHY**.  How well do we communicate autopsy findings to next of kin?  *Arch Pathol Lab Med* 132:66-71, March 2008 [PMID: 18181676].

**Peer-Reviewed Manuscripts (Cont.)**

145.    Cohen Robert AC, Patel Aiyub, **Green Francis HY**.  Lung disease caused by exposure to coal mine and silica dust.  *Seminars in Respiratory and Critical Care Medicine* 29(6):651-661, December 2008 [PMID: 19221963].

146.    Schwalm K, Stevens JF, Jiang Z, Schuyler MR, Schrader R, Randell SH, **Green FHY**, Tesfaigzi Y.  Expression of the pro-apoptotic protein Bax B reduced in bronchial mucous cells of asthmatics.  *Am J Physiol* 294:1102-1109, June 2008 [PMID: 18390829].

147.    James AL, **Green FHY**, Abramson MJ, Bai TR, Dolhnikoff M, Mauad T, McKay KO, Elliot JG. Airway basement membrane perimeter distensibility and airway smooth muscle area in asthma.  *Journal of Applied Physiology* 104(6):1703-1708, June 2008 [PMID: 18369095].

148.    **Green FHY**, Hiroshi T.  Small airways disease of asthma and COPD:  Bronchial cast and pathological approach.  *Respiration Research* 28(5):568-572. 2009.

149.    Gahlot L, **Green FHY**, Rigaux A, Schneider JM, Hasan SU.  Role of vagal innervation in pulmonary surfactant system during fetal development.  *Journal of Applied Physiology* 106(5):1641-1649, May 2009 [PMID: 19299572].

150.    Kuempel E, Wheeler M, Smith RJ, Vallyathan V, **Green FHY**.  Contributions of dust exposure and cigarette smoking to emphysema severity in U.S. coal miners in the United States.  *American Journal of Respiratory and Critical Care Medicine* 180(3):257-264, August 2009 [PMID: 19423717].

151.    Kuempel ED, Vallyathan V, **Green FHY**.  Emphysema and pulmonary impairment in coal miners: quantitative relationship with dust exposure and cigarette smoking.  *J Physics: Conference Series* 151:108, 2009.

152.    **Green FHY**, Keys E.  In Reply (Letter to the Editor).  *Archives of Pathology and Laboratory Medicine* 133(4):510-511, April 2009.

153.    James AL, Bai TR, Mauad T, Abramson MJ, Dolhnikoff M, McKay KO, Maxwell PS, Elliot JG, **Green FHY**.  Airway smooth muscle thickness in asthma is related to severity but not duration of asthma.  *Eur Resp J* 34(5):1040-1045, November 2009 [PMID: 19282340].

154.    Schenker MB, Pinkerton KE, Mitchell D, Vallyathan V, Elvine-Kreis B, **Green FHY**. Pneumoconiosis from agricultural dust exposure among young California farmworkers.  *Environ Health Perspect* 117(6):988-994, June 2009 [PMID: 19590695].

155.    Hwang J, Puttagunta L, **Green F**, Shimanovsky A, Barrie J, Long R.  Bronchial anthracofibrosis and tuberculosis in immigrants to Canada from the Indian subcontinent.  *Int J Tuberc Lung Dis* 14(2):231-237, February 2010 [PMID: 20074416].

**Peer-Reviewed Manuscripts (Cont.)**

156.  **Green FH**, Williams DJ, James A, McPhee LJ, Mitchell I, Mauad T.  Increased myoepithelial cells of bronchial submucosal glands in fatal asthma.  *Thorax* 65(1):32-38, January 2010 [PMID: 19996346].

157.  Phillips JI, **Green FHY**, Davies JCA, Murray J.  Pulmonary and systemic toxicity following exposure to nickel nanoparticles.  *American Journal of Industrial Medicine* 53:763-767, August 2010 [PMID: 20623660].

158.  Kallas M, **Green F**, Hewison M, White C, Kline G.  Rare causes of calcitriol mediated hypercalcemia: a case report and literature review.  *Journal of Clinical Endocrinology and Metabolism* 95:3111-3117, July 2010 [PMID: 20427501].

159.  Wang L, **Green FHY**, Smiley-Jewell SM, Pinkerton K.  Susceptibility of the aging lung to environmental injury.  *Seminars in Respiratory and Critical Care Medicine* 31(5):539-553, October 2010 [PMID: 20941655].

160.  Pilsczek F, Poon K, Fahey C, Sibley CD, Robbins SM, Salina D, **Green FHY**, Surette MG, Kubes P.  A novel mechanism of rapid nuclear neutrophil extracellular trap formation in response to *Staphylococcus aureus*. *The Journal of Immunology* 185(12):7413-7425, December 2010 [PMID: 21098229].

161.  Saxena RK, McClure ME, Hays MD, **Green FHY**, McPhee LJ, Vallyathan V, Gilmour MI.  Quantitative assessment of elemental carbon in the lungs of never smokers, cigarette smokers and coal miners.  *J Toxicology & Environmental Health* 74(11):706-715, 2011 [PMID: 21480045].

162.  Vallyathan V, Landsittel D, Petsonk E, Jeffery K, Parker J, Tofflemire Osiowy K, **Green FHY**.  The influence of dust standards on the prevalence and severity of coal workers' pneumoconiosis at autopsy in the United States of America, submitted to *Archives of Pathology & Laboratory Medicine* 135(12):1550-1556, December 2011 [PMID: 22120182].

163.  El Mays T, Saifeddine M, Choudhury P, Hollenberg M, **Green FHY**. Carbon dioxide enhances substance P-induced, epithelium-dependent bronchial smooth muscle relaxation in Sprague Dawley rats.  *Canadian Journal of Physiology and Pharmacology* 89(7):513-520, July 2011 [PMID: 21812529].

164.  Thon J, Keys E, Park H, Been E. The fractal geometry of blood clots. Canadian Acoustics. 2011 Dec 1;39(4):57-60.

164.  Feng X, Zhao L, Han G, Khalil M, **Green F**, Ogilvie T, Krause V.  A case report of an extremely rare and aggressive tumor: primary malignant pericardial mesothelioma.  *Rare Tumors* 4:e21, April 2012 [PMID: 22826778].

165.  James AL, Elliot JG, Jones RL, Carroll ML, Mauad T, Bai TR, Abramson MJ, McKay KO, **Green FHY**.  Airway smooth muscle hypertrophy and hyperplasia in asthma. *American Journal of Respiratory and Critical Care Medicine* 185(10): 1058-1064, May 2012.

**Peer-Reviewed Manuscripts (Cont.)**

166. James A, Mauad T, Abramson M**, Green F**.  Airway smooth muscle hypertrophy and hyperplasia in asthma.  *Am J Respir Crit Care Med* 186(6):568; author reply 569, Sept 2012.

167. Alton EW, Boushey HA, Garn H, **Green FH**, Hodges M, Martin RJ, Murdoch RD, Renz H, Shrewsbury SB, Seguin R, Johnson G, Parry JD, Tepper J, Renzi P, Cavagnaro J, Ferrari N. Clinical expert panel on monitoring potential lung toxicity of inhaled oligonucleotides: consensus points and recommendations.  *Nucleic Acid Ther* 22(4):246-254, Aug 2012.

168. Smith M, Boyle M, Castranova V, Elmore S, Francke S**, Green F**, Grubor B, Hubbs A, Lavergne F, Masset D, Mazue G, McKinney L, Meyer D, Mog S, Panter KE, Reimschuessel R, Stegelmeier BL, Steinbach T, von Beust B, Zhang J, Fagerland J.  The role of the toxicologic pathologist in governmental agencies.  *National Toxicology Program (NTP), National Institute of Environmental Health Sciences (NIEHS)*, 2014, in press.

169. **Green FHY**, Pinkerton KE. Environmental determinants of lung aging. In: *The Lung: Development, Aging and the Environment.* Chapter 27. Harding R, Pinkerton KE, Plopper CG, (eds.), 2nd Edition, Elsevier's Academic Press, 471-478, 2014.

170. Andonequi G, Krein PM, Mowat C, Brisebois R, Doig C**, Green FHY**, Leger C, Winston BW. Enhanced production of IGF-I in the lungs of fibroproliferative ARDS patients. *Physiological Reports*. 2014 October;2(11):1-12.

171. Tamer Y El Mays, Parichita Choudhury, Richard Leigh, Emmanuel Koumoundouros, Joanne Van der Velden, Grishma Shrestha1, Cora A Pieron, John H Dennis, **Francis HY Green a**nd Ken J Snibson. Nebulized perflubron and carbon dioxide rapidly dilate constricted airways in an ovine model of allergic asthma. Respiratory Research.2014 August:15:98.

172. Porter KL, **Green FHY**, Harley RA, Vallyathan V, Castranova V, Waldron NR, Leonard SS, Nelson DE, Lewis JA, Jackson DA. (2015). Evaluation of the Pulmonary Toxicity of Ambient Particulate Matter from Camp Victory, Iraq. Journal of Toxicology and Environmental Health, Part A. 78: 23-24.

173. Elliot J, Budgeon C, Harji S, Jones R, James A, **Green F**. (2015). The Effect of Asthma on the Perimeter of the Basement Membrane. Journal of Applied Physiology. 119(10): 1114-1117.

174. Elliot JG, Jones RL, Abramson MJ, **Green FH,** Mauad T, McKay KO, Bai TR, James AL. (2015). Distribution of airway smooth muscle remodelling in asthma: Relation to airway inflammation.Respirology. 20: 66-72.

175. Cohen RA, Petsonk EL, Rose C, Young B, Regier M, Najmuddin A, Abraham JL, Churg A, **Green FH**. (2015). Lung Pathology in U.S. Coal Workers with Rapidly Progressive

Pneumoconiosis Implicates Silica and Silicates. American Journal of Respiratory and Critical Care Medicine, 193(6) (2016): 673-680.

**Peer-Reviewed Manuscripts (Cont.)**

176.    Reply: Coal Mine Dust Lung Disease That Persists below the Surface of Surveillance: Down Under. Cohen RA, Rose C, Petsonk EL, Abraham JL, **Green FH**, Churg A.
Am J Respir Crit Care Med. 2016 Sep 15;194(6):773-4.

177.    Semple, HA, Sloley BD, Cabanillas J, Chiu A, Aung SKH, **Green FHY**. (2015). Toxicology of a Peruvian Botanical Remedy to Support Healthy Liver Function. Journal of Complementary and Integrative Medicine 13(2) (2016): 163-173

178.    **Green, F.H.,** Leigh, R., Fadayomi, M., Lalli, G., Chiu, A., Shrestha, G., ElShahat, S.G., Nelson, D.E., El Mays, T.Y., Pieron, C.A. and Dennis, J.H., 2016. A phase I, placebo-controlled, randomized, double-blind, single ascending dose-ranging study to evaluate the safety and tolerability of a novel biophysical bronchodilator (S-1226) administered by nebulization in healthy volunteers. *Trials*, *17*(1), p.361.

179.    **Green, Francis HY,** Richard Leigh, Morenike Fadayomi, Gurkeet Lalli, Andrea Chiu, Grishma Shrestha, Sharif G. ElShahat et al. "A phase I, placebo-controlled, randomized, double-blind, single ascending dose-ranging study to evaluate the safety and tolerability of a novel biophysical bronchodilator (S-1226) administered by nebulization in healthy volunteers." Trials 17, (1) (2016): 361.

180.    Nelson, Sultan L., Dustin T. Proctor, Ahmad Ghasemloonia, Sanju Lama, Kourosh Zareinia, Younghee Ahn, Mustafa R. Al-Saiedy, **Francis HY Green,** Matthias W. Amrein, and Garnette R. Sutherland. "Vibrational Profiling of Brain Tumors and Cells." *Theranostics* 7, no. 9 (2017): 2417.

181.    Rosner, S.R., Pascoe, C.D., Blankman, E., Jensen, C.C., Krishnan, R., James, A.L., Elliot, J.G., **Green, F.H.,** Liu, J.C., Seow, C.Y. and Park, J.A., 2017. "The actin regulator zyxin reinforces airway smooth muscle and accumulates in airways of fatal asthmatics." PloS one 12, no. 3 (2017): e0171728.

182.    Al-Saiedy, Mustafa, Ali Tarokh, Sultan Nelson, Kiavash Hossini, **Francis Green**, Chang-Chun Ling, Elmar J. Prenner, and Matthias Amrein. "The role of multilayers in preventing the premature buckling of the pulmonary surfactant." Biochimica et Biophysica Acta (BBA)-Biomembranes 1859, no. 8 (2017): 1372-1380.

183.    Gunasekara, Lasantha, Mustafa Al-Saiedy, **Francis Green**, Ryan Pratt, Candice Bjornson, Ailian Yang, W. Michael Schoel et al. "Pulmonary surfactant dysfunction in pediatric cystic fibrosis: Mechanisms and reversal with a lipid-sequestering drug." Journal of Cystic Fibrosis 16, no. 5 (2017): 565-572.

185.    Boser, S.R., Mauad, T., de Araújo-Paulino, B.B., Mitchell, I., Shrestha, G., Chiu, A., Butt, J., Kelly, M.M., Caldini, E., James, A. and **Green, F.H.** "Myofibroblasts are increased in the lung parenchyma in asthma." *PloS one* 12, no. 8 (2017): e0182378.

**Peer-Reviewed Manuscripts (Cont.)**

186.    Al-Saiedy, M., R. Pratt, P. Lai, E. Kerek, H. Joyce, E. Prenner, **F. Green** et al. "Dysfunction of pulmonary surfactant mediated by phospholipid oxidation is cholesterol-dependent." Biochimica et biophysica acta 1862, no. 4 (2018): 1040.

187.    Al-Saiedy, Mustafa, Lasantha Gunasekara, Francis Green, Ryan Pratt, Andrea Chiu, Ailian Yang, John Dennis et al. "Surfactant Dysfunction in ARDS and Bronchiolitis is Repaired with Cyclodextrins." *Military medicine* 183, no. suppl_1 (2018): 207-215.

188.    Lowers, Heather A., George N. Breit, Matthew Strand, Renee M. Pillers, Gregory P. Meeker, Todor I. Todorov, Geoffrey S. Plumlee, F Green et al "Method to characterize inorganic particulates in lung tissue biopsies using field emission scanning electron microscopy." *Toxicology mechanisms and methods* Vol 28, issue7 (2018): 1-13.

189.    Donovan GM, Elliot JG, Green FH, James AL, Noble PB. Unravelling a Clinical Paradox-Why Does Bronchial Thermoplasty Work in Asthma? American journal of respiratory cell and molecular biology. 2018 Apr 18(ja).

190.    Elliot JG, Noble PB, Mauad T, Bai TR, Abramson MJ, McKay KO, Green FH, James AL. Inflammation-dependent and independent airway remodelling in asthma. Respirology. 2018 Dec;23(12):1138-45.

191    James AL, Noble PB, Drew SA, Mauad T, Bai TR, Abramson MJ, McKay KO, Green FH, Elliot JG. Airway smooth muscle proliferation and inflammation in asthma. Journal of Applied Physiology. 2018 Oct 1;125(4):1090-6.

192.    Jendzjowsky, Nicholas G., Arijit Roy, Nicole O. Barioni, Margaret M. Kelly, Francis HY Green, Christopher N. Wyatt, Richard L. Pye, Luana Tenorio-Lopes, and Richard JA Wilson. "Preventing acute asthmatic symptoms by targeting a neuronal mechanism involving carotid body lysophosphatidic acid receptors." *Nature communications* 9, no. 1 (2018): 4030.

193    Swystun V, Green FH, Dennis JH, Rampakakis E, Lalli G, Fadayomi M, Chiu A, Shrestha G, El Shahat SG, Nelson DE, El Mays TY. A phase IIa proof-of-concept, placebo-controlled, randomized, double-blind, crossover, single-dose clinical trial of a new class of bronchodilator for acute asthma. Trials. 2018 Dec;19(1):321.

194.    Donovan, Graham M., John G. Elliot, Stacey R. Boser, Francis HY Green, Alan L. James, and Peter B. Noble. "Patient-specific targeted bronchial thermoplasty: predictions of improved outcomes with structure-guided treatment." *Journal of Applied Physiology* (2019).

195.    Donovan GM, Elliot JG, Green FHY, James AL, Noble PB. Reply to: Comment on "Unraveling a Clinical Paradox: Why Does Bronchial Thermoplasty Work in Asthma?" Am J Respir Cell Mol Biol. 61(5):661-663, 2019

196. Cummings KJ, Stanton ML, Nett RJ, Segal LN, Kreiss K, Abraham JL, Colby TV, Franko AD, Green FHY, Sanyal S, Tallaksen RJ, Wendland D, Bachelder VD, Boylstein RJ, Park JH, Cox-Ganser JM, Virji MA, Crawford JA, Green BJ, LeBouf RF, Blaser MJ, Weissman DN. Severe lung disease characterized by lymphocytic bronchiolitis, alveolar ductitis, and emphysema in industrial machine manufacturing workers. Am J Ind Med. 2019; DOI:10.1002/ajim.23038.

197. Detampel P, Ganguly A, Tehranian S, Green F, Singha S, Santamaria P, Jeje AA, Cho CS, Petri B, Amrein MW. In vivo clearance of nanoparticles by transcytosis across alveolar epithelial cells. PLoS One. 14(9): e0223339, 2019

198. Swain MG, Wallace JL, Tyrrell DL, Cabanillas J, Aung SKH, Liu H, Finnie-Carvalho L, Shrestha G, Semple HA, Green FHY. Efficacy of a Peruvian Botanical Remedy (Sabell A4+) for Treating Liver Disease and Protecting Gastric Mucosal Integrity. Evid Based Complement Alternat Med. 2019:5486728, 2019

199. Elliot JG, Donovan GM, Wang KC, Green FH, James AL, Noble PB. Fatty airways: implications for obstructive disease. European Respiratory Journal. 2019 Dec 1;54(6).

200. Cohen RA, Orandle M, Hubbs AF, Almberg KS, Go LH, Clingerman S, Fluharty K, Dodd T, Rose CS, Abraham JL, Sanyal S. Pathologic Type of Progressive Massive Fibrosis in the National Coal Workers' Autopsy Study (NCWAS) 1971-1996. InB25. OCCUPATIONAL EXPOSURES INCLUDING DEPLOYMENT RELATED, MINING, AND AGRICULTURE 2019 May (pp. A2758-A2758). American Thoracic Society.

Go L, Lowers HA, Sanyal S, Abraham JL, Green FH, Franko A, Murray J, Vorajee NI, Rose CS, Zell-Baran L, Petsonk EL. Mineralogic analysis of lung tissue from a former coal miner with rapidly progressive pneumoconiosis and progressive massive fibrosis. InA49. CASE REPORTS IN LUNG DISEASE ASSOCIATED WITH INHALATIONAL EXPOSURES 2019 May (pp. A1820-A1820). American Thoracic Society.

200. Miller M, Rosenthal P, Weng N, Pham A, Hur GY, Elliot J, Green FH, James A, Broide DH. Chromosome 17q21 SNP rs8076131 risk allele associates with airway smooth muscle hypertrophy in fatal asthma. Clinical & Experimental Allergy. E-pub Aug. 2020

201. Pascoe CD, Green FH, Elliot JG, James AL, Noble PB, Donovan GM. Airway remodelling with spatial correlations: Implications for asthma pathogenesis. Respiratory Physiology & Neurobiology. 2020 Aug 1;279:103469.

202. Wu BG, Kapoor B, Cummings KJ, Stanton ML, Nett RJ, Kreiss K, Abraham JL, Colby TV, Franko AD, Green FH, Sanyal S. Evidence for environmental–human microbiota transfer at a manufacturing facility with novel work-related respiratory disease. American journal of respiratory and critical care medicine. 2020 Dec 15;202(12):1678-88.

203. Sarver E, Keles C, Lowers H, Zulfikar R, Zell-Baran L, Vorajee N, Sanyal S, Rose CS, Petsonk EL, Murray J, Green FH. Mineralogic Analysis of respirable dust from 24 underground coal

mines in four geographic regions of the United States. InA105. SILICA, INORGANIC DUST, AND MINING 2020 May (pp. A2635-A2635). American Thoracic Society.

204.    Go L, Abraham JL, Lowers H, Sanyal S, Almberg KS, Cool C, Franko A, Green FH, Murray J, Petsonk EL, Rose CS. Mineralogic analysis of lung tissue from US coal miners demonstrates greater silica burden in modern cases of progressive massive fibrosis. InA105. SILICA, INORGANIC DUST, AND MINING 2020 May (pp. A2631-A2631). American Thoracic Society.

206.    Almberg KS, Zell-Baran L, Abraham JL, Cool C, Franko A, Green FH, Murray J, Sanyal S, Vorajee N, Go L, Rose CS. Intra-and Inter-Rater Reliability of Pathologic Classification of Type of Progressive Massive Fibrosis Among Deceased US Coal Miners. InA105. SILICA, INORGANIC DUST, AND MINING 2020 May (pp. A2632-A2632). American Thoracic Society.

207.    Zell-Baran L, Almberg KS, Go L, Cohen RA, Iwaniuk C, Halldin CN, Abraham JL, Cool C, Franko A, Green FH, Murray J. Contemporary Coal Miners with Progressive Massive Fibrosis Have Shorter Mining Tenures Compared to Their Historic Counterparts. InTP61. TP061 RESIDENTIAL AND OCCUPATIONAL EXPOSURES: WHERE WE LIVE, WORK, AND BREATHE 2021 May (pp. A3035-A3035). American Thoracic Society.

208.    Cohen RA, Rose CS, Go LH, Zell-Baran L, Almberg KS, Sarver E, Lowers H, Iwaniuk C, Clingerman S, Richardson D, Abraham JL. Pathologic Findings of Progressive Massive Fibrosis in Contemporary Coal Miners Show Features of Accelerated Silicosis Compared to Historical Cases. InTP61. TP061 RESIDENTIAL AND OCCUPATIONAL EXPOSURES: WHERE WE LIVE, WORK, AND BREATHE 2021 May (pp. A3034-A3034). American Thoracic Society.

209.    Go L, Abraham JL, Almberg KS, Cool C, Franko A, Green FH, Murray J, Rose CS, Sanyal S, Vorajee N, Zell-Baran L. Increase in the Proportion of Silica-Type Progressive Massive Fibrosis Suggested Over the History of the National Coal Workers' Autopsy Study. InTP61. TP061 RESIDENTIAL AND OCCUPATIONAL EXPOSURES: WHERE WE LIVE, WORK, AND BREATHE 2021 May (pp. A3038-A3038). American Thoracic Society.

210.    Shrestha G, Githumbi R, Oslanski B, Venkova D, Lachman N, Montgomery B, Jarand J, Bjornson CL, Parkins M, Skolnik K, Fairservice L, Claire Smith, Francis Green, Mark Montgomery. A Phase IIa Open Label Study to Evaluate the Safety, Tolerability and Efficacy of S-1226 Administered by Nebulization in Subjects with Cystic Fibrosis Lung Disease. medRxiv. 2021 Jan 1.

211    Hackmann MJ, Elliot JG, Green FH, Cairncross A, Cense B, McLaughlin RA, Langton D, James AL, Noble PB, Donovan GM. Requirements and limitations of imaging airway smooth muscle throughout the lung in vivo. Respiratory Physiology & Neurobiology. 2022 Mar 15:103884.

212     Cohen RA, Rose CS, Go LH, Zell-Baran LM, Almberg KS, Sarver EA, Lowers HA, Iwaniuk C, Clingerman SM, Richardson DL, Abraham JL, Green FHY. Pathology and Mineralogy Demonstrate Respirable Crystalline Silica is a Major Cause of Severe Pneumoconiosis in US Coal Miners. Annals of the American Thoracic Society. 2022 Mar 30(ja).

213     Zell-Baran L, Go LH, Sarver E, Almberg KS, Iwaniuk C, Green FH, Abraham JL, Cool C, Franko A, Hubbs AF, Murray J. Mining tenure and job duties differ among contemporary and historic underground coal miners with progressive massive fibrosis. Journal of Occupational and Environmental Medicine, 2023,*65*(4), p.315

214     James AL, Donovan GM, Green FH, Mauad T, Abramson MJ, Cairncross A, Noble PB, Elliot JG. Heterogeneity of airway smooth muscle remodeling in asthma. American Journal of Respiratory and Critical Care Medicine. 2023 Feb 15;207(4):452-60.

215     Carlyne D. Cool, MD, Jill Murray, MBBCh, Naseema I. Vorajee, MBBCh, Cecile S. Rose MD, MPH, Lauren M. Zell-Baran MPH, Soma Sanyal, MD, Angela D. Franko, MD, Kirsten S. Almberg, PhD, Cayla Iwaniuk, MPH, Leonard H. T. Go, MD, Francis H. Y. Green, MBChB, MD, Robert A. Cohen MD.
Pathologic findings in severe coal workers' pneumoconiosis in contemporary US coal miners. Archives of Pathology and Laboratory Medicine Aug. 2023, Oct 18.

**(ii)     <u>Non-Peer Reviewed Manuscripts</u>**

1.     Gnepp DR, **Green FHY**. Scanning electron microscopy of collecting lymphatics, the thoracic duct and their valves. In: *Progress in Lymphology*. Weissleder M *et al*. (eds), Proceedings of the VII International Conference of Lymphology, Florence, 1979. Czechoslovak Medical Press, Prague, 1981.

2.     **Green FHY**. Status of coal workers' pneumoconiosis research: Pathology and pathogenesis. In: *Proceedings of Thirteenth Annual Institute on Coal Mining Health, Safety and Research*. Karnis M, *et al*. (eds), Published by Virginia Polytechnic Institute and State University, Blacksburg, VA, 167-177, 1982.

3.     Bernstein RS, McCawley MA, Attfield MD, **Green FHY**, Dollberg D, Baxter PJ, Merchant JA. Epidemiologic assessment of the risk for adverse pulmonary effects from persistent occupational exposures to Mount St. Helen's volcanic ash (Tephra). In: *Mount St. Helens: One Year Later*, Keller SAC (ed), Eastern Washington University Press, Cheney, Washington, pp. 207-213, 1982.

4.     **Green FHY**, Dollberg D, Tucker JH, Kiessling P. Toxicity of Mount St. Helen's volcanic ash and relevance to mining populations. In: *Health Issues Related to Metal and Nonmetalic Mining*. Wagner WL, et al. (eds), Ann Arbor Science Book, Butterworth Publisher, 105-122, 1983.

5.      **Green FHY**, Ortmeyer C, Althouse R, Vallyathan V, Merchant JA.  The National Coal Workers' Autopsy Study: 10 Years Experience.  In:  *Occupational Lung Disease*, Morgan SKC, Brooks S (eds), Raven Press, New York, 242, 1984.

6.      Street MR, Freedman AP, Oberdoerster G, **Green FHY**, *et al.*  Clearance of magnetite particles from the lungs of rats during exposure to coal dust and diesel exhaust.  In:  *Proceedings of the Fifth World Conference on Biomagnetism*, Weinbert H, Stroink G, Katila T (eds), Pergamon Press, New York, 438-442, 1985.

7.      **Green FHY**, Althouse R, Frost JL, Wheeler RW, Shores SK. Forensic investigation of coal mine fatalities.  In:  Wheeler RW (ed), *Proceedings International Conference on the Health of Miners*.  *Am Conf Gov Indust Hyg* 117-124, 1986.

8.      Lewis TR, **Green FHY**, Moorman WJ, Burg JAR, Lynch DW.  A chronic inhalation toxicity study of diesel engine emissions and coal dust, alone and combined.  In*:  Carcinogenic and Mutagenic Effects of Diesel Engine Exhaust.*  Ishinishi N, Koizumi A, McClellan RO, Stober W (eds).  Elsevier Science Publishing Co., New York, NY, pp. 361-380, 1986.

9.      Jafari B, Delal N, Vallyathan V, **Green FHY**.  Detection of organic free radicals in coal dust exposed lung tissue and correlation with histopathological parameters.  In:  *Proceeding International Symposium on Respirable Dust*.  PA State University Press, pp. 223-225, 1988.

**Non-Peer Reviewed Manuscripts (Cont.)**

10.    Dalal NS, Suryan MM, Jafari B, Shi X, Vallyathan V, **Green FHY**. Electron spin resonance detection of reactive free radicals in fresh coal dust and quartz dust and its implications to pneumoconiosis and silicosis. In: *Health Effects in the Mineral Industries*. R.L. Frahtz and R. Ramani (eds.), Pennsylvania State University Press, 1988, pp. 24-29.

11.    **Green FHY**. Health problems associated with inhalation of toxic gases. In: *Proceedings of International Conference on Hydrogen Sulphide Toxicity*. Prior MG, Roth SH, Green FHY, Hulbert WC, Reiffenstein R (eds), University of Alberta Press, pp. 157-170, 1990.

12.    Stettler LE, Tucker JH, Riley RD, Platek SF, Masters JP, **Green FHY**. Inorganic particles in coal miners' lungs. In*: Proceedings VII International Pneumoconiosis Conference*. Glenn W, Reger RB, *et al*. (eds), DHHS (NIOSH). Publication #90-108, pp. 1532-1533, 1990.

13.    Hu SN, Vallyathan V, **Green FHY**, Weber KC. Pulmonary arteriolar muscularization in coal workers pneumo-coniosis. *Proceedings VIIth International Pneumo-coniosis Conference*. Glenn W, Reger RB, *et al*. (eds), DHHS (NIOSH). Publication #90-108, pp. 1526-1534, 1990.

14.    **Green FHY**, Balu A. DNA flow cytometric analysis of mesothelial cells exposed in vivo to asbestos. In: *Proceedings VIIth International Pneumoconiosis Conference*. Glenn W, Reger RB, *et al*. (eds), DHHS (NIOSH). Publication #90-108, pp. 1320-1329, 1990.

15.    Dalal NS, Jafari B, Vallyathan V, **Green FHY**. Cyto-toxicity and spectroscopic investigations of organic free radicals in fresh and state coal dust. *Proc. VIIth International Pneumoconiosis Conference*, NIOSH. Publication #90-108, pp. 1470-1477, 1990.

16.    **Green FHY**, Lopez A, Balu A, Prior M. Effect of vagal tachykinin depletion on hydrogen sulphide toxicity in rats. *Proceedings VIIth International Pneumoconiosis Conference*. Glenn W, Reger RB, *et al*. (eds), DHHS (NIOSH). Publication #90-108, pp. 607-617, 1990.

17.    Lee MM, **Green FHY**, Bjarnason S, Zhang Y, Schürch S. Surface properties of airway mucus exposed to acid aerosol. In: *Biofluid Mechanics. Proceedings of 3rd International Symposium*. Liepsch D (ed.), VDI Verlag, N: 107, 1994, pp. 133-144.

18.    Roth SH, **Green FHY**, Jiang X, Bjarnason S. Investigations into the mechanisms of acid aerosol induced lung injury. *Proceedings of the Acidifying Emissions Symposium*, Red Deer, April 1996.

19.    **Green FHY**, Brower P, Vallyathan V, Attfield M. Coal mine dust exposure and type of pulmonary emphysema in coal workers. *The Ninth International Conference on Occupational Respiratory Diseases*, Kyoto, Japan, 1997. Published in Advances in the Prevention of Occupational Respiratory Diseases, Chiyotani K, Hosoda Y, Aizawa Y (eds), Elsevier, 948-943, 1998.

**Non-Peer Reviewed Manuscripts (Cont.)**

20.    Hahn FF, **Green FHY**, Nikula KJ, Vallyathan V.  Comparative pulmonary responses of humans and animals to dust exposures.  *The Ninth International Conference on Occupational Respiratory Diseases*, Kyoto, Japan, 1997.  Published in Advances in the Prevention of Occupational Respiratory Diseases, Chiyotani K, Hosoda Y, Aizawa Y (eds), Elsevier, 974-980, 1998.

21.    **Green FHY**, Althouse R, Parker J, Kahn J, Weber K, Vallyathan V.  Trend in the prevalence of coal workers   pneumoconiosis in U.S. autopsied coal miners. *The Ninth International Conference on Occupational Respiratory Diseases*, Kyoto, Japan, 1997.  Published in Advances in the Prevention of Occupational Respiratory Diseases, Chiyotani K, Hosoda Y, Aizawa Y (eds), Elsevier, 145-148, 1998.

22.    **Green FHY**, Boser S, Roth SH, Nikula K, Hahn F, Vallyathan V.  Comparative pulmonary responses of humans and animals to air pollutants: a commentary.  *Proceedings of Specialty Conference: Emerging Air Issues for the 21st Century: The Need for Multidisciplinary Management*.  (A.H. Legge, L.L. Jones, eds).  Air & Waste Management Association, Pittsburg, Pennsylvania, pp. 338-349, 1998.

23.    **Green FHY**, French EM, Mann L.  The application of real-time high-resolution microscopy to pathology.  *The Canadian Association of Pathologists/ACP Newsletter* 47(2):25-28, Spring 2004.

(iii)     **Book Chapters**

1.   Fox H, **Green FHY**, Lloyd G, Mani V, Turnberg LA.  Morphological changes in rectal biopsies from patients with ulcerative colitis during disodomicromoglycate therapy.  In:  *The Mast Cell, Its Role in Health and Disease*.  Pepys J, Edwards AM (eds), Pitman Medical Press, 651-656, 1975.

2.   **Green FHY**.  (MD Thesis).  *An immunofluorescent study of the secretory immune system*.  Manchester University, 1978.

3.   **Green FHY**, Laqueur W.  Coal workers' pneumoconiosis.  *Pathology Annual*, Part II, 333-410, 1980.

4.   Vallyathan V, **Green FHY**.  Recent advances in the study of mineral dust pneumoconiosis.  *Pathology Annual, Part* II, 33-410, 1980.

5.   **Green FHY**, Vallyathan V.  Pathology of occupational lung cancer.  In:  *Occupational Respiratory Diseases*.  Merchant J, *et al*. (eds).  U.S. Department of Health and Human Services Centers for Disease Control.  Publication #86-102, 657-668, 1986.

6.   Dement J, Merchant J, **Green FHY**.  The pathology of asbestosis.  In:  *Occupational Respiratory Diseases*.  Merchant J, *et al*. (eds).  DHHS (NIOSH) Publication #86-102, 287-328, 1986.

7.   Stettler LE, Platek SF, Groth DH, **Green FHY**, Vallyathan V.  Particle contents of human lungs.  In: *Electron Microscopy in Forensic Occupational, and Environmental Health Sciences*.  Basu S, Millette JR (eds).  Plenum Press, New York, 217-226, 1986.

8.   **Green FHY**, Harley R, Vallyathan V, Dement J, Pooley F, Althouse R.  Pulmonary fibrous and asbestos exposure in chrysotile asbestos textile workers:  preliminary results.  In:  *Accomplishments in Oncology*.  Wagner JC (ed).  J. Lippincott Co., Philadelphia; 1:59-69, 1987.

9.   Churg A, **Green FHY**.  Methods for pathologic examination in occupational lung disease.  In:  *Pathology of Occupational Lung Disease*, Churg A, Green FHY (eds).  Igaku-Shoin, New York, 1-31, 1988.

10.  **Green FHY**.  Coal workers pneumoconiosis and pneumo-coniosis due to other carbonaceous dusts.  In: *Pathology of Occupational Lung Disease*, Churg A, **Green FHY** (eds).  Igaku-Shoin, New York, 89-154, 1988.

11.  **Green FHY**, Churg A.  Diseases due to non-asbestos silicates.  In: *Pathology of Occupational Lung Disease*, Churg A, **Green FHY** (eds).  Igaku-Shoin, New York, 177-212, 1988.

12.  Churg A, **Green FHY**.  Miscellaneous conditions.  In:  *Pathology of Occupational Lung Disease*, Churg A, **Green FHY** (eds).  Igaku-Shoin, New York, 351-368, 1988.

**Books, Chapters (Cont.)**

13.     Churg A, **Green FHY**. Occupational Lung Disease. In: *Pathology of the Lung*, Thurlbeck WM, Churg A. (eds).  2nd Edition, Thieme Medical Publishers, pp. 851-930, 1995.

14.     **Green FHY**, Vallyathan V.  Pathologic Responses to Inhaled Silica.  In:  *Silica and Silica induced lung diseases:  Current Concepts*.  Castranova V (ed).  CRC Press Inc., pp. 39-62, 1995.

15.     **Green FHY**, Gehr P, Lee MM, Schürch S.  The role of surfactant in disease associated with particle exposure.  In:  *Lung Biology in Health and Disease*, Claude Lenfant (ed), Marcell Dekker, Inc., New York, 533-576, 2000.

16.     **Green FHY**, Pinkerton KE.  Environmental determinants of rate of lung aging.  In:  *The Lung: Development, Ageing and the Environment.*  Chapter 26. Harding R, Pinkerton K, Plopper C (eds.), Elsevier Science, November 2003.

17.     Pinkerton KE and **Green FHY**.  Processes in normal aging of the lung.  In:  *The Lung: Development, Aging and the Environment.*  Chapter 14. Harding R, Pinkerton K, Plopper C (eds.), Elsevier Science, November 2003.

18.     Churg A, **Green FHY**.  Occupational lung disease.  In:  *Thurlbeck's Pathology of the Lung*. Chapter 24. Thurlbeck WM, Churg A. (eds).  3rd Edition, Thieme Medical Publishers, 2004.

19.     Wang L, **Green FHY**, Smiley-Jewell SM, Pinkerton KE. Susceptibility of the aging lung to environmental injury. In: *Seminars in Respiratory and Critical Care Medicine*. Meyer KC. (ed). Thieme Medical Publishers Inc., New York, 31:539-553, 2010.

20.     Pinkerton KE, Wang L, Smiley-Jewell SM, Xu J, **Green FHY**.  Development and physiological aging of the lung.  In:  *Molecular Aspects of Aging: Understanding Lung Aging*.  Rojas M, Meiners S, LeSaux CJ, (eds).  1st Edition, John Wiley & Sons, 2014.

21.     Pinkerton KE, **Green FHY**. Normal aging of the lung. In: *The Lung: Development, Aging and the Environment*. Chapter 14. Harding R, Pinkerton KE, Plopper CG, (eds.), 2nd Edition, Elsevier's Academic Press, 287-295, 2014.

22.     **Green FHY**, Pinkerton KE. Environmental determinants of lung aging. In: *The Lung: Development, Aging and the Environment*. Chapter 27. Harding R, Pinkerton KE, Plopper CG, (eds.), 2nd Edition, Elsevier's Academic Press, 471-478, 2014.

23.     Al-Saiedy M, Green F, Amrein M. The Effects of Free Radicals on Pulmonary Surfactant Lipids and Proteins. In Oxidative Stress in Lung Diseases 2020 (pp. 3-24). Springer, Singapore.

24.     Francis H Y Green, Saleem R, Pinkerton K E. Environmental Determinants of Lung Aging. *In lung development, aging and the environment*, Elsevier Science, 2023, in press

**25.** Kent E. Pinkerton, Matt J. Herring, Dallas M. Hyde and Francis H. Y. Green. Normal aging of the lung. *In lung development, aging and the environment, Elsevier Science*, 2023, in press

**(iv)     Books, Monographs**

1.     Churg A.  Occupational asthma, byssinosis, extrinsic allergic alveolitus and related conditions. In: *Pathology of Occupational Lung Disease*.  Churg A, Green FHY (eds), 2nd Edition, Chapter 12, Williams & Wilkins, Baltimore, pp. 403-450, 1998.

2.     Churg A, Green FHY.  Analytic methods for identifying and quantifying mineral particles in lung tissue.  In: *Pathology of Occupational Lung Disease*, 2nd edition, Chapter 3, Churg A, Green FHY, Williams & Wilkins, Baltimore, pp. 45-56, 1998.

3.     Green FHY, Vallyathan V.  Coal workers' pneumoconiosis and pneumoconiosis due to other carbonaceous dusts.  In:  *Pathology of Occupational Lung Disease*, 2nd edition, Chapter 6, Churg A, Green FHY (eds), Williams & Wilkins, Baltimore, pp. 129-208, 1998.

4.     Churg A, Green FHY.  Miscellaneous conditions.  In:  *Pathology of Occupational Lung Disease*, 2nd edition, Chapter 13, Churg A, Green FHY (eds) Williams & Wilkins, Baltimore, 451-476, 1998.

5.     Green FHY and Churg A.  Diseases due to nonasbestos silicates.  In: *Pathology of Occupational Lung Disease*, 2nd edition, Chapter 8, Churg A, Green FHY (eds), Williams & Wilkins, Baltimore, 209-234, 1998.

6.     Green FHY and Churg A.  Pathologic features of occupational lung disease.  In: *Pathology of Occupational Lung Disease*, 2nd edition, Chapter 2, Churg A, Green FHY (eds), Williams & Wilkins, Baltimore, pp. 21-44, 1998.

**(v)     Abstracts and Communications**

1.     Green F, Williams G.  Elastic tissue in breast disease.  *Meeting of Pathological Society of Great Britain and Northern Ireland*, July 1972.

2.     Green FHY, Fox H.  An immunofluorescent study of the intestinal mucosa in ulcerative colitis and Crohns disease.  *Meeting of the Pathological Society of Great Britain and Northern Ireland*, July 1973.

3.     Williams G, Green FHY, Ahmed A.  Studies of connective tissues in breast disease.  *Scand J Lab Inv* 29(123):35, 1972.

4.     Green FHY, Williams G.  A histological study of elastosis in the human breast.  *Third European Symposium on Connective Tissue Research*, Turku, Finland, 1973.

5.    Gleeson MH, Green FHY, Lobely R.  Changes in jejunal structure and function in human primary hypothyroidism.  *World Congress of Gastroenterology*.  Mexico City, Mexico, September 1974.

6.    Green FHY, Rebello R, Fox H.  A study of the secretory immune system in the female genital tract.  *J Med Microbiol* 8(4): Pxviii, 1975.

7.    Green FHY, Gleeson MH and Lobely R.  Jejunal morphology, enzymology and ultrastructure in human primary hypothyroidism before and after thyroxine therapy.  *Pathological Society of Great Britain and Northern Ireland*, Middlesex Hospital Medical School, January 1975.

8.    Green FHY.  The secretory immune system.  *Symposium on Immunological Aspects of the Gut. Manchester Medical Society*, April 1975.

9.    Green FHY, Fox H.  A study of the secretory immune system of the female genital tract.  *Pathological Society of Great Britain and Northern Ireland*, Dublin, Ireland, July 1975.

10.    Mani V, Lloyd G, Green FHY, Fox H and Turnberg LA.  Treatment of ulcerative colitis with oral disodium cromoglycate:  A double blind controlled trial.  *British Society for Gastroenterology*, November 1975.

**Abstracts and Communications (Cont.)**

11.    Green FHY, Fox H.  Abnormalities of the local immune system in intestinal neoplasia.  *Combined meeting of the Dutch Pathology Soc. and Pathological Soc. of Great Britain and Northern Ireland*, The Hague, May 1976.

12.    Freed DLJ, Green FHY.  Antibody-facilitated digestion and the consequences of its failure.  *Symposium on Antigen Absorption by the Gut*.  Bangor, Wales, June 1976.

13.    Jones A, Green FHY.  Intestinal changes in hypo-thyroidism.  *Association of Clinical Pathologists Meeting*, Burnley, England, May 5, 1977.

14.    Freed DLJ, Green FHY.  Antibody facilitated digestion.  *Immunology Society of Great Britain*, Liverpool, England, July 1976.

15.    Mani V, Turnberg L, Green FHY, Fox H.  Histological changes in the rectum of patients with ulcerative colitis before and after oral disodium cremoglycate therapy.  *Meeting of American and Canadian Gastro-enterological Associations*, Toronto, Canada, May 1977.

16.    Green FHY, Martin ML, Abraham J, et al.  Lyophilized unfixed whole lungs for correlative roentgenologic-pathologic-microanalytic study of occupational respira-tory disease. *Joint Fall Meeting of College of American Pathology and American Society of Clinical Pathology*.  Las Vegas, Nevada, October 1977.

17.   Green FHY.   The pathology of coal workers' pneumoconiosis.  *Brookhaven National Laboratory Medical Department Continuing Education Offerings*.  Brookhaven, NY, September 8, 1978.

18.   Green FHY.   The pathology of coal workers' pneumoconiosis and related disorders.  *Pennsylvania Thoracic Society Scientific Meeting*, Hershey, PA, March 1978.

19.   DeNee PB, Green FHY, Joplin M.  A scanning electron microscopic study of the relationship of dust composition to tissue response in coal miners' lungs.  *American Industrial Hygiene Association Conference*, Los Angeles, CA, May 11, 1978.

20.   Green FHY, Martin ML, *et al*.  Pathological Standards for Coal Workers' Pneumoconiosis/The National Coal Worker's Autopsy Study.  *Joint Fall Meeting of College of American Pathology and American Society of Clinical Pathology*.  St. Louis, MO, September 1978.

21.   Freedman A, Green FHY, Robinson S.   Magnetopneumographic scanning for non-invasive regional determination of occupationally acquired lung dust distribution.  *International Conference of Occupational Lung Diseases*, San Francisco, CA, February 27, 1979.

22.   Green FHY, Martin ML, Tucker JH, *et al*.  Studies in mineral pneumoconioses.  *Joint Fall Meeting, College of American Pathology and American Society of Clinical Pathology*, Las Vegas, Nevada, October 1979.

**Abstracts and Communications (Cont.)**

23.   Pearson DJ, Green FHY, Taylor G.  Pulmonary responses to immune complexes.  *American Academy of Allergy 35th Annual Meeting*.  New Orleans, March 1979.

24.   Gnepp D, Green FHY.   Scanning electron microscopy of canine lymphatic vessels.  *7th International Congress of Lymphology*.  Florence, Italy, October 1979.

25.   Green FHY.   Specker in Symposium on Coal Workers' Pneumoconiosis.  *Virginia Lung Association*.  Bristol, Virginia, October 1980.

26.   Green FHY.   Magnetometry studies among coal workers.  *US-Finnish Joint Symposium on Occupational Safety and Health*.  Cincinnati, Ohio.  October 1980.

27.   Pearson D, Green FHY, Mentnech S.  The importance of granulomas in alveolitis.  *British Society of Clinical Allergists*, London, September 12, 1980

28.   Vallyathan V, Green FHY, Rodman N, *et al*.   Lung cancer in the National Coal Workers' Autopsy Study.  *NCI/EPA/NIOSH Workshop of Environmental and Occupational Cancer*.  Rockville, MD, May 6, 1980.

29.   Green FHY, *et al*.   Health implications of the Mount St. Helens Eruption: laboratory investigations.  *BOMS International Symposium on Inhaled Particles*.  Cardiff, Wales, September 11, 1980.

30.    Freedman AP, Robinson SE, Green FHY.  Magnetopneumography as a tool for the study of dust retention in the lungs.  *British Occupational Health Society International Symposium on Inhaled Particles*.  Cardiff, Wales, September 11, 1980.

31.    Green FHY, Martin ML, *et al*.  Studies in mineral pneumonioses.  *Joint Fall meeting of College of American Pathology and American Society of Clinical Pathology*, St. Louis, MO, October 1980.

32.    Vallyathan V, Green FHY, Tucker J, Mentnech M.  Mt. St. Helen's volcanic ash in vivo and in vitro tests for fibrogenicity.  *American Thoracic Society Meeting*, Detroit, MI, May, 1981.

33.    Mentnech M, Gerberick GF, Green FHY, Vallyathan V, Elliot JA.  Biological activity of volcanic Ash.  *American Society of Microbiology Meeting*.  Dallas, TX, March 1981.

34.    Bernstein RS, McCawley MA, Attfield MD, Green FHY et al.  A preliminary assessment of the risk for adverse pulmonary effects from persistent occupational exposures to Mt. St. Helen's volcanic ash.  *Annual EIS Conference*, April, 1981.

**Abstracts and Communications (Cont.)**

35.    Liessling PJ, Antonius JA, Parshley P, Connell S, Tucker J, Green FHY.  Adult respiratory distress syndrome in two short-term survivors of 1980 Mt. St. Helen's Explosion.  *Pacific Northwest Society of Pathologists' Meeting*, Port Ludlow, Oregon, September 17-20, 1981.

36.    Parshley PF, Kiessling PJ, Antonius JA, Connell MS, Miller SH, Green FHY.  The pyroclastic flow injury.  Mt. St. Helen's, May 18, 1080.  *North Pacific Surgical Association*, Vancouver, November 1981.

37.    Green FHY.  Diesel/coal dust animal inhalation studies.  *Mine Health Research Advisory Committee*, Rockville, MD, October 14, 1981.

38.    LeFevre ME, Green FHY, Joel DD, Laqueur W.  Frequency of black pigment in liver and spleen of coal workers.  *19th National Reticuloendothelial Society Meeting*, St. Louis, MO, October 16-20, 1981.

39.    Pearson DJ, Green FHY, Mentnech Sharon.  Experimental allergic alveolitis.  (Abstract) *Clinical Allergy* 11:194-195, 1981.

40.    Vallyathan V, Mentnech M, Tucker J, Gamble M, Green FHY.  Mount St. Helen's volcanic ash: *In vitro* and *in vivo* tests for fibrogenicity.  (Abstract).  *Am Rev Respir Dis* 1235:124, 1981.

41.    Montnech MS, Gerberick GF, Green FHY, Vallyathan NV and Elliot JA.  Biological activity of volcanic ash.  (Abstract) *Am Soc Micro* 1:59, 1981.

42.     Green FHY, Ortmeyer C, Althouse R, Vallyathan V, Merchant JA.  The National Coal Worker's Autopsy Study:  10 years' experience.  *American College of Chest Physicians Conference on Occupational Lung Diseases*, Chicago, March 1982.

43.     Vallyathan V, Green FHY, *et al.*  Lung cancer in United States coal miners.  *Fifth International Pneumoconiosis Conference*, Bochum, Germany, September 1983.

44.     Green FHY, Hahon N, Oberdoerster G, Slatkin DN, Tucker J, Lewis T.  Chronic inhalation exposure study of diesel exhaust and coal dust in rodents.  *American Thoracic Society/American Lung Association*, Miami Beach, May 1984.

45.     Vallyathan V, Althouse R, Green FHY, Boyd C, Rodman N.  Relation between coal workers' pneumoconiosis and lung cancer.  *American Thoracic Society/American Lung Association*, Miami Beach, FL.  May 20-23, 1984.

46.     Green FHY, Ortmeyer C, Althouse R, Vallyathan V, Shores S.  The National Coal Workers' Autopsy Study.  *Coal Mine Dust Conference*.  Morgantown, WV, October 8-10, 1984.

**Abstracts and Communications (Cont.)**

47.     Green FHY, Vallyathan V, Althouse R, Boyd C, Rodman N.  Recent results concerning lung cancer in coal miners.  *Coal Mine Dust Conference*.  Morgantown, WV, October 1984.

48.     Green FHY.  Occupational lung cancer.  *State Health Educational Council of WV*.  August 25-28, 1985.

49.     Green FHY, Althouse R, Frost J, Wheeler W, Shores S.  Forensic investigation of coal mine fatalities.  *International Conference on the Health of Miners*.  Pittsburgh, PA, June 2-7, 1985.

50.     McConnochie K, Green FHY, Vallyathan V, Wagner JC and Seal RME.  Interstitial fibrosis in coal workers - experience in South Wales and West Virginia.  *Sixth International Symposium on Inhaled Particles*.  Cambridge, UK, September 2-6, 1985.

51.     Vallyathan V, Reasor M, Schwegler D, Stettler L, Green FHY.  Comparative in vitro cytotoxicity and relative pathogenicity of mineral dusts.  *Sixth International Symposium on Inhaled Particles*, Cambridge, UK.  September 2-6, 1985.

52.     Sebastien P, Green FHY, Case B, Harley R, McDonald AD, McDonald JC.  Tremolite and chrysolite fibres in human lung.  *Sixth International Symposium on Inhaled Particles*.  Cambridge, UK.  September 2-6, 1985.

53.     Dalal NS, Suryan M, Vallyathan V, Green FHY, Wheeler R.  Detection of reactive free radicals in fresh coal mine dust and its implication to pneumoconiosis.  *Sixth International Symposium on Inhaled Particles*, Cambridge UK.  September 2-6, 1985.

54.     Jeffery B, Dalal N, Vallyathan V, Green FHY.  Detection of organic free radicals in coal dust exposed lung tissue and correlation with histopathological parameters.  *Coal Mine Dust Conference*.  Philadelphia, 1986.

55.     Green FHY, Frost J.  Death in the workplace.  Four-hour workshop held at American Academy of Forensic Science Annual Meeting, New Orleans.  February 10, 1986.

56.     Sweeney ES, Green FHY.  The Wilberg Mine fire:  Autopsy findings.  *American Academy of Forensic Sciences*, San Diego, California.  February 10, 1987.

57.     Green FHY, Harley R, Vallyathan V, Dement J, Pooley F, Althouse R.  Cumulative lifetime exposure to asbestos, asbestosis and lung fibers in asbestos textile workers.  *The Pathological Society of Great Britain & Ireland*, Southampton, England, July 1987.

58.     Green FHY, Althouse R and Weber K.  Silicosis in coal workers.  *The Pathological Society of Great Britain and Ireland*, Southampton, England, July 1987.

**Abstracts and Communications (Cont.)**

59.     Urbanski SJ, Arsenault AL, Green FHY, Haber G.  Mineral dust in Peyer's Patches.  *Lab Invest* 56: P81A, 1987.

60.     Yoshida K, Green FHY.  Characteristics of worker exposure to dust in agricultural operations.  *Tenth International Congress of Agricultural Medicine and Rural Health*.  Pecs, Hungary.  August 27-30, 1987.

61.     Green FHY, *et al*.  Correlation between grade of coal workers' pneumoconiosis at autopsy with antemortem x-ray classification.  *Seventh International Pneumoconiosis Conference*, Pittsburgh, PA.  August 23-26, 1988.

62.     Green FHY, Balu A.  DNA flow cytometric analysis of mesothelial cells exposed *in vivo* to asbestos.  *Seventh International Pneumoconiosis Conference*, Pittsburgh, PA.  August 23-26, 1988.

63.     Green FHY, Lopez A, Prior M, Balu A, Butt J.  Effect of vagal nerve neurotransmitter blockade of H2S induced pulmonary injury.  *Seventh International Pneumoconiosis Conference*, Pittsburgh, PA.  August 1988.

64.     Hu Sn, Vallyathan V, Green FHY, Weber KC.  Pulmonary arteriolar muscularization in coal workers' pneumoconiosis (CWP).  *Seventh International Pneumoconiosis Conference*, Pittsburgh PA.  August 1988.

65.     Stettler LE, Tucker JH, Riley RD, Platek F, Mastin JP, Green FHY.  Inorganic particles in coal miners' lungs.  *Seventh International Pneumoconiosis Conference*, Pittsburgh, PA.  August 23-26, 1988.

66.     Green FHY, Balu A.  Cell kinetic studies of mesothelial cells exposed *in vivo* to asbestos.  *XVIIth International Congress of the International Academy of Pathology*, Dublin, Ireland, September 4-9, 1988.

67.     Weber KC, Green F, Althouse R.  Prevalence of silicosis in the National Coal Workers Autopsy Study.  *FASEB J*, 1988.

68.     Green FHY, Yoshida K.  Assessment of aerosol exposure during autopsy procedures.  *Lab Invest* 60:34A, 1989.

69.     Yoshida K, Green FHY.  Assessment of potential inhalation and splash exposure of autopsy attendants to HIV and other transmissible agents.  *Am Ind Hyg Conference*, St. Louis, Miss. May 21-26, 1989.

**Abstracts and Communications (Cont.)**

70.     Schürch S, Berthiaume Y, Schoel M, Green FHY.  Cell substrate adhesion of neutrophils and their surface properties in aqueous polymer systems.  *CFBS Meeting*, Calgary, Alberta, June 14-17, 1989.

71.     Green FHY, Prior MG, De Sanctis G, *et al*.  Mediation of hydrogen sulphide-induced pulmonary injury by tachykinins.  *CFBS meeting*. June 15, 1989, Calgary, Alberta.

72.     Green FHY.  Consequences of Acute Hydrogen Sulphide Poisoning: Analysis of Effects.  *International Conference on Hydrogen Sulphide Toxicity*, Banff, Alberta, June 1989.

73.     Green FHY.  Health Problems Associated with Inhalation of Toxic Gases.  *International Conference on Hydrogen Sulphide Toxicity*, Banff, June 18-21, 1989.

74.     De Sanctis GT, App EM, Trask JK, Saldiva PHN, De Sanctis DI, Remmers JE, Green FHY, King M.  Resorptive clearance and transepithelial electric potential difference in the lungs of substance P depleted Fischer 344 rats.  *8th Congress of SEP European Society of Pneumology.* Freiburg, Sept 10-14, 1989.

75.     Green FHY, Churg A, Green W.  Mesothelioma and chrysotile asbestos: lessons from the era of steam locomotives.  *Alberta Thoracic Society*, Banff, 1989.

76.     Green FHY.  Industrial lung disease.  *Alberta Occupational Health Nurses Association*, Red Deer, Alberta, 1989.

77.     Green FHY.  Analysis of fatal asthma in Alberta.  *Pulmonary Defence Research Group Meeting*, Edmonton, March 21, 1990.

78.     Green FHY.  Occupational asthma.  *Meeting Occupational Health Nurses*, Red Deer, Alberta, April 24, 1990.

79.     Craighead JE, Kleinerman J, Abraham JL, Gibbs AR, Green FHY, *et al*.  Pathology classification and grading schemata for silicosis.  *VIIth International Pneumoconiosis Conference*, NIOSH.  Publication #90-108, p 711, 1990.

80.     App EM, De Sanctis GT, Green FHY, Rubin BK, Hulbert WC, Remmers JE.  Neonatal capsaicin alters resting broncho-motor tone and response to methacholine in F344 rats.  *FASEB J,* June 1990.

81.     Richardson G, Hwang WS, Green FHY.  Systemic fat embolization in immuno-compromised patients on steroid therapy.  *CAP Meeting*, St. John's, Newfoundland, 1990.

82.     Green FHY, Lee M, Schürch S.  Changes in surface properties of mesothelial cells exposed to asbestos.  *Path Society of Great Britain and Ireland*, Nottingham, U.K. July 1990.

**Abstracts and Communications (Cont.)**

83.     Green FHY, Prior M, Gibbs GW, Vicas I, Goodwin L.  Exposure to hydrogen sulphide in the oil and gas industry of Alberta, Canada.  *Minesafe International Conference*, Perth, Western Australia, September 1990.

84.     Green FHY.  The role of capsaicin in sensitive nerves and their neuropeptides in pulmonary defense mechanisms.  *Inhalation Toxicology Mini-symposium, Health and Welfare Canada*, Ottawa, Ontario, March 13, 1991.

85.     Lim M, Duggan M, Green FHY.  Morphometric analysis of nucleolar organizer regions using back-scattered electron microscopy and image analysis.  *International Academy of Pathology Meeting*, Chicago, Illinois, March 1991.

86.     Green FHY.  Occupational lung disease.  *Microscopical Society of Canada*, Calgary, Alberta, June 24, 1991.

87.     Green FHY.  Surface properties of mesothelial tumors.  *XVIth World Congress of Anatomic and Clinical Pathology*, Vancouver, BC, June 26, 1991.

88.     Green FHY.  Changes in asthma mortality rates.  *1991 RHCP Conference*, Edmonton, Alberta, October 5, 1991.

89.     Lenz S, Green F, Murphy P, Lee M, Hart DA.  An asbestos-induced rat mesothelioma expresses high levels of PAI-1 and low levels of urokinase.  *Int Conf on Fibrinolysis*, Copenhagen, July 1992.

90.     Vallyathan V, Schleiff P, Attfield M, Green FHY.  Radiographic correlation of coal workers' pneumoconiosis with pathologic lesions and dust burden in the lungs.  *Am Rev Respir Dis* 145(5): A320, 1992.

91.     Green FHY, Vallyathan V, Schleiff P, Attfield M.  Emphysema in coal workers' pneumoconiosis:  Contribution by coal and cigarette smoking.  *Am Rev Respir Dis* 145(4): A321, 1992.

92.     Attfield MD, Green FHY, Kahn J, Harley R, Vallyathan V, Schleiff P.  Inter-pathologist variation in assessments of histologic abnormalities related to coal mine dust exposure.  *Am Rev Respir Dis* 145(5): A321, 1992.

93.     Lee M, Green FHY, Schürch S.  Cell-substrate adhesion for rat mesothelioma cells determined by interference reflection microscopy (IRM)[+].  *11th International Biophysics Congress*, Budapest, Hungary, July 25-30, 1993.

**Abstracts and Communications (Cont.)**

94.     De Sanctis GT, King M, Green FHY, Remmers JE.  Neonatal capsaicin treatment promotes augmented breathing during acute hypoxia. (Abstract) *,* 1993.

95.     Green FHY. The Prairie Provinces Fatal Asthma Study. Department of Histopathology, Foothills Hospital, September 28, 1993.

96.     Perry SF, Harji S, Karkhanis A, Green FHY.  Do asthmatic lungs have more smooth muscle than normal lungs? *Respiratory and Critical Care Medicine* 149: A583, 1994.

97.     Schürch S, Gehr P, Im Hof V, Green F.  Wetting and displacement of particles (solid and fluid) at the Airway Mucosa.  *American Thoracic Society*, Boston, Massachusetts, May 22-25, 1994

98.     Lee MM, Green FHY, Zhang Y, Schürch S.  Surface properties of airway mucus exposed to an acid aerosol.  *Third International Symposium on Biofluid Mechanics*, Munich, Germany, July 16-19, 1994.

99.     Schürch S, Lee M, Green FHY, Gehr P.  Surface activity of alveolar and airway surfactant. *Second World Congress of Biomechanics*, Amsterdam, July 10-15, 1994.

100.    Rowlands C, Green FHY.  Tissue responses to silicone breast implants.  *Lab Invest* 70:Iss I, A21, 1994.

101.    Mandhane P, Saifeddine M, Green FHY, Hollenberg MD.  Contractile actions of thrombin receptor-derived polypeptides in rat and guinea pig lung parenchymal smooth muscle.  *38th Annual Meeting, Western Pharmacology Society*, January 1995.

102.    Green FHY, Harji S, Butt JC, Li F, Ruff M, Karkhanis A, Hessel P, Perry S.  Regional distribution of airway smooth muscle in asthma.  *1995 ISAM International Congress*, Hamilton, Ontario, May 1995.

103.    Albers GM, Tomkiewicz RP, Ramirez OE, Dian T, Green F, Rubin BK.  Surface, viscoelastic and transport properties of sputum in cystic fibrosis, chronic bronchitis and asthma.  *Am J Resp Crit Care Med* 151(4): A737, 1995.

104.    Vallyathan V, Green FHY, Schürch S, Leonard S, Wallace WE.  Effect of oxygen radicals on surfactant activity.  *FASEB J.*, A973, 1995.

105.    Bjarnason SG, Vincent R, Kleinman MT, Mautz WJ, Green FHY, Roth S, Lee MM, Schürch S.  Toxicological interactions between ozone and fine particles in the lungs.  *The American Association for Aerosol Research*, STS Society, Pittsburgh, October 12, 1995.

106.    Schenker M, Pinkerton K, Vallyathan V, Green FHY, Plopper C, Saiki C, Brown M, Gopal V.  Pulmonary pathology and mineral content of lung tissue from California farm workers.  Am J Resp Crit Care Med 151:A261, 1995.

107.    Yoshida K, Hessel P, Green FHY, Cowie RL.  Inhalation exposure to soapstone dust by native carvers in east coast of Northwest Territories.  *The International Symposium YAMAL-95, Russian Academy of Medical Sciences*, September 5-7, 1995.

108.    Schürch S, Lee MM, Gehr P, Im Hof V., Green FHY.  Airway Surfactant.  *ISAM International Congress*, May 15-19, Hamilton, Ontario, Canada, 1995.

109.    Lee MM, Green FHY, Cheng S., Dong W, Schürch S.  Airway and alveolar injury caused by sulfuric acid aerosol.  *1995 Alberta Respiratory Diseases Symposium*, Jasper, Alberta, October 20-22, 1995.

110.    Hessel PA, Tough SC, Green FHY, Mitchell I, Ruff, M, Semple L, Butt JC.  The Prairie Provinces asthma study.  *1995 Alberta Respiratory Diseases Symposium*, Jasper, Alberta, Canada, October 20-22, 1995.

**Abstracts and Communications (Cont.)**

111.    Green FHY.  The Prairie Provinces fatal asthma study.  *Wellington School of Medicine*, New Zealand, April 13, 1995.

112.    Green FHY. Longitudinal elastic fibres in airways of asthmatics.  *Massey University*, Palmeston North, New Zealand, April 11, 1995.

113.    Green FHY.  Recent insights into the pathogenesis of fatal asthma.  Department of Pathology, School of Medicine, *University of New Mexico*, June 9, 1995.

114.    Pinkerton KE, Green F, Vallyathan V, Gopal V, Plopper CG, Schenker MB.  Mineral dust distribution and airway remodelling in California farm workers.  *Am J Resp Crit Care Med* 153(4): A471, 1996.

115.    Lee M, Green FHY, Bjarnason S, Karkhanis A, Cheng S, Schürch S.  Characterization of the extracellular fluid from airspaces of guinea pigs exposed to sulfuric acid.  *Am J Resp Crit Care Med* 153(4): A541, 1996.

116.   Green FHY, Lee M, Dong W, Geiser M, Gehr P, Im Hof V, Schürch S.  The influence of particle size on retention of spherical particles in the guinea pig airways.  *Am J Resp Crit Care Med* 153(4): A543, 1996.

118.   De Sanctis GT, Itoh A, Qin S, Green FHY, Grobholz JK, Maki T, Martin TR, Drazen JM.  Bone marrow transplantation partially confers genetically determined airway hyperreactivity in inbred mice.  *Am J Resp Crit Care Med* 153(4): A769, 1996.

**Abstracts and Communications (Cont.)**

118.   Green FHY, Carroll N, James A, Perry S, Karkhanis A, Harji S, Butt, J.  The bronchial arteries in asthma.  *Am J Resp Crit Care Med* 153(4): A818, 1996.

119.   Carroll N, Green F, James A.  Longitudinal elastic bundles in fatal and nonfatal asthma.  *Am J Resp Crit Care Med* 153(4): A867, 1996.

120.   Green FHY, Lee MM, Schürch S, Roth SH, Karkhanis A, Bjarnason SG.  Acid aerosols induce changes in alveolar and airway surfactant.  *Lab Invest* 74(1):156A, 1996.

121.   De Sanctis GT, Wolyniec WW, Green FHY, Qin S, Jiao A, Finn P, Noonan T, Drazen JM.  The role of P-selectin in a murine model of allergic asthma.  *Am J Resp Crit Care Med* 155(4): A12, 1997.

122.   Lee MM, Schürch S, Vallyathan V, Cheng S, Green FHY.  Effect of hydroxyl radical and acid aerosol on film compressibility of surfactant.  *Am J Resp Crit Care Med* 155(4): A196, 1997.

123.   Palmer D, Cheng S, Green F, Schürch S.  The role of cholesterol in surfactant.  *Am J Resp Crit Care Med* 155(4): A214, 1997.

124.   De Sanctis GT, Yandava CN, Green FHY, Jiao A, Beier D, Drazen JM.  A genetic analysis of the contribution of mast cells in modulating intrinsic airway responsiveness in the mouse.  *Am J Resp Crit Care Med* 155(4): A491, 1997.

125.   Mitchell I, Salkie M, Karkhanis A, Butt J, Green FHY, Ruff M.  IgE and mast cell tryptase in fatal asthma.  *Am J Resp Crit Care Med* 155(4): A533, 1997.

126.   Schenker MB, Pinkerton KE, Green F, Vallyathan V, Beckman R.  Respiratory disease and mineral dust exposure among California farmworkers.  *Am J Resp Crit Care Med* 155(4): A813, 1997.

127.   Green FHY, Perry S, Karkhanis A, Harji S, Mitchell I, Butt J.  The role of smoking and asthma in airway wall remodelling.  *Am J Resp Crit Care Med* 155(4):  A896, 1997.

128.   Green FHY, Harji S, Karkhanis A, Mitchell I, Butt JC.  Evidence for different morphologic types of asthma.  *Laboratory Investigation* 76(1): 964, p. 164A, 1997.

129. Green FHY.  Presentations on Asthma.  *ASMLT/BCSMT Joint Congress*, Calgary, Alberta, October 1-4, 1997.

130. Lee MM, Schürch S, Vallyathan V, Green FHY.  Increase in surfactant film compressibility due to oxygen free radicals and acid aerosol.  *1997 Alberta Respiratory Diseases Symposium*, Banff, Alberta, October 17-19, 1997.

**Abstracts and Communications (Cont.)**

131. Nikula K, Vallyathan V, Green FHY, Avila K, Griffith W, Mauderly J, Hahn F.  Comparisons between rats, monkeys, and humans in predominant sites of inhaled particle retention.  *Annual Meeting of the American College of Veterinary Pathologists*, November 1997.

132. Green FHY, Roth SH, Nikula K, Vallyathan V, Bjarnason S, Hahn F.  Are animal models useful for predicting the effects of air pollutants in humans.  *APEGGA/ASPB/CPANS - A&WMA Conference 1997*, Emerging Air Issues for the 21st Century: The Need for Multi-disciplinary Management,   1997.

133. Green FHY, Lee MM, Schürch S, Leonard S, Wallace W, Bjarneson S, Possmayer F, Vallyathan V.  Effect of oxygen radicals on surfactant activity.  *Stress Adaptation, Prophylaxis and Treatment Conference*, Bose Institute, Calcutta, India, January 10-12, 1998.

134. Conn CA, Green FHY, Nikula KJ.  A review of animal models of pulmonary infection in the compromised host and their potential usefulness for studying health effects of inhaled particles.  *International Symposium on the Validity of Animal Models of Human Respiratory Diseases*, Santa Fe, New Mexico, September 29 - October 2, 1998.

135. Lee MM, Green FHY, Schürch S.  Morphology of the extracellular layer in guinea pig alveoli.  *American Thoracic Society International Conference*, Chicago, April 24-29, 1998.

136. Schürch S, Bachofen H, Green FHY.  Structure of the surface film and the surface activity.  5th *International Marburg Symposium on Surfactant and Alveolar Biology*.  Marburg, Germany, September 14-16, 1998.

137. Green FHY.   Dust induced diseases of the lungs among agricultural workers, UC Agricultural Health and Safety Center, Davis, California, February 6, 1998.

138. Green F.  Keynote address, Animal Models of Pulmonary Pathogenesis and Risk Assessment, *Validity of Animal Models of Human Respiratory Disease, International Symposium*, Santa Fe, New Mexico, September 29 - October 2, 1998.

139. Green FHY.  Mixed dust fibrosis and diffuse interstitial fibrosis, Mixed Dust Pneumoconiosis Symposium, *9th ICORD Meeting*, Kyoto International Conference Center, October 17-19, 1998.

140. Green FHY.  Pathology of occupational asthma.  *XVI International Congress of the IAACI*, Cancún, Mexico, January 1998.

141.    Nikula KJ, Vallyathan NV, Hahn FF, Green FHY.  Distribution of retained particulate material in rats and humans.  *SOT*, submitted, 1998.

**Abstracts and Communications (Cont.)**

142.    Hessel PA, Mitchell I, Tough S, Green FHY, Cockcroft D, Kepron W, Butt JC.  Comparison of those who die from asthma with those who attend an emergency department for asthma treatment.  *ALA/ATS International Conference*, Chicago, Illinois, April 24-29, 1998.

143.    Ménache MG, Pinkerton KE, Green FHY, Bahne EB, Schenker MB.   Observations on particulate matter retention along well-defined airway paths in a sample of 117 autopsy subjects.  Third Colloquium on Particulate Air Pollution and Human Health, Durham, North Carolina, June 3-8, 1999.

144.    Mitchell I, Adair C, Green F, Gagner V, Wolf T.  Indoor air quality in the homes of Southern Alberta infants.  *5th Annual Child Health Research Symposium*, April 8-9, 1999.

145.    Mitchell I, Tough S, Green F.  Near fatal asthma: relationship with age and markers of severity.  *5th Annual Child Health Research Symposium*, April 8-9, 1999.

146.    Mitchell I, Adair C, Green F, Gagner V, Wolf T.  Indoor air quality in the homes of Southern Alberta infants.  *CPS*, June 23-27, 1999.

147.    Green FHY.  Comparative pathology of exposure to environmental pollutants. Invited Address.  *Canadian Association of Veterinary Pathologists: Conference on Microbial Pathogenesis*, Calgary, July 31 - August 1, 1999.

148.    Green FHY, Schürch S.  Morphology of the surfactant film.  Invited Address: *Pathology of the Surfactant System of the Mature Lung*, San Diego, October 7-9, 1999.

149.    Winston BW, Tinmouth W, Gelfand G, McFadden S, Brisebois R, Green FHY.  Insulin-like growth factor-I (IGF-I) is expressed in human lung tissue in fibroproliferative ARDS.  *Am J Resp Crit Care Med* 161(3): A36, 2000.

150.    Green FHY, Boser SR, Mitchell I, Ford GT.  Fractal and euclidean geometry of asthmatic airways.  *Am J Resp Crit Care Med* 161(3): A110, 2000

151.    Gahlot L, Bukhari A, Rigaux A, MacKinnon Y, Lalani S, Green FHY, Hasan SU.  Vagal innervation and surfactant synthesis in fetal sheep.  *Am J Resp Crit Care Med* 161(3): A523, 2000

152.    Silverman ES, De Sanctis GT, Boyce J, MacLean JA, Jiao A, Green FHY, Haley KH, Grasemann H, Faunce D, Fitzmaurice G, Shi G-P, Steine-Streliein J, Chapman HA, Milbrandt J, Collins T, Drazen JM.  The transcription factor EGR-1 modulates IgE, TNF-α, and airway responsiveness in mice.  *Am J Resp Crit Care Med* 161(3): A597, 2000.

**Abstracts and Communications (Cont.)**

153.    Schürch S, Amato M, Valls-i-Soler A, Green FHY.   Surface properties of surfactant-perfluorocarbon fluid combinations related to partial and total liquid ventilation.   *15th International Workshop on Surfactant Replacement*, Kos, Greece, June 2-3, 2000.

154.    Gahlot L, Bakhara A, Rigaux A, MacKinnon Y, Salani S, Green FHY, Hasan SU.  Effects of vagal denervation on pulmonary lamellar bodies, phospholipids and surfactant apoproteins.  *Pediatric Academic Societies & American Academy of Pediatrics Joint Meeting*, 2000.

155.    March TH, Hahn FF, Green FHY, Nikula KJ.  Animal models of emphysema and their relevance to studies of particle-induced disease. *PM 2000 Conference*, 2000.

156.    Nikula KJ, Green FHY, Animal models of chronic bronchitis and their relevance to studies of particle-induced disease.  *PM 2000 Conference*, 2000.

157.    Nikula KJ, Vallyathan V, Green FHY, Hahn FF.   Influence of dose on the distribution of retained particulate material in rat and human lungs.  *PM 2000 Conference*, 2000.

158.    Hahn FF, Green FHY, Nikula KJ, Vallyathan V.  Comparative pulmonary responses of humans and animals to dust exposures.  *PM 2000 Conference*, 2000.

159.    Ménache MG, Boser S, Green FHY.  Airway geometry in the asthmatic lung.  Platform presentation at *PM 2000 Conference: Particulate Matter and Health – the Scientific Basis for Regulatory Decision-Making*, Charleston, SC, January 24-28, 2000.

160.    Molgat G, Green FHY.  Unusual case of lymphangioleiomyomatosis presenting with pulmonary hypertension.  Research Day, Depeartment of Pathology & Laboratory Medicine, October 2000.

161.    Ackerman KG, Oin S, Daheshia M, Green FHY, Li C, Ramaswamy K, De Sanctis GT.  Chronic parasitic infections modulate airway and immunological responses in a murine model of asthma.  *ATS 2001*, San Francisco, May 18-23, 2001, submitted.

162.    Schürch S, Bachofen H, Amato M, Green FHY.  In vitro and in vivo perfluorocarbon-surfactant interactions.  *2nd European Symposium on Liquid Ventilation*, submitted.

163.    Koetzler R, Green FHY, Schürch S, Belik J.  The role of lysophosphatidylcholine in the relaxation of airway smooth muscle.  *2001 Alberta Respiratory Disease Symposium*, April 26-29, 2001.

164.    Schürch S, Koetzler R, Amato M, Green FHY.  Reversal of airway closure with surfactant-perfluorocarbon combinations.  *16th International Workshop on Surfactant Replacement*, Edinburg, Scotland, 2001.

**Abstracts and Communications (Cont.)**

165.   Hawes SR, Mitchell I, Ford G, Green FHY.  Remodelling of lung parenchyma in non-smoking asthmatics.  *2001 Alberta Respiratory Disease Symposium*, Kananaskis Lodge, April 26-29, 2001.

166.   Green FHY, Tough S, Hessel PA, Mitchell I, Butt JC, Salkie ML.  IgE and airway pathology in asthma.  2001 Alberta Respiratory Disease Symposium, Kananaskis Lodge, April 26-29, 2001.

167.   Green FHY, Tough S, Hessel PA, Mitchell I, Butt JC, Salkie ML.  IgE and airway pathology in asthma.  *ATS 2001*, San Francisco, May 18-23, 2001.

168.   Green FHY, Schiff N, Dong S, Boser S, Jiao A, MacLean JA, King M, Drazen JM, De Sanctis GT.  The role of P-selectin in mucous metaplasia in a murine model of allergic asthma.  *ATS 2001,* San Francisco, May 18-23, 2001.

169.   Green FHY.  Alberta oilsands community exposure and health effects assessment program.  *Fifth International Symposium of Biological Monitoring in Occupational and Environmental Health*, Banff, Alberta, September 19, 2001.

170.   Tofflemire K, Hessel PA, Green FHY, Yoshida K, Michaelchuk D, Cowie RL. An epidemiologic study of Innuit soap stone carvers.  Inhaled Particles IX:  A Multidisciplinary Symposium, Robinson College, Cambridge, U.K., September 2-6, 2001.

171.   Vallyathan V, Althouse R, Kahn J, Green F.  Is the prevalence of coal worker's pneumoconiosis declining after 25 years of dust control?  Inhaled Particles IX:  A Multidisciplinary Symposium, Robinson College, Cambridge, U.K. September 2-6, 2001.

172.   Mitchell I, Adair C, Wolf T, Hawes S, Ruff M, Green F.  Immunologic predictors of asthma in a prospective cohort of Southern Alberta infants.  Submitted to the American Thoracic Society, Atlanta Georgia, May 17-22, 2002.

173.   Bjornson CL, Mitchell I, Adair C, Green F, Rose MS.  Chinook weather conditions, air pollution and allergens: association with emergency room visits for asthma.  Submitted to the *American Thoracic Society, 98th International Conference*, Atlanta, Georgia, May 17-22, 2002.

174.   Gallagher J, Inmon J, Schlaegle S, Levine A, Rogers T, Scott J, Green F, Schenker M, Pinkerton K.  Tissue remodeling in the human lung in relation to particle concentration and metal content.  *Annual Society of Toxicology Meeting*, Nashville, Texas, March 21, 2002.

175.   Schenker MB, Pinkerton KE, Elvine-Kreiss B, Vallyathan V, Kim M, Green F.  Pneumoconiosis from agricultural dust exposure among California farmworkers.  International Silicosis meeting, September 2002.

**Abstracts and Communications (Cont.)**

176.   Mitchell I, Adair C, Green F, Wolf T, Boser S, Ruff M.  Immunologic predictors of asthma in a prospective cohort of Southern Alberta infants.  *ATS Symposium,* Atlanta, Georgia, May 2002.

177.   Green F.  Environmental factors and pathology of asthma.  *Canadian Laboratory Medicine Congress*, Calgary, Alberta, May 22, 2002.

178.   Green FHY, Salkie M, MacKenzie A, Robb J, Beaubien E, Karkhanis A, Mitchell I.  The Alberta Oil Sands community exposure and health effects assessment program: studies of serum IgE.  *ISBM*, September 19, 2002.

179.   Schenker MB, Pinkerton KE, Elvine-Kreis B, Vallyathan V, Lugo M, Green F.  Small airways disease and pneumoconiosis among California farmworkers.  *ATS Symposium 2003*, 99th International Conference, Seattle, Washington, 2003.

180.   El Mays T, Schürch S, Koetzler R, Karkhanis A, Green F.  Treatment of experimental asthma with surfactant aerosols.  *2003 Western Respiratory Disease Symposium*, Banff, Alberta, April 24-27, 2003.

181.   Vallyathan V, Elvine-Kreis B, Pinkerton KE, Green F, Schenker MB.  Inorganic dust load and small airways fibrosis in the lungs of autopsied California farmworkers.  Abstract submitted to the ATS 2004.

182.   El Mays T, Wilson R, Poulin M, Whitelaw W, Hollenberg M, Green FHY.  Evaluation of the scientific basis of the Buteyko Breathing Technique for the treatment of asthma.  *Can Respir J* 11(3):234, April 2004.

183.   El Mays T, Wilson R, Poulin M, Whitelaw W, Hollenberg M. Green FHY.  Evaluation of the scientific basis of the Buteyko breathing technique for the treatment of asthma.  *National Research Forum for Young Investigators in Circulatory and Respiratory Health*, Winnipeg, Manitoba, May 6-8, 2004.

184.   Winston BW, Ni A, Mowat C, Green F, Muruve D.  Adenoviral-mediated hIGF-I gene transfer contributes to pulmonary fibroproliferation.  *ATS 2005 International Conference,* Abstract A212, May 20-25, 2005, San Diego, California.

185.   French E, Montgomery M, Semple L, Green FHY.  Evaluation of high-resolution microscopy for rapid diagnosis of infection in BAL fluid from children with cystic fibrosis.  *European Respiratory Society Annual Congress 2005*, September 17-21, 2005, Copenhagen, Denmark.

186.   Tremblay A, Michaud G, Green F, Urbanski S.  Hot biopsies: Not so hot.  Failure of hot biopsy forceps to impact bleeding during endobronchial biopsy.  *ATS 2006 San Diego International Conference*, 2006.

**Abstracts and Communications (Cont.)**

187.   James A, Carroll N, Abramson M, McKay K, Mauad T, Bai T, Freen F, Elliot J.  Multi-centre study of airway smooth muscle in control, nonfatal asthma and fatal asthma cases.  *ATS 2006 San Diego International Conference, 2006.*

188.   Koro K, French E, Egan C, Green F, Magliocco A.  Investigating the role of osteopontin in the metastasis of breast cancer to bone using an *in vitro* cell co-culture model system.  *Alberta Cancer Board Annual Research Meeting*, Banff, Alberta, November 8-10, 2005.

189.   Jarand J, Minion J, Lee A, Green F, Leigh R.  Amiodaronoma – one of multiple forms of amiodarone pulmonary toxicity.  Case presentation for "Drugs and the Lung" at the *American College of Chest Physicians,* Montreal, October 20 – November 3, 2005.

190.   El Mays T, Green F.  Studying the effect of $CO_2$ on constricted airways.  *Alberta Respiratory Disease Symposium*, Red Deer, Alberta, March 13, 2005.

191.   El Mays T, Schürch S, Koetzler R, Green FHY.  Treatment of experimental asthma with surfactant–perfluorocarbon aerosols.  *European Journal of Medical Research* 11(Suppl 1): 4, 2006.

192.   El Mays T, Green FHY.  The relaxant effects of $CO_2$ on airway tone.  *ICRH Leadership in Science Forum*.  Toronto, Ontario, June 5-6, 2007.

193.   El Mays T, Schürch S, Dillon R, Dennis J, Green FHY.  Treatment of experimental asthma with $CO_2$/ perfluorocarbon aerosols.  *Perfluorocarbon Application and Liquid Ventilation*.  Montreal, Quebec, October 11-12, 2007.

194.   Dillon R, El Mays T, Schürch S, Gunasekara L, Green FHY.  Toxicological effects of inhaled perfluorocarbon aerosol on naïve and OVA-sensitized rats.  *AIG-IRG Conference*, Banff, Alberta, October 25-28, 2007.

195.   El Mays T, Green FHY.  Carbon dioxide and airways tone: an approach to the Buteyko breathing technique.  *International Buteyko Conference*.  Brisbane, Australia, November 23-25, 2007.

196.   El Mays T, Schürch S, Dillon R, Dennis J, Green FHY.  Carbon dioxide/perfluorocarbon aerosols opened constricted airways in an experimental model of asthma.  *ATS*, Toronto, Ontario, May 16-21, 2008.

197.   Fiene A, Elliot J, Jones R, Carrol M, Green F, James A.  Assessment of airway remodelling using bronchial biopsies.  *ATS*, Toronto, Ontario, May 16-21, 2008.

198.   Elliot JG, Jones RI, Mauad T, Dolhnikoff M, Abramson MF, McKay KO, Bai TR, Green FHY, James AL.  Airway smooth muscle cell volume is unchanged in asthma.  *ATS*, Toronto, Ontario, May 16-21, 2008.

199.    Kallas M, Green F, White C, Kline G.  Hypercalcemia in giant cell polymyositis unmasked by correction of nutritional vitamin D deficiency.  University of Calgary Resident Research Days awarded "best clinical vignette", May 13, 2008.

200.    Elliot J, Jones R, Mauad T, Dolhnikoff M, Abramson M, McKay K, Bai T, Green F, James A.  Airway smooth muscle cell volume is unchanged in asthma.  *ATS 2008*, Toronto, Ontario, May 16-21, 2008.

201.    El Mays T, Schürch S, Dillon R, Dennis J, Green F.  Opening constricted airways using PFC aerosol and $CO_2$.  *Journal of Aerosol Medicine and Pulmonary Drug Delivery* 22(2):185, June 2009.

202.    El Mays T, Choudhury P, Leigh R, Koumoundouros E, Snibson K, Green F.  Perfluorocarbon aerosol and carbon dioxide: a potential treatment for acute severe asthma.  *2009 Postdoctoral Association of the University of Calgary (PDAC) Research Symposium,* December 11, 2009.

203.    Salina D, Pilsczek FH, Poon KKH, Fahey C, Yipp BG, Zbytnuik L, Scott B, Sibley CD, Robbins SM, Green FHY, Surette MG, Kubes P.  The mechanism of neutrophil DNA Net formation, an ultrastructural study.  *Department of Pathology & Laboratory Medicine Research Day,* First Prize, September 2009.

204.    Pilsczek FH, Fahey C, Green FHY, Kubes P.  The mechanism of neutrophil DNA NET formation, an ultrastructural study.  *CAP Meeting*, Montreal, Quebec, July 10-14, 2010.

205.    James AL, Carroll M, Mauad T, Dolhnikoff M, Abramson K, McKay K, Bai T, Green F, Elliot J.  Distribution of increased airway smooth muscle thickness in the bronchial tree in fatal asthma.  *Am J Respir Crit Care Med* 181: A5025, 2010.

206.    El Mays, TY, Choudhury P, Leigh R, Koumoundouros E, Snibson KJ, Green F.  Opening constricted airways using perfluorocarbon aerosol and carbon dioxide in a sheep model of asthma.  *Am J Respir Crit Care Med* 181:A1349, 2010.

207.    Choudhury P, Green F, El Mays T, Snibsen K.  Carbon dioxide induced bronchial smooth muscle relaxation. A role for beta-adrenergic pathways?  *2011 Annual Residents' and Graduate Students' Research Day*, The Department of Pathology and Laboratory Medicine, The University of Calgary on Friday, May 27, 2011.  Won first prize for basic science.

208.    El Mays T, Choudhury P, Leigh R, Dennis J, Koumoundouros E, Snibson K, Green F.  A potential life-saving treatment of severe acute asthma.  *2011 Chest*, October 22-26, 2011, Honolulu, Hawaii, U.S.A.

209.    Green FHY.  Controversies in the pathology of coal miner's diseases.  *National Coalition of Black Lung and Respiratory Disease Clinics, 2011 Conference.*  Hilton, Chicago, Illinois.  October 3-5, 2011.

210.    Choudhury P, El Mays T, Snibson K, Wilson R, Leigh R, Dennis J, Nelson DE, Green F.  Investigations of mechanisms of carbon dioxide-induced bronchial smooth muscle relaxation.

Abstract 30593 (to be published) presented at the *American Thoracic Society*, San Francisco, May 19-22, 2012.

211.   El Mays T, Choudhury P, Leigh R, Dennis J, Koumoundouros E, Snibson K, Green F.  Treating acute asthma with perfluorocarbons and carbon dioxide.  *7th Symposium on liquid ventilation and medical applications of perfluorocarbons*.  May 4, 2012.

212.   Green FHY.  Pathology of UBB miners and analysis of the pathology of recently diagnosed complicated pneumoconiosis.  Presented at the *ORHP – Black Lung Clinics Program meeting* in Bethesda, Maryland, September 24-25, 2012.

213.   Green FHY.  Pathology and possible causes of rapidly progressing CWP.  Presented at the *West Virginia Black Lung Clinics Program at Pipestem*, West Virginia, June 5-7, 2013.

214.   Al-Saiedy M.  Cholesterol dependent pulmonary surfactant dysfunction.  Cardiovascular and Respiratory Sciences, MT2013 Three Minute Thesis Competition, Rosza Centre, University of Calgary, Wednesday, April 24, 2013.  Won the People's Choice Award.

215.   Scheibli E, Wilson R, Green F.  Hypercapnia as possible treatment for asthma.  Hotchkiss Brain Institute Summer Student Symposium, University of Calgary, August 23, 2013.

216.   James AL, Green F, Elliot JG.  The effects of asthma on the perimeter of the airway basement membrane.  ATS 2014, San Diego, May 19, 2014.

217.   Najmuddin A, Cohen RA, Petsonk EL, Young B, MacNeill S, Tramma S, Regier M, Abraham JL, Churg A, Green F.  Lung Pathology in coal workers with rapidly progressive pneumonconiosis emphasizes importance of silica and silicates in addition to carbon. ATS 2014, San Diego, May 20, 2014.

218.   Rose C, Miller R, Williams A, Cool CD, Yousem S, Hammar S, Green F, Robinson M, Dhoma S, Meehan R, Groshong SD.  Emphysema and constrictive bronchiolitis are more likely in lung biopsies of symptomatic deployers to Iraq and Afghanistan compared to normal and autoimmune lung disease controls.  ATS 2014, San Diego, May 21, 2014.

219.   Laney AS, Green FHY, Petsonk EL. Pathologic characteristics of coal workers' pneumoconiosis by primary radiographic small opacity shape. ATS 2014, San Diego, May 19, 2014.

220.   Al-Saiedy MR, Pratt R, Green F, Amrein M. The role of free radical attack on pulmonary surfactant dysfunction in acute lung injury and acute respiratory distress syndrome at physiological cholesterol levels. ATS 2015, Denver, May 19, 2015.

221.   Nelson, D.E., Amrein, M., Leigh, R., Green, F. and Al-Saiedy, M.R., 2015. The Role of an Artificial Surfactant In Mucous Plug Clearance In Vitro. In *D44. FIRST LINE OF DEFENSE: AIRWAY RESPONSE TO INFECTIONS AND IRRITANTS* (pp. A5997-A5997). American Thoracic Society.

222.    Green, F., Leigh, R., Shrestha, G., Galal, S., Chiu, A., Fadayomi, M., Pieron, C., El Mays, T., Nelson, D.E., Al-Saiedy, M.R., Swystun, V. and Lewis, G., 2015. Development of a New Bronchodilator to Enable Better Treatment of Asthma, COPD, And CF. In *D37. HELP: ADVANCES IN COPD THERAPEUTICS* (pp. A5788-A5788). American Thoracic Society.

223.    Francis Green, Andrea Chiu, Stefan Dalberg, Grishma Shrestha, Morenike Fadayomi1, Cora Pieron, Tamer El Mays, David Nelson, Gareth Lewis, Gurkeet Lalli, John Dennis, Delivery of $CO_2$ by displacement ventilation for the treatment of sleep apnea. Abstract 854057. ERS, 2016 London UK, Sept. 2016.

224.    Francis Green, Mustafa Al-Saiedy, Lasantha Gunasekara1, Candice Bjornson, Ailian Yang, Andrea Chiu, Mark Montgomery, John Dennis, Matthias Amrein.
Surfactant dysfunction in cystic fibrosis: mechanisms and reversal with a cyclodextrin drug, ERS, London UK, Sept. 2016.

225.    John Dennis1, Andrea Chiu1,2, Stefan Dalberg3, Grishma Shrestha1,2, Morenike Fadayomi1,2, Cora Pieron1, Tamer El Mays1,2, David Nelson1,2, Gareth Lewis1, Gurkeet Lalli1, Francis Green, Development of a Non-invasive Treatment for Sleep Apnea  Abstract # 8760, ATS 2016 International Conference, San Francisco, USA. MAY. 2016

226.    Mustafa R. Al-Saiedy, Sultan Nelson, Ali Tarokh, Francis Green, and Matthias W. Amrein. Examining the collapse-mechanism of the pulmonary surfactant. Abstract # 8954, ATS 2016 International Conference, San Francisco, USA. MAY. 2016

227.    John Dennis1, Richard Leigh2, Veronica Swystun2, Grishma Shrestha1, Sharif Galal1, Morenike Fadayomi1, Andrea Chiu1, Cora Pieron1, Tamer El Mays1, David Nelson1, Francis Green. A novel and safe inhaled asthma drug: A Phase I/II randomised placebo-controlled trial. Abstract # A6488, ATS 2016 International Conference, San Francisco, USA. MAY. 2016

228.    Francis Green1, MD, Lasantha Gunasekara1, PhD, Ailian Yang1, MD, Mustafa Al-Saiedy1, BSc, John Dennis2, PhD, Matthias Amrein1, PhD. A Rescue Treatment for Acute Lung Injury, Abstract # 16-1348, MHSRS conference, Orlando, Florida USA AUG. 2016

229    Wierstra BT, Green FH, Dennis J, Waechter J. Treatment of Acute Asthma in the ICU with a Liquid Perfluorocarbon and $CO_2$ Gas Combination. InC52. CRITICAL CARE CASE REPORTS: GOOD VIBRATIONS-MECHANICAL VENTILATION FROM NIV TO ECMO 2018 May (pp. A5269-A5269). American Thoracic Society.

Go L, Lowers HA, Sanyal S, Abraham JL, Green FH, Franko A, Murray J, Vorajee NI, Rose CS, Zell-Baran L, Petsonk EL. Mineralogic analysis of lung tissue from a former coal miner with rapidly progressive pneumoconiosis and progressive massive fibrosis. InA49. CASE REPORTS IN LUNG DISEASE ASSOCIATED WITH INHALATIONAL EXPOSURES 2019 May (pp. A1820-A1820). American Thoracic Society.

230    Go L, Abraham JL, Lowers H, Sanyal S, Almberg KS, Cool C, Franko A, Green FHY, Murray J, Petsonk EL, Rose CS, Ruybal D, Sarver E, Vorajee N, Zell-Baran L, Zulfikar R, Cohen RA.

Mineralogic Analysis of Lung Tissue from Us Coal Miners Demonstrates Greater Silica Burden in Modern Cases of Progressive Massive Fibrosis. In: A105. SILICA, INORGANIC DUST, AND MINING. American Thoracic Society International Conference Abstracts. American Thoracic Society; 2020: A2631-A2631. doi:10.1164/ajrccm conference.2020.201.1 MeetingAbstracts.A2631

231    Sarver E, Keles C, Lowers H, Zulfikar R, Zell-Baran L, Vorajee N, Sanyal S, Rose CS, Petsonk EL, Murray J, Green FHY, Go L, Franko A, Cool C, Abraham JL, Almberg KS, Cohen RA. Mineralogic Analysis of Respirable Dust from 24 Underground Coal Mines in Four Geographic Regions of the United States. In: A105. SILICA, INORGANIC DUST, AND MINING. American Thoracic Society International Conference Abstracts. American Thoracic Society; 2020: A2635-A2635. doi: 10.1164/ajrccm-conference.2020.201.1_MeetingAbstracts.A2635

232    Almberg KS, Zell-Baran L, Abraham JL, Cool C, Franko A, Green FHY, Murray J, Sanyal S, Vorajee N, Go L, Rose CS, Petsonk EL, Hubbs A, Orandle M, Clingerman S, Liguori D, Kennedy K, Zulfikar R, Cohen RA. Intra- and Inter-Rater Reliability of Pathologic Classification of Type of Progressive Massive Fibrosis Among Deceased U.S. Coal Miners. In: A105. SILICA, INORGANIC DUST, AND MINING. American Thoracic Society International Conference Abstracts. American Thoracic Society; 2020: A2632-A2632. doi: 10.1164/ajrccm-conference.2020.201.1_MeetingAbstracts.A2632

233    K. S. Almberg1, L. Zell-Baran2, J. L. Abraham3, C. Cool4, A. Franko5, F. H. Green6, J. Murray7, S. Sanyal8, N. Vorajee9, L. Go1, C. S. Rose2, E. L. Petsonk10, A. Hubbs11, M. Orandle11, S. Clingerman11, D. Liguori1, K. Kennedy1, R. Zulfikar10, R. A. Cohen1Intra- And Inter-rater Reliability of Pathologic Classification of Type of Progressive Massive Fibrosis Among Deceased U.S. Coal Miners. American Thoracic Society International Conference Abstracts. American Thoracic Society; 2020 020-S-10340-ATS

234    F. H. Green, G. Shrestha, B. Oslanski, M. Parkins, C. Bjornson, J. M. Jarand, K. Skolnik, L. Fairservice, C. Smith, J. Dennis, C. Pieron, N. Lachman2 D. Venkova, R. Leigh1, Montgomery. A Safe and Novel Biophysical Mucus Expectorant for Cystic Fibrosis And Non-CF Bronchiectasis: Preliminary Results From A Phase IIa Trial. American Thoracic Society International Conference Abstracts. American Thoracic Society; 2020-LBA-16391-ATS

235.    James AL, Elliot J, Cairncross A, Mauad T, Abramson MJ, McKay K, Green FH, Noble PB. Site-Specific Remodelling of the Airway Smooth Muscle in Asthma. InB108. NEW INSIGHTS INTO AIRWAY REMODELLING AND REPAIR 2020 May (pp. A4407-A4407). American Thoracic Society.

236.    Cool CD, Murray J, Vorajee NI, Rose CS, Zell-Baran LM, Sanyal S, Franko AD, Almberg KS, Iwaniuk C, Go LH, Green FH. High Profusion Birefringent Particles Associated With Silica Related Pathology in Severe Coal Workers' Pneumoconiosis. InB105. SICK ON THE JOB: UNCOVERING MODERN OCCUPATIONAL HAZARDS 2023 May (pp. A4361-A4361). American Thoracic Society.

237.    Rubin BK, Tomkiewicz R, Fahy JV, Green FH. Histopathology of fatal asthma: drowning in mucus. Pediatric Pulmonology. 2001 Jan 1:88-9.

## Patents/Intellectual Property Rights

1.    Displacement Ventilation Assembly, Methods and Use for the Treatment of Sleep Apnea. United States. 62/132,900. 2015/03/13. Patent Status: Pending
2.    Apparatus and Methods for Producing and Delivering a Vapour Medicament. United States. 62/062,334. 2014/10/10. Patent Status: Pending
3.    Treatment of respiratory diseases, Canada. Canada. 68106-3. 2013/06/07. Patent Status: Granted/Issued
4.    Treatment of respiratory diseases, Australia. Australia. 68106-5. 2013/03/09. Patent Status: Granted/Issued
5.    Treatment of Respiratory Diseases, Europe. Italy. 1962869. 2008/10/08. Patent Status: Granted/Issued
6.    Treatment of Respiratory Diseases, Europe. Spain. 1962869. 2008/10/08. Patent Status: Granted/Issued
7.    Treatment of Respiratory Diseases, Europe. Switzerland. 1962869. 2008/10/08. Patent Status: Granted/Issued
8.    Treatment of Respiratory Diseases, Europe. Belgium. 1962869. 2008/10/08. Patent Status: Granted/Issued
9.    Treatment of Respiratory Diseases, Europe. Sweden. 1962869. 2008/10/08. Patent Status: Granted/Issued
10.   Treatment of Respiratory Diseases, Europe. United Kingdom. 1962869. 2008/10/08. Patent Status: Granted/Issued
11.   Treatment of Respiratory Diseases, Europe. Ireland. 1962869. 2008/10/08. Patent Status: Granted/Issued
12.   Treatment of Respiratory Diseases, Europe. Netherlands. 1962869. 2008/10/08. Patent Status: Granted/Issued
13.   Treatment of respiratory diseases, Europe. Austria. 1962869. 2008/10/08. Patent Status: Granted/Issued
14.   Treatment of Respiratory Diseases, Europe. Germany. 1962869. 2008/10/08. Patent Status: Granted/Issued
15.   Treatment of Respiratory Diseases, Europe. Luxembourg. 1962869. 2008/10/08. Patent Status: Granted/Issued
16.   Treatment of Respiratory Diseases, Europe. Greece. 1962869. 2008/10/08. Patent Status: Granted/Issued
17.   Treatment of Respiratory Diseases, Europe. Denmark. 1962869. 2008/10/08. Patent Status: Granted/Issued
18.   Treatment of Respiratory Diseases, Europe. France. 1962869. 2008/10/08. Patent Status: Granted/Issued
19.   Treatment of respiratory diseases, U.S.A. United States. 11/614,831. 2006/12/30. Patent Status: Granted/Issued
20.   Treatment of surfactants. United States. US2013/0029937. 2013/01/31. Patent Status: Granted/Issued 2016

## AFFIDAVIT OF FRANCIS H.Y. GREEN, M.D.

I, Francis H.Y. Green, am over the age of twenty-one and competent to make this

affidavit. I affirm as follows:

### A. Referral Questions, Basic Methodology, and Summary of Findings Regarding Death of Nikki Curtis

**1.** I was retained by counsel for Robert Roberson as a consulting expert because of my expertise in lung pathology. I have specialized in diseases of the lung since 1978 and have over forty years of clinical practice as a pathologist. I have published over 200 peer-reviewed articles on lung pathology, including articles about pediatric lung pathology, and my current research includes the study of the pathology and pathogenesis of viral pneumonias in infants and children. My H-index is 55 and my publications have been cited 15,049 times by other medical/scientific authors https://scholar.google.com/citations?user=NpQ5We0AAAAJ. The h-index is an index to quantify an individual's scientific leadership based on several factors, including number of publications, order of authorship and citations by other scientists. For example, after 20 years of research, an h-index of 20 is good, 40 is outstanding, and 60 is truly exceptional.

**2.** Details of my qualifications and experience are further outlined below and, in my curriculum vitae, attached here as Exhibit 1.

**3.** I was asked to review case-specific documents related to the medical history and autopsy of decedent Nikki Curtis. These records reflect that Nikki was born on October 20, 1999, and her date of death was February 1, 2002. An autopsy was performed on February 2, 2002, in Dallas County, Texas medical examiner's office, which is housed in the Southwestern Institute of Forensic Sciences ("SWIFS").

**4.** In addition to medical records and the autopsy report prepared by the medical examiner, I examined scanned slides of lung tissue and other organs obtained from Nikki during the autopsy.

**5.** Nikki's medical records reflect an extensive history of interactions with medical personnel seeking treatment for infections and other unresolved issues. She was first taken to her pediatrician at eight days of age with an infection that was assessed as bilateral otitis media [middle ear infection]. Her ear and sinus infections persisted, despite treatment with four different kinds of antibiotics, such that she eventually had tubes surgically implanted in both ears. Yet the infections persisted. Before the age of one, she was taken to the emergency room for an episode of breathing apnea, during which she had ceased breathing, collapsed, and turned blue. She was resuscitated by her grandmother who administered a rescue breath. These episodes persisted, leading to a referral to neurology. A clear cause, however, was not identified by the doctors. On January 28th, 2022, she was admitted to Palestine Regional Medical Center with a one-week history of diarrhea and vomiting and provided with promethazine and loperamide and requested to follow up with Dr. Ostrom in 2 days or return to the ER if problems persisted. She was thought to have a viral infection syndrome according to Palestine Regional Hospital medical

records and was sent home with prescriptions the same day. The next morning on January 29, 2002, she had a temperature of 103.1°F, which was treated with Tylenol and Motrin. She was taken to her pediatrician where a fever of 104.5°F was found. She was assessed with "fever, possible viral etiology or unresolved upper respiratory tract infection" and sent home with prescriptions for Omnicef 125 mg, 4 cc b.i.d. and Phenergan cough syrup with Codeine, three to four teaspoons q4-6hrs. On the morning of January 31, 2002, she was taken back to the Palestine Regional Medical Center unconscious and blue after she stopped breathing. Her pupils were fixed and dilated. She was intubated and resuscitation initiated. Later it was discovered that the breathing tube was misplaced too deep, ventilating only the right lung. It was pulled back up a bit so both lungs could be aerated. In the emergency room at Palestine Regional Medical Center, she received Mannitol, Decadron and given her severe medical condition arrangements were made to have her transferred to the Children's Medical Center of Dallas (CMCD) for further treatment. At CMCD a head CT showed significant severe right cerebral hemisphere edema with midline shift, with right tentorial subdural hematoma. Chest x-rays on Feb 1st, 2022, were interpreted as probable edema fluid but "superimposed infection/atelectasis are not excluded". Other x-rays showed no evidence for traumatic injury to chest, spine, pelvis or hips. On the morning of Feb. 1st, 2002, Nikki's sedation and paralysis was discontinued for initiation of brain death protocol. She was pronounced dead at 19:04 hrs. An autopsy was performed the next day, Feb 2nd, 2002, at 7.30 am.at the Southwestern Institute of Forensic Sciences, Dallas, Texas by Dr. Jill E Urban M.D. Medical Examiner.

6.      Based on my review of the materials identified above, it is my opinion that Nikki Curtis died of a chronic viral interstitial pneumonia and its complications, and not as the result of any trauma, either inflicted or accidental. My conclusion about Nikki's cause of death is based on her clinical history of recurrent infections, indicative of immune deficiency, her history of a recent acute infection that apparently began about a week or more before her death, the associated medical records, and importantly her autopsy results including the associated pathology slides.

7.      My examination of Nikki's lung tissue pathology slides revealed several important abnormalities. There was evidence of ongoing injury involving the large airways (tracheitis) and small airways (chronic lymphocytic bronchiolitis), and chronic interstitial pneumonia—all features characteristic of a chronic viral infection. In addition, there was terminal necrotizing pneumonia, consistent with a secondary bacterial infection.

8.      Pneumonia, in all its forms, is the leading cause of death worldwide in children younger than 5 years. (Kyu et al 2016). This high mortality reflects the immature state of the immune system in the very young. COVID-19 infection is a good contemporary example of a virus that causes a severe interstitial pneumonia which is the major cause of a COVID related death (Duzgun et al 2020). Some of the more common viruses that cause interstitial pneumonia requiring hospitalization in children less than 5 years old are influenza virus, respiratory syncytial virus (RSV), rhinovirus, adenovirus and human metapneumovirus (Jain et al 2015).

9.      Nikki's postmortem condition indicates that she had experienced repeated episodes of airway infection. In children, these kinds of infections are almost always initially caused by viruses. Such viral infections, if untreated, can spread into the interstitium, i.e. the lung itself. An infection in the interstitium is called interstitial pneumonia, as opposed to

bronchopneumonia, where there is pus in the airways from bacteria, not viruses. The lung interstitium consists of the tissues that support the air sacs and the small airways and blood vessels that surround the air sacs. A photograph of the thin walls of the normal alveoli and surrounding interstitium are shown in Figures 7 and 8. The distance between air and blood in the lungs is smaller than the thickness of a human hair and extremely vulnerable to inhaled toxins and pathogens.

10.     When breathing, oxygen obtained through inhalation diffuses from the air sacs into the lung interstitium and from there into the bloodstream. When a virus infection extends into the lung interstitium, it provokes innate and specific immune inflammatory responses. The interstitium becomes thickened by edema (excess water), and by influx of large numbers of lymphocytes and other inflammatory cells. Consequently, the lungs become stiffer, and the transport of respiratory gases is greatly impaired.

11.     Viral interstitial pneumonias can be fatal if the subject's immune system is impaired or immature or if the viral damage to the airways allows pathogenic bacteria to invade the lung along the bronchi and bronchioles. This stage is called bronchopneumonia. If untreated the bacterial infection may extend into the adjacent alveoli and into the blood stream (septicemia) and be fatal. The finding of positive blood tests for Disseminated Intravascular Coagulation (DIC) (described later) and a very high neutrophil white cell count in the blood indicate that she was septicemic (pathogenic bacteria in the blood) on admission to the hospital. If recognized it would have required treatment with powerful antibiotics given intravenously.

12.     My pathologic examination of Nikki's lungs showed changes of a viral infection that had proceeded through the stages discussed above leading to her death.

13.     The viral infection was likely present for at least a week and possibly several weeks before death. The terminal bronchopneumonia was more recent and had developed several days prior to death. Both the interstitial pneumonia and the bronchopneumonia would have caused severe hypoxemia (low blood oxygen), leading to cardio/respiratory arrest, admission to hospital and death.

## B.     Qualifications and Experience

1.     I am Emeritus Clinical Professor in the Department of Pathology & Laboratory Medicine of the Cumming School of Medicine, University of Calgary, an academic post I have held since 2017. Prior to that, I was a full professor of pathology at the University of Calgary. In addition to being a university professor I also held a clinical appointment as head of autopsy services at the regional tertiary medical center in the Foothills Hospital. In that position I specialized in autopsy and lung pathology. I have had academic and clinical appointments continuously since 1969 in medical schools in Manchester (United Kingdom), Morgantown, West Virginia (USA), and Calgary (Canada). I have designed and taught courses for medical students on Lung Pathology, Lung Cells and Morphometry, Pulmonary Defense Mechanisms, Advanced Respiratory Physiology and Principles of Medicine.

2.     I received my basic medical degree (MB ChB) to practice medicine in 1969. After my internship and clinical experience, I obtained an advanced MD research degree, equivalent of

3

a North American Ph.D., in 1978 from Manchester University Medical School in England. I have been continuously licensed to practice medicine from 1969 to January 2021.

**3.** I retired from clinical practice in 2021 but retained my University of Calgary professorship to spend more time writing research papers and conducting clinical trials with perflubron, an artificial surfactant substance discovered with my team to have marked benefit in patients with severe asthma and young adults with Cystic Fibrosis lung disease.

**4.** I became a Diplomate in the American Board of Pathology (Anatomic) in 1984. In addition to general anatomic pathology, I have conducted autopsies for the Medical Examiners in all jurisdictions where I held a medical license. I have received several recent awards and honorable mentions for outstanding research achievements on the origins and pathogenesis of lung diseases. These include:

(a)    In 2020, I was co-recipient of the NIOSH/CDC Alice Hamilton Science Award for Research leadership in science and publishing for the article: *Severe lung disease characterized by lymphocytic bronchiolitis, alveolar ductitis, and emphysema in industrial machine manufacturing workers,* Am J Ind Med 62 (11):927-937.

(b)    2022: Awarded the University of Illinois Chicago School of Public Health Research Article Award for Community Collaboration for a study entitled: *Pathology and mineralogy demonstrate respirable crystalline silica is a major cause of severe pneumoconiosis in US coal miners.* Annuals of the American Thoracic Society, 19(9).

(c)    2023: Nominated for the NIOSH US CDC DC Charles C Shepard Science Award in the category of Outstanding Scientific Publications.

(d)    Gold Star Letter for Excellence in Pathology Teaching awarded by the University of Calgary medical students for 12 consecutive years.

**5.** I have specialized in diseases of the lung since 1978. As a result of this specialization, I have, for decades, advised national and international committees and governmental entities on the causes of lung disease and ways to prevent or treat them. I have served, for instance, as a Member of the Lung Tumour Panel for Canadian Tumour Reference Centre, Ottawa (1986-1995); Chair of the Research Committee, Alberta Lung Association (ALA) (1993-1994); and Member of the Alpha Foundation, International Committee for Study of Rapidly Progressive Coal Workers Pneumoconiosis. I have also consulted for governmental entities, including the US National Institute of Health and the National Institute for Occupational Safety and Health, a task group to revise US federal regulations for the National Coal Workers autopsy program, the Department of Occupational Health, Government of Alberta, and the National Occupational Health and Safety Commission, Australia.

**6.** I have published 215 peer-reviewed articles in medical journals and edited authoritative texts and two books in the field of lung pathology. *See* Exhibit 1. My recent publications include:

4

(a)     Go L, Lowers HA, Sanyal S, Abraham JL, **Green FH**, Franko A, Murray J, Vorajee NI, Rose CS, Zell-Baran L, Petsonk EL. Mineralogic analysis of lung tissue from a former coal miner with rapidly progressive pneumoconiosis and progressive massive fibrosis. In A49. *Case Reports in Lung Disease Associated with Inhalation Exposures*. 2019 May (pp. A1820-A1820). American Thoracic Society.

(b)     Go L, Abraham JL, Lowers H, Sanyal S, Almberg KS, Cool C, Franko A, **Green FHY**, Murray J, Petsonk EL, Rose CS, Ruybal D, Sarver E, Vorajee N, Zell-Baran L, Zulfikar R, Cohen RA. Mineralogic Analysis of Lung Tissue from Us Coal Miners Demonstrates Greater Silica Burden in Modern Cases of Progressive Massive Fibrosis. In: A105. *Silica, Inorganic Dust, and Mining*. American Thoracic Society International Conference Abstracts. American Thoracic Society; 2020: A2631-A2631. doi:10.1164/ajrccm conference.2020.201.1

(c)     Sarver E, Keles C, Lowers H, Zulfikar R, Zell-Baran L, Vorajee N, Sanyal S, Rose CS, Petsonk EL, Murray J, **Green FHY**, Go L, Franko A, Cool C, Abraham JL, Almberg KS, Cohen RA. Mineralogic Analysis of Respirable Dust from 24 Underground Coal Mines in Four Geographic Regions of the United States. In: A105. *Silica, Inorganic Dust, and Mining*. American Thoracic Society International Conference Abstracts. American Thoracic Society; 2020: A2635-A2635. doi: 10.1164/ajrccm-conference.2020.201.1_MeetingAbstracts.A2635

(d)     Almberg KS, Zell-Baran L, Abraham JL, Cool C, Franko A, **Green FHY**, Murray J, Sanyal S, Vorajee N, Go L, Rose CS, Petsonk EL, Hubbs A, Orandle M, Clingerman S, Liguori D, Kennedy K, Zulfikar R, Cohen RA. Intra- and Inter-Rater Reliability of Pathologic Classification of Type of Progressive Massive Fibrosis Among Deceased U.S. Coal Miners. In: A105. *Silica, Inorganic Dust, and Mining*. American Thoracic Society International Conference Abstracts. American Thoracic Society; 2020: A 2632.doi: 10.1164/ajrccconference.MeetingAbstracts.A2632

(e)     K. S. Almberg1, L. Zell-Baran2, J. L. Abraham3, C. Cool4, A. Franko5, **F. H. Green 6**, J. Murray7, S. Sanyal8, N. Vorajee9, L. Go1, C. S. Rose2, E. L. Petsonk10, A. Hubbs11, M. Orandle11, S. Clingerman11, D. Liguori1, K. Kennedy1, R. Zulfikar10, R. A. Cohen1Intra- And Inter-rater Reliability of Pathologic Classification of Type of Progressive Massive Fibrosis Among Deceased U.S. Coal Miners. *American Thoracic Society International Conference Abstracts*. American Thoracic Society; 2020 020-S-10340-ATS

(f)     **F. H. Green**, G. Shrestha, B. Oslanski, M. Parkins, C. Bjornson, J. M. Jarand, K. Skolnik, L. Fairservice, C. Smith, J. Dennis, C. Pieron, N. Lachman2 D. Venkova, R. Leigh1, Montgomery. A Safe and Novel Biophysical Mucus Expectorant for Cystic Fibrosis and Non-CF

Bronchiectasis: Preliminary Results from A Phase IIa Trial. *American Thoracic Society International Conference Abstracts*. American Thoracic Society; 2020-LBA-16391-ATS

(g)   James AL, Elliot J, Cairncross A, Mauad T, Abramson MJ, McKay K, **Green FH**, Noble PB. Site-Specific Remodeling of the Airway Smooth Muscle in Asthma. InB108. *New Insights into Airway Remodeling and Repair*. 2020 May (pp. A4407-A4407). American Thoracic Society.

(h)   Almberg KS, Zell-Baran L, Abraham JL, Cool C, Franko A, **Green FH**, Murray J, Sanyal S, Vorajee N, Go L, Rose CS. Intra-and Inter-Rater Reliability of Pathologic Classification of Type of Progressive Massive Fibrosis Among Deceased US Coal Miners. SILICA, INORGANIC DUST, AND MINING 2020 May (pp. A2632-A2632). American Thoracic Society.

(i)   Zell-Baran L, Almberg KS, Go L, Cohen RA, Iwaniuk C, Halldin CN, Abraham JL, Cool C, Franko A, **Green FH**, Murray J. Contemporary Coal Miners with Progressive Massive Fibrosis Have Shorter Mining Tenures Compared to Their Historic Counterparts. *TP061 Residential and Occupational Exposures: Where We Live, Work, and Breathe*. 2021 May (pp. A3035-A3035). American Thoracic Society.

(j)   Cohen RA, Rose CS, Go LH, Zell-Baran L, Almberg KS, Sarver E, Lowers H, Iwaniuk C, Clingerman S, Richardson D, Abraham JL, **Green FHY**. Pathologic Findings of Progressive Massive Fibrosis in Contemporary Coal Miners Show Features of Accelerated Silicosis Compared to Historical Cases. *Residential and Occupational Exposures: Where We Live, Work, and Breathe*. 2021 May (pp. A3034-A3034). American Thoracic Society.

(k)   Go L, Abraham JL, Almberg KS, Cool C, Franko A, **Green FH**, Murray J, Rose CS, Sanyal S, Vorajee N, Zell-Baran L. Increase in the Proportion of Silica-Type Progressive Massive Fibrosis Suggested Over the History of the National Coal Workers' Autopsy Study. *Residential and Occupational Exposures: Where We Live, Work, and Breathe*. 2021 May (pp. A3038-A3038). American Thoracic Society.

(l)   Shrestha G, Githumbi R, Oslanski B, Venkova D, Lachman N, Montgomery B, Jarand J, Bjornson CL, Parkins M, Skolnik K, Fairservice L, Claire Smith, **Francis Green**, Mark Montgomery. A Phase IIa Open Label Study to Evaluate the Safety, Tolerability and Efficacy of S-1226 Administered by Nebulization in Subjects with Cystic Fibrosis Lung Disease. medRxiv. 2021 Jan. 1.

(m)   Hackmann MJ, Elliot JG, **Green FH**, Cairncross A, Cense B, McLaughlin RA, Langton D, James AL, Noble PB, Donovan GM. Requirements and

limitations of imaging airway smooth muscle throughout the lung in vivo. *Respiratory Physiology & Neurobiology.* 2022 Mar. 15:103884.

(n)    Cohen RA, Rose CS, Go LH, Zell-Baran LM, Almberg KS, Sarver EA, Lowers HA, Iwaniuk C, Clingerman SM, Richardson DL, Abraham JL, **Green FHY.** Pathology and Mineralogy Demonstrate Respirable Crystalline Silica is a Major Cause of Severe Pneumoconiosis in US Coal Miners. Annals of the American Thoracic Society. 2022 Mar. 30(ja)

(o)    Zell-Baran L, Go LH, Sarver E, Almberg KS, Iwaniuk C, **Green FH,** Abraham JL, Cool C, Franko A, Hubbs AF, Murray J. Mining tenure and job duties differ among contemporary and historic underground coal miners with progressive massive fibrosis. *Journal of Occupational and Environmental Medicine.*:10-97.

(p)    James AL, Donovan GM, **Green FH**, Mauad T, Abramson MJ, Cairncross A, Noble PB, Elliot JG. Heterogeneity of airway smooth muscle remodeling in asthma. *American Journal of Respiratory and Critical Care Medicine.* 2023 Feb. 15; 207(4):452-60.

(q)    Carlyne D. Cool, MD, Jill Murray, MBBCh, Naseema I. Vorajee, MBBCh, Cecile S. Rose MD, MPH, Lauren M. Zell-Baran MPH, Soma Sanyal, MD, Angela D. Franko, MD, Kirsten S. Almberg, PhD, Cayla Iwaniuk, MPH, Leonard H. T. Go, MD, **Francis H. Y. Green,** MBChB, MD, Robert A. Cohen MD. Pathologic findings in severe coal workers' pneumoconiosis in contemporary US coal miners. *Archives of Pathology and Laboratory Medicine* accepted Aug. 2023, in press.

7.    I have published scientific articles relevant to pediatric lung disease and viral lung infections including:

(a)    Shrestha G, Githumbi R, Oslanski B, Venkova D, Lachman N, Montgomery B, Jarand J, Bjornson CL, Parkins M, Skolnik K, Fairservice L, Claire Smith, **Francis Green,** Mark Montgomery. *A Phase IIa Open Label Study to Evaluate the Safety, Tolerability and Efficacy of S-1226 Administered by Nebulization in Subjects with Cystic Fibrosis Lung Disease.* medRxiv. 2021 Jan. 1.

(b)    Hahon N, Booth JA, **Green FHY,** Lewis TR. *Influenza virus infection in mice after exposure to coal dust and diesel engine emissions.* Environ Res 37:44-59, 1985.

(c)    Macek V, Dakhama A, Hogg JC, **Green FHY,** Rubin BK, Hegele RG. *PCR detection of viral nucleic acid in fatal asthma: is the lower respiratory tract a reservoir for common viruses?* Can Respir J 6(1):37-43, 1999.

8.    My current research interests and pursuits include:

(a) Pathology and Pathogenesis of viral pneumonias in infants. Although viral pneumonias are one of the most common causes of death in early childhood, they have received relatively little attention from pathologists.

(b) Pathogenesis of fatal asthma

(c) Developing new drugs for obstructive and inflammatory lung diseases and COVID 19 pneumonia, with 20 issued patents/Intellectual property rights on these technologies. (For details see my CV).

(d) Approved and completed successful clinical trials in asthma and cystic fibrosis lung disease. Clinical trials for non-CF bronchiectasis and Long Covid have been approved by Health Canada and are at the design stage.

(e) Occupational pneumoconiosis and the development of diagnostic criteria and standards

(f) Analytical electron microscopy and X-Ray spectroscopy of mineral dust particles in lungs

(g) Use of Atomic Force Microscopy (AFM) to measure the force of adhesion of ultrafine particles to lung lining cells as a predictor of health risk for the many new nanoparticles used in biomedical nanotechnology.

(h) Surfactant abnormalities in respiratory disease

(i) Animal models of asthma

**9.**     I have testified as an expert witness in the UK, USA, and Canada approximately 30 times. In all cases I was qualified and accepted as an expert by the courts.

## C.     Summary of Findings and Opinions Regarding Death of Nikki Curtis

Figures 1 to 9 in the section below are photographs that I made from Aperio scans of four autopsy pathology slides from the general autopsy, labelled Curtis, 456-02 Dallas Medical Examiner's Office. Based on the materials I reviewed, I have made the following pathologic diagnoses, which I discuss in greater detail in section D:

1. Chronic Tracheitis (viral)

2. Chronic Lymphocytic Bronchiolitis (viral)

3. Chronic Interstitial Pneumonia (viral)

4. Acute Bronchopneumonia (bacterial)

5. Sepsis with Disseminated Intravascular Coagulation (DIC)

6. Other organs such as heart, liver and kidney in the general autopsy showed no significant pathology.

7. There was no evidence of barotrauma or ventilator associated pneumonia (VAP) resulting from mechanical ventilation.

8. There was no evidence of gastric aspiration.

**D.   Pathologic Features**

   **1.**   Chronic Tracheitis (viral)



**Figure 1**

Viral Tracheitis. Low power scan of section of Nikki Curtis's trachea at the level of the thyroid gland. The cartilaginous plates (blue) are intact, and the airway is open. A collection of enlarged mucus glands is seen (arrow). A finding indicative of a response to chronic (weeks to months) infection.



**Figure 2**

Viral tracheitis. Higher magnification of the tracheal mucosa shown in figure 1 (lower box). Note the small normal section with adjacent acute ulceration. 90% or more of Nikki's airway was not normal. Examples of the abnormalities are shown in figures 3 and 4.

**Tracheitis (cont'd)**



**Figure 3**

Viral tracheitis. Higher magnification of tracheal mucosa shown in upper box in Figure 1. This area shows abnormal regeneration of the mucosa and inflammatory changes characteristic of viral infection.

Chronic lymphocytic inflammation

Dysplastic regenerating epithelium showing atypical features characteristic of a virus infection



**Figure 4**

Viral tracheitis. Higher magnification of tracheal mucosa shown in Figure 1. To demonstrate a very disorganized epithelium with atypical nuclei and mitoses. Indicative of active viral infection.

Atypical nuclei          Mitosis

2.    **Chronic lymphocytic bronchiolitis (viral)**

**Figure 5**

Hematoxylin-stained section of Nikki Curtis's autopsied lung. Showing the lymphocytic bronchiolitis typical of a viral infection.



**Figure 6**

Bronchpneumonia. Close up of the airway shown in figure 5. Note the ulcerated and regenerating epithelium, the dense lymphocytic inflammation and inflammatory cells within the lumen of the airway indicative of bronchopneumonia.



### 3.     Chronic Interstitial Pneumonia

Nikki Curtis Interstitial Pneumonia

Normal Interstitium






**Figure 7**

Interstitial pneumonia in Nikki Curtis's lung contrasted with normal lung. The alveolar walls in Nikki's lung are greatly thickened (white double headed arrows, lower right panel) compared to a normal lung (red double headed arrows). Note the absence of pulmonary edema.

Note also the thickening is largely due to lymphocytes (small round blue/black nuclei. Lymphocytic inflammation is characteristic of a viral interstitial pneumonia).

4.    **Acute Bronchopneumonia**

 

**Figure 8**

Sections of Nikki Curtis's lung (upper panels) showing two bronchioles, one with a small artery. The bronchioles are thickened by chronic inflammation and fibrosis and their lumens contain clusters of acute inflammatory cells (blue stars), diagnostic of acute bronchopneumonia. Contrast these with a normal bronchiole with surrounding alveoli shown in the lower right panel.



5.     **Necrotizing Pneumonia**



**Figure 9A**

Acute necrotizing pneumonia in Nikki Curtis's lung. The boxed area shows a large aggregate of inflammatory cells including acute inflammatory cells (neutrophils), macrophages and lymphocytes with extensive necrosis (cell death).



**Figure 9B**

Higher magnification of boxed area. The dark blue cells at bottom right are ulcerated airway epithelial cells indicating that the inflammation originates in a large airway.

E.     **Discussion of Significance of the Pathology Findings**

**Viral Interstitial Pneumonia**

1.     Viral pneumonias are among the more frequent causes of death in infants (Tregoning et al. 2010), and account for most infants and young children requiring mechanical ventilation. The most common viruses are respiratory syncytial virus (RSV), rhinovirus (RV), adenovirus and influenza viruses. However, more than 30 separate respiratory viruses had been described in infants and children and new ones are being discovered on a regular basis (Tregoning et al. 2010, Mishra, P et al. 2016).

2.     Viral infections involving the respiratory tract start in the nasal passages and upper airways and progress deep into the lung, first travelling along the large and then small airways, to cause bronchiolitis. Less commonly it spreads into the walls of the terminal air sacs (alveoli) to give rise to interstitial pneumonia. Nikki showed all these features. At the time of Nikki's death and autopsy in February 2002, the pathology of interstitial viral pneumonias was not widely recognized and generally not taught in pathology residency in any detail. In practice it is often overlooked or mistakenly described as alveolar atelectasis, known colloquially as 'collapsed lung.' Furthermore, at the time of Nikki's death there appears to have been very little attention paid to the pathology of pediatric infections. Textbooks at that time focussed on rare inherited or developmental forms of interstitial disease in infants and children (Clement et al, 2004). Only recently (post 2010) have pediatricians and scientists focussed their attention on viral pneumonias. Below are some examples of this research. These studies are very relevant for a fuller understanding of Nikki's death. death.

- A publication in 2019 reports that many respiratory viral infections in infants and children continue to be misdiagnosed and underreported (Alchikh et al, 2019).
- A recent review describes the many ways in which respiratory viruses interact with each other and with pathogenic bacteria and the mechanisms whereby viruses cause severe lung disease. (Meskill et al, 2020). Some of these findings are:
  - The importance of viral-viral and viral- bacterial co-infections only recently found to be important.
  - Viral-viral infections are less severe than viral-bacterial infections (Note Nikki Curtis had the more severe viral/bacterial disease).
  - Viruses increase adherence of bacteria to the epithelium. Loss of epithelium due to a virus allows bacteria to attach to the basement membrane and then penetrate the airway wall. Note. (This also applies to Nikki's situation).
  - Viral inflammation increases invasiveness of pathogenic bacteria including Strep. Pneumoniae and Hemophilus Influenzae by interfering with immune defense mechanisms
  - Respiratory viruses may affect the immune system by impairing neutrophil function, decreasing oxidative burst, and enhancing neutrophil apoptosis, thus increasing the susceptibility to bacterial superinfection. (This also applies to Nikki's situation).

3.     Another very recent study reports that Viral RNA can stimulate release of the proinflammatory cytokines, TNFa, IL-6, IL-8 from alveolar macrophages (Saito et al 2024), thus increasing the severity of the inflammation.

4.     The major symptom of interstitial pneumonia is breathlessness usually accompanied by an irritant cough. In many cases in adults the disease is mild and self-limited but can persist for several weeks. In both adults and children, it can be asymptomatic but in infants and toddlers with their immature respiratory system, it is more likely to be severe and life-threatening.

5.     When the virus infects the epithelial cells that line the airways, the cells die and ulcerate. The airways attempt to repair the damage, basal (stem) cells are stimulated to divide and spread along the airway wall. In time (days to weeks) they differentiate into mature airway epithelial cells. Mature airway epithelial cells protect the airways from bacterial infections by secreting mucus and using their cilia to transport infected materials from the lung. These features of viral injury and repair in the airways were present in Nikki's trachea and lungs and are illustrated above in Figures 1-6. This pattern of injury and repair takes time and would have been ongoing for several weeks or even months prior to Nikki's death.

**Bronchopneumonia**

1.     Most deaths from viral pneumonias are due to secondary infections with pathogenic bacteria. The viral infection strips off the epithelial lining of the airways such that all the defense mechanisms of the lung are impaired. This condition creates a "perfect" environment for pathogenic and opportunistic bacteria to flourish. Nikki had a very high neutrophil white cell count on admission to hospital, and blood chemistry consistent with Disseminated Intravascular Coagulation (DIC), on her final admission to hospital, both reliable indicators of infection. However, nothing in the medical records indicates that her lungs were inspected during her final hospitalization for viral or bacterial infection.

2.     The pathologist Dr. Urban describes on page 5 of her report, "Interbronchial Aggregates of Neutrophils and Macrophages". These are features of bronchopneumonia and described in Figures 9A and 9B of my report.  However, Dr. Urban did not make a specific diagnosis of pneumonia in her autopsy report.

3.     The evolution of bacterial pneumonias has been extensively studied. Bacterial pneumonia in its early stages is characterized by acute inflammation and ulceration of the large and then small airways and extension into the adjacent alveoli. The infection may enter the bloodstream to give rise to septicemia. Necrosis or death of lung tissues as seen in Nikki's lungs is the final stage. In the absence of effective antibiotics, bacterial pneumonias can be deadly in as short as 4 -7 days after onset.

4.     The bacterial infection was not caused by Nikki Curtis being on a ventilator for 36 hrs. Ventilator injuries may result from physical injury due to prolonged high pressures and high oxygen tensions (Kalikkot Thekkeveedu R et al 2022). Signs of these injuries (barotrauma with alveolar rupture) were not present in Nikki's lungs at autopsy. Patients on mechanical ventilation are also at increased risk for developing a bacterial pneumonia (ventilator associated pneumonia

(VAP)). The diagnosis of VAP requires that the patient be intubated and stable for a minimum of 4 days on the ventilator (Levy et al, 2013). Nikki was only on a ventilator for 36 hrs. prior to death. Furthermore, she was brain dead on arrival at the hospital, with fixed, dilated pupils, indicating that she had already been deprived of oxygen longer than necessary to induce brain death (approximately 10-12 minutes). In the emergency room, her heart was revived, and her breathing was eventually restored using intubation. But these actions could not revive her brain, which had already become nonperfused. Her body was, in essence, kept alive in the ICU for approximately two days, pending definitive tests and potential for organ donation.

    **5.**    In summary, pneumonias that reach the necrotizing stage are deadly even if correctly diagnosed and aggressively treated with intravenous antibiotics. There is no evidence in the medical records that Nikki received any such treatment or that those treating her before or after her collapse recognized that she had pneumonia, although her pediatrician indicated on January 29, 2002, that she had "respiratory illness" that was "likely viral."

### Sepsis, Disseminated Intravascular Coagulation (DIC)

    **1.**    Disseminated intravascular coagulation (DIC) is a form of abnormal blood coagulation that can complicate many clinical conditions, most of which involve systemic inflammation, with sepsis being the most common risk factor for DIC (Wada et al 2022). Sepsis is defined as a body wide (systemic) response to infection. The resulting clotting of blood in small blood vessels may exceed the anticoagulant systems, resulting in widespread bleeding.

    **2.**    The diagnosis of DIC is critical for patient care and complicated. It requires that the patient has a disease or condition associated with DIC together with specific changes in blood chemistry. No single factor is diagnostic of DIC; therefore, the diagnosis is based on a score for abnormalities in several tests, the sum of which is used to estimate the likelihood of having DIC.

    **3.**    The most recent scoring system was established by (Wada et al 2022). They studied platelet counts, prothrombin, time–international normalized ratio (PT-INR) and D-dimer levels in 1293 critically ill patients. All these individual tests have been shown to be useful for diagnosing DIC in earlier publications. The scoring system is shown in Table 4 taken from Wada et al 2022 below:

    **4.**    Of the three laboratory tests the D-dimer had the greatest Odds Ratio of 166.4 for predicting clinical DIC, with sensitivity and specificity of over 90%, hence its point score of 2. Odds ratios for PT-INR and platelets were also highly significant with odds ratios of 45.3 and 58.8 respectively. Note these are very high odds ratios, an odds ratio of 1 would indicate no effect, odds ratios above 4 indicate high effect.

**Table 4.** Quick DIC diagnostic criteria.

|  | Cut-Off Value | Points |
|---|---|---|
| PT-INR | ≥1.2 | 1 |
| Platelet count | ≤12.0 × 10¹⁰/L | 1 |
| D-dimer | >10.0 μg/mL | 2 |
| Underlying diseases * due to DIC |  | 1 |
| Total | ≥3 points | Possible DIC |

DIC, disseminated intravascular coagulation; PT-INR, prothrombin time-international normalized ratio; * severe infections, hematological malignancy, solid cancer, aneurysm, obstetric diseases, critical illness such as trauma, shock and inflammation, multiple organ failure, etc.

5.    Based on Nikki's blood results taken shortly after admission to Dallas Children's hospital, Nikki's scores were 1 for PT-INR, zero for platelet count, 2 points for D-dimer and 1 point for underlying disease. Total 4 out of 5. i.e. highly suggestive of DIC.

6.    Nikki had a very high D-dimer of 16.8 (0-3.0) mg/Dl, the best predictor of DIC. In addition, she had other test results that are known to be abnormal in DIC including a high neutrophil white cell count of 70.6% (normal range 28-56 %) and misshapen and fragmented red blood cells (acanthocytes and schistocytes), all features of systemic infection and DIC.

7.    I conclude that Nikki had clinical and laboratory evidence of DIC demonstrable within hours of admission to Dallas Children's Hospital. The cause of her DIC was systemic infection (sepsis) originating in her respiratory tract. DIC would have contributed to any bleeding observed at autopsy. The medical records and laboratory tests also confirm that she was seriously ill with sepsis on admission to hospital. None of these hospital findings are consistent with traumatic injury.

**Functional Significance of the Interstitial Pneumonia: Impairment of Gas Exchange**

1.    The functional effects of the pathologic changes in Nikki's lungs must be considered. The pathology revealed a greatly increased thickness at the air/ blood interface, essential for the exchange of oxygen and carbon dioxide gases and essential to life. The diffusion gradients for oxygen and carbon dioxide would have been greatly impaired in Nikki's lungs by the increased distance from the air space to the blood in the small blood vessels (capillaries) as illustrated in figure7.

2.    The extent to which she was impaired can be estimated from the Bohr equations.

- The diffusion gradient for oxygen is related to the distance across the air/blood barrier and the molecular size of the respiratory gases. It can be calculated from the equation below (Bohr 1909):

$$DLO2 = VO2/(PAO2 - PCO2)$$

In this equation, DLO2 equals the pulmonary diffusing capacity for oxygen uptake and VO2 equals oxygen consumption, PAO2 equals the partial pressure of oxygen in air, and PCO2 the partial pressure of carbon dioxide in capillary blood.

- Bajanowski and Brinkman, (2000) calculated the DLO2 in infants with Sudden Infant Death Syndrome (SIDS) as well as in healthy infants and infants with mild chronic interstitial pneumonia. They estimated a 40% decrease in pulmonary diffusing capacity for oxygen in the infants with mild interstitial pneumonia compared to the normal infants.

- In an infant or toddler with moderately to severe interstitial pneumonia such as in Nikki's case, the deficit would likely be much greater. *See* comparisons of interstitial thickness in normal and Nikki's lungs in Figure 7, reproduced below:

**Nikki Curtis:  Interstitial Pneumonia**          **Normal Interstitium**



**Figure 7**: The double headed arrows show the relative thicknesses of Nikki's lung interstitium (white arrows) compared to normal lung (red arrows).

- Given that Nikki's interstitial pneumonia was present at least a week and perhaps several weeks prior to her death, it is likely she would have been severely hypoxic the day before and at the time of her collapse and death.

20

- Of critical importance in understanding the pathophysiology of these features, is how they relate to sudden death in infants. Scientific studies show that neonates and infants have impaired peripheral and central chemoreceptor responses to prolonged hypoxia (low oxygen). (Waters and Gozal 2003).

- In lay language the immature lung is slow to adapt to low blood oxygen (hypoxemia). In older children and adults, the appropriate response to hypoxemia is to increase breathing frequency and depth (imagine a mountain climber who responds to altitude by breathing deeper and faster as they climb the mountain).

- In infants and even toddlers, the response to low oxygen (hypoxia) is immature (Waters and Gozal 2003). Therefore, they are at high risk for cardiopulmonary arrest when under hypoxic conditions.

- In summary Nikki's pneumonia compromised her ability to maintain a normal blood oxygen level resulting in hypoxemia and cardiac arrest.

**F.    Opinion on Cause and Manner of Death**

**1.**    The autopsy report states that Nikki's death was caused by "blunt force head injuries" and that the manner of death was "homicide." I disagree. It is my firm opinion that Nikki's death was caused by a severe, undiagnosed viral pneumonia, the onset of which occurred at least a week to several weeks before her collapse. The viral interstitial pneumonia was complicated by a secondary necrotizing bacterial bronchopneumonia several days to a week before death. As a result of the bacterial infection, she likely became septicemic resulting in Disseminated Intravascular Coagulation (DIC) reflected in her lab results. The DIC also contributed to her bleeding.

**2.**    Furthermore, Nikki's death may have been hastened by use of a combination of drugs that suppress respiration. Nikki's medical records indicate that she had a high fever and was diagnosed with a "respiratory illness," "possibly viral," two days before her collapse. These same records indicate that she was prescribed Phenergan/promethazine in two forms: suppositories and cough syrup. The cough syrup also included codeine, which metabolizes in the body to morphine. Dr. Keenan Bora in his Affidavit outlines the toxicology of these combinations and describes how both promethazine and codeine have properties that suppress respiration. In my opinion these medications, in combination with Nikki's interstitial pneumonia, would have hastened her death.

**G.    Conclusions**

**1.**    Nikki's lung tissue, as evident in the slides prepared during autopsy, indicate that she had advanced interstitial viral pneumonia that led to the bacterial pneumonia. The latter was so advanced that it had caused part of the lung tissue to necrotize. Had I performed the autopsy, based on my current experience, I would have concluded that Nikki's death was caused by her pneumonia, rendered more dangerous by the respiratory-suppressing medications that she had been prescribed by physicians unaware of the pneumonia.

2.     Because I conclude that Nikki's death is explained by her pneumonia, I would have found the manner of death was natural disease.

3.     The condition of Nikki's lung tissue cannot be reconciled with the conclusion that her death was caused by blunt force head injuries, inflicted or otherwise. The subdural blood observed during the autopsy is explained by the oxygen deprivation that she experienced because of her pneumonia. Oxygen deprivation can cause vessels in the dural membrane to leak. If oxygen deprivation persists, the subdural blood can accumulate and cause encephalopathy or brain swelling. This condition is not specific to trauma. Considering the severe pneumonia and DIC, there is no basis for suggesting that the subdural bleeding and brain swelling was caused by trauma. These are my final observations based on the available medical files and current medical understanding.

The facts recounted in this report are true to the best of my personal knowledge. Additionally, I attest that the opinions contained in my report are accurate to a reasonable degree of scientific and medical certainty. If called upon to testify regarding the facts and opinions contained in my report, I would be willing to do so under oath and under penalty of perjury.

I hereby declare under penalty of perjury of the laws of the Province of Alberta, Canada that the foregoing is true and correct to the best of my knowledge.

_____
Francis H.Y. Green

Executed on July 9, 2024

**ACKNOWLEDGMENT**

Before me, _Tate Reeder_ a notary public, on this day personally appeared Francis H.Y. Green, known to me to be the person whose name is subscribed to the foregoing instrument, who acknowledged to me that he executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this _09_ day of _July_, 2024.

_____

Notary Public, Province of _Alberta_

A Notary Public in and
for the Province of Alberta
Tate Reeder - No Expiry: Lawyer
No legal advice sought or given

CALGARY'S NOTARY PUBLIC
6, 400 Crowfoot Crescent NW
Calgary, AB   T3G 5H6
403-389-7997

# References

Alchikh M, Conrad T, Hoppe C, Ma X, Broberg E, Penttinen P, Reiche J, Biere B, Schweiger B, Rath B. Are we missing respiratory viral infections in infants and children? Comparison of a hospital-based quality management system with standard of care. Clinical Microbiology and Infection. 2019 Mar 1;25(3):380-e9.

Bajanowski T, Brinkmann B. *Thickness of the air-blood tissue barrier in infants*. Int J Legal Med 2000; 113:332-337.

(Bohr 1909), Wagner PD, West JB. *Effects of diffusion impairment on O2 and CO2 time courses in pulmonary capillaries*. Journal of Applied Physiology. 1972 Jul.; 33(1):62-71.

Clement AE. Task force on chronic interstitial lung disease in immunocompetent children. European Respiratory Journal. 2004 Oct 1;24(4):686-97.

Coren, M.E., Nicholson, A.G., Goldstraw, P., Rosenthal, M. and Bush, A., 1999. Open lung biopsy for diffuse interstitial lung disease in children. *European Respiratory Journal, 14*(4), pp.817-821.

Duzgun SA, Durhan G, Demirkazik FB, Akpinar MG, Ariyurek OM. COVID-19 pneumonia: the great radiological mimicker. Insights into imaging. 2020 Dec 11:1-5.

Jain S, Williams DJ, Arnold SR, Ampofo K, Bramley AM, Reed C, Stockmann C, Anderson EJ, Grijalva CG, Self WH, Zhu Y. Community-acquired pneumonia requiring hospitalization among US children. New England Journal of Medicine. 2015 Feb 26;372(9):835-45.

Kalikkot Thekkeveedu R, El-Saie A, Prakash V, Katakam L, Shivanna B. Ventilation-induced lung injury (VILI) in neonates: evidence-based concepts and lung-protective strategies. Journal of clinical medicine. 2022 Jan 22;11(3):557.

Kyu HH, Pinho C, Wagner JA, Brown JC, Bertozzi-Villa A, Charlson FJ, Coffeng LE, Dandona L, Erskine HE, Ferrari AJ, Fitzmaurice C. Global and national burden of diseases and injuries among children and adolescents between 1990 and 2013: findings from the global burden of disease 2013 study. JAMA pediatrics. 2016 Mar 1;170(3):267-87.

Levy MM. A new definition of ventilator-associated pneumonia: far from perfect, better than before. Annals of the American Thoracic Society. 2013 Dec;10(6):644-5.

Meskill SD, O'Bryant SC. Respiratory virus co-infection in acute respiratory infections in children. Current infectious disease reports. 2020 Jan; 22:1-8.

Mishra P, Nayak L, Das RR, Dwibedi B, Singh A. Viral agents causing acute respiratory infections in children under five: a study from Eastern India. International journal of pediatrics. 2016;2016(1):7235482.

Saito T, Fujino N, Kyogoku Y, Yamada M, Okutomo K, Ono Y, Konno S, Endo T, Itakura K, Matsumoto S, Sano H. Identification of Siglec-1-negative alveolar macrophages with pro-inflammatory phenotypes in chronic obstructive pulmonary disease. American Journal of Physiology-Lung Cellular and Molecular Physiology. 2024 Mar 26.

Tregoning JS, Schwarze J. Respiratory viral infections in infants: causes, clinical symptoms, virology, and immunology. Clinical microbiology reviews. 2010 Jan;23(1):74-98.

Wada H, Yamamoto A, Tomida M, Ichikawa Y, Ezaki M, Masuda J, Yoshida M, Fukui S, Moritani I, Inoue H, Shiraki K. Proposal of quick diagnostic criteria for disseminated intravascular coagulation. Journal of Clinical Medicine. 2022 Feb 16;11(4):1028.

Wagner PD, West JB. *Effects of diffusion impairment on O2 and CO2 time courses in pulmonary capillaries*. Journal of Applied Physiology. 1972 Jul.; 33(1):62-71.

Waters KA, Gozal D. *Responses to hypoxia during early development.* Respiratory Physiology & Neurobiology 2003; 136:115-29.

Zoccal DB, Vieira BN, Mendes LR, Evangelista AB, Leirão IP. Hypoxia sensing in the body: An update on the peripheral and central.

# EXHIBIT 9

KEENAN BORA CONSULTING
PO BOX 131314
ANN ARBOR MI 48105
keenanboraconsulting@gmail.com


**EDUCATION**
1993-1997 BS Chemistry, BA Cross-cultural Healing- University of Michigan, Ann Arbor MI
2001-2005 MD- Drexel University College of Medicine, Philadelphia PA.

**CURRENT POSITIONS**

2021- On     Vice President, National Medical Director- Patient Safety and Quality Assurance
Envision Physician Services

Projects and Responsibilities:
·     Provides strategic direction to align the Safety and Quality Assurance initiatives and
programs with Envision Medical Group's (EMG) vision and goals
·     Responsible for the national medical group's Credentialing Advisory Board (CAB)
function as an essential safety component of the organization and part of the NCQA
Credentialing Accreditation
·     Provides strategic, clinical, and operational leadership to the Physicians Quality Registry
(PQR), a CMS approved Qualified Clinical Data Registry (QCDR). The QCDR is a CMS
requirement to facilitate the collection and submission of quality performance data to CMS on
behalf of eligible clinicians (EC) under the Medicare Access and CHIP Reauthorization Act
(MACRA) of 2015
·     Recommends and develops strategic initiatives via the Envision Healthcare Center for
Quality and Patient Safety (PSO-Patient Safety Organization), producing patient safety
work-products to improve care delivery across EMG
·     Responsible for Envision's peer review processes and function to include oversight of
peer review committees and outcomes to include clinical discrepancies
·     Collaborates with Executives, other Clinical Leadership, Physicians and Operations
Leadership and other key stakeholders to ensure key safety and quality metrics are met
·     Active in the governance of the organization by advising on safety issues, participating in
strategic planning and leading strategic clinical projects
·     Develops plans of action that establish objectives, define strategy and outline in detail
operational actions needed to meet current and future safety and quality assurance objectives
in the areas of risk management, clinical care, quality assurance, performance improvement,
regulatory compliance and patient safety
·     Develops, deploys and leads strategies to improve the outcomes as measured by CMS for
the national medical group
·     Considers the financial implications, safety implications, and clinical outcomes when

making recommendations, evaluating technology and products and developing policies and procedures

· Serves as the sole physician member on the board of members for Envision's Risk Retention Group (RRG), managing $400M in assets to cover the malpractice of Envision's clinicians

2013- On Medical Director Patient Quality and Safety- Envision Physician Services Midwest Operating Unit (MWOU, formerly EPMG)

Projects and Responsibilities:

        BCBMS PGIP Program Interface

        Review QRUR reports yearly

        Developing and rolling out quality initiatives for all sites in Midwest

        Development of internal event reporting system and integration with MHA PSO

        Development of "Great Catch" Award under PSO

        MACRA and MIPS reporting through QPP for Midwest

        Interface with MWOU ACO groups to get data

        Development of risk management courses for MWOU

        Co-lead of MWOU Quality and Safety Team

        Development and integration of standardized 72 hour chart review for MWOU

        Supervision of yearly chart audit by all providers

2018- 2021     National Co-Chair Clinical Quality Committee- Envision Physician Services EM/HM service line

**POSTGRADUATE TRAINING**

2005-2008 Residency in Emergency Medicine

        Wayne State University/Detroit Medical Center-Detroit Receiving Hospital

2008-2010 Fellowship in Medical Toxicology

        Wayne State University/Detroit Medical Center

2009 Hyperbaric Medicine Training and Certification

        Detroit Receiving Hospital

2009 Radiation Emergency Medicine

        Radiation Emergency Assistance Center/Training Site, Oak Ridge TN

2010 Crisis and Emergency Risk Communication (ACEP)

2010 Forensic Toxicology of Opioids and Opiates

2011 Forensic Toxicology of Ethanol and Marijuana

2015 Project Management for Healthcare Executives- Harvard

2016 Negotiations- Ross Business School at U of MI

2018 Leading High Performing Teams- Ross Business School at U of MI

2018 Envision Physician Services Advanced Leadership Course- Includes day-longs on Effective Communication Skills, Engaging Physicians for Results, Principles of Financial Decision Making, Building and Leading Effective Teams, Leading and Managing Strategic Change, Building Your Resilient Self, and Dealing with Disruptive Physicians

2018 Forensic Toxicology of Opioids and Opiates

*Executive Education*
November 2014 Creating a Culture of Innovation
September 2014 Hospice in the Emergency Department
May 2014 Patient Safety Organizations and Event Reporting
Fall 2015 Project Management for Healthcare Executives- Harvard
Fall 2016 Negotiations- Ross Business School Executive Continuing Education
April 2018 Leading High Performing Teams- Ross Business School Executive Continuing
Education

## HOSPITAL OR OTHER PROFESSIONAL APPOINTMENTS
2009-2010 Detroit Medical Center- Hyperbaric Medicine
2009-2019 Clinical Assistant Professor of Emergency Medicine, Wayne State University
2010-2019 Detroit Medical Center- Medical Toxicology
2010-2015 St. Joseph Mercy Health Ann Arbor- Emergency Medicine Core Faculty
2012-On University of Michigan- Adjunct Clinical Lecturer- Emergency Medicine
2013-On Medical Director Patient Safety- Emergency Physicians Medical Group
2015-On St. Joseph Mercy Health- Emergency Medicine
2016-On Emergency Physicians Medical Group Managing Partner
2019-On Michigan State University- Assistant Professor- Emergency Medicine

## MAJOR PROFESSIONAL SOCIETIES
American College of Emergency Physicians 2004-
Michigan College of Emergency Physicians 2008-
American College of Medical Toxicology 2008-

## MEDICAL LICENSURE
Michigan license current
Michigan pharmacy license current
DEA license current

## BOARD CERTIFICATION
American Board of Emergency Medicine awarded 12/31/2009, passed ConCert Fall 2017
American Board of Emergency Medicine- Medical Toxicology awarded 12/31/2010,
passed recert 2019.

## HONORS/AWARDS
2018 Completion of Envision Advanced Leadership Course
2014 Star Award- St Joseph Emergency Department
2013 Top Doc for St. Mary's Hospital- Press Ganey
2013 Awarded Fellow status within ACEP
2012 Golden Apple winner University of MI/SJMH, department of Emergency Med
2012 Top Doc for St. Mary's Hospital- Press Ganey
2011 Physician Excellence Award, St. Joseph Hospital, Emergency Medicine
2011 Golden Apple nominee University of MI/SJMH, Department of Emergency Med
2010 Wayne State Detroit Receiving Teaching Award for Volunteer Faculty

2005 The Barbara Epstein Creativity Award for creativity in the arts
2003-05 Joseph P. Collins Foundation Scholarship for Humanities in Medicine
1997 Star Volunteer from University of Michigan, volunteer work in pediatric ED
1997 Senior Honors Thesis in chemistry, High Honors


**SERVICE**
*Professional*
2022-2023 Treasurer- ACEP Emergency Medicine Quality Measure Consortium
2015-2016 Michigan College of Emergency Physicians (MCEP) Executive Board Treasurer
2014-2015 Michigan College of Emergency Physicians (MCEP) Executive Board Secretary
2013-2018 ACEP Councilor for the State of Michigan
2012-2017 Michigan College of Emergency Physicians (MCEP) Board of Directors Member
2010-2023 Member of the American College of Medical Toxicology Educational Committee
2011-2012 MCEP Leadership Development Forum
2011 ACEP alternate delegate to the national meeting
2009-2010 Secretary and Treasurer for Medical Toxicology Fellows in Training Association

*Community*
1996-1997 Executive Board of Directors for Inter-Cooperative Council. Housing Cooperative in
           Ann Arbor, MI

2009-Current Public speaking on toxicology issues
           5/19/2009 Bloomfield Community Television, "Trends in Teenage Drug Abuse"
           11/22/2009 Peter's Principles on WJR, "Safe Food Handling"
           3/10/2010 Fox Detroit Television, K2 Abuse in Kids
           5/26/2010 WXYZ Television, Lead Poisoning and Children
           February 2011 Detroit Free Press and other newspapers, New Drugs of Abuse
           July 2011 various newspapers, Bath Salts
           March 2012 Ann Arbor newspapers, Cinnamon Challenge


**TEACHING**

*Medical Students, Residents, and Fellows*
2008-2021     Medical students- lectures in medical toxicology to current 4th year students
rotating through Emergency Medicine. Medical resident lectures to emergency medicine
residents through University of Michigan
2008-2019     Residents/Fellows- multiple lectures to rotators through the Poison Control
Center's toxicology rotation given six times a year

*Executive Education Lectures Given*
2014- On     Quarterly Learning and Management Forum Co-Organizer and Speaker. Addressing
issues of healthcare leadership, management, quality, innovation, and data to groups between
40-200 physicians

**GRANTS, CONTRACTS, AND OTHER FUNDING**
1996 Research Fellowship from Chemistry Department, University of Michigan (Summer
     research grant). Written as senior thesis "Design and Synthesis of Certain 3, 4, 5, 6, and 7

Substituted Pyrrolo-[2,3-*d*]-pyrimidines and Their Activity Against HSV-1 and HCMV"
PI- Dr. Leroy B Townsend
University of Michigan, Institution funded $3000

2009 AAPCC Surveillance of Radiation Associated Illness through NPDS
      Co-PIs Drs. Smolinske, White and Rosenthal
      Centers for Disease Control funded $50,000

2011 ACMT Innovations in Teaching Award Finalist

2012 ACEP Chapter Grant to Michigan to study the effect of tort reform on access to emergency care. $50,000

2016 Innovation Grant- Fast Healthcare Interoperability Resources for Community Paramedics Trinity Heath $125,000

**IRB APPROVED RESEARCH**
Co-lead investigator on a surveillance study coordinating hospitals for the Michigan Department of Community Health and the Centers for Disease Control investigating levamisole contamination in cocaine and its effects on the bone marrow.

**PATENTS**
2005 First inventor- 2005004167, Branched chain amino acid-dependent amino-transferase inhibitors and their use in the treatment of neurodegenerative diseases.

**PUBLICATIONS**

*Whitepapers*
Violence Against Healthcare Workers 2022.

Implications of the Dobbs Decision on Clinical Care 2021.

Opiate Use Disorder 2021.

*Peer-Reviewed Publications*
Dolcourt BA, Paxton, JH, Bora KM, et al. Pennies for Your Thoughts: A Case Series of Pancytopenia Due to Zinc-induced Copper Deficiency in the Same Patient. Clin Pract Cases Emerg Med. 2019 Oct 14;3(4):341-344.

Musleh A, Seifert SA et al. Metal phosphide ingestions: How the Hospital Became a HAZMAT Incident, AJEM. 2017 Dec

Aaron CK, Bora KM. Toxic Ingestions in Children. BMJ Point-of-Care 2012;
www.pointofcare.bmj.com or
https://online.epocrates.com/u/2911885/Toxic+ingestions+in+children
Last updated December 2013

Bora KM. "Clenbuterol" ToxEd, online resource. 2011

Bora KM, Aaron CA. "Pitfalls in Salicylate Toxicity" AJEM. 2010;28(3):383-4.

Bora KM. Alexander Shulgin, A Pioneer in Psychopharmacology. ACEP Newsletter 2010, 19(1).

Hinkley JM, Borysko KZ, Breitenbach JM, Bora KM et al. *Synthesis and Structure Activity Relationships among Non-nucleoside Analogs of Toyocamycin Active Against Herpesviruses.* J. Antiviral, 2007, 74(3), A79.

*Book Authorships, Editorships, and Chapters*

Bora KM. "Toxicology" <u>PreTest- Emergency Medicine.</u> McGraw-Hill Medical, Ed. Adam Rosh, et al. 2012

Bora KM. "Animal Bites" <u>Case Files in Emergency Medicine, Second Edition.</u> McGraw-Hill Medical, Ed. Eugene Toy, et al. Third, fourth and fifth edition (in press)

Bora KM. "Toxidromes" <u>Case Files in Emergency Medicine, Third Edition</u>. McGraw-Hill Medical Ed. Eugene Toy, et al. Third, fourth and fifth edition

Mills K, Bora KM "Chapter #166 SSRI Agents and Serotonin Syndrome." <u>Emergency Medicine: A Comprehensive Study Guide 7th Edition</u>. McGraw-Hill Professional, Ed. Judith Tintanelli. 2010

Bora K, Chaudhry M. Syndrome of Inappropriate Antidiuretic Hormone Secretion. eMedicine from WebMD. Updated October 20, 2009. Available at: [http://emedicine.medscape.com/article/768380-overview](http://emedicine.medscape.com/article/768380-overview).

*Abstracts and posters).*

Bloomstone JA, Hadda T, Bora KM, et al. *A 5-year 842,720 Patient, Multi-Center Study of Inpatient Post-Surgical Morbidity Pre and Post COVID-19.* Presented by Dr. Bloomstone at IARS, AUA, and SOCCA in 2022.

Bora KM, Hedge MH. *Survival without Sequelae Following Massive Accidental Lipid Bolus.* Clin Tox, 2007 47(7), 760.

Bora KM, Dolcourt BA, Aaron CA. *Colchicine Kinetics in Overdose.* Clin Tox, 2007 47(7), 763.

Bora KM, Dolcourt BA, Katiyar A, Aaron CA. *Zinc and Copper Kinetics Following Massive Overdose.* Clin Tox, 2007 47(7), 764.

Bora KM, Smolinske S, Reed P, Devlin W. *Yew Tree Poisoning Treated with Amiodarone.* Clin Tox, 2008, 46(8), 620.

Bora KM, Smolinske S. *Magnetic Object Bezoar Leading to Small Bowel Perforation.* Clin Tox,

2008, 46(8), 644.

Daubert GP, Bora KM, Hedge M. *Cardiovascular Suppression in Acute Amanita Muscaria Overdose.* Clin Tox, 2006 44(5), 699.

Bora KM, Hedge M. *Herbal Body Building Supplement: Get Big or Die Trying.* NACCT September 2010.

Bora KM, Dolcourt BA. *Aluminum Toxicity from Dialysis Treated With and Without Deferoxamine.* NACCT September 2010.

Saley S, Bora KM. *Use of Concentrated Insulin Solution in Treatment of Calcium Channel Blocker Toxicity.* NACCT September 2011.

Nefcy A, Bora KM. *Identification of a Novel PCP Derivative.* NACCT October 2013.

Warrick B, Bora KM. *Zinc Phosphide-Turning the ICU into a HazMat Site.* NACCT October 2013.

*Other publications*
Bora KM, Garritano AM, Bowman DK, Uren B. Ensuring Access to Quality Emergency Care for the People of Michigan. ACEP. June 2012

Bora KM. *Soma Coma, or Carisoprodol Intoxication, Makes a Comeback.* Clin For Tox News, March 2009.

## INVITED LECTURES/PRESENTATIONS
*Invited/refereed presentations at international/national meetings*
Co-Organizer and moderator of American College of Medical Toxicology fall symposium meeting. The Toxicology of Vice. September 2012.

Organizer of the Professional Development Series for Medical Toxicologists at the national meeting for ACMT. March 2011

Platform Session on Herbal Body Building Supplement. NACCT September 2010. Pediatric

Heavy Metal Poisoning. Southeast MI Pediatricians CME Lecture. July 31st, 2010

Zinc Toxicity Induced Copper Deficiency. Oral Presentation at the 7th Annual American College Medical Toxicology Spring Course, San Juan, PR, March 2009.

CPC Presentation. North American Congress of Clinical Toxicologists 2010 National Meeting.

*Invited/refereed presentation at local/regional meetings*
Grand Rounds- Introduction to Toxicology St. Mary's Livonia Jan 2018

Grand Rounds- CCB and BB St. Mary Saginaw May 2017

Grand Rounds- CCB and BB Allegance Hospital Feb 2016

Wayne State University Critical Care Symposium. One Pill Can Kill. Troy, MI Jan 2016

MCEP Summer Assembly. One Pill Can Kill. Mackinac Island MI. July 2015 MCEP

Summer Assembly. Panel Discussion on Interesting Cases. July 2015

Michigan Pharmacists Association. Contemporary Trends in Drugs of Abuse. Detroit MI Feb 2014

Wayne State University Critical Care Symposium. Update on Calcium Channel Blocker Toxicity. Troy, MI Jan 2013

Michigan Emergency Nurses Association. Trends in Drugs of Abuse. Ann Arbor MI Sept 2013

MCEP Summer Assembly. Forget the Urine Drug Screen. Mackinac Island MI. July 2012

MCEP Summer Assembly. Toxicology Exposures I Almost Missed. Mackinac Island MI. July 2012

Region 2 North Annual Meeting for Michigan. Phosphine Toxicity. June 2012

Contemporary Trends in Drugs of Abuse. American Association of Clinical Chemists, Novi MI, 2009.

Calcium Channel Blockers and Beta Blocker Toxicity. Michigan College of Emergency Physicians Critical Care Conference, Traverse City Michigan. August 30, 2010.

One Pill Can Kill. Pediatric Emergency Medicine Fellowships Regional Meeting. February 16, 2011.

*Invited Seminars and Grand Rounds*

Medical Toxicology Board Review, MCEP Resident In Service Review Feb 2019

Medical Toxicology for Surgeons, St Joseph Mercy Hospital June 2017

Allegiance Hospital Emergency Medicine Residents, One Pill Can Kill, March 2016

St. Mary's Resident Grand Rounds Feb 2013

Children's Hospital of Michigan Pediatric Residency- Seminar on Pediatric Poisonings, Detroit MI, April 2009.

Regional Toxicology Grand Rounds
October 2008- Calcium channel blocker and beta-blocker overdoses
Jan 2009- Biological Warfare
April 2009- Toxic Toys
July 2009- Toxic ECGs
Sept 2009- Acetaminophen Toxicity
Jan 2010- Cardioactive Steroids
Aprl 2010- Food-Borne Illnesses
Jan 2013- Toxic ECGs
Jan 2013- Drugs of Abuse

University of Michigan Emergency Nurses and EMT Personnel – Introduction to Toxicology and Contemporary Drugs of Abuse. August 25, 2009.

Detroit Receiving Hospital Emergency Medicine Grand Rounds- Uncommon Toxicities, Common Antidotes. December 3, 2009

Children's Hospital of Michigan Pediatric Emergency Medicine Conference- Hyperbaric Medicine. March 10, 2010

Detroit Receiving Hospital Emergency Medicine Grand Rounds- Horses, Zebras and Jackalopes. May 2010

Various lectures to medical students and emergency medicine residents- Ongoing

April 2023     Applications of the Influencer Model of Changing Human Behavior

### AFFIDAVIT OF KEENAN BORA, MD, FACEP

I, Kennan Bora, MD, FACEP, hereby affirm, under oath, as follows:

I am over the age of eighteen, mentally competent, and provide this affidavit based on my personal knowledge, training, experience, and education, as well as on case information provided by counsel for Robert Roberson.

### QUALIFICATIONS

I am a medical toxicologist and an emergency medicine physician. I went to medical school and graduated in 2005 with my MD from Drexel University College of Medicine. I completed a 3-year residency in emergency medicine and then went on to complete a 2-year fellowship in medical toxicology. This is an area of medicine that is focused on understanding medications, drugs, overdoses, withdrawal states, poisonings, and drug interactions. I worked for the Michigan Poison Control center for over 10 years seeing patients in the hospital in consultation. Currently, I am the Vice President for Safety and Quality Registries with Envision Physician Services. I have attached a current version of my CV as an appendix.

### REFERRAL QUESTIONS AND MATERIALS REVIEWED

I was asked to review the medical records of Nikki Curtis, with a focus around her collapse on January 31, 2002, which led to her death being declared on February 1, 2002 and what role, if any, the medications prescribed and found in her system may have played. I was provided with records from Pediatric Associates, Texas Children's Hospital, Children's Hospital of Dallas, Palestine Regional Medical Center, a summary of her prescriptions, SWIFS Records with Business Records Affidavit, Additional Southwestern Institute of Forensic Sciences (SWIFS) autopsy records, and excerpts from the testimony from the following people: Janice Ophoven, Carl Wigren, Roland Auer, Jill Urban, and James Downs, and Jonathan Ross. I was asked to read these records and then address the following questions: 1) which medications was Nikki Curtis taking at the time and what, if any, role might they have played in her January 31, 2002 collapse; 2) what is the significance of the medications found in her system on autopsy; 3) what is the significance, if any, of the promethazine and promethazine plus codeine prescriptions that she received; 4) is there anything notable about her having received those prescriptions with her history of breathing difficulties that had been described as either apnea or breath holding spells; and 5) what was the medical understanding of prescribing those medications to children of Nikki's age then and now?

### SUMMARY OF FACTS

Nikki Curtis was born October 20, 1999 at 7 pounds, 6 ounces from a relatively normal vaginal delivery. She was fully vaccinated. She had a history of periods when she was not breathing (apnea), multiple upper respiratory infections, multiple bouts of otitis media bilaterally, as well as many episodes of a fever of unknown origin and visits for earaches and low-grade fevers for which she was repeatedly prescribed antibiotics. There was at one point a suspicion for seizures and for this she was seen by neurology. They recommended an EEG as well as a CT scan to rule out tumors. At one point she had an EEG done and this did not show any epileptiform pattern. Closer to the time of her death she had visits to her pediatrician on December 7, 2001 for cough and congestion and a runny nose. She was prescribed Phenergan with Codeine 0.25 to 0.5 teaspoons every 6 hours as needed. On January 28, 2002 she was

1

seen in the Palestine Regional Medical Center for vomiting and diarrhea with a low grade fever and cough. After a workup she was discharged with a prescription for promethazine (Phenergan) suppositories. On January 29, 2002, the next day, she was seen again at the pediatrician's office and was given a additional prescription for Phenergan with codeine 0.75 teaspoons every 4-6 hours. It is notable that at that pediatric visit, she had a fever of 104.5F. This is a very high fever, even for a girl her age.

She slept in the same room as her father on the night of January 30, 2002. He woke up to the sound of a strange cry and found her on the floor at the foot of the bed. He brought her into the bed with him and when he woke up in the morning, she was blue and unresponsive. He brought her to the emergency department on the morning of January 31, 2002. She had an extensive workup. During this time, they found that she had an intracranial hemorrhage and brain swelling that caused her brain to shift over to one side. She was transported to and admitted to the pediatric intensive care unit of Children's Medical Center of Dallas. During this hospitalization, there were orders for lidocaine, fentanyl, midazolam (Versed), vecuronium, epinephrine, dopamine, vasopressin, and papaverine, among others. Of note, I was not able to identify an order for phenytoin.

All of her medication drips were discontinued on February 1st, 2002 at 2245h. She expired shortly after at 1904 on February 1, 2002. The following morning, February 2, 2002, blood was drawn from her heart and not a peripheral source for forensic analysis by the medical examiner at the Southwestern Institute of Forensic Sciences. The reported results from this blood draw were negative for alcohols, acetone, and cannabinoid screen. The drug screen showed concentrations of lidocaine at 0.05 mg/L, promethazine at 0.4 mg/L, and phenytoin at 9.2 mg/L. By the nature of the quantitative testing that was done, none of these drugs or levels can be considered a false positive. Accordingly, the drugs were in the patient at those concentrations, there is nothing else that they could be.

OPINIONS AND CONCLUSIONS

The post-mortem toxicology results and the medication history are significant and may have contributed to her death. To be able to interpret these levels, there are several things to remember. Drug levels go up initially when the drug is given. Drug levels go up to their peak faster when given via IV as compared to when given either by mouth or through the rectum in suppository. Once peak levels have been reached, the levels start to drop as the drug metabolizes. There are a few ways to describe the fall in these drug levels and they depend on the drug. Drugs that have zero-order elimination go down by a certain amount per time. The typical example of this is alcohol which goes down by around 0.015 g/dL every hour. Drugs that have first-order elimination go down by a certain percentage per time. For the sake of standardization, it is typical to use the amount of time it takes for a drug to decrease by 50%. This is referred to as a half-life, the amount of time it takes for any concentration to go down by half. Phenytoin, found in the patient, is a mix of both first-order at higher concentrations and zero-order at lower concentrations.

For these drugs there is no significant metabolism after death. The levels will not drop because the body is not perfusing (passing the drugs through) the liver or kidneys and the drugs of interest are not metabolized by enzymes in the blood after death. Once a person dies, drug levels may change slightly based on something called post-mortem redistribution. This is a concept that tries to tie in the fact that drugs exhibit a range of solubility in fat versus water and the body sometimes has mechanisms by which it tries to keep the drug in one part of the body versus the other. Promethazine is a drug that may exhibit post-mortem redistribution, but

2

various studies have not been able to agree whether the level goes up or down after death or by how much.

## SPECIFIC DRUGS RELEVANT TO NIKKI CURTIS' CONDITION

### Drug 1- Lidocaine

She received lidocaine 10 mg IV on January 31, 2002 at 1945. This was approximately 30 hours prior to her death, when the body would have stopped metabolizing the drug. The level of lidocaine that was found in this patient's post-mortem labs is not concerning.

### Drug 2- Phenytoin

The phenytoin is slightly perplexing. This is a medication that is primarily used to treat seizures. This drug was found in the patient at therapeutic levels to treat seizures, but there is no documentation for this medication having been given. There could be a few explanations for this.

Option 1- In emergent situations, there is something called a 'loading dose' which is given by IV to rapidly get the patient to therapeutic levels. It is possible, once the intracranial bleed was discovered at the first hospital, prior to her transfer, that she was given a loading dose of phenytoin to prevent seizures which is a common problem with intracranial bleeding. However, there is no documentation of her having received a loading dose at the first hospital.

Option 2- It is also possible that the patient had a seizure while being transported. In this case, EMS would have contacted their medical control or had protocols in place to allow the paramedics to administer the loading dose of phenytoin in response to a seizure. I have not seen the EMS records and my understanding is that they may no longer be available.

Option 3- There is also the possibility that the patient had been given phenytoin prior to her first ER visit on January 31, 2002. For this to be the case, she would have had to either taken it herself or she would have been given it. It is reported that her brother had a seizure disorder and that both of them were staying at the grandparent's house. Accidental poisonings do happen with children with either the medication having been found on the floor or gotten into in the bathroom/kitchen. Sometimes, when there are multiple people in the house needing medications, the wrong medication is given to the wrong patient.

It is impossible given the records that I was given to know which of the three scenarios is the most likely.

### Drug 3- Promethazine

Nikki Curtis received two prescriptions for promethazine. One for a suppository form on January 28th, 2002 and another for promethazine with codeine oral suspension on January 29th, 2002. There is no clear documentation as to when the last dose of promethazine was given by either her father or her other family members. Given that she was reportedly retrieved by her father around 10 PM at night and no record was made that he had possession of her prescriptions or administered them, I will assume that she was given a dose prior to that time. There was no reason for her to get, nor any documentation that she received, promethazine in either emergency department or by EMS on January 31st, 2002. This would mean that at least 50 hours of time elapsed from the time of the last dose and the blood draw. Promethazine is a first-

3

order drug with a reported half-life of between 10-20 hours. The post-mortem level of promethazine was 0.4 mg/L. If we take 20 hours as the half-life, then at least 2.5 half-lives passed and her peak level would have been 2.3 mg/L. This is the absolute lowest level that she could have been at. If we take 10 hours as the half-life then at least 5 half-lives passed and her peak level would have been 12.8 mg/L. If her last dose was earlier than 2000h on January 30, 2002 then both of these calculated levels would have been even higher. The important thing to understand is that even the lowest calculated level for this is significantly higher than any therapeutic concentration expected if the medication had been given according to directions. This to me is clear evidence that the patient was given too much promethazine. This could certainly be explained by the dual prescriptions having been written by the doctors on January 28th and January 29th, 2002. The clinical impact of too much promethazine would be respiratory depression (not breathing as much) as well as potentially ataxia (unsteady gate) making it more likely for her to fall over.

### Drug 4- Loperamide

There was also testimony that the patient had been prescribed loperamide (Imodium) for the diarrhea that she had been experiencing. This was not found on the post-mortem labs. This could be because the level was less than the lower limit of detection by the lab machine that performed the analysis or that the drug was not yet in the library of chemicals being analyzed by the machine. This is an important concept. The machine can only determine the concentration of drugs that are in its library of drugs. I do not know if, in January 2002, loperamide was in the drug library for the machine that performed the test.

### Drug 5- Codeine

On January 29, 2002, the patient had received a prescription for promethazine with codeine. Codeine and its main active metabolite, morphine, were not found in her system. This is not evidence that she had not been given the promethazine with codeine, even in the face of an elevated promethazine level. Codeine and morphine are metabolized much faster than promethazine with levels of codeine and morphine both usually being undetectable within 24 hours from the last dose. If she had received codeine at the same time as the promethazine, then it could easily have been out of her system and undetectable at the time of her death while still having had a serious effect on her by decreasing her respiratory drive while she was alive.

### Lab abnormalities

When trying to piece together the events around the patient's death, there are numerous theories that would be reasonable to consider. The first, and most compelling, is that the patient had severe sepsis. She had an infection and numerous signs that her body was not fighting it off well. There was a slight bump in her liver function tests which was incorrectly attributed to liver failure. Liver function tests can elevate for a variety of reasons but in this particular case, the patient had a febrile illness with an AST/ALT ratio in her labs of close to 2. This ratio is most consistent with either shock liver, meaning that the liver is not getting enough oxygen, or a direct liver toxin, such as acetaminophen. Given that the patient's family members were trying to control her fever, it would have been understandable if they had been accidentally giving her too much acetaminophen. The other aspects of liver functioning such as the creation and conjugation of bilirubin, were normal as was her blood sugar. This is overwhelming evidence that she did not have full blown liver failure, but rather liver injury from an infection, toxin, or metabolic source. She would have had to have bruising around the abdomen or broken ribs to

4

have elevated AST/ALT due to direct physical trauma. None of this was commented on in the autopsy.

## Sepsis

Sepsis is a condition in which a patient has either a bacterial or viral infection and the body is trying to fight it off. These bacterial or viral infections could be something initially in her ears, her lungs, or other organs. Severe sepsis can be thought of as the patient's body failing to fight off a bacterial or viral infection and septic shock is a stage just before death when the patient has trouble keeping their blood pressure up. Since 2002, there have been improvements in the survival of patients with sepsis, severe sepsis, and septic shock. The survival numbers for infant sepsis in 2002 were not good. Around 50% of infant patients with septic shock and 20% of patients with severe sepsis died during their hospitalization. Sepsis is known to cause problems with the coagulation system and makes patients bleed easier. Sepsis, combined with either a fall out of bed or a seizure could certainly have caused an intracranial bleed as well as leaky capillaries in the small vessels in the eyes which may have contributed to her retinal hemorrhages. Notably, the patient was put on a drip of a medication that is rarely if ever used now, papaverine. This medication causes the blood vessels to dilate and stretch out slightly leading to being more susceptible to small bleeds.

## Seizures

When drugs make seizures more likely we describe those drugs as lowering the seizure threshold. Promethazine, codeine, and loperamide all lower the seizure threshold, making it more likely for someone taking these medications to have a seizure. Severe sepsis also decreases the seizure threshold. The patient had documented breathing difficulty prior to her last week of life that may have been due to seizures. It is beyond my expertise to testify about whether or not a seizure diagnosis can be made with a single EEG, but I will say that seizures in patients who have bad bacterial and viral infections can make them more likely to develop bruises or bleeding from trauma and that trauma could be the seizure itself.

## Black box warning

There is also the issue of the black box warning on promethazine in pediatric patients. The black box warning was issued in November of 2004 which stated that patients under the age of 24 months should not receive promethazine because of the potential for fatal respiratory depression. This warning was 34 months after the patient died because this was not discovered until post-market surveillance data gave enough information. This does not mean that in January 2002 it was totally safe or that there was no evidence of fatal respiratory depression in patients that were 27 months. While every case needs to be assessed individually, the extrapolated level of promethazine in the patient has been found in cases that were classified as death due to promethazine toxicity. While it is not my opinion that the patient died from only promethazine toxicity, it is worth mentioning that promethazine, especially at the elevated concentrations found in her, may have contributed to respiratory depression, a decline in her condition, or her death.

## SUMMARY

The patient had a febrile illness, severe sepsis, or septic shock, due to either a bacterial or viral infection. She had evidence of a markedly elevated promethazine level, significantly outside of

5

therapeutic concentrations, which may have contributed to respiratory depression and her death. She had multiple drugs which would have decreased her seizure threshold (made seizures more likely) as well as drugs which would have caused her to be uncoordinated and more likely to fall and hit her head. Even without trauma, patients who have bacterial or viral infections that lead to severe sepsis or septic shock are more likely to bruise, bleed, and hemorrhage by a variety of pathways.

While reserving the right to modify my opinions should further facts come to light, I hereby declare under penalty of perjury of the laws of the State of Michigan that the foregoing is true and correct to the best of my knowledge.

Keenan M Bora, MD, FACEP

ACKNOWLEDGEMENT

Before me, _Malcolm Lynch_ a notary public, on this day personally appeared Kenneth Bora, MD., known to me to be the person whose name is subscribed to the foregoing instrument, who acknowledged to me that he executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this _1st_ day of _July_____, 2024.

Notary Public, State of _Michigan_____

MALCOLM LYNCH
NOTARY PUBLIC, WASHTENAW, MI
ACTING IN WASHTENAW COUNTY
MY COMMISSION EXPIRES JAN. 2, 2030

# EXHIBIT 10

**September 2024**

**CURRICULUM VITAE**
Michael Laposata, M.D., Ph.D.


**PRESENT POSITION AND ADDRESS:**
Professor of Pathology and Chairman
Department of Pathology
John Sealy Distinguished Chair for
    The Advancement of Clinical Laboratory Sciences
University of Texas Medical Branch at Galveston
Galveston, Texas

Director of the MD PhD Program
University of Texas Medical Branch at Galveston
Galveston, TX

301 University Blvd.
Galveston, TX 77555-0419
Telephone:  409-772-0090
Fax:  409-772-5683
milaposa@utmb.edu


**BIOGRAPHICAL:**
Date of Birth:          April 22, 1952
Place of Birth:         Johnstown, Pennsylvania
Citizenship:            United States


**EDUCATION:**
09/70 – 05/74          Bachelor of Science in Biology
                       Bucknell University
                       Lewisburg, PA

                       M.D. - Ph.D. Program in Biochemistry,
                       Cellular and Molecular Biology
                       Johns Hopkins University School of Medicine
09/74 – 05/81          1981 M.D.
09/74 – 00/82          1982 Ph.D.


**TRAINING (GME):**
07/83 – 06/85          Resident
                       Division of Laboratory Medicine
                       Departments of Pathology and Medicine
                       Washington University School of Medicine,
                       St. Louis, MO

**BOARD CERTIFICATION:**
Diplomate, American Board of Pathology
Clinical Pathology - 1989

**LICENSURE:**        Texas License, number Q8737 (active)

**PROFESSIONAL AND TEACHING EXPERIENCE:**

07/81 – 06/83        Postdoctoral Research Fellow
Division of Hematology-Oncology
Department of Medicine
Washington University School of Medicine,
St. Louis, MO

07/84 – 06/85        Chief Resident
Division of Laboratory Medicine
Departments of Pathology and Medicine
Washington University School of Medicine,
St. Louis, MO

Hospital Appointments:

07/85 – 06/86        Assistant Director of the Hemostasis Laboratory,
Hospital of the University of Pennsylvania,
Philadelphia, PA

07/86 – 07/89        Co-Director of the Hemostasis Laboratory,
Hospital of the University of Pennsylvania,
Philadelphia, PA

09/89 – 10/06        Director of Clinical Laboratories and First
Chief of the Division of Laboratory Medicine,
Massachusetts General Hospital, Boston, MA

10/06 – 01/08        Staff Pathologist and Physician,
Massachusetts General Hospital

09/89 – 06/98        Joint Appointment at the Massachusetts General Hospital, Boston, MA:
Associate Pathologist, Department of Pathology and Associate
Physician (Laboratory Medicine), Department of Medicine

06/98- 01/08        Pathologist, Department of Pathology and Physician (Laboratory
Medicine), Department of Medicine

1992-2008        Director of the Coolidge Clinical Laboratory of
Massachusetts Eye and Ear Infirmary, Boston, MA

| | |
|---|---|
| 2000-2008 | Consulting Staff Physician, Spaulding Rehabilitation Hospital, Boston, MA |
| 2006-2007 | Associate Director of Residency Training for Laboratory Medicine |
| 2006-2008 | Director of the Clinical Laboratory, Shriners Burn Hospital, Boston, MA |
| 2006-2008 | Director of the Clinical Laboratory, Spaulding Rehabilitation Hospital, Boston, MA |
| 2008 – 2014 | Pathologist-in-Chief, Chief of Clinical Services and Director of Clinical Laboratories, Vanderbilt University Hospital, Nashville, TN |
| 2014 - | Professor and Chairman, Department of Pathology, University of Texas Medical Branch-Galveston, Galveston, TX |

Academic Appointments:

| | |
|---|---|
| 07/85 – 07/89 | Assistant Professor of Pathology and Laboratory Medicine, University of Pennsylvania School of Medicine |
| 08/89 – 06/99 | Associate Professor of Pathology, Harvard Medical School |
| 06/99 – 01/08 | Professor of Pathology, Harvard Medical School |
| 2002- 2008 | Scholar, Harvard Academy of Scholars, Harvard Medical School Faculty Selected based on Extent of Contribution to Medical Student Education |
| 2008 – 2014 | Professor of Pathology and Professor of Medicine, Executive Vice Chair, Department of Pathology, Microbiology and Immunology, Vanderbilt University School of Medicine |
| 2009 - 2014 | Vanderbilt University School of Medicine Academy of Educators Vanderbilt Faculty Selected based on Extent of Contributions to Medical Student Education |
| 2014 - | Professor and Chair, Department of Pathology, University of Texas Medical Branch-Galveston, Galveston, TX |
| 2020- | Adjunct Professor, School of Health Professions, University of Texas Medical Branch-Galveston, Galveston, TX |
| 2020 - | Director, M.D.-Ph.D. Program, University of Texas Medical Branch-Galveston, Galveston, TX |
| 2021-2026 | John Sealy Distinguished Chair for the Advancement of Clinical Laboratory Sciences |

Teaching Experience:

| | |
|---|---|
| 1977 - 1980 | Teaching Assistant, Medical School Biochemistry, Johns Hopkins University |
| 1983 – 1985 | Lecturer, Medical School Pathology, Washington University, "Laboratory Diagnosis of Disease." |
| 1984 – 1985 | Coursemaster and Lecturer, Laboratory Medicine, (third year medical student course), Washington University, Lecturer on "Cardiac Enzymes." |
| 1986 - 1989 | Lecturer, Medical School Pathology 100, University of Pennsylvania, "Hemostasis." |
| 1985 - 1989 | Lecturer, Medical School Pathology 200, University of Pennsylvania, "Laboratory Analysis of Cerebrospinal Fluid", "The Diagnosis of Myocardial Infarction", "Coagulation Factor Disorders", "Deep Vein Thrombosis and Pulmonary Embolism." |
| 1985 - 1989 | Lecturer, Medical Student Introduction to Clinical Medicine, University of Pennsylvania, "Laboratory Diagnosis of Disease". |
| 1985 – 1989 | Lecturer, Clinical Coagulation (20 lectures repeated three times/year to pathology residents and hematology fellows), Hospital of the University of Pennsylvania. |
| 1986 - 1989 | Coursemaster, Pathology 700 (one-month elective in Laboratory Medicine in which students rotate through each of the individual clinical laboratories), University of Pennsylvania. |
| 1988 | Section Leader, Medical School Biochemistry 4-session mini-course on Biochemical Aspects of Diabetes), University of Pennsylvania. |
| 1989 | Coursemaster, Pathology 305 (two-week elective "The Effective Use of Laboratory Tests"), University of Pennsylvania. |
| 1990 – 2007 | Lecturer, Clinical Coagulation (5 - 10 lectures repeated three times/yr to pathology residents and hematology fellows), Massachusetts General Hospital. |
| 1990 - 2007 | Coursemaster and Lecturer, Laboratory Medicine (third year medical student course in Laboratory Medicine for students on Internal Medicine Rotation), Massachusetts General Hospital.  Lectures on "Clinical Coagulation Testing" and "Cardiovascular Risk". |
| 1990 - 2007 | Coursemaster, Laboratory Medicine Resident Lecture Series (initiated and developed the complete training program for residents in Clinical |

4

Pathology), Massachusetts General Hospital.  Areas of specialization include: 1) Clinical Chemistry and Immunology; 2) Microbiology; 3) Hematology/Coagulation/Blood Transfusion.

| | |
|---|---|
| 1991 – 1992 | Lecturer, Medical School Pathology (First Year Curriculum), Harvard Medical School, 1991-1992.  "Prostaglandins, Thromboxanes, and Leukotrienes". |
| 1992, 1994, 1996 | Lecturer, Clinical Hemostasis (Nine lecture course to Graduate Students), Northeastern University. |
| 1993 | Lecturer, Medical School Pathology (Second Year Curriculum), Harvard Medical School.  "Interpretation of Laboratory Tests." |
| 1995 – 2007 | Medical School Pathology, Lecturer, HST Program at Harvard Medical School, "Acute Inflammation" (1995-2007), "Thrombosis and Atherosclerosis (2004-2007)". |
| 1994-1995 | Lecturer, Immunity, Microbes, and Defense (First Year Curriculum), Harvard Medical School.  "Cell Injury" and "Acute    Inflammation."  Organizer of laboratory sessions in Clinical Pathology. |
| 1996 – 2006 | Introduction to Pathology, First Year Curriculum, Lecturer (four lectures), Harvard Medical School, "Cell Injury," (1996-2003), "Inflammation" (1996-2006).  Organizer (with a one-hour introductory lecture) of laboratory session on "Diagnosis Using Clinical Laboratory Test Results," and "The Role of the Physician in Laboratory Medicine." |
| 1996 – 2003 | Clinical Commons, Third/Fourth Year Curriculum, Lecturer, Harvard Medical School, 1996-2003).  "The Appropriate Use of the Clinical Laboratory." |
| 1997 | Mechanisms of Diseases Processes, Pathology 210 for Graduate Students, Lecturer, Harvard Medical School.  "Cell Injury" and "Inflammation." |
| 1997 - 2007 | Laboratory Medicine Elective for 3rd/4th Year Medical Students, on Selection and Interpretation of Laboratory Tests.  Harvard Medical School, Coursemaster and Course Founder. |
| 1998 - 2007 | Internal Medicine Resident Lecture Series, Lecturer.  "Bleeding Disorders" and "Thrombotic Disorders."  2006-2007 "Anticoagulants." |
| 2003, 2005 | Current Concepts in Clinical Pathology, Harvard Continuing Medical Education Course, Lecturer and Course Co-Director. |
| 2003 – 2007 | MGH Surgery Rotation for Harvard Medical Students, Lecturer.  "Bleeding and Thrombotic Disorders." |
| 2000 – 2007 | Laboratory Medicine Resident Career and Management Conference, Lecturer, Massachusetts General Hospital. "How to Give a Talk" (2000- |

2007), and "Performing Laboratory Outreach Testing" (2000-2007), and "How to be a Laboratory Director" (2005-2007).

| | |
|---|---|
| 2002 – 2007 | Laboratory Medicine Resident "Outs" Conference (2-4 presentations/yr), Massachusetts General Hospital., |
| 2003 – 2007 | Harvard Health Sciences & Technology Program Biochemistry Course, Lecturer. "Fatty Acids & Their Metabolites." |
| 2005 | Harvard Health Sciences & Technology Program Elective in Pathology, Lecturer. "Laboratory Medicine and the Use of the Clinical Laboratory." |
| 2005 | Scientific Symposiums, Course director and lecturer.  Updates in Laboratory Medicine, Hilton Head, SC.  Five presentations on clinical coagulation, lipid metabolism, and alcohol metabolism. |
| 2007 | Applying Anatomic and Clinical Pathology to Reach a Diagnosis. Harvard Continuing Medical Education Course.  Lecturer and course Co-director. |
| 2010- 2014 | Disease, Diagnosis, and Therapeutics, Vanderbilt University School of Medicine.  Lecturer "Thrombosis and Hemostasis". |
| 2008 - 2014 | Pathology small group co-leader |
| 2008 – 2011 | Lecturer and Section Leader, Pathology 351.  Vanderbilt University School of Medicine.  (Interdisciplinary graduate program for PhD students.  [Lecturer: 2008-2011; Section Leader: 2008, 2010, and 2011] (Cystic Fibrosis) and 2009 (thrombosis). |
| 2008 – 2010 | Coagulation & Transfusion Medicine for Anesthesia Residents, Vanderbilt University Hospital. |
| 2009 – 2014 | Section Leader, The Capstone Course:  Basic Science for 4th Year Medical Students ("Thrombosis," with a presentation to entire class and organizer of 13 breakout sessions).  Vanderbilt University School of Medicine. |
| 2009 – 2014 | Vanderbilt University School of Medicine Emphasis Program.  (All medical students must perform a research project for graduation through this program):  Advisor to 10 students and co-leader of laboratory-based research section. |
| 2010 – 2014 | Lecturer, Molecular Foundations of Medicine, Vanderbilt University School of Medicine.  "Fatty Acid Metabolism," "Fatty Acids & Disease," "Phospholipids and Cell Signaling." |
| 2011 – 2014 | Lecturer, Lipid Biochemistry Module for Interdisciplinary graduate program for Ph.D. students At Vanderbilt University School of Medicine.  "Eicosanoids and Thrombosis" and "Anti-Thrombotic Therapy". |

| | |
|---|---|
| 2013 | Lecturer, Clinical Diagnostics Course. Vanderbilt University School of Medicine. "Principles of Diagnostic Coagulation". |
| 2011 – 2013 | Molecular Foundation of Medicine, Vanderbilt University School of Medicine.  "Lipids:  Structure and Function" and "Thrombosis and Hemostasis." |
| 2015- | Lecturer, Dermatology/Hematology/Musculoskeletal Course. University of Texas Medical Branch-Galveston.  "Anticoagulants and Antiplatelet Agents" and "Overview of Hemostasis and Thrombosis." |
| 2015- | Lecturer, Pathobiology and Host Defenses Course.  University of Texas Medical Branch-Galveston.  "Introduction to Coagulation." |
| 2017-2019 | Course Director, Lecturer, Five Thousand Lab Tests!  Which Ones Do I Order? Minimester Course.  University of Texas Medical Branch-Galveston. |
| 2019- | Lecturer, Mentorship and Career Development Program, Experimental Pathology Graduate Program (series of ten presentations) |

**RESEARCH ACTIVITIES**:

Areas of Research:

| | |
|---|---|
| 2014- | Diagnostic errors in medicine |
| 1999 - 2015 | Fatty acid alterations in cystic fibrosis |
| 1994 - 2005 | Fatty acid ethyl esters, nonoxidative ethanol metabolites |
| 1989 - 1993 | Fatty acid acylation of platelet proteins |
| 1985 - 1994 | Fatty acids and fatty acid metabolites in cell activation |

Grant Support:

Past:

| | |
|---|---|
| 1986 - 1995 | R01 DK37454 National Institutes of Health Control of Icosanoid Precursor Fatty Acid Metabolism |
| 1987 – 1988 | Sheryl N. Hirsch Award of the Lupus Foundation of Philadelphia Direct Costs: $10,000 |
| 1990 - 1993 | R01 DK43159 National Institutes of Health Extracellular Fatty Acid Supply and Icosanoid Production |
| 1994 - 2008 | Funding from clinical revenue at Massachusetts General Hospital of Basic Research Program Annual Direct Costs:  $70,000 – 111,000 |

7

| | |
|---|---|
| 2006 | Cystic Fibrosis Foundation<br>Determining the Role of Fatty Acids and Diet in Cystic Fibrosis<br>Co-Principal Investigator<br>Co-PI Annual Direct Costs: $250,000 |
| 2008 | Center for Minimally Invasive Therapy "Lab-In-A-Box"<br>Project Development<br>Principal Investigator<br>$28,000 (Declined because of move to Vanderbilt) |
| 2008 - 2011 | Funding from Vanderbilt University School of Medicine of basic<br>research program<br>Annual Direct Costs:  $120,000 |
| 2010 - 2015 | Funding from Endowed Chair directed to research program<br>Annual Direct Costs:  $80,000 |
| 2011-2013 | Project Title:  Pharmacogenomic Resource for Enhanced Decisions in<br>Clopidogrel Treatment (PREDICT)<br>Principal Investigator:  Michael Laposata<br>Grant Number:  1U47CI000824-01<br>Project Period:  09/30/2011 – 09/29/2013<br>Total Direct Costs:  $499,013 annually for 2 years |
| 2011-2012 | Project Title:  Proactive Risk Assessment during the Clinical<br>Laboratory Testing Process to Reduce Diagnostic Error –<br>AHRQ RFTO No. 2<br>Principal Investigator: Dr. Mark Graber, RTI International<br>Dr. Michael Laposata, Principal Investigator for Vanderbilt subcontract<br>and member of technical expert panel<br>Project Period:  07/01/2011 – 12/31/2012<br>Total Direct Costs:  $45,050 for subcontract effort and $415,323 overall |
| 2023-2026 | Project Title: Implementation of a Diagnostic Center that Serves a<br>National Audience of Healthcare Providers<br>Principal Investigator: Dr. Michael Laposata<br>Project Period: 09/01/2023 – 08/31/2026<br>Total Direct Costs: $9 million at $3 million annually for three years<br>Funding Agency: Sealy Smith Foundation, Galveston, TX |

**COMMITTEE RESPONSIBILITIES:**

University of Texas Medical Branch-Galveston:

| | |
|---|---|
| 2021 - | Responsible Official Advisory Committee |
| 2020 - | Blackstone LaunchPad Stewardship Committee |

| | |
|---|---|
| 2017 - | Chairs Executive Committee |
| 2016 - | Health System Clinical Capital Equipment Committee |
| 2016 - | Faculty Compensation Committee ("ex-officio" member) |
| 2015 - | Committee on Endowed Faculty Positions |
| 2015 - | Export Control Compliance Committee |
| 2014 - | Medical Staff Executive Committee |
| 2014 - | Medical Service, Research and Development Plan (MSRDP) Board of Directors |
| 2014 - | Faculty Group Practice (FGP) Clinical Operations Committee |

Massachusetts General Hospital:

| | |
|---|---|
| 2002 – 2007 | Chairman, Interdepartmental Clinical Laboratory Advisory Committee |
| 2002 – 2004 | Innovative Diagnostics and Therapeutics Committee |
| 2003 – 2007 | Committee for the selection of fellows for the Harvard Academy of Scholars |
| 1998 – 2002 | Steering Committee for the Clinical Skills Assessment Examination (OSCE), Harvard Medical School |
| 2000 – 2006 | Pathology Executive Committee (for the full period of its existence) |
| 2000 – 2002 | Anticoagulation Advisory Committee |
| 2004 – 2007 | Pathology Resident Selection Committee |
| 1999 – 2007 | Pathology Department Professors Committee to evaluate faculty for promotion |

Vanderbilt University School of Medicine:

| | |
|---|---|
| 2009 – 2013 | Emphasis Program, Co-Leader of Section on Laboratory Based Research |
| 2008 – 2014 | House staff Committee, Department of Pathology, Microbiology and Immunology |
| 2008 – 2014 | Executive Leadership Committee, Department of Pathology, Microbiology and Immunology |
| 2008 – 2014 | Chair, Laboratory Services Committee |

9

| 2008 – 2014 | Appointments & Promotions Committee, Department of Pathology, Microbiology and Immunology |
| 2010 – 2014 | Anticoagulation Advisory Panel |
| 2010 – 2014 | Chair, Pharmacy and Therapeutics Subcommittee on Pharmacogenomics |
| 2010 – 2014 | Co-Leader of Diagnostic Management Team Leadership Group |

**TEACHING RESPONSIBILITIES AT UNIVERSITY OF TEXAS MEDICAL BRANCH GALVESTON:**

A.  Teaching:

University of Texas Medical Branch-Galveston:

School of Medicine:

| 2014- | Lecturer, Pathobiology and Host Defenses Course |
| 2014- | Lecturer, Dermatology, Hematopathology, and Musculoskeletal Course |
| 2019- | Director, Clinical Skills Course |

Graduate School of Biomedical Sciences:

| 2020- | Director, MD-PhD Program |

Experimental Pathology Graduate Program:

| 2018 | Lecturer, Work-in-Progress Seminar Series |
| 2019 | Lecturer, Functional Histology and Pathobiology Course |

School of Allied Health Professions:
Masters of Science in Clinical Laboratory Science for Science Graduates:

| 2015- | Lecturer, Hematology and Coagulation 1 |

Doctorate of Clinical Laboratory Science (DCLS):

| 2016- | Coagulation Diagnostic Management Team |
| 2016- | Lecturer, Hematopathology |
| 2016- | Lecturer, Advanced Clinical Chemistry/Toxicology |

a.  Mentorship:

University of Texas Medical Branch-Galveston

Residents:

| | |
|---|---|
| 2014-2018 | Mohamed Khalil, M.D. |
| 2014-2018 | Christopher Marquez, M.D. |
| 2014-2018 | Mariana Moreno Prats, M.D. |
| 2014-2018 | Aaron Wyble, M.D. |
| 2014-2018 | Yu Yang, M.D., Ph.D. |
| 2015-2018 | Christopher Zahner, M.D. |
| 2015-2019 | Brooke Blake, M.D. |
| 2015-2019 | Robert (Bob) Johnston, M.D. |
| 2015-2019 | Catherine (Katie) Miller, M.D. |
| 2015-2019 | Camila Simoes, M.D. |
| 2015-2019 | Jacob Wooldridge, M.D. |
| 2016-2020 | Adam Booth, M.D. |
| 2016-2020 | David Pacheco, M.D. |
| 2016-2020 | Maria Del Mar Rivera Rolon, M.D. |
| 2016-2020 | Jianping Zhao, M.D., Ph.D. |
| 2017-2021 | Emma Ashley-Henrie, M.D. |
| 2017-2021 | Xiaotang (Alison) Du, M.D. |
| 2017-2021 | Karen Nahmod, M.D., Ph.D. |
| 2017-2021 | Hila Shaim, M.D., Ph.D. |
| 2017-2021 | Aijan Ukudeyva, M.D. |
| 2018-2022 | Abdul Abid, M.D. |
| 2018-2022 | Eric Fitts, M.D., Ph.D. |
| 2018-2022 | Adam Gonzalez, M.D. |
| 2018-2022 | Fatima Iqbal, M.D. |
| 2018-2022 | Alexandra Rapp, M.D. |

2018-2022  Yan Shen, M.D.

2019-2023  Elizabeth Abels, M.D.

2019-2023  Matthew Bayes, M.D.

2019-2023  Rachelle Gietzen, M.D.

2019-2023  Alyeesha Wilhelm, M.D.

2019-2023  Paul Young, M.D.

School of Allied Health Professions:

Doctorate in Clinical Laboratory Science:

2017-2019  Nali Onwunali

2017-2019  Sanam Koirala

2017-2019  Julie Soder

2017-2019  Santosh Kadel

2017-2019  Rajkumar Rajendran

2017-2019  Melissa Elwell

2018-2020  Jennifer Hayes

2019-  Mingmar Sherpa

2019-  Burlin Sherrick

2019-  Loriel Diaz Gonzalez

2019-  Bethany Walker

2019-  Bright Eke

2019-  Randy Phillips, Jr.

2019-  Niti Amin

b. Chair/Member of Ph.D. Supervisory Committee:

Graduate School for Biomedical Sciences:
2018 -  Paul Wadsworth (member)

B. TEACHING/MENTORING RESONSIBLITIES:

VANDERBILT UNIVERSITY HOSPITAL:

a. <u>Research Students:</u>

| 2008 – 2014 | Waddah Katrangi (Ph.D. program) |
| 2008 – 2013 | Sarah Njoroge (Ph.D. program) |
| 2009 – 2014 | Obi Umunakwe (Ph.D. program) |

MASSACHUSETTS GENERAL HOSPITAL AND HARVARD UNIVERSITY

a. <u>Students/Mentees/Advisees/Trainees/Postdoctoral Research Fellows:</u>

| 1986 -1987 | Ann Marie Connor, M.D.<br>Young Investigator Award of the Academy of Clinical Laboratory Physicians and Scientists (1987) |
| 1987 - 1989 | E. Elizabeth Furth, M.D.<br>Awarded NIH Postdoctoral Fellowship Grant for 1988-89 |
| 1987 - 1988 | Catherine S. Manno, M.D. |
| 1987 - 1988, 1991 1993, 1995 | Laszlo Muszbek, M.D., Ph.D., D.Sc. (Visiting Scientist on Sabbatical Leave) |
| 1989 - 1991 | Jun Teruya, M.D. |
| 1989 - 1991 | Youssef Hallaq, M.D. |
| 1990 - 1991 | Daniel Rubin, M.D.<br>Young Investigator Award of the Academy of Clinical Laboratory Physicians and Scientist |
| 1990 – 1991 | Claudia Villate, M.D. |
| 1991 – 1993 | Kathleen M. Doyle, Ph.D. |
| 1992 – 1995 | Zbigniew Szczepiorkowski, M.D., Ph.D.<br>Fellowship Award of the American Liver Foundation |
| 1993 – 1994 | Hazem Nouraldin, M.D. |
| 1994 – 1996 | Li Dan, Ph.D. |
| 1996 – 1997 | Elizabeth M. Van Cott, M.D. |
| 1996 – 1997 | Ewa Sicinska, M.D. |

13

| | |
|---|---|
| 1997 | Rami Alharethi, M.D. |
| 1997 – 1999 | Mohamed S. Kashalo, M.D. |
| 1997 – 2003 | Majed A. Refaai, M.D. |
| 2000 | Walter Zybko, Ph.D. |
| 2001 – 2002 | Piyush Patel, M.D. |
| 2002 – 2003 | Lizzy Andrews, M.D. |
| 2002 | Hasan Hasaba, M.D. |
| 2003 – 2004 | Samir Aleryani, Ph.D. (Fulbright Scholar) |
| 2004 | Sadik Sharef, M.D. |
| 2004 | Ibrahim Batel, M.D. |
| 2004 | Miguel Adan, M.D. |
| 2005 – 2006 | Bassel Ericsoussi, M.D. |
| 2005 – 2006 | Ragheed Alturkmani, M.D. |
| 2006 – 2007 | Hani Habal, M.D. |
| 2007 | Bashar Ericsoosi, M.D. |
| 2008 | Kelly King, M.D. (Master of Science in Clinical Investigation Program) |
| 2013 - 2014 | Michael G. O'Connor, M.D. |

Research Students:

| | |
|---|---|
| 1986 – 1987 | Michael E. Arrasmith |
| 1987 – 1988 | Eric J. Hartman |
| 1988 – 1989 | Nicole D. Pilevsky |
| 1989 – 1990 | H. Douglas Fleishman |
| 1990 | Zbigniew Szczepiorkowski |
| 1990 | Ted Elvhage |
| 1991 – 1993 | Ellen Villa |
| 1992 – 1993 | Kendrick Goss |

| | |
|---|---|
| 1992 – 1993 | Norbert Gorski |
| 1992 - 1995 | David A. Bird (Ph.D. program) |
| 1992 – 1995 | Salih Al-Salihi |
| 1992 – 1994 | Vickie C. Trace |
| 1992 – 1994 | David M. Dube´ |
| 1992 – 1994 | Samir Lutf Aleryani |
| 1993 – 1997 | Mouris Saghir (Ph.D. program) |
| 1993 – 1995 | Christopher R. Morse |
| 1993 – 1994 | Agnieszka M. Heith |
| 1994 – 1997 | Ayman Kabakibi (Ph.D. program) |
| 1994 | Paul Cannistraro |
| 1994 | Magda Szyfelbein |
| 1994 | Liana Vesga |
| 1994 – 1995 | Thomas G. Bernhardt |
| 1995 | Alexis F. Teplick |
| 1995 | Saloua Mokrim |
| 1996 | Arina Hadziselimovic |
| 1996 | Charlton K. Byun |
| 1997 – 1998 | Emily Blodget |
| 1997 | Elizabeth Gemba |
| 1997 | Azra Nanji |
| 1998 – 1999 | Michael Walden |
| 1998 – 2000 | Rose Dhaliwal |
| 1998 - 2006 | Catherine Best (Ph.D. program) |
| 1998 – 2002 | Ali Hasaba (Ph.D. program) |
| 1998 - 2005 | Raneem O. Salem (Ph.D. program) |

| | |
|---|---|
| 1998 – 2000 | Britt L. Soderberg |
| 1998 – 1999 | Rhoni Patel |
| 1999 – 2000 | Simone Bethge |
| 1999 – 2000 | Veronia Proios |
| 1999 | Steven J. Kirchner |
| 1999 | Katherine Marshall |
| 1999 – 2000 | Joshua W. Russo |
| 1999 | Katherine M. Szyfelbein |
| 2000 | Bryan R. Foster |
| 2000 – 2001 | Miho Teruya |
| 2000 | Ami Teruya |
| 2000 | Heather Magner |
| 2000 – 2001 | Zia Khan |
| 2003 | Joseph J. Bedway, Jr |
| 2002 – 2007 | Rabie Alturkmani (Ph.D. program) |
| 2002 – 2006 | Khaled Alhomsi (Ph.D. program) |
| 2005 – 2007 | Juanito Savaille |
| 2007 | Ryan Harrington |

**MEMBERSHIP IN SCIENTIFIC SOCIETIES/PROFESSIONAL ORGANIZATIONS:**

| | |
|---|---|
| 1992 - | College of American Pathologists |
| 1995 – 2001 | *Coagulation Resource Committee* |
| 1999 - 2001 | *Vice-Chair* |
| | |
| 1993 - | Massachusetts Society of Pathologists |
| 2001 – 2003 | *President* |
| | |
| 1986 - | Academy of Clinical Laboratory Physicians and Scientists |

| | |
|---|---|
| 1993 - 1999 | *Executive Council* |
| 1997 - 1998 | *President* |
| 1998 | *Organizer and Host of the National Meeting in Boston, MA* |

| | |
|---|---|
| 1990 - | American Society of Clinical Pathologists |
| 1995 – 1999 | *Chairman, Council on Resident Education* |

| | |
|---|---|
| 1990- 2000 | Mid-Atlantic Lipid Research Annual Symposium, *Program Committee* |

| | |
|---|---|
| 1993 - | International Society for the Study of Fatty Acids and Lipids |
| 1998 | *Organizer and Host of the Fourth International Roundtable Conference on Fatty Acids in Cell Signaling, Chatham, MA* |

| | |
|---|---|
| 1996 - 2009 | Research Society on Alcoholism |

| | |
|---|---|
| 1996 - | American Board of Pathology |
| 1996 - 2002 | *Clinical Pathology Test Committee* |

| | |
|---|---|
| 2002 - | American Society of Hematology |
| 2002 - 2004 | *Laboratory Hematology Committee* |

| | |
|---|---|
| 2002 - | International Society on Thrombosis & Hemostasis |
| 2003 – 2008 | *Co-Chairman, Subcommittee on Control of Anticoagulation Therapy* |

| | |
|---|---|
| 2002 - | American Association for Clinical Chemistry |
| 2003 | *Evidence-Based Medicine Planning Group* |
| 2004 | *Task Force on Laboratory Consulting* |

| | |
|---|---|
| 2014 - 2015 | Institute of Medicine |
| | *Diagnostic Error in Health Care Committee* |

| | |
|---|---|
| 2014 - | Association of Pathology Chairs |
| 2023-2024 | *President* |
| 2023-2024 | *Vice Chair Membership Committee* |

| | |
|---|---|
| 2015 - | Texas Society of Pathologists |
| 2016 - | *Ad hoc Chair, Committee on Direct Patient Outreach* |

| | |
|---|---|
| 2016 - | Best Doctors Medical Advisory Board |

| | |
|---|---|
| 2017 - | Association of Clinical Scientists (Fellow) |

**HONORS/AWARDS:**

| | |
|---|---|
| 1973 | Phi Beta Kappa, Bucknell University |

| | |
|---|---|
| 1974 | Magna Cum Laude, Bucknell University |

| 1974 | Phi Sigma Award for Research in Biology, Bucknell University |
|---|---|
| 1985-86 | Faculty Honor Roll for Excellence in Teaching, University of Pennsylvania School of Medicine |
| 1986-87 | Louis R. Dinon Award for Excellence in Teaching, University of Pennsylvania School of Medicine |
| 1987-88 | Sheryl N. Hirsch Award of the Lupus Foundation of Philadelphia (included $10,000 for research support) |
| 1987-88 | Medical Student Government Basic Science Teaching Award, University of Pennsylvania School of Medicine   (vote of graduating senior class selecting one basic science instructor) |
| 1988-89 | Christian R. and Mary F. Lindback Distinguished Teaching Award, University of Pennsylvania School of Medicine (two medical school faculty selected annually) |
| 1989 | University of Pennsylvania School of Medicine Commencement Speaker (one faculty member selected by vote of graduating class of 1989) |
| 1992 | Distinguished Service Award in Clinical Pathology bestowed by the Hungarian Society of Clinical Pathology |
| 1996 | Harvard Medical School Faculty Award for Distinguished Teaching to First Year Medical Students (typically one awardee for each of the four years of medical school) |
| 1996 | Award for Distinguished Teaching to Pathology Residents, Massachusetts General Hospital |
| 1997 | The Stanley Wyman Award for Excellence in Teaching, Department of Medicine, Massachusetts General Hospital |
| 1998 | Award for Distinguished Teaching to Pathology Residents, Massachusetts General Hospital |
| 1998 | A. Clifford Barger Excellence in Mentoring Award, Harvard Medical School (four awardees selected among hundreds of nominated faculty members) |
| 1999 | Award for Most Distinguished Teacher in the Preclinical Years, Harvard Medical School (one awardee by the vote of the graduating class) |
| 1999 | Award for Distinguished Teaching to Second Year Medical Students, Harvard Medical School |

| | |
|---|---|
| 2000 | "Mover and Shaker" Award (five to seven leaders in the Laboratory Industry selected annual by a leading publication in the field) |
| 2000 | Award for Distinguished Teaching in the Preclinical Years, Harvard Medical School (four awardees by vote of the graduate class) |
| 2000 | Advocacy Award from the College of American Pathologists for Advocating Issues Beneficial to Patients, Clinicians and Pathologists |
| 2001 | Quest Distinguished Visiting Professorship of Pathology at the Johns Hopkins University School of Medicine |
| 2002 | Emma Sadler Moss Lectureship, Louisiana State Medical Center |
| 2002 | The John Figgs Jewett, MD, Memorial Lectureship, Massachusetts Medical Society for Maternal & Perinatal Welfare |
| 2002 | The Fourth Annual Frank M. Townsend MD Lecture, University of Texas, San Antonio |
| 2002 - 2004 | Invited by the Nobel Committee of the Karolinska Institute to nominate 2003, and  candidates for the Nobel Prize in Physiology or Medicine |
| 2003 | Award for Teaching in Pathology to Second Year Medical Students, Harvard Medical School |
| 2004 | Harry J. Sacks, MD Lectureship, Cedars-Sinai Hospital, Los Angeles, CA |
| 2004 | Abraham J. Gitlitz Memorial Lecture at 124th Annual Meeting of Association of Clinical Scientists, Houston, TX. |
| 2004 | Gerald T. Evans Award from the Academy of Clinical Laboratory Physical & Scientists (ACLPS) for distinguished service in the field of Laboratory Medicine, Presented at the 39th meeting of the society in Denver, CO. |
| 2004 | The Dr. R.E. Bell Memorial Lectureship, University of Alberta, Edmonton, Alberta, Canada. |
| 2004 | Recognition by Centers for Disease Control and Prevention as Founding Partner for Institute for Quality in Laboratory Medicine |
| 2004 | Nominee, Prize for Excellence in Teaching (Years 1 & 2), Harvard Medical School |
| 2004 | Award for Excellence in Teaching to Second Year Medical and Dental Students, Harvard Medical School and Harvard School of Dental Medicine |

| | |
|---|---|
| 2005 | Award from the Institute for Quality in Laboratory Medicine (IQLM) of the Centers for Disease Control and Prevention (CDC) for "Improved Clinical Integration" of Laboratory Medicine Services.  One of 10 major awards in 2005 by the IQLM. |
| 2005 | Semi-finalist award for Massachusetts Institute of Technology 50K Entrepreneurship Competition (innovation team name is Med Packs). |
| 2005 | The Ward Burdick Award from the American Society of Clinical Pathology (ASCP) for Distinguished Service to Clinical Pathology. |
| 2005 | Award for Distinguished Teaching in the Preclinical Years (1 of 2 awardees selected by the graduating class), Harvard Medical School. |
| 2005 | J. Heinrich Joist First Memorial Lecture, St. Louis University Coagulation Consultants Symposium.2005 - 2006 |
| 2006 - | Elected to Best Doctors for expertise in coagulation disorders (Physicians identify fellow physician experts for Best Doctors, Inc.) |
| 2006 - 2007 | Boston Magazine's Best of Boston Doctors (Top 100-200 local physicians among >5000 licensed doctors) |
| 2006 | Laboratory Public Service National Leadership Award from the Lab Institute at the 24th Annual Meeting of the Washington G2 Reports |
| 2007 | The Israel Michaelson Distinguished Lectureship, University of Tennessee Health Science Center, Memphis, TN |
| 2009 | American Association of Clinical Chemistry, National Award for Outstanding Contributions in Education |
| 2009 | The Norman P. Kubasik Lectureship Award, American Association of Clinical Chemistry Upstate New York section. |
| 2012 | National Award for Outstanding Contributions to Management Sciences and Patient Safety, American Association for Clinical Chemistry |
| 2012 | College of American Pathologists National Award for Teaching |
| 2012 | American Society for Clinical Pathology National Teaching Award |
| 2014 | Best Doctor in America (recognized in the *Nashville Business Journal*) |
| 2014 | American Association of Clinical Chemistry's Outstanding Speaker Award |
| 2014-2015 | Best Clinical Pathology Faculty, University of Texas Medical Branch, Department of Pathology |

| 2015 | Senior Fellow of the Sealy Center on Aging |
| 2015 | *The Pathologist's* 2015 Pathologist Power List (*The Pathologists* Issue 13, 2015) (Voted by peers as #1 Most Influential Pathology in the US; #3 in the world) |
| 2015-2016 | American Association for Clinical Chemistry Outstanding Speaker Award |
| 2016 | Canadian Royal College McLaughlin Gallie Visiting Professorship |
| 2016 | Terplan Lecturer, University of Buffalo |
| 2017 | Benjamin Highman Lecturer, University of California, Davis |
| 2017 | Milka M. Montiel Lecturer, University of Texas-San Antonio |
| 2018 | *The Pathologist's* 2018 Power List (recognized as one of the most 100 influential pathologists among > 40k international pathologists) |
| 2018-2019 | Best Clinical Pathology Faculty, University of Texas Medical Branch, Department of Pathology |
| 2019 | Raul A. Marcial Rojas Memorial Lecturer, Academy of Pathology and Laboratory Medicine of Puerto Rico |
| 2020 | Wallace H. Coulter Lectureship Award, American Association for Clinical Chemistry |
| 2022 | Elected to Full Membership in the American Clinical and Climatological Association |
| 2023 | Best in Texas Magazine's Doctors 2023 (Excellence in Medicine) |
| 2023 | Top Doctor 2023 (Top Clinical Pathologist 2023) |

**ADDITIONAL INFORMATION:**

Editorial Board Appointments:

| 1955-2008 | *American Journal of Clinical Pathology* Associate Editor |
| 2017 - | *Diagnosis* |
| 2019 - | *Academic Pathology* |

Grant Reviewer:

| 1987 | Special Reviewer. Biochemistry 2 Study Section, National Institutes of Health |

| | |
|---|---|
| 1988 - 1989 | Ad Hoc Reviewer.  Molecular Biosciences Section, National Science Foundation |
| 1990 | Special Reviewer.  Biochemistry 2 Study Section, National Institutes of Health |
| 1996 | Special Review Committee Member for the National Institutes of Health to Evaluate Program Project on Alcohol Metabolism |
| 1996 | Special Reviewer.  Alcohol & Toxicology I Study Section, National Institutes of Health |
| 1996 | Alcohol & Toxicology Clinical Sciences Special Emphasis Panel, National Institutes of Health |
| 1997 | Special Reviewer.  Alcohol & Toxicology 1 Study Section, National Institutes of Health |
| 1997 | Special Reviewer.  Alcohol & Toxicology 4 Study Section, National Institutes of Health |
| 1999 | Special Reviewer.  Alcohol & Toxicology 1 Study Section, National Institutes of Health |
| 2003 | Ad hoc Reviewer.  Special Emphasis Panel.  Small Business Innovative Research Grant Study Section, National Institutes of Health |
| 2014 | Ad hoc Review. Cystic Fibrosis Research and Translation Core Centers, National Institutes of Health |

Advisory Boards/Committees:

| | |
|---|---|
| 2002 – 2011 | ChilDx – Children's Health Improvement through Laboratory Diagnostics |
| 2005 | Board of Scientific Counselors for review of the Department of Laboratory Medicine,  National Institutes of Health, Bethesda, MD |
| 2002 – 2006 | Clinical Laboratory Improvement Advisory Committee (CLIAC) of the Centers for Disease Control and Prevention (CDC) (Appointment made by the U.S. President's Secretary of Health and Human Services) |
| 2004 - | Instrumentation Laboratory, International Scientific Advisory Board for Coagulation |
| 2006 - 2017 | National Advisory Board, BD Preanalytical Systems |
| 2008 - 2018 | Co-Chair, Clinical Laboratory Integration into Healthcare Collaborative (CLIHC) sponsored by Centers for Disease Control and Prevention (CDC) on Integration of Laboratory Medicine into Clinical Practice |

2014 - 2019            Pathology Advisory Committee, Laboratory Accreditation Program, The Joint Commission

**PUBLISHED:**

Articles in Peer-reviewed Journal:

1.   Laposata, M., S.M. Prescott, T.E. Bross, and P.W. Majerus.  1982.  Development and characterization of a tissue culture cell line with essential fatty acid deficiency.  Proc. Natl. Acad. Sci. USA 79:7654-7658.

2.   Laposata, M., D.K. Dovnarsky, and H.S. Shin.  1983.  Thrombin-induced gap formation in confluent endothelial cell monolayers in vitro.  Blood 62:549-556.

3.   Laposata, M., E.L. Reich, and P.W. Majerus.  1985.  Arachidonoyl-CoA synthetase: separation from nonspecific acyl-CoA synthetase and distribution in various cells and tissues.  J. Biol. Chem. 260:11016-11020.

4.   Majerus, P.W., E.J. Neufeld, and M. Laposata.  1985.  Mechanisms for eicosanoid precursor uptake and release by a tissue culture cell line, in Inositol and Phosphoinositides: Metabolism and regulation, Bleasdale, J.E., J. Eichberg, and G. Hauser, eds. 443-457.

5.   Brass, L.F., M. Laposata, H. Singh, and S. Rittenhouse.  1986.  Regulation of the phosphoinositide hydrolysis pathway in thrombin-stimulated platelets by a pertussis toxin-sensitive guanine nucleotide-binding protein.  J. Biol. Chem.  261:16838-16847.

6.   Capriotti, A.M. and M. Laposata.  1986.  Identification of variables critical to reproducible delipidation of serum.  J. Tissue Cult. Methods. 4:219-222.

7.   Laposata, M. and P.W. Majerus.  1987.  Measurement of icosanoid precursor uptake and release by intact cells.  Methods in Enzymology. 141:350-355.

8.   Laposata, M., S.L. Kaiser, E.L. Reich, and P.W. Majerus.  1987.  Eicosadiynoic acid: A non-toxic inhibitor of multiple enzymatic steps in the production of icosanoids from arachidonic acid.  Prostaglandins.  33:603-615.

9.   Lowe, J.B., M. Sacchettini, M. Laposata, J.J. McQuillan, and J.I. Gordon.  1987.  Expression of rat intestinal fatty acid-binding protein in *Escherichia coli*.  J. Biol. Chem. 262:5931-5937.

10.  Brass, L.F. and M. Laposata.  1987.  Diacylglycerol causes Ca release from the platelet dense tubular system: comparisons with Ca release caused by inositol 1,4,5-triphosphate.  Biochem. Biophys. Res. Commun. 142:7-14.

11.  Hicks, D.G., A.M. Connor, and M. Laposata.  1987.  Laboratory diagnosis and monitoring of disseminated intravascular coagulation.  Lab. Med. 18:585-589.  (Reprinted in the Italian journal Biochimica Clinica 13, 30-34, 1989.)

12.  Laposata, M., C.M. Krueger, and J.E. Saffitz. 1987.  Selective uptake of [3H] arachidonic acid into the dense tubular system of human platelets.  Blood. 70:832-837.

13.    Laposata, M., S.L. Kaiser, and A.M. Capriotti.  1988.  Icosanoid production can be decreased without alterations in cellular arachidonate content or enzyme activities required for arachidonate release and icosanoid synthesis.  J. Biol. Chem. 263:3266-3273.

14.    Connor, A.M. and M. Laposata.  1988.  A rapid assay for thromboxane production by platelets and its use in assessing prior aspirin ingestion.  Am. J. Clin. Path. 89:216-221.

15.    Capriotti, A.M., E.E. Furth, M.E. Arrasmith and M. Laposata. 1988.  Arachidonate released upon agonist stimulation preferentially originates from arachidonate most recently incorporated into nuclear membrane phospholipids.  J. Biol. Chem. 263:10029-10034.

16.    Furth, E.E. and M. Laposata. 1988.  Mass quantitation of agonist induced arachidonate release and icosanoid production in a fibrosarcoma cell line:  Effect of time of agonist stimulation, amount of cellular arachidonate, and type of agonist.  J. Biol. Chem. 263: 15951-15956.

17.    Laposata, M., M. Minda, A.M. Capriotti, E.J. Hartman, and R.V. Iozzo.  1988.  Reversible phenotypic modulation induced by deprivation of exogenous essential fatty acids.  Lab. Invest. 59:838-847.

18.    Tate, G.A., B.F. Mandell, R.A. Karmali, M. Laposata, D.G. Baker, H.R. Schumacher Jr., and R.B. Zurier.  1988.  Suppression of monosodium urate crystal induced inflammation by diets enriched with gamma linolenic and eicosapentaenoic acids.  Arth. Rheum. 31: 1543-1551.

19.    Muszbek, L. and M. Laposata.  1989.  Glycoprotein Ib and glycoprotein IX in human platelets are acylated with palmitic acid through thioester linkages.  J. Biol. Chem. 264: 9716-9719.

20.    Hartman, E.J., S. Omura, and M. Laposata.  1989.  Triacsin C:  A differential inhibitor of arachidonoyl-CoA synthetase and nonspecific long chain acyl-CoA synthetase. Prostaglandins. 37:655-671.

21.    Remaley, A.T., Kennedy, J.M., and M. Laposata.  1989.  Evaluation of the clinical utility of platelet aggregation studies.  Am. J. Hematol. 31:188-193.

22.    Tate, G., B.F. Mandell, M. Laposata, D. Ohliger, D.G. Baker, H.R. Schumacher, and R.B. Zurier.  1989.  Suppression of acute and chronic inflammation by enrichment of diet with gamma linolenic acid.  J. Rheum. 16:729-733.

23.    Muszbek, L. and M. Laposata.  1989.  Covalent modification of platelet proteins with palmitate.  Blood. 74:1339-1347.

24.    Furth, E.E., V. Hurtubise, M.A. Schott, and M. Laposata.  1989.  The effect of endogenous essential and non-essential fatty acids on the uptake and subsequent agonist induced release of arachidonate.  J. Biol. Chem.  264:18494-18501.

25.    Baker, D.G., G. Tate, M. Laposata, and R.B. Zurier.  1989.  Suppression of human synovial cell proliferation by dihomo-gamma-linolenic acid.  Arth. Rheum. 32:1273-1281.

26.     Laposata, M. 1990.  Solubilization of arachidonate-CoA ligase from cell membranes, chromatographic separation from nonspecific long-chain fatty acid CoA ligase, and isolation of a mutant cell line defective in arachidonate-CoA ligase.  Methods Enzymol. 187:237-242.

27.     Pullman-Mooar, S., M. Laposata, D. Lem, and R.B. Zurier.  1990.  Alteration of the cellular fatty acid profile and the production of eicosanoids in human monocytes by gamma-linolenic acid.  Arth. Rheum. 33:1526-1533.

28.     Rubin, D. and M. Laposata.  1991.  Regulation of agonist-induced prostaglandin $E_1$ vs. prostaglandin $E_2$ synthesis.  A mass analysis.  J. Biol. Chem.  266:23618-23623.

29.     Rubin, D. and M. Laposata.  1992.  Cellular Interactions between n-6 and n-3 Fatty Acids: A mass analysis of fatty acid elongation/desaturation, distribution among complex lipids, and conversion to eicosanoids.  J. Lipid Res.  33:1431-1440.

30.     Lewandrowski, K., R. Cheek, D. Nathan, K. Hurxthal, and M. Laposata.  1992. Implementation of capillary blood glucose monitoring in a teaching hospital and determination of program requirements to maintain quality testing.  Am. J. Med. 93: 419-426.

31.     Furth, E.E., H. Sprecher, E. Fisher, H D. Fleishman and M. Laposata.  1992.  An in vitro model for essential fatty acid deficiency:  Hep G2 cells permanently maintained in lipid-free medium. J. Lipid Res. 33: 1719-1726.

32.     McDonagh, J., E.T. Fossel, R.L. Kradin, S.M. Dubinett, M. Laposata, and Y.A. Hallaq. 1992.  Effects of TNF-alpha on peroxidation of plasma lipoprotein lipids in experimental animals and patients.  Blood.  80:3217-3226.

33.     Muszbek, L. and M. Laposata.  1993.  Myristoylation of proteins in platelets occurs predominantly through thioester linkages.  J. Biol. Chem.  268:8251-8255.

34.     Hallaq, Y., T.C. Becker, C.S. Manno, and M. Laposata.  1993.  Use of acetyl chloride/methanol for assumed selective methylation of plasma nonesterified fatty acid results in significant methylation of esterified fatty acids.  Lipids.  28:355-360.

35.     Fujimoto, T., E. Stroud, R.E. Whatley, S.M. Prescott, L. Muszbek, M. Laposata, and R.P. McEver.  1993.  P-selectin is acylated with palmitic acid and stearic acid at cysteine 766 through a thioester linkage.  J. Biol. Chem.  268:11394-11400.

36.     Muszbek, L. and M. Laposata.  1993.  Covalent modification of proteins by arachidonate and eicosapentaenoate in platelets.  J. Biol. Chem. 268:18243-18248.

37.     Doyle, K.M., D. Bird, S. Al-Salihi, Y. Hallaq, J.E. Cluette-Brown, K.A. Goss, and M. Laposata.  1994.  Fatty acid ethyl esters are present in human serum following ethanol ingestion.  J. Lipid Res.  35: 428-437.

38.     Hallak, H., L. Muszbek, M. Laposata, E. Belmonte, L.F. Brass, and D.R. Manning.  1994. Covalent binding of arachidonate to G protein alpha subunits of human platelets.  J. Biol. Chem.  269: 4713-4716.

39.   Lewandrowski, K., E. M. Bailey, E. Dhanak, M. Laposata, and J. G. Flood.  1994.  Mandatory laboratory consultation as a method to aid appropriate test utilization:  the case of lactate dehydrogenase isoenzyme analysis.  Lab. Med.  25:460-463.

40.   Lee-Lewandrowski, E., M. Laposata, K. Eschenbach, C. Camooso, D.M. Nathan, J.E. Godine, K. Hurxthal, J. Goff, and K. B. Lewandrowski.  1994.  Utilization and cost analysis of bedside capillary glucose testing in a large teaching hospital:  implications for the management of point of care testing.  Am. J. Med.  97:222-230.

41.   Laposata, M.  1994.  The rapidly evolving specialty of laboratory medicine.  Laboratory Diagnostics.  XXI:65-71.

42.   Szczepiorkowski, Z.M., G.R. Dickerson, and M. Laposata.  1995.  Fatty acid ethyl esters decrease human hepatoblastoma cell proliferation and protein synthesis.  Gastroenterology.  108:515-522. (Selected for review in editorial by A.A. Spector).

43.   Teruya, J., J. C. Brown, Z. Szczepiorkowski, and M. Laposata.  1995.  Mode of transport of fatty acids to cells influences intracellular fatty acid metabolism.  J. Lipid Res. 36:266-276.

44.   Laposata M., Z.M. Szczepiorkowski, and J.C. Brown.  1995.  Fatty acid ethyl esters: nonoxidative metabolites of ethanol.  Prostagl. Leukotr. Ess. FA. 52:87-91.

45.   Heith, A.M., C.R. Morse, T. Tsujita, S.A. Volpacelli, J.G. Flood, and M. Laposata.  1995.  Fatty acid ethyl ester synthase catalyzes the esterification of ethanol to cocaine.  Biochem. Biophys. Res. Commun. 208:549-554.

46.   Laposata, M.  1995.  Fatty Acids:  Biochemistry to clinical significance.  Am. J. Clin. Path. (Invited review) 104:172-179.

47.   Rosetti, R.G., C.M. Seiler, M. Laposata, and R.B. Zurier.  1995.  Differential regulation of human and lymphocyte protein kinase C activity by unsaturated fatty acids.  Clin. Immunol. Immunopath.  76:220-224.

48.   Laposata, M. and K.B. Lewandrowski.  1995.  Near patient blood glucose monitoring.  Arch. Pathol. Lab. Med.  119:926-928.

49.   Bird, D.A., Z.M. Szczepiorkowski, V.C. Trace, and M. Laposata.  1995.  Low-density lipoprotein reconstituted with fatty acid ethyl esters as a physiological vehicle for ethyl ester delivery to intact cells.  Alcohol Clin. Exp. Res. 19:1265-1269.

50.   Al-Eryani, S., A. Kabakibi, J.E. Cluette-Brown, and M. Laposata.  1996.  Fatty acid ethyl ester synthase, an enzyme responsible for nonoxidative ethanol metabolism, is present in serum following liver and pancreatic injury.  Clin. Chem.  42:24-27.

51.   Bernhardt, T.G., P.A. Cannistraro, D.A. Bird, K.M. Doyle, and M. Laposata.  1996.  Purification of fatty acid ethyl esters by solid phase extraction and HPLC.  J. Chromatog B.  675:189-196.

52.     Laposata, M. and L. Muszbek.  1996.  Thioesterification of platelet proteins by saturated and unsaturated fatty acids.  Lipids.  31:S-217-S-221.

53.     Gorski, N.P., H. Nouraldin, D.M. Dube, F.I. Preffer, D.M. Dombkowski, E.M. Villa, K.B. Lewandrowski, and M. Laposata.  1996.  Reduced fatty acid ethyl ester synthase activity in the white blood cells of alcoholics. Alcohol Clin. Exp. Res.  20:268-274.

54.     Hallaq, Y., J. Teruya, J.E. Cluette-Brown, Z.M. Sczepiorkowski, and M. Laposata.  1996.  Stability of plasma nonesterified arachidonate in healthy individuals in fasting and non-fasting states.  Clin. Chem. 42:771-773.

55.     Bird, D.A., M. Laposata (corresponding author), and J.A. Hamilton.  1996.  Binding of ethyl oleate to low density lipoprotein, phospholipid vesicles, and albumin:  A $^{13}$C NMR study.  J. Lipid Res. 37:1449-1458.

56.     Doyle, K.M., J.E. Cluette-Brown, D.M. Dube, T.G. Bernhardt, C.R. Morse, and M. Laposata.  1996.  Fatty acid ethyl esters in the blood as markers for ethanol intake. J. Am. Med. Assn.  276:1152-1156.

57.     Zurier, R.B., R.G. Rosetti, E.W. Jacobson, D.M. DeMarco, N.Y. Liu, J.E. Temming, B.M. White, and M. Laposata.  1996.  Gamma-linolenic acid treatment of rheumatoid arthritis: a randomized placebo-controlled trial.  Arth. Rheum.  39:1808-1817.

58.     Laposata, M.  1996.  What we are doing or should be doing in Clinical Pathology (special article).  Am. J. Clin. Pathol.  106:571-573.

59.     Gertler, J.P., R.P. Cambria, D.C. Brewster, J.K. Davison, P. Purcell, S. Zannetti, S. Johnson, G. L'Italien, G. Koustas, G.M. LaMuraglia, M. Laposata, and W.M. Abbott.  1996.  Coagulation changes during thoracoabdominal aneurysm repair.  J. Vasc. Surg.  24:936-943.

60.     Dan, L. and M. Laposata.  1997.  Ethyl palmitate and ethyl oleate are the predominant fatty acid ethyl esters in the blood after ethanol ingestion and their synthesis is differentially influenced by the extracellular concentrations of their corresponding fatty acids.  Alcohol Clin. Exp. Res.  21:292-296.

61.     Bird, D.A. A. Kabakibi, and M. Laposata.  1997.  The distribution of fatty acid ethyl esters among lipoproteins and albumin in human serum.  Alcohol Clin. Exp. Res.  21:602-605.

62.     Werner, J., M. Laposata (corresponding author), C. Fernandez-del Castillo, M. Saghir, R.V. Iozzo, K.B. Lewandrowski, and A.L. Warshaw.  1997.  Pancreatic injury induced by fatty acid ethyl ester, a nonoxidative metabolite of alcohol.  Gastroenterology.  113:286-294. (Selected for review in editorial by J.S. Wilson and R.C. Pirola).

63.     Van Cott, E.M., L. Muszbek, and M. Laposata.  1997.  Fatty acid acylation of platelet proteins.  Prostagl. Leukotr. Ess. FA.  57:33-37.

64.     Saghir, M., J. Werner, and M. Laposata.  1997.  Rapid *in vivo* hydrolysis of fatty acid ethyl esters, toxic nonoxidative ethanol metabolites.  Am. J. Physiol. 273 (Gastrointest. Liver Physiol. 36):G184-G190.

65.  Rossetti, R.G., C.M. Seiler, P. DeLuca, M. Laposata, and R.B. Zurier.  1997.  Oral administration of unsaturated fatty acids:  Effects on human peripheral blood T lymphocyte proliferation.  J. Leukoc. Biol.  62:438-443.

66.  Kirby, J.E. and M. Laposata.  1997.  The nature and extent of training activities in clinical pathology required for effective consultation on the selection and interpretation of laboratory tests.  Arch. Pathol. Lab. Med. 121:1163-1167.

67.  Grinspoon, S.K., H. Askari, M.L. Landt, D.M. Nathan, D.A. Schoenfeld, D.L. Hayden, M. Laposata, J. Hubbard, and A.M. Klibanski.  1997. Effects of fasting and refeeding on leptin in humans.  Am J. Clin. Nutr.  66:1352-1356.

68.  Pascual, M., R. Thadhani, M. Laposata, W.W. Williams, M.L. Farrell, S. M. Johnson, N. Tolkoff-Rubin, and A.B. Cosimi.  1997.  Anticardiolipin antibodies and hepatic artery thrombosis after liver transplantation.  Transplantation.  64:1361-1364.

69.  Muszbek, L., E. Racz, and M. Laposata.  1997.  Posttranslational modification of proteins with fatty acids in platelets.  Prostagl. Leukotr. Ess. FA.  57:359-366.

70.  Laposata, M.  1998.  Fatty acid ethyl esters: ethanol metabolites which mediate ethanol – induced organ damage and serve as markers of ethanol intake.  Prog. Lipid Res. 37:307-316.

71.  Laposata, M.  1998.  Fatty acid ethyl esters: nonoxidative metabolites of ethanol (invited review).  Addiction Biology.  3:5-14.

72.  Kabakibi, A., E.C. Vamvakas, P.A. Cannistraro, Z. M. Szczepiorkowski, and M. Laposata.  1998.  Collagen-induced whole blood platelet aggregation in patients undergoing surgical procedures associated with minimal to moderate blood loss.  Am. J. Clin. Path.  109:392-398.

73.  Kabakibi, A., C.R. Morse, and M. Laposata.  1998.  Fatty acid ethyl esters and Hep2 cells: intracellular synthesis and release from the cells.  J. Lipid Res.  39:1568-1582.

74.  Dan, L. and M. Laposata.  1998.  Quantitation of the mass fatty acid ethyl esters synthesized by HepG2 cells incubated with ethanol.  Alcohol Clin. Exp. Res.  22:1125-1131.

75.  Laposata, M., D. Green, E.M. Van Cott, T.W. Barrowcliffe, S.M. Goodnight, and R.C. Sosolik.  1998.  The clinical use and laboratory monitoring of low molecular weight heparin, danaparoid, hirudin and related compounds, and argatroban.  Arch. Path. Lab. Med. 122:799-807.

76.  Van Cott, E.M. and M. Laposata. 1998.  Laboratory evaluation for hypercoagulable states.  Hematol. Oncol. Clin. NA, 12:1141-1166.

77.  Cunningham, M.T., J. Praestegaard, P.E. Stryer, J.T. Brandt, R.B. Fairweather, M. Laposata, J.D. Olson, R.C. Sosolik, and D.A. Triplett.  1999.  A method for proficiency testing of small peer groups in the College of American Pathologists Coagulation Surveys.  Arch. Pathol. Lab. Med.123:199-205.

78.  Goss, K.A., R. Alharethi, and M. Laposata.  1999.  Fatty acid ethyl ester synthesis in the preparation of scotch whiskey.  Alcohol.17:241-245.

79.  Quinn, D.A., R.B. Fogel, C.D. Smith, M. Laposata, B.T. Thompson, S.M. Johnson, A.C. Waltman, and C.A. Hales.  1999.  D-dimers in the diagnosis of pulmonary embolism.  Am. J. Resp. Crit. Care Med.  159:1445-1449.

80.  Muszbek, L., G. Haramura, J.E. Cluette-Brown, E.M. Van Cott, and M. Laposata.  1999.  The pool of fatty acids covalently bound to platelet proteins by thioester linkages can be altered by exogenously supplied fatty acids.  Lipids 34:S331-S337.

81.  Laposata, M.  1999.  Fatty acid ethyl esters:  Nonoxidative ethanol metabolites with emerging biological and clinical significance.  Lipids 34:S281-S285.

82.  Laposata, M.  Fatty acid ethyl esters:  Facts and speculations.  1999.  Prostagl. Leukotr. Essential Fatty Acids.  60:313-315.

83.  Zurier, R.B., R.G. Rosetti, C.S. Seiler, and M. Laposata.  1999.  Human peripheral blood T  lymphocyte proliferation after activation of the T cell receptor:  Effects of unsaturated fatty acids.  Prostagl. Leukotr. Essential Fatty Acids.  60:371-375.

84.  Van Cott, E.M. and M. Laposata.  1999.  Desirudin.  Curr. Op. Cardiovasc. Pulm. Renal Invest. 1:159-170.

85.  Laposata, M.  1999.  Assessment of ethanol intake:  Current assays and new markers on the horizon.  Am. J. Clin. Path.  112:443-450.

86.  Saghir, M., E. Blodget, and M. Laposata. 1999.  The hydrolysis of fatty acid ethyl esters in low density lipoproteins by red blood cells, white blood cells, and platelets.  Alcohol. 19:163-168.

87.  Freedman, S.D., M.H. Katz, E.M. Parker, M. Laposata, M.Y. Urman, and J.G. Alvarez.  1999.  A membrane lipid imbalance plays a role in the phenotypic expression of cystic fibrosis in *cftr-/-mice*.  Proc. Natl. Acad. Sci. U.S.A.  96:13995-14000.

88.  Soderberg, B.L., E.T. Sicinska, E. Blodget, J.E. Cluette-Brown, P.M. Suter, T. Schuppisser, W. Vetter, and M. Laposata.  1999.  Preanalytical variables affecting the quantitation of fatty acid ethyl esters in plasma and serum samples.  Clin. Chem.  45: 2183-2190.

89.  Saghir, M., J. Werner, and M. Laposata.  1999.  A comparison of the hydrolysis and metabolism in rats of fatty acid ethyl esters within human low density lipoproteins and rat low density lipoproteins.  Res. Commun. Alcohol Subst. Abuse. 20:123-134.

90.  Laposata, M., A. Kabakibi, M.P. Walden, J.E. Cluette-Brown, Azra A. Nanji, M.A. Refaai, J. Werner, and Amin A. Nanji.  2000.  Differences in the fatty acid composition of fatty acid ethyl esters in organs and their secretions.  Alcohol. Clin. Exp. Res.  24:1488-1491.

91.  Salem, R.O., J.E. Cluette-Brown, A. Hasaba, and M. Laposata.  2001.  The effect of specimen anticoagulant and storage on serum and plasma fatty acid ethyl ester concentration measurements.  Clin. Chem. 47:126-127.

92.    Salem, R.O., M.A. Refaai, J.E. Cluette-Brown, J.W. Russo, and M. Laposata.  2001.  Fatty acid ethyl esters in liver and adipose tissues as postmortem markers for ethanol intake. Clin. Chem. 47:722-725.

93.    Hasaba, A. and M. Laposata.  2001.  The synthesis and secretion of fatty acid ethyl esters from Hep G2 cells are stimulated by lipoproteins and albumin.  Alcohol. Clin. Exp. Res. 25:338-343.

94.    Kang, Z.B., Y. Ge, Z. Chen, J.E. Cluette-Brown, M. Laposata, A. Leaf, and J.X. Kang. 2001.  Adenoviral gene transfer of *Caenorhabditis elegans* n-3 fatty acid desaturase optimizes fatty acid composition in mammalian cells.  Proc. Natl. Acad. Sci., 98:4050-4054.

95.    Zybko, W.C., J.E. Cluette-Brown, and M. Laposata.  2001.  Improved sensitivity and reduced sample size in serum fatty acid ethyl ester analysis.  Clin. Chem. 47:1120-1121.

96.    Werner, J., M. Saghir, C. Fernandez-del Castillo, A.L. Warshaw, and M. Laposata.  2001.  Linkage of oxidative and non-oxidative ethanol metabolism in the pancreas and toxicity of non-oxidative ethanol metabolites for pancreatic acinar cells.  Surgery 129:736-744.

97.    Dighe, A.S. and M. Laposata.  2001.  Narrative interpretations for clinical laboratory evaluations: An overview.  Am. J. Clin. Pathol. (Suppl.). 116:S123-S128.

98.    MacMillan, D.H., B.L. Soderberg, and M. Laposata.  2001.  Regulations regarding reflexive testing and narrative interpretations in laboratory medicine.  Am. J. Clin. Pathol. (Suppl.). 116:S129-S132.

99.    Kratz, A., B.L. Soderberg, Z.M. Szczepiorkowski, A.S. Dighe, J. Versalovic, and M. Laposata.  2001.  The generation of narrative interpretation in laboratory medicine: A description of individual sign-out rounds. Am. J. Clin. Pathol. (Suppl.). 116:S133-S140.

100.   Refaai, M.A., P.N. Nguyen, T.S. Steffensen, R.J. Evans, J.E. Cluette-Brown, and M. Laposata.  2002. Liver and adipose fatty acid ethyl esters obtained at autopsy are postmortem markers for premortem ethanol intake.  Clin. Chem. 48:77-83.

101.   Meininger, G., H. Hadigan, M. Laposata, J. Brown, J. Rabe, J. Louca, N. Aliabadi, and S.M. Grinspoon.  2002.  Elevated concentrations of free fatty acids are associated with increased insulin response to standard glucose challenge in human immunodeficiency virus-infected subjects with fat redistribution.  Metabolism. 51:260-266.

102.   Cunningham, M.T., J.T. Brandt, M. Laposata, and J.D. Olson.  2002.  Laboratory diagnosis of dysfibrinogenemia.  Arch. Pathol. Lab. Med.  126:499-505.

103.   Van Cott, E.M., B.L. Soderberg, and M. Laposata.  2002.  Activated protein C resistance, the factor V Leiden mutation, and a laboratory testing algorithm.  Arch. Pathol. Lab. Med. 126:577-582.

104.   Kratz, A. and M. Laposata.  2002.  Enhanced clinical consulting – moving toward the core competencies of laboratory professionals.  Clin. Chim. Acta.  319:117-125.

105.   Van Cott, E.M. B.L. Soderberg, and M. Laposata.  2002.  Hypercoagulability test strategies in the protein C and protein S pathway.  Clin. Lab. Med. 22:391-403.

106.   Ge, Y., Z. Chen, Z.B. Kang, J. Cluette-Brown, M. Laposata, and J.X. Kang.  2002. Effects of adenoviral gene transfer of *C. elegans* n-3 fatty acid desaturase on the lipid profile and growth of human breast cancer cells.  Anticancer Res. 22:537-543.

107.   Nanji, A.A., G.L. Su, M. Laposata, and S.W. French.  2002.  Pathogenesis of alcoholic liver disease – recent advances.  Alcohol. Clin. Exp. Res.  26:731-736.

108.   Werner, J., M. Saghir, A.L. Warshaw, K.B. Lewandrowski, M. Laposata, R.V. Iozzo, E.A. Carter, R.J. Schatz, and C. Fernandez-del Castillo.  2002.  Alcoholic pancreatitis in rats: injury from nonoxidative metabolites of ethanol.  Am. J. Physiol. 283:G65-73.

109.   Laposata, M., A. Hasaba, C.A. Best, D.M. Yoerger, B.M. McQuillan, R.O. Salem, M.A. Refaai, and B.L. Soderberg.  2002.  Fatty acid ethyl esters: Recent observations. Prostagl. Leukotr. Essential Fatty Acids.  67:193-196.

110.   Brenner, B.R., U. Nowak-Gottl, A. Kosch, M. Manco-Johnson, and M. Laposata.  2002. Diagnostic studies for thrombophilia in women on hormonal therapy and during pregnancy, and in children.  Arch. Pathol. Lab. Med.  126:1296-1303.

111.   Van Cott, E.M., M. Laposata, and M.H. Prins.  2002.  Laboratory evaluation of hypercoagulability with venous or arterial thrombosis: venous thromboembolism, myocardial infarction, stroke and other conditions.  Arch. Pathol. Lab. Med.  126:1281-1295.

112.   Refaai, M.A., M. Laposata, and E.M. Van Cott.  2003.  Clinical significance of a borderline titer in a negative ELISA test for heparin-induced thrombocytopenia.  Am. J. Clin. Path. 119:61-65.

113.   Best, C.A., J.E. Cluette-Brown, M. Teruya, A. Teruya and M. Laposata.  2003.  Red blood cell fatty acid ethyl esters: A significant component of fatty acid ethyl esters in the blood. J. Lipid Res.  44:612-620.

114.   Best, C.A. and M. Laposata.  2003.  Fatty acid ethyl esters: Toxic non-oxidative markers of ethanol and markers of ethanol intake.  Front. Biosci. 8, E202-E217.

115.   Refaai, M., E.M. Van Cott, and M. Laposata.  2003.  The timing of a positive test for heparin induced thrombocytopenia relative to the platelet count and anticoagulant therapy in 43 consecutive cases.  Am. J. Clin. Path.  119:497-504.

116.   Hartnett, M.E., M. Laposata, and E.M. Van Cott.  2003.  Antiphospholipid antibody syndrome in a six-year-old female patient.  Am. J. Ophthalmol. 135:542-544.

117.   Refaai, M., P.N. Nguygen, J.E. Cluette-Brown, and M. Laposata.  2003.  Ethyl arachidonate is the predominant fatty acid ethyl ester in the brain of subjects with detectable blood ethanol at the time of death.  Lipids.  38:269-273.

118.   Laposata, M. and S. M. Johnson.  2003.  Assessment of the stability of dalteparin sodium in prepared syringes for up to 30 days: An in vitro study.  Clin. Therap.  25:1219-1225.

119. Soderberg, B.L., R.O. Salem, C.A. Best, J.E. Cluette-Brown, and M. Laposata. 2003. Fatty acid ethyl esters: Ethanol metabolites that reflect ethanol intake. Am. J. Clin. Path. (Suppl.) 119: S94-99.

120. Hasaba, A. J.E. Cluette-Brown, and M. Laposata. 2003. Stearic acid stimulates fatty acid ethyl ester synthesis in HepG2 cells exposed to ethanol. Lipids. 38:1051-1055.

121. Freedman, S.D., P.G. Blanco, M.M. Zaman, J.C. Shea, M. Ollero, I.K. Hopper, D.A. Weed, A. Gelrud, M.M. Regan, M. Laposata, J.G. Alvarez, and B.P. O'Sullivan. 2004. Association of cystic fibrosis with abnormalities in fatty acid metabolism. N. Engl. J. Med. 350:560-569.

122. Van Cott, E.M., M. Laposata, and M.E. Hartnett. 2004. Prothrombin gene mutation G20210A, homocysteine, antiphospholipid antibodies, and other hypercoagulable states in ocular thrombosis. Blood Coag. Fibrinol. 15:393-397.

123. Blanco, P.G., S.D. Freedman, M.C. Lopez, M. Ollero, E. Comen, M. Laposata, J.G. Alvarez. 2004. Oral docosahexaenoic acid given to pregnant mice increases the amount of surfactant in lung and amniotic fluid in preterm fetuses. Am. J. Obstet. Gynecol. 190:1369-1374.

124. Laposata, M.E., M. Laposata (corresponding author), E.M. Van Cott, D.S. Buchner, M.S. Kashalo, and A.S. Dighe. 2004. Physician survey of a laboratory medicine interpretative service and evaluation of the influence of interpretations on laboratory test ordering. Arch. Pathol. Lab. Med. 128:1424-1427.

125. O'Sullivan, B.P., M.D. Linden, A.L. Frelinger III, M.R. Barnard, M. Spencer-Manzon, J.E. Morris, R.O. Salem, M. Laposata, and A.D. Michelson. 2005. Platelet activation in cystic fibrosis. Blood. 105:4635-4641.

126. Salem, R.O. and M. Laposata. 2005. Effects of alcohol on hemostasis. Am. J. Clin. Path. Suppl. 123:S96-105.

127. Laposata, M.E. and M. Laposata. 2005. Children presenting with symptoms of child abuse: When is it not abuse? Am. J. Clin. Path. Suppl. 123:S119-124.

128. Knoepp, S.M. and M. Laposata. 2005. Aspirin resistance: Moving forward with multiple definitions, different assays, and a clinical imperative. Am. J. Clin. Path. Suppl. 123:S125-132.

129. Bisaga, A., M. Laposata, S. Xie, and S.M. Evans. 2005. Comparison of serum fatty acid ethyl esters and urinary 5-hydroxytryptophol as biochemical markers of recent ethanol consumption. Alcohol. 40:214-218.

130. Aleryani, S., J.E. Cluette-Brown, Z.A. Khan, H. Hasaba, L. Lopez de Heredia, and M. Laposata. 2005. Fatty acid methyl esters are detectable in the plasma and their presence correlates with liver dysfunction. Clin. Chim. Acta. 359:141-149.

131. Canavan B, Salem RO, Schurgin S, Koutkia P, Lipinska I, Laposata M, Grinspoon S. 2005. Effects of physiologic leptin administration on markers of inflammation, platelet

activation and platelet aggregation during caloric deprivation.  J. Clin. Endocrinol. Metab. 90:5779-5785.

132.  Blanco, P.G., R.O. Salem, M. Ollero, M.M. Zaman, J.E. Cluette-Brown, S.D. Freedman, and M. Laposata. 2005. Ethanol administration to cystic fibrosis knockout mice results in increased fatty acid ethyl ester production. Alcohol Clin. Exp. Res. 29:2039-2045.

133.  Salem, R.O., J.E. Cluette-Brown, M. Laposata. 2005. Fatty acid ethyl ester, nonoxidative ethanol metabolite: synthesis, uptake, and hydrolysis by human platelets. Biochim. Biophys. Acta. 1738:99-104.

134.  Salem, R.O., and M. Laposata. 2006. Fatty Acid Ethyl Ester, a Nonoxidative Ethanol Metabolite, Reverses the Inhibitory Effect of Ibuprofen on Platelet Aggregation. J. Thromb. Haemost.  4:275-276.

135.  Alhomsi, K., J.E. Cluette-Brown, M. Laposata. 2006. Fatty acid ethyl esters in human mononuclear cells: production by endogenous synthesis greatly exceeds the uptake of preformed ethyl esters.  Alcohol. Clin. Exp. Res. 30:560-566.

136.  Yoerger D.M., C.A. Best, B.M. McQuillan, G.E. Supple, J.L. Guererro, J.E. Cluette-Brown, A. Hasaba, M.H. Picard, J.R. Stone, M. Laposata. 2006. Rapid fatty acid ethyl ester synthesis by porcine myocardium upon ethanol infusion into the left anterior descending coronary artery. Am. J. Pathol. 168:1435-1442.

137.  Alhomsi, K. and M. Laposata.  2006. Fatty acid ethyl ester effects on interleukin-2 production, cyclic AMP synthesis, and calcium influx in human mononuclear cells. Alcohol Clin. Exp. Res. 30:1121-1125.

138.  Best, C.A., T. Sarkola, C.J.P. Eriksson, J.E. Cluette-Brown, M. Laposata. 2006. Increased plasma fatty acid ethyl ester levels following inhibition of oxidative metabolism of ethanol by 4-methylpyrazole treatment in human subjects. Alcohol. Clin. Exp. Res. 30: 1126-1131.

139.  Pysher, T.J., P.R. Bach, S.M. Geaghan, M.S. Hamilton, M. Laposata, G. Lockitch, C. Brugnara, C.M. Coffin, M. Pasquali, P. Rinaldo, W.L. Roberts, J.C. Rutledge, E.R. Ashwood, R.C. Blaylock, J. Campos, B. Goldsmith, P.M. Jones, M. Lim, A.W. Meikle, S.L. Perkins, D.A. Perry, C.A. Petti, B.B. Rogers, P. Steele, R.L. Weiss, and G. Woods. 2006. Teaching pediatric laboratory medicine to pathology residents. Arch. Pathol. Lab. Med. 130:1031-1038.

140.  Alsfasser, G., A.L. Warshaw, S.P. Thayer, B. Antoniu, M. Laposata, K.B. Lewandrowski, C. Fernandez-del Castillo. 2006. Decreased inflammation and improved survival with recombinant human activated protein C treatment in experimental acute pancreatitis. Arch. Surg. 141: 670-676.

141.  Best, C.A., M. Laposata, V.G. Proios, Z.M. Szczepiorkowski.  2006. Method to assess fatty acid ethyl ester binding to albumin.  Alcohol. 41:240-246.

142.  Yeh R.W., B.M. Everett, S.Y. Foo, D.J. Dorer, M. Laposata, E.M. Van Cott, I.K. Jang. 2006.  Predictors for the development of elevated anti-heparin/platelet factor IV antibody titers in patients undergoing cardiac catheterization.  Am. J. Cardiol.  98:419-421.

143. Foo, S.Y., B.M. Everett, R.W. Yeh, D. Criss, M. Laposata, E.M. Van Cott, I.K. Jang. 2006. Prevalence of heparin-induced thrombocytopenia in patients undergoing cardiac catheterization.  Am. Heart J. 152:290. e1-7.

144. Ollero, M., M. Laposata, M.M. Zaman, P.G. Blanco, C. Andersson, J. Zeind, Y. Urman, G. Kent, P. Durie, J.G. Alvarez, S.D. Freedman.  2006. Evidence of increased flux to n-6 docosapentaenoic acid in phospholipids of pancreas from cftr $^{-/-}$ knockout mice. Metabolism 55:1192-1200.

145. Melanson S.E.F., M. Laposata, C.A. Camargo, Jr., A.A. Chen, R. Tung, D. Krauser, S. Anwaruddin, A. Baggish, R. Cameron, P. Sluss, K.B. Lewandrowski, E. Lee-Lewandrowski, J.L. Januzzi. 2006. Combination of D-Dimer and Amino-Terminal Pro-B-Type Natriuretic Peptide Testing for the Evaluation of Dyspneic Patients with and without Acute Pulmonary Embolism. Arch. Pathol. Lab. Med. 130:1326-1329.

146. Salem, R.O. and M. Laposata.  2006.  Activation and impairment of platelet function in vitro by fatty acid ethyl ester, a nonoxidative ethanol metabolite.  Alcohol. Clin. Exp. Res. 30:2079-2088.

147. Popescu, P., T. Ikeda, K. Goda, C.A. Best, M. Laposata, S. Manley, R. R. Dasari, K. Badizadegan, M.S. Feld.  2006. Optical measurement of cell membrane tension.  Phys. Rev. Lett. 97:218101.

148. Batel, I., M.-B. Ericsoussi, J.E. Cluette-Brown, B.P. O'Sullivan, S.D. Freedman, J.E. Savaille, M. Laposata.  2007.  Potential utility of plasma fatty acid analysis in the diagnosis of cystic fibrosis.  Clin. Chem. 53:78-84.

149. Everett, B.M., R. Yeh, S.Y. Foo, D. Criss, E.M. Van Cott, M. Laposata, W.D. Hoffman, E. Avery, J. Walker, D. Torchiana, I.K. Jang. 2007. Prevalence of heparin/platelet factor 4 antibodies before and after cardiac surgery. Ann. Thor. Surg.  83:592-597.

150. Wozniak, J., J. Biederman, E. Mick, J. Waxmonsky, L. Hantsoo, C.A. Best, J.E. Cluette-Brown, and M. Laposata.  2007.  Omega-3 fatty acid monotherapy for pediatric bipolar disorder.  A prospective open label trial.  Eur. Neuropsychopharm. 17:440-447.

151. Salem, R.O., M. Laposata, R. Rajendram, J.E. Cluette-Brown, V.R. Preedy.  2007. The total body mass of fatty acid ethyl esters in skeletal muscles following ethanol exposure greatly exceeds that found in the liver and the heart.  Alcohol Alochol. 41:598-603.

152. Laposata, M. and A.S. Dighe.  2007. "Pre-pre" and "post-post" analytical error: High incidence patient safety hazards involving the clinical laboratory.  Clin. Chem. Lab. Med. 45:712-719.

153. Peershke, E.I., Y. Agrawal, C-B. Alexander, E. Bovill, and M. Laposata. 2007.  Proposed research training guidelines for residents in laboratory medicine.  Clin. Lab Med. 27:241-253.

154. Al-Turkmani, R., S.D. Freedman, and M. Laposata.  2007.  Fatty acid alterations and n-3 fatty acid supplementation in cystic fibrosis.  Prostaglandins, Leukotrienes, Ess. Fatty Acids. 77:309-318.

155.  Alhomsi, K., M. Selig, T. Sustic, E. Katrangi, V. Weissig, and M. Laposata.  2008.  Induction of apoptosis and necrosis in human peripheral blood mononuclear cells by fatty acid ethyl esters.  Alcohol. Clin. Exp. Res. 32:534-543.

156.  Mischoulon, D., C. Best-Popescu, M. Laposata, W. Merens, J.L. Murakami, S. Wu, G.I. Papakostas, C.M. Dording, S.B. Sonawalla, A.A. Nirenberg, J.E. Alpert, and M. Fava.  2008.  A double-blind dose, finding pilot study of docosahexaenoic acid (DHA) for major depressive disorder. 2008. Eur. Neuropsychopharm. 18:639-645.

157.  Anderson, C., M.R. Al-Turkmani, J.E. Savaille, R. Alturkmani, W. Katrangi, J.E. Cluette-Brown, M.M. Xaman, M. Laposata, and S.D. Freedman.  2008. Cell culture models demonstrate that CFTR dysfunction leads to defective fatty acid and composition metabolism. J. Lipid Res. 49:1692-1700.

158.  Al-Turkmani, M.R., C. Anderson, R. Alturkmani, W. Katrangi, J.E. Cluette-Brown, S.D. Freedman and M. Laposata. 2008.  A mechanism accounting for the low cellular level of linoleic acid in cystic fibrosis and its reversal by DHA.  J. Lipid Res. 49:1946-1954.

159.  Avery, E.G., A.D. Hilgenberg, R.P. Cambria, R. Beckerly and M. Laposata.  2009.  Successful use of bivalirudin for combined carotid endarterectomy and coronary revascularization with the use of cardiopulmonary bypass in a patient with an elevated heparin-platelet factor 4 antibody titer.  Anes. Analges. 108:1113-1115.

160.  Piva, E., L. Sciacovelli, M. Zaninotto, M. Laposata, and M. Plebani.  2009.  Evaluating laboratory critical value reporting and improving communication.  Am. J. Clin. Path. 131:432-441.

161.  Piva, E., L. Sciacovelli, M. Zaninotto, M. Laposata, and M. Plebani.  2009.  Evaluation of effectiveness of a computerized notification system for reporting critical values. Am. J. Clin. Pathol. 131:432-441.

162.  Piva, E., L. Sciacovelli, M. Laposata, and Plebani, M.  2010.  Assessment of critical values policies in Italian institutions: Comparison with the US situation.  Clin. Chem. Lab. Med. 48:461-468.

163.  Zaman, M.M., C.R. Martin, C. Andersson, A.Q. Bhutta, J.E. Cluette-Brown, M. Laposata, and S.D. Freedman.  2010.  Linoleic acid supplementation results in increased arachidonic acid and eicosanoid production in CF airway cells and in cftr-/-transgenic mice.  Am. J. Physiol. Lung Cell Mol. Physiol. 299:L599-L606.

164.  Njoroge, S.W., A.C. Seegmiller, and M. Laposata.  2011.  Increased $\Delta$5-and $\Delta$6-desaturase cyclooxygenase-2, and lipoxygenase-5 expression are associated with fatty acid and eicosanoid changes in cystic fibrosis.  Biochem. Biophys. Acta – Molec. Cell Biol. Lipids.  1811:431-440.

165.  Thomsen, K.F., M. Laposata, S.W. Njoroge, O.C. Umunakwe, W. Katrangi, and A.C. Seegmiller.  2011.  Increased elongase and $\Delta$9-desaturase activity are associated with n-7 and n-9 unsaturated fatty acid abnormalities in cystic fibrosis.  Lipids.  46:669-677.

166.  Plebani, M., M. Laposata, and G.D. Lundberg.  2011.  The brain-to-brain loop concept 40 years after its introduction.  Am. J. Clin. Path.  136:829-833.

167.   Gehrie, E. and M. Laposata.  2011.  Test of the Month:  The chromogenic antifactor Xa assay.  Am. J. Hematol.  87:194-196.

168.   LaMuraglia, G.M., R. Houbballah, and M. Laposata.  2012.  The identification and management of heparin-induced thrombocytopenia in the vascular patient.  J. Vasc. Surg.  55:562-570.

169.   Pulley, J.M., J.C. Denny, J.F. Peterson, G.R. Bernard, C.L. Vnencak-Jones, A.H. Ramirez, J.T. Delaney, E. Bowton, K. Brothers, K. Johnson, D.C. Crawford, J. Schildcrout, D.R. Masys, H.H. Dilks, R.A. Wilke, E.W. Clayton, E. Shultz, M. Laposata, J. McPherson, J.N. Jirjis, D.M. Roden.  2012.  Operational Implementation of Prospective Genotyping for Personalized Medicine: The design of the Vanderbilt PREDICT Project.  Clin. Pharmacol. Ther.  92:87-95.

170.   Njoroge, S.W., M. Laposata, W. Katrangi, and A.C. Seegmiller. 2012.  DHA and EPA reverse cystic fibrosis-related fatty acid abnormalities by suppressing fatty acid desaturase expression and activity.  J. Lipid Res.  53:257-265.

171.   Tcherniantchouk, O., M. Laposata, and M.B. Marques. 2013. The isolated prolonged PTT.  Am J Hematol. 88:82-85.

172.   Katrangi, W., J. Lawrenz, A. C. Seegmiller, and M. Laposata. 2013.  Interactions of linolenic and alpha-linolenic acids in the development of fatty acid alterations in cystic fibrosis.  Lipids. 48:333-342.

173.   Sephel, G.C. and M. Laposata.  2013.  Transiently increased variation between a point-of-care laboratory INR method after a long period of correlation:  A case study demonstrating the need for ongoing correlation of POC with the central laboratory.  Am. J. Clin. Path.  140:475-486.

174.   Cole, B., J.A. Dickerson, M.L. Graber, C.R. Fantz, M. Laposata, K. Henriksen, M.L. Astion, and P. Epner.  2014.  A prospective tool for risk assessment of sendout testing.  Am. J. Clin. Path.  434:1-5.

175.   Laposata, M.  2014.  Putting the patient first – using the expertise of laboratory professionals to produce rapid and accurate diagnoses.  Lab. Med. 45:4-5.

176.   Njoroge, S.W., M. Laposata, K.L. Boyd, and A.C. Seegmiller.  2015.  Polyunsaturated fatty acid supplementation reverses cystic fibrosis-related fatty acid abnormalities in CFTR (-/-) mice by suppressing fatty acid desaturases.  J. Nutr. Biochem.  26:36-43.

177.   O'Connor, M.G., K. Thomsen, R.F. Brown, M. Laposata, and A. Seegmiller.  2016.  Elevated prostaglandin E metabolites and abnormal plasma fatty acids at baseline in pediatric cystic fibrosis patients:  A pilot study.  Prostaglandins Leukot Essent Fatty Acids 113:46-49.

178.   Peterson, J.F., J.R. Field, K.M. Unertl, J.S. Schildcrout, D.C. Johnson, Y. Shi, I. Danciu, J.H. Cleator, J.M. Pulley, J.A. McPherson, J.C. Denny, M. Laposata, D.M. Roden, and

K.B. Johnson. 2016. Physician response to implementation of genotype-tailored antiplatelet therapy. Clin. Pharmacol. Ther. 100:67-74.

179. Peterson, J.F., J.R. Field, Y. Shi, J.S. Schildcrout, J.C. Denny, T. L. McGregor, S.L. Van Driest, J.M. Pulley, I.M. Lubin, M. Laposata, D.M. Roden, and E.W. Clayton. 2016. Attitudes of clinicians following large-scale pharmacogenomics implementation. Pharmacogenomics J.16:393-398.

180. Belk, K.W., M. Laposata, and C. Craver. 2016. A comparison of red blood cell transfusion utilization between anti-activated factor X and activated partial thromboplastin monitoring in patients receiving unfractionated heparin. J. Thromb. Haemost. 14:1-10.

181. Sarkar, M.K., C. Botz, and M. Laposata. 2017. An assessment of overutilization and underutilization of laboratory tests by expert physicians in the evaluation of patients for bleeding and thrombotic disorders in clinical context and in real-time. Diagnosis 4:21-26.

182. Graber, M.L., D. Rusz, M.L. Jones, D. Farm-Franks, B. Jones, J. Cyr Gluck, D.B. Thomas, K. Gleason, K. Welte, J. Abfalter, K. Westerhaus, G. Adams, M. Laposata, Q. Eichbaum, T. Nabatchi, and M. Compton. 2017. The new diagnostic team. Diagnosis 4:225-238.

183. Laposata, M. 2018. Obtaining a correct diagnosis rapidly in the United States is associated with many barriers not present in other countries. Am. J. Clin. Pathol. 149:458-460.

184. Baird, G.S., B.R. Jackson, J. Dickerson, K. Sikaris, B. Croal, and M. Laposata, 2018. What's new in laboratory test utilization management? Clin. Chem. 64:994-1000.

185. Laposata, M. 2018. The definition and scope of diagnostic error in the US and how diagnostic error is enabled. J. Appl. Lab. Med. 3:128-134.

186. Verna, R., A.B. Velazquez, and M. Laposata, 2019. Reducing diagnostic errors worldwide through diagnostic management teams. Ann. Lab. Med. 39:121-124.

187. Sarkar, M.K. and M. Laposata. 2019. Is aspirin best choice today for prophylaxis against venous thromboembolism after orthopedic surgery? TX Orthop. J.

188. Plebani, M., M. Laposata, and G. Lippis. 2019. Driving the route of laboratory medicine: A manifesto for the future. Intern Emerg Med 14:337-340.

189. Plebani, M., M. Laposata, and G. Lippi. 2019. A Manifesto for the Future of Laboratory Medicine Professionals. Clin Chem Acta 489:49-52.

190. Ducatman, B.S., A.M. Ducatman, J.M. Crawford, M. Laposata, and F. Sanfilippo. 2020. The value proposition for pathologists: A population health approach. Acad Pathol doi/10.1177/2374289519898857.

191. Xiao, J., B. Zhang, Z. Su, Y. Liu, T.R., Shelite, Q. Chang, P. Wang, A. Bukreyev, L. Soong, Y, Jin, T. Ksiazek, A. Gaitas, S.L. Rossi, J. Zhou, M. Laposata, T.B. Saito, and B. Gong. 2020. EPAC regulates von Willebrand factor secretion from endothelial cells in a

PI3K/eNOS-dependent manner during inflammation.  BioRxiv doi: 10.1101/2020.09.04.282806.

192.    Rajendran, R., J.S. Salazar, R.L. Seymour, M. Laposata, and C.J. Zahner.  2021. Overutilization and underutilization of autoantibody tests in patients with suspected autoimmune disorders.  Diagnosis doi.org/10.1515/dx-2020-0139.

193.    Xiao, J., B. Zhang, Z. Su, Y. Liu, T.R. Shelite, Q. Chang, Y. Qiu, J. Bei, P. Wang, A. Bukreyev, L. Soong, Y. Jin, T. Ksiazek, A. Gaitas, S.L. Rossi, J. Zhou, M. Laposata, T.B. Saito, and B. Gong. 2021. Intracellular receptor EPAC regulates von Willebrand factor secretion from endothelial cells in a PI3K-/eNOS-dependent manner during inflammation. doi.org/10.1016/j.jbc.2021.101315.

**OTHER:**

Books:

1.    Laposata, M., A.M. Connor, D.G. Hicks, and D.K. Phillips.  1989.  The Clinical Hemostasis Handbook.  Yearbook/Mosby Medical Publishers.  Chicago, IL.

2.    Laposata, M.  1992.  The New England Journal of Medicine SI Unit Conversion Guide. NEJM Books.  Boston, MA.

3.    Laposata, M. Editor, 2002.  Laboratory Medicine: Clinical Pathology in the Practice of Medicine.  ASCP Press.  Chicago, IL.

4.    Laposata, M. Editor, 2010.  Laboratory Medicine: The Diagnosis of Disease in the Clinical Laboratory, First Edition.  (Lange series textbook).  McGraw-Hill.  New York. Author or co-author of seven chapters in this textbook. (With translations into Italian and Chinese)

5.    Laposata, M.  2010-2013.  Coagulation Disorders: Quality in Laboratory Diagnosis and editor for entire series of 6 textbooks for Quality in Laboratory Diagnosis (Laboratory Management, Clinical Microbiology, Transfusion Medicine, Clinical Chemistry, and Hematology/Clinical Immunology).  Demos Medical Publishers.  New York.

6.    Laposata, M., editor with S.E. Melanson, and D.S. Alter, Associate Eds.  2013. Laboratory Medicine.  Publisher – Decision Support in Medicine (Electronic Program).

7.    Laposata, M. Editor, 2014.  Laboratory Medicine: The Diagnosis of Disease in the Clinical Laboratory. Second Edition. (Lange series textbook).  McGraw-Hill.  New York. Author or co-author of seven chapters in this textbook.

8.    Laposata, M.  Clinical Diagnostic Tests:  How to Avoid Errors in Order Tests and Interpreting Results.  2016. Demos Medical Publishers.  New York.

9.    Laposata, M. Editor, 2019.  Laposata's Laboratory Medicine:  The Diagnosis of Disease in the Clinical Laboratory.  Third Edition. (Lange Series textbook).  McGraw-Hill.  New York.

10.    Laposata, M., McCaffrey, P. 2022. Clinical Laboratory Methods: Atlas of Commonly Performed Tests and Molecular Test Methods. McGraw-Hill. New York.

Book Chapters:

1. Zurier, R.B., D.G. Baker, D. DeMarco, J.C. Fantone, M. Laposata, D. Santoli, and G. Tate. 1990. Anti-inflammatory Effects of Gamma Linolenic Acid: Studies in Animals and Cultured Cells. In Omega-6 Essential Fatty Acids: Pathophysiology and Roles in Clinical Medicine pp 203-221. Alan R. Liss Publishers, New York.

2. Yang, J., M. Laposata, and K.B. Lewandrowski. 1996. Algorithmic Diagnosis. In Handbook of Clinical Automation, Robotics and Optimization. G. J. Kost, ed. John Wiley & Sons, Inc. Publishers, New York. pp. 911-928.

3. Van Cott, E.M. and M. Laposata. 2001. Coagulation, Fibrinolysis and hypercoagulation. In: Henry, J.B., ed. Clinical Diagnosis and Management by Laboratory Methods, 20th ed. WB Saunders Company, New York. pp. 642-659.

4. Szczepiorkowski, Z.M. and M. Laposata. 2001. Fatty Acid Ethyl Esters: Toxic Nonoxidative Metabolites of Ethanol. In Mostofsky, D. et al. eds. Fatty Acids: Physiological and Behavioral Functions, Humana Press, Totowa, NJ.

5. Van Cott, E.M. and M. Laposata. 2001. Coagulation. In Jacobs DS et al, ed. The Laboratory Test Handbook, 5th ed. Lexi-Comp, Cleveland. pp. 327-358.

6. Abel, G.A. and M. Laposata. Lipids and Lipoproteins. 2002. In McClatchey, K.A., ed. Clinical Laboratory Medicine, 2nd ed. Lippincott, Williams and Wilkins, Baltimore. pp. 306-321.

7. Abel, G.A. and M. Laposata. 2002. Lipids, Lipoproteins, and Cardiovascular Risk Assessment. In Lewandrowski, K.B. ed. Clinical Chemistry: Laboratory Management, Analytical Principles, and Clinical Correlations. Lippincott, Williams and Wilkins, Baltimore. pp. 575-591.

8. Refaai, M.A. and M. Laposata. Platelet Count. 2002. In Michaelson, A.E., ed. Platelets. Academic Press, Boston. pp. 279-282.

9. Refaai, M.A. and M. Laposata. 2002. Platelet Aggregation. In Michaelson, A.E., ed. Platelets. Academic Press, Boston. pp. 291-296.

10. Nazarian, R.M. and M. Laposata. Anticoagulant Therapies, 2007. In McKean, S., Halasyamani, L., Bennett A.L., eds. Hospital Medicine: Just the Facts. McGraw-Hill, USA, New York.

11. Laposata, M. and C. Soupir. 2008. In Kleinman, R.E. ed. Conversion of SI Units. Pediatric Nutrition Handbook. Am. Acad. of Pediatr.

12. Laposata, M. Laboratory Medicine. Publisher – Decision Support in Medicine (Electronic Program). Chapters: "Antiphospholipid Antibody Syndrome ," "Antiplasmin Deficiency," "Factor V Deficiency – Acquired," "Factor VIII Inhibitors in Patients With Congenital Factor VIII Deficiency," "Factor VIII Inhibitors in Patients Without Congenital Factor VIII Deficiency," "Hemophilia A (Factor VIII Deficiency) – Congenital," "Hemophilia B (Factor IX Deficiency) – Acquired," "Hemophilia B (Factor IX Deficiency) – Congenital," "Platelet Function Disorder Produced by Glycoprotein IIb/IIIa Inhibitors," "Von Willebrand Disease

– Congenital," "Von Willebrand Disease – Acquired." in Clinical Decision Support: Laboratory Medicine.  Edited by Laposata M, Alter D, Melanson SEF.  2013.  Decision Support in Medicine, LLC, Wilmington, DE.

13.     Laposata, M.  Concepts in Laboratory Medicine, 2019.  In Laposata M, ed. Laposata's Laboratory Medicine:  The Diagnosis of Disease in the Clinical Laboratory.  Third Edition.  (Lange Series textbook).  McGraw-Hill.  China. pp. 1-17.

14.     Laposata, M., J. H. Nichols, P. Steele, T. P. Stricker, and M.K. Sarkar. Methods, 2019.  In Laposata M, ed. Laposata's Laboratory Medicine:  The Diagnosis of Disease in the Clinical Laboratory.  Third Edition. (Lange Series textbook).  McGraw-Hill.  China. pp. 19-71.

15.     Nichols J.H, N. J. Rutherford, and M. Laposata.  Toxicology, 2019.  In Laposata M, ed. Laposata's Laboratory Medicine:  The Diagnosis of Disease in the Clinical Laboratory.  Third Edition. (Lange Series textbook).  McGraw-Hill.  China. pp. 177-203.

16.     Laposata, M. Blood Vessels, 2019.  In Laposata M, ed. Laposata's Laboratory Medicine:  The Diagnosis of Disease in the Clinical Laboratory.  Third Edition. (Lange Series textbook).  McGraw-Hill.  China. pp. 217-203.

17.     Van Cott, E.M., and M. Laposata.  Bleeding and Thrombotic Disorders, 2019.  In Laposata M, ed. Laposata's Laboratory Medicine:  The Diagnosis of Disease in the Clinical Laboratory.  Third Edition. (Lange Series textbook).  McGraw-Hill.  China. pp. 281-319.

18.     Laposata, M.  The Gastrointestinal Tract, 2019.  In Laposata M, ed. Laposata's Laboratory Medicine:  The Diagnosis of Disease in the Clinical Laboratory.  Third Edition. (Lange Series textbook).  McGraw-Hill.  China. pp. 389-397.

19.     Alter, D.N., and M. Laposata.  Pancreatic Disorders, 2019.  In Laposata M, ed. Laposata's Laboratory Medicine:  The Diagnosis of Disease in the Clinical Laboratory.  Third Edition. (Lange Series textbook).  McGraw-Hill.  China. pp. 417-429.

20.     Woodworth, A., V. Lakhani, and M. Laposata.  The Endocrine System, 2019.  In Laposata M, ed. Laposata's Laboratory Medicine:  The Diagnosis of Disease in the Clinical Laboratory.  Third Edition. (Lange Series textbook).  McGraw-Hill.  China. pp. 481-532.

New England Journal of Medicine Clinicopathologic Conferences & Related Material:
1.     Jordan, C.D., J.G. Flood, M. Laposata, and K.B. Lewandrowski.  1992. Normal reference laboratory values.  N. Engl. J. Med. 327:718-724.

2.     Handin, R.H. and M. Laposata.  1993.  A 72-year-old woman with a coagulopathy and bilateral thigh masses.  N. Engl. J. Med.  328:121-128.

3.     Cines, D.B. and M. Laposata.  1995.  A 70-year old woman with recent breast cancer, atrial fibrillation, and the rapid onset of petechiae and neurologic deterioration.  N. Engl. J. Med. 332:1363-1370.

4.     Rennke, H.G. and M. Laposata.  1999.  A 54-year old woman with acute renal failure and thrombocytopenia.  N. Engl. J. Med. 340:1900-1908.

5.   Laposata, M., E.M. Van Cott, and M. Lev. 2007.  A woman with epistaxis, hematemesis, and altered mental status.  N. Engl. J. Med. 356:174-182.

6.   Dzik, W.H., M. Laposata, M. Hertl, W.S. Sandberg, M. Chatterji, and J. Misdraji.  2008.  Case records of the Massachusetts General Hospital. Case 38-2008.  A 58-year-old man with hemophilia A, hepatocellular carcinoma, and intractable bleeding. N. Engl. J. Med. 359:2587-2597.

Editorials:

1.   Laposata, M. and J. Teruya.  1990.  Reappraisal of preoperative coagulation testing.  Am. J. Clin. Pathol. 94:795-796.

2.   Laposata, M.  1999.  The prothrombin G20210A mutation: A new high-prevalence congenital risk factor for thrombosis.  Gastroenterology. 116:213-215.

3.   Laposata, M.  2001. Point-of-care testing in coagulation:  Stepping gently forward.  Clin. Chem. 47:801-802.

4.   Laposata, M.  2004. Patient specific narrative interpretations of complex clinical laboratory evaluations: Who is competent to provide them?  Clin. Chem. 50:471-472.

5.   Plebani, M. and M. Laposata. 2006.  Translational research involving new biomarkers of disease: A leading role for the pathologist.  Am. J. Clin. Path. 126:1-3.

6.   Laposata, M., M.A. Proytcheva, J.C. Rutledge, and C.W. Stratton.  2010.  Professional quality assurance in laboratory medicine: What about the competency of laboratory directors?  Am. J. Clin. Path. 134:706-708.

7.   Marques, M.B., J. Anastasi, E. Ashwood, B. Baron, R. Fitzgerald, M. Fung, M. Krasowski, M. Laposata, T. Nester, and H. Rinder.  2010.  The clinical pathologist as consultant.  Am. J. Clin. Path. 135:11-12.

8.   Laposata, M.  2012.  Teaching laboratory management to pathology residents:  What skill set are we trying to impart?  Am. J. Clin. Path. 137:16-18.

9.   Laposata, M.  2014.  Errors in clinical laboratory test selection and result interpretation:  Commonly unrecognized mistakes as a cause of poor patient outcome.  Diagnosis 1:85-87.

11.  Laposata, M., M.B. Cohen.  2016.  It's our turn:  Implications from the Institute of Medicine's Report on Diagnostic Error.  Arch. Pathol. Lab. Med. 140:505-507.

12.  Laposata, M.  2016.  Insufficient teaching of laboratory medicine in US medical schools.  Acad. Pathol. 3:1-2.

13.  Laposata, M.  A new kind of autopsy for 21st century medicine. 2017.  Arch. Pathol. Lab. Med. 141:887-888.

14.  Laposata, M.  2017.  Why have doctors stopped asking for autopsies?  Will a different type of autopsy change this?   Autops. Case Rep. 7:1-2.

41

15.    Plebani, M, M. Laposata, and G. Lippi.  2019.  A manifesto for the future of laboratory medicine professions.  Clin. Chem. Acta. 489:49-52.

Letters:
1.    Laposata, M. 1988.  Academic promotion at a Medical School (letter). N. Engl. J. Med. 319, 799.

2.    Conjoint Task Force on Clinical Pathology Residency Training (M. Laposata one of ten contributors).  1995.  Gralyn Conference Report:  Recommendations for reform of clinical pathology residency training.  Am. J. Clin. Path. 103:127-129.

3.    Lewandrowski, K.B. and M. Laposata.  1995.  Correspondence:  Bedside Capillary Glucose Testing.  Am. J. Med.  99:576-577.

4.    Van Cott, E.M. and M. Laposata.  2001.  Cysteine and venous thrombosis: A case report. Am. J. Clin. Path. 117:165.

5.    Laposata, M., B.P. O'Sullivan, S.D. Freedman.  2004.  Eicosanoids in Cystic Fibrosis.  N. Engl. J. Med. 350:2000-2001.

6.    Piva, E., L. Sciacovelli, M. Zaninotto, M. Plebani, M. Laposata.  2012.  Critical laboratory results: Communication is just one of the problems.  Am. J. Clin. Path.  137:164.

Non-Peer Reviewed Articles:
1.    Dzieczkowski, J., K.B. Lewandrowski, and M. Laposata.  1991.  The laboratory diagnosis of pheochromocytoma.  Am. Soc. Clin. Pathol. Clinical Chemistry Check Sample Vol. 31, No. 4.

2.    Laposata, M.  1992.  Algorithms for diagnosis of disorders in hemostasis.  Booklet printed by Coulter/Instrumentation Laboratories.

3.    Teruya, J. and M. Laposata.  1993.  Lipids:  Biochemistry to clinical significance.  Am. Soc. Clin. Pathol.  Clinical Chemistry Check Sample.  Vol. 33, No. 6.

4.    Laposata, M.  1997.  Fatty acid ethyl esters:  Ethanol metabolites with a role in ethanol-induced organ damage and monitoring ethanol intake.  Newsletter for the International Society for the Study of Fatty Acids and Lipids (ISSFAL). 4:9-15.

5.    Laposata, M.  1997.  Fatty acid ethyl ester:  A new marker for ethanol intake.  Lab Medica International.  14:12-14.

6.    Laposata, M.  1997.  Fatty acids: The dangerous and not-so-dangerous.  Med. Lab. Observer.  29:40-49.

7.    Laposata, M. and D.H. MacMillan.  1998.  Reflex testing and its significance in the world of managed care.  Lab. Med. 29:595-596.

8.    Laposata, M. 1998.  Providing more than just a test result:  The value-added services from the MGH clinical laboratory.  Newsletter of the Arizona Society of Pathologists.  IX, 1-9.

9.      Laposata, M.  1998.  Fatty acid ethyl esters:  Non-oxidative metabolites of ethanol.  Addiction Biol 3:5-14.

10.     Laposata, M. and E.M. Van Cott.  2000.  How to work up hypercoagulability.  CAP Today; 15:24-26.

11.     Laposata, M.  2001.  Providing value added services.  Advance, 9:14-15.

12.     MacMillan, D.H. and M. Laposata.  2001.  Consultation in clinical pathology and the Internet: A new service.  Advance, 10:18-20.

13.     Soderberg, B.L. and M. Laposata.  2001.  Fatty acid ethyl esters: Markers of ethanol intake.  American Clinical Laboratory, September, pp.18-20.

14.     Laposata, M. and E.M. Van Cott.  2002.  Current approaches to the work-up of hypercoagulability.  News path.  A publication of the College of American Pathologists.  Winter.

15.     MacMillan, D.H. and M. Laposata.  2002.  Income opportunities for lab medicine.  Advance, 11:35-37.

16.     Van Cott, E.M. and M. Laposata.  2003.  Algorithms for hypercoagulability testing.  Lab. Med. 34:216-222.

17.     Refaai, M., and M. Laposata.  2003.  A primer on bleeding and thrombotic disorders.  Advance.  April: 46-55.

18.     Dighe, A.S. and M. Laposata. 2004. Making laboratory more valuable to physicians and patients. Bulletin of the Royal College of Pathologists. 127: July: 11-14.

19.     Dighe, A.S. and Laposata, M.L. 2004. Making the laboratory a partner in patient safety.  Clinical Leadership & Management Review, 18:356-60.

20.     Laposata, M.  2014.  How can a Diagnostic Management Team improve patient care and save money?  Long-standing and rapidly worsening problem of obtaining an accurate diagnosis quickly.  NACB – Scientific Shorts (formerly NACB Blog).

21.     Laposata M.  2017.  Curing our diagnostic disorder:  The disease has a variety of symptoms:  Medical errors, poor utilization management, professional misunderstandings.  Could the diagnostic management team prove to be a panacea?  *The Pathologist* (feature article).


Scholarly Works:
1.      Laposata, M. and Rohde, R.E.  2018.  Preventing diagnostic errors by uniting the clinical laboratory with direct patient care.

**INVITED LECTURES AT SYMPOSIA AND CONFERENCES:**

Academy of Clinical Laboratory Physicians and Scientists National Meeting, Philadelphia, PA. June 1987.  "Control of Prostaglandin Production by Fatty Acid Supply."

Academy of Clinical Laboratory Physicians and Scientists National Meeting, Philadelphia, PA. June 1987.  "Monitoring Anticoagulant Therapy."

Blood Bank Association of New York State Annual Meeting, Syracuse, NY.  June 1988. "Secondary Hemostasis."

Association of Pathology Chairperson's Annual Meeting, Aspen, CO.  July 1990.  "Why Medical Students Choose Careers in Pathology."

American Society of Hematology/International Society of Hematology, Boston, MA.  December 1990.  "Clinical Utility of Platelet Aggregometry."

General Surgery Continuing Education Course, Harvard Medical School, Boston, MA. September/October 1990-1995 (annually).  "Preoperative and Postoperative Evaluation of Hemostasis."

American Society of Clinical Pathologists National Meeting, Nashville, TN.  March 1991. "Development of a Residency Training Program in Laboratory Medicine."

Hungarian National Academy of Sciences, Budapest, Hungary.  September 1991.  "Laboratory Medicine Training in the United States."

The Ontario Medical Association Annual Meeting, Toronto, Canada.  October 1991.  "The Rapidly Evolving Specialty of Laboratory Medicine."

Academy of Clinical Laboratory Physicians & Scientists National Meeting, San Francisco, CA. June 1992.  "Laboratory Medicine Teaching Programs for Medical Students in the Basic Science Curriculum."

Canadian Association of Pathologists National Meeting, Toronto, ONT. June 1992.  "The Role of the Clinical Laboratory in Patient Care".

42nd Congress of the Hungarian Society of Clinical Pathology, Veszprem, Hungary.  September 1992.  "The Practice of Clinical Pathology in the U.S."

ASCP/CAP National Meeting, Las Vegas, NV.  October 1992.  "Graduated Responsibility for Residents in Clinical Pathology."

ASCP/CAP National Meeting, Las Vegas, NV.  October 1992.  "Platelet Aggregation Studies."

Coagulation Resource Committee of the College of American Pathologists, Lake Buena Vista, FL.  January 1993.  "Bedside Testing in Coagulation."

ASCP/CAP National Meeting, Multiple Sites.  1992-1995 (annually).  "Lipids: Biochemistry to Clinical Significance."  Half-Day Workshop.

Mid-Atlantic Lipid Research Symposium, Atlantic City, NJ.  May 1994.  "The Covalent Binding of Fatty Acids to Proteins:  A Metabolic Pathway of Increasing Complexity."

Second International Round Table Conference on Fatty Acids in Cell Signaling (35 scientists by invitation only), Madison, WI.  June 1994.  "Fatty Acid Ethyl Esters:  Toxic Ethanol Metabolites."

Northeast Chapter of the American Association for Clinical Chemistry, October 1994.  "Alternate Site Laboratory Testing."

ASCP/CAP National Meeting, Washington, D.C. October 1994.  "The Introductory Rotation in Clinical Pathology Residency Training."

ASCP/CAP National Meeting, Washington, D.C. October 1994.  "Stump the Stars: Review of Clinical Cases by Expert Panelists."

ASCP/CAP National Meeting, Washington, D.C. October 1994.  "Should This Test Be Done: Lipid Screening Tests."

Management Decisions for the General Surgeon Continuing Education Course, Harvard Medical School, Boston, MA.  October 1994.  "Necessity for Blood Transfusion Therapy" and September 1995 "The Diagnosis of Hypercoagulable States."

Anesthesia Review and Update Continuing Education Course, Harvard Medical School, Boston, MA.  1994-2013 (annually).  "Why Doesn't the Blood Clot?"

Intensive Care Medicine Continuing Education Course, Harvard Medical School, Boston, MA.  1994-2007 (annually).  "Diagnosis and Management of Coagulation Disorders."

Annual Review for Dental Practitioners - Continuing Education Course, Harvard Medical School, April 1994-1996 (annually).  "Coagulopathies."

College of American Pathologists Symposium on Alternate Site Testing, Washington, DC.  January 1995.  "A Successful Model of Bedside Glucose Testing."

Fifth Annual Symposium on Coagulation Testing Sponsored by the Bio-Data Corporation, Philadelphia, PA.  March 1995.  "Bedside Coagulation Testing."

Ninth Annual Meeting of Northeast Section of American Association of Clinical Chemistry, Clinical Laboratory Management Association, and Clinical Ligand Society, Danvers, MA.  May 1995.  "Cost & Quality in Point-of-Care Testing."

International Society for the Study of Fatty Acids & Lipids (ISSFAL), Bethesda, MD.  June 1995.  "Thioesterification of Platelet Proteins with Saturated and Polyunsaturated Fatty Acids."

ASCP/CAP National Meeting, New Orleans, LA.  September 1995.  "Bedside Glucose Testing: The Facts and Nothing but the Facts."

Tenth Annual Meeting of the Northeast Section of the Clinical Laboratory Management Association and the Clinical Ligand Assay Society, Boxborough, MA.  May 1996.  "Point of Care Testing at the Massachusetts General Hospital."

Scientific Symposium on Anticoagulation Monitoring, Dedham, MA.  June 1996.  "The Therapeutic Use and Clinical Laboratory Monitoring of Low Molecular Weight Heparin."

Third International Round Table Conference on Fatty Acids in Cell Signaling (35 scientists by invitation only), Maastricht, The Netherlands.  July 1996.  Fatty Acids Covalently Bound to Platelet Proteins in the Native State."

20th Annual Arnold O. Beckman Conference.  New Orleans, LA.  February 1997.  "Alcoholic Liver Disease:  Short Term and Long-Term Markers of Ethanol Intake."

Biomedical Marketing Association, Boston, MA.  March 1997.  "Maximizing the Output and Diagnostic Testing in the Clinical Laboratory."

ASCP Advisory Council Meeting.  Chicago, IL.  April 1997.  "Clinical Pathology:  Its Evolution into a Laboratory Test Interpretive Service Indispensable to Clinicians."

American Association for Clinical Chemistry/Clinical Ligand Society, Boston, MA.  May 1997.  "Cardiology & the Clinical Laboratory:  Thrombosis and Hemostasis in Myocardial Infarction."

American Association of Clinical Chemistry National Meeting, Atlanta, GA.  July 1997.  "The Clinical Impact of Point of Care Testing."

Controversies in Critical Care, Society of Critical Care Medicine Meeting, Boston, MA.  September 1997.  "Does Point of Care Testing Improve Patient Care and Is It Cost Effective?"

Integrating Point-of-Care Testing with Continuity of Care: Effects on Outcome, Meeting of the National Academy of Biochemistry.  Philadelphia, PA.  September 1997.  "Case Studies on Point of Care Testing."

ASCP/CAP National Meeting, Philadelphia, PA.  September 1997.  "The New Role of the Pathologist as a Direct Medical Consultant."

Breakthroughs in Pathology, National ASCP/CAP meeting, Philadelphia, PA.  September 1997.  "New Markers for Monitoring Ethanol Intake."

College of American Pathologists Consensus Conference on Anticoagulant Monitoring.  Atlanta, GA.  October 1997.  "Leader of Session to Formulate Recommendations for Monitoring Low Molecular Weight Heparin, Danaparoid, Hirudin, and Argatroban."

Northeastern Chapter, American Association of Clinical Chemistry meeting, Waltham, MA.  November 1997.  "Chemical Diagnosis of Alcoholism."

College of American Pathologists Conference on Automated Information Management in the Clinical Laboratory, Ann Arbor, MI.  May 1998.  "The Pathologist as a Direct Medical Consultant."  Academy of Clinical Laboratory Physicians and Scientists National Meeting, Boston, MA.  June 1998.  "Narrative Interpretations in the Clinical Laboratory:  The Basic Concepts."

International Society for the Study of Fatty Acids and Lipids (ISSFAL).  Lyon, France.  June 1998.  "Covalent Modification of Proteins by Fatty Acids."

International Society for the Study of Fatty Acids and Lipids (ISSFAL).  Lyon, France.  June 1998.  "Fatty Acid Ethyl Esters:  Nonoxidative Metabolites of Ethanol."

Fourth International Roundtable on Fatty Acids in Cell Signaling, (30 scientists by invitation only) Chatham, MA.  June 1998.  "Fatty Acid Ethyl Esters:  Ethanol Metabolites with a Role in Organ Damage and Ethanol Monitoring."

Biomedical Marketing Association, Philadelphia, PA.  August 1998.  "Current Trends in Clinical Laboratories."

Brazilian Congress of Clinical Pathology, Rio de Janeiro, Brazil.  September 1998.  "Redefining Expectations of Clinical Laboratory Services."

Association of Pathology Chairpersons - Northeast Section, Bermuda.  October 1998.  "The Added Value of the Clinical Pathologist in the Practice of Laboratory Medicine."

College of American Pathologists Conference on Automated Information in the Clinical Laboratory, Executive Briefing, Ann Arbor, MI.  May 1999.  "Enhanced Clinical Consulting: Getting Closer to the Sweet Spot."

Fourth International Bayer Diagnostics Laboratory Testing Symposium, Tucson, AZ.  June 1999.  "A Clinician's View of the Future."

Associations of Pathology Chairs/Pathology Residency Program Directors Meeting, Boulder, CO.  July 1999.  Workshop entitled, "Training Pathologists to be Clinical Consultants:  Providing Added Value-Let's Get Real!"

ASCP/CAP National Meeting, New Orleans, LA.  September 1999.  "Clinical Pathology Narrative Interpretations - How to do Them and How to Get Paid for Them."

Conference of Maine Physicians, Scarborough, ME.  October 1999.  "Low Molecular Weight Heparin:  When and How to Use it and Monitor its Effect."

Advancing Pathology Informatics, Imaging and the Internet, Pittsburgh, PA.  October 1999.  "The Pathologist as Digital Consultant:  The Enhanced Clinical Consultation."

American Society for Clinical Laboratory Scientists 1999 National Meeting for Advanced Hematology and Hemostasis, Providence, RI.  October 1999.  "Providing More than Just a Coagulation Test Result:  The Value-Added Clinical Laboratory Services at the Massachusetts General Hospital."

7th Annual Progress in Clinical Pathology, Dallas, TX.  March 2000.  "Diagnosis and Treatment of Hypercoagulability."

American Association for Clinical Chemistry, Connecticut Valley Section, Hartford, CT.  March 2000.  "One of Five is Predisposed to Thrombosis - Are You One and Do You Want to Find Out?"

Twelfth Annual Lectures in Contemporary Hemostasis and Thrombosis, Miami, FL.  March 2000.  "Diagnostic Mistakes in Coagulation with Catastrophic Outcomes."

7th Annual Progress in Clinical Pathology, Dallas, TX.  March 2000.  "Redefining the Role of the Clinical Laboratory: Clinical Pathology for the New Millennium."

Resident Physician Forum, American Society of Clinical Pathologists National Meeting, Boston, MA.  April 2000.  "Emerging Changes in the Field of Laboratory Medicine."

New England Sunquest Users Group, Sturbridge, MA.  April 2000.  "The Value-Added Clinical Laboratory Services at the Massachusetts General Hospital."

2000 Executive War College on Lab and Pathology Management, New Orleans, LA.  May 2000.  "Clinical Pathology Professional Services for Which Managed Care Companies Will Reimburse."

Evidence-Based Medicine: Optimizing Decision-Making to Improve Patient Care, Arlington, VA.  May 2000.  "The Role of Evidence-Based Medicine in Medical Decision Making-Case Studies in Hemostasis" and "Techniques to Improve Physicians' Use of Diagnostic Tests."

The 5th International Bayer Diagnostics Laboratory Symposium, Seville, Spain.  June 2000.  "The Future and Ethics of Screening and Preventive Medicine."

Symposium on Anticoagulation Management in the 21st Century, Brooklyn, NY.  June 2000.  "Outpatient Management of Deep Vein Thrombosis Using Low Molecular Weight Heparin."

Role of the Laboratory in the Treatment of Patients, Mayo Symposium, Prouts Neck, ME.  June 2000.  "The Diagnosis and Treatment of Hypercoagulable States."

Sharp Health Care, Educational Symposium for the Physicians in the Sharp Health Care System, San Diego, CA.  October 2000. "Reducing Error through Appropriate Test Ordering."

ASCP/CAP National Meeting, San Diego, CA.  October 2000.  "Clinical Pathology Narrative Interpretations:  How to Do Them and How to Get Paid."

Illinois Society of Pathologists 2000 Fall Meeting, Rosemont, IL.  November 2000.  "A Complete Re-Definition of the Services Provided by the Clinical Laboratory."

American Association of Clinical Chemistry and the College of American Pathologists Symposium on the Clinical Laboratory Meets the Internet, Miami, FL.  February 2001.  "Enhanced Clinical Consulting Meets the Web."

2001 Executive War College on Lab and Pathology Management, Cincinnati, OH.  May 2001.  "Converting Lab Test Results into the Value-Added Services Wanted by Physicians and HMOs" and "Doing It Right: How Clinical Pathologists Can Build Value-Added Professional Opinions into Lab Test Reports."

Automated Information Management in the Clinical Laboratory Symposium, Ann Arbor, Michigan.  May 2001.  "Enhanced Clinical Consulting:  Moving Toward the Core Competencies of Lab Professionals."

Symposium on Expanding the Horizons of Antithrombotic Therapy, Staten Island, NY.  May 2001.  "Diagnosis and Treatment of Hypercoagulable States".

48

24th Annual Meeting of the Research Society on Alcoholism, Montreal, Canada.  June 2001.  "Role of Fatty Acid Ethyl Esters in Alcohol Induced Organ Damage."

Cellular & Molecular Aspects of Omega-3 Fatty Acids and Cancer Symposium, Breckenridge, CO.  June 2001.  "Fatty Acid Metabolism in Chronic Alcoholism, an Induction State for Hepatocellular Carcinoma."

The Fifth International Conference on Fatty Acids and Cell Signaling, Gargano, Italy.  September 2001.  "Fatty Acid Ethyl Esters: Their Role in Ethanol – Induced Cell Injury and Monitoring Ethanol Intake."

ASCP/CAP National Meetings, Philadelphia, PA.  October 2001.  "The Clinical Laboratory Meets the Internet: Strategies and Solutions."

International Conference on Laboratory Medicine – Continuous Education, Duties, and Responsibilities of Professionals in Medical Laboratories, Padua, Italy.  October 2001.  "Enhanced Clinical Consulting: Moving Toward the Core Competencies of Laboratory Professionals."

Lab Med 2001 Symposium, New York City, NY.  October 2001.  "Genetic Markers of Hemostasis."

Audioconference for American Association for Clinical Chemistry.  February 2002.  "Point of Care Testing for Coagulation."

18th Annual Regional Meeting of the Clinical Laboratory Managers Association, Pittsburgh, PA.  March 2002.  "Redefining Expectations from the Clinical Laboratory."

9th Annual Progress in Clinical Pathology Symposium, Dallas, TX.  April 2002.  "Medical Errors in Reality" & "Evidenced-Based Medicine-Identifying Appropriate Tests for the Evaluation of Thrombophilia."

The Massachusetts Society of Pathologists Spring CME Program.  Newton, MA.  April 2002.  "The Diagnosis and Treatment of Hypercoagulable States."

19th Annual Hemostasis & Thrombosis Update, Philadelphia, PA.  April 2002.  "The Diagnosis & Treatment of Hypercoagulable States."

The 16th Annual Northeast Region Meeting of the Clinical Laboratory Management Association, Clinical Ligand Society and American Association of Clinical Chemistry.  Boxborough, MA.  April 2002.  "The Diagnosis & Treatment of Hypercoagulable States."

Pharmacia Sponsored Symposium, Portland, ME.  June 2002.  "Low Molecular Weight Heparin: Mechanism of Action, Indications and Monitoring."
"Issues in the Treatment of Women" Symposium of the American College of Obstetricians and Gynecologists, Burlington, MA, July 2002.  The Johns Figgs Jewet Memorial Lectureship "Thrombophilia in Pregnancy."

Greater New York Clinical Laboratory Management Association Program on the Early Diagnosis of Life Threatening Sepsis and DIC, New York City, NY, July 2002.  "Sepsis, Coagulation, and a Drug That Connects Them."

54th National Meeting of the American Association of Clinical Chemistry, Orlando, FL, July 2002. "Point of Care Coagulation Testing," "The Diagnosis of Bleeding Disorders," and "The Diagnosis of Thrombotic Disorders" (3 invited talks).

Dade Fall Conference 2002, Waltham, MA.  September 2002.  "The Diagnosis & Treatment of Hypercoagulable States."

Hawaii Society of Pathologists, Honolulu, HI.  October 2002.  "Redefining Expectations from the Clinical Laboratory."

Birmingham Fall Hemostasis Symposium, Birmingham, AL.  October 2002.  "Hypercoagulable States."

American Thrombosis Institute, Public Educational Symposium on Thrombosis, Mountain Brook, AL.  October 2002.  "Blood Clots – Am I at Risk?"

XVI Congress Latinoamericano de Patologia Clinica VI and Congreso Iberoamericano de Medicina Transfusion, Acapulco, MX.  November 2002.  "Redefinition of Clinical Laboratory Services."

Safe Transitions in Anticoagulation Therapy Symposium, Boston, MA.  February 2003. "Overview of Normal Hemostasis and Thrombosis.

Houston City Wide Hematology Conference, Houston, TX.  March 2003.  "Hypercoagulable States and the 2001 Consensus Conference Recommendations for Thrombophilia Testing."

New York State Society of Pathologists, 34th Annual Continuing Education Meeting, Binghamton, NY.  May 2003.  "Hypercoagulability."

Dade Behring Hemostasis Symposium, Raleigh-Durham, NC.  May 2003.  "A Complete Redefinition of the Services Provided by the Clinical Laboratory."

Automated Information Management in the Clinical Laboratory, 21st annual symposium, Ann Arbor, MI.  May 2003.  "How to Turn Laboratory Consulting into a Revenue-generating Operation."

Dade Behring Hemostasis Symposium, Raleigh-Durham, NC.  May 2003.  "A Complete Redefinition of the Services Provided by the Clinical Laboratory."

Automated Information Management in the Clinical Laboratory, 21st annual symposium, Ann Arbor, MI.  May 2003.  "How to Turn Laboratory Consulting into a Revenue-generating Operation."

The 6th International Conference on Fatty Acids and Cell Signaling.  Bethesda, MD.  July 2003. "Fatty Acid Ethyl Esters in Red Blood Cells and Platelets."

Alcohol Birth through Death Conference sponsored by the California Association of Toxicologists.  Santa Rosa, Ca.  August 2003.  "Fatty Acid Ethyl Esters as Postmortem Markers of Premortem Ethanol Intake."

30th Meeting of the New England Society for Vascular Surgery, Newport, RI.   September 2003.  "Diagnosis of Hypercoagulable States."

Advances in Rheumatology, Continuing Education Course, Harvard Medical School, Boston, MA.  September 2003.  "Hypercoagulability Testing:  Current Practice to Assess Thrombotic Risk."

Cancer Medicine and Hematology, Harvard Medical School Continuing Education Course, September 2003.  "Case Management Problems in Coagulation

Washington G-2 reports, 21st Annual Lab Institute.  Arlington, VA. October 2003. "Lab & Pathology Trailblazers: Early Adapter Solutions and Strategies."

Washington G-2 reports, Achieving Outreach Leadership for Lab & Pathology Services: Positioning your Program for Success, Atlanta, GA.  February 2004.  "Succeeding in the Outreach Market: Applying Critical IT Solutions."

Frontiers in Laboratory Medicine 2004: Changing Process, Improving Outcomes, Manchester, England.  February 2004.  "Making Laboratory Medicine More Valuable to Physicians and Patients."

Cardiology and Cardiac Surgery Practice Management Rounds, Massachusetts General Hospital, Boston, MA.  February 2004.  "The Pathogenesis, Diagnosis, and Treatment of Heparin-Inducted Thrombocytopenia."

Lab Infotech Summit, Las Vegas, NV.  March 2004.  "Clinical Laboratory Consulting: Quality and Financial Implications."

5th Annual Louisiana Coagulation Conference, Metairie, LA.  March 2004.  "Diagnosis and Treatment of Thrombophilic States."

Centers for Disease Control and Prevention, Quality Institute Conference on "Making the Laboratory a Key Partner in Patient Safety," Atlanta, GA.  April 2004.  "Reducing Medical Errors by Providing Expert Advice in the Selection and Interpretation of Laboratory Tests."

Association of Clinical Scientists, Abraham J. Gitlitz Memorial Lecture as Keynote address at 124th Annual Meeting, Houston, TX.  May 2004.  "The Future of Physicians in Laboratory Medicine."

Harvard Medical School Anesthesia Review and Update 2004, Boston, MA.  May 2004.  "Why Doesn't the Blood Clot and Why Does the Blood Keep Clotting?"

17th Annual Research Conference of the Cystic Fibrosis Foundation, Williamsburg, VA. June 2004. "Fatty Acid Metabolism in Cystic Fibrosis: What Have We Learned in 20 Years and Where Do We Go From Here?"
University of Rome, Study Group on Liver Disease and Alcoholism, Rome, Italy.  June 2004.  "Fatty Acid Ethyl Esters: Toxic Nonoxidative Metabolites of Ethanol."

Society of Hospital Medicine, 2004 Northeast Regional Meeting, Boston, MA.  June 2004.  "Anticoagulants for the Practicing Hospitalist: Monitoring of New Agents, Pitfalls in the Use of Older Agents."

Current Concepts in Hemostasis Symposium, John F. Kennedy Library and Museum, Boston, MA. June 2004. "Hypercoagulable States: Their Role in Thrombosis with Air Travel, Pregnancy, and Estrogen Supplementation."

Clinical Laboratory Management Association (CLMA), Bay State Chapter, Boston, MA. September 2004. "Laboratory Practices to Increase Patient Safety and Decrease Errors."

Advances in Anticoagulation Symposium, Massachusetts General Hospital, Boston, MA. October 2004. "The Coagulation Cascade and Patients at Risk" and "Heparin-Inducted Thrombocytopenia."

Top Challenges in Laboratory Medicine Management, American Association of Clinical Chemistry, Dallas, TX. December 2004. "Clinical Utility: Making the Most of your Results."

Diagostica Stago National Sales Meeting, Palm Springs, CA. February 2005. "Characteristics of the Ideal Coagulation Laboratory Service Representative.

College of American Pathologists, National House of Delegates Meeting, San Antonio, TX. February 2005. "The Role of the Laboratory Medical Director."

2005 Institute for Quality in Laboratory Medicine Conference. Atlanta, GA. April 2005. "Ask the Experts Session."

Coagulation Symposium sponsored by Diagnostica Stago, New York City, NY. May 2005. "Thrombophilia."

Current Concepts and Controversies in Vascular and Endovascular Surgery Symposium, Boston, MA. May 2005. "What Surgeons Need to Know about Hypercoagulable States" and "HIT Syndrome: A Major Concern."

Anesthesia Review and Update 2005, Boston, MA. May 2005. "Why doesn't the blood clot and why does it clot too much?"

Scientific Symposiums, Hilton Head, SC. June 2005. "Bleeding Disorders."

Scientific Symposiums, Hilton Head, SC. June 2005. "Hypercoagulable States."

Scientific Symposium, Hilton Head, SC. June 2005. "Alcohol: The Good and the Bad."

Scientific Symposium, Hilton Head, SC. June 2005. "Evaluation of Cardiovascular Risk."

Harvard Medical School Continuing Education Course, Updates in Laboratory Medicine, Boston, MA. June 2005. "Anticoagulants."

2005 Annual Meeting of the American Association for Clinical Chemistry, Orlando, FL. July 2005. "Value-Added Test Ordering and Interpreting Services Improve Safety and Effectiveness in Healthcare."

2005 Annual Meeting of the College of American Pathologists, Chicago, IL. September 2005. "Pathologist-Physician Communication," a presentation as part of the Practice Management Institute: Service and Quality.

Harvard Medical School Continuing Education Course, Advances in Rheumatology, Boston, MA. September 2005.  "Coagulopathies."

Harvard Medical School Continuing Education Course, Cancer Medicine and Hematology, Boston, MA. September 2005.  "Errors in Diagnosis: Thrombosis and Hemostasis Core Studies."

Clinical Diagnostics: Creating Greater Value, Industry Sponsored Symposium, Boston, MA. October 2005.  "The Health Economics of Biomarkers in Cardiopulmonary Disease" (one of 7 plenary session talks following keynote address by Novelist, Dr. James Watson).

Current Concepts in Hemostasis, Industry Sponsored Symposium, National Constitution Center Museum, Philadelphia, PA.  October 2005. "The Diagnosis and Treatment of Hypercoagulable States."

Florida Society of Pathologists National Meeting.  Orlando, FL. January 2006. "What the Busy Pathologist Needs to Know about Running a Clinical Laboratory."

12th Annual Massachusetts Prosecutors Conference, Boston, MA. March 2006. "Operating Under the Influence"

Molecular Pathology Meets the Business of Pathology, Spring Conference of the Illinois Society of Pathologists, Oak Brook, IL. April 2006. "Value Added Clinical Pathology Services: What they are and Barriers to their Implementation."

Current Concepts and Controversies in Vascular and Endovascular Surgery Symposium, Boston, MA. May 2006. "New Age Anticoagulants" and "HIT: A New Major Problem."

Current Concepts and Controversies in Vascular and Endovascular Surgery Symposium, Boston, MA. May 2006. "New Age Anticoagulants" and "HIT: A New Major Problem."

Harvard Medical School Anesthesia Review and Update 2006, Boston, MA.  May 2006.  "Why Doesn't the Blood Clot and Why Does the Blood Keep Clotting?"

In Vein: Treatment and Techniques Symposium, Uncasville, CT, June 2006.  "Hypercoagulable States: A Primer for the Office Based Physician."

American Association of Clinical Chemistry Annual Meeting, Chicago, IL. July 2006. "Coagulation Testing: The Role of the Laboratory Director in Optimizing Patient Outcome."

In Vein: Treatment and Techniques Symposium, Uncasville, CT, June 2006.  "Hypercoagulable States: A Primer for the Office Based Physician."

American Association of Clinical Chemistry Critical & Point-of-Care Testing Division, 4th Annual POC Coordinators Forum, Chicago, IL.  July 2006.  "Anticoagulation with Warfarin and Heparin: How the Drugs Work, How They are Monitored, and What the Results Mean" and "Point of Care Testing in Coagulation: Barriers to Effective Implementation."

College of American Pathologists Annual Meeting, San Diego, CA, September 2006. "Practice Management Institute, Service and Quality."

College of American Pathologists Annual Meeting, San Diego, CA.  September 2006. "What the Pathologist Director Should Be Doing."

College of American Pathologists Annual Meeting, San Diego, CA.  September 2006.  "Pitfalls in Diagnosis."

Cancer Medicine and Hematology, Harvard Medical School Continuing Education Course. September 2006.  "Case Studies in Hemostasis".

Research Conference on Autism, Boston, MA.  October 2006.  "Fatty Acid Metabolism – Is It Relevant to Autism?"

The Ohio Society of Pathologists, Fall Meeting, Columbus, OH.  October 2006.  "What We Are Doing or Should Be Doing in Clinical Pathology."

Critical Care and Trauma Symposium, Boston, MA.  November 2006. "Diagnosing a Coagulopathy in the ICU."

Sixth Annual Florida East Coast Point of Care Conference, Cocoa Beach, FL.  November 2006. "POCT in Coagulation: The INR and Much More".

Vascular and Abdominal Interventional Radiology Conference, Massachusetts General Hospital, Boston, MA.  February 2007.  "Old Age and New Age Anticoagulants: How They Are Used, How They Are Monitored, and How They are Reversed."

Massachusetts General Hospital Vascular Summit:  A Comprehensive Update for the Primary Care Provider, Boston, MA.  March 2007.  "Special Course Lecture: Hypercoagulable States: Update on How, Who, and When to Screen."

New England Pathology Resident Forum.  Boston, MA.  April 2007.  "Coagulation Disorders."

New England Regional Chemistry Exposition (NERCE), Boxborough, MA.  April 2007.  "The Diagnosis and Treatment of Hypercoagulable States."

Anesthesia Review and Update, Harvard Continuing Medical Education Symposium, Boston, MA.  May 2007.  "Why Doesn't the Blood Clot?" and "Why Does the Blood Keep Clotting?"

Pulmonary and Critical Care, Harvard Continuing Medical Education Symposium, Boston, MA. May 2007.  "Coagulation."

Contemporary Practice of Vascular and Endovascular Surgery: What the Vascular Surgeon Needs to Know, Harvard Continuing Medical Education Symposium, Boston, MA.  June 2007. "Hypercoagulable States, Heparin-Induced Thrombocytopenia, and New Age Anticoagulants."

Cancer Related Emergencies Symposium, Massachusetts General Hospital, Boston, MA.  June 2007.  "Coagulopathies and DIC."

Fatty Acids in Cell Signaling – 8th Symposium, Quebec City, Canada.  June 2007.  "Fatty Acid Alterations in Cystic Fibrosis."

75th Annual Meeting of the American Society for Clinical Laboratory Sciences, Closing Keynote Address, San Diego, CA.  July 2007.  "Going Beyond the Performance of the Laboratory Test: What the Patients Need that Only You Can Give Them."

College of American Pathologists National Meeting, Chicago, IL.  October 2007.  Moderator and Speaker at Half-Day Workshop entitled "Practice Management Institute: Adding Value – The Indispensable Pathologist."

21st Annual North American Cystic Fibrosis Conference, Anaheim, CA.  October 2007.  "A Unifying Theory to Explain How CFTR Leads to the Lipid Abnormalities in CF and Altered Inflammatory Signaling" and "Introduction to Fatty Acid Metabolism."

Vascular Medicine Continuing Education Symposium Massachusetts General Hospital, Boston, MA.  October 2007.  "Anticoagulation Pathways."

Lab Institute 2007 G2 Reports, 25th Annual Meeting.  Growing Your Lab at the New Frontiers. Arlington, VA, October 2007.  "Current Critical Issues: Molecular Diagnostics Testing."

Gastroenterology Research Conference, Beth Israel Deaconess Medical Center, Boston, MA. November 2007. "Cystic Fibrosis: Fatty Acid Alterations and Fatty Acid Supplementation."

Applying Anatomic and Clinical Pathology to Reach a Diagnosis.  Harvard Continuing Medical Education Course.  "Lymphangitic Spread of Tumor and DIC" and "Patent Foramen Ovale and Hypercoagulable States."

Opening Keynote Address, Business & Financial Strategies for Molecular Diagnostics, Sponsored by Washington G-2 Reports, Cambridge, MA. May 2008.  "Molecular Diagnostics: Growing at New Frontiers."

Vascular Medicine Annual Meeting, San Diego, CA.  June 2008.  "Hypercoagulability in Vascular Disease:  When Should You Consider This, and What Tests Should You Order?"

American Association of Clinical Chemistry (AACC) National Meeting, Washington, D.C. July 2008 "Over diagnosis of Child Abuse Due to Undiagnosed Underlying Disease."

College of American Pathologists National Meeting, San Diego, CA.  September 2008. Moderator and Speaker at Half-Day Workshop entitled "Practice Management Institute: Adding Value – The Indispensable Pathologist."

Tennessee Chapter, American Society of Clinical Laboratory Scientists, Nashville, TN. September 2008. "Advising Clinicians on Test Selection and Result Interpretation."
13th Annual Anatomic Pathology Informatics (APIII), Pittsburgh, PA.  October 2008.  "Why Not New Delhi?  Is the Local Pathologist Dispensable?"

Keynote Address for the XXXVIII Mexico Congress on Clinical Pathology, Acapulco, Mexico. October 2008.  "The Indispensable Role of the Clinical Pathologist."

22nd Annual North American Cystic Fibrosis Conference, Orlando, FL.  October 2008.  In the session on Fatty Acids: Crossroads of Nutrition and Science, "Monitoring Adequacy of Omega-3 Fatty Acid Intake."

American Academy of Pediatrics Premeeting Satellite Session on Diagnosis and Management of Coagulation Disorders, Boston, MA.  October 2008.  "Diagnosis and Treatment of Common Bleeding Disorders."

XXXVIII Mexican Congress on Clinical Pathology, Acapulco, Mexico.  October 2008.  Half-day symposium on "The Diagnosis and Treatment of Coagulation Disorders."

Keynote Address for American Society for Clinical Pathology Leadership Exchange, Philadelphia, PA.  March 2009.  "Expanding Your Role in Patient Care."

American Association of Clinical Chemistry, Professional Practice Course, Alexandria, VA.  April 2009.  "Diagnosis of Coagulation Disorders."

Keynote Address for Clinical Laboratory Scientists of Alaska, Anchorage, AK.  May 2009.  "Going Beyond the Laboratory Test:  What Patients Need that Only You Can Provide."

American Association of Clinical Chemistry National meeting, Chicago, IL.  July 2009.  "The Indispensable Laboratory Director."

American Association of Clinical Chemistry Awards Banquet Speaker, Upstate New York section, Verona, NY.  October 2009.  "The Role of the Laboratorian in Assisting Physicians in Test Selection and Result Interpretation."

The Clinical Laboratory Management Association of Central New York and the American Association of Clinical Chemistry Upstate New York sections, Verona, NY.  October 2009.  "Laboratory Tests in the Diagnosis of Bleeding and Thrombotic Disorders."

Harold Bernard Stroke and Neurosciences Symposium, Nashville, TN.  November 2009.  "Clotting Factors as a Risk for Stroke."

American Pathology Foundation Spring Conference, Las Vegas, NV.  March 2010.  "Clinical Pathology: Overcoming Barriers to Mainstream Implementation."

Keynote Address for American Society for Clinical Laboratory Scientists – Tennessee Annual Conference, Nashville, TN.  April 2010.  "Why Doctors Find It Difficult to Use the Clinical Laboratory Effectively."

FDA Symposium, Silver Spring, MD.  May 2010.  "Cost Effective Laboratory Testing:  New Programs to Help the Physician Choose the Right Tests and Correctly Interpret the Test Results."

American Association for Clinical Chemistry 2010 Annual Meeting, Anaheim, CA.  July 2010.  "Interpretive Comments from the Clinical Laboratory:  Essential for Patient Safety.  Clinical Consultation by Laboratory Directors:  Impact on Patient Safety and Outcome."

APIII and Lab Info Tech Summit 2010, Boston, MA.  September 2010.  "Barriers to Clinical Lab Interpretive Reporting."

College of American Pathologists Annual Meeting, Chicago, IL.  September 2010.  "Practice Management College: Adding Value – the Indispensable Pathologist."

Washington G-2 Reports, 28th Annual Lab Institute, Arlington, VA.  October 2010.  "Getting the Best Results: An Evolving Role for Pathologists and Lab Directors."

AACC New York Metro Section, New York, NY.  May 2011.  "Mistakes in Diagnostic Coagulation Made by Others – So You Will Not Make Them Yourself."

46th Academy of Clinical Laboratory Physicians and Scientists National Meeting, St. Louis, MO.  June 2011.  "Managing Send-out Costs – What Have You Tried, What Works and What Doesn't"

Keynote Address for Annual Meeting of the American Society for Clinical Laboratory Scientists (with Dr. James Meisel), Atlanta, GA.   July 2011.   "Getting to the Right Diagnosis with Laboratory Tests as Fast as Possible – The Challenges and Essential Role of the Medical Technologist in the New Healthcare Environment."

American Association of Clinical Chemistry National Meeting (with Drs. Julie Taylor, James Meisel, and Paul Epner), Atlanta, GA.   July 2011.   "Opportunities for Improvement in Physician's Utilization of Laboratory Testing for Better Patient Outcomes."

College of American Pathologists National Meeting.  Dallas, TX.  September. 2011. "The Best of Future scape" and "Antiplatelet Agents and Anticoagulants."

APIII and Lab Info Tech Summit 2011, Pittsburgh, PA.  October 2011.  "Improving Laboratory Test Selection and Results Interpretation."

Diagnostic Error in Medicine 2011, 4th International Conference, Chicago, IL, October 2011.  "Error in Test Selection and Result Interpretation:  A Major Source of Poor Patient Outcome."

Academy of Pathology and Laboratory Medicine of Puerto Rico Fall Meeting, Caguas, Puerto Rico.  October 2011.  "Coagulation Disorders:  Thrombosis", "Coagulation Disorders:  Bleeding", "Consultation by Clinical Pathologists on Laboratory Test Selection and Results Interpretation."

2011 American College of Veterinary Pathologists/American Society for Veterinary Clinical Pathology Concurrent Annual Meetings.  Nashville, TN.  December 2011.  "Diagnostic Management Team for Coagulation Disorders:  The Expert is Always Available."

7th New Orleans Coagulation Conference, Keynote Address.  New Orleans, LA.  February 2012.  "The Diagnostic Management Team in Coagulation at Vanderbilt:  How It Works and Its Clinical and Financial Impact."

G2 Intelligence, Pathology Institute, 2012.  Fort Lauderdale, FL.  February 2012.  "It Is a New World for Pathology Organizations:  Is Your Practice Advising Treating Physicians on Laboratory Tests Selection and Results Interpretation?"

The American Association for Clinical Chemistry Molecular Pathology Course, Chicago, IL.  May 2012.  "The PREDICT Program at Vanderbilt:  Acceptance by Practicing Physicians of Pharmacogenomic Testing."

Association of Pathology Chairs 2012 Meeting.  Monterey, CA.  July 2012.  "Addressing the Challenges of Laboratory Medicine Training in 3-4 Years," within the Laboratory Medicine and Management Training Forum.

Blood Bank Association of New York State, New York, NY.  June 2012.  "New Anticoagulants and Antiplatelet Agents."

National Meeting of the American Association for Clinical Chemistry.  Los Angeles, CA.  July 2012.  "Improving Physicians' Utilization of Laboratory Testing for Better Patient Outcomes."

National Meeting of the American Association for Clinical Chemistry.  Los Angeles, CA.  July 2012.  "The Essential Role of Interpretation in the Provision of Laboratory Services," within the workshop entitled "Enhancing Patient Safety and Patient Care by Effective Utilization of Laboratory Services."

American Society for Clinical Laboratory Sciences National Meeting, Keynote Address.  Los Angeles, CA.  July 2012.  "The Technologists Contribution after the Generation of the Test Result:  A New Role for the Clinical Laboratory Scientist in the Diagnostic Management Team."

College of American Pathologists National Meeting.  San Diego, CA.  September 2012.  Dueling Doctors:  A Discussion between Clinician and the Laboratory Director."

College of American Pathologists House of Delegates National Meeting.  San Diego, CA. September 2012.  "How the CAP is Helping You Make It Work in Your Practice:  The Diagnostic Management Team."

College of American Pathologists National Member Conversation.  San Diego, CA.  September 2012.  One of two panelist pathologists with a moderator discussing the transformation of pathology to a large group of pathologists.

Pacific Rim Pathology Group, Educational Seminar.  San Diego, CA.  September 2012.  "The Diagnostic Management Team and Vanderbilt."

49th Annual Intermountain States Seminar, Keynote Address.  Jackson Hole, WY.  September 2012.  "The Technologists' Contribution after the Generation of the Test Result: A New Role for the Medical Laboratory Scientist on the Diagnostic Management Team."

College of American Pathologists National Meeting, San Diego, CA.  September 2012. "Antiplatelet Agents and Anticoagulants."

APIII and Info Tech Summit, 2012 Pathology Informatics Symposium.  Chicago, IL.  October 2012.  "The Diagnostic Management Team:  How it Works and Its Clinical and Financial Implications."

COLA's Symposium for Clinical Laboratories.  Baltimore, MD.  October 2012.  "Right Diagnosis, Right Lab Test, Right on Time – The Dueling Doctors."

Association of Molecular Pathology Annual Meeting on Genomic Medicine.  Long Beach, CA. October 2012.  "The PREDICT Program at Vanderbilt:  Four Drug Interactions and Counting."

College of American Pathologists Webinar.  November 2012.  "Diagnostic Management Teams: Advising Clinicians on Coagulation Laboratory Test Selection and Result Interpretation."

College of American Pathologists Webinar (audience >500).  February 2013.  "Making the Case for Pharmacogenomics Testing:  Integration into a Healthcare System."

Citywide Transfusion Medicine Symposium, Houston, TX.  March 2013.  "Making the Case for Pharmacogenomics Testing:  Integration into a Healthcare System."

Clinical Laboratory Management Association, Orlando, FL. April 2013.  "Medical Mistakes with Bad Outcomes: Selecting the Wrong Laboratory Tests and Misinterpreting Test Results -- Who Can Help?"

American Society for Clinical Laboratory Sciences – North Dakota Annual Meeting.  Grand Forks, ND.  Keynote Address.  April 2013.  "The Technologists' Contribution after the Generation of the Test Result:  A New Role for the Clinical Laboratory Scientist on the Diagnostic Management Team."

7th New Insights into Coagulation:  New Anticoagulants in 2013, Philadelphia, PA.  May 2013. "The Coagulation Diagnostic Management Team:  How it Works and its Clinical Impact."

Benign Prostatic Hyperplasia Symposium, Nashville, TN. June 2013. "Fatty Acid Changes in Cystic Fibrosis: Are They Markers of Inflammation? Monitoring and Treating Disorders with an Inflammatory Component using Fatty Acid Supplementation in Inhibition of Eicosanoid Production."

Association of Pathology Chairs Meeting, Boston, MA. July 2013. "Pathologist and Laboratory Diagnostic Algorithms:  Increasing Overall Effectiveness in Improving Outcomes."

18th Annual Management Sciences and Patient Safety Leadership Seminar for the American Association for Clinical Chemistry, Houston, TX.  July 2013.  "Errors in Selection of Appropriate Laboratory Tests and Interpretation of Test Results:  A Major Cause of Poor Patient Outcome."

Financial analysts briefing at the American Association of Clinical Chemistry national meeting. Houston, TX.  July 2013.  "The Role of the Laboratory and Controlling Health-care Spending."

Enhancing Patient Safety, Reducing Diagnostic Errors and Improving Patient Care by Effective Utilization of Laboratory Testing (short course_, American Association of Clinical Chemistry. Houston, TX.  July 2013.  "The Essential Role of Interpretation and the Provision of Laboratory Services – How Can We do it Better?"

Symposium, American Association for Clinical Chemistry.  Houston, TX.  July 2013.  "Optimizing Physicians Utilization of Laboratory Services for Better Patient Care."

First International Symposium on Personalized Medicine.  Albert Einstein Hospital, Sao Paulo, Brazil.  August 2013.  "Making the Case for Pharmacogenomics Testing:  Integration into a Healthcare System."

First International Symposium on Personalized Medicine.  Albert Einstein Hospital, Sao Paulo, Brazil.  August 2013.  "Advising Clinicians on Laboratory Test Selection and Results Interpretation with a Diagnostic Management Team."

Keynote address, 47th Brazilian Congress on Clinical Pathology/Laboratory Medicine, São Paulo, Brazil.  September 2013.  "Medical Advice on the Application and Interpretation of Laboratory Tests:  The Quality Starts Here."

47th Brazilian Congress on Clinical Pathology/Laboratory Medicine, São Paulo, Brazil.  September 2013.  "Pharmacogenomics in Clinical Practice:  Lessons Learned from Coagulation."

College of American Pathologists National Meeting, Orlando, FL.  October 2013.  "Antiplatelet Agents and Anticoagulants."

New England Conference on Laboratory Medicine, Portland, ME.  October 2013.  "Errors in the Selection and Interpretation of Laboratory Tests:  A Major Cause of Poor Patient Outcomes."

Aloha Chapter of Clinical Laboratory Management Association, Honolulu, HI.  November 2013.  "Optimizing Test Selection and Result Interpretation with Diagnostic Management Teams."

Keynote Address. Clinical Laboratory Management Association (CLMA) regional meeting, Nashville, TN.  March 2014.  "Errors in Selection of Appropriate Laboratory Tests and Interpretation of Test Results:  A Major Cause of Poor Patient Outcome."

American Society for Clinical Laboratory Science, Kalamazoo, MI.  April 2014.  "The Diagnosis and Treatment of Hypercoagulable States."

American Society for Clinical Laboratory Science, Kalamazoo, MI.  April 2014.  "Laboratory Management of Anticoagulant Therapy."

Medical University of South Carolina Pathology Spring Symposia, Kiawah Island, SC.  April 2014.  "The Diagnosis and Treatment of Hypercoagulable States."

Keynote Address. American Society for Clinical Laboratory Science – Michigan, Kalamazoo, MI.  April 2014.  "Consultation in Laboratory Medicine."

19th Annual Executive War College, Conference on Laboratory in Pathology Management.  New Orleans, LA.  April 2014.  "Diagnostic Management Teams and More at Vanderbilt:  Moving Lab Medicine Closer to Physicians and Patients to Deliver More Value."

Medical University of South Carolina Pathology Spring Symposia.  Kiawah Island, SC.  April 2014.  "The Diagnostic Management Team:  Advising Clinicians on Laboratory Test Selection and Result Interpretation."

Pathology Informatics Summit 2014.  Pittsburgh, PA.  May 2014.  "Errors in the Selection of Appropriate Laboratory Tests and Interpretation of Test Results:  A Major Cause of Poor Patient Outcome."

Keynote Address.  Clinical Laboratory Sciences Symposium, Montgomery, AL.   June 2014.  "New Role for Medical Laboratory Scientists:  Advising Physicians on the Selection and Correct Interpretation of Laboratory Tests."

The Division of Animal Clinical Chemistry, Annual Meeting of the American Association of Clinical Chemistry, Chicago, IL.  July 2014.  "Anticoagulants:  How They Work, How to Use Them, and How to Monitor Their Effects."

The American Association for Clinical Chemistry Annual Meeting, Chicago, IL.  July 2014. "Antiplatelet Agents and Anticoagulants:  Laboratory Monitoring."

Sunquest Users Group, Scottsdale, AZ, July 2014.  "Development of a Consultative Service to Optimize Selection of Laboratory Tests and the Correct Interpretation of the Test Results:  How are the Experts Linked into the Cases?"

Sunquest Users Group, Scottsdale, AZ, July 2014.  "Bringing the Diagnostic Expert to the Bedside:  Role of Laboratory Testing and the Diagnostic Management Team."

The American Association for Clinical Chemistry 2014 Annual Meeting, Chicago, IL.  July 2014. "Laboratory-associated Errors in Test Requests and Results Interpretation" (workshop titled "Diagnostic Errors and Patient Safety").

The American Society for Clinical Laboratory Sciences' Leadership Meeting, Chicago, IL.  July 2014.  "Utilization of Clinical Laboratory Services in a World with New Rules: Overutilization, Underutilization and the Impact of Both on Patient Outcomes and Healthcare Costs."

The American Association for Clinical Chemistry 2014 Annual Meeting, Chicago, IL.  July 2014. "Coordinated Care:  The Academic Medical Center Experience" (workshop titled "Improving Laboratory Utilization and Accountable Care Organizations:  A New Role for Laboratorians").

Diagnostic Error in Medicine 7th International Conference, Atlanta, GA.  September 2014. Presentation in preconference workshop "Reducing Diagnostic Error through Improvement of Laboratory Test Utilization".

Diagnostic Error in Medicine 7th International Conference, Atlanta, GA.  September 2014. "Understanding and Misunderstanding Diagnostic Testing:  A Source of Diagnostic Error".

Keynote Address. 17th Annual Joint Meeting of the West Virginia Society for Clinical Laboratory Science and the West Virginia Clinical Laboratory Management Association, Charleston, WV. September 2014.  "Diagnostic Management Team Approach to Advising Clinicians and Laboratorians on Laboratory Test Selection and Result Interpretation."

Association of Clinical Pathologists.  Tampa, FL.  October 2014. "Enhancing your Role in the Clinical Team."

International Conference on Laboratory Medicine.  Clinical Laboratories:  Navigating between Commoditization and Clinical Partnership.  Padova, Italy. October 2014.  "How to Optimize Laboratory Test Requests and Provide Patient Specific, Expert Driven Interpretations of Laboratory Test Results."

Keynote Address.  AACC Texas Section Meeting, Tyler, TX.  November 2014.  "Utilization of Clinical Laboratory Services in a World with New Rules:  Overutilization, Underutilization and the Impact of Both on Patient Outcomes and Healthcare Costs."

Texas Society of Pathologists, San Antonio, TX.  January 2015.  "Diagnostic Management Team: Approach to Advising Clinicians and Laboratorians on Laboratory Test Selection and Result Interpretation."

Keynote Address.  Trainee Research Symposium.  Baylor College of Medicine, Houston, TX.  March 2015.  "The World of Pathology in Your Career as a Pathologist:  A New Set of Indispensable Duties."

Keynote Address.  Lab Revolution.  Orlando, FL.  March 2015.  "Building the Laboratory of the Future."

The American Association for Clinical Chemistry Industry Workshop, Atlanta, GA, July 2015.  "Clinical and Economic Value of Antifactor Xa (Anti-XA) Monitoring in Patients Receiving Heparin."

The American Association for Clinical Chemistry 2015 Meeting, Atlanta, GA, July 2015.  "Antiplatelet Agents and Anticoagulants:  Laboratory Monitoring."

WASPALM Pathology and Laboratory Medicine:  On the Forefront of Personalized Medicine.  Cancun, Mexico.  November 2015.  "Coagulation:  Diagnosis and Assays and Anticoagulants:  The New Generation" and "Diagnostic Management Teams."

WASPALM Pathology and Laboratory Medicine:  On the Forefront of Personalized Medicine.  Cancun, Mexico.  November 2015.  "Diagnostic Management Teams."

Pathology and Lab Summit on Personalized and Precision Medicine.  January 2016.  "Diagnostic Error and Its Impact on Population Health."

Aurora Physician Symposium, Nashville, TN.  April 2016.  "Diagnostic Error in America:  A Major Under-Recognized Problem Requiring Action by Pathologists and Laboratorians".

Michigan Society of Pathologists Annual Meeting, Lansing, MI. April 2016.  "Institute of Medicine (IOM) Report "Improving Diagnosis in Health Care"

Academy of Clinical Laboratory Physicians and Scientists, Birmingham, AL.  June 2016.  "Institute of Medicine (IOM) Report 'Improving Diagnosis in Health Care'."

Diagnostic Error in Medicine, 1st European Conference, Rotterdam, the Netherlands.  June 2016.  "Diagnostic Management Teams."

Diagnostic Error in Medicine, 1st European Conference, Rotterdam, the Netherlands.  June 2016.  "Implications from the Institute of Medicine Report on Improving Diagnosis in Healthcare for the Laboratory Field."

Association of Pathology Chairs, San Diego, CA.  July 2016.  "Institute of Medicine (IOM) Report 'Improving Diagnosis in Health Care.'"

American Association of Clinical Chemistry, Philadelphia, PA.  August 2016.  "Anticoagulants:  Indications and Laboratory Monitoring."

American Association of Clinical Chemistry, Philadelphia, PA.  August 2016.  "Diagnostic Errors:  The Laboratory Viewpoint."

The American Society for Clinical Laboratory Science, Philadelphia, PA. August 2016.  "Digging Deeper into the Institute of Medicine Report on Diagnostic Error."

Southern California Section of the AACC, Chino Hills, CA, November 2016.  "Medical Errors: The Third Leading Cause of Death in the US."

Group for Research Pathology Education Conference, Orlando, Florida, January 2017.  "The Role of Medical School Curricula in Advancing the Importance of Laboratory Medicine in Practice."

American Physician Scientist Association, Galveston, TX, January 2017.  "Improving Diagnosis in Health Care with a Diagnostic Management Team."

The Compass Group, Columbus, OH, April 2017. The Ron Workman Memorial Lecture: "Medical Errors: The Third Leading Cause of Death in the US."

Association of Clinical Scientists, Mountain Brook, AL, April 2017.  "Practical Ways to Reduce Diagnostic Error:  Clinical Pathology."

Association of Pathology Chairs, Washington, D.C., July 2017.  "Underutilization from Diagnostic Errors:  Understanding the Cost of Delayed Diagnosis."

Association of Pathology Chairs, Washington, D.C., July 2017.  "Trials and Tribulations of New Leaders."

Intermountain States Seminar, Jackson, WY, September 2017.  "Diagnostic Errors with Results We Generate:  How to Stop Them from Occurring."

Intermountain States Seminar, Jackson, WY, September 2017.  "The Worst Misdiagnosis of All: The Incorrect Diagnosis of Child Abuse."

Northeast Association of Pathology Chairs, Bermuda, September 2017.  "Diagnostic Management Team:  Moving Toward Widespread Implementation."

Society to Improve Diagnosis in Medicine, Boston, MA, October 2017.  "The Diagnostic Management Team:  Past, Present, and Future."

Annual Congress of Clinical Pathology, Puebla, Mexico, November 2017.  "Expert Consultations at Everyone's Bedside:  The Work of the Diagnostic Management Team."

Annual Congress of Clinical Pathology, Puebla, Mexico, November 2017.  "The Use of Direct Oral and Parenteral Anticoagulants to Prevent and Control Chronic Recurrent Thrombosis."

Virginia Society for Pathology.  Richmond, VA, December 2017.  "Diagnostic Management Team:  Past, Present, and Future."

Diagnostic Management Team Conference, Galveston, TX, February 2018.  "Diagnostic and Management Autopsy:  Diagnostic Management Team Review of Diagnosis and Treatment after Death."

Diagnostic Management Team Conference, Galveston, TX, February 2018.  "The Diagnostic Management Team 2018 and Beyond."

Diagnostic Management Team Conference, Galveston, TX, February 2018. "Appropriate Utilization of Laboratory Tests through a Diagnostic Management Team: Clinical and Financial Benefits."

Diagnostic Management Team Conference, Galveston, TX, February 2018. "Point-Counterpoint: If Diagnostic Management Teams Involve both Radiology and Pathology, should there be a Department of Diagnostics that Includes Both?"

Diagnostic Management Team Conference, Galveston, TX, February 2018. "Step-by-step Guide: Setting up the Medical Logistics for Establishing a Diagnostic Management Team."

Clinical Laboratory Educators' Conference, Houston, TX, February 2018. "The Diagnostic Management Team: A Solution for Diagnostic Error and Inappropriate Test Utilization."

Patient-centered Leadership and Front-line Quality Improvement Summit, Concord, NC, June 2018. "Clinical Excellence, Preventing Diagnostic Errors, and Cost Reduction through Better Lab Utilization."

Diagnostic Error in Medicine 11th International Conference, New Orleans, LA. November 2018. "The Diagnostic Management Team: Quality Improvement and Diagnostic Error Reduction."

Southeastern Administrators and Pathology Chairs Regional Conference, Amelia Island, FL. February 2019. "Pharmacogenomics: Who is in Charge?"

Southeastern Administrators and Pathology Chairs Regional Conference, Amelia Island, FL. February 2019. "Diagnostic Management Team Development."

2019 Annual Symposium of the Puerto Rico Academy of Pathology and Laboratory Medicine, San Juan, Puerto Rico, April 2019. "The Diagnostic Management Team: Quality Improvement and Diagnostic Error Reduction."

2019 Annual Symposium of the Puerto Rico Academy of Pathology and Laboratory Medicine, San Juan, Puerto Rico, April 2019. "Obstacles to Widespread Implementation of Diagnostic Management Team Services."

2019 Annual Symposium of the Puerto Rico Academy of Pathology and Laboratory Medicine, San Juan, Puerto Rico, April 2019. "Pharmacogenomics: Who is in Charge? Is it Pathologists?"

Texas Association for Clinical Laboratory Science 2019 Annual Meeting, Corpus Christi, TX, April 2019. "The Diagnostic Management Team: Quality Improvement and Diagnostic Error Reduction."

AACC Professional Practice in Clinical Chemistry: The Clinical Laboratorian: Critical Member of the Healthcare Team, Dallas, TX, April 2019. "Becoming Indispensable by Meeting the Most Important Needs of Lab Users."

2019 Annual Meeting of the American Association of Clinical Chemistry, Anaheim, CA, August 2019. "Clinical Chemistry Fellowship Training to Lead a Diagnostic Management Team."

2019 Annual Meeting of the American Association of Clinical Chemistry, Anaheim, CA, August 2019. "Obstacles for Current Diagnostic Management Implementation."

Aurora Diagnostics/Sonic Healthcare Physician Symposium, Grapevine, TX.  November 2019. "The Diagnostic Management team:  Past, Present, and Future."

Organizer and Moderator, Association of Pathology Chairs Southeast Conference Annual Meeting, Cozumel, Mexico.  February 2020.

2020 Annual Meeting of the College of American Pathologists, October 2020.  "Pathology Consultation:  An Essential Component of Optimized Healthcare." (virtual)

Healthcare Innovation Symposium XXXI, Emory University, December 2020. "The Use and Mis-use of Diagnostic Tests for COVID".  (virtual)

Wallace H. Coulter Lectureship, 2020 Annual Meeting of the American Association of Clinical Chemistry, December 2020.  "The Path to Indispensability for Laboratory Scientists:  Becoming the Most Important Members of the Diagnostic Healthcare Team".  (virtual)

2020 Annual Meeting of the American Association of Clinical Chemistry, December 2020. "Appropriate Utilization of Laboratory Tests Through a Diagnostic Management Team:  Clinical and Financial Benefits".  (virtual)

Organizer and Moderator, "Innovative Solutions in Pathology:  A COVID-DMT with a Large Revenue Stream; the Digital Pathology; and Who Does What in Restructure Academic Pathology Organizations."  Southeastern Association of Pathology Chairs and Administrators Regional Virtual Conference.  February 2021.

Southeastern Association of Pathology Chairs and Administrators Regional Virtual Conference. February 2021.  "Professional Billing for COVID-19 Related Tests."

Southeastern Association of Pathology Chairs and Administrators Regional Virtual Conference. February 2021.  Diagnostic Management Team – COVID19."

Southeastern Association of Pathology Chairs and Administrators Regional Virtual Conference. February 2021.  "The Pathology Departmental Structure:  Departments that Properly Recommend and Interpret Testing" (together with Christopher Zahner, M.D. and Juan D. Garcia, MBA, MLS).

2nd Annual Alaskan Improving Diagnostic Accuracy in Medicine Conference. September 2021. "Patient-specific Interpretations of COVID-19-related Tests to Improve Diagnostic Accuracy." (virtual)

2021 Annual Meeting of the College of American Pathologists, September 2021. "Reducing Diagnostic Burden Through the Use of Diagnostic Management Teams."

2022 SEPAC Virtual Conference, February 2022. "Integrative Diagnostics: A New Service Role for Pathologists to Assure Indispensability."

2022 SEPAC Virtual Conference, February 2022. "New Variants of SARS-CoV-2: Impact on PCR Test Accuracy, Transmissibility, and Severity of Illness and Vaccine Efficacy."

AACC Texas Section Biannual Conference, March 2022. "Variants of SARS-CoV-2: Impact on Test Results, Transmissibility and Efficacy of Vaccines."

One Hundred Thirty-Third Meeting of the American Clinical and Climatological Association, March 2022. "Medical Errors: A Major Cause of Death Across the World."

Texas Society of Pathologists 101st Annual Meeting, April 2022. "The Implementation of the COVID-19 Specific Diagnostic Management Team with Clinical and Financial Impact."

Houston Society of Clinical Pathologists 61st Annual Spring Symposium – Surgical Pathology, Virtual. April 2022. "Integrative Diagnostics: Making the Pathologist the Most Important Member of the Healthcare Team."

ACLPS 2022 Annual Meeting, June 2022. "Integrative Diagnostics: Making the Diagnostic Expert the Most Important Member of the Healthcare Team Now."

ASCP 2022 Annual Meeting, September 2022. "Diagnostic Management Team: Past, Present, and Future."

2022 TACLS Annual Meeting, September 2022. "Coagulation Disorders which Mimic Child Abuse."

ASCLS 2023 Annual Meeting, June 2023. "Addressing diagnostic error with integrative diagnostics and participation of graduates with the doctorate in clinical laboratory science degree."


**INVITED LECTURES - OFF CAMPUS:**

The American Red Cross, St. Louis, MO.  December 1983.  "A Coenzyme A Synthetase Enzyme Specific for Icosanoid Precursor Fatty Acids."

The Merck Institute for Therapeutic Research, Rahway, NJ.  August 1985.  "Mechanisms for Icosanoid Precursor Uptake and Release by a Tissue Culture Cell Line."

The American Red Cross, Philadelphia, PA.  April 1986.  "The Diagnosis and Treatment of Coagulation Factor Deficiencies."

The Lipid Club of Philadelphia, Philadelphia, PA.  May 1986.  "Control of Icosanoid Production at the Level of Arachidonoyl-CoA Synthesis."

The Tissue Culture Association, Philadelphia, PA.  May 1986.  "The Reproducible Delipidation of Serum for Use in Tissue Culture."

Internal Medicine Board Review Course, Hospital of the University of Pennsylvania, Philadelphia, PA.  April 1987-1989 (annually).  "Diagnosis and Treatment of Coagulation Disorders."

Washington University School of Medicine, St. Louis, MO.  July 1987.  "Control of Prostaglandin Production by Restriction of Exogenous Arachidonate."

Hospital of the University of Pennsylvania, Philadelphia, PA.  October 1987.  Critical Care Medicine Symposium "Coagulation in the ICU."

Case Western Reserve University School of Medicine, Cleveland, OH.  January 1989.  "The Availability of Cellular Arachidonate for Prostaglandin Production."

Washington University School of Medicine, St. Louis, MO.  February 1989.  "Fatty Acid Acylation of Glycoprotein Ib and Glycoprotein IX in Human Platelets."

Massachusetts General Hospital, Boston, MA.  March 1989.  "The Availability of Cellular Arachidonate for Prostaglandin Production."

Thomas Jefferson University School of Medicine, Philadelphia, PA.  April 1989.  "Covalent Modification of Platelet Proteins by Palmitate."

Washington University School of Medicine, St. Louis, MO.  July 1987.  "Control of Prostaglandin Production by Restriction of Exogenous Arachidonate."

Philadelphia College of Osteopathic Medicine, Philadelphia, PA.  March 1988.  "Aspirin Ingestion and Myocardial Infarction."

Case Western Reserve University School of Medicine, Cleveland, OH.  January 1989.  "The Availability of Cellular Arachidonate for Prostaglandin Production."

Washington University School of Medicine, St. Louis, MO.  February 1989.  "Fatty Acid Acylation of Glycoprotein Ib and Glycoprotein IX in Human Platelets."

Thomas Jefferson University School of Medicine, Philadelphia, PA.  April 1989.  "Covalent Modification of Platelet Proteins by Palmitate."

Thrombosis Institute, Temple University School of Medicine, Philadelphia, PA.  May 1989.  "Covalent Modification of Platelet Proteins by Palmitate."

University of Alabama, Birmingham, AL, August 1990.  "The Availability of Cellular Arachidonate for Prostaglandin Production."

Philadelphia College of Pharmacy and Science, Philadelphia, PA.  November 1990.  "Icosanoid Precursor Fatty Acid Metabolism."

Massachusetts Association of Blood Banks, Waltham, MA.  May 1991.  "Acquired Hemostatic Defects."

Ortho Pharmaceutical Corporation, Raritan, NJ.  August 1991.  "Clinical Coagulation Test Batteries."

University Hospital of Debrecen, Hungary.  September 1991.  "Mechanisms of Fatty Acid Transport to Cells."

Instrumentation Laboratories, Lexington, MA.  December 1991.  "Clinical Coagulation Test Batteries."

Northeastern University, Boston, MA.  March 1992.  "Fatty Acids: Basic Biochemistry to Clinical Significance."

T Cell Sciences, Cambridge, MA.  July 1992.  "Fatty Acid Ethyl Esters:  A New Biochemical Marker for Alcoholism."

New England Lipid Group, Boston, MA.  September 1992.  "Fatty Acid Ethyl Ester Metabolism."

Basic Science Seminar Series, Tufts University School of Medicine, Boston, MA.  January 1993.  "Fatty Acid Modification of Proteins."

Johns Hopkins University School of Medicine, Baltimore, MD.  July 1993. "Fatty Acid Ethyl Esters:  A Marker for Ethanol Ingestion."

Department of Laboratory Medicine, University of Washington, Seattle, WA.  December 1993.  Visiting Professor.

Department of Pathology, University of Utah School of Medicine, Salt Lake City, UT.  December 1993.  "Training Residents in Clinical Pathology to be Effective Clinical Consultants."

Department of Pathology, University of Vermont School of Medicine, Burlington, VT.  January 1994.  "Point of Care Testing."

Department of Pathology, Cornell University School of Medicine, New York, NY.  February 1994.  "Establishing a Residency Program and Consult Service in Clinical Pathology."

Department of Pathology, Duke University School of Medicine, Durham, NC.  February 1994.  "Alternate Site Laboratory Testing."

Jefferson Medical College, Philadelphia, PA.  May 1994.  "Fatty Acid Ethyl Esters:  Biochemistry to Clinical Significance."

Massachusetts Society of Pathologists, Framingham, MA.  May 1994.  "Bedside Testing."

New York Lipid Research Club, New York City, NY.  September 1994.  "The Covalent Modification of Platelet Proteins by Fatty Acids."

Department of Pathology, Visiting Professor, Emory University School of Medicine, Atlanta, GA.  October 1994.  "Hypercoagulable States."

Department of Pathology, Visiting Professor, Emory University School of Medicine, Atlanta, GA.  October 1994.  "Bedside Testing" and "Initiating a Consult Service in Clinical Pathology."

Institute for Scientific Applications, Lyon, France.  November 1994.  "Fatty Acid Acylation of Platelet Proteins" and "Fatty Acid Ethyl Esters."

Yale University School of Medicine, New Haven, CT.  December 1994.  "Fatty Acid Ethyl Esters:  Toxic Metabolites of Ethanol."

Department of Pathology, Visiting Professor, Albany Medical College, Albany, NY.  January 1995.  "Fatty Acid Ethyl Esters:  New Markers for Ethanol Ingestion."

Department of Pathology, Visiting Professor, Albany Medical College, Albany, NY.  January 1995.  "Development of a Clinical Pathology Consultation Service."

Department of Pathology & Laboratory Medicine, Hahnemann University School of Medicine, Philadelphia, PA.  March 1995.  "Point of Care Testing."

Baystate Medical Center (Affiliate of Tufts University School of Medicine), Springfield, MA.  September 1995.  "Fatty Acids:  Biochemistry to Clinical Significance."

Baystate Medical Center (Affiliate of Tufts University School of Medicine, Springfield, MA.  September 1995.  "Development of a Residency Training Program in Clinical Pathology."

Division of Laboratory Medicine, Visiting Professor, Washington University School of Medicine, St. Louis, MO.  April 1996.  "The Development of the Clinical Consultation Service in Laboratory Medicine at the Massachusetts General Hospital."

Division of Laboratory Medicine, Visiting Professor, Washington University School of Medicine, St. Louis, MO.  April 1996.  "Fatty Acid Ethyl Ester:  A Toxic Nonoxidative Metabolic of Ethanol."

Department of Welfare, Hungarian National Government, Budapest, Hungary.  July 1996.  "The Clinical Laboratory Inspection and Accreditation Process in the United States."

Department of Gastroenterology, Warsaw Medical Academy, Warsaw, Poland.  June 1996.  "Fatty Acid Ethyl Esters:  Toxic Nonoxidative Metabolites of Ethanol."

Department of Gastroenterology, Warsaw Medical Academy, Warsaw, Poland. June 1996.  "Hypercoagulable States."

Medical University of Debrecen, Hungary.  July 1996.  "Fatty Acid Ethyl Esters:  Toxic Nonoxidative Ethanol Metabolites."

Department of Anesthesia, Beth Israel Hospital, Boston, MA.  January 1997.  "The Diagnosis of Commonly Encountered Coagulopathies."

Department of Pathology, New York University, New York, NY.  January 1997.  "The Development of a Residency Training Program and Clinical Consultation Service in Clinical Pathology at Massachusetts General Hospital."

Youville Rehabilitation Hospital, Cambridge, MA.  February 1997.  "Clinical Use and Monitoring of Low Molecular Weight Heparin."

Biochemistry Colloquium Series.  University of Massachusetts, Lowell, MA.  March 1997.  "Fatty Acid Ethyl Esters:  New Markers for Ethanol Intake."

Biochemistry Seminar Series, Chiron Diagnostics, Walpole, MA.  March 1997.  "Serum Fatty Acid Ethyl Esters:  A New Indicator of Ethanol Intake."

Laboratory Parameter Analysis Panel, Chicago, IL.  March 1997.  "Clinical Protocols and Laboratory Medicine."

Massachusetts Society of Pathologists, Framingham, MA.  April 1997.  "Clinical Pathology - How to Do It and How to Get Paid for It."

Northeastern University, Boston, MA.  May 1997.  "Trends in Laboratory Medicine."

Penobscot Bay Medical Center, Rockland, ME.  October 1997.  "Coagulation Problems in the Community Hospital."

Northeastern University Centennial Celebration, Boston, MA.  November 1997.  "The Future of Laboratory Medicine in an Era of Managed Care."

Ball Memorial Hospital, Muncie, IN.  March 1998.  "Value Added Services in Clinical Laboratory Testing."

Department of Pathology and Laboratory Medicine, Dartmouth Medical School, Hanover, NH.  April 1998.  "Value Added Clinical Laboratory Services:  What the Clinicians Have Been Waiting For."

Department of Medical Laboratory Sciences, University of New Hampshire, Durham, NH.  April 1998.  "Providing Clinicians with More than Just a Laboratory Test Result."

Department of Pathology and Laboratory Medicine, Visiting Professor, University of Arizona School of the Health Sciences, Tucson, AZ.  April 1998.  "Clinical Laboratory Medicine:  New Roles in Health Care."

Department of Biophysics Seminar Series, Boston University School of Medicine, Boston, MA.  January 1998.  "Fatty Acid Ethyl Esters:  A Missing Link in Ethanol Induced Organ Damage."

University of Pennsylvania School of Medicine, Philadelphia, PA.  February 1998.  "Ethanol Metabolism & Innovations in Laboratory Medicine."

University of Florida School of Medicine, Gainesville, FL.  February 1998.  "Ethanol Metabolism/Innovative Approaches to Diagnostic Testing."

Ball Memorial Hospital, Visiting Professor, Muncie, IN.  March 1998.  "Fatty Acid Ethyl Esters:  A New Marker for Ethanol Intake."

Scientific Group on Obesity, Boston University School of Medicine, Boston, MA.  March 1998.  "Fatty Acid Ethyl Esters:  Nonoxidative Ethanol Metabolites."

Braintree Rehabilitation Hospital, Braintree, MA.  March 1998.  "The Clinical Indications for Use and Monitoring of Low Molecular Weight Heparin."

Massachusetts Society of Pathologists, Worcester, MA.  March 1998.  "What the Pathologist Needs to Know about Coagulation Testing."

University of North Carolina School of Medicine, Chapel Hill, NC.  April 1998.  "Ethanol Metabolism/Innovative Approaches to Diagnostic Testing."

Department of Pathology and Laboratory Medicine, University of Arizona School of the Health Sciences, Visiting Professor, Tucson, AZ.  April 1998.  "Fatty Acid Ethyl Ester: A Toxic Ethanol Metabolite."

Department of Surgery Grand Rounds, St. Elizabeth's Medical Center, Boston, MA.  September 1998.  "The Pharmacology of Low Molecular Weight Heparin."

Department of Pathology, Ohio State University School of Medicine, Columbus, Ohio.  September 1998.  "Providing More than a Laboratory Test Result:  A New Package of Value Added Services from the Clinical Laboratory."

Deaconess-Glover Hospital Grand Rounds, Needham, MA.  December 1998.  "Commonly Encountered Problems in Coagulation."

Department of Pathology, The Cleveland Clinic, Visiting Professor, Cleveland, OH.  January 1999.  "Interesting Coagulopathy Cases from the Massachusetts General Hospital."

The Cleveland Clinic, Visiting Professor, Cleveland, OH.  January 1999.  "Fatty Acid Ethyl Esters in the Blood: A New Test for Ethanol Intake."

Department of Pathology, The Cleveland Clinic, Visiting Professor, Cleveland, OH.  January 1999.  "The Value Added Clinical Laboratory Services at the Massachusetts General Hospital."

Department of Pathology, The Cleveland Clinic, Visiting Professor, Cleveland, OH.  January 1999.  "The Development of the Laboratory Medicine Residency Training Program at the Massachusetts General Hospital."

Department of Pathology, Thomas Jefferson University School of Medicine, Visiting Professor, Philadelphia, PA.  January 1999.  "Providing More than a Test Result:  Redefining Expectations from the Clinical Laboratory."

Department of Pathology, University of Texas Houston, Visiting Professor, Houston, TX.  March 1999. "Narrative Interpretations in Laboratory Medicine."

Department of Pathology, University of Texas Houston, Visiting Professor, Houston, TX.  March 1999. "Finding Your Place in the World of Pathology."

Department of Pathology, University of Texas Houston, Visiting Professor, Houston, TX.  March 1999. "Laboratory Medicine Training at the Massachusetts General Hospital."

Department of Pathology, Penn State-Hershey Medical Center, Hershey, PA.  April 1999.  "The Value Added Clinical Laboratory Services at the Massachusetts General Hospital."

Department of Pathology, Berkshire Medical Center, Pittsfield, MA.  April 1999.  "Redefining Expectations from the Clinical Laboratory."

Current Issues in Vascular and Endovascular Surgery, Continuing Education Course, Harvard Medical School, Boston, MA.  May 1999 and May 2000.  "What the Vascular Surgeon Needs to Know about Coagulation Disorders and Anticoagulation Problems."

Department of Pathology, University of Virginia School of Medicine, Charlottesville, VA.  July 1999.  "Redefining Expectations from the Clinical Laboratory."

Medical Grand Rounds, Faulkner Hospital, Boston, MA.  August 1999.  "The Clinical Indications and Laboratory Monitoring of Low Molecular Weight Heparin."

Grand Rounds, Harvard University Health Services, Cambridge, MA.  September 1999.  "The Diagnosis and Treatment of Hypercoagulable States."

Department of Pathology, University of Pittsburgh Medical Center, Pittsburgh, PA.  September 1999.  "The Value Added Clinical Laboratory Services at the Massachusetts General Hospital."

Medical Grand Rounds, HealthSouth New England Rehabilitation Hospital, Woburn, MA.  September 1999.  "The Clinical Indications and Laboratory Monitoring of Low Molecular Weight Heparin."

Vascular Surgery Grand Rounds, Massachusetts General Hospital, Boston, MA.  September 1999.  "Thrombosis in the Patient with a Hypercoagulable State."

Department of Pathology, UCLA School of Medicine, Los Angeles, CA.  October 1999.  "Re-defining Expectations from the Clinical Laboratory."

Kaiser Permanente Medical Group, Los Angeles, CA.  October 1999.  "The New Array of Services Provided by the Massachusetts General Hospital Clinical Laboratories."

Department of Pathology, UCLA School of Medicine, Los Angeles, CA.  October 1999.  "Hypercoagulable States:  Diagnosis and Treatment."

Advances in Rheumatology, Continuing Education Course, Harvard Medical School, Boston, MA.  October 1999 and September 2000.  "Hypercoagulability Testing:  Current Practice to Assess Thrombotic Risk."

Orthopedics Grand Rounds, Carney Hospital, Boston, MA.  November 1999.  "Low Molecular Weight Heparin: An Alternative to Unfractionated Heparin."

The Kessler Rehabilitation Institute, W. Orange, N.J.  November 1999.  "The Use and Monitoring of Low Molecular Weight Heparin."

Grand Rounds, Holy Family Hospital, Methuen, MA.  November 1999.  "The Diagnosis and Treatment of Hypercoagulable States."

Department of Pathology, St. Louis University School of Medicine, St. Louis, MO.  January 2000.  "The Hypercoagulable States."

Department of Pathology, St. Louis University School of Medicine, St. Louis, MO.  January 2000.  "Value Added Clinical Laboratory Services - A New Approach to Laboratory Medicine."

Pathology Education Institute, Snowmass, CO.  February 2000.  "Re-defining the Role of the Pathologist in the Clinical Laboratory."

Department of Pathology, University of South Florida School of Medicine, Tampa, FL.  February 2000.  "The Value Added Clinical Laboratory Services at the Massachusetts General Hospital."

Rheumatology Grand Rounds, Brigham and Women's Hospital, Boston, MA.  February 2000. "Diagnosis and Treatment of Hypercoagulable States."

The Food & Drug Administration, Tissue Engineering Course, Rockville, MD.  February 2000. "Inflammation and Implantable Devices."

Department of Pathology and Laboratory Medicine, Hartford Hospital, Hartford, CT.  March 2000. "Establishing a Clinical Pathology Consultation Service."

Department of Pathology, Northwestern University School of Medicine, Chicago, IL.  April 2000. "Redefining Laboratory Medicine."

Dade Behring Hemostasis Seminar Series, Boston, MA.  April 2000.  "Hypercoagulable States: Diagnosis and Treatment."

Department of Anesthesia Grand Rounds, Tufts/New England Medical Center, Boston, MA.  April 2000.  "Hypercoagulable States."

Vascular Biology Research Group, Tufts University School of Medicine, Boston, MA.  May 2000. "Fatty Acid Ethyl Esters:  Nonoxidative Ethanol Metabolites."

The Wagih Bari Society of St. Louis Pathologists, St. Louis, MO.  September 2000.  "The Nuts and Bolts of Operating an Interpretive Service in Clinical Pathology.  The Regulations on Reflex Testing, Performing Interpretations, and Billing."

The Wagih Bari Society of St. Louis Pathologists, St. Louis, MO.  September 2000.  "The Value Added Clinical Pathology Services Provided at the Massachusetts General Hospital and a Glance into the Future."

The Wagih Bari Society of St. Louis Pathologists, St. Louis, MO.  September 2000.  "Diagnostic Errors in Coagulation with Catastrophic Outcomes."

The North Shore Medical Center/Salem Hospital, Salem, MA.  October 2000.  "Hypercoagulable States."

Harvard Medical School at the Millennium:  What's New and What's Happening in and Around the Quadrangle, Boston, MA.  October 2000.  "Demonstration of a Web-Based System to Assist Physicians in the Selection and Interpretation of Laboratory Tests."

Baystate Medical Center, Update in Diagnostic Pathology and Medicine Series, Springfield, MA. November 2000.  "The Value Added Clinical Laboratory Services at the Massachusetts General Hospital."

Brown University School of Medicine, Department of Surgery Grand Rounds, Providence, RI. November 2000.  "Everything You Wanted to Know about Low Molecular Weight Heparin."

Newport Hospital, Newport, RI.  November 2000.  "New Markers for Hypercoagulable States."

Anna Jacques Medical Staff Grand Rounds, Newburyport, MA.  January 2001. "Hypercoagulable States."

Department of Anesthesia Grand Rounds, Massachusetts General Hospital, Boston, MA. January 2001.  "The Diagnosis and Treatment of Hypercoagulable States."

Distinguished Lecturer Series, Spaulding Rehabilitation Hospital, Boston, MA.  January 2001. "Identification and Treatment of Hypercoagulable States."

Grand Rounds, Pathology Department, Massachusetts General Hospital, Boston, MA.  January 2001. "Fatty Acid Ethyl Esters:  Nonoxidative Ethanol Metabolites for Monitoring Ethanol Intake."

Johns Hopkins University School of Medicine, Distinguished Visiting Professorship of Pathology, Baltimore, MD.  February 2001.  "A Complete Redefinition of the Clinical Laboratory Service that Reduces Medical Error at the Massachusetts General Hospital."

Mt. Sinai Medical Center, Miami, FL.  February 2001.  "New Expectations from the Clinical Laboratory."

University of Miami School of Medicine, Miami, FL.  February 2001.  "Redefining the Services of the Clinical Laboratory."

Mt. Sinai Medical Center, Miami, FL.  February 2001.  "Genetic Markers of Hypercoagulability."

Rheumatology Grand Rounds, Massachusetts General Hospital, Boston, MA.  March 2001.  "The Appropriate Use of Low Molecular Weight Heparin."

Pharmacia Symposium for Healthcare Practitioners, Pittsburgh, PA.  March 2001.  "The Diagnosis and Treatment of Hypercoagulable States."

Mercy Hospital of Pittsburgh Medical Grand Rounds, Pittsburgh, PA.  March 2001.  "Low Molecular Weight Heparin."

Rheumatology Grand Rounds, Roger Williams Hospital of Brown University School of Medicine, Providence, RI.  March 2001.  "Hypercoagulability and the Antiphospholipid Syndrome." The North Shore Medical Center/Salem Hospital, Salem, MA.  April 2001.  "von Willebrand's Disease."

American Association of Clinical Chemistry, Review Course, Alexandria, VA.  April 2001.  "An Overview of Coagulation."

Vascular Surgery Grand Rounds, Massachusetts General Hospital, April 2001.  "The New Anticoagulants."

Pulmonary Medicine Grand Rounds, SUNY Downstate Medical Center, Brooklyn, NY.  May 2001.  "Heritable Causes of Venous Thrombosis."

General Medicine Grand Rounds, Massachusetts General Hospital, September 2001. "Hypercoagulable States: Diagnosis, Treatment, and Controversies in Long Term Patient Management."

Transplantation Surgery Grand Rounds, Massachusetts General Hospital, September 2001. "Antiphospholipid Antibody Syndrome."

Obstetrics & Gynecology Grand Rounds, Massachusetts General Hospital, September 2001. "Thrombophilia: Obstetrical and Gynecologic Issues."

Grand Rounds, Memorial Sloane-Kettering Cancer Center, New York, NY. October 2001. "The Diagnosis and Treatment of Hypercoagulable States."

Surgery Grand Rounds, Massachusetts General Hospital, October 2001. "New Anticoagulants and Indications for Their Use."

Medical Grand Rounds, University of Massachusetts Memorial Medical Center, Worcester, MA. October 2001. "Sepsis, Anticoagulation, and a Drug That Connects Them."

Massachusetts General Hospital Special Seminar, October 2001. "Sepsis and Recombinant Activated Protein C."

University of Massachusetts Medical School, Worcester, Massachusetts. November 2001. "A Web-Based System for Patient-Specific Narrative Interpretations in Clinical Pathology."

Medical Grand Rounds, Allegheny General Hospital. December 2001. "Indications & Monitoring of Low Molecular Weight Heparin."

New England Medical Center, December 2001. "Inflammation, Coagulation, and a Drug that Connects the Two."

Merrimack Valley Hospital, Haverhill, MA. December 2001. "Anticoagulation with Warfarin and Heparin – Basic Principles."

Surgery Grand Rounds, Newton Wellesley Hospital, Newton, MA. January 2002. "DVT Prophylaxis and Treatment."

Emma Sadler Moss Lectureship, Louisiana State University Medical Center, February 2002. "Bleeding and Thrombotic Disorders."

Cardiac Surgery Grand Rounds, Massachusetts General Hospital, February 2002. "A Review of Hypercoagulable States."

Louisiana State University Medical Center, Department of Pathology, New Orleans, LA. February 2002. "A Complete Re-Definition of Services Provided by the Clinical Laboratory."

Roger Williams Hospital, Providence, RI. March 2002. "Low Molecular Weight Heparin."

Palisades Medical Center, North Bergen, NJ. March 2002. "A New Drug for Patients with Sepsis."

The MGH Child Psychiatry Section, Boston, MA. March 2002. "Omega-3 Fatty Acids and Attention Deficit Disorders."

Department of Pediatrics Cambridge Health Alliance and Mount Auburn Hospital, Cambridge, MA.  May 2002.  "Hypercoagulable States."

Anesthesia Review & Update.  Boston, MA.  May 2002.  "Why Doesn't the Blood Clot?"

Lawrence Memorial Hospital, Visiting Clinician Program, Medford, MA, June 2002.  "The Hypercoagulable State."

Massachusetts General Hospital, Department of Neurology, June 2002.  "Hypercoagulable States."

Cambridge Hospital, Department of Surgery Grand Rounds, June 2002.  "Low Molecular Weight Heparin."

Exeter Hospital, Grand Rounds, Exeter, NH.  June 2002.  "The Diagnosis and Treatment of Hypercoagulable States."

Neurosurgery Grand Round, Massachusetts General Hospital, July 2002.  "Hypercoagulable States."

Hematology-Oncology Grand Rounds, New York Hospital/Cornell Medical College, New York, NY.  September 2002.  "The Use of Low Molecular Weight Heparin."

Rhode Island Blood Bankers Society, Providence, RI, September 2002.  "Factor VIII Inhibitors: Diagnosis and Treatment."

Neuro-Oncology Grand Rounds, Massachusetts General Hospital, September 2002.  "The Use of Low Molecular Weight Heparin and Fondaparinux as Prophylaxis for Venous Thrombosis."

Podiatry Grand Rounds, Massachusetts General Hospital, September 2002.  "Deep Vein Thrombosis: Prophylaxis and Treatment."

Cancer Medicine and Hematology, Harvard Medical School Continuing Education Course, September 2002.  "Case Management Problems in Coagulation."

Surgery Grand Rounds, Mt. Auburn Hospital, Cambridge, MA.  October 2002.  "Low Molecular Weight Heparin: Indications and Monitoring."

University of Hawaii Pathology Residency Program, Honolulu, HI.  October 2002.  "Hypercoagulable States: Diagnosis and Treatment."

University of Texas at San Antonio, San Antonio, TX.  November 2002.  "Redefining Expectations from the Clinical Laboratory."

North Shore Medical Center, Grand Rounds, Salem, MA.  November 2002.  "The Diagnosis and Treatment of Hypercoagulable States."

Spaulding Rehabilitation Hospital, Boston, MA.  November 2002.  "New Anticoagulants."

Medical Grand Rounds, Massachusetts General Hospital, December 2002.  "DVT Prophylaxis and Treatment in 1978: When I Was a Caveman Clotter."

St. Francis Hospital and Medical Center/University of Connecticut.  Medical Grand Rounds, Hartford, CT.  January 2003.  "Clinical and Laboratory Approach to Thrombophilia."

The 4th Annual Frank M. Townsend Lecture, University of Texas at San Antonio, San Antonio, TX.  November 2002.  "Fatty Acid Ethyl Esters: Toxic Nonoxidative Ethanol Metabolites."

Gastroenterology Research Seminar, University of Pennsylvania School of Medicine, Philadelphia, PA.  January 2003.  "Fatty Acid Ethyl Esters."

Pathology Grand Rounds, University of Pennsylvania School of Medicine, Philadelphia, PA.  January 2003.  "Fatty Acid Ethyl Ester: A Toxic Nonoxidative Ethanol Metabolite."

Pathology Continuing Education Program, St. Francis Hospital, Hartford, CT.  January 2003.  "Laboratory Testing for Thrombophilia."

Rheumatology Grand Rounds, Beth Israel Deaconess Hospital, Boston, MA.  January 2003.  "Hypercoagulable States."

Neurology Grand Rounds, Lahey Clinic, Burlington, MA.  January 2003.  "Diagnosis and Treatment of Hypercoagulable States."

Department of Pathology, University of Pennsylvania School of Medicine, Philadelphia, PA.  January 2003.  "Redefining Expectations from the Clinical Laboratory."

Connecticut Society of Pathologists, New Haven, CT.  January 2003.  "Clinical and Laboratory Approach to Thrombotic Disorders."

Connecticut Society of Pathologists, New Haven, CT.  January 2003.  "Establishing a Fee for Service Clinical Pathology Consultation Service."

2nd Year Louisiana State University Medical Student Lecture, New Orleans, LA.   February 2003.  "A Review of Hemostasis."

Department of Pathology, Louisiana State University School of Medicine, New Orleans, LA.  February 2003.  "Fatty Acid Ethyl Esters: How Much Ethanol is Good or Bad?"

Department of Anesthesia Didactic Course, Massachusetts General Hospital, Boston, MA.  February 2003.  "Why Doesn't the Blood Clot?"

Cedars-Sinai Hospital Grand Rounds, Miami, FL.  February 2003.  "Inflammation, Coagulation, and a Drug that Connects the Two."

Massachusetts General Hospital, Pathology Grand Rounds, Boston, MA.  February 2003.  "Fatty Acid Alterations in Cystic Fibrosis."

Sylvester Cancer Center, University of Miami, Miami, FL.  February 2003.  "The Mechanism of Action of Recombinant Activated Protein C."

Lowell General Hospital Grand Rounds, Lowell, MA.  February 2003.  "The Diagnosis and Treatment of Hypercoagulable States."

Department of Pathology, Louisiana State University School of Medicine, New Orleans, LA. February 2003.  "Value Added Clinical Pathology."

Department of Pathology, Baylor University School of Medicine, Houston, TX.  March 2003. "Redefining Expectations from the Clinical Laboratory."

Texas Children's Hospital Grand Rounds Hematology – Oncology.  Houston, TX.  March 2003. "Hypercoagulable States and Their Association with Malignancy."

Dana Farber Cancer Institute, Boston, MA.  April 2003.  "An Overview of Fatty Acid Metabolism and its Implications for Anti-Cancer Treatment."

ASCP Resident Review Course, Hoffman Estates, IL.  April 2003.  "Coagulation Overview."

Professional Practice in Clinical Chemistry: A Review and Update, Arlington, VA.  April 2003. "An Overview of Bleeding and Thrombotic Disorders."

Updates in Anesthesia, Boston, MA.  May 2003.  "Why Doesn't the Blood Clot?"

Conemaugh Valley Memorial Hospital, Johnstown, PA.  May 2003.  "Ethanol: The Good and the Bad."

New Frontiers in Vascular and Endovascular Surgery, Boston, MA.  May 2003.  "What Surgeons Should know about New Heparins and Hypercoagulability."

Conemaugh Valley Memorial Hospital, Johnstown, PA.  May 2003.  "Hypercoagulable States."

North Shore University Hospital, Forest Hills, NY.  May 2003.  "Low Molecular Weight Heparin: Prophylaxis and Treatment of DVT and PE."

Conemaugh Valley Memorial Hospital, Johnstown, PA.  May 2003.  "Redefining Clinical Laboratory Services."

Windham Hospital Grand Rounds, Willamantic, CT.  June 2003.  "Diagnosis and Treatment of Hypercoagulable States."

Current Concepts in Clinical Pathology, Boston, MA. June 2003.  "Whom to Monitor for Hypercoagulability – Report of the CAP Consensus Conference on Thrombophilia Testing" and "Common Errors in Coagulation."

Current Concepts in Clinical Pathology, Boston, MA. June 2003.  "Lipid Testing and the Prediction of Cardiovascular Risk."

Federal Government Laboratorians Seminar (sponsored by Roche).  July 2003. National Liberty Museum, Philadelphia, PA.  "Reducing Medical Errors by Providing Expert Advice in the Selection and Interpretation of Laboratory Tests."

Memorial Sloane Kettering Cancer Center, New York City, NY.  July 2003.  "Fatty Acid Ethyl Esters: Toxic Nonoxidative Ethanol Metabolites."

A Comprehensive Board Review in Hematology and Medical Oncology, Houston, TX. October 2003.  "Hypercoagulable States."

Centers for Disease Control (CDC) Executive Session on the formation of the Quality Institute for Laboratory Medicine, Atlanta, GA. December 2003. "Quality Enhancement of Clinical Laboratory Services – An External Perspective on the Issues."

Ospedale Pediatrico Bambina Gesu, Rome, Italy.  December 2003. "Fatty Acid Alterations in Cystic Fibrosis."

Montefiore Medical Center/Albert Einstein College of Medicine, Bronx, NY.  Visiting Professor. January 2004.  "Diagnosis and Treatment of Hypercoagulable States."

Montefiore Medical Center/Albert Einstein College of Medicine, Bronx, NY.  January 2004. Visiting Professor.  "Finding Your Place in the World of Pathology."

Basic Science Lecture Series, University of Texas Medical Branch, Galveston, TX.  March 2004. "Fatty Acid Ethyl Esters: Nonoxidative Metabolites of Ethanol."

Anesthesia Grand Rounds, Newton-Wellesley Hospital, Newton, MA.  March 2004. "Anticoagulants Old and New".

Newport Hospital Grand Rounds, Newport, RI.  March 2004.  "What is New & Old in Anticoagulation."

Department of Pathology Visiting Professor Lecture Series, University of Alabama at Birmingham, Birmingham, AL. March 2004. "Fatty Acid Ethyl Esters: Toxic Nonoxidative Ethanol Metabolites."

Department of Pathology, University of Alabama at Birmingham, Birmingham, AL.  March 2004. "Finding your Place in the World of Pathology."

Cedars-Sinai Hospital, Visiting Professor Los Angeles, CA.  April 2004.  "The Diagnosis & Treatment of Hypercoagulable States."

ASCP Resident Review Course, Hoffman Estates, IL.  April 2004.  "Coagulation."

Cedars-Sinai Hospital, Visiting Professor, Los Angeles, CA.  April 2004.  "Finding Your Place in the World of Pathology."

Cedars-Sinai Hospital, Visiting Professor, Los Angeles, CA.  April 2004.  "Redefining Clinical Laboratory Services for Improved Patient Safety."

Instrumentation Laboratories International Advisory Board, Cambridge, MA. April 2004.  "The Added Value of Patient-Specific Narrative Interpretations."

Department of Pathology, University of Texas, Houston, TX.  May 2004.  "Finding Your Place in the World of Pathology."

Department of Pathology, University of Texas, Houston, TX.  May 2004.  "Value Added Services in Clinical Pathology."

Department of Laboratory Medicine and Pathology, University of Alberta, Edmonton, Canada. June 2004. "Patient Safety: Have We Overlooked Errors in Test Selection and Interpretation of Laboratory Tests?"

University of Rome, Department of Experimental Medicine and Pathology, Rome, Italy.  June 2004.  "The Diagnosis and Treatment of Hypercoagulable States."

Westerly Hospital Grand Rounds, Westerly, RI.  September 2004.  "Anticoagulants and Thrombosis Prevention."

South County Hospital Grand Rounds, Wakefield, RI.  September 2004.  "Anticoagulants: An Overview" and "Heparin-Induced Thrombocytopenia."

Cancer Medicine and Hematology, Harvard Medical School Continuing Education Course, September 2004.  "Case Management Problems in Coagulation."

Update in Hemostasis and Thrombosis, Lehigh Valley Hospital, Allentown, PA.  October 2004. "The Diagnosis and Treatment of Hypercoagulable States."

Michigan Society of Pathologists Winter Seminar, Ann Arbor, MI.  December 2004.  "Coagulation in the Clinical Laboratory."

Tufts University School of Medicine, MD-PhD Research Seminar Series, Boston, MA.  January 2005.  "Fatty Acid Ethyl Esters."

Children's Memorial Hospital (The pediatrics hospital for Northwestern University Medical Center), Grand Rounds, Chicago, IL. March 2005.  "Coagulation Disorders in Children."

Emerson Hospital Grand Rounds, Concord, MA.  April 2005.  "Anticoagulants: Indications and Monitoring."

Spaulding Rehabilitation Hospital, Grand Rounds. "Heparin-Induced Thrombocytopenia: Diagnosis and Treatment with Argatroban." Boston, MA. April 2005
The Knight Nursing Center for Clinical and Professional Development, Boston, MA. May 2005. "The Causes and Common Bleeding and Clotting Disorders and What to Do About Them."

Professional Practice in Clinical Chemistry: A Review and Update, Arlington, VA.  May 2005. "An Overview of Bleeding and Thrombotic Disorders."

ASCP Resident Review Course, Hoffman Estates, IL.  May 2005.  "Coagulation."

J. Heinrich Joist First Memorial Lecture, St. Louis, MO.  September 2005. "Hypercoagulable States: Diagnosis and Treatment."

Comprehensive Update on Vascular Disease for the Primary Care and Specialty Provider, Waltham, MA. November 2005. "Hypercoagulable States: Update on How, Who, and When to Screen."

Lahey Clinic Surgery Grand Rounds.  Burlington, MA. January 2006. "An Overview of Coagulation for the Surgeon."

Brigham and Women's Hospital, Division of Rheumatology.  Boston, MA. January 2006. "Antiphospholipid Antibodies: What They Are and What They Do."

Beth Israel Deaconess Medical Center, Division of Rheumatology, Boston, MA. March 2006. "Antiphospholipid Antibodies and Antiphospholipid Syndrome: Description, Diagnosis, and Treatment."

Tufts/New England Medical Center, Department of Pathology, Boston, MA.  March 2006. "Value Added Services in Laboratory Medicine."

The Hemostasis Scientific Advisory Committee 2006 Meeting, Instrumentation Laboratory, Lexington, MA. April 2006. "Point of Care Coagulation Testing: What Assays Could Move Out of the Main Laboratory and Institutional Factors Which Influence that Decision."

Clinical Laboratory Improvements Act Committee Meeting, Atlanta, GA.  September 2006. "Narrative Interpretations of Complex Clinical Laboratory Evaluations".

Commencement address, Medical Professional Institute, Malden, MA.  September 2006.

In Vein Treatment and Techniques, Las Vegas, NV.  October 2006.  "Hypercoagulable States: A Primer for Office Management."

Life After a Heart Attack:  A Lecture for Community Health Awareness (for the public).  Malden, MA.  November 2006.

Visiting Professor, Ball Memorial Hospital, Department of Pathology, Muncie, IN.  December 2006.  "Value-Added Services in Laboratory Medicine" and "Finding Your Place in the World of Pathology: Mentorship for Residents."

Visiting Professor, Ball Memorial Hospital, Department of Pathology, Muncie, IN.  December 2006.  "An Overview of Thrombotic and Bleeding Disorders."

Melrose-Wakefield Hospital Grand Rounds, Malden, MA.  January 2007. "Hypercoagulable States, Anticoagulants, and Heparin-Induced Thrombocytopenia".

Visiting Professor, Case Western University Medical Center, Department of Pathology, Cleveland, OH.  January 2007.  "Patient-Specific Expert Driven Narratives in Clinical Pathology – It's Time Has Come" and "Finding Your Place in the World of Pathology".

Case Western Reserve University Medical Center, Department of Pathology, Visiting Professor, Cleveland, OH.  January 2007.  "Fatty Acid Alterations in Cystic Fibrosis – Moving beyond the Original Biochemical Observations and Understanding the Basis of the DHA Therapeutic Effect".

Youville Rehabilitation Hospital, Grand Rounds, Cambridge, MA.  February 2007.  "The Management of Venous Thromboembolic Disease."

Cedar-Sinai Medical Center Grand Rounds, Los Angeles, CA. February 2007.  "The Diagnosis and Treatment of Hypercoagulable States."

Evergreen Hospital Grand Rounds, Seattle, WA.  February 2007.  "The Diagnosis and Treatment of Hypercoagulable States."

University of Rome (La Sapienza), School of Medicine. Lecture to Medical Students. Rome, Italy. March 2007.  "An Overview of Hemostasis

University Palermo, School of Medicine.  Palermo, Italy.  March 2007.  "Value Added Services in Clinical Pathology:  A New Role for the Clinical Pathologist."

Temple University School of Medicine, Department of Pathology.  Philadelphia, PA.  April 2007. "Cystic Fibrosis:  Fatty Acid Alterations and Fatty Acid Supplementation."

Vanderbilt University School of Medicine, Department of Pathology.  Nashville, TN.  April 2007. "Fatty Acid Alterations in Cystic Fibrosis: A Target for Therapy."

Professional Practice in Clinical Chemistry: A Review and Update.  Washington, DC.  April 2007. "Coagulation."

ASCP Resident Review Course, Director of Laboratory Medicine Section and Lecturer.  Chicago, IL.  April 2007.  "An Overview of Coagulation."

The Annual Israel Michaelson Distinguished Lectureship, The University of Tennessee Health Science Center, Department of Pathology and Laboratory Medicine, Memphis, TN.  June 2007. "What We Really Need to be Doing as Pathologists in Laboratory Medicine."

In Vein: Treatment and Techniques.  Uncasville, CT.  April 2007.  "What Do I Really Need to Know About Hypercoagulable States." and "How to Evaluate the Patient with Idiopathic DVT." Hackensack University Medical Center, Surgery Grand Rounds, Hackensack, NJ.  October 2007. "Coagulation for the Surgeon."

UCLA Medical Center, Department of Pathology Grand Rounds, Los Angeles, CA.  October 2007.  "Providing Patient-Specific Narrative Reports for Complex Clinical Laboratory Evaluations: Why Can't We Do What the Radiologists and Anatomic Pathologists Do?"

Loyola University School of Medicine, Pathology Grand Rounds, Chicago, IL.  January 2008. "Cystic Fibrosis".

ASCP Resident Review Course, Director of Laboratory Medicine Section and Lecturer.  Chicago, IL.  April 2008.  "An Overview of Coagulation."

Department of Medicine Grand Rounds, University of Alabama at Birmingham, Birmingham, AL. September 2008.  "The Use and Monitoring of Anticoagulants".

Department of Pathology, University of Texas - San Antonio. Visiting Professor, San Antonio, TX. February 2009.  "The Appropriate Use and Laboratory Monitoring of Anticoagulants."

Cleveland Clinic, Pathology Grand Rounds as Visiting Professor, Cleveland, OH.  March 2009. "Reshaping Laboratory Medicine."

ASCP Resident Review Course, Director of Laboratory Medicine Section and Lecturer.  Chicago, IL.  April 2009.  "An Overview of Coagulation."

Anesthesia Review and Update, Harvard Continuing Medical Education Symposium, Boston, MA. May 2009. "Why Doesn't the Blood Clot?" and "Why Does the Blood Keep Clotting?"

Visiting Professor, Ball Memorial Hospital, Department of Pathology, Muncie, IN. January 2010. "Hypercoagulable States: Diagnosis and Treatment"

Visiting Professor, Ball Memorial Hospital, Department of Pathology, Muncie, IN. January 2010. "Anticoagulants: Clinical Indications and Monitoring"

Visiting Professor, Ball Memorial Hospital, Department of Pathology, Muncie, IN. January 2010. "The Rapid Transformation of Diagnostic Services and the Creation of the Diagnostic Management Team."

Visiting Professor, St. Francis Hospital, Medical Grand Rounds, Hartford, CT. February 2010. "Cost Effective Strategies for Clinical Laboratory Testing."

Tennessee Donor Services Medical Advisory Committee, Nashville, TN. April 2010. "Disseminated Intravascular Coagulation in the Transplant Patient."

ASCP Resident Review Course, Director of Laboratory Medicine Section and Lecturer. Chicago, IL. April 2010. "An Overview of Coagulation."

Harvard Anesthesia Update 2010, Boston, MA. May 2010. "Why Doesn't the Blood Clot?" and "Why Does the Blood Keep Clotting?

Visiting Professor, University of Illinois at Champaign-Urbana, Champaign, IL. November 2010. "Fatty Acids: Metabolism and Clinical Significance."

University of South Florida, Pathology Grand Rounds, Tampa, FL. January 2011. "Case Studies in Laboratory Management: Coagulation Disorders."

Clinical Laboratory Improvements Act Advisory Committee (CLIAC) Meeting, Atlanta, GA. March 2011. "Update on the activities of the Clinical Laboratory Integration into HealthCare Collaborative."

ASCP Resident Review Course, Director of Laboratory Medicine Section and Lecturer. Chicago, IL. April 2011. "An Overview of Coagulation."

Harvard Anesthesia Update 2011, Boston, MA. May 2011. "Why Doesn't the Blood Clot?" and "Why Does the Blood Keep Clotting?"

Visiting Professor, McGill University, Montreal, Canada. November 2011. "Fatty Acid Abnormalities in Cystic Fibrosis."

Yale University School of Medicine, Department of Laboratory Medicine, Visiting Professor. January 2012. "Improving Test Selection and Test Result Interpretation."

ASCP Resident Review Course, Tampa, FL. February 2012. "Coagulation"

Department of Anesthesiology, Tufts University School of Medicine, Boston, MA.  May 2012.  "Anticoagulant and Antiplatelet Therapy: The New and the Old."

Harvard Anesthesiology Update, Boston, MA.  May 2012.  "Anticoagulants:  The Old and the New" and "New Antiplatelet Agents."

The Massachusetts Society of Pathologists, Waltham, MA.  May 2012.  "Advising Physicians on the Selection and Interpretation of Clinical Laboratory Tests:  The Diagnostic Management Team at Vanderbilt."

Anesthesia Grand Rounds, Beth Israel Deaconess Hospital, Boston, MA.  August 2012.  "New Anticoagulants and New Anti-Platelet Agents:  What are the Surgical Bleeding Risks?"

University of Washington, Laboratory Medicine Grand Rounds.  Seattle, WA.  November 2012.  "Advising Clinicians on Laboratory Test Selection and Result Interpretation with a Diagnostic Management Team."

University of Utah and ARUP Grand Rounds, Salt Lake City, UT. November 2012.  "Advising Clinicians on Laboratory Test Selection and result Interpretation with a Diagnostic Management Team."

Glenwood Regional Medical Center, Monroe, LA.  February 2013.   "Anticoagulants and Antiplatelet Agents' and "The Diagnosis and Treatment of Coagulation Disorders."

Visiting Professor, Department of Pathology, Beth Israel Hospital, Boston, MA.  March 2013.  "Advising Clinicians on Laboratory Test Selection and Results Interpretation with a Diagnostic Management Team."

Baylor College of Medicine, Pathology and Immunology Grand Rounds, Houston, TX.  March 2013.  "Advising Clinicians on Laboratory Test Selection and Results Interpretation with a Diagnostic Management Team."

Hospital Grand Rounds, Altura Hospital, Grand Forks, ND.  April 2013.  "Beyond the Clot:  The Diagnosis and Treatment of Hypercoagulable States."

Northwestern University School of Medicine, Pathology Department Rounds.  Chicago, IL.  May 2013.  "Advising Clinicians on Laboratory Test Selection and Results Interpretation with a Diagnostic Management Team."

McMaster University Department of Pathology and Molecular Medicine.  Keynote address at Annual Residents Research Day, 2013.  Hamilton, Ontario, Canada.  May 2013.  "Advising Clinicians on Laboratory Test Selection and Result Interpretation with the Diagnostic Management Team.'

University of Illinois at Chicago, Pathology Department Grand Rounds, Chicago IL. June 2013.  "Advising Clinicians on Laboratory Test Selection and Result Interpretation with the Diagnostic Management Team."

Mount Sinai Hospital, Miami, FL. June 2013. A series of seven lectures on a wide variety of topics in diagnostic coagulation.

Webinar for ADVANCE, June 2013. "Advising Clinicians on Laboratory Test Selection and Result Interpretation with the Diagnostic Management Team."

Visiting Professor, Department of Pathology, University of Miami, Miami FL.  October 2013. "Errors in the Selection and Interpretation of Laboratory Tests:  A Major Cause of Poor Patient Outcome."

Grand Rounds, Tripler Army Hospital, Honolulu, HI.  November 2013.  "Consultation to Optimize Clinical Laboratory Test Selection and Result Interpretation."

St. Jude Children's Hospital, ASCLS sponsored presentation.  Memphis, TN.  December 2013. "Errors in Selection of Appropriate Laboratory Tests and Interpretation of Test Results:  A Major Cause of Poor Patient Outcome."

Visiting Professor, Department of Pathology Grand Rounds.  Temple University School of Medicine, Philadelphia, PA.  January 2014.  "Advising Clinicians and Laboratorians on Lab Test Selection:  The Diagnostic Management Team."

Visiting Professor, Department of Pathology Grand Rounds, University of Massachusetts, Worcester, MA.  February 2014.  "Advising Clinicians and Laboratorians on Lab Test Selection: The Diagnostic Management Team."

Visiting Professor, Department of Pathology Grand Rounds, Cleveland Clinic, Cleveland, OH. February 2014.  "Errors in Selection of Appropriate Laboratory Tests and Interpretation of Test Results:  A Major Cause of Poor Patient Outcome."

Visiting Professor, Department of Pathology Grand Rounds.  University of Florida, Gainesville, FL.  March 2014.  "The Diagnostic Management Team:  Advising Clinicians on Laboratory Test Selection and Interpretation."

Laboratory Management Series.  UT Southwestern Medical Center, Dallas, TX.  February 2015. "The Indispensable Pathologist:  Leader of a Diagnostic Management Team."

Pathology Grand Rounds.  Virginia Commonwealth University.  Richmond, VA.  March 2015. "The Diagnostic Management Team:  The Missing Link in Healthcare in the United States."

Sunquest Information Systems User Group Conference.  Phoenix, AZ, July 2015.  "How Sunquest Can Reduce Diagnostic Errors and Dramatically Reduce Healthcare Costs."

AACC Webinar.  August 2015.  "Utilization of Clinical Laboratory Services in a World with New Rules:  Overutilization, Underutilization and the Impact of Both on Patient Outcomes and Healthcare Costs".

ASCP Live Webcast.  September 2015.  "Diagnostic Errors and the Impact on Patient Outcome and Healthcare Costs."

Division of Pathology and Laboratory Medicine's Grand Rounds. MD Anderson Cancer Center. Houston, TX, September 2015.  "The Diagnostic Management Team:  A New Approach to Consultation by Pathologists."

Clinical and Scientific Advances Series.  University of California at Irvine.  Irvine, CA.  September 2015.  "The Diagnostic Management Team:  A New Approach to Consultation by Pathologists."

2015-2016 Daljit S. and Elaine Sarkaria Lecture.  First Annual Clinical Innovation/Quality Day.  University of California at Los Angeles.  Los Angeles, CA.  September 2015.  "Reducing Diagnostic Error:  A Critical Role for the Pathologist."

Pathology Grand Rounds.  Stanford University, Stanford, CA.  November 2015.  "Reducing Diagnostic Error:  A Critical Role for the Pathologist."
Clinical Diagnostics Research Webinar sponsored by Lab Roots.  November 2015.  "Optimizing the Use of Laboratory Testing Services to Improve Patient Diagnosis."

Laboratory Medicine Grand Rounds.  Memorial Sloan-Kettering Cancer Center, New York, NY.  February 2016.  "Diagnostic Error in America:  A Major Under-recognized Problem Requiring Laboratorians to Fix It."

Laboratory Medicine Grand Rounds.  Washington University in St. Louis School of Medicine, St. Louis, MO.  March 2016.  "The Institute of Medicine (IOM) Report:  Improving Diagnosis in Healthcare".

University Medical Center, Utrecht, the Netherlands.  June 2016.  "Utilization of Clinical Laboratory Services in a World with New Rule:  Overutilization, Underutilization and the Impact of Both on Patient Outcomes and Healthcare Costs".

Department of Pathology and Laboratory Medicine Grand Rounds, University of Pennsylvania, Philadelphia, PA, September 2016.  "Medical Errors:  The Third Leading Cause of Death in the US."

Southern Dean's Annual Meeting, San Antonio, TX, October 2016.  "Medical Errors:  The Third Leading Cause of Death in the US."

SmartLab Annual Meeting, San Antonio, TX, October 2016.  "How to Avoid Commonly Encountered Errors in the Clinical Laboratory."

SmartLab Annual Meeting, San Antonio, TX, October 2016.  "A Team Approach to Diagnostic Management Concierge Care:  The Health Model of the Future."

X Congreso Nacional del Laboratorio Clinico, Zaragoza, Spain. October 2016. "Improving Diagnosis in Health Care with a Diagnostic Management Team."

Terplan Lecture, University of Buffalo, Buffalo, NY, October 2016.  "Medical Errors:  The Third Leading Cause of Death in the US."

Department of Medicine Medical Grand Rounds, St. Michael's Hospital, Toronto, Ontario, Canada.  December 2016.  "Medical Errors:  The Third Leading Cause of Death in the US".

Diagnostic Management Team Conference.  Galveston Convention Center, Galveston, TX.  February 2017.  "The Diagnostic Management Team:  Past, Present and Future."

Benjamin Highman Lecture, University of California, Davis.  March 2017.  "Medical Errors:  The Third Leading Cause of Death in the US."

Milka M. Montiel Lecture, UT Health San Antonio, TX.  April 2017.  "Implications from the National Academy of Medicine Report on Improving Diagnosis in Healthcare."

AACC Webinar, May 2017.  "Diagnostic Errors:  The Laboratory Viewpoint."

Lab Leaders Summit, August 2017, Indianapolis, IN.  "The Clinical and Financial Benefits of a Diagnostic Management Team."

Pathology Grand Rounds, University of Alabama at Birmingham, AL.  October 2017.  "Medical Errors: The Third Leading Cause of Death in the US."

Robert V.P. Hutter Endowed Lectureship, SUNY Upstate Medical University, Syracuse, NY. November 2017.  "Diagnostic Management Team:  Moving Toward Widespread Implementation."

Faculty Mini Retreat, SUNY Upstate Medical University, Syracuse, NY.  November 2017.  "What is CP and How Do We Treat our Residents to Do It."

Faculty Interest Group, SUNY, Syracuse, NY.  November 2017.  "Medical Errors:  The Third Leading Cause of Death in the US."

Surgery Grand Rounds, Texas Children's Hospital.  December 2017.  "Medical Errors:  The Third Leading Cause of Death in the US."

Department of Pathology and Laboratory Medicine Grand Rounds, Cedars-Sinai Medical Center, July 2018.  "Increasing Impact of the Diagnostic Management Team."

Department of Pathology and Laboratory Medicine Education Seminar, Cedars-Sinai Medical Center, July 2018.  "Step-by-Step Guide:  Detailed Logistics for Establishing a Diagnostic Management Team."

Baylor Pathology Citywide Grand Rounds, Baylor College of Medicine, Houston, Texas, August 2018.  "The Worst Misdiagnosis of All:  The Incorrect Diagnosis of Child Abuse."

College of American Pathologists/American Hospital Association Webinar, September 2018. "The Importance of Forming a Diagnostic Management Team:  Strategies to Reduce Costs and Improve Patient Outcomes."

Doctoral Seminar Experience, Texas Tech University, Lubbock, Texas, September 2018. "Increasing Impact of the Diagnostic Management Team."

Texas Tech University Health Science Center, School of Heath Professions' 35th Anniversary Celebration, Lubbock, Texas, September 2018.  "Medical Errors:  The Third Leading Cause of Death in the US."

Sidney Kimmel Medical College at Thomas Jefferson University, Philadelphia, PA, October 2018. "Clinical Excellence, Preventing Diagnostic Errors, and Cost Reduction through Better Lab Utilization".

Lifespan, Providence, RI.  October 2018.  "Appropriate Utilization of Laboratory Tests through a Diagnostic Management Team:  Clinical and Financial Benefits."

Clinical Laboratory Improvement Advisory Committee, Atlanta, GA. November 2018. "The National Report on Diagnostic Errors:  Implications for Laboratory Practice."

Pathology Grand Rounds, Medical College of Wisconsin, Milwaukee, WI.  November 2018. "Medical Errors: The Third Leading Cause of Death in the US."

Clinical Diagnostics & Research, Labroots (webinar).  November 2018.  "Diagnostic Management Teams:  Implementation Obstacles."

Association for Pathology Informatics Webinar Series.  November 2018.  "Obstacles to Widespread Implementation of Diagnostic Management Team Services."

Sunquest Webinar Series.  November 2018.  "IT Support for Diagnostic Management Teams."

Healthology Symposium, Oakland University, Rochester, MI.  April 2019.  "Obstacles to Widespread Implementation of Diagnostic Management Team Services."

Healthology Symposium, Oakland University, Rochester, MI.  May 2019.  "Role of the Laboratory in Reducing Diagnostic Errors" (Crucial Conversations with Janelle Chiasera, Ph.D.).

Becker's Health IT and Clinical Leadership and Pharmacy 2019. Chicago, IL.  "Clinical Leadership and Quality at the University of Texas Medical Branch." (with Eric Walser, M.D.)

Grand Rounds, Cook Children's Medical Center, Fort Worth, TX, October 2019.  "Medical Errors: The Third Leading Cause of Death in the US."

University of Miami Annual Pathology Conference, Miami, FL.  January 2020.  "The Diagnostic Management Team:  Past, Present and Future."

University of Miami Annual Pathology Conference, Miami, FL.  January 2020.  "Appropriate Utilization of Laboratory Tests Through a Diagnostic Management Team:  Clinical and Financial Benefits."

University of Miami Annual Pathology Conference, Miami, FL.  January 2020.  "The Worst Misdiagnosis of All:  The Incorrect Diagnosis of Child Abuse."

Dr. Robert Zhong Research Seminar, Schulich School of Medicine and Dentistry, Western University, Ontario, London, Canada.  February 2020.  "Medical Errors:  A Major Cause of Death Across the World."

Webinar for Abbott Laboratories. May 2020.  "Creating Clinical Engagement in Discrete Pandemic Phases."

Webinar for SelectScience.  June 2020.  "The Roles of the Doctoral Laboratory Staff in the COVID-19 Pandemic: Are we doing enough?"

Grand Rounds, Beth Israel Deaconess Medical Center.  September 2020.  "The Diagnostic Management Team:  Past, Present, and Future." (virtual)

Webinar for Danaher Industry Group.  October 2020.  "Enhancing Clinicians' Ability to Leverage Diagnostic Tests:  Diagnostic Management Teams."

Siemens Healthineers "Live Webinar Event.  October 2020.  "COVID-19:  The Big Questions Today."

Department of Pathology Grand Rounds, Northwestern University, Feinberg School of Medicine.  November 2020.  "The Diagnostic Management Team:  Past, Present and Future." (virtual)

Pathology Grand Rounds, University of Miami Health System.  December 2020.  "The Path to Indispensability for Pathologists and Laboratory Scientists:  Becoming the Most Important Members of the Diagnostic Healthcare Team".  (virtual)

Houston Society of Clinical Pathologists.  May 2021.  "New Variants of SARS-CoV-2:  Impact on PCR Test Accuracy and Vaccine Efficacy". (Virtual)

Association of Pathology Chairs Meeting. July 2021. "The Path to Indispensability for Pathologists is Integrative Diagnosis" [Boot Camp Lecture]; "Professional Billing for COVID-19 Tests:  If There was ever a Case for a Diagnostic Management Team, This is It" [Talk "1"; "Medical Student Teaching of Laboratory Medicine/Clinical Pathology in the US" [Talk "2"]) "Financial Impact of COVID Diagnostic Management Teams." (Virtual)

BioMedica Diagnostics Webinar. September 2021. "Vaccine-induced Thrombocytopenia with Thrombosis." (Virtual)

Department of Pathology and Laboratory Medicine Grand Rounds, University of Rochester Medical Center. October 2021. "Variants of SARS-CoV-2: Impact on Testing and Efficacy of Vaccines."

NEAACC, October 2021. "The Path to Indispensability for Laboratory Scientists." (virtual)

AACC Webinar, December 2021. "Awareness to the Vacuum Tube Shortages & Recommendations of How to Mitigate Waste to Conserve Inventory."

HL 7 Work Group/Reducing Clinician Burden Project Team Teleconference, January 2022. "The Role of Diagnostic Management Teams in Improving Personalized Medicine and Reducing Provider Burden." (with James Sorace)

Weill Cornell Medicine, Pathology & Laboratory Medicine Resident Lecture, February 2022. "Appropriate Utilization of Laboratory Tests through a Diagnostic Management Team: Clinical and Financial Benefits."

Weill Cornell Medicine, Pathology & Laboratory Medicine Grand Rounds Webinar, February 2022. "Integrative Diagnostics: Making the Pathologist the Most Important Member of the Healthcare Team."

PLUGS Webinar Series, March 2022. "The Implementation of the COVID-19 Specific Diagnostic Management Team with Clinical and Financial Impact."

ASCLS Webinar, April 2022. "Hypercoagulable States: Diagnosis and Treatment."

2022 Emma S. Moss Lecturer Department of Pathology – LSU School of Medicine, New Orleans, LA, July 2022. "The Worst Misdiagnosis of All: The Incorrect Diagnosis of Child Abuse."

2022 Emma S. Moss Lecturer Department of Pathology – LSU School of Medicine, New Orleans, LA, July 2022. "Mentorship."

ESMED General Assembly, Virtual, August 2022. "The Worst Misdiagnosis of All: The Incorrect Diagnosis of Child Abuse."

Grand Rounds, School of Medicine and Health Sciences at George Washington University, Washington, DC, September 2022. "The Diagnostic Management Team: Past, Present and Future."

Association of Pathology Chairs Winter Council. January 2023. "Brainstorming Broader Strategic Opportunities for APC."

2023 National Academies – Incorporating Integrated Diagnostics into Precision Oncology Care: A Workshop, Washington, DC. March 2023. "Integrative Diagnostics: What is it and Who Does it."

Zucker School of Medicine at Hofstra/Northwell, Monthly education session for Division of Cytogenetics and Molecular Pathology Webinar, March 2023. "Diagnostic Management Team: Past, Present, and Future."

**INVITED LECTURES – HOME INSTITUTION:**

Massachusetts General Hospital, Boston, MA.  March 1989.  "The Availability of Cellular Arachidonate for Prostaglandin Production."

University of Massachusetts School of Medicine, Worcester, MA.  October 1991.  "Laboratory Medicine Training at the Massachusetts General Hospital."

Grand Rounds, MGH Department of Medicine, Boston, MA.  July 1994.  "von Willebrand's Disease." Cardiovascular Anesthesia Continuing Education Course, Harvard Medical School, Boston, MA.  September 1994.  "Diagnosis and Treatment of Common Coagulopathies."

Grand Rounds, MGH Department of Medicine, Boston, MA.  December 1996.  "Hypercoagulable States."

Neurology Grand Rounds, Massachusetts General Hospital, Boston, MA.  May 1997.  "Fatty Acid Ethyl Ester:  A New Ethanol Metabolite Associated with Toxicity and Intoxication."

Anesthesia Grand Rounds, Massachusetts General Hospital, Boston, MA.  July 1997.  "Alcohol Abuse:  Mechanisms of Toxicity and Monitoring Intake."

Rheumatology Grand Rounds, Massachusetts General Hospital, September 1999. "Antiphospholipid Antibodies."

Reproductive Endocrinology & Gynecology Seminar Series, Brigham and Women's Hospital, Boston, MA.  September 2003.  "Hypercoagulable States."

Massachusetts General Hospital Department of Anesthesia Grand Rounds, Boston, MA.  January 2005.  "Hypercoagulable States."

Obstetrics and Gynecology Grand Rounds, Massachusetts General Hospital, Boston, MA.  April 2007.  "Hypercoagulable States and Their Many Connections to Obstetrics and Gynecology."

Rheumatology Grand Rounds, University of Massachusetts Medical School, Worcester, MA.  September 2007.  "Antiphospholipid Antibodies: What They Are and What to Do About Them."

Advances in Rheumatology, Harvard Continuing Medical Education Course, Boston, MA.  September 2007.  "Coagulopathies".

Clinical Pharmacology Grand Rounds, Vanderbilt University Medical Center, Nashville, TN.  February 2010.  "Fatty Acid Abnormalities in Cystic Fibrosis."

Cardiology 2013:  Advances in Science and Practice.  Vanderbilt University School of Medicine, Nashville, TN.  February 2013.  "Beyond the Clot:  The Evaluation of Hypercoagulable States."

Health System Advisory Board, University of Texas Medical Branch-Galveston., Galveston, TX.  January 2015.  "Advances in Pathology:  How UTMB Can Become Even More of a Leader in Pathology."

Dean's Lecture.  Graduate School of Biomedical Sciences, University of Texas Medical Branch at Galveston.  Galveston, TX.  March 2015.  "Personalized Medicine and the Amazing Progress toward Life-saving Treatments for Patients with Cystic Fibrosis."

Orthopaedic Surgery Grand Rounds, University of Texas Medical Branch-Galveston, TX, April 2015.  "Anticoagulants and Antiplatelet Agents:  Indications and Monitoring."

UTMB Health Policy Dialogue Seminar Series.  University of Texas Medical Branch-Galveston, TX.  November 2015.  "Improving Diagnosis in Health Care."

Department of Pathology Grand Rounds, University of Texas Medical Branch-Galveston, TX, September 2016.  "UTMB Department of Pathology:  The Year Finished.  The Year Ahead."

Department of Internal Residents Conference, University of Texas Medical Branch-Galveston, TX, September 2016.  "Anticoagulants:  Indications and Laboratory Monitoring."

Osler Scholars, University of Texas Medical Branch-Galveston, TX, November 2016.  "The Worst Misdiagnosis of All:  The Incorrect Diagnosis of Child Abuse."

Department of Pathology Grand Rounds, University of Texas Medical Branch-Galveston, TX, November 2016.  "The Worst Misdiagnosis of All:  The Incorrect Diagnosis of Child Abuse."

Department of Pathology Grand Rounds, University of Texas Medical Branch-Galveston, TX, September 2017.  "One Year Objective Review of Activities in the Department of Pathology."

Department of Pathology Grand Rounds, University of Texas Medical Branch-Galveston, TX, September 2018.  "One Year Objective Review of Activities in the Department of Pathology."

Department of Orthopaedic Surgery and Rehabilitation Conference, University of Texas Medical Branch, League City, TX, October 2018.  "Anticoagulant and Antiplatelet Use in Orthopedic Surgery."

Department of Pathology Grand Rounds, University of Texas Medical Branch-Galveston, TX, October 2019.  "The State of the UTMB Department of Pathology."

COVID-19 Research Virtual Workshop, University of Texas Medical Branch-Galveston, TX, June 2020.  "Are We Doing Enough with Testing for COVID-19 to Answer the Important Questions for Patients and Healthcare Practitioners?"

Virtual Summer Series, University of Texas Medical Branch-Galveston, TX, July 2020.  "Are We Doing Enough with Testing for COVID-19 to Answer the Important Questions for Patients and Healthcare Practitioners?"

Department of Pathology Grand Rounds, University of Texas Medical Branch-Galveston, TX, October 2020.  "One Year Objective Review of Activities in the Department of Pathology."

Department of Pathology Lab Week, University of Texas Medical Branch-Galveston, TX, April 2021. ""New Variants of SARS-CoV2:  Impact on PCR Test Accuracy and Vaccine Efficacy."

Department of Pathology Grand Rounds, University of Texas Medical Branch-Galveston, TX, May 2021.  "Personalized Interpretations of COVID-19-related Tests:  If there was ever a case for a Diagnostic Management Team, this is it."

Department of Pathology Resident Lecture Series, University of Texas Medical Branch – Galveston, TX, August 2021. "Vaccine-induced Thrombocytopenia with Thrombosis."

Department of Pathology Grand Rounds, University of Texas Medical Branch-Galveston, TX, October 2021.  "One Year Objective Review of Activities in the Department of Pathology."

Experimental Pathology Work in Progress Seminar Series, University of Texas Medical Branch-Galveston, TX, November 2021. "How to Give an Effective Presentation."

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, January 2022. "Principles of Molecular Diagnostics."

Department of Pathology Resident Lecture Series, University of Texas Medical Branch – Galveston, TX, January 2022. "How to Write a Paper."

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, February 2022. "Clotting and Bleeding Disorders."

PHD SOM1, University of Texas Medical Branch, February 2022. "Intro to Coagulation."

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, March 2022. "Laboratory Diagnosis of GI Disorders."

Dermatology Hematology Musculoskeletal Course School of Medicine, University of Texas Medical Branch-Galveston, TX, March 2022. "Anticoagulation and Anti-platelet Therapy."

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, March 2022. "Laboratory Diagnosis of Kidney Disorders."

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, March 2022. "Laboratory Diagnosis of Kidney Disorders."

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, April 2022. "Laboratory Diagnosis of Liver Diseases."

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, April 2022. "Laboratory Diagnosis of Hematopoietic Disorders."

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, April 2022. "Laboratory Diagnosis of Cardiac Disorders."

Lab Week Lecture, University of Texas Medical Branch – Galveston, TX, April 2022. "Integrative Diagnostics: Making the Diagnostic Expert the Most Important Member of the Healthcare Team Now."

Resident SIR Abstract Workshop Series, University of Texas Medical Branch – Galveston, TX, May 2022. "Curriculum Vitae."

Resident SIR Abstract Workshop Series, University of Texas Medical Branch – Galveston, TX, June 2022. "How Much Molecular Pathology Do You Actually Understand?"

LSU School of Medicine, Department of Pathology Grand Rounds, July 2022. "Integrative Diagnostics: Making the Diagnostic Expert the Most Important Member of the Healthcare Team.

Resident SIR Abstract Workshop Series, University of Texas Medical Branch – Galveston, TX, July 2022. "Selecting a Project to Investigate."

Resident Mini Rounds, University of Texas Medical Branch – Galveston, TX, August 2022. "How to Give a Talk."

MDPH 6101 Seminar, University of Texas Medical Branch – Galveston, TX, September 2022. "Important Facts about Oral Presentations."

MDPH 6101 Seminar, University of Texas Medical Branch – Galveston, TX, September 2022. "Assessment of Professional Skills and Preferences."

MDPH 6101 Seminar, University of Texas Medical Branch – Galveston, TX, September 2022. "How to Build a Career in Medicine."

MDPH 6101 Seminar, University of Texas Medical Branch – Galveston, TX, October 2022. "How to Get a Job and Decide Which Job You Want."

MDPH 6101 Seminar, University of Texas Medical Branch – Galveston, TX, October 2022. "MD-PhD Student Transitions During Training."

Department of Pathology Grand Rounds, University of Texas Medical Branch-Galveston, TX, October 2022.  "State of the Department Talk."

MDPH 6101 Seminar, University of Texas Medical Branch – Galveston, TX, November 2022. "How to Write an Article for Publication."

MDPH 6101 Seminar, University of Texas Medical Branch – Galveston, TX, November 2022. "What Not to Do During Medical School and Residency."

Experimental Pathology Work in Progress Seminar Series, University of Texas Medical Branch – Galveston, TX, December 2022. "What Not to Do During Graduate School and Fellowship."

MDPH 6101 Seminar, University of Texas Medical Branch – Galveston, TX, December 2022. "Problems to Recognize and Avoid in Research Proposals."

MD-PhD Awareness Talk to JSSOM Students, University of Texas Medical Branch – Galveston, TX, February 2023. "Why Not Become an MD PhD Student?"

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, February 2023. "Principles of Molecular Diagnostics."

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, February 2023. "Clotting and Bleeding Disorders."

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, February 2023. "Laboratory Diagnosis of GI Disorders."

DHM2223: TBL 2, University of Texas Medical Branch – Galveston, TX, March 2023. "Hemostasis & Coagulation."

Experimental Pathology Work in Progress Seminar Series, University of Texas Medical Branch – Galveston, TX, April 2023. "What Not To Do During Graduate School and Postdoctoral Fellowship - with Application to Many Other Settings."

DCLS Seminar, University of Texas Medical Branch – Galveston, TX, June 2023. "The Worst Misdiagnosis of All: The Incorrect Diagnosis of Child Abuse.

SIR Workshop, University of Texas Medical Branch – Galveston, TX, July 2023. "Payment for Pathologist Services."

SIR Workshop, University of Texas Medical Branch – Galveston, TX, August 2023. "Money Talks – Does money interfere with optimal patient care?"

Fall 2023 MD-PhD Lecture Series, University of Texas Medical Branch, Galveston, TX, September 2023. "Why Not the MD PhD?"

# Julie A Mack MD

Assistant Professor of Radiology
Penn State College of Medicine
Penn State Milton S. Hershey Medical Center
30 Hope Drive, Suite 1800, EC008
Hershey, PA 17022-0850

Phone:  (717) 531-8991
Email:  jmack@pennstatehealth.psu.edu

**PERSONAL DATA**

Date of birth:        January 9, 1963
Place of birth:       Grand Rapids, MI
Marital status:       Married
Children:             4

**EDUCATION**

Undergraduate:        University of Texas at Austin
                      1981-1985
                      B.A. Liberal Arts, Honors program, *summa cum laude*

Medical School:       Harvard Medical School, Boston Massachusetts
                      September 1985- May1990
                      MD

Residency:            Baylor University Medical Center, Dallas TX
                      July 1990- June1994
                      Diagnostic Radiology

Fellowship:           Children's Medical Center, Dallas TX
                      July 1994- June 1995
                      Pediatric Radiology

ABMS                  Diplomate, American Board of Radiology (DABR)
Certification:        Diagnostic Radiology, 1994
                      Certificate of Added Qualifications, Pediatric Radiology, 1996

                      Participating in Maintenance of Certification, Pediatric
                      Radiology

Medical               Commonwealth of Pennsylvania - MD066697L

**OCCUPATIONAL RECORD**

| | |
|---|---|
| December 2018-March 2022 | Division Chief, Breast Imaging<br>Co-Medical Director, Penn State Hershey Breast Center |
| September 2017-February 2023 | Lead Interpreting Physician, Mammography |
| September 2006-present | Assistant Professor of Radiology<br>Penn State Milton S Hershey Medical Center<br>Hershey, PA |
| 1998-2006 | Staff Radiologist (General, Pediatric, Women's Imaging)<br>Chief of Mammography 2003-2006<br>Department of Radiology and Diagnostic Imaging<br>Lancaster General Hospital<br>Lancaster, PA |
| 1997-1998 | Staff Radiologist (General, Pediatric, Women's Imaging)<br>Department of Radiology<br>Lima Memorial Hospital<br>Lima, OH |
| 1996-1997 | Staff Radiologist (General, Pediatric, Women's Imaging)<br>Department of Radiology<br>Missouri Baptist Medical Center<br>St. Louis, MO |
| 1995-1996 | Assistant Professor of Radiology<br>UT Southwestern<br>Department of Pediatric Radiology<br>Children's Medical Center<br>Dallas, TX |

**MEMBERSHIP IN PROFESSIONAL SOCIETIES**

American College of Radiology
American Roentgen Ray Society
Radiology Society of North America

Society of Breast Imaging
Society of Pediatric Radiology
Pennsylvania Radiological Society

**PROFESSIONAL DEVELOPMENT**

2018    Institute for Healthcare Improvement: Improvement, Capability, Patient Safety,
Leadership, Person-and-Family Centered Care, and Triple Aim for Populations
2018    Lean Six Sigma, Yellow Belt certification
2018    Penn State Leadership Academy for Excellence in Academic Medicine (September
2018), in partnership with Penn State Smeal College of Business and Penn State
Executive Programs
2016-    (Ongoing to present) PEER Sessions at Penn State Health, OSLER Center for
Education

**SERVICE TO UNIVERSITIES, MEDICAL CENTERS, PROFESSIONAL
SOCIETIES, AND TO THE PROFESSION OF RADIOLOGY**

I. Service to the University and Medical Center

1.  *Penn State University Milton S Hershey Medical Center*

- Cancer Institute at Penn State Hershey Medical Center, member of the
population health and cancer control program
- Medical Student Radiology Curriculum Committee, 2010 to 2017
- Quality and Safety Committee, Department of Radiology 2017 to
present
- Quality and Safety Committee, Division of Breast imaging, 2010 to
present
- "Fail Safe" Patient Radiology Results Notification Committee, 2013 to
2020
- "Supporting Front Line Staff" Quality and Safety Committee, 2014 to
2018
- "Multidisciplinary Specimen Radiograph Quality Project," Lead
physician, 2016-present
- Community outreach:  participation in interviews, phone bank for
ABC27/Penn State Hershey "*Hope and Courage: a tribute to breast
health*" from 2010 (recurring every October for Breast Cancer
Awareness month).
- Medical Student Interviews, 2007

II. Service to Profession of Radiology

1.  Invited Reviewer, Acta Neurologica 2010, 2011

2. Invited Reviewer, American Journal of Forensic Medicine and Pathology, 2017

3. Invited Reviewer, Journal of Forensic and Legal Medicine, 2020

4. Pro-bono medical-legal consultation and expert witness testimony in cases of suspected child physical abuse (national and international) 2009-present

5. Consultant, radiologic-pathologic correlation in forensic cases of suspicious deaths, 2010-present

III. Invited Speaking Engagements

1. Clinic for Special Children, "Subdural Hemorrhage in Inherited Conditions." Strasburg, PA, July 11, 2007

2. Symposium of Evidence-based Medicine and Scientific Group, "Images of Subdural Hemorrhage." Arlington, Virginia, February 2008

3. Evidence-based Medicine and Scientific Group, "Alternatives to Bridging Vein Rupture: Embryology and Function of the Infant Dura." Denver, Colorado, February 2009

4. Penn State College of Medicine Pediatric Abusive Head Trauma: Medical, Forensic and Scientific Advances and Prevention, "The Pathophysiology of Subdural Hemorrhage." Jackson Hole, Wyoming, June 2009.

5. Clinic for Special Children, Pediatrics and Genomics in the Plain Communities, "Intracranial Hemorrhage in Non-traumatic Conditions: The Dura and its Possible Functions." Strasburg, PA August 2009

6. Second Annual Belgian Week of Pathology, "Anatomy and Development of the Meninges: Radiologic-Pathologic Correlation." Belgium, April 2010

7. John Radcliff Hospital, Pathology Department Conference, "Radiologic-Pathologic Correlation of Dural Bleeding: Implications of Physiology." Oxford, England, April 2010

8. The Center for American and International Law, The Capital Aggravator: Death of a Child Under Age 6, "The Anatomy of Subdural Hemorrhage: Is it Always Trauma?" Plano, Texas, June 2010

9. SMRT John Koveleski Memorial Regional Education Seminar, "Breast

MRI:  The Basics."  Hershey, PA, September 2010

10.  Webinar Educational Presentation in conjunction with the ABA Center for Children and the Law, "Evaluating the Medical Evidence in cases of suspected abuse and neglect." November 2011

11.  The Center for American and International Law, The Capital Aggravator:  Death of a Child Under Age 10, "Traumatic and Non-traumatic Cases of Subdural Hemorrhage."  Plano, TX, March 2012

12.  Innocence Network Conference, "Subdural Hemorrhage:  Is it a Reliable Marker for Trauma?"  Kansas City, MO, March 2012

13.  Annual Parental Defense and Guardian ad Litem Conference, "Evaluating the Medical evidence is Cases of Suspected Abuse." Midway, Utah, June 2012

14.  American Institute of Ultrasound in Medicine, "Breast Ultrasound: From Problem Solving Tool to Breast Cancer Screening,  New York, NY, April 2013

15.  Fourth Annual Penn State Hershey International Conference on Pediatric Abusive Head Trauma:  Medical, Forensic, and Scientific Advances, "Point-Counterpoint: Cortical Venous Thrombosis." Burlington, VT, June 2013

16.  New York City Abusive Head Trauma/Shaken Baby Conference, "Roundtable Discussion" with K. Findley JD, B Herman MD, S. Narang MD, New York NY, September 2013

17.  World Congress on Infant Head Trauma, "Embryology, Anatomy and Function of the Meninges."  Plano, TX November 2013

18.  World Congress on Infant Head Trauma, "The Physiology and Relevance of Trigeminal Nerve Activation in Dural Compartment Sensitization" with Dr. W. Squier.  Plano, TX November 2013

19.  American Institute of Ultrasound in Medicine, "Breast Ultrasound: Problem Solving."  Las Vegas, March 2014

20.  Annual Meeting of the Swedish National Board of Forensic Medicine, "SBS/AHT from a Radiologic Perspective," Uppsala, Sweden, September 2014

21.  Continuing Medical Educational Conference, Memorial Medical Center, "Subdural Collections:  Re-visiting the Anatomy with Emphasis on

Radiologic-Pathologic Correlation."  Springfield, IL, December 2014.

**RESEARCH AND RESEARCH FUNDING**

1. *Research projects, grants and contracts (current and completed)*

    a.  "Prospective evaluation of potential effects of repeated gadoliniumbased contrast agent (GBCA) administrations of the same GBCA on motor and cognitive functions in neurological," Sponsored by Guerbet LLC, Corporations (Co-investigator)

    b. *"*Exercise as medicine: improved cancer control and management of cardiotoxicity." WISER-NET, PI, K Schmitz

    c. "Biomarkers of Breast Cancer in Saliva ", P.I. – Sinha, R.

    d. ACRIN 6694 "Effects of Pre-operative Breast MRI."  PI, C. Kasales

    e. ACRIN 1141, "Comparison of Abbreviated Breast MRI and Digital Breast Tomosynthesis in Breast Cancer Screening in Women with Dense Breasts"; Sponsor, ECOG-ACRIN

    f. ACRIN 1151, ""Tomosynthesis Mammographic Imaging Screening Trial (TMIST)," Sponsored by ECOG-ACRIN Medical Research Foundation, Inc., Associations, Institutes, Societies and Voluntary Health Agencies

    g. ECOG 4112, "Prospective Study of MRI and Multiparameter Gene Expression Assay in DCIS,"  Sponsor, ECOG-ACRIN

    h. "Chatbot Breast Procedures." PI, A Chetlen

    i. "Clinical-pathologic Analysis of Breast Specimens"; 2017, Co-investigator, P.I. - D. Karamchandani.

    j. ACRIN 6694,  "Effect of Pre-operative Breast MRI on Surgical Outcomes, Costs, and Quality of Live in Women with Breast Cancer."

    k. "Radiologist inter- and intra- observer variability in assessment of Breast Density and comparison to a novel 3D, Volumetric breast density assessment" (Volpara Software)  PRAMS 042182EP Co-investigator

    l. ACRIN 6207: "Testing diffusion weighted MRI for improving the accuracy of breast MRI."

   m. "Role of Chronic Oxidative Stress and Lipid Peroxidation in Normal Mammary Epithelium in the Genesis of Breast Cancer and the Evolution of Cells with Cancer"; Co-investigator, PI- Judith Weisz (PRAMS 19414EP)

   n. "Neuroimaging of Glutaric Aciduria type I", IRB Protocol 34500EP

   o. "Neural Sequelae of Maple Syrup Urine Disease'" IRB Protocol 32143

   p. "Training Residents on Breaking Bad News in the Breast Imaging Setting", PRAMS 1302, Co-investigator.


**TEACHING**

   1. *Medical Student Teaching and Advising Responsibilities*

   a. Thesis Committee Member, Emilie Muelly,  IRB Protocol No. 34500, 2011

   b. Sponsor for medical student Emilie Muelly's RSNA Grant; Foundation Board of Trustees Research & Education. "Brain Morphometry as it Relates to Neurochemistry in Patients with Maple Syrup Urine Disease (MSUD) and Healthy Controls.: $6000 Grant awarded, #RMS11220, 2012

   c. Preceptor for Radiology research elective, Rad 796, July 2012 & November 2012

   d. Radiology facilitator, first year anatomy course, ANAT715, Fall 2015.

   e. General Radiology 771, Breast Imaging Division coordinator (3rd, 4th Yr. medical students) 2013-2017

   f. Radiology Facilitator, 3rd year Medical Student Integrated Science: Breast Cancer, INTSC733, 2014-present.

   g. Small Group Facilitator, Medical Humanities 1st year Medical students, MED797A, 2014-2021

   h. Small Group Facilitator, 1St Year Medical students, "Science of

Mind-Body" 2014; substitute facilitator 2018

   i.   Instructor, Science of Health Systems Course 711, 1st year Medical students, 2018.

   j.   Facilitator, 1st year medical students, Observation and Interpretation, Fall 2022

   *2. Department of Radiology Residency Program*

   a.   Lectures to Residents:  topics including
- Breast Embryology and Anatomy
- Benign Breast Disease
- Non-invasive Breast Cancer
- Invasive Breast Cancer
- Breast MRI
- Problem Solving Breast Imaging
- Breaking Bad News
- Meningeal Anatomy and Implications for Imaging
- Medicolegal Issues in Radiology Practice

   b.   Board Review Sessions for Senior Radiology Residents

   c.   Breast Imaging Journal Club (monthly)

## SCIENTIFIC PRESENTATIONS

*A. Papers/Abstracts Presented at National and International Professional Meetings*

   1.   **Mack, J.A.** "Images of Subdural Hemorrhage".  Presented at the Symposium of the Evidence-based Medicine & Scientific Group, Arlington Hilton, Arlington VA February 17, 2008

   2.   **Mack, J.A.** "Alternatives to Bridging Vein Rupture: Embryology and Function of the Infant Dura."  Presented at the EBMS Symposium, Denver, Colorado, February 21, 2009

   3.   **Mack, J.A.** "The Pathophysiology of Subdural Hemorrhage." Presented at Penn State College of Medicine Pediatric Abusive Head Trauma Medical, Forensic and Scientific Advances & Prevention, Jackson Hole, Wyoming, June 25-26, 2009

4. **Mack, J.A.** "Anatomy and Development of Meninges: Radiologic Pathologic Correlation." Presented at the Second Annual Belgian Week of Pathology, Belgium, April 23, 2010

5. Kasales C, Mauger D, Van Hook D, **Mack J**, Schetter S. Clinical and Imaging Features Associated with Breast Cancers Diagnosed in Women <50. Presented by C. Kasales, ARRS, San Diego, 2010

6. Squier W, **Mack JA**, Davison J, Varatharaj A, Darby S. "A Central Role for Trigeminal Neurogenic Inflammation in Response to Subdural Haemorrhage." Presented at the Annual British Neuropathologic Society meeting, London January 2012, abstract in Neuropathology and Applied Neurobiology, 2012 38 (Suppl 1) p32.

7. King S, Brown K, Chetlen A, Lorah B, Tuzzato S, Schetter S, **Mack J**, Kasales C, Rambler, S. "Mammography Scatter Dose – A Phantom Study." Abstract P. 47 Health Physics Society 57th Annual Meeting July 2012

8. Brown K, King S, Chetlen A, Lorah B, Tuzzato S, Schetter S , **Mack J,** Kasales C, Rambler S. Abstract P 46 Health Physics Society, July 2012 "Calibration of Optically Stimulated Luminescent Dosimeters at Mammographic Energies." Health Physics Society 57th Annual Meeting July 2012

9. Muelly E, Bigler D, Moore G, Strauss K, Morton H, **Mack J**. "Whole Brain Volumetric and Morphometric Analysis of Patients with Maple Syrup Urine Disease," presented at RSNA November 2013

10. **Mack J**, Scheller J. "Acute Intracranial Hemorrhage in Venous Thrombosis: A Mimic of Trauma in Infants." 6th World Intracerebral Hemorrhage Conference, May 2017, Baltimore MD

*B. Poster Presentations*

1. **Mack, J.A**., Rollins**,** N.K. "Anomalous Venous Drainage Associated with Jugular Foramen Stenoses in Achondroplastic Dwarfs." Presented at the RSNA Annual Meeting, Chicago, Illinois, November 1995

2. **Mack, J.A.,** Rollins N.K. "Normal Anatomy of the Dural Venous Sinuses in Young Children". Presented at the International

Pediatric Radiology Meeting, Boston, Massachusetts, May 1996.

3. Muelly, ER, Bigler, DC, Strauss, KA, Todorvora, P, Morton DH, **Mack, J**, Choudhary AK, Aleman DO, Tahlor-Sutton M, Bunce SC, Moore GJ. "Neurochemical findings in maple syrup urine disease patients: implications of psychopathology. 40th Annual Neuroscience meeting, San Diego, California, October 2010

4. **Mack J**, Squier W "Trigeminal mediation of brain swelling in acute traumatic brain injury associated with subdural bleeding." European Headache and Migraine Trust International Congress (EHMTIC), London, September 2012

5. Roller R, Chetlen A, Kasales C, **Mack J**, Watts, M. "MRI Appearance of Breast Implants and their Associated Complications" AUR, April 2013.

6. Riley M, Chetlen A, Schetter S, **Mack J**, Hollenbeak C, Han B, Karamchandani D, "Pathologic-Radiologic Correlation in Evaluation of Retroareolar Margin in Nipple Sparing Mastectomy" presented at the 103rd annual meeting of the US-Canadian Academy of Pathology, San Diego, CA March 2014

7. Amos B, Chetlen A, Kasales C, **Mack J**, Schetter S, Williams N. "Atypical Lobular Hyperplasia and Lobular Carcinoma in Situ at Core Needle Biopsy of the Breast: An Incidental Finding or Are There Characteristic Imaging Findings?" Penn State Inaugural Women's Health Research Day Conference, April 2014.

8. Amos B, Chetlen A, Kasales C, **Mack J**, Schetter S, William N. Pathological Upgrade of Aytpical Lobular Hyperplasia and Lobular Carcinoma In-situ at Core Needle Biopsy of the Breast, Penn State College of Medicine, April 2014

9. Watts M, Shapiro D, Kass R, Farnan M, Wang M, Chetlen A, Kasales C, **Mack J**, Schetter S, Peterson C. 'Patient Centered Communication: A Learner-Centered Approach on "Breaking Bad News" in the Breast Imaging Setting.' Society of Breast Imaging/American College of Radiology (SBI/ACR) Breast Imaging Symposium, April 2016.

10. Teas S, **Mack J** "From Capital Murder to Not Guilty: Pathology-Radiology Correlation," August 2017 International Association of Forensic Science Toronto, Canada

C. *Educational Exhibits*

1. Chetlen A, Schetter S, **Mack J**, Kasales C.  "Complication Rates After Performing Core Needle Breast Biopsy in Women Taking Anticoagulants vs Women Not taking Anticoagulants:  Preliminary Results from a Prospective Study." Abstract 112th Annual Meeting of the American Roentgen Ray Society, Apr-May 2012, Vancouver, Canada

2. Kaneda H, Schetter S, **Mack J.**  "Exploring Pediatric and Adolescent Breast Masses:  A Discussion of Imaging Findings and Management" Abstract 112th Annual Meeting of the American Roentgen Ray Society, Apr-May 2012 Vancouver, Canada

3. Smith H, Chetlen A, Schetter S, Watts M, **Mack J,** Zhu J.  "PPV3 of Suspicious Breast Findings on MRI."  Presented at the 98th Annual PA Radiological Society, September 2013. Awarded 1st prize for Scientific Exhibits.

4. Amos B**,** Chetlen A**,** Kasales C, **Mack J**, Schetter S, William N. "Atypical Lobular Hyperplasia and Lobular Carcinoma in Situ at Core Needle Biopsy of the Breast:  An Incidental Finding or are There Characteristic Imaging Findings?"   Electronic presentation at 99th PA Radiological Society meeting September 2014. (Awarded 3rd place for Scientific Exhibit)

5. Amos B**,** Chetlen A**,** Kasales, C, **Mack J**, Schetter S, William N. Pathological Upgrade of Atypical Lobular Hyperplasia and Lobular Carcinoma in Situ at Core Needle Biopsy of the Breast.  Electronic presentation at 99th PA Radiological Society Meeting, September 2014

6. Watts M, Shapiro D, Kass R, Farnan M, Wang M, Chetlen A, Kasales C, **Mack J**, Schetter S, Peterson C.  "Patient Centered Communication: Teaching Radiology Residents Using a Learner- Centered Approach How to Break Bad News in the Breast Imaging Setting" Society of Breast Imaging 2016 annual meeting

7. Zaleski, Michael, Chen YA, Dodge D, Chetlen, A, **Mack J**, Xu L, Karamanchandani D. "Excision or Not: Are There Any Clinical/Histologic Predictors of Upgrade in Papillomas?"  United States and Canadian Academy of Pathology 107th Annual Meeting March 2018

8. Chen, Yun An, **Mack J**, Zaleski M, Karamanchandani D, Chetlen A.  "Patient History and Imaging Features Which Predict Upgrade of Intraductal Papillomas of the Breast."   ARRS 2018 April 2018  Abstract ID  E 2841

**PUBLICATIONS**

*A.     Peer Reviewed Articles*

1. Amerongen H., **Mack J.A.,** Wilson J.M., Neutra M.R.; "Membrane Domains of Intestinal Epithelial Cells:  Distribution of Na and ATPase in the Membrane Skeleton in Adult Rat Intestine during Fetal Development and After Epithelial Isolation," Journal of Cellular Biology, 190(5):2129-38 1989

2. Neutra M., Weltzin R., Winner L.S., **Mack, J.A.**, Michetti P., Morrison L., Fields B., Mekalanos J., Kraehenbuhl J.P.; "Identification and Use of Protective Monoclonal IgA Antibodies Against Viral and Bacterial Pathogens in Immunology of Milk and the Neonate', Plenum Press, New York. 1990

3. Neutra M., Weltzin R., Winner L.S., **Mack, J.A.**, Michetti P., Morrison L., Fields B., Mekalanos J., Kraehenbuhl J.P.; "Protective Monoclonal IgA Antibodies Generated after M-Cell Transport of Enteric Pathogens in *Frontiers of Mucosal Immunity*, Excerpta Medica, New York, pp 531-534,  1991

4. Winner L.S**., Mack J.A.**, Weltzin R., Mekalanos J., Kraehenbuhl J.P., Neutra M.; "New Model for Analysis of Mucosal Immunity: Intestinal Secretion of Specific IgA: Infection and Immunity, 59:977-982 1991

5. Amerongen H.M., Weltzin R**., Mack, J.A.**, Winner III L.S., Michetti P.,Apter F.M., Kraehenbuhl J.P. and Neutra M.R.; "M-Cell Mediated Antigen Transport and Monoclonal IgA Antibodies for Mucosal Immune Protection in Neuro-immuno-Physiology of the Gastrointestinal Mucosa", Annals of the New York Academy of Sciences, 664:18-26 1992

6. **Mack J.A.**, Squier W., Eastman J.T., "Anatomy and Development of the Meninges: Implications for Subdural Collections and CSF Circulation." Pediatr Radiology.  Mar 39(3) 200-210, 2009 doi: 10.1007/s00247-008- 1084-6

7. Squier W., **Mack J.A.** "The Neuropathology of Infant Subdural Hemorrhage", Forensic Sci Int, doi: 10.1016/j.forsci int, 2009.02.005, 2009

8. Squier W., Lindbert E., **Mack J.A.**, Darby S. "Demonstration of Fluid Channels in Human Dura and Their Relationship to Age and Intradural Bleeding" Child Nerv Sys doi:10.1007/s00381-009-0885, April 2009

9. Varatharaj A, **Mack J**, Davidson JR, Gunikova A, Squier W. "Mast Cells in the Human Dura: Effects of Age and Dural Bleeding." NCBI, Childs Nervous System doi:10.1007/s00381-012-1699-7, January 2012

10. Davidson JR, **Mack J**, Gunikova A, Varatharaj A, Darby S, Squier W. "Developmental Changes in Human Dural Innervation" Child's Nervous System, doi:10.1007/s00381-012-1727-7, March 2012

11. Squier W, **Mack J**, Green A, Aziz, T. "The pathophysiology of brain swelling associated with subdural hemorrhage: the role of trigeminovascular system" Child's Nerv Syst, doi: 10.1007/s00381-012- 1870-1, July 2012

12. Kaneda H, **Mack J**, Kasales C, Schetter S. "Pediatric and Adolescent Breast Masses: A Review of Pathophysiology, Imaging, Diagnosis and Treatment." AJR. February 2013:200(2): W204-12 doi:10.2213/AJR.12.9560

13. Muelly E, Moore G, Bunce S, **Mack J,** Bigler D, Morton H, Strauss K. "Biochemical correlates of neuropsychiatric illness in maple syrup urine disease." J Clin Invest. March 2013 doi:10.1172/JCI67217

14. Myers K, **Mack J**. "When the patient knows what the doctor does not (yet) know" in *Atrium*, Report of the Northwestern Medical Humanities and Bioethics program, Issue 11, Winter 2013.

15. Chetlen A, Zhu J, Kasales, C, **Mack J**, Schetter S. "Hematoma formation during breast core needle biopsy in patient's taking antithrombotic therapy." Am. J. Roetgenology July, 2013 Vol. 201, No. 1: pp. 215-222, doi: 10.2214/AJR.12.9930

16. Scheimberg I, **Mack J.** "Shaken baby syndrome and forensic pathology" (invited commentary). Forensic Sci med Pathol published online January 2014, DOI 10.1007/s12024-013-9527-2

17. Smith H, Chetlen A, Schetter S, **Mack J,** Watts M, Zhu J.  "PPV3 of Suspicious Breast Findings Detected on MRI."  Acad Radiolog 2014; 21:1553-1562.
http://dx.doi.org/10.1016/j.acra.2014.07.013

18. Karamchandani DM, Chetlen AL, Riley MP, Schetter S, Hollenbeak CS, **Mack J**. "Pathologic-Radiologic Correlation in Evaluation of Retroareolar margin in Nipple sparing mastectomy" Virchows Archiv, European Journal of Pathology, published online 09 January 2015. PMID 25573062

19. Chetlen A, **Mack J**, Chan T.  "Breast Cancer Screening Controversies: Who, When, Why, and How?"  Clinical Imaging 2015 Jun 3 pii:S)899- 7071(15)00147-3. Epub ahead of print PMID:  26093511

20. Chetlen A, Brown K, King S, Kasales C, Schetter S, **Mack J**.  "Measuring Scatter Radiation Dose from Digital Screening Mammography to a Representative Patient Population.  American Journal of Roentgenology. February 2016, Volume 206, Number 2. PMID:26797364

21. Squier W, **Mack J**, Jansen A.  "Infants Dying Suddenly and Unexpectedly Share Demographic Features with Infants Who Die with Retinal and Dural Bleeding:  A Review of Neural Mechanisms."  Dev Med Child Neurol.  2016  Dec: 58(12):1223-1234 DOI:10.1111/dmcn.13202.

22. Zaleski M, Chen YA, Chetlen AL, **Mack J,** Xu L, Dodge DG, Karamchandani DM. "Should we excise? Are there any clinical or histologic features that predict upgrade in papillomas, incidental or non-incidental?" Ann Diagn Pathol. 2018 Aug;35:62-68. doi: 10.1016/j.anndiagpath.2018.05.004. PMID: 29793212

23. Chen, Y, **Mack J**, Karamchandani D, Zaleski M, Xu L, Dodge D, Chetlen A.  "Excision recommended in high-risk patients: Revisiting the diagnosis of papilloma on core biopsy in the context of patient risk."  Breast J. 2019; 1-5. doi: 10.1111/tbj.13200

24. Findley K, Risinger M, Barnes P, **Mack J**, Moran D, Scheck B, Bohan T.  "Feigned consensus: Usurping the law in shaken baby syndrome /abusive head trauma prosecutions." *Wisconsin Law Review*, Volume 2019, No. 5, pp.1211-1267

25. Sivarajah R, Welkie J, **Mack J**, Casas R, Paulishak M, Chetlen A.  "A Review of breast pain: causes, imaging recommendations, and treatment." J.

Breast Imaging (online before print), Jan 2020, 1-11. doi
10.1093/jbi/wbz082

26. Zahl S, **Mack J**, Rossant C, Squier W, Wester K.  "Thrombosis is not a
marker of bridging vein rupture in infants with alleged abusive head
trauma." Acta Paediatrica (online before print) May 2021 DOI
10.1111/apa.15908

27. Choe A, Ismail R, **Mack J**, Walter V, Yang E, Dodge D. "Review of variables
associated with positive surgical margins using Scout reflector
localizations for breast conservation therapy." Clinical Breast Cancer,
July 2021 DOI 10.1016/j.clbc.2021.07.003

28. Choe A, Kasales C, **Mack J**, Al-Nuaimi M, Karamchandani D. "Fibrocystic
changes of the breast: radiologic-pathologic correlation of MRI." J. of
Breast Imaging, October 2021. DOI 10.1093/jbi/wbab071

29. **Mack J**, Wise S, Bruno M. "The blended academic and community breast
imaging practice." Seminars in Roentgenology,  April 2022, 57, 2 p 176-
180

30. Brown J, Ligibel J, Crane T, Kontos D, Yang S, Conant E, **Mack J**, Ahima R,
Schmitz K.  "Obesity and metabolic dysfunction correlate with
background parenchymal enhancement in premenopausal women."
Obesity, January 2023. DOI 10.1002/oby.23649

31. Choe A, Conaty S, Ha J, **Mack J**, Aumann E, Wasserman E, McGillen K.
"What's in the shadows? Formal analysis: art history method to improve
interpretation skills for mammography and chest radiographs in resident
education." Acad Radiol 2024; 31:383–389
doi.org/10.1016/j.acra.2023.10.063

B.    *Book  Chapters*

1.  **Mack J.A.**, Rollins N.K., "MR Imaging of the ICU Patient" in
*Essentials of Pediatric Intensive Care*, 2nd  Edition, Section 10,
Chapter 4 Part II.  D.L. Levin and F. Morris (eds).  Quality
Medical  Publishing, St. Louis, MO.  1997.

2.  **Mack J.A.,** Schetter S. "Radiology Fundamentals:  Introduction to
Imaging & Technology", 5th  Edition, Part III, Chapter 22, pages 126-
142.  Singh H., Neutze J., Enterline J. (Eds).   Springer Publishing, New
York, NY 2015.

3. Myers, K and **Mack, J.** "When the Patient Knows What the Doctor Does Not (yet) Know." In *Breast Cancer Inside Out: bodies biographies and beliefs*, Kimberly Myers (ed.) Peter Lang Publishers, Oxford, 2021 XIV; DOI: https://doi.org/10.3726/b14855

4. **Mack, J** and Squier, W. "The Importance of the Correlation between Radiology and Pathology in Shaken Baby Syndrome." Chapter 4, In *Shaken Baby Syndrome: Investigating the abusive head trauma controversy*. Keith Findley, Cyrille Rossant, Kana Sasakura et al. (ed), Cambridge University Press, June 2023. https://doi.org/10.1017/9781009177894

## AFFIDAVIT OF JULIE A. MACK, M.D.

I, Julie A. Mack, am over the age of twenty-one and competent to make this affidavit. I affirm as follows:

I.      **Involvement in Assessment of Nikki Curtis, DOB 10/20/99, and Referral Questions**

In 2021, I was asked by forensic pathologist, Carl Wigren, to review CT brain images of decedent Nikki Curtis from Palestine Regional Medical Center dated 1/31/2002. These were CT images that were printed on film (standard of practice in 2002). They had been digitized for my review. There are bone windows and brain windows available. Because these were images that were stored on film (rather than stored in the original DICOM format), additional investigation with tools such as Hounsfield units is not possible. I prepared a report in letter format, dated 02/03/2021. A true and correct copy of my 2021 report is attached here as Exhibit A.

In 2024, I was asked by counsel for Robert Roberson to review all available images of Nikki Curtis's lungs. I was also asked to review a report prepared by lung pathologist, Dr. Francis Green, and then prepare a supplemental report regarding all relevant radiological findings.

I understand that Nikki had been ill and was taken to both the ER and her pediatrician in the days preceding her admission to the Palestine Regional hospital on 1/31/2002. On 1/29/2002, her pediatric records indicate that she was diagnosed with a "respiratory illness" "likely viral." On 1/31/2002, I understand that Nikki suffered a short fall from a bed in the early morning hours but reportedly showed no visible sign of external injury. The bed consisted of box springs and mattress propped up on two layers of cinder blocks. Later that morning, she was found unresponsive by her father, Mr. Robert Roberson, and then admitted to the Palestine Regional ER. Her heart was restarted, and she was reportedly intubated at approximately 0915 hours.

According to a 2024 report based on review of the autopsy lung slides, lung pathologist Dr. Francis Green has concluded that Nikki's illness was chronic viral lung disease with superimposed necrotizing bacterial pneumonia.

I have been asked the following questions:

- Does the imaging of the head, made soon after admission to the Palestine Regional ER on 1/31/2002, show evidence of an impact or impacts?

- How would I characterize the volume of subdural blood captured in the CT scan made soon after admission to the Palestine Regional ER on 1/31/2002?

- Can the impact(s) be timed by radiologic findings?

- Are any abnormalities visible in the lung images?

- What is the appropriate methodology for determining the nature of any abnormality observed in images of lungs?

## II.     Qualifications

I am a board-certified radiologist with active maintenance of certification in the subspecialty of pediatric radiology by the American Board of Radiology. *See* (https://www.theabr.org/myabr/print/certification/37256).

I graduated from Harvard Medical School and am currently licensed to practice medicine in Pennsylvania. I did a residency at Baylor University Hospital where I began my training in medical imaging, known as radiology. At Penn State Hershey Medical Center, I interpret medical imaging studies.

I am published in the field of pediatric radiology. My most recent publication is a clinical case report: *26 cm fall caught on video causing subdural hemorrhages and extensive retinal hemorrhages in an 8-month-old infant*, Clin Case Rep. 2024 Jul; 12(7): e9105 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC11199187/). This case study, which I co-authored with Dr. Waney Squier and Dr. Chris Brook, continues the seminal publication of Dr. John Plunkett, demonstrating that short falls can cause subdural hemorrhages (SDH) and extensive retinal hemorrhages (RH). The case studies a short fall, captured on videotape, of an alert, healthy and active infant from a low sofa that led to seizures, acute SDH and extensive RH. The case study underscores that short falls from small heights can lead to extensive RH of the type often associated with abusive head trauma ("AHT" formerly Shaken Baby Syndrome or "SBS").

The focus of my academic research and clinical practice is on the correlation of radiology images with other relevant information, including pathology. I currently spend approximately half of my time in clinical practice consulting with patients who present with symptoms and/or radiologic findings of breast disease. This involves a significant amount of patient interaction and consultation with other specialties, and my practice relies on radiologic-pathologic correlation. The remainder of my time is spent in teaching, research and consultation on cases of suspected abuse and neglect. My research interests include infant brain anatomy and physiology. I have published and been invited to present at scientific conferences on the anatomy and physiology of the infant dura and meninges. I have a particular interest in the correlation of radiologic findings with pathologic findings in the setting of potential inflicted injury, as correlation between pathology and radiology offers a more complete data set than when either radiologic or pathologic findings are examined in isolation. I have written articles and presented at conferences concerning the correlation of radiology with pathology, including how this correlation is necessary when investigating allegations of  SBS/AHT.

On occasion, as in this case, I am asked to write a report addressing issues that directly intersect with my interest and research in this area.

A true and correct copy of my current C.V. is attached here as Exhibit B.

III.     **Imaging Findings**

A.  **Head Imaging**

The CT exam of Nikki Curtis's head shows soft tissue swelling over the right side of the skull, extending to the vertex. There is asymmetric swelling of the underlying brain with loss of the normal differentiation between white and grey matter. There is also asymmetric bleeding in the extra-axial space (subdural compartment). Below are several representative examples from Nikki's exam on 1/31/2002. Her name is on the top center of the images, and the date is top right.



Non-sequential images showing dural based bleeding (red arrows), asymmetric edema, and shift of the brain to the left. Scalp soft tissue swelling is marked with a blue arrow

The head imaging findings show definitive evidence of a single impact related insult to the right side of the head. There is soft tissue swelling of the scalp. There is no skull fracture.

The dural based bleeding is consistent with an impact. The volume of blood is not large, and the small volume present is corroborated by descriptions of the pathology. The dural based bleeding is asymmetrically involving the right sided dura (rather than the left) and associated with asymmetric swelling of the underlying brain. The right hemisphere is swollen such that the midline dural fold is shifted to the left. There is greater loss of grey-white differentiation on the right compared to the left. The right lateral ventricle is compressed by the edema.

The "acute" bleeding is predominantly hyperdense (whiter than brain). There is a small subdural collection that is equal to or slightly lower density than brain (see red arrow, right frontal region above). Hyperdense bleeding cannot be precisely timed, as blood will turn dense on imaging within an hour or so and may stay dense for up to 7-10 days. Lower density fluid cannot be dated and could be the result of recent accumulation of fluid or could represent older bleeding (i.e., a previous dural based hemorrhage with chronic fluid). Correlation with

3

pathology particularly with attention to the presence or absence of evidence of prior bleeding or neomembrane would be needed for further assessment.

The imaging findings are consistent with a single impact related insult. The degree of force cannot be ascertained by imaging. Subdural hemorrhage with associated edema can occur after short falls as a direct result of impact. In some cases, the subdural hemorrhage will be minor and unassociated with any brain swelling. Because patients who have symptoms are the patients that typically get imaged with CT (rather than those patients who exhibit no symptoms), it is not unusual to see brain swelling associated with subdural hemorrhage on imaging studies. It is the swelling (rather than the hemorrhage) that usually causes the symptoms that prompt imaging studies. Brain swelling is a response to trauma that occurs due to the initial deformation of tissue. However, brain swelling can be due to or exacerbated by a secondary process (natural disease) that co-exists with or predates the trauma. Swelling related to trauma is considered a secondary cascade, and as such cannot be timed by imaging criteria. Swelling due to trauma or to natural disease can occur slowly over time or can occur rapidly over time.

### B. Lung Imaging

I have been provided with the affidavit of Dr. Francis Green. I have been asked to comment on the radiographic findings in the lungs to assess whether they correlate with the pathologic findings Dr. Green describes.

The chest x-rays from Palestine Regional are digitized copies made from hard copy films (sheets of x-ray film). The detail on the digitized copy films is limited.

There are multiple sets of chest x-rays.

According to the Palestine Regional hospital records, Nikki was admitted to the ER on 8/11/2000 for "choking" and breathing apnea. The record indicates that she was brought in by her grandmother who reported finding the child "not breathing", "child was blue." A hospital note states that "primary apnea for this age group is rare." I have reviewed a copy of the chest x-ray taken on 8/11/2000 for Nikki's symptoms of lung disease (chronic symptoms, with physical findings of coarse breath sounds). The chest x-ray from 8/11/2000 (digital copy of a hard copy film) from Palestine Regional Medical Center shows no confluent infiltrates (no confluent opacification of the lungs). A normal chest x-ray cannot, however, exclude viral lung disease.

The pediatric records further indicate that, a few days later, on 8/14/2000, Nikki was brought in to her pediatrician for a follow-up from the ER visit after 2 apnea episodes within a 24-hour period "with some reported cyanosis." The grandmother described that she heard "a kind of a funny cry and turned around and [Nikki] was lying on her back on the floor again" she was described as having turned "blue." The pediatrician speculated this may be seizure activity, placed her on an apnea monitor, and ordered an EEG and CT scan to see what might be

prompting a 9-month-old to cease breathing. The CT exam from 8/16/2000 shows no evidence of brain swelling or evidence of hemorrhage. To my knowledge, no further imaging evaluation of her breathing/apnea episodes were undertaken (no MRI).

On 1/31/2002, Nikki was found unconscious by her father.  She had fallen off the bed earlier in the morning but had fallen back asleep.  When her father awoke at 0900 hours Nikki was unresponsive and blue.  She was taken to Palestine Regional hospital where her heart was resuscitated and she was reportedly intubated at approximately 0915 hours. A chest x-ray from 1/31/02  at 1031 hours (digital copy of a hardy copy film) shows an endotracheal tube in place, tip just into the right mainstem bronchus (too low).  There are perihilar infiltrates (increased density/opacification in the regions around the lung hila).  Perhilar distribution of lung opacification is non-specific but well described in viral lung disease.

Nikki was transferred to Children's Hospital in Dallas.  A chest x-ray from 1/31/02 at 1618 hours shows persistent predominantly perihilar streaky opacification, more pronounced than on prior chest x-ray.  Some of the increased conspicuity of the lung disease could be due to the higher quality digital image (not a copy film).  There was interval insertion of a nasogastric tube. The endotracheal tube had been retracted, now in good position in the mid trachea.

A chest x-ray from 2/1/02 at 0111 hours shows worsening opacification of the lungs (increasing density where there should be air).  The pattern is bilateral and relatively symmetric, but worse in the perihilar regions.

A follow up chest x-ray on 2/1/02 at 0334 hours shows continuing worsening of the opacification, bilateral and more diffuse in distribution.

Decreasing aeration of the lungs (increasing opacification) in an ill child can represent edema (fluid leaking into the lungs unrelated to pre-existing lung disease).  However, the finding of increasing opacification of the lungs is not specific for edema and correlation with pathology is needed.  If there was no clear edema (fluid) filling the alveoli, then the opacification of the lungs cannot be diagnosed as simply a secondary effect of brain edema (neurogenic edema), or the consequence of intubation and fluid resuscitation.

X-ray images can only detect shades of grey.  The cause of the opacification of the lungs seen in Nikki cannot be determined by evaluation of the x-ray images.   The presence of abnormal density within the lungs which becomes worse over the short period of hospitalization requires correlation with the findings in the lungs at autopsy.  Nikki had lung disease on her admission chest x-ray on 1/31/2002.  The perihilar distribution is non-specific but well described in viral illnesses.  Dr. Green has identified viral lung disease in Nikki.  Dr Green has also identified necrotizing bacterial pneumonia in Nikki. Therefore, the cause of the increasing opacification seen over the course of several chest x-rays is not simply edema related to resuscitation efforts.

Dr. Green also diagnosed disseminated intravascular coagulation ("DIC") in Nikki, which he considers most likely related to sepsis and a complication of her long standing lung disease.

## IV.    Conclusions

Nikki's initial head CT on 1/31/2002 showed evidence of a single impact on the right side of the skull, with small volume bleeding related to the dura on the side of the impact. While an impact alone is a sufficient explanation for scalp swelling and subjacent subdural bleeding, DIC would have made that bleeding more pronounced. Impact-related subdurals are well described in the literature and can occur with short falls. Nikki had a pre-existing condition (lung disease, high fever), and had evidence of DIC. While short falls without pre-existing illnesses can be fatal, *see, e.g.*, Atkinson, et al, *Childhood Falls With Occipital Impacts*, <u>Pediatric Emergency</u> (2017), a short fall in a patient with developing DIC can produce more extensive bleeding.

The CT head findings in Nikki are consistent with a single impact event. The abnormal lung findings on admission are explained by the pathologic diagnosis of chronic viral lung disease with superimposed necrotizing bacterial pneumonia, which worsened during hospitalization.

*

The facts recounted in this report are true to the best of my personal knowledge. Additionally, I attest that the opinions contained in my report are accurate to a reasonable degree of scientific and medical certainty. If called upon to testify regarding the facts and opinions contained in my report, I would be willing to do so under oath and under penalty of perjury.

I hereby declare under penalty of perjury of the laws of the State of Pennsylvania and of the United States that the foregoing is true and correct to the best of my knowledge.

Julie A. Mack

Executed on July 18, 2024

### ACKNOWLEDGMENT

Before me, KRISTINE FORRY a notary public, on this day personally appeared Julie A. Mack, known to me to be the person whose name is subscribed to the foregoing instrument, who acknowledged to me that he executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this 18th day of July, 2024.

Notary Public, County of LANCASTER, Pennsylvania

> Commonwealth of Pennsylvania - Notary Seal
> Kristine Forry, Notary Public
> Lancaster County
> My commission expires July 10, 2027
> Commission number 1434431

*Julie A. Mack* MD | mack.juliea@gmail.com

February 3, 2021


Wigren Forensic
321 Burnett Avenue South, Ste. 400
Renton, WA 98057


        RE: Nikki Curtis, DOB 10/20/99

Dear Dr. Wigren,

At your request I have reviewed the CT brain images from Palestine Regional Medical center dated 1/31/2002.  These were CT images that were printed on film (standard of practice in 2002).  They were subsequently digitized for my review.  There are bone windows and brain windows available.   Because these were images that were stored on film (rather than stored in the original DICOM format), additional investigation with tools such as Hounsfield units is not possible.

As you are aware, I am a board-certified radiologist with active maintenance of certification in the subspecialty of pediatric radiology (https://www.theabr.org/myabr/print/certification/37256).

The focus of my academic research and clinical practice is on the correlation of radiology images with other relevant information, including pathology. I currently spend approximately half of my time in clinical practice consulting with patients who present with symptoms and/or radiologic findings of breast disease. This involves a significant amount of patient interaction and consultation with other specialties, and my practice relies on radiologic-pathologic correlation.  The remainder of my time is spent in teaching, research and consultation on cases of suspected abuse and neglect.  My research interests include infant brain anatomy and physiology. I have published and been invited to present at scientific conferences on the anatomy and physiology of the infant dura and meninges. I have a particular interest in the correlation of radiologic findings with pathologic findings in the setting of potential inflicted injury, as correlation between pathology and radiology offers a more complete data set than when either radiologic or pathologic findings are examined in isolation.  On occasion, as in this case, I am asked to write a letter addressing issues that directly intersect with my interest and research in this area. My C.V. is attached.

I understand that Nikki had been ill in the days preceding her admission and had suffered a short fall from a bed (no height given).  She was found unresponsive by Mr. Roberson on the morning of admission.

You have asked the following questions:

1

*Julie A. Mack* MD | mack.juliea@gmail.com

-Does the imaging show evidence of an impact?

-Is the brain swelling consistent with an impact related injury?

-Can the injury be timed by radiologic findings?

**Imaging findings:**

The CT exam shows soft tissue swelling over the right side of the skull, extending to the vertex. There is asymmetric swelling of the underlying brain with loss of the normal differentiation between white and grey matter.  There is also asymmetric bleeding in the extra-axial space (subdural compartment).   Below are several representative examples from Nikki's exam on 1/31/2002.  Her name is on the top center of the images, and the date is top right.



Non-sequential images showing dural based bleeding (red arrows), asymmetric edema, and shift of the brain to the left.  Scalp soft tissue swelling is marked with a blue arrow

**Comments:**

The imaging findings show definitive evidence of an impact related insult to the right side of the head.  There is soft tissue swelling of the scalp.  There is no skull fracture.

The dural based bleeding is consistent with an impact. It is asymmetrically involving the right sided dura (rather than the left) and associated with asymmetric swelling of the underlying brain.  The right hemisphere is swollen such that the midline dural fold is shifted to the left. There is greater loss of grey-white differentiation on the right compared to the left. The right lateral ventricle is compressed by the edema.

*Julie A. Mack  MD* | mack.juliea@gmail.com

The "acute" bleeding is predominantly hyperdense (whiter than brain).  There is a small subdural collection that is equal to or slightly lower density than brain (see red arrow, right frontal region above).  Hyperdense bleeding cannot be precisely timed, as blood will turn dense on imaging within an hour or so and may stay dense for up to 7-10 days.  Lower density fluid cannot be dated and could be the result of recent accumulation of fluid or could represent older bleeding (i.e., a previous dural based hemorrhage with chronic fluid).  Correlation with pathology particularly with attention to the presence or absence of evidence of prior bleeding or neomembrane would be needed for further assessment.

The imaging findings are consistent with an impact related insult.  The degree of force cannot be ascertained by imaging.  Subdural hemorrhage with associated edema can occur after short falls as a direct result of impact.  In some cases, the subdural hemorrhage will be minor and unassociated with any brain swelling. Because patients who have symptoms are the patients that typically get imaged with CT (rather than those patients who exhibit no symptoms),  it is not unusual to see brain swelling associated with subdural hemorrhage on imaging studies.   It is the swelling  (rather than the hemorrhage) that usually causes the symptoms that prompt imaging studies.  As you are aware, swelling can occur slowly over time or can occur rapidly over time.  The swelling is a secondary response to trauma (secondary cascade) and as such cannot be timed by imaging criteria.

Please do not hesitate to reach out to me if you have further questions regarding the imaging findings.


Sincerely,

*Julie a Mack*

Julie A. Mack MD

# EXHIBIT 11

## AFFIDAVIT OF MICHAEL LAPOSATA, MD, PH.D

I, Michael Laposata, M.D., Ph.D., hereby affirm, under oath, as follows:

I am over the age of eighteen, mentally competent, and provide this affidavit based on my personal knowledge, training, experience, and education, as well as on case information provided by counsel for Robert Roberson.

At the request of the Innocence Project, I am providing this affidavit regarding the case of Nikki Curtis.

**Qualifications as an Expert in Bleeding and Clotting Disorders:**

I am a 1981-1982 MD-PhD (respectively) graduate of Johns Hopkins University School of Medicine. I am board certified in clinical pathology as a Diplomate of the American Board of Pathology. I also completed a two-year Postdoctoral research fellowship in hematology-oncology in 1981. During a 19 year career at Harvard Medical School, rose to the rank of Professor. I am currently a Professor of Pathology and Chairman of the Department of Pathology at the University of Texas Medical Branch at Galveston.

My area of expertise is in coagulation, and I have written numerous peer-reviewed articles on topics related to the diagnosis of coagulation disorders and optimization of clinical laboratory operations. This led to the production of several books, including a major textbook entitled Laboratory Medicine: The Diagnosis of Disease in the Clinical Laboratory, published by McGraw-Hill in the prestigious Lange series of medical textbooks. The third edition has been named *Laposata's Laboratory Medicine*. My curriculum vitae is attached to this affidavit as Exhibit 1.

I have been involved in the evaluation of more than 50,000 cases of patients who have presented for assessment of excess bleeding or abnormal clot formation. Since 2016, I have been involved in more than 200 cases of such patients. I was selected as a member of a 21 member committee formed by the National Academy of Medicine charged with the study of diagnostic error. I have written a book on coagulation disorders that describes cases of medical error in this field, and a noteworthy case contained within this book involves an over-diagnosis of child abuse. In this case, a child with a bleeding disorder which was unrecognized led to a false accusation of child abuse, resulting in imprisonment of the father and the removal of the child from his attentive parents. I have been involved in 20 to 30 cases as an expert in coagulation disorders to determine if an underlying bleeding disorder exists, which might explain internal bleeding and/or bruises observed in a child who has developed these problems. While I have concluded in a number of cases that a bleeding disorder, not abuse, is the most appropriate diagnosis, based on my experience, the overwhelming majority of the diagnoses of child abuse by physicians are supported by the clinical and medical evidence. Indeed, in a significant minority of instances when I have been asked by attorneys for a defendant accused or convicted of abusing a child to evaluate whether an alternate diagnosis other than child abuse is appropriate, for example, to determine whether a clotting or bleeding disorder can explain some

or all of a child's condition, I have advised the attorneys after reviewing their request that I cannot be helpful to their position.

**Request to Participate as an Expert and Records Reviewed:**

I was asked by Vanessa Potkin, attorney with the Innocence Project, to review the records related to Nikki Curtis and to consider the following questions as I reviewed the records:

1. Can you explain whether or not Nikki's medical records and her clinical history support a conclusion that Nikki had DIC, and what the support for that conclusion is?

2. Can you explain the significance of a DIC diagnosis on the bleeding described in Nikki Curtis' February 2, 2002 autopsy, particularly in light results of the January 31, 2002 CT scan at the Palestine Regional Hospital? Related to that question, can you discuss the significance of the lifesaving efforts and other medical treatment given to Nikki Curtis from the time she arrived in the Palestine ER on January 31, 2002 until her death at Children's Medical Center of Dallas (Dallas Children's) on February 1, 2002 and the impact those had on the hemorrhages and bruising described in the autopsy report?

3. Based on your review of all of the materials we have sent you, what is the most plausible explanation for Nikki Curtis' bleeding and bruising, as described in her medical records and autopsy report?

4. Do you agree or disagree with the post-conviction testimony of Dr. Jill Urban and Dr. James Downs related to the possibility that Nikki Curtis had DIC?

The records I reviewed were:

- Nikki Curtis Medical Records**:**

    1. Pediatric Associates;
    2. Texas Children's Hospital;
    3. Palestine Regional Medical Center;
    4. Children's Medical Center of Dallas;

- a chronology of Nikki Curtis's medical encounters;

- Southwestern Institute of Forensic Sciences Records (SWIFS) autopsy file;

- Expert Evaluation Reports:

    1. February 9, 2021 report of Roland Auer
    2. July 1, 2024 report of Keenan Bora
    3. July 9, 2024 report of Francis Green
    4. July 18, 2024 report of Julie Mack

2

- Post-Conviction Hearing Transcript Excerpts:

    1. March 15, 2021 testimony of Roland Auer
    2. March 16, 2021 testimony of Jill Urban
    3. March 17, 2021 testimony of James Downs

**Significant Medical History:**

Nikki Curtis was born on October 20, 1999. Nikki's medical records reflect that she was an infant and toddler who suffered from chronic infections, including sinus, ear, and respiratory infections, beginning with an ear infection when she was eight days old. Her doctors treated her infections with a variety of antibiotics prescribed over a dozen times during her short 27-month life; yet her infections recurred or persisted. Because her persistent ear infections did not respond to the prescribed antibiotics, Nikki was referred to an ear, nose, and throat specialist who eventually surgically implanted tubes in both ears; yet, even after her surgery, Nikki's ear infections continued.

When Nikki was about one year old, her maternal grandmother took Nikki to the emergency room because Nikki had stopped breathing; her grandmother, who had some nursing training, reported that Nikki had suddenly stopped breathing, collapsed, and turned blue. Nikki's grandmother had to resuscitate Nikki before bringing her to the ER. At least two other breathing apnea episodes were documented, and Nikki was admitted to the local Palestine Regional Medical Center (Palestine Regional) for a sleep study and later was referred to a pediatric neurologist at the Texas Children's Hospital because her pediatrician suspected seizure activity. Records show that the pediatric neurologist was incorrectly informed that there was no history of seizures in the family despite Nikki's half-brother, who was two years older than her, having been diagnosed with a seizure disorder. Nikki's maternal grandparents also incorrectly informed the pediatric neurologist that Nikki had no chronic medical conditions, failed to mention Nikki's repeated ear and respiratory infections, the the regular but unsuccessful treatment she received for those infections with a series of antibiotics, or the surgically implanted tubes in her ears. Limited testing, including a head CT scan that has since been lost, failed to lead to an explanation for Nikki's breathing apnea. Apparently unaware of Nikki's complete medical history, the pediatric neurologist reached a tentative conclusion that Nikki had experienced breath-holding spells; Nikki's records do not reflect that the maternal grandparents brought Nikki back for the recommended three month follow-up with the pediatric neurologist.

On January 28, 2002, Nikki was taken to Palestine Regional with a one-week history of diarrhea and vomiting. A doctor diagnosed Nikki with a viral infection and prescribed her with promethazine in suppository form and loperamide and gave instructions to follow up with her pediatrician in two days or return to the ER if problems persisted. That night, Nikki was still very sick and her fever was reported as reaching 103.1°F. Her father took her to her pediatrician's office the next morning, January 29, 2002, where her temperature was measured as 104.5°F. The pediatrician diagnosed Nikki with a "fever, possible viral etiology or unresolved upper respiratory tract infection" and gave her a prescription for Omnicef and a second prescription for Phenergan cough syrup with Codeine.

On the night of January 30, 2002, Nikki's father, Robert Roberson, put Nikki to bed in his bed. He reported hearing a strange cry at around 5 am the next morning, January 31, 2002, which woke him up. He found Nikki on the floor at the foot of his bed. He found a small speck of blood on her mouth and concluded Nikki had fallen out of bed. He saw no other injuries on Nikki, comforted her and talked with her, and then both fell asleep.

Sometime after 9 am on January 31, 2002, after his alarm went off, Nicki's father woke up, and noticed that Nikki was not responsive. She did not appear to be breathing and her lips were blue. Her father brought Nikki to back to the Palestine Regional Emergency Room. ER medical personnel noted that Nikki's pupils were fixed and dilated. Nikki's doctors intubated her and engaged in efforts to resuscitate her. After her heart was restarted, she experienced tachycardia. Her doctor ordered chest and head CT scans.  The chest CT showed that Nikki had not been intubated properly and the breathing tube was removed and reinserted. A head CT showed that Nikki had a small subdural hemorrhage and extensive edema (brain swelling) that had caused her brain to shift toward the left. After Nikki's resuscitation, a nurse noticed soft tissue swelling on the right back side of her head under her hair. Nikki's hair was shaved to look for other signs of external injury because there were no significant bruises, abrasions, or swelling visible.

Nikki's doctor then made arrangements for Nikki to be transferred to Children's Medical Center of Dallas ("Dallas Children's") on the afternoon of January 31, 2002 because Palestine Regional was not equipped to care for Nikki's critical condition.

It is important to note that, although her doctors ordered a standard blood panel, they did not request testing to measure Nikki's clotting functioning while she was at Palestine Regional. The standard blood panel from a sample drawn at 10:05 am, almost immediately after Nikki arrived at Palestine Regional, showed Nikki had slightly decreased number of red blood cells and a slightly decreased hemoglobin level (the protein in red blood cells responsible for transporting oxygen) and hematocrit level (the measurement of the percentage of red blood cells in the total volume of blood).

There are no records related to the transport, via ground, and thus no record of any treatment Nikki may have received during the 120 mile trip from Palestine to Dallas.

At Dallas Children's, Nikki's doctors ordered four separate, specific blood panels to measure Nikki's blood clotting functioning and all four had results indicating that Nikki had a blood clotting condition. The first blood panel at 4:23 pm on January 31 showed Nikki had two different types of abnormal red blood cells, Acanthocytes and Echinocytes (ACAN/ECHIN 2+), that are an indication of a bleeding disorder. A second blood panel on January 31 at 10:04 pm showed that Nikki had a significantly elevated D Dimer level, which is a measurement of blood clotting functioning. Nikki's D Dimer level of 16.8 was more than five times the upper limit of the normal D Dimer range of 0 to 3. Nikki's third blood panel was done the next morning, February 1, 2002 at 3:47 pm. Nikki had elevated levels on the Prothrombin Time Test ("PT") and Partial Thromboplastin Time ("PTT") tests. The PT and PTT tests are different measurements of the body's ability to clot and her elevated PT—12.2 (normal 9.9 to 11.9)—and PTT (38.5 (normal 24.4 to 34.5)—indicated that Nikki's blood took longer than usual to clot on

4

both measurements. Finally, at 4:30 pm on February 1, Nikki's blood panel again showed she again abnormal blood cells, Acanthocytes and Echinocytes (ACHAN/ECHIN 1+).

Nikki also had abnormalities in several liver function tests administered at Dallas Children's. She had elevated values on lab results on January 31 at 10:22 pm for the ALT (71 when normal range is 5 to 45) and AST (188 when the normal range is 23 to 58), and on February 1 at 3:47 am for the ALT (49) and AST (97) tests.

Nikki Curtis died later in the day on February 1, 2002 when her doctors removed her from life support after a brain-death protocol was administered.

A medical examiner at the Southwestern Institute of Forensic Sciences conducted an autopsy on Nikki Curtis on February 2, 2002. The autopsy report described a faint yellow-brown contusion on the right side of Nikki's forehead, a blue contusion on the left side of her cheek, blue-purple contusions on her posterior scalp, and blue contusions on her chin and lower lip. Nikki also had a torn frenulum (a tag of tissue between the lips and the teeth), which had not been documented upon her arrival in the Palestine ER. The autopsy report also describes aggregate red-purple contusions with some scattered yellow-green contusions on her right back (posterior) shoulder and an abrasion on her left lateral lower arm and the left side of Nikki's foot.

Nikki had no fractures of her skull, ribs, extremities, or any other bones. Her neck and torso had no external injuries and her neck and spinal cord were free of any internal injuries.

Nikki's lungs, upon being sectioned, showed dark red-blue, moderately congested, and slightly edematous (swollen) lung tissue (parenchyma). The autopsy report states that the microscopic examination of Nikki's trachea revealed mild, predominantly chronic, submucosal inflammation and that the microscopic examination of Nikki's lungs showed inter-bronchial aggregates of neutrophils and macrophages, which are white blood cells that typically are a sign of the body's effort to fight an infection.

Nikki's initial CT scan at Palestine Regional showed minor soft tissue swelling at a discrete site on the right side of her skull. When the medical examiner made an incision in, and later removed, her skull cap the autopsy report reflects additional bleeding that was noted. Specifically, Nikki had diffuse hemorrhages beneath her scalp subscapular hemorrhages on the back (occipital and parietal regions) and right and left sides (temporal region) of her head. The autopsy report also shows that Nikki had bleeding between the coverings of her brain and her scalp, called subgaleal hemorrhages that were located at the top (vertex), right side (lateral right convexity), and back (occipital region) of her scalp.

The autopsy report indicated that Nikki had subdural blood overlaying her (right cerebral convexity) with a thin film of bleeding (left parietal subdural hemorrhage). She also had clotted blood in the right supratentorial subdural space and in the right middle cranial fossa, along with a thin film of subdural hemorrhage in the right anterior cranial fossa.

The medical examiner characterized the intracranial bleeding as evidence of multiple blunt impact sites.

5

The examination of Nikki's eyes showed small hemorrhages in Nikki's retina (small foci of retinal hemorrhages bilaterally). Nikki also had hemorrhages (described as perineural hemorrhages) within the optic nerves in the optic nerve sheaths of both eyes, and hemorrhages in the soft tissue of the left perineural soft tissue.

Nikki's post-mortem toxicology results showed that she had significantly elevated levels of promethazine (the generic name for Phenergan) in her blood after her death.

**Opinions and Conclusions:**

Before I reviewed any of the expert reports or post-conviction testimony transcripts, I reviewed Nikki Curtis' complete medical records, the complete autopsy file, and a chronology of her medical visits before her death. Those records show a striking medical history for Nikki of chronic infections throughout her life, and several acute life-threatening events around the time that Nikki turned one year old, in the form of apneic episodes when Nikki stopped breathing, turned blue, and had to be revived.

Nikki clearly had a severe infection during the last week of her life before her collapse on January 31, 2002. Nikki also had elevated liver enzymes indicating abnormalities in her liver functioning. Those results show that Nikki's liver was unable to make new proteins. The proteins required to form a clot, known as the coagulation factors, are not synthesized in normal amounts in a liver where the synthesis of proteins is less than normal. A condition with multiple low coagulation factor levels, as found in this case, can also be contributory to bleeding throughout the body.

It is also noteworthy that on approximately ten separate occasions between age eight days and the last week of her life, Nikki was treated for her recurring infections with at least five different antibiotics: Amoxicillin (Augmentin); Cefzil; Rocephin (ceftriaxone); Bactrim; Omnicef (Cefdinir). These antibiotics likely further reduced the clotting function of Nikki's platelets. It has been known since 1980 that semisynthetic penicillins, such as the antibiotics prescribed repeatedly to Nikki, can reduce the function of platelets. *See* Nils U. Bang & Robert B. Kammer, "Hematologic Complications Associated with β-lactam Antibiotics, 5:S380-S393 (May 1, 1983); *see also* Rudiger Eberhard Scharf, "Drugs that Affect Platelet Function," *Rev. Infect. Dis. Semin Thromb and Hemost*; 38:868-883 (2012).

Nikki's laboratory blood panel results indicate that Nikki suffered from moderate Disseminated Intravascular Coagulation ("DIC") during her hospitalization after her collapse on January 31, 2002. DIC has been an established diagnosis for at least four decades. In a patient with DIC, many compounds in the blood change in concentration. However, there are several compounds that are measured in virtually all laboratories to establish a diagnosis of DIC. Importantly, before consideration of any test results, to consider a diagnosis of DIC, the patient must have been shown to have a known stimulus that causes DIC. One of the most commonly recognized stimulus is infection. In addition, trauma, even a minor trauma, can also produce DIC. Nikki also reportedly had a minor fall of a bed with a possible impact to her head, which is an additional explanation for her DIC. But I find it most significant that Nikki Curtis had suffered infection

after infection. Shortly before her demise, there was abundant clinical evidence of infection. Infections in the ear, sinusitis, and many others have long been known to be associated with DIC. The laboratory values which change in a patient with DIC include a D-dimer value which becomes elevated (which Nikki had); changes in red blood cell shape from a biconcave disc to a circular cell with projections characteristic of DIC (which Nikki had); and the values for platelet count and fibrinogen decline. Importantly, normal values for these two parameters can be observed in patients with DIC because they are typically first elevated in patients with infection, and as the DIC worsens, they are lowered into the normal range. This means the fibrinogen and the platelet count are often not helpful in the diagnosis of DIC when there is just one value. If these values are slightly low, or low-normal, with other parameters indicating the presence of low DIC, and a known stimulus for DIC, the patient must receive a diagnosis of DIC; therefore, DIC is appropriately diagnosed in Nikki Curtis.

There have been hundreds of papers published in the medical literature on all of these points. I am now writing the fourth edition of the textbook about laboratory tests that is used all over the world (*Laposata's Laboratory Medicine*: The Diagnosis of Disease in the Clinical Laboratory); McGraw-Hill, New York). In that book, in the chapter related to bleeding disorders, these facts are all clearly stated in the discussion on the diagnosis of DIC.

Nikki had multiple discrete and corroborating blood panel results that indicate she suffered from moderate DIC, including elevated PT and PTT clotting times, an extremely high D Dimer result (five times higher than the upper range for a normal result), and the presence of abnormal red blood cells. The C in disseminated intravascular coagulation indicates that the DIC process starts with the formation of small clots. As these clots are dissolved, there is an increase in the D dimer level, as the D dimer is a marker of clot breakdown. In DIC patients, like Nikki Curtis who are forming clots when there is no need to plug the hole in a bleeding vessel, the platelets and the coagulation factors are used up. It is for this reason that patients can spontaneously bleed with DIC and can bruise easily with normal handling because they do not have enough functional platelets and coagulation factors. Thus, the presence of hemorrhages in the brain and behind the eye, and bruises, are all commonly observed in patients with DIC. All of the findings in Nikki's case associated with bleeding are clearly reflective of the presence of DIC.

In addition, Nikki also had elevated liver enzymes, which are additional support for my conclusion that Nikki did not merely have a viral infection but also had moderate DIC.

DIC is a major bleeding problem that can occur for a number of reasons. The leading cause of DIC in infants and toddlers is infection, and Nikki clearly had a serious infection during the week before her father brought her to the hospital for the final time on January 31, 2002. DIC can also follow small amounts of damage to the brain from the small bleeds, such as Nikki's subdural hemorrhage, which is consistent with her reported short fall from the bed. Based on my experience, the soft tissue swelling and associated small subdural hemorrhage shown on Nikki's Palestine Regional CT scan on January 31, 2002 is consistent with her father's report that he found her on the floor after an apparent fall. The accidental fall (with possible head impact) could also have contributed to Nikki developing moderate DIC. However, given Nikki's chronic illnesses and her acute respiratory infection during the last week of her life, infection appears to be the primary cause of Nikki's DIC.

When a person experiences DIC, their body rapidly uses up all of the clotting factors. Then, after their clotting factors are fully depleted, they can bleed anywhere and potentially everywhere in their body. During an emergency resuscitation effort, like Nikki experienced when she arrived at Palestine Regional, a patient in DIC can develop bleeding under the skin in the form of bruises. Nikki's minor bruises on her face captured in the hospital photos and scalp are entirely consistent with her father's efforts to wake her, the life-saving efforts to resuscitate her upon her arrival at the Palestine ER, and then subsequent treatment by her medical providers during the course of her hospitalization until she died two days later.

The initial and subsequent CT scans show that Nikki's brain had swollen from lack of oxygen and then created intracranial pressure, causing her brain to shift from the midline to the left. There was no damage to the brain tissue itself and no brain contusions. Therefore, her brain and other vital organs shutdown due to lack of oxygen. She was resuscitated after the point when her brain had already been severely deprived of oxygen, as indicated by fixed and dilated pupils upon arrival at the Palestine ER. The blood that was observed outside of the brain during the autopsy was not present when the initial CT scan was made, which is further evidence of DIC.

The most plausible explanation for Nikki Curtis' bleeding and bruising is the development of DIC starting months before the event which took her life. DIC has two major forms. The first is easy to recognize and is called acute or overt DIC. In these patients, the DIC causes significant bleeding in multiple locations, and the body is unable to compensate for the loss of platelets and coagulation factors. The second form of DIC, which is also very common, is called chronic DIC. In these patients, the bone marrow works to compensate for low platelet count by making platelets more quickly. Similarly, the liver works to compensate for the low amount of coagulation factors, including fibrinogen, by increasing the rate of synthesis of this protein. A major diagnostic error in which the diagnosis of DIC is missed occurs when individuals who are not expert in the field of coagulation and are unaware of chronic DIC, recognize only overt DIC. Nikki Curtis clearly had a chronic DIC because she suffered from infections through virtually her entire life. Minor trauma in such a patient with chronic DIC can lead to major bleeding, especially if the infection is worsening into something more life-threatening like pneumonia. The presence of prior apneic episodes and her recent high fever in this patient all suggest that her status was worsening, most likely as her infection was becoming more severe.

It is notable that the small amount of blood seen on Nikki's January 31, 2002 Palestine Regional CT scan contrasts significantly and is inconsistent with the extent of intracranial blood observed at Nikki's autopsy. This discrepancy is entirely consistent with bleeding that developed after Nikki arrived in the hospital caused by DIC. This contrast is not consistent with a theory that Nikki's intracranial bleeding was caused by multiple violent impacts to her head, as posited by Dr. Urban in her March 16, 2021 post-conviction testimony, especially given that this bleeding was not observed in Nikki's initial CT scan and was only observed as DIC (and thus bleeding) progressed as Nikki was treated in the hospital. For this reason, Dr. Urban's testimony that Nikki's bleeding disorder was not the cause of all of her intracranial bleeding is misleading. While Nikki's minor subdural may be precipitated by her fall off of the bed, the additional intracranial bleeding seen at autopsy is consistent with DIC and is not consistent with trauma.

Nikki's perineural hemorrhages and optic nerve sheath hemorrhage are also consistent with Nikki's obvious increased intracranial pressure in the setting of DIC. It is well documented in medical literature that major bleeding disorders can result in retinal hemorrhages, as can natural processes associated with a lack of oxygen. There is no sound basis for presuming that retinal hemorrhages are a sign of inflicted injury in Nikki's case (which was the prevailing presumption at the time of Nikki's death) in the setting of DIC and increased intracranial pressure.

Nikki's medical records and her post-mortem autopsy toxicology results show that Nikki had in her system significantly high amounts of promethazine as a likely result of the two separate prescriptions her doctors gave her caregivers on two consecutive days before her collapse. Her medical records also show that one prescription Nikki received on her second visit was for Phenergan combined with Codeine. Both Phenergan and Codeine are respiratory suppressants, which means they can inhibit breathing. Since Nikki's death, the FDA has warned physicians against prescribing promethazine to young children Nikki's age or anyone experiencing respiratory illness because of the association with respiratory failure and death. Additionally, Codeine, a narcotic, is no longer prescribed to children under age 18. These drugs are expressly associated with the risk of respiratory failure and death.

At the time of Nikki's 2002 death and at the time of her father's 2003 trial, Abusive Head Trauma (AHT), which at the time was known as Shaken Baby Syndrome (SBS) or Shaken Impact Syndrome (collectively AHT), was presumed whenever a child, like Nikki, had intracranial bleeding, brain swelling, and retinal hemorrhages. Over the past two decades, as evidence-based science has been applied to the AHT hypothesis, that presumption has been repudiated. In addition, substantial research has demonstrated, even to the most ardent believers in the AHT hypothesis, that numerous medical and genetic conditions, including severe infections like Nikki had, as well as accidental short falls with head impact, as Nikki's father reported she seemingly sustained, can produce the same constellation of conditions formally exclusively attributed to SBS/AHT. For that reason, SBS/AHT is now a diagnosis of exclusion. This means that doctors must conduct a differential diagnosis and exclude all plausible medical, genetic, or accidental conditions, before proposing abuse as the cause of a child's condition or death.

In Nikki Curtis' case, her medical history, her father's report of her accidental fall from the bed, her medical collapse, her clinical course in the hospital after her collapse, and her post-mortem results all are consistent with Nikki's death due to her infection, the respiratory-suppressing medications she received in the days before her collapse, and her short fall, which caused her to become unresponsive. Her condition was so severe that she developed DIC, which in turn, causes internal bleeding and susceptibility to bruising.

I have reviewed excerpts of the March 17, 2021 post-conviction testimony of Dr. James Downs. Dr. Downs flatly rejected the possibility that Nikki Curtis had DIC during her hospitalization between January 31 and February 1, 2002. That is incorrect. Dr. Downs' explanation that if Nikki Curtis has DIC she would have been oozing blood from and exhibit bruising around multiple IV lines is wrong. While patients with DIC are susceptible to bleeding anywhere, they often have bleeding and bruising in discrete areas, not everywhere as Dr. Downs suggested was required. Dr. Downs' analysis of Nikki's laboratory PTT and D-dimer results is also wrong. As I

9

have noted previously, Nikki's laboratory results indisputably demonstrate she had moderate DIC, particularly when combined with her clinical history.

The major diagnostic error associated with DIC is the failure to recognize chronic DIC. Patients with cancer can develop DIC, and the DIC in these patients becomes chronic because the cancer is not rapidly eliminated. Similarly, in this case, Nikki Curtis had recurrent infections over months. She also had numerous abnormal and telltale laboratory results specifically focused on identifying bleeding disorders such as DIC, and she had marked progression in the bruises and bleeding observed at autopsy compared to those she exhibited upon arrival. This is a classic version of the patient with chronic DIC. Therefore, any conclusion that Nikki Curtis was free of DIC is absolutely incorrect.

My review of the expert reports of Drs. Roland Auer, Francis Green, Keenan Bora, and Julie Mack confirm my conclusions. Dr. Green's report contains microscopic evidence that Nikki's lungs were infected by both viral and bacterial pneumonias that had progressed to the point of sepsis. Both his report and Dr. Bora's report support my conclusion that Nikki's infection progressed to sepsis, which has a mortality rate of between 30 and 50 percent. Dr. Bora's report indicates that Nikki had dangerous levels of promethazine, far beyond therapeutic levels, that likely contributed to her respiratory distress and alone could explain why she became unresponsive. Dr. Mack's report is consistent with Nikki's laboratory results indicating she had moderate DIC, because Dr. Mack observed only a small subdural hematoma in the Palestine Regional CT head scans, not the more extensive intracranial bleeding found at autopsy two days later. And Dr. Mack's review of the progression of the abnormalities on Nikki's chest CT scans indicates that she had a lung infection that was becoming more severe during her hospitalization.

Finally, I have also studied the photographs that were taken of Nikki after she was initially intubated as well as the autopsy photographs taken two days later by the medical examiner. The light bruising on Nikki's chin and touch bruises on one check are entirely consistent with DIC and do not suggest inflicted injuries. The additional bruises, including the site on the top of Nikki's head where the pressure monitor had been surgically inserted into her skull at Dallas Children's and then removed before transport for autopsy, do not suggest inflicted injuries. A child with DIC whose body was being handled during resuscitation efforts and treatment would be quite susceptible to bruising. There is no sound basis for concluding that any of the relatively minor marks and bruises observed on Nikki's exterior were caused by inflicted trauma or abuse.

Michael Laposata, M.D., Ph.D.
Professor and Chair, Department of Pathology

Executed on February 18, 2025

## ACKNOWLEDGMENT

Before me, *Monica Gracia*, a notary public, on this day personally appeared Michael Laposata, known to me to be the person whose name is subscribed to the foregoing instrument, who acknowledged to me that he executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of this office this 18th day of February, 2025,

MONICA GRACIA
Notary ID # 13325726-9
My Commission Expires
August 09, 2025

Notary Public, County of Galveston, Texas.

11

**September 2024**

**CURRICULUM VITAE**
Michael Laposata, M.D., Ph.D.

**PRESENT POSITION AND ADDRESS:**
Professor of Pathology and Chairman
Department of Pathology
John Sealy Distinguished Chair for
   The Advancement of Clinical Laboratory Sciences
University of Texas Medical Branch at Galveston
Galveston, Texas

Director of the MD PhD Program
University of Texas Medical Branch at Galveston
Galveston, TX

301 University Blvd.
Galveston, TX 77555-0419
Telephone:  409-772-0090
Fax:  409-772-5683
milaposa@utmb.edu

**BIOGRAPHICAL:**
Date of Birth:          April 22, 1952
Place of Birth:         Johnstown, Pennsylvania
Citizenship:            United States

**EDUCATION:**
09/70 – 05/74          Bachelor of Science in Biology
                       Bucknell University
                       Lewisburg, PA

                       M.D. - Ph.D. Program in Biochemistry,
                       Cellular and Molecular Biology
                       Johns Hopkins University School of Medicine
09/74 – 05/81          1981 M.D.
09/74 – 00/82          1982 Ph.D.

**TRAINING (GME):**
07/83 – 06/85          Resident
                       Division of Laboratory Medicine
                       Departments of Pathology and Medicine
                       Washington University School of Medicine,
                       St. Louis, MO

**BOARD CERTIFICATION:**       Diplomate, American Board of Pathology
                               Clinical Pathology - 1989

**LICENSURE:**                 Texas License, number Q8737 (active)

**PROFESSIONAL AND TEACHING EXPERIENCE:**

07/81 – 06/83            Postdoctoral Research Fellow
                         Division of Hematology-Oncology
                         Department of Medicine
                         Washington University School of Medicine,
                         St. Louis, MO

07/84 – 06/85            Chief Resident
                         Division of Laboratory Medicine
                         Departments of Pathology and Medicine
                         Washington University School of Medicine,
                         St. Louis, MO

Hospital Appointments:

07/85 – 06/86            Assistant Director of the Hemostasis Laboratory,
                         Hospital of the University of Pennsylvania,
                         Philadelphia, PA

07/86 – 07/89            Co-Director of the Hemostasis Laboratory,
                         Hospital of the University of Pennsylvania,
                         Philadelphia, PA

09/89 – 10/06            Director of Clinical Laboratories and First
                         Chief of the Division of Laboratory Medicine,
                         Massachusetts General Hospital, Boston, MA

10/06 – 01/08            Staff Pathologist and Physician,
                         Massachusetts General Hospital

09/89 – 06/98            Joint Appointment at the Massachusetts General Hospital, Boston, MA:
                         Associate Pathologist, Department of Pathology and Associate
                         Physician (Laboratory Medicine), Department of Medicine

06/98- 01/08             Pathologist, Department of Pathology and Physician (Laboratory
                         Medicine), Department of Medicine

1992-2008                Director of the Coolidge Clinical Laboratory of
                         Massachusetts Eye and Ear Infirmary, Boston, MA

2

| | |
|---|---|
| 2000-2008 | Consulting Staff Physician, Spaulding Rehabilitation Hospital, Boston, MA |
| 2006-2007 | Associate Director of Residency Training for Laboratory Medicine |
| 2006-2008 | Director of the Clinical Laboratory, Shriners Burn Hospital, Boston, MA |
| 2006-2008 | Director of the Clinical Laboratory, Spaulding Rehabilitation Hospital, Boston, MA |
| 2008 – 2014 | Pathologist-in-Chief, Chief of Clinical Services and Director of Clinical Laboratories, Vanderbilt University Hospital, Nashville, TN |
| 2014 - | Professor and Chairman, Department of Pathology, University of Texas Medical Branch-Galveston, Galveston, TX |

Academic Appointments:

| | |
|---|---|
| 07/85 – 07/89 | Assistant Professor of Pathology and Laboratory Medicine, University of Pennsylvania School of Medicine |
| 08/89 – 06/99 | Associate Professor of Pathology, Harvard Medical School |
| 06/99 – 01/08 | Professor of Pathology, Harvard Medical School |
| 2002- 2008 | Scholar, Harvard Academy of Scholars, Harvard Medical School Faculty Selected based on Extent of Contribution to Medical Student Education |
| 2008 – 2014 | Professor of Pathology and Professor of Medicine, Executive Vice Chair, Department of Pathology, Microbiology and Immunology, Vanderbilt University School of Medicine |
| 2009 - 2014 | Vanderbilt University School of Medicine Academy of Educators Vanderbilt Faculty Selected based on Extent of Contributions to Medical Student Education |
| 2014 - | Professor and Chair, Department of Pathology, University of Texas Medical Branch-Galveston, Galveston, TX |
| 2020- | Adjunct Professor, School of Health Professions, University of Texas Medical Branch-Galveston, Galveston, TX |
| 2020 - | Director, M.D.-Ph.D. Program, University of Texas Medical Branch-Galveston, Galveston, TX |
| 2021-2026 | John Sealy Distinguished Chair for the Advancement of Clinical Laboratory Sciences |

3

Teaching Experience:

| | |
|---|---|
| 1977 - 1980 | Teaching Assistant, Medical School Biochemistry, Johns Hopkins University |
| 1983 – 1985 | Lecturer, Medical School Pathology, Washington University, "Laboratory Diagnosis of Disease." |
| 1984 – 1985 | Coursemaster and Lecturer, Laboratory Medicine, (third year medical student course), Washington University, Lecturer on "Cardiac Enzymes." |
| 1986 - 1989 | Lecturer, Medical School Pathology 100, University of Pennsylvania, "Hemostasis." |
| 1985 - 1989 | Lecturer, Medical School Pathology 200, University of Pennsylvania, "Laboratory Analysis of Cerebrospinal Fluid", "The Diagnosis of Myocardial Infarction", "Coagulation Factor Disorders", "Deep Vein Thrombosis and Pulmonary Embolism." |
| 1985 - 1989 | Lecturer, Medical Student Introduction to Clinical Medicine, University of Pennsylvania, "Laboratory Diagnosis of Disease". |
| 1985 – 1989 | Lecturer, Clinical Coagulation (20 lectures repeated three times/year to pathology residents and hematology fellows), Hospital of the University of Pennsylvania. |
| 1986 - 1989 | Coursemaster, Pathology 700 (one-month elective in Laboratory Medicine in which students rotate through each of the individual clinical laboratories), University of Pennsylvania. |
| 1988 | Section Leader, Medical School Biochemistry 4-session mini-course on Biochemical Aspects of Diabetes), University of Pennsylvania. |
| 1989 | Coursemaster, Pathology 305 (two-week elective "The Effective Use of Laboratory Tests"), University of Pennsylvania. |
| 1990 – 2007 | Lecturer, Clinical Coagulation (5 - 10 lectures repeated three times/yr to pathology residents and hematology fellows), Massachusetts General Hospital. |
| 1990 - 2007 | Coursemaster and Lecturer, Laboratory Medicine (third year medical student course in Laboratory Medicine for students on Internal Medicine Rotation), Massachusetts General Hospital. Lectures on "Clinical Coagulation Testing" and "Cardiovascular Risk". |
| 1990 - 2007 | Coursemaster, Laboratory Medicine Resident Lecture Series (initiated and developed the complete training program for residents in Clinical |

4

Pathology), Massachusetts General Hospital.  Areas of specialization include: 1) Clinical Chemistry and Immunology; 2) Microbiology; 3) Hematology/Coagulation/Blood Transfusion.

1991 – 1992    Lecturer, Medical School Pathology (First Year Curriculum), Harvard Medical School, 1991-1992.  "Prostaglandins, Thromboxanes, and Leukotrienes".

1992, 1994, 1996    Lecturer, Clinical Hemostasis (Nine lecture course to Graduate Students), Northeastern University.

1993    Lecturer, Medical School Pathology (Second Year Curriculum), Harvard Medical School.  "Interpretation of Laboratory Tests."

1995 – 2007    Medical School Pathology, Lecturer, HST Program at Harvard Medical School, "Acute Inflammation" (1995-2007), "Thrombosis and Atherosclerosis (2004-2007)".

1994-1995    Lecturer, Immunity, Microbes, and Defense (First Year Curriculum), Harvard Medical School.  "Cell Injury" and "Acute    Inflammation." Organizer of laboratory sessions in Clinical Pathology.

1996 – 2006    Introduction to Pathology, First Year Curriculum, Lecturer (four lectures), Harvard Medical School, "Cell Injury," (1996-2003), "Inflammation" (1996-2006).  Organizer (with a one-hour introductory lecture) of laboratory session on "Diagnosis Using Clinical Laboratory Test Results," and "The Role of the Physician in Laboratory Medicine."

1996 – 2003    Clinical Commons, Third/Fourth Year Curriculum, Lecturer, Harvard Medical School, 1996-2003).  "The Appropriate Use of the Clinical Laboratory."

1997    Mechanisms of Diseases Processes, Pathology 210 for Graduate Students, Lecturer, Harvard Medical School.  "Cell Injury" and "Inflammation."

1997 - 2007    Laboratory Medicine Elective for 3rd/4th Year Medical Students, on Selection and Interpretation of Laboratory Tests.  Harvard Medical School, Coursemaster and Course Founder.

1998 - 2007    Internal Medicine Resident Lecture Series, Lecturer.  "Bleeding Disorders" and "Thrombotic Disorders."  2006-2007 "Anticoagulants."

2003, 2005    Current Concepts in Clinical Pathology, Harvard Continuing Medical Education Course, Lecturer and Course Co-Director.

2003 – 2007    MGH Surgery Rotation for Harvard Medical Students, Lecturer. "Bleeding and Thrombotic Disorders."

2000 – 2007    Laboratory Medicine Resident Career and Management Conference, Lecturer, Massachusetts General Hospital. "How to Give a Talk" (2000-

5

|  | 2007), and "Performing Laboratory Outreach Testing" (2000-2007), and "How to be a Laboratory Director" (2005-2007). |
|---|---|
| 2002 – 2007 | Laboratory Medicine Resident "Outs" Conference (2-4 presentations/yr), Massachusetts General Hospital., |
| 2003 – 2007 | Harvard Health Sciences & Technology Program Biochemistry Course, Lecturer. "Fatty Acids & Their Metabolites." |
| 2005 | Harvard Health Sciences & Technology Program Elective in Pathology, Lecturer. "Laboratory Medicine and the Use of the Clinical Laboratory." |
| 2005 | Scientific Symposiums, Course director and lecturer.  Updates in Laboratory Medicine, Hilton Head, SC.  Five presentations on clinical coagulation, lipid metabolism, and alcohol metabolism. |
| 2007 | Applying Anatomic and Clinical Pathology to Reach a Diagnosis. Harvard Continuing Medical Education Course.  Lecturer and course Co-director. |
| 2010- 2014 | Disease, Diagnosis, and Therapeutics, Vanderbilt University School of Medicine.  Lecturer "Thrombosis and Hemostasis". |
| 2008 - 2014 | Pathology small group co-leader |
| 2008 – 2011 | Lecturer and Section Leader, Pathology 351.  Vanderbilt University School of Medicine.  (Interdisciplinary graduate program for PhD students.  [Lecturer: 2008-2011; Section Leader: 2008, 2010, and 2011] (Cystic Fibrosis) and 2009 (thrombosis). |
| 2008 – 2010 | Coagulation & Transfusion Medicine for Anesthesia Residents, Vanderbilt University Hospital. |
| 2009 – 2014 | Section Leader, The Capstone Course:  Basic Science for 4th Year Medical Students ("Thrombosis," with a presentation to entire class and organizer of 13 breakout sessions).  Vanderbilt University School of Medicine. |
| 2009 – 2014 | Vanderbilt University School of Medicine Emphasis Program.  (All medical students must perform a research project for graduation through this program):  Advisor to 10 students and co-leader of laboratory-based research section. |
| 2010 – 2014 | Lecturer, Molecular Foundations of Medicine, Vanderbilt University School of Medicine.  "Fatty Acid Metabolism," "Fatty Acids & Disease," "Phospholipids and Cell Signaling." |
| 2011 – 2014 | Lecturer, Lipid Biochemistry Module for Interdisciplinary graduate program for Ph.D. students At Vanderbilt University School of Medicine.  "Eicosanoids and Thrombosis" and "Anti-Thrombotic Therapy". |

| | |
|---|---|
| 2013 | Lecturer, Clinical Diagnostics Course. Vanderbilt University School of Medicine. "Principles of Diagnostic Coagulation". |
| 2011 – 2013 | Molecular Foundation of Medicine, Vanderbilt University School of Medicine.  "Lipids:  Structure and Function" and "Thrombosis and Hemostasis." |
| 2015- | Lecturer, Dermatology/Hematology/Musculoskeletal Course.  University of Texas Medical Branch-Galveston.  "Anticoagulants and Antiplatelet Agents" and "Overview of Hemostasis and Thrombosis." |
| 2015- | Lecturer, Pathobiology and Host Defenses Course.  University of Texas Medical Branch-Galveston.  "Introduction to Coagulation." |
| 2017-2019 | Course Director, Lecturer, Five Thousand Lab Tests!  Which Ones Do I Order? Minimester Course.  University of Texas Medical Branch-Galveston. |
| 2019- | Lecturer, Mentorship and Career Development Program, Experimental Pathology Graduate Program (series of ten presentations) |

**RESEARCH ACTIVITIES**:

Areas of Research:

| | |
|---|---|
| 2014- | Diagnostic errors in medicine |
| 1999 - 2015 | Fatty acid alterations in cystic fibrosis |
| 1994 - 2005 | Fatty acid ethyl esters, nonoxidative ethanol metabolites |
| 1989 - 1993 | Fatty acid acylation of platelet proteins |
| 1985 - 1994 | Fatty acids and fatty acid metabolites in cell activation |

Grant Support:

Past:

| | |
|---|---|
| 1986 - 1995 | R01 DK37454<br>National Institutes of Health<br>Control of Icosanoid Precursor Fatty Acid Metabolism |
| 1987 – 1988 | Sheryl N. Hirsch Award of the Lupus Foundation of Philadelphia<br>Direct Costs: $10,000 |
| 1990 - 1993 | R01 DK43159<br>National Institutes of Health<br>Extracellular Fatty Acid Supply and Icosanoid Production |
| 1994 - 2008 | Funding from clinical revenue at Massachusetts General Hospital of Basic Research Program<br>Annual Direct Costs:  $70,000 – 111,000 |

| | |
|---|---|
| 2006 | Cystic Fibrosis Foundation<br>Determining the Role of Fatty Acids and Diet in Cystic Fibrosis<br>Co-Principal Investigator<br>Co-PI Annual Direct Costs: $250,000 |
| 2008 | Center for Minimally Invasive Therapy "Lab-In-A-Box"<br>Project Development<br>Principal Investigator<br>$28,000 (Declined because of move to Vanderbilt) |
| 2008 - 2011 | Funding from Vanderbilt University School of Medicine of basic<br>research program<br>Annual Direct Costs:  $120,000 |
| 2010 - 2015 | Funding from Endowed Chair directed to research program<br>Annual Direct Costs:  $80,000 |
| 2011-2013 | Project Title:  Pharmacogenomic Resource for Enhanced Decisions in<br>Clopidogrel Treatment (PREDICT)<br>Principal Investigator:  Michael Laposata<br>Grant Number:  1U47CI000824-01<br>Project Period:  09/30/2011 – 09/29/2013<br>Total Direct Costs:  $499,013 annually for 2 years |
| 2011-2012 | Project Title:  Proactive Risk Assessment during the Clinical<br>Laboratory Testing Process to Reduce Diagnostic Error –<br>AHRQ RFTO No. 2<br>Principal Investigator: Dr. Mark Graber, RTI International<br>Dr. Michael Laposata, Principal Investigator for Vanderbilt subcontract<br>and member of technical expert panel<br>Project Period:  07/01/2011 – 12/31/2012<br>Total Direct Costs:  $45,050 for subcontract effort and $415,323 overall |
| 2023-2026 | Project Title: Implementation of a Diagnostic Center that Serves a<br>National Audience of Healthcare Providers<br>Principal Investigator: Dr. Michael Laposata<br>Project Period: 09/01/2023 – 08/31/2026<br>Total Direct Costs: $9 million at $3 million annually for three years<br>Funding Agency: Sealy Smith Foundation, Galveston, TX |

## COMMITTEE RESPONSIBILITIES:

University of Texas Medical Branch-Galveston:

| | |
|---|---|
| 2021 - | Responsible Official Advisory Committee |
| 2020 - | Blackstone LaunchPad Stewardship Committee |

| | |
|---|---|
| 2017 - | Chairs Executive Committee |
| 2016 - | Health System Clinical Capital Equipment Committee |
| 2016 - | Faculty Compensation Committee ("ex-officio" member) |
| 2015 - | Committee on Endowed Faculty Positions |
| 2015 - | Export Control Compliance Committee |
| 2014 - | Medical Staff Executive Committee |
| 2014 - | Medical Service, Research and Development Plan (MSRDP) Board of Directors |
| 2014 - | Faculty Group Practice (FGP) Clinical Operations Committee |

Massachusetts General Hospital:

| | |
|---|---|
| 2002 – 2007 | Chairman, Interdepartmental Clinical Laboratory Advisory Committee |
| 2002 – 2004 | Innovative Diagnostics and Therapeutics Committee |
| 2003 – 2007 | Committee for the selection of fellows for the Harvard Academy of Scholars |
| 1998 – 2002 | Steering Committee for the Clinical Skills Assessment Examination (OSCE), Harvard Medical School |
| 2000 – 2006 | Pathology Executive Committee (for the full period of its existence) |
| 2000 – 2002 | Anticoagulation Advisory Committee |
| 2004 – 2007 | Pathology Resident Selection Committee |
| 1999 – 2007 | Pathology Department Professors Committee to evaluate faculty for promotion |

Vanderbilt University School of Medicine:

| | |
|---|---|
| 2009 – 2013 | Emphasis Program, Co-Leader of Section on Laboratory Based Research |
| 2008 – 2014 | House staff Committee, Department of Pathology, Microbiology and Immunology |
| 2008 – 2014 | Executive Leadership Committee, Department of Pathology, Microbiology and Immunology |
| 2008 – 2014 | Chair, Laboratory Services Committee |

| 2008 – 2014 | Appointments & Promotions Committee, Department of Pathology, Microbiology and Immunology |
|---|---|
| 2010 – 2014 | Anticoagulation Advisory Panel |
| 2010 – 2014 | Chair, Pharmacy and Therapeutics Subcommittee on Pharmacogenomics |
| 2010 – 2014 | Co-Leader of Diagnostic Management Team Leadership Group |

**TEACHING RESPONSIBILITIES AT UNIVERSITY OF TEXAS MEDICAL BRANCH GALVESTON:**

A.  Teaching:

University of Texas Medical Branch-Galveston:

School of Medicine:

| 2014- | Lecturer, Pathobiology and Host Defenses Course |
|---|---|
| 2014- | Lecturer, Dermatology, Hematopathology, and Musculoskeletal Course |
| 2019- | Director, Clinical Skills Course |

Graduate School of Biomedical Sciences:

| 2020- | Director, MD-PhD Program |
|---|---|

Experimental Pathology Graduate Program:

| 2018 | Lecturer, Work-in-Progress Seminar Series |
|---|---|
| 2019 | Lecturer, Functional Histology and Pathobiology Course |

School of Allied Health Professions:
Masters of Science in Clinical Laboratory Science for Science Graduates:

| 2015- | Lecturer, Hematology and Coagulation 1 |
|---|---|

Doctorate of Clinical Laboratory Science (DCLS):

| 2016- | Coagulation Diagnostic Management Team |
|---|---|
| 2016- | Lecturer, Hematopathology |
| 2016- | Lecturer, Advanced Clinical Chemistry/Toxicology |

a.  Mentorship:

University of Texas Medical Branch-Galveston

Residents:

| | |
|---|---|
| 2014-2018 | Mohamed Khalil, M.D. |
| 2014-2018 | Christopher Marquez, M.D. |
| 2014-2018 | Mariana Moreno Prats, M.D. |
| 2014-2018 | Aaron Wyble, M.D. |
| 2014-2018 | Yu Yang, M.D., Ph.D. |
| 2015-2018 | Christopher Zahner, M.D. |
| 2015-2019 | Brooke Blake, M.D. |
| 2015-2019 | Robert (Bob) Johnston, M.D. |
| 2015-2019 | Catherine (Katie) Miller, M.D. |
| 2015-2019 | Camila Simoes, M.D. |
| 2015-2019 | Jacob Wooldridge, M.D. |
| 2016-2020 | Adam Booth, M.D. |
| 2016-2020 | David Pacheco, M.D. |
| 2016-2020 | Maria Del Mar Rivera Rolon, M.D. |
| 2016-2020 | Jianping Zhao, M.D., Ph.D. |
| 2017-2021 | Emma Ashley-Henrie, M.D. |
| 2017-2021 | Xiaotang (Alison) Du, M.D. |
| 2017-2021 | Karen Nahmod, M.D., Ph.D. |
| 2017-2021 | Hila Shaim, M.D., Ph.D. |
| 2017-2021 | Aijan Ukudeyva, M.D. |
| 2018-2022 | Abdul Abid, M.D. |
| 2018-2022 | Eric Fitts, M.D., Ph.D. |
| 2018-2022 | Adam Gonzalez, M.D. |
| 2018-2022 | Fatima Iqbal, M.D. |
| 2018-2022 | Alexandra Rapp, M.D. |

2018-2022       Yan Shen, M.D.

2019-2023       Elizabeth Abels, M.D.

2019-2023       Matthew Bayes, M.D.

2019-2023       Rachelle Gietzen, M.D.

2019-2023       Alyeesha Wilhelm, M.D.

2019-2023       Paul Young, M.D.

<u>School of Allied Health Professions:</u>

Doctorate in Clinical Laboratory Science:

2017-2019       Nali Onwunali

2017-2019       Sanam Koirala

2017-2019       Julie Soder

2017-2019       Santosh Kadel

2017-2019       Rajkumar Rajendran

2017-2019       Melissa Elwell

2018-2020       Jennifer Hayes

2019-       Mingmar Sherpa

2019-       Burlin Sherrick

2019-       Loriel Diaz Gonzalez

2019-       Bethany Walker

2019-       Bright Eke

2019-       Randy Phillips, Jr.

2019-       Niti Amin

b.  Chair/Member of Ph.D. Supervisory Committee:

<u>Graduate School for Biomedical Sciences:</u>
2018 -       Paul Wadsworth (member)

B.  TEACHING/MENTORING RESONSIBLITIES:

VANDERBILT UNIVERSITY HOSPITAL:

a.  Research Students:

| 2008 – 2014 | Waddah Katrangi (Ph.D. program) |
| 2008 – 2013 | Sarah Njoroge (Ph.D. program) |
| 2009 – 2014 | Obi Umunakwe (Ph.D. program) |

MASSACHUSETTS GENERAL HOSPITAL AND HARVARD UNIVERSITY

a.  Students/Mentees/Advisees/Trainees/Postdoctoral Research Fellows:

| 1986 -1987 | Ann Marie Connor, M.D.<br>Young Investigator Award of the Academy of Clinical Laboratory Physicians and Scientists (1987) |
| 1987 - 1989 | E. Elizabeth Furth, M.D.<br>Awarded NIH Postdoctoral Fellowship Grant for 1988-89 |
| 1987 - 1988 | Catherine S. Manno, M.D. |
| 1987 - 1988, 1991 1993, 1995 | Laszlo Muszbek, M.D., Ph.D., D.Sc. (Visiting Scientist on Sabbatical Leave) |
| 1989 - 1991 | Jun Teruya, M.D. |
| 1989 - 1991 | Youssef Hallaq, M.D. |
| 1990 - 1991 | Daniel Rubin, M.D.<br>Young Investigator Award of the Academy of Clinical Laboratory Physicians and Scientist |
| 1990 – 1991 | Claudia Villate, M.D. |
| 1991 – 1993 | Kathleen M. Doyle, Ph.D. |
| 1992 – 1995 | Zbigniew Szczepiorkowski, M.D., Ph.D.<br>Fellowship Award of the American Liver Foundation |
| 1993 – 1994 | Hazem Nouraldin, M.D. |
| 1994 – 1996 | Li Dan, Ph.D. |
| 1996 – 1997 | Elizabeth M. Van Cott, M.D. |
| 1996 – 1997 | Ewa Sicinska, M.D. |

13

| | |
|---|---|
| 1997 | Rami Alharethi, M.D. |
| 1997 – 1999 | Mohamed S. Kashalo, M.D. |
| 1997 – 2003 | Majed A. Refaai, M.D. |
| 2000 | Walter Zybko, Ph.D. |
| 2001 – 2002 | Piyush Patel, M.D. |
| 2002 – 2003 | Lizzy Andrews, M.D. |
| 2002 | Hasan Hasaba, M.D. |
| 2003 – 2004 | Samir Aleryani, Ph.D. (Fulbright Scholar) |
| 2004 | Sadik Sharef, M.D. |
| 2004 | Ibrahim Batel, M.D. |
| 2004 | Miguel Adan, M.D. |
| 2005 – 2006 | Bassel Ericsoussi, M.D. |
| 2005 – 2006 | Ragheed Alturkmani, M.D. |
| 2006 – 2007 | Hani Habal, M.D. |
| 2007 | Bashar Ericsoosi, M.D. |
| 2008 | Kelly King, M.D. (Master of Science in Clinical Investigation Program) |
| 2013 - 2014 | Michael G. O'Connor, M.D. |

Research Students:

| | |
|---|---|
| 1986 – 1987 | Michael E. Arrasmith |
| 1987 – 1988 | Eric J. Hartman |
| 1988 – 1989 | Nicole D. Pilevsky |
| 1989 – 1990 | H. Douglas Fleishman |
| 1990 | Zbigniew Szczepiorkowski |
| 1990 | Ted Elvhage |
| 1991 – 1993 | Ellen Villa |
| 1992 – 1993 | Kendrick Goss |

| 1992 – 1993 | Norbert Gorski |
| 1992 - 1995 | David A. Bird (Ph.D. program) |
| 1992 – 1995 | Salih Al-Salihi |
| 1992 – 1994 | Vickie C. Trace |
| 1992 – 1994 | David M. Dubeˊ |
| 1992 – 1994 | Samir Lutf Aleryani |
| 1993 – 1997 | Mouris Saghir (Ph.D. program) |
| 1993 – 1995 | Christopher R. Morse |
| 1993 – 1994 | Agnieszka M. Heith |
| 1994 – 1997 | Ayman Kabakibi (Ph.D. program) |
| 1994 | Paul Cannistraro |
| 1994 | Magda Szyfelbein |
| 1994 | Liana Vesga |
| 1994 – 1995 | Thomas G. Bernhardt |
| 1995 | Alexis F. Teplick |
| 1995 | Saloua Mokrim |
| 1996 | Arina Hadziselimovic |
| 1996 | Charlton K. Byun |
| 1997 – 1998 | Emily Blodget |
| 1997 | Elizabeth Gemba |
| 1997 | Azra Nanji |
| 1998 – 1999 | Michael Walden |
| 1998 – 2000 | Rose Dhaliwal |
| 1998 - 2006 | Catherine Best (Ph.D. program) |
| 1998 – 2002 | Ali Hasaba (Ph.D. program) |
| 1998 - 2005 | Raneem O. Salem (Ph.D. program) |

| | |
|---|---|
| 1998 – 2000 | Britt L. Soderberg |
| 1998 – 1999 | Rhoni Patel |
| 1999 – 2000 | Simone Bethge |
| 1999 – 2000 | Veronia Proios |
| 1999 | Steven J. Kirchner |
| 1999 | Katherine Marshall |
| 1999 – 2000 | Joshua W. Russo |
| 1999 | Katherine M. Szyfelbein |
| 2000 | Bryan R. Foster |
| 2000 – 2001 | Miho Teruya |
| 2000 | Ami Teruya |
| 2000 | Heather Magner |
| 2000 – 2001 | Zia Khan |
| 2003 | Joseph J. Bedway, Jr |
| 2002 – 2007 | Rabie Alturkmani (Ph.D. program) |
| 2002 – 2006 | Khaled Alhomsi (Ph.D. program) |
| 2005 – 2007 | Juanito Savaille |
| 2007 | Ryan Harrington |

**MEMBERSHIP IN SCIENTIFIC SOCIETIES/PROFESSIONAL ORGANIZATIONS:**

| | |
|---|---|
| 1992 - | College of American Pathologists |
| 1995 – 2001 | *Coagulation Resource Committee* |
| 1999 - 2001 | *Vice-Chair* |
| | |
| 1993 - | Massachusetts Society of Pathologists |
| 2001 – 2003 | *President* |
| | |
| 1986 - | Academy of Clinical Laboratory Physicians and Scientists |

| | |
|---|---|
| 1993 - 1999 | *Executive Council* |
| 1997 - 1998 | *President* |
| 1998 | *Organizer and Host of the National Meeting in Boston, MA* |

| | |
|---|---|
| 1990 - | American Society of Clinical Pathologists |
| 1995 – 1999 | *Chairman, Council on Resident Education* |

| | |
|---|---|
| 1990- 2000 | Mid-Atlantic Lipid Research Annual Symposium, *Program Committee* |

| | |
|---|---|
| 1993 - | International Society for the Study of Fatty Acids and Lipids |
| 1998 | *Organizer and Host of the Fourth International Roundtable Conference on Fatty Acids in Cell Signaling, Chatham, MA* |

| | |
|---|---|
| 1996 - 2009 | Research Society on Alcoholism |

| | |
|---|---|
| 1996 - | American Board of Pathology |
| 1996 - 2002 | *Clinical Pathology Test Committee* |

| | |
|---|---|
| 2002 - | American Society of Hematology |
| 2002 - 2004 | *Laboratory Hematology Committee* |

| | |
|---|---|
| 2002 - | International Society on Thrombosis & Hemostasis |
| 2003 – 2008 | *Co-Chairman, Subcommittee on Control of Anticoagulation Therapy* |

| | |
|---|---|
| 2002 - | American Association for Clinical Chemistry |
| 2003 | *Evidence-Based Medicine Planning Group* |
| 2004 | *Task Force on Laboratory Consulting* |

| | |
|---|---|
| 2014 - 2015 | Institute of Medicine |
| | *Diagnostic Error in Health Care Committee* |

| | |
|---|---|
| 2014 - | Association of Pathology Chairs |
| 2023-2024 | *President* |
| 2023-2024 | *Vice Chair Membership Committee* |

| | |
|---|---|
| 2015 - | Texas Society of Pathologists |
| 2016 - | *Ad hoc Chair, Committee on Direct Patient Outreach* |

| | |
|---|---|
| 2016 - | Best Doctors Medical Advisory Board |

| | |
|---|---|
| 2017 - | Association of Clinical Scientists (Fellow) |

**HONORS/AWARDS:**

| | |
|---|---|
| 1973 | Phi Beta Kappa, Bucknell University |
| 1974 | Magna Cum Laude, Bucknell University |

| | |
|---|---|
| 1974 | Phi Sigma Award for Research in Biology, Bucknell University |
| 1985-86 | Faculty Honor Roll for Excellence in Teaching, University of Pennsylvania School of Medicine |
| 1986-87 | Louis R. Dinon Award for Excellence in Teaching, University of Pennsylvania School of Medicine |
| 1987-88 | Sheryl N. Hirsch Award of the Lupus Foundation of Philadelphia (included $10,000 for research support) |
| 1987-88 | Medical Student Government Basic Science Teaching Award, University of Pennsylvania School of Medicine   (vote of graduating senior class selecting one basic science instructor) |
| 1988-89 | Christian R. and Mary F. Lindback Distinguished Teaching Award, University of Pennsylvania School of Medicine (two medical school faculty selected annually) |
| 1989 | University of Pennsylvania School of Medicine Commencement Speaker (one faculty member selected by vote of graduating class of 1989) |
| 1992 | Distinguished Service Award in Clinical Pathology bestowed by the Hungarian Society of Clinical Pathology |
| 1996 | Harvard Medical School Faculty Award for Distinguished Teaching to First Year Medical Students (typically one awardee for each of the four years of medical school) |
| 1996 | Award for Distinguished Teaching to Pathology Residents, Massachusetts General Hospital |
| 1997 | The Stanley Wyman Award for Excellence in Teaching, Department of Medicine, Massachusetts General Hospital |
| 1998 | Award for Distinguished Teaching to Pathology Residents, Massachusetts General Hospital |
| 1998 | A. Clifford Barger Excellence in Mentoring Award, Harvard Medical School (four awardees selected among hundreds of nominated faculty members) |
| 1999 | Award for Most Distinguished Teacher in the Preclinical Years, Harvard Medical School (one awardee by the vote of the graduating class) |
| 1999 | Award for Distinguished Teaching to Second Year Medical Students, Harvard Medical School |

18

| | |
|---|---|
| 2000 | "Mover and Shaker" Award (five to seven leaders in the Laboratory Industry selected annual by a leading publication in the field) |
| 2000 | Award for Distinguished Teaching in the Preclinical Years, Harvard Medical School (four awardees by vote of the graduate class) |
| 2000 | Advocacy Award from the College of American Pathologists for Advocating Issues Beneficial to Patients, Clinicians and Pathologists |
| 2001 | Quest Distinguished Visiting Professorship of Pathology at the Johns Hopkins University School of Medicine |
| 2002 | Emma Sadler Moss Lectureship, Louisiana State Medical Center |
| 2002 | The John Figgs Jewett, MD, Memorial Lectureship, Massachusetts Medical Society for Maternal & Perinatal Welfare |
| 2002 | The Fourth Annual Frank M. Townsend MD Lecture, University of Texas, San Antonio |
| 2002 - 2004 | Invited by the Nobel Committee of the Karolinska Institute to nominate 2003, and  candidates for the Nobel Prize in Physiology or Medicine |
| 2003 | Award for Teaching in Pathology to Second Year Medical Students, Harvard Medical School |
| 2004 | Harry J. Sacks, MD Lectureship, Cedars-Sinai Hospital, Los Angeles, CA |
| 2004 | Abraham J. Gitlitz Memorial Lecture at 124th Annual Meeting of Association of Clinical Scientists, Houston, TX. |
| 2004 | Gerald T. Evans Award from the Academy of Clinical Laboratory Physical & Scientists (ACLPS) for distinguished service in the field of Laboratory Medicine, Presented at the 39th meeting of the society in Denver, CO. |
| 2004 | The Dr. R.E. Bell Memorial Lectureship, University of Alberta, Edmonton, Alberta, Canada. |
| 2004 | Recognition by Centers for Disease Control and Prevention as Founding Partner for Institute for Quality in Laboratory Medicine |
| 2004 | Nominee, Prize for Excellence in Teaching (Years 1 & 2), Harvard Medical School |
| 2004 | Award for Excellence in Teaching to Second Year Medical and Dental Students, Harvard Medical School and Harvard School of Dental Medicine |

| | |
|---|---|
| 2005 | Award from the Institute for Quality in Laboratory Medicine (IQLM) of the Centers for Disease Control and Prevention (CDC) for "Improved Clinical Integration" of Laboratory Medicine Services.  One of 10 major awards in 2005 by the IQLM. |
| 2005 | Semi-finalist award for Massachusetts Institute of Technology 50K Entrepreneurship Competition (innovation team name is Med Packs). |
| 2005 | The Ward Burdick Award from the American Society of Clinical Pathology (ASCP) for Distinguished Service to Clinical Pathology. |
| 2005 | Award for Distinguished Teaching in the Preclinical Years (1 of 2 awardees selected by the graduating class), Harvard Medical School. |
| 2005 | J. Heinrich Joist First Memorial Lecture, St. Louis University Coagulation Consultants Symposium.2005 - 2006 |
| 2006 - | Elected to Best Doctors for expertise in coagulation disorders (Physicians identify fellow physician experts for Best Doctors, Inc.) |
| 2006 - 2007 | Boston Magazine's Best of Boston Doctors (Top 100-200 local physicians among >5000 licensed doctors) |
| 2006 | Laboratory Public Service National Leadership Award from the Lab Institute at the 24th Annual Meeting of the Washington G2 Reports |
| 2007 | The Israel Michaelson Distinguished Lectureship, University of Tennessee Health Science Center, Memphis, TN |
| 2009 | American Association of Clinical Chemistry, National Award for Outstanding Contributions in Education |
| 2009 | The Norman P. Kubasik Lectureship Award, American Association of Clinical Chemistry Upstate New York section. |
| 2012 | National Award for Outstanding Contributions to Management Sciences and Patient Safety, American Association for Clinical Chemistry |
| 2012 | College of American Pathologists National Award for Teaching |
| 2012 | American Society for Clinical Pathology National Teaching Award |
| 2014 | Best Doctor in America (recognized in the *Nashville Business Journal*) |
| 2014 | American Association of Clinical Chemistry's Outstanding Speaker Award |
| 2014-2015 | Best Clinical Pathology Faculty, University of Texas Medical Branch, Department of Pathology |

| | |
|---|---|
| 2015 | Senior Fellow of the Sealy Center on Aging |
| 2015 | *The Pathologist's* 2015 Pathologist Power List (*The Pathologists* Issue 13, 2015) (Voted by peers as #1 Most Influential Pathology in the US; #3 in the world) |
| 2015-2016 | American Association for Clinical Chemistry Outstanding Speaker Award |
| 2016 | Canadian Royal College McLaughlin Gallie Visiting Professorship |
| 2016 | Terplan Lecturer, University of Buffalo |
| 2017 | Benjamin Highman Lecturer, University of California, Davis |
| 2017 | Milka M. Montiel Lecturer, University of Texas-San Antonio |
| 2018 | *The Pathologist's* 2018 Power List (recognized as one of the most 100 influential pathologists among > 40k international pathologists) |
| 2018-2019 | Best Clinical Pathology Faculty, University of Texas Medical Branch, Department of Pathology |
| 2019 | Raul A. Marcial Rojas Memorial Lecturer, Academy of Pathology and Laboratory Medicine of Puerto Rico |
| 2020 | Wallace H. Coulter Lectureship Award, American Association for Clinical Chemistry |
| 2022 | Elected to Full Membership in the American Clinical and Climatological Association |
| 2023 | Best in Texas Magazine's Doctors 2023 (Excellence in Medicine) |
| 2023 | Top Doctor 2023 (Top Clinical Pathologist 2023) |

**ADDITIONAL INFORMATION:**

Editorial Board Appointments:

| | |
|---|---|
| 1955-2008 | *American Journal of Clinical Pathology* Associate Editor |
| 2017 - | *Diagnosis* |
| 2019 - | *Academic Pathology* |

Grant Reviewer:

| | |
|---|---|
| 1987 | Special Reviewer.  Biochemistry 2 Study Section, National Institutes of Health |

| | |
|---|---|
| 1988 - 1989 | Ad Hoc Reviewer.  Molecular Biosciences Section, National Science Foundation |
| 1990 | Special Reviewer.  Biochemistry 2 Study Section, National Institutes of Health |
| 1996 | Special Review Committee Member for the National Institutes of Health to Evaluate Program Project on Alcohol Metabolism |
| 1996 | Special Reviewer.  Alcohol & Toxicology I Study Section, National Institutes of Health |
| 1996 | Alcohol & Toxicology Clinical Sciences Special Emphasis Panel, National Institutes of Health |
| 1997 | Special Reviewer.  Alcohol & Toxicology 1 Study Section, National Institutes of Health |
| 1997 | Special Reviewer.  Alcohol & Toxicology 4 Study Section, National Institutes of Health |
| 1999 | Special Reviewer.  Alcohol & Toxicology 1 Study Section, National Institutes of Health |
| 2003 | Ad hoc Reviewer.  Special Emphasis Panel.  Small Business Innovative Research Grant Study Section, National Institutes of Health |
| 2014 | Ad hoc Review. Cystic Fibrosis Research and Translation Core Centers, National Institutes of Health |

Advisory Boards/Committees:

| | |
|---|---|
| 2002 – 2011 | ChilDx – Children's Health Improvement through Laboratory Diagnostics |
| 2005 | Board of Scientific Counselors for review of the Department of Laboratory Medicine,  National Institutes of Health, Bethesda, MD |
| 2002 – 2006 | Clinical Laboratory Improvement Advisory Committee (CLIAC) of the Centers for Disease Control and Prevention (CDC) (Appointment made by the U.S. President's Secretary of Health and Human Services) |
| 2004 - | Instrumentation Laboratory, International Scientific Advisory Board for Coagulation |
| 2006 - 2017 | National Advisory Board, BD Preanalytical Systems |
| 2008 - 2018 | Co-Chair, Clinical Laboratory Integration into Healthcare Collaborative (CLIHC) sponsored by Centers for Disease Control and Prevention (CDC) on Integration of Laboratory Medicine into Clinical Practice |

2014 - 2019              Pathology Advisory Committee, Laboratory Accreditation Program, The Joint Commission

**PUBLISHED:**

Articles in Peer-reviewed Journal:

1.    Laposata, M., S.M. Prescott, T.E. Bross, and P.W. Majerus.  1982.  Development and characterization of a tissue culture cell line with essential fatty acid deficiency.  Proc. Natl. Acad. Sci. USA 79:7654-7658.

2.    Laposata, M., D.K. Dovnarsky, and H.S. Shin.  1983.  Thrombin-induced gap formation in confluent endothelial cell monolayers in vitro.  Blood 62:549-556.

3.    Laposata, M., E.L. Reich, and P.W. Majerus.  1985.  Arachidonoyl-CoA synthetase: separation from nonspecific acyl-CoA synthetase and distribution in various cells and tissues.  J. Biol. Chem. 260:11016-11020.

4.    Majerus, P.W., E.J. Neufeld, and M. Laposata.  1985.  Mechanisms for eicosanoid precursor uptake and release by a tissue culture cell line, in Inositol and Phosphoinositides: Metabolism and regulation, Bleasdale, J.E., J. Eichberg, and G. Hauser, eds. 443-457.

5.    Brass, L.F., M. Laposata, H. Singh, and S. Rittenhouse.  1986.  Regulation of the phosphoinositide hydrolysis pathway in thrombin-stimulated platelets by a pertussis toxin-sensitive guanine nucleotide-binding protein.  J. Biol. Chem.  261:16838-16847.

6.    Capriotti, A.M. and M. Laposata.  1986.  Identification of variables critical to reproducible delipidation of serum.  J. Tissue Cult. Methods. 4:219-222.

7.    Laposata, M. and P.W. Majerus.  1987.  Measurement of icosanoid precursor uptake and release by intact cells.  Methods in Enzymology. 141:350-355.

8.    Laposata, M., S.L. Kaiser, E.L. Reich, and P.W. Majerus.  1987.  Eicosadiynoic acid: A non-toxic inhibitor of multiple enzymatic steps in the production of icosanoids from arachidonic acid.  Prostaglandins.  33:603-615.

9.    Lowe, J.B., M. Sacchettini, M. Laposata, J.J. McQuillan, and J.I. Gordon.  1987.  Expression of rat intestinal fatty acid-binding protein in *Escherichia coli*.  J. Biol. Chem. 262:5931-5937.

10.   Brass, L.F. and M. Laposata.  1987.  Diacylglycerol causes Ca release from the platelet dense tubular system: comparisons with Ca release caused by inositol 1,4,5-triphosphate.  Biochem. Biophys. Res. Commun. 142:7-14.

11.   Hicks, D.G., A.M. Connor, and M. Laposata.  1987.  Laboratory diagnosis and monitoring of disseminated intravascular coagulation.  Lab. Med. 18:585-589.  (Reprinted in the Italian journal Biochimica Clinica 13, 30-34, 1989.)

12.   Laposata, M., C.M. Krueger, and J.E. Saffitz. 1987.  Selective uptake of [3H] arachidonic acid into the dense tubular system of human platelets.  Blood. 70:832-837.

13.    Laposata, M., S.L. Kaiser, and A.M. Capriotti.  1988.  Icosanoid production can be decreased without alterations in cellular arachidonate content or enzyme activities required for arachidonate release and icosanoid synthesis.  J. Biol. Chem. 263:3266-3273.

14.    Connor, A.M. and M. Laposata.  1988.  A rapid assay for thromboxane production by platelets and its use in assessing prior aspirin ingestion.  Am. J. Clin. Path. 89:216-221.

15.    Capriotti, A.M., E.E. Furth, M.E. Arrasmith and M. Laposata. 1988.  Arachidonate released upon agonist stimulation preferentially originates from arachidonate most recently incorporated into nuclear membrane phospholipids.  J. Biol. Chem. 263:10029-10034.

16.    Furth, E.E. and M. Laposata. 1988.  Mass quantitation of agonist induced arachidonate release and icosanoid production in a fibrosarcoma cell line:  Effect of time of agonist stimulation, amount of cellular arachidonate, and type of agonist.  J. Biol. Chem. 263: 15951-15956.

17.    Laposata, M., M. Minda, A.M. Capriotti, E.J. Hartman, and R.V. Iozzo.  1988.  Reversible phenotypic modulation induced by deprivation of exogenous essential fatty acids.  Lab. Invest. 59:838-847.

18.    Tate, G.A., B.F. Mandell, R.A. Karmali, M. Laposata, D.G. Baker, H.R. Schumacher Jr., and R.B. Zurier.  1988.  Suppression of monosodium urate crystal induced inflammation by diets enriched with gamma linolenic and eicosapentaenoic acids.  Arth. Rheum. 31: 1543-1551.

19.    Muszbek, L. and M. Laposata.  1989.  Glycoprotein Ib and glycoprotein IX in human platelets are acylated with palmitic acid through thioester linkages.  J. Biol. Chem. 264: 9716-9719.

20.    Hartman, E.J., S. Omura, and M. Laposata.  1989.  Triacsin C:  A differential inhibitor of arachidonoyl-CoA synthetase and nonspecific long chain acyl-CoA synthetase.  Prostaglandins. 37:655-671.

21.    Remaley, A.T., Kennedy, J.M., and M. Laposata.  1989.  Evaluation of the clinical utility of platelet aggregation studies.  Am. J. Hematol. 31:188-193.

22.    Tate, G., B.F. Mandell, M. Laposata, D. Ohliger, D.G. Baker, H.R. Schumacher, and R.B. Zurier.  1989.  Suppression of acute and chronic inflammation by enrichment of diet with gamma linolenic acid.  J. Rheum. 16:729-733.

23.    Muszbek, L. and M. Laposata.  1989.  Covalent modification of platelet proteins with palmitate.  Blood. 74:1339-1347.

24.    Furth, E.E., V. Hurtubise, M.A. Schott, and M. Laposata.  1989.  The effect of endogenous essential and non-essential fatty acids on the uptake and subsequent agonist induced release of arachidonate.  J. Biol. Chem.  264:18494-18501.

25.    Baker, D.G., G. Tate, M. Laposata, and R.B. Zurier.  1989.  Suppression of human synovial cell proliferation by dihomo-gamma-linolenic acid.  Arth. Rheum. 32:1273-1281.

26.    Laposata, M. 1990.  Solubilization of arachidonate-CoA ligase from cell membranes, chromatographic separation from nonspecific long-chain fatty acid CoA ligase, and isolation of a mutant cell line defective in arachidonate-CoA ligase.  Methods Enzymol. 187:237-242.

27.    Pullman-Mooar, S., M. Laposata, D. Lem, and R.B. Zurier.  1990.  Alteration of the cellular fatty acid profile and the production of eicosanoids in human monocytes by gamma-linolenic acid.  Arth. Rheum. 33:1526-1533.

28.    Rubin, D. and M. Laposata.  1991.  Regulation of agonist-induced prostaglandin $E_1$ vs. prostaglandin $E_2$ synthesis.  A mass analysis.  J. Biol. Chem.  266:23618-23623.

29.    Rubin, D. and M. Laposata.  1992.  Cellular Interactions between n-6 and n-3 Fatty Acids: A mass analysis of fatty acid elongation/desaturation, distribution among complex lipids, and conversion to eicosanoids.  J. Lipid Res.  33:1431-1440.

30.    Lewandrowski, K., R. Cheek, D. Nathan, K. Hurxthal, and M. Laposata.  1992.  Implementation of capillary blood glucose monitoring in a teaching hospital and determination of program requirements to maintain quality testing.  Am. J. Med. 93: 419-426.

31.    Furth, E.E., H. Sprecher, E. Fisher, H D. Fleishman and M. Laposata.  1992.  An in vitro model for essential fatty acid deficiency:  Hep G2 cells permanently maintained in lipid-free medium. J. Lipid Res. 33: 1719-1726.

32.    McDonagh, J., E.T. Fossel, R.L. Kradin, S.M. Dubinett, M. Laposata, and Y.A. Hallaq.  1992.  Effects of TNF-alpha on peroxidation of plasma lipoprotein lipids in experimental animals and patients.  Blood.  80:3217-3226.

33.    Muszbek, L. and M. Laposata.  1993.  Myristoylation of proteins in platelets occurs predominantly through thioester linkages.  J. Biol. Chem.  268:8251-8255.

34.    Hallaq, Y., T.C. Becker, C.S. Manno, and M. Laposata.  1993.  Use of acetyl chloride/methanol for assumed selective methylation of plasma nonesterified fatty acid results in significant methylation of esterified fatty acids.  Lipids.  28:355-360.

35.    Fujimoto, T., E. Stroud, R.E. Whatley, S.M. Prescott, L. Muszbek, M. Laposata, and R.P. McEver.  1993.  P-selectin is acylated with palmitic acid and stearic acid at cysteine 766 through a thioester linkage.  J. Biol. Chem.  268:11394-11400.

36.    Muszbek, L. and M. Laposata.  1993.  Covalent modification of proteins by arachidonate and eicosapentaenoate in platelets.  J. Biol. Chem. 268:18243-18248.

37.    Doyle, K.M., D. Bird, S. Al-Salihi, Y. Hallaq, J.E. Cluette-Brown, K.A. Goss, and M. Laposata.  1994.  Fatty acid ethyl esters are present in human serum following ethanol ingestion.  J. Lipid Res.  35: 428-437.

38.    Hallak, H., L. Muszbek, M. Laposata, E. Belmonte, L.F. Brass, and D.R. Manning.  1994.  Covalent binding of arachidonate to G protein alpha subunits of human platelets.  J. Biol. Chem.  269: 4713-4716.

39.   Lewandrowski, K., E. M. Bailey, E. Dhanak, M. Laposata, and J. G. Flood.  1994. Mandatory laboratory consultation as a method to aid appropriate test utilization:  the case of lactate dehydrogenase isoenzyme analysis.  Lab. Med.  25:460-463.

40.   Lee-Lewandrowski, E., M. Laposata, K. Eschenbach, C. Camooso, D.M. Nathan, J.E. Godine, K. Hurxthal, J. Goff, and K. B. Lewandrowski.  1994.  Utilization and cost analysis of bedside capillary glucose testing in a large teaching hospital:  implications for the management of point of care testing.  Am. J. Med.  97:222-230.

41.   Laposata, M.  1994.  The rapidly evolving specialty of laboratory medicine.  Laboratory Diagnostics.  XXI:65-71.

42.   Szczepiorkowski, Z.M., G.R. Dickerson, and M. Laposata.  1995.  Fatty acid ethyl esters decrease human hepatoblastoma cell proliferation and protein synthesis. Gastroenterology.  108:515-522. (Selected for review in editorial by A.A. Spector).

43.   Teruya, J., J. C. Brown, Z. Szczepiorkowski, and M. Laposata.  1995.  Mode of transport of fatty acids to cells influences intracellular fatty acid metabolism.  J. Lipid Res. 36:266-276.

44.   Laposata M., Z.M. Szczepiorkowski, and J.C. Brown.  1995.  Fatty acid ethyl esters: nonoxidative metabolites of ethanol.  Prostagl. Leukotr. Ess. FA. 52:87-91.

45.   Heith, A.M., C.R. Morse, T. Tsujita, S.A. Volpacelli, J.G. Flood, and M. Laposata.  1995. Fatty acid ethyl ester synthase catalyzes the esterification of ethanol to cocaine. Biochem. Biophys. Res. Commun. 208:549-554.

46.   Laposata, M.  1995.  Fatty Acids:  Biochemistry to clinical significance.  Am. J. Clin. Path. (Invited review) 104:172-179.

47.   Rosetti, R.G., C.M. Seiler, M. Laposata, and R.B. Zurier.  1995.  Differential regulation of human and lymphocyte protein kinase C activity by unsaturated fatty acids.  Clin. Immunol. Immunopath.  76:220-224.

48.   Laposata, M. and K.B. Lewandrowski.  1995.  Near patient blood glucose monitoring. Arch. Pathol. Lab. Med.  119:926-928.

49.   Bird, D.A., Z.M. Szczepiorkowski, V.C. Trace, and M. Laposata.  1995.  Low-density lipoprotein reconstituted with fatty acid ethyl esters as a physiological vehicle for ethyl ester delivery to intact cells.  Alcohol Clin. Exp. Res. 19:1265-1269.

50.   Al-Eryani, S., A. Kabakibi, J.E. Cluette-Brown, and M. Laposata.  1996.  Fatty acid ethyl ester synthase, an enzyme responsible for nonoxidative ethanol metabolism, is present in serum following liver and pancreatic injury.  Clin. Chem.  42:24-27.

51.   Bernhardt, T.G., P.A. Cannistraro, D.A. Bird, K.M. Doyle, and M. Laposata.  1996. Purification of fatty acid ethyl esters by solid phase extraction and HPLC.  J. Chromatog B.  675:189-196.

52.    Laposata, M. and L. Muszbek.  1996.  Thioesterification of platelet proteins by saturated and unsaturated fatty acids.  Lipids.  31:S-217-S-221.

53.    Gorski, N.P., H. Nouraldin, D.M. Dube, F.I. Preffer, D.M. Dombkowski, E.M. Villa, K.B. Lewandrowski, and M. Laposata.  1996.  Reduced fatty acid ethyl ester synthase activity in the white blood cells of alcoholics. Alcohol Clin. Exp. Res.  20:268-274.

54.    Hallaq, Y., J. Teruya, J.E. Cluette-Brown, Z.M. Sczepiorkowski, and M. Laposata.  1996. Stability of plasma nonesterified arachidonate in healthy individuals in fasting and non-fasting states.  Clin. Chem. 42:771-773.

55.    Bird, D.A., M. Laposata (corresponding author), and J.A. Hamilton.  1996.  Binding of ethyl oleate to low density lipoprotein, phospholipid vesicles, and albumin:  A $^{13}$C NMR study.  J. Lipid Res. 37:1449-1458.

56.    Doyle, K.M., J.E. Cluette-Brown, D.M. Dube, T.G. Bernhardt, C.R. Morse, and M. Laposata.  1996.  Fatty acid ethyl esters in the blood as markers for ethanol intake. J. Am. Med. Assn.  276:1152-1156.

57.    Zurier, R.B., R.G. Rosetti, E.W. Jacobson, D.M. DeMarco, N.Y. Liu, J.E. Temming, B.M. White, and M. Laposata.  1996.  Gamma-linolenic acid treatment of rheumatoid arthritis: a randomized placebo-controlled trial.  Arth. Rheum.  39:1808-1817.

58.    Laposata, M.  1996.  What we are doing or should be doing in Clinical Pathology (special article).  Am. J. Clin. Pathol.  106:571-573.

59.    Gertler, J.P., R.P. Cambria, D.C. Brewster, J.K. Davison, P. Purcell, S. Zannetti, S. Johnson, G. L'Italien, G. Koustas, G.M. LaMuraglia, M. Laposata, and W.M. Abbott.  1996.  Coagulation changes during thoracoabdominal aneurysm repair.  J. Vasc. Surg. 24:936-943.

60.    Dan, L. and M. Laposata.  1997.  Ethyl palmitate and ethyl oleate are the predominant fatty acid ethyl esters in the blood after ethanol ingestion and their synthesis is differentially influenced by the extracellular concentrations of their corresponding fatty acids.  Alcohol Clin. Exp. Res.  21:292-296.

61.    Bird, D.A. A. Kabakibi, and M. Laposata.  1997.  The distribution of fatty acid ethyl esters among lipoproteins and albumin in human serum.  Alcohol Clin. Exp. Res.  21:602-605.

62.    Werner, J., M. Laposata (corresponding author), C. Fernandez-del Castillo, M. Saghir, R.V. Iozzo, K.B. Lewandrowski, and A.L. Warshaw.  1997.  Pancreatic injury induced by fatty acid ethyl ester, a nonoxidative metabolite of alcohol.  Gastroenterology.  113:286-294. (Selected for review in editorial by J.S. Wilson and R.C. Pirola).

63.    Van Cott, E.M., L. Muszbek, and M. Laposata.  1997.  Fatty acid acylation of platelet proteins.  Prostagl. Leukotr. Ess. FA.  57:33-37.

64.    Saghir, M., J. Werner, and M. Laposata.  1997.  Rapid *in vivo* hydrolysis of fatty acid ethyl esters, toxic nonoxidative ethanol metabolites.  Am. J. Physiol. 273 (Gastrointest. Liver Physiol. 36):G184-G190.

65. Rossetti, R.G., C.M. Seiler, P. DeLuca, M. Laposata, and R.B. Zurier. 1997. Oral administration of unsaturated fatty acids: Effects on human peripheral blood T lymphocyte proliferation. J. Leukoc. Biol. 62:438-443.

66. Kirby, J.E. and M. Laposata. 1997. The nature and extent of training activities in clinical pathology required for effective consultation on the selection and interpretation of laboratory tests. Arch. Pathol. Lab. Med. 121:1163-1167.

67. Grinspoon, S.K., H. Askari, M.L. Landt, D.M. Nathan, D.A. Schoenfeld, D.L. Hayden, M. Laposata, J. Hubbard, and A.M. Klibanski. 1997. Effects of fasting and refeeding on leptin in humans. Am J. Clin. Nutr. 66:1352-1356.

68. Pascual, M., R. Thadhani, M. Laposata, W.W. Williams, M.L. Farrell, S. M. Johnson, N. Tolkoff-Rubin, and A.B. Cosimi. 1997. Anticardiolipin antibodies and hepatic artery thrombosis after liver transplantation. Transplantation. 64:1361-1364.

69. Muszbek, L., E. Racz, and M. Laposata. 1997. Posttranslational modification of proteins with fatty acids in platelets. Prostagl. Leukotr. Ess. FA. 57:359-366.

70. Laposata, M. 1998. Fatty acid ethyl esters: ethanol metabolites which mediate ethanol – induced organ damage and serve as markers of ethanol intake. Prog. Lipid Res. 37:307-316.

71. Laposata, M. 1998. Fatty acid ethyl esters: nonoxidative metabolites of ethanol (invited review). Addiction Biology. 3:5-14.

72. Kabakibi, A., E.C. Vamvakas, P.A. Cannistraro, Z. M. Szczepiorkowski, and M. Laposata. 1998. Collagen-induced whole blood platelet aggregation in patients undergoing surgical procedures associated with minimal to moderate blood loss. Am. J. Clin. Path. 109:392-398.

73. Kabakibi, A., C.R. Morse, and M. Laposata. 1998. Fatty acid ethyl esters and Hep2 cells: intracellular synthesis and release from the cells. J. Lipid Res. 39:1568-1582.

74. Dan, L. and M. Laposata. 1998. Quantitation of the mass fatty acid ethyl esters synthesized by HepG2 cells incubated with ethanol. Alcohol Clin. Exp. Res. 22:1125-1131.

75. Laposata, M., D. Green, E.M. Van Cott, T.W. Barrowcliffe, S.M. Goodnight, and R.C. Sosolik. 1998. The clinical use and laboratory monitoring of low molecular weight heparin, danaparoid, hirudin and related compounds, and argatroban. Arch. Path. Lab. Med. 122:799-807.

76. Van Cott, E.M. and M. Laposata. 1998. Laboratory evaluation for hypercoagulable states. Hematol. Oncol. Clin. NA, 12:1141-1166.

77. Cunningham, M.T., J. Praestegaard, P.E. Stryer, J.T. Brandt, R.B. Fairweather, M. Laposata, J.D. Olson, R.C. Sosolik, and D.A. Triplett. 1999. A method for proficiency testing of small peer groups in the College of American Pathologists Coagulation Surveys. Arch. Pathol. Lab. Med.123:199-205.

78. Goss, K.A., R. Alharethi, and M. Laposata. 1999. Fatty acid ethyl ester synthesis in the preparation of scotch whiskey. Alcohol.17:241-245.

79. Quinn, D.A., R.B. Fogel, C.D. Smith, M. Laposata, B.T. Thompson, S.M. Johnson, A.C. Waltman, and C.A. Hales. 1999. D-dimers in the diagnosis of pulmonary embolism. Am. J. Resp. Crit. Care Med. 159:1445-1449.

80. Muszbek, L., G. Haramura, J.E. Cluette-Brown, E.M. Van Cott, and M. Laposata. 1999. The pool of fatty acids covalently bound to platelet proteins by thioester linkages can be altered by exogenously supplied fatty acids. Lipids 34:S331-S337.

81. Laposata, M. 1999. Fatty acid ethyl esters: Nonoxidative ethanol metabolites with emerging biological and clinical significance. Lipids 34:S281-S285.

82. Laposata, M. Fatty acid ethyl esters: Facts and speculations. 1999. Prostagl. Leukotr. Essential Fatty Acids. 60:313-315.

83. Zurier, R.B., R.G. Rosetti, C.S. Seiler, and M. Laposata. 1999. Human peripheral blood T lymphocyte proliferation after activation of the T cell receptor: Effects of unsaturated fatty acids. Prostagl. Leukotr. Essential Fatty Acids. 60:371-375.

84. Van Cott, E.M. and M. Laposata. 1999. Desirudin. Curr. Op. Cardiovasc. Pulm. Renal Invest. 1:159-170.

85. Laposata, M. 1999. Assessment of ethanol intake: Current assays and new markers on the horizon. Am. J. Clin. Path. 112:443-450.

86. Saghir, M., E. Blodget, and M. Laposata. 1999. The hydrolysis of fatty acid ethyl esters in low density lipoproteins by red blood cells, white blood cells, and platelets. Alcohol. 19:163-168.

87. Freedman, S.D., M.H. Katz, E.M. Parker, M. Laposata, M.Y. Urman, and J.G. Alvarez. 1999. A membrane lipid imbalance plays a role in the phenotypic expression of cystic fibrosis in *cftr-/-mice*. Proc. Natl. Acad. Sci. U.S.A. 96:13995-14000.

88. Soderberg, B.L., E.T. Sicinska, E. Blodget, J.E. Cluette-Brown, P.M. Suter, T. Schuppisser, W. Vetter, and M. Laposata. 1999. Preanalytical variables affecting the quantitation of fatty acid ethyl esters in plasma and serum samples. Clin. Chem. 45: 2183-2190.

89. Saghir, M., J. Werner, and M. Laposata. 1999. A comparison of the hydrolysis and metabolism in rats of fatty acid ethyl esters within human low density lipoproteins and rat low density lipoproteins. Res. Commun. Alcohol Subst. Abuse. 20:123-134.

90. Laposata, M., A. Kabakibi, M.P. Walden, J.E. Cluette-Brown, Azra A. Nanji, M.A. Refaai, J. Werner, and Amin A. Nanji. 2000. Differences in the fatty acid composition of fatty acid ethyl esters in organs and their secretions. Alcohol. Clin. Exp. Res. 24:1488-1491.

91. Salem, R.O., J.E. Cluette-Brown, A. Hasaba, and M. Laposata. 2001. The effect of specimen anticoagulant and storage on serum and plasma fatty acid ethyl ester concentration measurements. Clin. Chem. 47:126-127.

asfd

105.    Van Cott, E.M. B.L. Soderberg, and M. Laposata.  2002.  Hypercoagulability test strategies in the protein C and protein S pathway.  Clin. Lab. Med. 22:391-403.

106.    Ge, Y., Z. Chen, Z.B. Kang, J. Cluette-Brown, M. Laposata, and J.X. Kang.  2002.  Effects of adenoviral gene transfer of *C. elegans* n-3 fatty acid desaturase on the lipid profile and growth of human breast cancer cells.  Anticancer Res. 22:537-543.

107.    Nanji, A.A., G.L. Su, M. Laposata, and S.W. French.  2002.  Pathogenesis of alcoholic liver disease – recent advances.  Alcohol. Clin. Exp. Res.  26:731-736.

108.    Werner, J., M. Saghir, A.L. Warshaw, K.B. Lewandrowski, M. Laposata, R.V. Iozzo, E.A. Carter, R.J. Schatz, and C. Fernandez-del Castillo.  2002.  Alcoholic pancreatitis in rats: injury from nonoxidative metabolites of ethanol.  Am. J. Physiol. 283:G65-73.

109.    Laposata, M., A. Hasaba, C.A. Best, D.M. Yoerger, B.M. McQuillan, R.O. Salem, M.A. Refaai, and B.L. Soderberg.  2002.  Fatty acid ethyl esters: Recent observations.  Prostagl. Leukotr. Essential Fatty Acids.  67:193-196.

110.    Brenner, B.R., U. Nowak-Gottl, A. Kosch, M. Manco-Johnson, and M. Laposata.  2002.  Diagnostic studies for thrombophilia in women on hormonal therapy and during pregnancy, and in children.  Arch. Pathol. Lab. Med.  126:1296-1303.

111.    Van Cott, E.M., M. Laposata, and M.H. Prins.  2002.  Laboratory evaluation of hypercoagulability with venous or arterial thrombosis: venous thromboembolism, myocardial infarction, stroke and other conditions.  Arch. Pathol. Lab. Med.  126:1281-1295.

112.    Refaai, M.A., M. Laposata, and E.M. Van Cott.  2003.  Clinical significance of a borderline titer in a negative ELISA test for heparin-induced thrombocytopenia.  Am. J. Clin. Path.  119:61-65.

113.    Best, C.A., J.E. Cluette-Brown, M. Teruya, A. Teruya and M. Laposata.  2003.  Red blood cell fatty acid ethyl esters: A significant component of fatty acid ethyl esters in the blood.  J. Lipid Res.  44:612-620.

114.    Best, C.A. and M. Laposata.  2003.  Fatty acid ethyl esters: Toxic non-oxidative markers of ethanol and markers of ethanol intake.  Front. Biosci. 8, E202-E217.

115.    Refaai, M., E.M. Van Cott, and M. Laposata.  2003.  The timing of a positive test for heparin induced thrombocytopenia relative to the platelet count and anticoagulant therapy in 43 consecutive cases.  Am. J. Clin. Path.  119:497-504.

116.    Hartnett, M.E., M. Laposata, and E.M. Van Cott.  2003.  Antiphospholipid antibody syndrome in a six-year-old female patient.  Am. J. Ophthalmol. 135:542-544.

117.    Refaai, M., P.N. Nguygen, J.E. Cluette-Brown, and M. Laposata.  2003.  Ethyl arachidonate is the predominant fatty acid ethyl ester in the brain of subjects with detectable blood ethanol at the time of death.  Lipids. 38:269-273.

118.    Laposata, M. and S. M. Johnson.  2003.  Assessment of the stability of dalteparin sodium in prepared syringes for up to 30 days: An in vitro study.  Clin. Therap. 25:1219-1225.

119.   Soderberg, B.L., R.O. Salem, C.A. Best, J.E. Cluette-Brown, and M. Laposata. 2003. Fatty acid ethyl esters: Ethanol metabolites that reflect ethanol intake. Am. J. Clin. Path. (Suppl.) 119: S94-99.

120.   Hasaba, A. J.E. Cluette-Brown, and M. Laposata. 2003. Stearic acid stimulates fatty acid ethyl ester synthesis in HepG2 cells exposed to ethanol. Lipids. 38:1051-1055.

121.   Freedman, S.D., P.G. Blanco, M.M. Zaman, J.C. Shea, M. Ollero, I.K. Hopper, D.A. Weed, A. Gelrud, M.M. Regan, M. Laposata, J.G. Alvarez, and B.P. O'Sullivan. 2004. Association of cystic fibrosis with abnormalities in fatty acid metabolism. N. Engl. J. Med. 350:560-569.

122.   Van Cott, E.M., M. Laposata, and M.E. Hartnett. 2004. Prothrombin gene mutation G20210A, homocysteine, antiphospholipid antibodies, and other hypercoagulable states in ocular thrombosis. Blood Coag. Fibrinol. 15:393-397.

123.   Blanco, P.G., S.D. Freedman, M.C. Lopez, M. Ollero, E. Comen, M. Laposata, J.G. Alvarez. 2004. Oral docosahexaenoic acid given to pregnant mice increases the amount of surfactant in lung and amniotic fluid in preterm fetuses. Am. J. Obstet. Gynecol. 190:1369-1374.

124.   Laposata, M.E., M. Laposata (corresponding author), E.M. Van Cott, D.S. Buchner, M.S. Kashalo, and A.S. Dighe. 2004. Physician survey of a laboratory medicine interpretative service and evaluation of the influence of interpretations on laboratory test ordering. Arch. Pathol. Lab. Med. 128:1424-1427.

125.   O'Sullivan, B.P., M.D. Linden, A.L. Frelinger III, M.R. Barnard, M. Spencer-Manzon, J.E. Morris, R.O. Salem, M. Laposata, and A.D. Michelson. 2005. Platelet activation in cystic fibrosis. Blood. 105:4635-4641.

126.   Salem, R.O. and M. Laposata. 2005. Effects of alcohol on hemostasis. Am. J. Clin. Path. Suppl. 123:S96-105.

127.   Laposata, M.E. and M. Laposata. 2005. Children presenting with symptoms of child abuse: When is it not abuse? Am. J. Clin. Path. Suppl. 123:S119-124.

128.   Knoepp, S.M. and M. Laposata. 2005. Aspirin resistance: Moving forward with multiple definitions, different assays, and a clinical imperative. Am. J. Clin. Path. Suppl. 123:S125-132.

129.   Bisaga, A., M. Laposata, S. Xie, and S.M. Evans. 2005. Comparison of serum fatty acid ethyl esters and urinary 5-hydroxytryptophol as biochemical markers of recent ethanol consumption. Alcohol. 40:214-218.

130.   Aleryani, S., J.E. Cluette-Brown, Z.A. Khan, H. Hasaba, L. Lopez de Heredia, and M. Laposata. 2005. Fatty acid methyl esters are detectable in the plasma and their presence correlates with liver dysfunction. Clin. Chim. Acta. 359:141-149.

131.   Canavan B, Salem RO, Schurgin S, Koutkia P, Lipinska I, Laposata M, Grinspoon S. 2005. Effects of physiologic leptin administration on markers of inflammation, platelet

activation and platelet aggregation during caloric deprivation.  J. Clin. Endocrinol. Metab. 90:5779-5785.

132.   Blanco, P.G., R.O. Salem, M. Ollero, M.M. Zaman, J.E. Cluette-Brown, S.D. Freedman, and M. Laposata. 2005. Ethanol administration to cystic fibrosis knockout mice results in increased fatty acid ethyl ester production. Alcohol Clin. Exp. Res.  29:2039-2045.

133.   Salem, R.O., J.E. Cluette-Brown, M. Laposata. 2005. Fatty acid ethyl ester, nonoxidative ethanol metabolite: synthesis, uptake, and hydrolysis by human platelets. Biochim. Biophys. Acta. 1738:99-104.

134.   Salem, R.O., and M. Laposata. 2006. Fatty Acid Ethyl Ester, a Nonoxidative Ethanol Metabolite, Reverses the Inhibitory Effect of Ibuprofen on Platelet Aggregation. J. Thromb. Haemost.  4:275-276.

135.   Alhomsi, K., J.E. Cluette-Brown, M. Laposata. 2006. Fatty acid ethyl esters in human mononuclear cells: production by endogenous synthesis greatly exceeds the uptake of preformed ethyl esters.  Alcohol. Clin. Exp. Res.  30:560-566.

136.   Yoerger D.M., C.A. Best, B.M. McQuillan, G.E. Supple, J.L. Guererro, J.E. Cluette-Brown, A. Hasaba, M.H. Picard, J.R. Stone, M. Laposata. 2006. Rapid fatty acid ethyl ester synthesis by porcine myocardium upon ethanol infusion into the left anterior descending coronary artery. Am. J. Pathol. 168:1435-1442.

137.   Alhomsi, K. and M. Laposata.  2006. Fatty acid ethyl ester effects on interleukin-2 production, cyclic AMP synthesis, and calcium influx in human mononuclear cells. Alcohol Clin. Exp. Res. 30:1121-1125.

138.   Best, C.A., T. Sarkola, C.J.P. Eriksson, J.E. Cluette-Brown, M. Laposata. 2006. Increased plasma fatty acid ethyl ester levels following inhibition of oxidative metabolism of ethanol by 4-methylpyrazole treatment in human subjects. Alcohol. Clin. Exp. Res. 30: 1126-1131.

139.   Pysher, T.J., P.R. Bach, S.M. Geaghan, M.S. Hamilton, M. Laposata, G. Lockitch, C. Brugnara, C.M. Coffin, M. Pasquali, P. Rinaldo, W.L. Roberts, J.C. Rutledge, E.R. Ashwood, R.C. Blaylock, J. Campos, B. Goldsmith, P.M. Jones, M. Lim, A.W. Meikle, S.L. Perkins, D.A. Perry, C.A. Petti, B.B. Rogers, P. Steele, R.L. Weiss, and G. Woods. 2006. Teaching pediatric laboratory medicine to pathology residents. Arch. Pathol. Lab. Med. 130:1031-1038.

140.   Alsfasser, G., A.L. Warshaw, S.P. Thayer, B. Antoniu, M. Laposata, K.B. Lewandrowski, C. Fernandez-del Castillo. 2006. Decreased inflammation and improved survival with recombinant human activated protein C treatment in experimental acute pancreatitis. Arch. Surg. 141: 670-676.

141.   Best, C.A., M. Laposata, V.G. Proios, Z.M. Szczepiorkowski.  2006. Method to assess fatty acid ethyl ester binding to albumin.  Alcohol. 41:240-246.

142.   Yeh R.W., B.M. Everett, S.Y. Foo, D.J. Dorer, M. Laposata, E.M. Van Cott, I.K. Jang. 2006.  Predictors for the development of elevated anti-heparin/platelet factor IV antibody titers in patients undergoing cardiac catheterization.  Am. J. Cardiol.  98:419-421.

143.    Foo, S.Y., B.M. Everett, R.W. Yeh, D. Criss, M. Laposata, E.M. Van Cott, I.K. Jang. 2006. Prevalence of heparin-induced thrombocytopenia in patients undergoing cardiac catheterization.  Am. Heart J. 152:290. e1-7.

144.    Ollero, M., M. Laposata, M.M. Zaman, P.G. Blanco, C. Andersson, J. Zeind, Y. Urman, G. Kent, P. Durie, J.G. Alvarez, S.D. Freedman.  2006. Evidence of increased flux to n-6 docosapentaenoic acid in phospholipids of pancreas from cftr $^{-/-}$ knockout mice. Metabolism 55:1192-1200.

145.    Melanson S.E.F., M. Laposata, C.A. Camargo, Jr., A.A. Chen, R. Tung, D. Krauser, S. Anwaruddin, A. Baggish, R. Cameron, P. Sluss, K.B. Lewandrowski, E. Lee-Lewandrowski, J.L. Januzzi. 2006. Combination of D-Dimer and Amino-Terminal Pro-B-Type Natriuretic Peptide Testing for the Evaluation of Dyspneic Patients with and without Acute Pulmonary Embolism. Arch. Pathol. Lab. Med. 130:1326-1329.

146.    Salem, R.O. and M. Laposata.  2006.  Activation and impairment of platelet function in vitro by fatty acid ethyl ester, a nonoxidative ethanol metabolite.  Alcohol. Clin. Exp. Res. 30:2079-2088.

147.    Popescu, P., T. Ikeda, K. Goda, C.A. Best, M. Laposata, S. Manley, R. R. Dasari, K. Badizadegan, M.S. Feld.  2006. Optical measurement of cell membrane tension.  Phys. Rev. Lett. 97:218101.

148.    Batel, I., M.-B. Ericsoussi, J.E. Cluette-Brown, B.P. O'Sullivan, S.D. Freedman, J.E. Savaille, M. Laposata.  2007.  Potential utility of plasma fatty acid analysis in the diagnosis of cystic fibrosis.  Clin. Chem. 53:78-84.

149.    Everett, B.M., R. Yeh, S.Y. Foo, D. Criss, E.M. Van Cott, M. Laposata, W.D. Hoffman, E. Avery, J. Walker, D. Torchiana, I.K. Jang. 2007. Prevalence of heparin/platelet factor 4 antibodies before and after cardiac surgery. Ann. Thor. Surg.  83:592-597.

150.    Wozniak, J., J. Biederman, E. Mick, J. Waxmonsky, L. Hantsoo, C.A. Best, J.E. Cluette-Brown, and M. Laposata.  2007.  Omega-3 fatty acid monotherapy for pediatric bipolar disorder.  A prospective open label trial.  Eur. Neuropsychopharm. 17:440-447.

151.    Salem, R.O., M. Laposata, R. Rajendram, J.E. Cluette-Brown, V.R. Preedy.  2007. The total body mass of fatty acid ethyl esters in skeletal muscles following ethanol exposure greatly exceeds that found in the liver and the heart.  Alcohol Alochol. 41:598-603.

152.    Laposata, M. and A.S. Dighe.  2007. "Pre-pre" and "post-post" analytical error: High incidence patient safety hazards involving the clinical laboratory.  Clin. Chem. Lab. Med. 45:712-719.

153.    Peershke, E.I., Y. Agrawal, C-B. Alexander, E. Bovill, and M. Laposata. 2007.  Proposed research training guidelines for residents in laboratory medicine.  Clin. Lab Med. 27:241-253.

154.    Al-Turkmani, R., S.D. Freedman, and M. Laposata.  2007.  Fatty acid alterations and n-3 fatty acid supplementation in cystic fibrosis.  Prostaglandins, Leukotrienes, Ess. Fatty Acids. 77:309-318.

155. Alhomsi, K., M. Selig, T. Sustic, E. Katrangi, V. Weissig, and M. Laposata. 2008. Induction of apoptosis and necrosis in human peripheral blood mononuclear cells by fatty acid ethyl esters. Alcohol. Clin. Exp. Res. 32:534-543.

156. Mischoulon, D., C. Best-Popescu, M. Laposata, W. Merens, J.L. Murakami, S. Wu, G.I. Papakostas, C.M. Dording, S.B. Sonawalla, A.A. Nirenberg, J.E. Alpert, and M. Fava. 2008. A double-blind dose, finding pilot study of docosahexaenoic acid (DHA) for major depressive disorder. 2008. Eur. Neuropsychopharm. 18:639-645.

157. Anderson, C., M.R. Al-Turkmani, J.E. Savaille, R. Alturkmani, W. Katrangi, J.E. Cluette-Brown, M.M. Xaman, M. Laposata, and S.D. Freedman. 2008. Cell culture models demonstrate that CFTR dysfunction leads to defective fatty acid and composition metabolism. J. Lipid Res. 49:1692-1700.

158. Al-Turkmani, M.R., C. Anderson, R. Alturkmani, W. Katrangi, J.E. Cluette-Brown, S.D. Freedman and M. Laposata. 2008. A mechanism accounting for the low cellular level of linoleic acid in cystic fibrosis and its reversal by DHA. J. Lipid Res. 49:1946-1954.

159. Avery, E.G., A.D. Hilgenberg, R.P. Cambria, R. Beckerly and M. Laposata. 2009. Successful use of bivalirudin for combined carotid endarterectomy and coronary revascularization with the use of cardiopulmonary bypass in a patient with an elevated heparin-platelet factor 4 antibody titer. Anes. Analges. 108:1113-1115.

160. Piva, E., L. Sciacovelli, M. Zaninotto, M. Laposata, and M. Plebani. 2009. Evaluating laboratory critical value reporting and improving communication. Am. J. Clin. Path. 131:432-441.

161. Piva, E., L. Sciacovelli, M. Zaninotto, M. Laposata, and M. Plebani. 2009. Evaluation of effectiveness of a computerized notification system for reporting critical values. Am. J. Clin. Pathol. 131:432-441.

162. Piva, E., L. Sciacovelli, M. Laposata, and Plebani, M. 2010. Assessment of critical values policies in Italian institutions: Comparison with the US situation. Clin. Chem. Lab. Med. 48:461-468.

163. Zaman, M.M., C.R. Martin, C. Andersson, A.Q. Bhutta, J.E. Cluette-Brown, M. Laposata, and S.D. Freedman. 2010. Linoleic acid supplementation results in increased arachidonic acid and eicosanoid production in CF airway cells and in cftr-/-transgenic mice. Am. J. Physiol. Lung Cell Mol. Physiol. 299:L599-L606.

164. Njoroge, S.W., A.C. Seegmiller, and M. Laposata. 2011. Increased $\Delta$5-and $\Delta$6-desaturase cyclooxygenase-2, and lipoxygenase-5 expression are associated with fatty acid and eicosanoid changes in cystic fibrosis. Biochem. Biophys. Acta – Molec. Cell Biol. Lipids. 1811:431-440.

165. Thomsen, K.F., M. Laposata, S.W. Njoroge, O.C. Umunakwe, W. Katrangi, and A.C. Seegmiller. 2011. Increased elongase and $\Delta$9-desaturase activity are associated with n-7 and n-9 unsaturated fatty acid abnormalities in cystic fibrosis. Lipids. 46:669-677.

166. Plebani, M., M. Laposata, and G.D. Lundberg. 2011. The brain-to-brain loop concept 40 years after its introduction. Am. J. Clin. Path. 136:829-833.

167.   Gehrie, E. and M. Laposata.  2011.  Test of the Month:  The chromogenic antifactor Xa assay.  Am. J. Hematol.  87:194-196.

168.   LaMuraglia, G.M., R. Houbballah, and M. Laposata.  2012.  The identification and management of heparin-induced thrombocytopenia in the vascular patient.  J. Vasc. Surg.  55:562-570.

169.   Pulley, J.M., J.C. Denny, J.F. Peterson, G.R. Bernard, C.L. Vnencak-Jones, A.H. Ramirez, J.T. Delaney, E. Bowton, K. Brothers, K. Johnson, D.C. Crawford, J. Schildcrout, D.R. Masys, H.H. Dilks, R.A. Wilke, E.W. Clayton, E. Shultz, M. Laposata, J. McPherson, J.N. Jirjis, D.M. Roden.  2012.  Operational Implementation of Prospective Genotyping for Personalized Medicine: The design of the Vanderbilt PREDICT Project.  Clin. Pharmacol. Ther.  92:87-95.

170.   Njoroge, S.W., M. Laposata, W. Katrangi, and A.C. Seegmiller. 2012.  DHA and EPA reverse cystic fibrosis-related fatty acid abnormalities by suppressing fatty acid desaturase expression and activity.  J. Lipid Res.  53:257-265.

171.   Tcherniantchouk, O., M. Laposata, and M.B. Marques. 2013. The isolated prolonged PTT.  Am J Hematol. 88:82-85.

172.   Katrangi, W., J. Lawrenz, A. C. Seegmiller, and M. Laposata. 2013.  Interactions of linolenic and alpha-linolenic acids in the development of fatty acid alterations in cystic fibrosis.  Lipids. 48:333-342.

173.   Sephel, G.C. and M. Laposata.  2013.  Transiently increased variation between a point-of-care laboratory INR method after a long period of correlation:  A case study demonstrating the need for ongoing correlation of POC with the central laboratory.  Am. J. Clin. Path.  140:475-486.

174.   Cole, B., J.A. Dickerson, M.L. Graber, C.R. Fantz, M. Laposata, K. Henricksen, M.L. Astion, and P. Epner.  2014.  A prospective tool for risk assessment of sendout testing.  Am. J. Clin. Path.  434:1-5.

175.   Laposata, M.  2014.  Putting the patient first – using the expertise of laboratory professionals to produce rapid and accurate diagnoses.  Lab. Med. 45:4-5.

176.   Njoroge, S.W., M. Laposata, K.L. Boyd, and A.C. Seegmiller.  2015.  Polyunsaturated fatty acid supplementation reverses cystic fibrosis-related fatty acid abnormalities in CFTR (-/-) mice by suppressing fatty acid desaturases.  J. Nutr. Biochem.  26:36-43.

177.   O'Connor, M.G., K. Thomsen, R.F. Brown, M. Laposata, and A. Seegmiller.  2016.  Elevated prostaglandin E metabolites and abnormal plasma fatty acids at baseline in pediatric cystic fibrosis patients:  A pilot study.  Prostaglandins Leukot Essent Fatty Acids 113:46-49.

178.   Peterson, J.F., J.R. Field, K.M. Unertl, J.S. Schildcrout, D.C. Johnson, Y. Shi, I. Danciu, J.H. Cleator, J.M. Pulley, J.A. McPherson, J.C. Denny, M. Laposata, D.M. Roden, and

K.B. Johnson. 2016.  Physician response to implementation of genotype-tailored antiplatelet therapy.  Clin. Pharmacol. Ther. 100:67-74.

179.    Peterson, J.F., J.R. Field, Y. Shi, J.S. Schildcrout, J.C. Denny, T. L. McGregor, S.L. Van Driest, J.M. Pulley, I.M. Lubin, M. Laposata, D.M. Roden, and E.W. Clayton.  2016.  Attitudes of clinicians following large-scale pharmacogenomics implementation.  Pharmacogenomics J.16:393-398.

180.    Belk, K.W., M. Laposata, and C. Craver.  2016.  A comparison of red blood cell transfusion utilization between anti-activated factor X and activated partial thromboplastin monitoring in patients receiving unfractionated heparin.  J. Thromb. Haemost. 14:1-10.

181.    Sarkar, M.K., C. Botz, and M. Laposata. 2017.  An assessment of overutilization and underutilization of laboratory tests by expert physicians in the evaluation of patients for bleeding and thrombotic disorders in clinical context and in real-time.  Diagnosis 4:21-26.

182.    Graber, M.L., D. Rusz, M.L. Jones, D. Farm-Franks, B. Jones, J. Cyr Gluck, D.B. Thomas, K. Gleason, K. Welte, J. Abfalter, K. Westerhaus, G. Adams, M. Laposata, Q. Eichbaum, T. Nabatchi, and M. Compton.  2017.  The new diagnostic team.  Diagnosis 4:225-238.

183.    Laposata, M. 2018.  Obtaining a correct diagnosis rapidly in the United States is associated with many barriers not present in other countries.  Am. J. Clin. Pathol. 149:458-460.

184.    Baird, G.S., B.R. Jackson, J. Dickerson, K. Sikaris, B. Croal, and M. Laposata, 2018.  What's new in laboratory test utilization management?  Clin. Chem. 64:994-1000.

185.    Laposata, M.  2018. The definition and scope of diagnostic error in the US and how diagnostic error is enabled.  J. Appl. Lab. Med. 3:128-134.

186.    Verna, R., A.B. Velazquez, and M. Laposata, 2019.  Reducing diagnostic errors worldwide through diagnostic management teams.  Ann. Lab. Med. 39:121-124.

187.    Sarkar, M.K. and M. Laposata.  2019.  Is aspirin best choice today for prophylaxis against venous thromboembolism after orthopedic surgery?  TX Orthop. J.

188.    Plebani, M., M. Laposata, and G. Lippis.  2019.  Driving the route of laboratory medicine:  A manifesto for the future.  Intern Emerg Med 14:337-340.

189.    Plebani, M., M. Laposata, and G. Lippi.  2019.  A Manifesto for the Future of Laboratory Medicine Professionals.  Clin Chem Acta 489:49-52.

190.    Ducatman, B.S., A.M. Ducatman, J.M. Crawford, M. Laposata, and F. Sanfilippo.  2020.  The value proposition for pathologists:  A population health approach.  Acad Pathol doi/10.1177/2374289519898857.

191.    Xiao, J., B. Zhang, Z. Su, Y. Liu, T.R., Shelite, Q. Chang, P. Wang, A. Bukreyev, L. Soong, Y, Jin, T. Ksiazek, A. Gaitas, S.L. Rossi, J. Zhou, M. Laposata, T.B. Saito, and B. Gong.  2020.  EPAC regulates von Willebrand factor secretion from endothelial cells in a

PI3K/eNOS-dependent manner during inflammation.  BioRxiv doi: 10.1101/2020.09.04.282806.

192.  Rajendran, R., J.S. Salazar, R.L. Seymour, M. Laposata, and C.J. Zahner.  2021.  Overutilization and underutilization of autoantibody tests in patients with suspected autoimmune disorders.  Diagnosis doi.org/10.1515/dx-2020-0139.

193.  Xiao, J., B. Zhang, Z. Su, Y. Liu, T.R. Shelite, Q. Chang, Y. Qiu, J. Bei, P. Wang, A. Bukreyev, L. Soong, Y. Jin, T. Ksiazek, A. Gaitas, S.L. Rossi, J. Zhou, M. Laposata, T.B. Saito, and B. Gong. 2021. Intracellular receptor EPAC regulates von Willebrand factor secretion from endothelial cells in a PI3K-/eNOS-dependent manner during inflammation. doi.org/10.1016/j.jbc.2021.101315.


**OTHER:**

Books:
1.  Laposata, M., A.M. Connor, D.G. Hicks, and D.K. Phillips.  1989.  The Clinical Hemostasis Handbook.  Yearbook/Mosby Medical Publishers.  Chicago, IL.

2.  Laposata, M.  1992.  The New England Journal of Medicine SI Unit Conversion Guide.  NEJM Books.  Boston, MA.

3.  Laposata, M. Editor, 2002.  Laboratory Medicine: Clinical Pathology in the Practice of Medicine.  ASCP Press.  Chicago, IL.

4.  Laposata, M. Editor, 2010.  Laboratory Medicine: The Diagnosis of Disease in the Clinical Laboratory, First Edition.  (Lange series textbook).  McGraw-Hill.  New York. Author or co-author of seven chapters in this textbook. (With translations into Italian and Chinese)

5.  Laposata, M.  2010-2013.  Coagulation Disorders: Quality in Laboratory Diagnosis and editor for entire series of 6 textbooks for Quality in Laboratory Diagnosis (Laboratory Management, Clinical Microbiology, Transfusion Medicine, Clinical Chemistry, and Hematology/Clinical Immunology).  Demos Medical Publishers.  New York.

6.  Laposata, M., editor with S.E. Melanson, and D.S. Alter, Associate Eds.  2013.  Laboratory Medicine.  Publisher – Decision Support in Medicine (Electronic Program).

7.  Laposata, M. Editor, 2014.  Laboratory Medicine: The Diagnosis of Disease in the Clinical Laboratory. Second Edition. (Lange series textbook).  McGraw-Hill.  New York.  Author or co-author of seven chapters in this textbook.

8.  Laposata, M.  Clinical Diagnostic Tests:  How to Avoid Errors in Order Tests and Interpreting Results.  2016. Demos Medical Publishers.  New York.

9.  Laposata, M. Editor, 2019.  Laposata's Laboratory Medicine:  The Diagnosis of Disease in the Clinical Laboratory.  Third Edition. (Lange Series textbook).  McGraw-Hill.  New York.

10.  Laposata, M., McCaffrey, P. 2022. Clinical Laboratory Methods: Atlas of Commonly Performed Tests and Molecular Test Methods. McGraw-Hill. New York.

Book Chapters:

1.    Zurier, R.B., D.G.  Baker, D. DeMarco, J.C. Fantone, M. Laposata, D. Santoli, and G.
      Tate.  1990.  Anti-inflammatory Effects of Gamma Linolenic Acid: Studies in Animals and
      Cultured Cells.  In Omega-6 Essential Fatty Acids:  Pathophysiology and Roles in Clinical
      Medicine pp 203-221.  Alan R. Liss Publishers, New York.

2.    Yang, J., M. Laposata, and K.B. Lewandrowski.  1996.  Algorithmic Diagnosis.  In
      Handbook of Clinical Automation, Robotics and Optimization.  G. J. Kost, ed. John Wiley
      & Sons, Inc. Publishers, New York. pp. 911-928.

3.    Van Cott, E.M. and M. Laposata.  2001.  Coagulation, Fibrinolysis and hypercoagulation.
      In:  Henry, J.B., ed.  Clinical Diagnosis and Management by Laboratory Methods, 20th ed.
      WB Saunders Company, New York.  pp. 642-659.

4.    Szczepiorkowski, Z.M. and M. Laposata.  2001.  Fatty Acid Ethyl Esters:  Toxic
      Nonoxidative Metabolites of Ethanol. In Mostofsky, D. et al. eds.  Fatty Acids:
      Physiological and Behavioral Functions, Humana Press, Totowa, NJ.

5.    Van Cott, E.M. and M. Laposata.  2001.  Coagulation.  In Jacobs DS et al, ed.  The
      Laboratory Test Handbook, 5th ed.  Lexi-Comp, Cleveland.  pp. 327-358.

6.    Abel, G.A. and M. Laposata.  Lipids and Lipoproteins.  2002.  In McClatchey, K.A., ed.
      Clinical Laboratory Medicine, 2nd ed. Lippincott, Williams and Wilkins, Baltimore.  pp. 306-
      321.

7.    Abel, G.A. and M. Laposata.  2002.  Lipids, Lipoproteins, and Cardiovascular Risk
      Assessment.  In Lewandrowski, K.B. ed. Clinical Chemistry: Laboratory Management,
      Analytical Principles, and Clinical Correlations.  Lippincott, Williams and Wilkins,
      Baltimore.  pp. 575-591.

8.    Refaai, M.A. and M. Laposata. Platelet Count.  2002.  In Michaelson, A.E., ed. Platelets.
      Academic Press, Boston.  pp. 279-282.

9.    Refaai, M.A. and M. Laposata.  2002.  Platelet Aggregation.  In Michaelson, A.E., ed.
      Platelets.  Academic Press, Boston.  pp. 291-296.

10.   Nazarian, R.M. and M. Laposata.  Anticoagulant Therapies, 2007.  In McKean, S.,
      Halasyamani, L., Bennett A.L., eds.  Hospital Medicine: Just the Facts.  McGraw-Hill,
      USA, New York.

11.   Laposata, M. and C. Soupir.  2008.  In Kleinman, R.E. ed.  Conversion of SI Units.
      Pediatric Nutrition Handbook. Am. Acad. of Pediatr.

12.   Laposata, M.  Laboratory Medicine.  Publisher – Decision Support in Medicine (Electronic
      Program).  Chapters:  "Antiphospholipid Antibody Syndrome ," "Antiplasmin Deficiency,"
      "Factor V Deficiency – Acquired,"  "Factor VIII Inhibitors in Patients With Congenital
      Factor VIII Deficiency," "Factor VIII Inhibitors in Patients Without Congenital Factor VIII
      Deficiency," "Hemophilia A (Factor VIII Deficiency) – Congenital," "Hemophilia B (Factor
      IX Deficiency) – Acquired," "Hemophilia B (Factor IX Deficiency) – Congenital," "Platelet
      Function Disorder Produced by Glycoprotein IIb/IIIa Inhibitors," "Von Willebrand Disease

– Congenital," "Von Willebrand Disease – Acquired." in Clinical Decision Support: Laboratory Medicine.  Edited by Laposata M, Alter D, Melanson SEF.  2013.  Decision Support in Medicine, LLC, Wilmington, DE.

13.    Laposata, M.  Concepts in Laboratory Medicine, 2019.  In Laposata M, ed. Laposata's Laboratory Medicine:  The Diagnosis of Disease in the Clinical Laboratory.  Third Edition. (Lange Series textbook).  McGraw-Hill.  China. pp. 1-17.

14.    Laposata, M., J. H. Nichols, P. Steele, T. P. Stricker, and M.K. Sarkar. Methods, 2019.  In Laposata M, ed. Laposata's Laboratory Medicine:  The Diagnosis of Disease in the Clinical Laboratory.  Third Edition. (Lange Series textbook).  McGraw-Hill.  China. pp. 19-71.

15.    Nichols J.H, N. J. Rutherford, and M. Laposata.  Toxicology, 2019.  In Laposata M, ed. Laposata's Laboratory Medicine:  The Diagnosis of Disease in the Clinical Laboratory.  Third Edition. (Lange Series textbook).  McGraw-Hill.  China. pp. 177-203.

16.    Laposata, M. Blood Vessels, 2019.  In Laposata M, ed. Laposata's Laboratory Medicine:  The Diagnosis of Disease in the Clinical Laboratory.  Third Edition. (Lange Series textbook).  McGraw-Hill.  China. pp. 217-203.

17.    Van Cott, E.M., and M. Laposata.  Bleeding and Thrombotic Disorders, 2019.  In Laposata M, ed. Laposata's Laboratory Medicine:  The Diagnosis of Disease in the Clinical Laboratory.  Third Edition. (Lange Series textbook).  McGraw-Hill.  China. pp. 281-319.

18.    Laposata, M.  The Gastrointestinal Tract, 2019.  In Laposata M, ed. Laposata's Laboratory Medicine:  The Diagnosis of Disease in the Clinical Laboratory.  Third Edition. (Lange Series textbook).  McGraw-Hill.  China. pp. 389-397.

19.    Alter, D.N., and M. Laposata.  Pancreatic Disorders, 2019.  In Laposata M, ed. Laposata's Laboratory Medicine:  The Diagnosis of Disease in the Clinical Laboratory.  Third Edition. (Lange Series textbook).  McGraw-Hill.  China. pp. 417-429.

20.    Woodworth, A., V. Lakhani, and M. Laposata.  The Endocrine System, 2019.  In Laposata M, ed. Laposata's Laboratory Medicine:  The Diagnosis of Disease in the Clinical Laboratory.  Third Edition. (Lange Series textbook).  McGraw-Hill.  China. pp. 481-532.

New England Journal of Medicine Clinicopathologic Conferences & Related Material:
1.    Jordan, C.D., J.G. Flood, M. Laposata, and K.B. Lewandrowski.  1992. Normal reference laboratory values.  N. Engl. J. Med. 327:718-724.

2.    Handin, R.H. and M. Laposata.  1993.  A 72-year-old woman with a coagulopathy and bilateral thigh masses.  N. Engl. J. Med.  328:121-128.

3.    Cines, D.B. and M. Laposata.  1995.  A 70-year old woman with recent breast cancer, atrial fibrillation, and the rapid onset of petechiae and neurologic deterioration.  N. Engl. J. Med. 332:1363-1370.

4.    Rennke, H.G. and M. Laposata.  1999.  A 54-year old woman with acute renal failure and thrombocytopenia.  N. Engl. J. Med. 340:1900-1908.

5.    Laposata, M., E.M. Van Cott, and M. Lev. 2007.  A woman with epistaxis, hematemesis, and altered mental status.  N. Engl. J. Med.  356:174-182.

6.    Dzik, W.H., M. Laposata, M. Hertl, W.S. Sandberg, M. Chatterji, and J. Misdraji.  2008.  Case records of the Massachusetts General Hospital. Case 38-2008.  A 58-year-old man with hemophilia A, hepatocellular carcinoma, and intractable bleeding. N. Engl. J. Med. 359:2587-2597.

Editorials:

1.    Laposata, M. and J. Teruya.  1990.  Reappraisal of preoperative coagulation testing.  Am. J. Clin. Pathol. 94:795-796.

2.    Laposata, M.  1999.  The prothrombin G20210A mutation: A new high-prevalence congenital risk factor for thrombosis.  Gastroenterology. 116:213-215.

3.    Laposata, M.  2001. Point-of-care testing in coagulation:  Stepping gently forward.  Clin. Chem. 47:801-802.

4.    Laposata, M.  2004. Patient specific narrative interpretations of complex clinical laboratory evaluations: Who is competent to provide them?  Clin. Chem. 50:471-472.

5.    Plebani, M. and M. Laposata. 2006.  Translational research involving new biomarkers of disease: A leading role for the pathologist.  Am. J. Clin. Path. 126:1-3.

6.    Laposata, M., M.A. Proytcheva, J.C. Rutledge, and C.W. Stratton.  2010.  Professional quality assurance in laboratory medicine: What about the competency of laboratory directors?  Am. J. Clin. Path. 134:706-708.

7.    Marques, M.B., J. Anastasi, E. Ashwood, B. Baron, R. Fitzgerald, M. Fung, M. Krasowski, M. Laposata, T. Nester, and H. Rinder.  2010.  The clinical pathologist as consultant.  Am. J. Clin. Path. 135:11-12.

8.    Laposata, M.  2012.  Teaching laboratory management to pathology residents:  What skill set are we trying to impart?  Am. J. Clin. Path. 137:16-18.

9.    Laposata, M.  2014.  Errors in clinical laboratory test selection and result interpretation:  Commonly unrecognized mistakes as a cause of poor patient outcome.  Diagnosis 1:85-87.

11.    Laposata, M., M.B. Cohen.  2016.  It's our turn:  Implications from the Institute of Medicine's Report on Diagnostic Error.  Arch. Pathol. Lab. Med. 140:505-507.

12.    Laposata, M.  2016.  Insufficient teaching of laboratory medicine in US medical schools.  Acad. Pathol. 3:1-2.

13.    Laposata, M.  A new kind of autopsy for 21st century medicine. 2017.  Arch. Pathol. Lab. Med. 141:887-888.

14.    Laposata, M.  2017.  Why have doctors stopped asking for autopsies?  Will a different type of autopsy change this?   Autops. Case Rep. 7:1-2.

15.    Plebani, M, M. Laposata, and G. Lippi.  2019.  A manifesto for the future of laboratory medicine professions.  Clin. Chem. Acta. 489:49-52.

Letters:
1.    Laposata, M. 1988.  Academic promotion at a Medical School (letter). N. Engl. J. Med. 319, 799.

2.    Conjoint Task Force on Clinical Pathology Residency Training (M. Laposata one of ten contributors).  1995.  Gralyn Conference Report:  Recommendations for reform of clinical pathology residency training.  Am. J. Clin. Path. 103:127-129.

3.    Lewandrowski, K.B. and M. Laposata.  1995.  Correspondence:  Bedside Capillary Glucose Testing.  Am. J. Med.  99:576-577.

4.    Van Cott, E.M. and M. Laposata.  2001.  Cysteine and venous thrombosis: A case report. Am. J. Clin. Path. 117:165.

5.    Laposata, M., B.P. O'Sullivan, S.D. Freedman.  2004.  Eicosanoids in Cystic Fibrosis.  N. Engl. J. Med. 350:2000-2001.

6.    Piva, E., L. Sciacovelli, M. Zaninotto, M. Plebani, M. Laposata.  2012.  Critical laboratory results: Communication is just one of the problems.  Am. J. Clin. Path.  137:164.

Non-Peer Reviewed Articles:
1.    Dzieczkowski, J., K.B. Lewandrowski, and M. Laposata.  1991.  The laboratory diagnosis of pheochromocytoma.  Am. Soc. Clin. Pathol. Clinical Chemistry Check Sample Vol. 31, No. 4.

2.    Laposata, M.  1992.  Algorithms for diagnosis of disorders in hemostasis.  Booklet printed by Coulter/Instrumentation Laboratories.

3.    Teruya, J. and M. Laposata.  1993.  Lipids:  Biochemistry to clinical significance.  Am. Soc. Clin. Pathol.  Clinical Chemistry Check Sample.  Vol. 33, No. 6.

4.    Laposata, M.  1997.  Fatty acid ethyl esters:  Ethanol metabolites with a role in ethanol-induced organ damage and monitoring ethanol intake.  Newsletter for the International Society for the Study of Fatty Acids and Lipids (ISSFAL). 4:9-15.

5.    Laposata, M.  1997.  Fatty acid ethyl ester:  A new marker for ethanol intake.  Lab Medica International.  14:12-14.

6.    Laposata, M.  1997.  Fatty acids: The dangerous and not-so-dangerous.  Med. Lab. Observer.  29:40-49.

7.    Laposata, M. and D.H. MacMillan.  1998.  Reflex testing and its significance in the world of managed care.  Lab. Med. 29:595-596.

8.    Laposata, M. 1998.  Providing more than just a test result:  The value-added services from the MGH clinical laboratory.  Newsletter of the Arizona Society of Pathologists.  IX, 1-9.

9.      Laposata, M.  1998.  Fatty acid ethyl esters:  Non-oxidative metabolites of ethanol. Addiction Biol 3:5-14.

10.     Laposata, M. and E.M. Van Cott.  2000.  How to work up hypercoagulability.  CAP Today; 15:24-26.

11.     Laposata, M.  2001.  Providing value added services.  Advance, 9:14-15.

12.     MacMillan, D.H. and M. Laposata.  2001.  Consultation in clinical pathology and the Internet: A new service.  Advance, 10:18-20.

13.     Soderberg, B.L. and M. Laposata.  2001.  Fatty acid ethyl esters: Markers of ethanol intake.  American Clinical Laboratory, September, pp.18-20.

14.     Laposata, M. and E.M. Van Cott.  2002.  Current approaches to the work-up of hypercoagulability.  News path.  A publication of the College of American Pathologists. Winter.

15.     MacMillan, D.H. and M. Laposata.  2002.  Income opportunities for lab medicine. Advance, 11:35-37.

16.     Van Cott, E.M. and M. Laposata.  2003.  Algorithms for hypercoagulability testing.  Lab. Med. 34:216-222.

17.     Refaai, M., and M. Laposata.  2003.  A primer on bleeding and thrombotic disorders. Advance.  April: 46-55.

18.     Dighe, A.S. and M. Laposata. 2004. Making laboratory more valuable to physicians and patients. Bulletin of the Royal College of Pathologists. 127: July: 11-14.

19.     Dighe, A.S. and Laposata, M.L. 2004. Making the laboratory a partner in patient safety. Clinical Leadership & Management Review, 18:356-60.

20.     Laposata, M.  2014.  How can a Diagnostic Management Team improve patient care and save money?  Long-standing and rapidly worsening problem of obtaining an accurate diagnosis quickly.  NACB – Scientific Shorts (formerly NACB Blog).

21.     Laposata M.  2017.  Curing our diagnostic disorder:  The disease has a variety of symptoms:  Medical errors, poor utilization management, professional misunderstandings.  Could the diagnostic management team prove to be a panacea? *The Pathologist* (feature article).


Scholarly Works:
1.      Laposata, M. and Rohde, R.E.  2018.  Preventing diagnostic errors by uniting the clinical laboratory with direct patient care.

**INVITED LECTURES AT SYMPOSIA AND CONFERENCES:**

Academy of Clinical Laboratory Physicians and Scientists National Meeting, Philadelphia, PA. June 1987.  "Control of Prostaglandin Production by Fatty Acid Supply."

Academy of Clinical Laboratory Physicians and Scientists National Meeting, Philadelphia, PA. June 1987.  "Monitoring Anticoagulant Therapy."

Blood Bank Association of New York State Annual Meeting, Syracuse, NY.  June 1988. "Secondary Hemostasis."

Association of Pathology Chairperson's Annual Meeting, Aspen, CO.  July 1990.  "Why Medical Students Choose Careers in Pathology."

American Society of Hematology/International Society of Hematology, Boston, MA.  December 1990.  "Clinical Utility of Platelet Aggregometry."

General Surgery Continuing Education Course, Harvard Medical School, Boston, MA. September/October 1990-1995 (annually).  "Preoperative and Postoperative Evaluation of Hemostasis."

American Society of Clinical Pathologists National Meeting, Nashville, TN.  March 1991. "Development of a Residency Training Program in Laboratory Medicine."

Hungarian National Academy of Sciences, Budapest, Hungary.  September 1991.  "Laboratory Medicine Training in the United States."

The Ontario Medical Association Annual Meeting, Toronto, Canada.  October 1991.  "The Rapidly Evolving Specialty of Laboratory Medicine."

Academy of Clinical Laboratory Physicians & Scientists National Meeting, San Francisco, CA. June 1992.  "Laboratory Medicine Teaching Programs for Medical Students in the Basic Science Curriculum."

Canadian Association of Pathologists National Meeting, Toronto, ONT. June 1992.  "The Role of the Clinical Laboratory in Patient Care".

42nd Congress of the Hungarian Society of Clinical Pathology, Veszprem, Hungary.  September 1992.  "The Practice of Clinical Pathology in the U.S."

ASCP/CAP National Meeting, Las Vegas, NV.  October 1992.  "Graduated Responsibility for Residents in Clinical Pathology."

ASCP/CAP National Meeting, Las Vegas, NV.  October 1992.  "Platelet Aggregation Studies."

Coagulation Resource Committee of the College of American Pathologists, Lake Buena Vista, FL.  January 1993.  "Bedside Testing in Coagulation."

ASCP/CAP National Meeting, Multiple Sites.  1992-1995 (annually).  "Lipids: Biochemistry to Clinical Significance."  Half-Day Workshop.

Mid-Atlantic Lipid Research Symposium, Atlantic City, NJ.  May 1994.  "The Covalent Binding of Fatty Acids to Proteins:  A Metabolic Pathway of Increasing Complexity."

Second International Round Table Conference on Fatty Acids in Cell Signaling (35 scientists by invitation only), Madison, WI.  June 1994.  "Fatty Acid Ethyl Esters:  Toxic Ethanol Metabolites."

Northeast Chapter of the American Association for Clinical Chemistry, October 1994.  "Alternate Site Laboratory Testing."

ASCP/CAP National Meeting, Washington, D.C. October 1994.  "The Introductory Rotation in Clinical Pathology Residency Training."

ASCP/CAP National Meeting, Washington, D.C. October 1994.  "Stump the Stars: Review of Clinical Cases by Expert Panelists."

ASCP/CAP National Meeting, Washington, D.C. October 1994.  "Should This Test Be Done: Lipid Screening Tests."

Management Decisions for the General Surgeon Continuing Education Course, Harvard Medical School, Boston, MA.  October 1994.  "Necessity for Blood Transfusion Therapy" and September 1995 "The Diagnosis of Hypercoagulable States."

Anesthesia Review and Update Continuing Education Course, Harvard Medical School, Boston, MA.  1994-2013 (annually).  "Why Doesn't the Blood Clot?"

Intensive Care Medicine Continuing Education Course, Harvard Medical School, Boston, MA.  1994-2007 (annually).  "Diagnosis and Management of Coagulation Disorders."

Annual Review for Dental Practitioners - Continuing Education Course, Harvard Medical School, April 1994-1996 (annually).  "Coagulopathies."

College of American Pathologists Symposium on Alternate Site Testing, Washington, DC.  January 1995.  "A Successful Model of Bedside Glucose Testing."

Fifth Annual Symposium on Coagulation Testing Sponsored by the Bio-Data Corporation, Philadelphia, PA.  March 1995.  "Bedside Coagulation Testing."

Ninth Annual Meeting of Northeast Section of American Association of Clinical Chemistry, Clinical Laboratory Management Association, and Clinical Ligand Society, Danvers, MA.  May 1995.  "Cost & Quality in Point-of-Care Testing."

International Society for the Study of Fatty Acids & Lipids (ISSFAL), Bethesda, MD.  June 1995.  "Thioesterification of Platelet Proteins with Saturated and Polyunsaturated Fatty Acids."

ASCP/CAP National Meeting, New Orleans, LA.  September 1995.  "Bedside Glucose Testing: The Facts and Nothing but the Facts."

Tenth Annual Meeting of the Northeast Section of the Clinical Laboratory Management Association and the Clinical Ligand Assay Society, Boxborough, MA.  May 1996.  "Point of Care Testing at the Massachusetts General Hospital."

Scientific Symposium on Anticoagulation Monitoring, Dedham, MA.  June 1996.  "The Therapeutic Use and Clinical Laboratory Monitoring of Low Molecular Weight Heparin."

Third International Round Table Conference on Fatty Acids in Cell Signaling (35 scientists by invitation only), Maastricht, The Netherlands.  July 1996.  Fatty Acids Covalently Bound to Platelet Proteins in the Native State."

20th Annual Arnold O. Beckman Conference.  New Orleans, LA.  February 1997.  "Alcoholic Liver Disease:  Short Term and Long-Term Markers of Ethanol Intake."

Biomedical Marketing Association, Boston, MA.  March 1997.  "Maximizing the Output and Diagnostic Testing in the Clinical Laboratory."

ASCP Advisory Council Meeting.  Chicago, IL.  April 1997.  "Clinical Pathology:  Its Evolution into a Laboratory Test Interpretive Service Indispensable to Clinicians."

American Association for Clinical Chemistry/Clinical Ligand Society, Boston, MA.  May 1997.  "Cardiology & the Clinical Laboratory:  Thrombosis and Hemostasis in Myocardial Infarction."

American Association of Clinical Chemistry National Meeting, Atlanta, GA.  July 1997.  "The Clinical Impact of Point of Care Testing."

Controversies in Critical Care, Society of Critical Care Medicine Meeting, Boston, MA.  September 1997.  "Does Point of Care Testing Improve Patient Care and Is It Cost Effective?"

Integrating Point-of-Care Testing with Continuity of Care: Effects on Outcome, Meeting of the National Academy of Biochemistry.  Philadelphia, PA.  September 1997.  "Case Studies on Point of Care Testing."

ASCP/CAP National Meeting, Philadelphia, PA.  September 1997.  "The New Role of the Pathologist as a Direct Medical Consultant."

Breakthroughs in Pathology, National ASCP/CAP meeting, Philadelphia, PA.  September 1997.  "New Markers for Monitoring Ethanol Intake."

College of American Pathologists Consensus Conference on Anticoagulant Monitoring.  Atlanta, GA.  October 1997.  "Leader of Session to Formulate Recommendations for Monitoring Low Molecular Weight Heparin, Danaparoid, Hirudin, and Argatroban."

Northeastern Chapter, American Association of Clinical Chemistry meeting, Waltham, MA.  November 1997.  "Chemical Diagnosis of Alcoholism."

College of American Pathologists Conference on Automated Information Management in the Clinical Laboratory, Ann Arbor, MI.  May 1998.  "The Pathologist as a Direct Medical Consultant." Academy of Clinical Laboratory Physicians and Scientists National Meeting, Boston, MA.  June 1998.  "Narrative Interpretations in the Clinical Laboratory:  The Basic Concepts."

International Society for the Study of Fatty Acids and Lipids (ISSFAL).  Lyon, France.  June 1998.  "Covalent Modification of Proteins by Fatty Acids."

International Society for the Study of Fatty Acids and Lipids (ISSFAL).  Lyon, France.  June 1998.  "Fatty Acid Ethyl Esters:  Nonoxidative Metabolites of Ethanol."

Fourth International Roundtable on Fatty Acids in Cell Signaling, (30 scientists by invitation only)  Chatham, MA.  June 1998.  "Fatty Acid Ethyl Esters:  Ethanol Metabolites with a Role in Organ Damage and Ethanol Monitoring."

Biomedical Marketing Association, Philadelphia, PA.  August 1998.  "Current Trends in Clinical Laboratories."

Brazilian Congress of Clinical Pathology, Rio de Janeiro, Brazil.  September 1998.  "Redefining Expectations of Clinical Laboratory Services."

Association of Pathology Chairpersons - Northeast Section, Bermuda.  October 1998.  "The Added Value of the Clinical Pathologist in the Practice of Laboratory Medicine."

College of American Pathologists Conference on Automated Information in the Clinical Laboratory, Executive Briefing, Ann Arbor, MI.  May 1999.  "Enhanced Clinical Consulting: Getting Closer to the Sweet Spot."

Fourth International Bayer Diagnostics Laboratory Testing Symposium, Tucson, AZ.  June 1999.  "A Clinician's View of the Future."

Associations of Pathology Chairs/Pathology Residency Program Directors Meeting, Boulder, CO.  July 1999.  Workshop entitled, "Training Pathologists to be Clinical Consultants:  Providing Added Value-Let's Get Real!"

ASCP/CAP National Meeting, New Orleans, LA.  September 1999.  "Clinical Pathology Narrative Interpretations - How to do Them and How to Get Paid for Them."

Conference of Maine Physicians, Scarborough, ME.  October 1999.  "Low Molecular Weight Heparin:  When and How to Use it and Monitor its Effect."

Advancing Pathology Informatics, Imaging and the Internet, Pittsburgh, PA.  October 1999.  "The Pathologist as Digital Consultant:  The Enhanced Clinical Consultation."

American Society for Clinical Laboratory Scientists 1999 National Meeting for Advanced Hematology and Hemostasis, Providence, RI.  October 1999.  "Providing More than Just a Coagulation Test Result:  The Value-Added Clinical Laboratory Services at the Massachusetts General Hospital."

7th Annual Progress in Clinical Pathology, Dallas, TX.  March 2000.  "Diagnosis and Treatment of Hypercoagulability."

American Association for Clinical Chemistry, Connecticut Valley Section, Hartford, CT.  March 2000.  "One of Five is Predisposed to Thrombosis - Are You One and Do You Want to Find Out?"

Twelfth Annual Lectures in Contemporary Hemostasis and Thrombosis, Miami, FL.  March 2000.  "Diagnostic Mistakes in Coagulation with Catastrophic Outcomes."

7th Annual Progress in Clinical Pathology, Dallas, TX.  March 2000.  "Redefining the Role of the Clinical Laboratory: Clinical Pathology for the New Millennium."

Resident Physician Forum, American Society of Clinical Pathologists National Meeting, Boston, MA.  April 2000.  "Emerging Changes in the Field of Laboratory Medicine."

New England Sunquest Users Group, Sturbridge, MA.  April 2000.  "The Value-Added Clinical Laboratory Services at the Massachusetts General Hospital."

2000 Executive War College on Lab and Pathology Management, New Orleans, LA.  May 2000.  "Clinical Pathology Professional Services for Which Managed Care Companies Will Reimburse."

Evidence-Based Medicine: Optimizing Decision-Making to Improve Patient Care, Arlington, VA.  May 2000.  "The Role of Evidence-Based Medicine in Medical Decision Making-Case Studies in Hemostasis" and "Techniques to Improve Physicians' Use of Diagnostic Tests."

The 5th International Bayer Diagnostics Laboratory Symposium, Seville, Spain.  June 2000.  "The Future and Ethics of Screening and Preventive Medicine."

Symposium on Anticoagulation Management in the 21st Century, Brooklyn, NY.  June 2000.  "Outpatient Management of Deep Vein Thrombosis Using Low Molecular Weight Heparin."

Role of the Laboratory in the Treatment of Patients, Mayo Symposium, Prouts Neck, ME.  June 2000.  "The Diagnosis and Treatment of Hypercoagulable States."

Sharp Health Care, Educational Symposium for the Physicians in the Sharp Health Care System, San Diego, CA.  October 2000. "Reducing Error through Appropriate Test Ordering."

ASCP/CAP National Meeting, San Diego, CA.  October 2000.  "Clinical Pathology Narrative Interpretations:  How to Do Them and How to Get Paid."

Illinois Society of Pathologists 2000 Fall Meeting, Rosemont, IL.  November 2000.  "A Complete Re-Definition of the Services Provided by the Clinical Laboratory."

American Association of Clinical Chemistry and the College of American Pathologists Symposium on the Clinical Laboratory Meets the Internet, Miami, FL.  February 2001.  "Enhanced Clinical Consulting Meets the Web."

2001 Executive War College on Lab and Pathology Management, Cincinnati, OH.  May 2001.  "Converting Lab Test Results into the Value-Added Services Wanted by Physicians and HMOs" and "Doing It Right: How Clinical Pathologists Can Build Value-Added Professional Opinions into Lab Test Reports."

Automated Information Management in the Clinical Laboratory Symposium, Ann Arbor, Michigan.  May 2001.  "Enhanced Clinical Consulting:  Moving Toward the Core Competencies of Lab Professionals."

Symposium on Expanding the Horizons of Antithrombotic Therapy, Staten Island, NY.  May 2001.  "Diagnosis and Treatment of Hypercoagulable States".

24th Annual Meeting of the Research Society on Alcoholism, Montreal, Canada.  June 2001.  "Role of Fatty Acid Ethyl Esters in Alcohol Induced Organ Damage."

Cellular & Molecular Aspects of Omega-3 Fatty Acids and Cancer Symposium, Breckenridge, CO.  June 2001.  "Fatty Acid Metabolism in Chronic Alcoholism, an Induction State for Hepatocellular Carcinoma."

The Fifth International Conference on Fatty Acids and Cell Signaling, Gargano, Italy.  September 2001.  "Fatty Acid Ethyl Esters: Their Role in Ethanol – Induced Cell Injury and Monitoring Ethanol Intake."

ASCP/CAP National Meetings, Philadelphia, PA.  October 2001.  "The Clinical Laboratory Meets the Internet: Strategies and Solutions."

International Conference on Laboratory Medicine – Continuous Education, Duties, and Responsibilities of Professionals in Medical Laboratories, Padua, Italy.  October 2001.  "Enhanced Clinical Consulting: Moving Toward the Core Competencies of Laboratory Professionals."

Lab Med 2001 Symposium, New York City, NY.  October 2001.  "Genetic Markers of Hemostasis."

Audioconference for American Association for Clinical Chemistry.  February 2002.  "Point of Care Testing for Coagulation."

18th Annual Regional Meeting of the Clinical Laboratory Managers Association, Pittsburgh, PA.  March 2002.  "Redefining Expectations from the Clinical Laboratory."

9th Annual Progress in Clinical Pathology Symposium, Dallas, TX.  April 2002.  "Medical Errors in Reality" & "Evidenced-Based Medicine-Identifying Appropriate Tests for the Evaluation of Thrombophilia."

The Massachusetts Society of Pathologists Spring CME Program.  Newton, MA.  April 2002.  "The Diagnosis and Treatment of Hypercoagulable States."

19th Annual Hemostasis & Thrombosis Update, Philadelphia, PA.  April 2002.  "The Diagnosis & Treatment of Hypercoagulable States."

The 16th Annual Northeast Region Meeting of the Clinical Laboratory Management Association, Clinical Ligand Society and American Association of Clinical Chemistry.  Boxborough, MA.  April 2002.  "The Diagnosis & Treatment of Hypercoagulable States."

Pharmacia Sponsored Symposium, Portland, ME.  June 2002.  "Low Molecular Weight Heparin: Mechanism of Action, Indications and Monitoring."
"Issues in the Treatment of Women" Symposium of the American College of Obstetricians and Gynecologists, Burlington, MA, July 2002.  The Johns Figgs Jewet Memorial Lectureship "Thrombophilia in Pregnancy."

Greater New York Clinical Laboratory Management Association Program on the Early Diagnosis of Life Threatening Sepsis and DIC, New York City, NY, July 2002.  "Sepsis, Coagulation, and a Drug That Connects Them."

49

54th National Meeting of the American Association of Clinical Chemistry, Orlando, FL, July 2002. "Point of Care Coagulation Testing," "The Diagnosis of Bleeding Disorders," and "The Diagnosis of Thrombotic Disorders" (3 invited talks).

Dade Fall Conference 2002, Waltham, MA.  September 2002.  "The Diagnosis & Treatment of Hypercoagulable States."

Hawaii Society of Pathologists, Honolulu, HI.  October 2002.  "Redefining Expectations from the Clinical Laboratory."

Birmingham Fall Hemostasis Symposium, Birmingham, AL.  October 2002.  "Hypercoagulable States."

American Thrombosis Institute, Public Educational Symposium on Thrombosis, Mountain Brook, AL.  October 2002.  "Blood Clots – Am I at Risk?"

XVI Congress Latinoamericano de Patologia Clinica VI and Congreso Iberoamericano de Medicina Transfusion, Acapulco, MX.  November 2002.  "Redefinition of Clinical Laboratory Services."

Safe Transitions in Anticoagulation Therapy Symposium, Boston, MA.  February 2003. "Overview of Normal Hemostasis and Thrombosis.

Houston City Wide Hematology Conference, Houston, TX.  March 2003.  "Hypercoagulable States and the 2001 Consensus Conference Recommendations for Thrombophilia Testing."

New York State Society of Pathologists, 34th Annual Continuing Education Meeting, Binghamton, NY.  May 2003.  "Hypercoagulability."

Dade Behring Hemostasis Symposium, Raleigh-Durham, NC.  May 2003.  "A Complete Redefinition of the Services Provided by the Clinical Laboratory."

Automated Information Management in the Clinical Laboratory, 21st annual symposium, Ann Arbor, MI.  May 2003.  "How to Turn Laboratory Consulting into a Revenue-generating Operation."

Dade Behring Hemostasis Symposium, Raleigh-Durham, NC.  May 2003.  "A Complete Redefinition of the Services Provided by the Clinical Laboratory."

Automated Information Management in the Clinical Laboratory, 21st annual symposium, Ann Arbor, MI.  May 2003.  "How to Turn Laboratory Consulting into a Revenue-generating Operation."

The 6th International Conference on Fatty Acids and Cell Signaling.  Bethesda, MD.  July 2003. "Fatty Acid Ethyl Esters in Red Blood Cells and Platelets."

Alcohol Birth through Death Conference sponsored by the California Association of Toxicologists.  Santa Rosa, Ca.  August 2003.  "Fatty Acid Ethyl Esters as Postmortem Markers of Premortem Ethanol Intake."

30th Meeting of the New England Society for Vascular Surgery, Newport, RI.  September 2003. "Diagnosis of Hypercoagulable States."

Advances in Rheumatology, Continuing Education Course, Harvard Medical School, Boston, MA. September 2003.  "Hypercoagulability Testing:  Current Practice to Assess Thrombotic Risk."

Cancer Medicine and Hematology, Harvard Medical School Continuing Education Course, September 2003.  "Case Management Problems in Coagulation

Washington G-2 reports, 21st Annual Lab Institute.  Arlington, VA. October 2003. "Lab & Pathology Trailblazers: Early Adapter Solutions and Strategies."

Washington G-2 reports, Achieving Outreach Leadership for Lab & Pathology Services: Positioning your Program for Success, Atlanta, GA.  February 2004.  "Succeeding in the Outreach Market: Applying Critical IT Solutions."

Frontiers in Laboratory Medicine 2004: Changing Process, Improving Outcomes, Manchester, England.  February 2004.  "Making Laboratory Medicine More Valuable to Physicians and Patients."

Cardiology and Cardiac Surgery Practice Management Rounds, Massachusetts General Hospital, Boston, MA.  February 2004.  "The Pathogenesis, Diagnosis, and Treatment of Heparin-Inducted Thrombocytopenia."

Lab Infotech Summit, Las Vegas, NV.  March 2004.  "Clinical Laboratory Consulting: Quality and Financial Implications."

5th Annual Louisiana Coagulation Conference, Metairie, LA.  March 2004.  "Diagnosis and Treatment of Thrombophilic States."

Centers for Disease Control and Prevention, Quality Institute Conference on "Making the Laboratory a Key Partner in Patient Safety," Atlanta, GA.  April 2004.  "Reducing Medical Errors by Providing Expert Advice in the Selection and Interpretation of Laboratory Tests."

Association of Clinical Scientists, Abraham J. Gitlitz Memorial Lecture as Keynote address at 124th Annual Meeting, Houston, TX.  May 2004.  "The Future of Physicians in Laboratory Medicine."

Harvard Medical School Anesthesia Review and Update 2004, Boston, MA.  May 2004.  "Why Doesn't the Blood Clot and Why Does the Blood Keep Clotting?"

17th Annual Research Conference of the Cystic Fibrosis Foundation, Williamsburg, VA. June 2004. "Fatty Acid Metabolism in Cystic Fibrosis: What Have We Learned in 20 Years and Where Do We Go From Here?"
University of Rome, Study Group on Liver Disease and Alcoholism, Rome, Italy.  June 2004. "Fatty Acid Ethyl Esters: Toxic Nonoxidative Metabolites of Ethanol."

Society of Hospital Medicine, 2004 Northeast Regional Meeting, Boston, MA.  June 2004. "Anticoagulants for the Practicing Hospitalist: Monitoring of New Agents, Pitfalls in the Use of Older Agents."

Current Concepts in Hemostasis Symposium, John F. Kennedy Library and Museum, Boston, MA. June 2004.  "Hypercoagulable States: Their Role in Thrombosis with Air Travel, Pregnancy, and Estrogen Supplementation."

Clinical Laboratory Management Association (CLMA), Bay State Chapter, Boston, MA. September 2004. "Laboratory Practices to Increase Patient Safety and Decrease Errors."

Advances in Anticoagulation Symposium, Massachusetts General Hospital, Boston, MA. October 2004.  "The Coagulation Cascade and Patients at Risk" and "Heparin-Inducted Thrombocytopenia."

Top Challenges in Laboratory Medicine Management, American Association of Clinical Chemistry, Dallas, TX.  December 2004.  "Clinical Utility: Making the Most of your Results."

Diagostica Stago National Sales Meeting, Palm Springs, CA.  February 2005.  "Characteristics of the Ideal Coagulation Laboratory Service Representative.

College of American Pathologists, National House of Delegates Meeting, San Antonio, TX. February 2005. "The Role of the Laboratory Medical Director."

2005 Institute for Quality in Laboratory Medicine Conference. Atlanta, GA. April 2005. "Ask the Experts Session."

Coagulation Symposium sponsored by Diagnostica Stago, New York City, NY. May 2005. "Thrombophilia."

Current Concepts and Controversies in Vascular and Endovascular Surgery Symposium, Boston, MA. May 2005. "What Surgeons Need to Know about Hypercoagulable States" and "HIT Syndrome: A Major Concern."

Anesthesia Review and Update 2005, Boston, MA. May 2005. "Why doesn't the blood clot and why does it clot too much?"

Scientific Symposiums, Hilton Head, SC. June 2005. "Bleeding Disorders."

Scientific Symposiums, Hilton Head, SC. June 2005. "Hypercoagulable States."

Scientific Symposium, Hilton Head, SC. June 2005. "Alcohol: The Good and the Bad."

Scientific Symposium, Hilton Head, SC. June 2005. "Evaluation of Cardiovascular Risk."

Harvard Medical School Continuing Education Course, Updates in Laboratory Medicine, Boston, MA. June 2005.  "Anticoagulants."

2005 Annual Meeting of the American Association for Clinical Chemistry, Orlando, FL. July 2005. "Value-Added Test Ordering and Interpreting Services Improve Safety and Effectiveness in Healthcare."

2005 Annual Meeting of the College of American Pathologists, Chicago, IL. September 2005. "Pathologist-Physician Communication," a presentation as part of the Practice Management Institute: Service and Quality.

1

College of American Pathologists Annual Meeting, San Diego, CA.  September 2006. "What the Pathologist Director Should Be Doing."

College of American Pathologists Annual Meeting, San Diego, CA.  September 2006.  "Pitfalls in Diagnosis."

Cancer Medicine and Hematology, Harvard Medical School Continuing Education Course. September 2006.  "Case Studies in Hemostasis".

Research Conference on Autism, Boston, MA.  October 2006.  "Fatty Acid Metabolism – Is It Relevant to Autism?"

The Ohio Society of Pathologists, Fall Meeting, Columbus, OH.  October 2006.  "What We Are Doing or Should Be Doing in Clinical Pathology."

Critical Care and Trauma Symposium, Boston, MA.  November 2006. "Diagnosing a Coagulopathy in the ICU."

Sixth Annual Florida East Coast Point of Care Conference, Cocoa Beach, FL.  November 2006. "POCT in Coagulation: The INR and Much More".

Vascular and Abdominal Interventional Radiology Conference, Massachusetts General Hospital, Boston, MA.  February 2007.  "Old Age and New Age Anticoagulants: How They Are Used, How They Are Monitored, and How They are Reversed."

Massachusetts General Hospital Vascular Summit:  A Comprehensive Update for the Primary Care Provider, Boston, MA.  March 2007.  "Special Course Lecture: Hypercoagulable States: Update on How, Who, and When to Screen."

New England Pathology Resident Forum.  Boston, MA.  April 2007.  "Coagulation Disorders."

New England Regional Chemistry Exposition (NERCE), Boxborough, MA.  April 2007.  "The Diagnosis and Treatment of Hypercoagulable States."

Anesthesia Review and Update, Harvard Continuing Medical Education Symposium, Boston, MA.  May 2007.  "Why Doesn't the Blood Clot?" and "Why Does the Blood Keep Clotting?"

Pulmonary and Critical Care, Harvard Continuing Medical Education Symposium, Boston, MA. May 2007.  "Coagulation."

Contemporary Practice of Vascular and Endovascular Surgery: What the Vascular Surgeon Needs to Know, Harvard Continuing Medical Education Symposium, Boston, MA.  June 2007. "Hypercoagulable States, Heparin-Induced Thrombocytopenia, and New Age Anticoagulants."

Cancer Related Emergencies Symposium, Massachusetts General Hospital, Boston, MA.  June 2007.  "Coagulopathies and DIC."

Fatty Acids in Cell Signaling – 8th Symposium, Quebec City, Canada.  June 2007.  "Fatty Acid Alterations in Cystic Fibrosis."

75th Annual Meeting of the American Society for Clinical Laboratory Sciences, Closing Keynote Address, San Diego, CA.  July 2007.  "Going Beyond the Performance of the Laboratory Test: What the Patients Need that Only You Can Give Them."

College of American Pathologists National Meeting, Chicago, IL.  October 2007.  Moderator and Speaker at Half-Day Workshop entitled "Practice Management Institute: Adding Value – The Indispensable Pathologist."

21st Annual North American Cystic Fibrosis Conference, Anaheim, CA.  October 2007.  "A Unifying Theory to Explain How CFTR Leads to the Lipid Abnormalities in CF and Altered Inflammatory Signaling" and "Introduction to Fatty Acid Metabolism."

Vascular Medicine Continuing Education Symposium Massachusetts General Hospital, Boston, MA.  October 2007.  "Anticoagulation Pathways."

Lab Institute 2007 G2 Reports, 25th Annual Meeting.  Growing Your Lab at the New Frontiers.  Arlington, VA, October 2007.  "Current Critical Issues: Molecular Diagnostics Testing."

Gastroenterology Research Conference, Beth Israel Deaconess Medical Center, Boston, MA.  November 2007. "Cystic Fibrosis: Fatty Acid Alterations and Fatty Acid Supplementation."

Applying Anatomic and Clinical Pathology to Reach a Diagnosis.  Harvard Continuing Medical Education Course.  "Lymphangitic Spread of Tumor and DIC" and "Patent Foramen Ovale and Hypercoagulable States."

Opening Keynote Address, Business & Financial Strategies for Molecular Diagnostics, Sponsored by Washington G-2 Reports, Cambridge, MA. May 2008.  "Molecular Diagnostics: Growing at New Frontiers."

Vascular Medicine Annual Meeting, San Diego, CA.  June 2008.  "Hypercoagulability in Vascular Disease:  When Should You Consider This, and What Tests Should You Order?"

American Association of Clinical Chemistry (AACC) National Meeting, Washington, D.C. July 2008 "Over diagnosis of Child Abuse Due to Undiagnosed Underlying Disease."

College of American Pathologists National Meeting, San Diego, CA.  September 2008.  Moderator and Speaker at Half-Day Workshop entitled "Practice Management Institute: Adding Value – The Indispensable Pathologist."

Tennessee Chapter, American Society of Clinical Laboratory Scientists, Nashville, TN.  September 2008. "Advising Clinicians on Test Selection and Result Interpretation."
13th Annual Anatomic Pathology Informatics (APIII), Pittsburgh, PA.  October 2008.  "Why Not New Delhi?  Is the Local Pathologist Dispensable?"

Keynote Address for the XXXVIII Mexico Congress on Clinical Pathology, Acapulco, Mexico.  October 2008.  "The Indispensable Role of the Clinical Pathologist."

22nd Annual North American Cystic Fibrosis Conference, Orlando, FL.  October 2008.  In the session on Fatty Acids: Crossroads of Nutrition and Science, "Monitoring Adequacy of Omega-3 Fatty Acid Intake."

American Academy of Pediatrics Premeeting Satellite Session on Diagnosis and Management of Coagulation Disorders, Boston, MA.  October 2008.  "Diagnosis and Treatment of Common Bleeding Disorders."

XXXVIII Mexican Congress on Clinical Pathology, Acapulco, Mexico.  October 2008.  Half-day symposium on "The Diagnosis and Treatment of Coagulation Disorders."

Keynote Address for American Society for Clinical Pathology Leadership Exchange, Philadelphia, PA.  March 2009.  "Expanding Your Role in Patient Care."

American Association of Clinical Chemistry, Professional Practice Course, Alexandria, VA.  April 2009.  "Diagnosis of Coagulation Disorders."

Keynote Address for Clinical Laboratory Scientists of Alaska, Anchorage, AK.  May 2009.  "Going Beyond the Laboratory Test:  What Patients Need that Only You Can Provide."

American Association of Clinical Chemistry National meeting, Chicago, IL.  July 2009.  "The Indispensable Laboratory Director."

American Association of Clinical Chemistry Awards Banquet Speaker, Upstate New York section, Verona, NY.  October 2009.  "The Role of the Laboratorian in Assisting Physicians in Test Selection and Result Interpretation."

The Clinical Laboratory Management Association of Central New York and the American Association of Clinical Chemistry Upstate New York sections, Verona, NY.  October 2009.  "Laboratory Tests in the Diagnosis of Bleeding and Thrombotic Disorders."

Harold Bernard Stroke and Neurosciences Symposium, Nashville, TN.  November 2009.  "Clotting Factors as a Risk for Stroke."

American Pathology Foundation Spring Conference, Las Vegas, NV.  March 2010.  "Clinical Pathology: Overcoming Barriers to Mainstream Implementation."

Keynote Address for American Society for Clinical Laboratory Scientists – Tennessee Annual Conference, Nashville, TN.  April 2010.  "Why Doctors Find It Difficult to Use the Clinical Laboratory Effectively."

FDA Symposium, Silver Spring, MD.  May 2010.  "Cost Effective Laboratory Testing:  New Programs to Help the Physician Choose the Right Tests and Correctly Interpret the Test Results."

American Association for Clinical Chemistry 2010 Annual Meeting, Anaheim, CA.  July 2010.  "Interpretive Comments from the Clinical Laboratory:  Essential for Patient Safety.  Clinical Consultation by Laboratory Directors:  Impact on Patient Safety and Outcome."

APIII and Lab Info Tech Summit 2010, Boston, MA.  September 2010.  "Barriers to Clinical Lab Interpretive Reporting."

College of American Pathologists Annual Meeting, Chicago, IL.  September 2010.  "Practice Management College: Adding Value – the Indispensable Pathologist."

Washington G-2 Reports, 28th Annual Lab Institute, Arlington, VA.  October 2010.  "Getting the Best Results: An Evolving Role for Pathologists and Lab Directors."

AACC New York Metro Section, New York, NY.  May 2011.  "Mistakes in Diagnostic Coagulation Made by Others – So You Will Not Make Them Yourself."

46th Academy of Clinical Laboratory Physicians and Scientists National Meeting, St. Louis, MO.  June 2011.  "Managing Send-out Costs – What Have You Tried, What Works and What Doesn't"

Keynote Address for Annual Meeting of the American Society for Clinical Laboratory Scientists (with Dr. James Meisel), Atlanta, GA.   July 2011.   "Getting to the Right Diagnosis with Laboratory Tests as Fast as Possible – The Challenges and Essential Role of the Medical Technologist in the New Healthcare Environment."

American Association of Clinical Chemistry National Meeting (with Drs. Julie Taylor, James Meisel, and Paul Epner), Atlanta, GA.   July 2011.   "Opportunities for Improvement in Physician's Utilization of Laboratory Testing for Better Patient Outcomes."

College of American Pathologists National Meeting.  Dallas, TX.  September. 2011. "The Best of Future scape" and "Antiplatelet Agents and Anticoagulants."

APIII and Lab Info Tech Summit 2011, Pittsburgh, PA.  October 2011.  "Improving Laboratory Test Selection and Results Interpretation."

Diagnostic Error in Medicine 2011, 4th International Conference, Chicago, IL, October 2011.  "Error in Test Selection and Result Interpretation:  A Major Source of Poor Patient Outcome."

Academy of Pathology and Laboratory Medicine of Puerto Rico Fall Meeting, Caguas, Puerto Rico.  October 2011.  "Coagulation Disorders:  Thrombosis", "Coagulation Disorders:  Bleeding", "Consultation by Clinical Pathologists on Laboratory Test Selection and Results Interpretation."

2011 American College of Veterinary Pathologists/American Society for Veterinary Clinical Pathology Concurrent Annual Meetings.  Nashville, TN.  December 2011.  "Diagnostic Management Team for Coagulation Disorders:  The Expert is Always Available."

7th New Orleans Coagulation Conference, Keynote Address.  New Orleans, LA.  February 2012.  "The Diagnostic Management Team in Coagulation at Vanderbilt:  How It Works and Its Clinical and Financial Impact."

G2 Intelligence, Pathology Institute, 2012.  Fort Lauderdale, FL.  February 2012.  "It Is a New World for Pathology Organizations:  Is Your Practice Advising Treating Physicians on Laboratory Tests Selection and Results Interpretation?"

The American Association for Clinical Chemistry Molecular Pathology Course, Chicago, IL.  May 2012.  "The PREDICT Program at Vanderbilt:  Acceptance by Practicing Physicians of Pharmacogenomic Testing."

Association of Pathology Chairs 2012 Meeting.  Monterey, CA.  July 2012.  "Addressing the Challenges of Laboratory Medicine Training in 3-4 Years," within the Laboratory Medicine and Management Training Forum.

Blood Bank Association of New York State, New York, NY.  June 2012.  "New Anticoagulants and Antiplatelet Agents."

National Meeting of the American Association for Clinical Chemistry.  Los Angeles, CA.  July 2012.  "Improving Physicians' Utilization of Laboratory Testing for Better Patient Outcomes."

National Meeting of the American Association for Clinical Chemistry.  Los Angeles, CA.  July 2012.  "The Essential Role of Interpretation in the Provision of Laboratory Services," within the workshop entitled "Enhancing Patient Safety and Patient Care by Effective Utilization of Laboratory Services."

American Society for Clinical Laboratory Sciences National Meeting, Keynote Address.  Los Angeles, CA.  July 2012.  "The Technologists Contribution after the Generation of the Test Result:  A New Role for the Clinical Laboratory Scientist in the Diagnostic Management Team."

College of American Pathologists National Meeting.  San Diego, CA.  September 2012.  Dueling Doctors:  A Discussion between Clinician and the Laboratory Director."

College of American Pathologists House of Delegates National Meeting.  San Diego, CA. September 2012.  "How the CAP is Helping You Make It Work in Your Practice:  The Diagnostic Management Team."

College of American Pathologists National Member Conversation.  San Diego, CA.  September 2012.  One of two panelist pathologists with a moderator discussing the transformation of pathology to a large group of pathologists.

Pacific Rim Pathology Group, Educational Seminar.  San Diego, CA.  September 2012.  "The Diagnostic Management Team and Vanderbilt."

49th Annual Intermountain States Seminar, Keynote Address.  Jackson Hole, WY.  September 2012.  "The Technologists' Contribution after the Generation of the Test Result: A New Role for the Medical Laboratory Scientist on the Diagnostic Management Team."

College of American Pathologists National Meeting, San Diego, CA.  September 2012.  "Antiplatelet Agents and Anticoagulants."

APIII and Info Tech Summit, 2012 Pathology Informatics Symposium.  Chicago, IL.  October 2012.  "The Diagnostic Management Team:  How it Works and Its Clinical and Financial Implications."

COLA's Symposium for Clinical Laboratories.  Baltimore, MD.  October 2012.  "Right Diagnosis, Right Lab Test, Right on Time – The Dueling Doctors."

Association of Molecular Pathology Annual Meeting on Genomic Medicine.  Long Beach, CA. October 2012.  "The PREDICT Program at Vanderbilt:  Four Drug Interactions and Counting."

College of American Pathologists Webinar.  November 2012.  "Diagnostic Management Teams: Advising Clinicians on Coagulation Laboratory Test Selection and Result Interpretation."

College of American Pathologists Webinar (audience >500).  February 2013.  "Making the Case for Pharmacogenomics Testing:  Integration into a Healthcare System."

Citywide Transfusion Medicine Symposium, Houston, TX.  March 2013.  "Making the Case for Pharmacogenomics Testing:  Integration into a Healthcare System."

Clinical Laboratory Management Association, Orlando, FL. April 2013.  "Medical Mistakes with Bad Outcomes: Selecting the Wrong Laboratory Tests and Misinterpreting Test Results -- Who Can Help?"

American Society for Clinical Laboratory Sciences – North Dakota Annual Meeting.  Grand Forks, ND.  Keynote Address.  April 2013.  "The Technologists' Contribution after the Generation of the Test Result:  A New Role for the Clinical Laboratory Scientist on the Diagnostic Management Team."

7th New Insights into Coagulation:  New Anticoagulants in 2013, Philadelphia, PA.  May 2013.  "The Coagulation Diagnostic Management Team:  How it Works and its Clinical Impact."

Benign Prostatic Hyperplasia Symposium, Nashville, TN. June 2013. "Fatty Acid Changes in Cystic Fibrosis: Are They Markers of Inflammation? Monitoring and Treating Disorders with an Inflammatory Component using Fatty Acid Supplementation in Inhibition of Eicosanoid Production."

Association of Pathology Chairs Meeting, Boston, MA. July 2013. "Pathologist and Laboratory Diagnostic Algorithms:  Increasing Overall Effectiveness in Improving Outcomes."

18th Annual Management Sciences and Patient Safety Leadership Seminar for the American Association for Clinical Chemistry, Houston, TX.  July 2013.  "Errors in Selection of Appropriate Laboratory Tests and Interpretation of Test Results:  A Major Cause of Poor Patient Outcome."

Financial analysts briefing at the American Association of Clinical Chemistry national meeting. Houston, TX.  July 2013.  "The Role of the Laboratory and Controlling Health-care Spending."

Enhancing Patient Safety, Reducing Diagnostic Errors and Improving Patient Care by Effective Utilization of Laboratory Testing (short course_, American Association of Clinical Chemistry. Houston, TX.  July 2013.  "The Essential Role of Interpretation and the Provision of Laboratory Services – How Can We do it Better?"

Symposium, American Association for Clinical Chemistry.  Houston, TX.  July 2013.  "Optimizing Physicians Utilization of Laboratory Services for Better Patient Care."

First International Symposium on Personalized Medicine.  Albert Einstein Hospital, Sao Paulo, Brazil.  August 2013.  "Making the Case for Pharmacogenomics Testing:  Integration into a Healthcare System."

First International Symposium on Personalized Medicine.  Albert Einstein Hospital, Sao Paulo, Brazil.  August 2013.  "Advising Clinicians on Laboratory Test Selection and Results Interpretation with a Diagnostic Management Team."

Keynote address, 47th Brazilian Congress on Clinical Pathology/Laboratory Medicine, São Paulo, Brazil.  September 2013.  "Medical Advice on the Application and Interpretation of Laboratory Tests:  The Quality Starts Here."

47th Brazilian Congress on Clinical Pathology/Laboratory Medicine, São Paulo, Brazil.  September 2013.  "Pharmacogenomics in Clinical Practice:  Lessons Learned from Coagulation."

College of American Pathologists National Meeting, Orlando, FL.  October 2013.  "Antiplatelet Agents and Anticoagulants."

New England Conference on Laboratory Medicine, Portland, ME.  October 2013.  "Errors in the Selection and Interpretation of Laboratory Tests:  A Major Cause of Poor Patient Outcomes."

Aloha Chapter of Clinical Laboratory Management Association, Honolulu, HI.  November 2013.  "Optimizing Test Selection and Result Interpretation with Diagnostic Management Teams."

Keynote Address. Clinical Laboratory Management Association (CLMA) regional meeting, Nashville, TN.  March 2014.  "Errors in Selection of Appropriate Laboratory Tests and Interpretation of Test Results:  A Major Cause of Poor Patient Outcome."

American Society for Clinical Laboratory Science, Kalamazoo, MI.  April 2014.  "The Diagnosis and Treatment of Hypercoagulable States."

American Society for Clinical Laboratory Science, Kalamazoo, MI.  April 2014.  "Laboratory Management of Anticoagulant Therapy."

Medical University of South Carolina Pathology Spring Symposia, Kiawah Island, SC.  April 2014.  "The Diagnosis and Treatment of Hypercoagulable States."

Keynote Address. American Society for Clinical Laboratory Science – Michigan, Kalamazoo, MI.  April 2014.  "Consultation in Laboratory Medicine."

19th Annual Executive War College, Conference on Laboratory in Pathology Management.  New Orleans, LA.  April 2014.  "Diagnostic Management Teams and More at Vanderbilt:  Moving Lab Medicine Closer to Physicians and Patients to Deliver More Value."

Medical University of South Carolina Pathology Spring Symposia.  Kiawah Island, SC.  April 2014.  "The Diagnostic Management Team:  Advising Clinicians on Laboratory Test Selection and Result Interpretation."

Pathology Informatics Summit 2014.  Pittsburgh, PA.  May 2014.  "Errors in the Selection of Appropriate Laboratory Tests and Interpretation of Test Results:  A Major Cause of Poor Patient Outcome."

Keynote Address.  Clinical Laboratory Sciences Symposium, Montgomery, AL.   June 2014.  "New Role for Medical Laboratory Scientists:  Advising Physicians on the Selection and Correct Interpretation of Laboratory Tests."

The Division of Animal Clinical Chemistry, Annual Meeting of the American Association of Clinical Chemistry, Chicago, IL.  July 2014.  "Anticoagulants:  How They Work, How to Use Them, and How to Monitor Their Effects."

The American Association for Clinical Chemistry Annual Meeting, Chicago, IL.  July 2014. "Antiplatelet Agents and Anticoagulants:  Laboratory Monitoring."

Sunquest Users Group, Scottsdale, AZ, July 2014.  "Development of a Consultative Service to Optimize Selection of Laboratory Tests and the Correct Interpretation of the Test Results:  How are the Experts Linked into the Cases?"

Sunquest Users Group, Scottsdale, AZ, July 2014.  "Bringing the Diagnostic Expert to the Bedside:  Role of Laboratory Testing and the Diagnostic Management Team."

The American Association for Clinical Chemistry 2014 Annual Meeting, Chicago, IL.  July 2014. "Laboratory-associated Errors in Test Requests and Results Interpretation" (workshop titled "Diagnostic Errors and Patient Safety").

The American Society for Clinical Laboratory Sciences' Leadership Meeting, Chicago, IL.  July 2014.  "Utilization of Clinical Laboratory Services in a World with New Rules: Overutilization, Underutilization and the Impact of Both on Patient Outcomes and Healthcare Costs."

The American Association for Clinical Chemistry 2014 Annual Meeting, Chicago, IL.  July 2014. "Coordinated Care:  The Academic Medical Center Experience" (workshop titled "Improving Laboratory Utilization and Accountable Care Organizations:  A New Role for Laboratorians").

Diagnostic Error in Medicine 7th International Conference, Atlanta, GA.  September 2014. Presentation in preconference workshop "Reducing Diagnostic Error through Improvement of Laboratory Test Utilization".

Diagnostic Error in Medicine 7th International Conference, Atlanta, GA.  September 2014. "Understanding and Misunderstanding Diagnostic Testing:  A Source of Diagnostic Error".

Keynote Address. 17th Annual Joint Meeting of the West Virginia Society for Clinical Laboratory Science and the West Virginia Clinical Laboratory Management Association, Charleston, WV. September 2014.  "Diagnostic Management Team Approach to Advising Clinicians and Laboratorians on Laboratory Test Selection and Result Interpretation."

Association of Clinical Pathologists.  Tampa, FL.  October 2014. "Enhancing your Role in the Clinical Team."

International Conference on Laboratory Medicine.  Clinical Laboratories:  Navigating between Commoditization and Clinical Partnership.  Padova, Italy. October 2014.  "How to Optimize Laboratory Test Requests and Provide Patient Specific, Expert Driven Interpretations of Laboratory Test Results."

Keynote Address.  AACC Texas Section Meeting, Tyler, TX.  November 2014.  "Utilization of Clinical Laboratory Services in a World with New Rules:  Overutilization, Underutilization and the Impact of Both on Patient Outcomes and Healthcare Costs."

Texas Society of Pathologists, San Antonio, TX.  January 2015.  "Diagnostic Management Team: Approach to Advising Clinicians and Laboratorians on Laboratory Test Selection and Result Interpretation."

Keynote Address.  Trainee Research Symposium.  Baylor College of Medicine, Houston, TX.  March 2015.  "The World of Pathology in Your Career as a Pathologist:  A New Set of Indispensable Duties."

Keynote Address.  Lab Revolution.  Orlando, FL.  March 2015.  "Building the Laboratory of the Future."

The American Association for Clinical Chemistry Industry Workshop, Atlanta, GA, July 2015.  "Clinical and Economic Value of Antifactor Xa (Anti-XA) Monitoring in Patients Receiving Heparin."

The American Association for Clinical Chemistry 2015 Meeting, Atlanta, GA, July 2015.  "Antiplatelet Agents and Anticoagulants:  Laboratory Monitoring."

WASPALM Pathology and Laboratory Medicine:  On the Forefront of Personalized Medicine.  Cancun, Mexico.  November 2015.  "Coagulation:  Diagnosis and Assays and Anticoagulants:  The New Generation" and "Diagnostic Management Teams."

WASPALM Pathology and Laboratory Medicine:  On the Forefront of Personalized Medicine.  Cancun, Mexico.  November 2015.  "Diagnostic Management Teams."

Pathology and Lab Summit on Personalized and Precision Medicine.  January 2016.  "Diagnostic Error and Its Impact on Population Health."

Aurora Physician Symposium, Nashville, TN.  April 2016.  "Diagnostic Error in America:  A Major Under-Recognized Problem Requiring Action by Pathologists and Laboratorians".

Michigan Society of Pathologists Annual Meeting, Lansing, MI. April 2016.  "Institute of Medicine (IOM) Report "Improving Diagnosis in Health Care"

Academy of Clinical Laboratory Physicians and Scientists, Birmingham, AL.  June 2016.  "Institute of Medicine (IOM) Report 'Improving Diagnosis in Health Care'."

Diagnostic Error in Medicine, 1st European Conference, Rotterdam, the Netherlands.  June 2016.  "Diagnostic Management Teams."

Diagnostic Error in Medicine, 1st European Conference, Rotterdam, the Netherlands.  June 2016.  "Implications from the Institute of Medicine Report on Improving Diagnosis in Healthcare for the Laboratory Field."

Association of Pathology Chairs, San Diego, CA.  July 2016.  "Institute of Medicine (IOM) Report 'Improving Diagnosis in Health Care.'"

American Association of Clinical Chemistry, Philadelphia, PA.  August 2016.  "Anticoagulants:  Indications and Laboratory Monitoring."

American Association of Clinical Chemistry, Philadelphia, PA.  August 2016.  "Diagnostic Errors:  The Laboratory Viewpoint."

The American Society for Clinical Laboratory Science, Philadelphia, PA. August 2016.  "Digging Deeper into the Institute of Medicine Report on Diagnostic Error."

Southern California Section of the AACC, Chino Hills, CA, November 2016.  "Medical Errors: The Third Leading Cause of Death in the US."

Group for Research Pathology Education Conference, Orlando, Florida, January 2017.  "The Role of Medical School Curricula in Advancing the Importance of Laboratory Medicine in Practice."

American Physician Scientist Association, Galveston, TX, January 2017.  "Improving Diagnosis in Health Care with a Diagnostic Management Team."

The Compass Group, Columbus, OH, April 2017. The Ron Workman Memorial Lecture: "Medical Errors: The Third Leading Cause of Death in the US."

Association of Clinical Scientists, Mountain Brook, AL, April 2017.  "Practical Ways to Reduce Diagnostic Error:  Clinical Pathology."

Association of Pathology Chairs, Washington, D.C., July 2017.  "Underutilization from Diagnostic Errors:  Understanding the Cost of Delayed Diagnosis."

Association of Pathology Chairs, Washington, D.C., July 2017.  "Trials and Tribulations of New Leaders."

Intermountain States Seminar, Jackson, WY, September 2017.  "Diagnostic Errors with Results We Generate:  How to Stop Them from Occurring."

Intermountain States Seminar, Jackson, WY, September 2017.  "The Worst Misdiagnosis of All: The Incorrect Diagnosis of Child Abuse."

Northeast Association of Pathology Chairs, Bermuda, September 2017.  "Diagnostic Management Team:  Moving Toward Widespread Implementation."

Society to Improve Diagnosis in Medicine, Boston, MA, October 2017.  "The Diagnostic Management Team:  Past, Present, and Future."

Annual Congress of Clinical Pathology, Puebla, Mexico, November 2017.  "Expert Consultations at Everyone's Bedside:  The Work of the Diagnostic Management Team."

Annual Congress of Clinical Pathology, Puebla, Mexico, November 2017.  "The Use of Direct Oral and Parenteral Anticoagulants to Prevent and Control Chronic Recurrent Thrombosis."

Virginia Society for Pathology.  Richmond, VA, December 2017.  "Diagnostic Management Team:  Past, Present, and Future."

Diagnostic Management Team Conference, Galveston, TX, February 2018.  "Diagnostic and Management Autopsy:  Diagnostic Management Team Review of Diagnosis and Treatment after Death."

Diagnostic Management Team Conference, Galveston, TX, February 2018.  "The Diagnostic Management Team 2018 and Beyond."

Diagnostic Management Team Conference, Galveston, TX, February 2018.  "Appropriate Utilization of Laboratory Tests through a Diagnostic Management Team:  Clinical and Financial Benefits."

Diagnostic Management Team Conference, Galveston, TX, February 2018.  "Point-Counterpoint:  If Diagnostic Management Teams Involve both Radiology and Pathology, should there be a Department of Diagnostics that Includes Both?"

Diagnostic Management Team Conference, Galveston, TX, February 2018.  "Step-by-step Guide:  Setting up the Medical Logistics for Establishing a Diagnostic Management Team."

Clinical Laboratory Educators' Conference, Houston, TX, February 2018.  "The Diagnostic Management Team:  A Solution for Diagnostic Error and Inappropriate Test Utilization."

Patient-centered Leadership and Front-line Quality Improvement Summit, Concord, NC, June 2018.  "Clinical Excellence, Preventing Diagnostic Errors, and Cost Reduction through Better Lab Utilization."

Diagnostic Error in Medicine 11th International Conference, New Orleans, LA.  November 2018.  "The Diagnostic Management Team:  Quality Improvement and Diagnostic Error Reduction."

Southeastern Administrators and Pathology Chairs Regional Conference, Amelia Island, FL.  February 2019.  "Pharmacogenomics:  Who is in Charge?"

Southeastern Administrators and Pathology Chairs Regional Conference, Amelia Island, FL.  February 2019.  "Diagnostic Management Team Development."

2019 Annual Symposium of the Puerto Rico Academy of Pathology and Laboratory Medicine, San Juan, Puerto Rico, April 2019.  "The Diagnostic Management Team:  Quality Improvement and Diagnostic Error Reduction."

2019 Annual Symposium of the Puerto Rico Academy of Pathology and Laboratory Medicine, San Juan, Puerto Rico, April 2019.  "Obstacles to Widespread Implementation of Diagnostic Management Team Services."

2019 Annual Symposium of the Puerto Rico Academy of Pathology and Laboratory Medicine, San Juan, Puerto Rico, April 2019.  "Pharmacogenomics:  Who is in Charge?  Is it Pathologists?"

Texas Association for Clinical Laboratory Science 2019 Annual Meeting, Corpus Christi, TX, April 2019.  "The Diagnostic Management Team:  Quality Improvement and Diagnostic Error Reduction."

AACC Professional Practice in Clinical Chemistry:  The Clinical Laboratorian:  Critical Member of the Healthcare Team, Dallas, TX, April 2019.  "Becoming Indispensable by Meeting the Most Important Needs of Lab Users."

2019 Annual Meeting of the American Association of Clinical Chemistry, Anaheim, CA, August 2019.  "Clinical Chemistry Fellowship Training to Lead a Diagnostic Management Team."

2019 Annual Meeting of the American Association of Clinical Chemistry, Anaheim, CA, August 2019.  "Obstacles for Current Diagnostic Management Implementation."

Aurora Diagnostics/Sonic Healthcare Physician Symposium, Grapevine, TX.  November 2019.  "The Diagnostic Management team:  Past, Present, and Future."

Organizer and Moderator, Association of Pathology Chairs Southeast Conference Annual Meeting, Cozumel, Mexico.  February 2020.

2020 Annual Meeting of the College of American Pathologists, October 2020.  "Pathology Consultation:  An Essential Component of Optimized Healthcare." (virtual)

Healthcare Innovation Symposium XXXI, Emory University, December 2020. "The Use and Mis-use of Diagnostic Tests for COVID".  (virtual)

Wallace H. Coulter Lectureship, 2020 Annual Meeting of the American Association of Clinical Chemistry, December 2020.  "The Path to Indispensability for Laboratory Scientists:  Becoming the Most Important Members of the Diagnostic Healthcare Team".  (virtual)

2020 Annual Meeting of the American Association of Clinical Chemistry, December 2020.  "Appropriate Utilization of Laboratory Tests Through a Diagnostic Management Team:  Clinical and Financial Benefits".  (virtual)

Organizer and Moderator, "Innovative Solutions in Pathology:  A COVID-DMT with a Large Revenue Stream; the Digital Pathology; and Who Does What in Restructure Academic Pathology Organizations."  Southeastern Association of Pathology Chairs and Administrators Regional Virtual Conference.  February 2021.

Southeastern Association of Pathology Chairs and Administrators Regional Virtual Conference.  February 2021.  "Professional Billing for COVID-19 Related Tests."

Southeastern Association of Pathology Chairs and Administrators Regional Virtual Conference.  February 2021.  Diagnostic Management Team – COVID19."

Southeastern Association of Pathology Chairs and Administrators Regional Virtual Conference.  February 2021.  "The Pathology Departmental Structure:  Departments that Properly Recommend and Interpret Testing" (together with Christopher Zahner, M.D. and Juan D. Garcia, MBA, MLS).

2nd Annual Alaskan Improving Diagnostic Accuracy in Medicine Conference. September 2021. "Patient-specific Interpretations of COVID-19-related Tests to Improve Diagnostic Accuracy." (virtual)

2021 Annual Meeting of the College of American Pathologists, September 2021. "Reducing Diagnostic Burden Through the Use of Diagnostic Management Teams."

2022 SEPAC Virtual Conference, February 2022. "Integrative Diagnostics: A New Service Role for Pathologists to Assure Indispensability."

2022 SEPAC Virtual Conference, February 2022. "New Variants of SARS-CoV-2: Impact on PCR Test Accuracy, Transmissibility, and Severity of Illness and Vaccine Efficacy."

AACC Texas Section Biannual Conference, March 2022. "Variants of SARS-CoV-2: Impact on Test Results, Transmissibility and Efficacy of Vaccines."

One Hundred Thirty-Third Meeting of the American Clinical and Climatological Association, March 2022. "Medical Errors: A Major Cause of Death Across the World."

Texas Society of Pathologists 101st Annual Meeting, April 2022. "The Implementation of the COVID-19 Specific Diagnostic Management Team with Clinical and Financial Impact."

Houston Society of Clinical Pathologists 61st Annual Spring Symposium – Surgical Pathology, Virtual. April 2022. "Integrative Diagnostics: Making the Pathologist the Most Important Member of the Healthcare Team."

ACLPS 2022 Annual Meeting, June 2022. "Integrative Diagnostics: Making the Diagnostic Expert the Most Important Member of the Healthcare Team Now."

ASCP 2022 Annual Meeting, September 2022. "Diagnostic Management Team: Past, Present, and Future."

2022 TACLS Annual Meeting, September 2022. "Coagulation Disorders which Mimic Child Abuse."

ASCLS 2023 Annual Meeting, June 2023. "Addressing diagnostic error with integrative diagnostics and participation of graduates with the doctorate in clinical laboratory science degree."


**INVITED LECTURES - OFF CAMPUS:**

The American Red Cross, St. Louis, MO.  December 1983.  "A Coenzyme A Synthetase Enzyme Specific for Icosanoid Precursor Fatty Acids."

The Merck Institute for Therapeutic Research, Rahway, NJ.  August 1985.  "Mechanisms for Icosanoid Precursor Uptake and Release by a Tissue Culture Cell Line."

The American Red Cross, Philadelphia, PA.  April 1986.  "The Diagnosis and Treatment of Coagulation Factor Deficiencies."

The Lipid Club of Philadelphia, Philadelphia, PA.  May 1986.  "Control of Icosanoid Production at the Level of Arachidonoyl-CoA Synthesis."

The Tissue Culture Association, Philadelphia, PA.  May 1986.  "The Reproducible Delipidation of Serum for Use in Tissue Culture."

Internal Medicine Board Review Course, Hospital of the University of Pennsylvania, Philadelphia, PA.  April 1987-1989 (annually).  "Diagnosis and Treatment of Coagulation Disorders."

Washington University School of Medicine, St. Louis, MO.  July 1987.  "Control of Prostaglandin Production by Restriction of Exogenous Arachidonate."

Hospital of the University of Pennsylvania, Philadelphia, PA.  October 1987.  Critical Care Medicine Symposium "Coagulation in the ICU."

Case Western Reserve University School of Medicine, Cleveland, OH.  January 1989.  "The Availability of Cellular Arachidonate for Prostaglandin Production."

Washington University School of Medicine, St. Louis, MO.  February 1989.  "Fatty Acid Acylation of Glycoprotein Ib and Glycoprotein IX in Human Platelets."

Massachusetts General Hospital, Boston, MA.  March 1989.  "The Availability of Cellular Arachidonate for Prostaglandin Production."

Thomas Jefferson University School of Medicine, Philadelphia, PA.  April 1989.  "Covalent Modification of Platelet Proteins by Palmitate."

Washington University School of Medicine, St. Louis, MO.  July 1987.  "Control of Prostaglandin Production by Restriction of Exogenous Arachidonate."

Philadelphia College of Osteopathic Medicine, Philadelphia, PA.  March 1988.  "Aspirin Ingestion and Myocardial Infarction."

Case Western Reserve University School of Medicine, Cleveland, OH.  January 1989.  "The Availability of Cellular Arachidonate for Prostaglandin Production."

Washington University School of Medicine, St. Louis, MO.  February 1989.  "Fatty Acid Acylation of Glycoprotein Ib and Glycoprotein IX in Human Platelets."

Thomas Jefferson University School of Medicine, Philadelphia, PA.  April 1989.  "Covalent Modification of Platelet Proteins by Palmitate."

Thrombosis Institute, Temple University School of Medicine, Philadelphia, PA.  May 1989. "Covalent Modification of Platelet Proteins by Palmitate."

University of Alabama, Birmingham, AL, August 1990.  "The Availability of Cellular Arachidonate for Prostaglandin Production."

Philadelphia College of Pharmacy and Science, Philadelphia, PA.  November 1990.  "Icosanoid Precursor Fatty Acid Metabolism."

Massachusetts Association of Blood Banks, Waltham, MA.  May 1991.  "Acquired Hemostatic Defects."

Ortho Pharmaceutical Corporation, Raritan, NJ.  August 1991.  "Clinical Coagulation Test Batteries."

University Hospital of Debrecen, Hungary.  September 1991.  "Mechanisms of Fatty Acid Transport to Cells."

Instrumentation Laboratories, Lexington, MA.  December 1991.  "Clinical Coagulation Test Batteries."

Northeastern University, Boston, MA.  March 1992.  "Fatty Acids: Basic Biochemistry to Clinical Significance."

T Cell Sciences, Cambridge, MA.  July 1992.  "Fatty Acid Ethyl Esters:  A New Biochemical Marker for Alcoholism."

New England Lipid Group, Boston, MA.  September 1992.  "Fatty Acid Ethyl Ester Metabolism."

Basic Science Seminar Series, Tufts University School of Medicine, Boston, MA.  January 1993. "Fatty Acid Modification of Proteins."

Johns Hopkins University School of Medicine, Baltimore, MD.  July 1993. "Fatty Acid Ethyl Esters:  A Marker for Ethanol Ingestion."

Department of Laboratory Medicine, University of Washington, Seattle, WA.  December 1993. Visiting Professor.

Department of Pathology, University of Utah School of Medicine, Salt Lake City, UT.  December 1993.  "Training Residents in Clinical Pathology to be Effective Clinical Consultants."

Department of Pathology, University of Vermont School of Medicine, Burlington, VT.  January 1994.  "Point of Care Testing."

Department of Pathology, Cornell University School of Medicine, New York, NY.  February 1994. "Establishing a Residency Program and Consult Service in Clinical Pathology."

Department of Pathology, Duke University School of Medicine, Durham, NC.  February 1994. "Alternate Site Laboratory Testing."

Jefferson Medical College, Philadelphia, PA.  May 1994.  "Fatty Acid Ethyl Esters:  Biochemistry to Clinical Significance."

Massachusetts Society of Pathologists, Framingham, MA.  May 1994.  "Bedside Testing."

New York Lipid Research Club, New York City, NY.  September 1994.  "The Covalent Modification of Platelet Proteins by Fatty Acids."

Department of Pathology, Visiting Professor, Emory University School of Medicine, Atlanta, GA. October 1994.  "Hypercoagulable States."

Department of Pathology, Visiting Professor, Emory University School of Medicine, Atlanta, GA. October 1994.  "Bedside Testing" and "Initiating a Consult Service in Clinical Pathology."

Institute for Scientific Applications, Lyon, France.  November 1994.  "Fatty Acid Acylation of Platelet Proteins" and "Fatty Acid Ethyl Esters."

Yale University School of Medicine, New Haven, CT.  December 1994.  "Fatty Acid Ethyl Esters: Toxic Metabolites of Ethanol."

Department of Pathology, Visiting Professor, Albany Medical College, Albany, NY.  January 1995.  "Fatty Acid Ethyl Esters:  New Markers for Ethanol Ingestion."

Department of Pathology, Visiting Professor, Albany Medical College, Albany, NY.  January 1995.  "Development of a Clinical Pathology Consultation Service."

Department of Pathology & Laboratory Medicine, Hahnemann University School of Medicine, Philadelphia, PA.  March 1995.  "Point of Care Testing."

Baystate Medical Center (Affiliate of Tufts University School of Medicine), Springfield, MA.  September 1995.  "Fatty Acids:  Biochemistry to Clinical Significance."

Baystate Medical Center (Affiliate of Tufts University School of Medicine, Springfield, MA.  September 1995.  "Development of a Residency Training Program in Clinical Pathology."

Division of Laboratory Medicine, Visiting Professor, Washington University School of Medicine, St. Louis, MO.  April 1996.  "The Development of the Clinical Consultation Service in Laboratory Medicine at the Massachusetts General Hospital."

Division of Laboratory Medicine, Visiting Professor, Washington University School of Medicine, St. Louis, MO.  April 1996.  "Fatty Acid Ethyl Ester:  A Toxic Nonoxidative Metabolic of Ethanol."

Department of Welfare, Hungarian National Government, Budapest, Hungary.  July 1996.  "The Clinical Laboratory Inspection and Accreditation Process in the United States."

Department of Gastroenterology, Warsaw Medical Academy, Warsaw, Poland.  June 1996.  "Fatty Acid Ethyl Esters:  Toxic Nonoxidative Metabolites of Ethanol."

Department of Gastroenterology, Warsaw Medical Academy, Warsaw, Poland. June 1996.  "Hypercoagulable States."

Medical University of Debrecen, Hungary.  July 1996.  "Fatty Acid Ethyl Esters:  Toxic Nonoxidative Ethanol Metabolites."

Department of Anesthesia, Beth Israel Hospital, Boston, MA.  January 1997.  "The Diagnosis of Commonly Encountered Coagulopathies."

Department of Pathology, New York University, New York, NY.  January 1997.  "The Development of a Residency Training Program and Clinical Consultation Service in Clinical Pathology at Massachusetts General Hospital."

Youville Rehabilitation Hospital, Cambridge, MA.  February 1997.  "Clinical Use and Monitoring of Low Molecular Weight Heparin."

Biochemistry Colloquium Series.  University of Massachusetts, Lowell, MA.  March 1997.  "Fatty Acid Ethyl Esters:  New Markers for Ethanol Intake."

Biochemistry Seminar Series, Chiron Diagnostics, Walpole, MA.  March 1997.  "Serum Fatty Acid Ethyl Esters:  A New Indicator of Ethanol Intake."

Laboratory Parameter Analysis Panel, Chicago, IL.  March 1997.  "Clinical Protocols and Laboratory Medicine."

Massachusetts Society of Pathologists, Framingham, MA.  April 1997.  "Clinical Pathology - How to Do It and How to Get Paid for It."

Northeastern University, Boston, MA.  May 1997.  "Trends in Laboratory Medicine."

Penobscot Bay Medical Center, Rockland, ME.  October 1997.  "Coagulation Problems in the Community Hospital."

Northeastern University Centennial Celebration, Boston, MA.  November 1997.  "The Future of Laboratory Medicine in an Era of Managed Care."

Ball Memorial Hospital, Muncie, IN.  March 1998.  "Value Added Services in Clinical Laboratory Testing."

Department of Pathology and Laboratory Medicine, Dartmouth Medical School, Hanover, NH.  April 1998.  "Value Added Clinical Laboratory Services:  What the Clinicians Have Been Waiting For."

Department of Medical Laboratory Sciences, University of New Hampshire, Durham, NH.  April 1998.  "Providing Clinicians with More than Just a Laboratory Test Result."

Department of Pathology and Laboratory Medicine, Visiting Professor, University of Arizona School of the Health Sciences, Tucson, AZ.  April 1998.  "Clinical Laboratory Medicine:  New Roles in Health Care."

Department of Biophysics Seminar Series, Boston University School of Medicine, Boston, MA.  January 1998.  "Fatty Acid Ethyl Esters:  A Missing Link in Ethanol Induced Organ Damage."

University of Pennsylvania School of Medicine, Philadelphia, PA.  February 1998.  "Ethanol Metabolism & Innovations in Laboratory Medicine."

University of Florida School of Medicine, Gainesville, FL.  February 1998.  "Ethanol Metabolism/Innovative Approaches to Diagnostic Testing."

Ball Memorial Hospital, Visiting Professor, Muncie, IN.  March 1998.  "Fatty Acid Ethyl Esters:  A New Marker for Ethanol Intake."

Scientific Group on Obesity, Boston University School of Medicine, Boston, MA.  March 1998.  "Fatty Acid Ethyl Esters:  Nonoxidative Ethanol Metabolites."

Braintree Rehabilitation Hospital, Braintree, MA.  March 1998.  "The Clinical Indications for Use and Monitoring of Low Molecular Weight Heparin."

Massachusetts Society of Pathologists, Worcester, MA.  March 1998.  "What the Pathologist Needs to Know about Coagulation Testing."

University of North Carolina School of Medicine, Chapel Hill, NC.  April 1998.  "Ethanol Metabolism/Innovative Approaches to Diagnostic Testing."

Department of Pathology and Laboratory Medicine, University of Arizona School of the Health Sciences, Visiting Professor, Tucson, AZ.  April 1998.  "Fatty Acid Ethyl Ester: A Toxic Ethanol Metabolite."

Department of Surgery Grand Rounds, St. Elizabeth's Medical Center, Boston, MA.  September 1998.  "The Pharmacology of Low Molecular Weight Heparin."

Department of Pathology, Ohio State University School of Medicine, Columbus, Ohio.  September 1998.  "Providing More than a Laboratory Test Result:  A New Package of Value Added Services from the Clinical Laboratory."

Deaconess-Glover Hospital Grand Rounds, Needham, MA.  December 1998.  "Commonly Encountered Problems in Coagulation."

Department of Pathology, The Cleveland Clinic, Visiting Professor, Cleveland, OH.  January 1999.  "Interesting Coagulopathy Cases from the Massachusetts General Hospital."

The Cleveland Clinic, Visiting Professor, Cleveland, OH.  January 1999.  "Fatty Acid Ethyl Esters in the Blood: A New Test for Ethanol Intake."

Department of Pathology, The Cleveland Clinic, Visiting Professor, Cleveland, OH.  January 1999.  "The Value Added Clinical Laboratory Services at the Massachusetts General Hospital."

Department of Pathology, The Cleveland Clinic, Visiting Professor, Cleveland, OH.  January 1999.  "The Development of the Laboratory Medicine Residency Training Program at the Massachusetts General Hospital."

Department of Pathology, Thomas Jefferson University School of Medicine, Visiting Professor, Philadelphia, PA.  January 1999.  "Providing More than a Test Result:  Redefining Expectations from the Clinical Laboratory."

Department of Pathology, University of Texas Houston, Visiting Professor, Houston, TX.  March 1999. "Narrative Interpretations in Laboratory Medicine."

Department of Pathology, University of Texas Houston, Visiting Professor, Houston, TX.  March 1999. "Finding Your Place in the World of Pathology."

Department of Pathology, University of Texas Houston, Visiting Professor, Houston, TX.  March 1999. "Laboratory Medicine Training at the Massachusetts General Hospital."

Department of Pathology, Penn State-Hershey Medical Center, Hershey, PA.  April 1999.  "The Value Added Clinical Laboratory Services at the Massachusetts General Hospital."

Department of Pathology, Berkshire Medical Center, Pittsfield, MA.  April 1999.  "Redefining Expectations from the Clinical Laboratory."

Current Issues in Vascular and Endovascular Surgery, Continuing Education Course, Harvard Medical School, Boston, MA.  May 1999 and May 2000.  "What the Vascular Surgeon Needs to Know about Coagulation Disorders and Anticoagulation Problems."

71

Department of Pathology, University of Virginia School of Medicine, Charlottesville, VA.  July 1999.  "Redefining Expectations from the Clinical Laboratory."

Medical Grand Rounds, Faulkner Hospital, Boston, MA.  August 1999.  "The Clinical Indications and Laboratory Monitoring of Low Molecular Weight Heparin."

Grand Rounds, Harvard University Health Services, Cambridge, MA.  September 1999.  "The Diagnosis and Treatment of Hypercoagulable States."

Department of Pathology, University of Pittsburgh Medical Center, Pittsburgh, PA.  September 1999.  "The Value Added Clinical Laboratory Services at the Massachusetts General Hospital."

Medical Grand Rounds, HealthSouth New England Rehabilitation Hospital, Woburn, MA.  September 1999.  "The Clinical Indications and Laboratory Monitoring of Low Molecular Weight Heparin."

Vascular Surgery Grand Rounds, Massachusetts General Hospital, Boston, MA.  September 1999.  "Thrombosis in the Patient with a Hypercoagulable State."

Department of Pathology, UCLA School of Medicine, Los Angeles, CA.  October 1999.  "Re-defining Expectations from the Clinical Laboratory."

Kaiser Permanente Medical Group, Los Angeles, CA.  October 1999.  "The New Array of Services Provided by the Massachusetts General Hospital Clinical Laboratories."

Department of Pathology, UCLA School of Medicine, Los Angeles, CA.  October 1999.  "Hypercoagulable States:  Diagnosis and Treatment."

Advances in Rheumatology, Continuing Education Course, Harvard Medical School, Boston, MA.  October 1999 and September 2000.  "Hypercoagulability Testing:  Current Practice to Assess Thrombotic Risk."

Orthopedics Grand Rounds, Carney Hospital, Boston, MA.  November 1999.  "Low Molecular Weight Heparin: An Alternative to Unfractionated Heparin."

The Kessler Rehabilitation Institute, W. Orange, N.J.  November 1999.  "The Use and Monitoring of Low Molecular Weight Heparin."

Grand Rounds, Holy Family Hospital, Methuen, MA.  November 1999.  "The Diagnosis and Treatment of Hypercoagulable States."

Department of Pathology, St. Louis University School of Medicine, St. Louis, MO.  January 2000.  "The Hypercoagulable States."

Department of Pathology, St. Louis University School of Medicine, St. Louis, MO.  January 2000.  "Value Added Clinical Laboratory Services - A New Approach to Laboratory Medicine."

Pathology Education Institute, Snowmass, CO.  February 2000.  "Re-defining the Role of the Pathologist in the Clinical Laboratory."

Department of Pathology, University of South Florida School of Medicine, Tampa, FL.  February 2000.  "The Value Added Clinical Laboratory Services at the Massachusetts General Hospital."

Rheumatology Grand Rounds, Brigham and Women's Hospital, Boston, MA.  February 2000.  "Diagnosis and Treatment of Hypercoagulable States."

The Food & Drug Administration, Tissue Engineering Course, Rockville, MD.  February 2000.  "Inflammation and Implantable Devices."

Department of Pathology and Laboratory Medicine, Hartford Hospital, Hartford, CT.  March 2000.  "Establishing a Clinical Pathology Consultation Service."

Department of Pathology, Northwestern University School of Medicine, Chicago, IL.  April 2000.  "Redefining Laboratory Medicine."

Dade Behring Hemostasis Seminar Series, Boston, MA.  April 2000.  "Hypercoagulable States: Diagnosis and Treatment."

Department of Anesthesia Grand Rounds, Tufts/New England Medical Center, Boston, MA.  April 2000.  "Hypercoagulable States."

Vascular Biology Research Group, Tufts University School of Medicine, Boston, MA.  May 2000.  "Fatty Acid Ethyl Esters:  Nonoxidative Ethanol Metabolites."

The Wagih Bari Society of St. Louis Pathologists, St. Louis, MO.  September 2000.  "The Nuts and Bolts of Operating an Interpretive Service in Clinical Pathology.  The Regulations on Reflex Testing, Performing Interpretations, and Billing."

The Wagih Bari Society of St. Louis Pathologists, St. Louis, MO.  September 2000.  "The Value Added Clinical Pathology Services Provided at the Massachusetts General Hospital and a Glance into the Future."

The Wagih Bari Society of St. Louis Pathologists, St. Louis, MO.  September 2000.  "Diagnostic Errors in Coagulation with Catastrophic Outcomes."

The North Shore Medical Center/Salem Hospital, Salem, MA.  October 2000.  "Hypercoagulable States."

Harvard Medical School at the Millennium:  What's New and What's Happening in and Around the Quadrangle, Boston, MA.  October 2000.  "Demonstration of a Web-Based System to Assist Physicians in the Selection and Interpretation of Laboratory Tests."

Baystate Medical Center, Update in Diagnostic Pathology and Medicine Series, Springfield, MA.  November 2000.  "The Value Added Clinical Laboratory Services at the Massachusetts General Hospital."

Brown University School of Medicine, Department of Surgery Grand Rounds, Providence, RI.  November 2000.  "Everything You Wanted to Know about Low Molecular Weight Heparin."

Newport Hospital, Newport, RI.  November 2000.  "New Markers for Hypercoagulable States."

Anna Jacques Medical Staff Grand Rounds, Newburyport, MA.  January 2001. "Hypercoagulable States."

Department of Anesthesia Grand Rounds, Massachusetts General Hospital, Boston, MA.  January 2001.  "The Diagnosis and Treatment of Hypercoagulable States."

Distinguished Lecturer Series, Spaulding Rehabilitation Hospital, Boston, MA.  January 2001.  "Identification and Treatment of Hypercoagulable States."

Grand Rounds, Pathology Department, Massachusetts General Hospital, Boston, MA.  January 2001. "Fatty Acid Ethyl Esters:  Nonoxidative Ethanol Metabolites for Monitoring Ethanol Intake."

Johns Hopkins University School of Medicine, Distinguished Visiting Professorship of Pathology, Baltimore, MD.  February 2001.  "A Complete Redefinition of the Clinical Laboratory Service that Reduces Medical Error at the Massachusetts General Hospital."

Mt. Sinai Medical Center, Miami, FL.  February 2001.  "New Expectations from the Clinical Laboratory."

University of Miami School of Medicine, Miami, FL.  February 2001.  "Redefining the Services of the Clinical Laboratory."

Mt. Sinai Medical Center, Miami, FL.  February 2001.  "Genetic Markers of Hypercoagulability."

Rheumatology Grand Rounds, Massachusetts General Hospital, Boston, MA.  March 2001.  "The Appropriate Use of Low Molecular Weight Heparin."

Pharmacia Symposium for Healthcare Practitioners, Pittsburgh, PA.  March 2001.  "The Diagnosis and Treatment of Hypercoagulable States."

Mercy Hospital of Pittsburgh Medical Grand Rounds, Pittsburgh, PA.  March 2001.  "Low Molecular Weight Heparin."

Rheumatology Grand Rounds, Roger Williams Hospital of Brown University School of Medicine, Providence, RI.  March 2001.  "Hypercoagulability and the Antiphospholipid Syndrome."
The North Shore Medical Center/Salem Hospital, Salem, MA.  April 2001.  "von Willebrand's Disease."

American Association of Clinical Chemistry, Review Course, Alexandria, VA.  April 2001.  "An Overview of Coagulation."

Vascular Surgery Grand Rounds, Massachusetts General Hospital, April 2001.  "The New Anticoagulants."

Pulmonary Medicine Grand Rounds, SUNY Downstate Medical Center, Brooklyn, NY.  May 2001.  "Heritable Causes of Venous Thrombosis."

General Medicine Grand Rounds, Massachusetts General Hospital, September 2001.  "Hypercoagulable States: Diagnosis, Treatment, and Controversies in Long Term Patient Management."

Transplantation Surgery Grand Rounds, Massachusetts General Hospital, September 2001. "Antiphospholipid Antibody Syndrome."

Obstetrics & Gynecology Grand Rounds, Massachusetts General Hospital, September 2001. "Thrombophilia: Obstetrical and Gynecologic Issues."

Grand Rounds, Memorial Sloane-Kettering Cancer Center, New York, NY. October 2001.  "The Diagnosis and Treatment of Hypercoagulable States."

Surgery Grand Rounds, Massachusetts General Hospital, October 2001.  "New Anticoagulants and Indications for Their Use."

Medical Grand Rounds, University of Massachusetts Memorial Medical Center, Worcester, MA. October 2001.  "Sepsis, Anticoagulation, and a Drug That Connects Them."

Massachusetts General Hospital Special Seminar, October 2001.  "Sepsis and Recombinant Activated Protein C."

University of Massachusetts Medical School, Worcester, Massachusetts.  November 2001.  "A Web-Based System for Patient-Specific Narrative Interpretations in Clinical Pathology."

Medical Grand Rounds, Allegheny General Hospital.  December 2001.  "Indications & Monitoring of Low Molecular Weight Heparin."

New England Medical Center, December 2001.  "Inflammation, Coagulation, and a Drug that Connects the Two."

Merrimack Valley Hospital, Haverhill, MA. December 2001.  "Anticoagulation with Warfarin and Heparin – Basic Principles."

Surgery Grand Rounds, Newton Wellesley Hospital, Newton, MA.  January 2002. "DVT Prophylaxis and Treatment."

Emma Sadler Moss Lectureship, Louisiana State University Medical Center, February 2002. "Bleeding and Thrombotic Disorders."

Cardiac Surgery Grand Rounds, Massachusetts General Hospital, February 2002.  "A Review of Hypercoagulable States."

Louisiana State University Medical Center, Department of Pathology, New Orleans, LA. February 2002.  "A Complete Re-Definition of Services Provided by the Clinical Laboratory."

Roger Williams Hospital, Providence, RI.  March 2002.  "Low Molecular Weight Heparin."

Palisades Medical Center, North Bergen, NJ.  March 2002.  "A New Drug for Patients with Sepsis."

The MGH Child Psychiatry Section, Boston, MA.  March 2002.  "Omega-3 Fatty Acids and Attention Deficit Disorders."

Department of Pediatrics Cambridge Health Alliance and Mount Auburn Hospital, Cambridge, MA.  May 2002.  "Hypercoagulable States."

Anesthesia Review & Update.  Boston, MA.  May 2002.  "Why Doesn't the Blood Clot?"

Lawrence Memorial Hospital, Visiting Clinician Program, Medford, MA, June 2002.  "The Hypercoagulable State."

Massachusetts General Hospital, Department of Neurology, June 2002.  "Hypercoagulable States."

Cambridge Hospital, Department of Surgery Grand Rounds, June 2002.  "Low Molecular Weight Heparin."

Exeter Hospital, Grand Rounds, Exeter, NH.  June 2002.  "The Diagnosis and Treatment of Hypercoagulable States."

Neurosurgery Grand Round, Massachusetts General Hospital, July 2002.  "Hypercoagulable States."

Hematology-Oncology Grand Rounds, New York Hospital/Cornell Medical College, New York, NY.  September 2002.  "The Use of Low Molecular Weight Heparin."

Rhode Island Blood Bankers Society, Providence, RI, September 2002.  "Factor VIII Inhibitors: Diagnosis and Treatment."

Neuro-Oncology Grand Rounds, Massachusetts General Hospital, September 2002.  "The Use of Low Molecular Weight Heparin and Fondaparinux as Prophylaxis for Venous Thrombosis."

Podiatry Grand Rounds, Massachusetts General Hospital, September 2002.  "Deep Vein Thrombosis: Prophylaxis and Treatment."

Cancer Medicine and Hematology, Harvard Medical School Continuing Education Course, September 2002.  "Case Management Problems in Coagulation."

Surgery Grand Rounds, Mt. Auburn Hospital, Cambridge, MA.  October 2002.  "Low Molecular Weight Heparin: Indications and Monitoring."

University of Hawaii Pathology Residency Program, Honolulu, HI.  October 2002.  "Hypercoagulable States: Diagnosis and Treatment."

University of Texas at San Antonio, San Antonio, TX.  November 2002.  "Redefining Expectations from the Clinical Laboratory."

North Shore Medical Center, Grand Rounds, Salem, MA.  November 2002.  "The Diagnosis and Treatment of Hypercoagulable States."

Spaulding Rehabilitation Hospital, Boston, MA.  November 2002.  "New Anticoagulants."

Medical Grand Rounds, Massachusetts General Hospital, December 2002.  "DVT Prophylaxis and Treatment in 1978: When I Was a Caveman Clotter."

St. Francis Hospital and Medical Center/University of Connecticut.  Medical Grand Rounds, Hartford, CT.  January 2003.  "Clinical and Laboratory Approach to Thrombophilia."

The 4th Annual Frank M. Townsend Lecture, University of Texas at San Antonio, San Antonio, TX.  November 2002.  "Fatty Acid Ethyl Esters: Toxic Nonoxidative Ethanol Metabolites."

Gastroenterology Research Seminar, University of Pennsylvania School of Medicine, Philadelphia, PA.  January 2003.  "Fatty Acid Ethyl Esters."

Pathology Grand Rounds, University of Pennsylvania School of Medicine, Philadelphia, PA. January 2003.  "Fatty Acid Ethyl Ester: A Toxic Nonoxidative Ethanol Metabolite."

Pathology Continuing Education Program, St. Francis Hospital, Hartford, CT.  January 2003. "Laboratory Testing for Thrombophilia."

Rheumatology Grand Rounds, Beth Israel Deaconess Hospital, Boston, MA.  January 2003. "Hypercoagulable States."

Neurology Grand Rounds, Lahey Clinic, Burlington, MA.  January 2003.  "Diagnosis and Treatment of Hypercoagulable States."

Department of Pathology, University of Pennsylvania School of Medicine, Philadelphia, PA. January 2003.  "Redefining Expectations from the Clinical Laboratory."

Connecticut Society of Pathologists, New Haven, CT.  January 2003.  "Clinical and Laboratory Approach to Thrombotic Disorders."

Connecticut Society of Pathologists, New Haven, CT.  January 2003.  "Establishing a Fee for Service Clinical Pathology Consultation Service."

2nd Year Louisiana State University Medical Student Lecture, New Orleans, LA.   February 2003. "A Review of Hemostasis."

Department of Pathology, Louisiana State University School of Medicine, New Orleans, LA. February 2003.  "Fatty Acid Ethyl Esters: How Much Ethanol is Good or Bad?"

Department of Anesthesia Didactic Course, Massachusetts General Hospital, Boston, MA. February 2003.  "Why Doesn't the Blood Clot?"

Cedars-Sinai Hospital Grand Rounds, Miami, FL.  February 2003.  "Inflammation, Coagulation, and a Drug that Connects the Two."

Massachusetts General Hospital, Pathology Grand Rounds, Boston, MA.  February 2003.  "Fatty Acid Alterations in Cystic Fibrosis."

Sylvester Cancer Center, University of Miami, Miami, FL.  February 2003.  "The Mechanism of Action of Recombinant Activated Protein C."

Lowell General Hospital Grand Rounds, Lowell, MA.  February 2003.  "The Diagnosis and Treatment of Hypercoagulable States."

Department of Pathology, Louisiana State University School of Medicine, New Orleans, LA. February 2003.  "Value Added Clinical Pathology."

Department of Pathology, Baylor University School of Medicine, Houston, TX.  March 2003. "Redefining Expectations from the Clinical Laboratory."

Texas Children's Hospital Grand Rounds Hematology – Oncology.  Houston, TX.  March 2003. "Hypercoagulable States and Their Association with Malignancy."

Dana Farber Cancer Institute, Boston, MA.  April 2003.  "An Overview of Fatty Acid Metabolism and its Implications for Anti-Cancer Treatment."

ASCP Resident Review Course, Hoffman Estates, IL.  April 2003.  "Coagulation Overview."

Professional Practice in Clinical Chemistry: A Review and Update, Arlington, VA.  April 2003. "An Overview of Bleeding and Thrombotic Disorders."

Updates in Anesthesia, Boston, MA.  May 2003.  "Why Doesn't the Blood Clot?"

Conemaugh Valley Memorial Hospital, Johnstown, PA.  May 2003.  "Ethanol: The Good and the Bad."

New Frontiers in Vascular and Endovascular Surgery, Boston, MA.  May 2003.  "What Surgeons Should know about New Heparins and Hypercoagulability."

Conemaugh Valley Memorial Hospital, Johnstown, PA.  May 2003.  "Hypercoagulable States."

North Shore University Hospital, Forest Hills, NY.  May 2003.  "Low Molecular Weight Heparin: Prophylaxis and Treatment of DVT and PE."

Conemaugh Valley Memorial Hospital, Johnstown, PA.  May 2003.  "Redefining Clinical Laboratory Services."

Windham Hospital Grand Rounds, Willamantic, CT.  June 2003.  "Diagnosis and Treatment of Hypercoagulable States."

Current Concepts in Clinical Pathology, Boston, MA. June 2003.  "Whom to Monitor for Hypercoagulability – Report of the CAP Consensus Conference on Thrombophilia Testing" and "Common Errors in Coagulation."

Current Concepts in Clinical Pathology, Boston, MA. June 2003.  "Lipid Testing and the Prediction of Cardiovascular Risk."

Federal Government Laboratorians Seminar (sponsored by Roche).  July 2003. National Liberty Museum, Philadelphia, PA.  "Reducing Medical Errors by Providing Expert Advice in the Selection and Interpretation of Laboratory Tests."

Memorial Sloane Kettering Cancer Center, New York City, NY.  July 2003.  "Fatty Acid Ethyl Esters: Toxic Nonoxidative Ethanol Metabolites."

A Comprehensive Board Review in Hematology and Medical Oncology, Houston, TX. October 2003.  "Hypercoagulable States."

Centers for Disease Control (CDC) Executive Session on the formation of the Quality Institute for Laboratory Medicine, Atlanta, GA. December 2003. "Quality Enhancement of Clinical Laboratory Services – An External Perspective on the Issues."

Ospedale Pediatrico Bambina Gesu, Rome, Italy.  December 2003. "Fatty Acid Alterations in Cystic Fibrosis."

Montefiore Medical Center/Albert Einstein College of Medicine, Bronx, NY.  Visiting Professor. January 2004.  "Diagnosis and Treatment of Hypercoagulable States."

Montefiore Medical Center/Albert Einstein College of Medicine, Bronx, NY.  January 2004. Visiting Professor.  "Finding Your Place in the World of Pathology."

Basic Science Lecture Series, University of Texas Medical Branch, Galveston, TX.  March 2004. "Fatty Acid Ethyl Esters: Nonoxidative Metabolites of Ethanol."

Anesthesia Grand Rounds, Newton-Wellesley Hospital, Newton, MA.  March 2004. "Anticoagulants Old and New".

Newport Hospital Grand Rounds, Newport, RI.  March 2004.  "What is New & Old in Anticoagulation."

Department of Pathology Visiting Professor Lecture Series, University of Alabama at Birmingham, Birmingham, AL. March 2004. "Fatty Acid Ethyl Esters: Toxic Nonoxidative Ethanol Metabolites."

Department of Pathology, University of Alabama at Birmingham, Birmingham, AL.  March 2004. "Finding your Place in the World of Pathology."

Cedars-Sinai Hospital, Visiting Professor Los Angeles, CA.  April 2004.  "The Diagnosis & Treatment of Hypercoagulable States."

ASCP Resident Review Course, Hoffman Estates, IL.  April 2004.  "Coagulation."

Cedars-Sinai Hospital, Visiting Professor, Los Angeles, CA.  April 2004.  "Finding Your Place in the World of Pathology."

Cedars-Sinai Hospital, Visiting Professor, Los Angeles, CA.  April 2004.  "Redefining Clinical Laboratory Services for Improved Patient Safety."

Instrumentation Laboratories International Advisory Board, Cambridge, MA. April 2004.  "The Added Value of Patient-Specific Narrative Interpretations."

Department of Pathology, University of Texas, Houston, TX.  May 2004.  "Finding Your Place in the World of Pathology."

Department of Pathology, University of Texas, Houston, TX.  May 2004.  "Value Added Services in Clinical Pathology."

Department of Laboratory Medicine and Pathology, University of Alberta, Edmonton, Canada. June 2004. "Patient Safety: Have We Overlooked Errors in Test Selection and Interpretation of Laboratory Tests?"

University of Rome, Department of Experimental Medicine and Pathology, Rome, Italy.  June 2004.  "The Diagnosis and Treatment of Hypercoagulable States."

Westerly Hospital Grand Rounds, Westerly, RI.  September 2004.  "Anticoagulants and Thrombosis Prevention."

South County Hospital Grand Rounds, Wakefield, RI.  September 2004.  "Anticoagulants: An Overview" and "Heparin-Induced Thrombocytopenia."

Cancer Medicine and Hematology, Harvard Medical School Continuing Education Course, September 2004.  "Case Management Problems in Coagulation."

Update in Hemostasis and Thrombosis, Lehigh Valley Hospital, Allentown, PA.  October 2004. "The Diagnosis and Treatment of Hypercoagulable States."

Michigan Society of Pathologists Winter Seminar, Ann Arbor, MI.  December 2004.  "Coagulation in the Clinical Laboratory."

Tufts University School of Medicine, MD-PhD Research Seminar Series, Boston, MA.  January 2005.  "Fatty Acid Ethyl Esters."

Children's Memorial Hospital (The pediatrics hospital for Northwestern University Medical Center), Grand Rounds, Chicago, IL. March 2005.  "Coagulation Disorders in Children."

Emerson Hospital Grand Rounds, Concord, MA.  April 2005.  "Anticoagulants: Indications and Monitoring."

Spaulding Rehabilitation Hospital, Grand Rounds. "Heparin-Induced Thrombocytopenia: Diagnosis and Treatment with Argatroban." Boston, MA. April 2005
The Knight Nursing Center for Clinical and Professional Development, Boston, MA. May 2005. "The Causes and Common Bleeding and Clotting Disorders and What to Do About Them."

Professional Practice in Clinical Chemistry: A Review and Update, Arlington, VA.  May 2005. "An Overview of Bleeding and Thrombotic Disorders."

ASCP Resident Review Course, Hoffman Estates, IL.  May 2005.  "Coagulation."

J. Heinrich Joist First Memorial Lecture, St. Louis, MO.  September 2005. "Hypercoagulable States: Diagnosis and Treatment."

Comprehensive Update on Vascular Disease for the Primary Care and Specialty Provider, Waltham, MA. November 2005. "Hypercoagulable States: Update on How, Who, and When to Screen."

Lahey Clinic Surgery Grand Rounds.  Burlington, MA. January 2006. "An Overview of Coagulation for the Surgeon."

Brigham and Women's Hospital, Division of Rheumatology.  Boston, MA. January 2006. "Antiphospholipid Antibodies: What They Are and What They Do."

Beth Israel Deaconess Medical Center, Division of Rheumatology, Boston, MA. March 2006. "Antiphospholipid Antibodies and Antiphospholipid Syndrome: Description, Diagnosis, and Treatment."

Tufts/New England Medical Center, Department of Pathology, Boston, MA.  March 2006. "Value Added Services in Laboratory Medicine."

The Hemostasis Scientific Advisory Committee 2006 Meeting, Instrumentation Laboratory, Lexington, MA. April 2006. "Point of Care Coagulation Testing: What Assays Could Move Out of the Main Laboratory and Institutional Factors Which Influence that Decision."

Clinical Laboratory Improvements Act Committee Meeting, Atlanta, GA.  September 2006. "Narrative Interpretations of Complex Clinical Laboratory Evaluations".

Commencement address, Medical Professional Institute, Malden, MA.  September 2006.

In Vein Treatment and Techniques, Las Vegas, NV.  October 2006.  "Hypercoagulable States: A Primer for Office Management."

Life After a Heart Attack:  A Lecture for Community Health Awareness (for the public).  Malden, MA.  November 2006.

Visiting Professor, Ball Memorial Hospital, Department of Pathology, Muncie, IN.  December 2006.  "Value-Added Services in Laboratory Medicine" and "Finding Your Place in the World of Pathology: Mentorship for Residents."

Visiting Professor, Ball Memorial Hospital, Department of Pathology, Muncie, IN.  December 2006.  "An Overview of Thrombotic and Bleeding Disorders."

Melrose-Wakefield Hospital Grand Rounds, Malden, MA.  January 2007. "Hypercoagulable States, Anticoagulants, and Heparin-Induced Thrombocytopenia".

Visiting Professor, Case Western University Medical Center, Department of Pathology, Cleveland, OH.  January 2007.  "Patient-Specific Expert Driven Narratives in Clinical Pathology – It's Time Has Come" and "Finding Your Place in the World of Pathology".

Case Western Reserve University Medical Center, Department of Pathology, Visiting Professor, Cleveland, OH.  January 2007.  "Fatty Acid Alterations in Cystic Fibrosis – Moving beyond the Original Biochemical Observations and Understanding the Basis of the DHA Therapeutic Effect".

Youville Rehabilitation Hospital, Grand Rounds, Cambridge, MA.  February 2007.  "The Management of Venous Thromboembolic Disease."

Cedar-Sinai Medical Center Grand Rounds, Los Angeles, CA. February 2007.  "The Diagnosis and Treatment of Hypercoagulable States."

Evergreen Hospital Grand Rounds, Seattle, WA.  February 2007.  "The Diagnosis and Treatment of Hypercoagulable States."

University of Rome (La Sapienza), School of Medicine. Lecture to Medical Students. Rome, Italy. March 2007.  "An Overview of Hemostasis

University Palermo, School of Medicine.  Palermo, Italy.  March 2007.  "Value Added Services in Clinical Pathology:  A New Role for the Clinical Pathologist."

Temple University School of Medicine, Department of Pathology.  Philadelphia, PA.  April 2007. "Cystic Fibrosis:  Fatty Acid Alterations and Fatty Acid Supplementation."

Vanderbilt University School of Medicine, Department of Pathology.  Nashville, TN.  April 2007. "Fatty Acid Alterations in Cystic Fibrosis: A Target for Therapy."

Professional Practice in Clinical Chemistry: A Review and Update.  Washington, DC.  April 2007. "Coagulation."

ASCP Resident Review Course, Director of Laboratory Medicine Section and Lecturer.  Chicago, IL.  April 2007.  "An Overview of Coagulation."

The Annual Israel Michaelson Distinguished Lectureship, The University of Tennessee Health Science Center, Department of Pathology and Laboratory Medicine, Memphis, TN.  June 2007. "What We Really Need to be Doing as Pathologists in Laboratory Medicine."

In Vein: Treatment and Techniques.  Uncasville, CT.  April 2007.  "What Do I Really Need to Know About Hypercoagulable States." and "How to Evaluate the Patient with Idiopathic DVT." Hackensack University Medical Center, Surgery Grand Rounds, Hackensack, NJ.  October 2007. "Coagulation for the Surgeon."

UCLA Medical Center, Department of Pathology Grand Rounds, Los Angeles, CA.  October 2007.  "Providing Patient-Specific Narrative Reports for Complex Clinical Laboratory Evaluations: Why Can't We Do What the Radiologists and Anatomic Pathologists Do?"

Loyola University School of Medicine, Pathology Grand Rounds, Chicago, IL.  January 2008. "Cystic Fibrosis".

ASCP Resident Review Course, Director of Laboratory Medicine Section and Lecturer.  Chicago, IL.  April 2008.  "An Overview of Coagulation."

Department of Medicine Grand Rounds, University of Alabama at Birmingham, Birmingham, AL. September 2008.  "The Use and Monitoring of Anticoagulants".

Department of Pathology, University of Texas - San Antonio. Visiting Professor, San Antonio, TX. February 2009.  "The Appropriate Use and Laboratory Monitoring of Anticoagulants."

Cleveland Clinic, Pathology Grand Rounds as Visiting Professor, Cleveland, OH.  March 2009. "Reshaping Laboratory Medicine."

ASCP Resident Review Course, Director of Laboratory Medicine Section and Lecturer.  Chicago, IL.  April 2009.  "An Overview of Coagulation."

Anesthesia Review and Update, Harvard Continuing Medical Education Symposium, Boston, MA.  May 2009.  "Why Doesn't the Blood Clot?" and "Why Does the Blood Keep Clotting?"

Visiting Professor, Ball Memorial Hospital, Department of Pathology, Muncie, IN.  January 2010.  "Hypercoagulable States: Diagnosis and Treatment"

Visiting Professor, Ball Memorial Hospital, Department of Pathology, Muncie, IN.  January 2010.  "Anticoagulants: Clinical Indications and Monitoring"

Visiting Professor, Ball Memorial Hospital, Department of Pathology, Muncie, IN.  January 2010.  "The Rapid Transformation of Diagnostic Services and the Creation of the Diagnostic Management Team."

Visiting Professor, St. Francis Hospital, Medical Grand Rounds, Hartford, CT.  February 2010.  "Cost Effective Strategies for Clinical Laboratory Testing."

Tennessee Donor Services Medical Advisory Committee, Nashville, TN.  April 2010.  "Disseminated Intravascular Coagulation in the Transplant Patient."

ASCP Resident Review Course, Director of Laboratory Medicine Section and Lecturer.  Chicago, IL.  April 2010.  "An Overview of Coagulation."

Harvard Anesthesia Update 2010, Boston, MA.  May 2010.  "Why Doesn't the Blood Clot?" and "Why Does the Blood Keep Clotting?

Visiting Professor, University of Illinois at Champaign-Urbana, Champaign, IL.  November 2010.  "Fatty Acids:  Metabolism and Clinical Significance."

University of South Florida, Pathology Grand Rounds, Tampa, FL.  January 2011.  "Case Studies in Laboratory Management:  Coagulation Disorders."

Clinical Laboratory Improvements Act Advisory Committee (CLIAC) Meeting, Atlanta, GA.  March 2011.  "Update on the activities of the Clinical Laboratory Integration into HealthCare Collaborative."

ASCP Resident Review Course, Director of Laboratory Medicine Section and Lecturer.  Chicago, IL.  April 2011.  "An Overview of Coagulation."

Harvard Anesthesia Update 2011, Boston, MA.  May 2011.  "Why Doesn't the Blood Clot?" and "Why Does the Blood Keep Clotting?"

Visiting Professor, McGill University, Montreal, Canada.  November 2011.  "Fatty Acid Abnormalities in Cystic Fibrosis."

Yale University School of Medicine, Department of Laboratory Medicine, Visiting Professor.  January 2012.  "Improving Test Selection and Test Result Interpretation."

ASCP Resident Review Course, Tampa, FL.  February 2012.  "Coagulation"

Department of Anesthesiology, Tufts University School of Medicine, Boston, MA.  May 2012.  "Anticoagulant and Antiplatelet Therapy: The New and the Old."

Harvard Anesthesiology Update, Boston, MA.  May 2012.  "Anticoagulants:  The Old and the New" and "New Antiplatelet Agents."

The Massachusetts Society of Pathologists, Waltham, MA.  May 2012.  "Advising Physicians on the Selection and Interpretation of Clinical Laboratory Tests:  The Diagnostic Management Team at Vanderbilt."

Anesthesia Grand Rounds, Beth Israel Deaconess Hospital, Boston, MA.  August 2012.  "New Anticoagulants and New Anti-Platelet Agents:  What are the Surgical Bleeding Risks?"

University of Washington, Laboratory Medicine Grand Rounds.  Seattle, WA.  November 2012.  "Advising Clinicians on Laboratory Test Selection and Result Interpretation with a Diagnostic Management Team."

University of Utah and ARUP Grand Rounds, Salt Lake City, UT. November 2012.  "Advising Clinicians on Laboratory Test Selection and result Interpretation with a Diagnostic Management Team."

Glenwood Regional Medical Center, Monroe, LA.  February 2013.   "Anticoagulants and Antiplatelet Agents' and "The Diagnosis and Treatment of Coagulation Disorders."

Visiting Professor, Department of Pathology, Beth Israel Hospital, Boston, MA.  March 2013.  "Advising Clinicians on Laboratory Test Selection and Results Interpretation with a Diagnostic Management Team."

Baylor College of Medicine, Pathology and Immunology Grand Rounds, Houston, TX.  March 2013.  "Advising Clinicians on Laboratory Test Selection and Results Interpretation with a Diagnostic Management Team."

Hospital Grand Rounds, Altura Hospital, Grand Forks, ND.  April 2013.  "Beyond the Clot:  The Diagnosis and Treatment of Hypercoagulable States."

Northwestern University School of Medicine, Pathology Department Rounds.  Chicago, IL.  May 2013.  "Advising Clinicians on Laboratory Test Selection and Results Interpretation with a Diagnostic Management Team."

McMaster University Department of Pathology and Molecular Medicine.  Keynote address at Annual Residents Research Day, 2013.  Hamilton, Ontario, Canada.  May 2013.  "Advising Clinicians on Laboratory Test Selection and Result Interpretation with the Diagnostic Management Team.'

University of Illinois at Chicago, Pathology Department Grand Rounds, Chicago IL. June 2013.  "Advising Clinicians on Laboratory Test Selection and Result Interpretation with the Diagnostic Management Team."

Mount Sinai Hospital, Miami, FL. June 2013. A series of seven lectures on a wide variety of topics in diagnostic coagulation.

Webinar for ADVANCE, June 2013. "Advising Clinicians on Laboratory Test Selection and Result Interpretation with the Diagnostic Management Team."

Visiting Professor, Department of Pathology, University of Miami, Miami FL.  October 2013. "Errors in the Selection and Interpretation of Laboratory Tests:  A Major Cause of Poor Patient Outcome."

Grand Rounds, Tripler Army Hospital, Honolulu, HI.  November 2013.  "Consultation to Optimize Clinical Laboratory Test Selection and Result Interpretation."

St. Jude Children's Hospital, ASCLS sponsored presentation.  Memphis, TN.  December 2013. "Errors in Selection of Appropriate Laboratory Tests and Interpretation of Test Results:  A Major Cause of Poor Patient Outcome."

Visiting Professor, Department of Pathology Grand Rounds.  Temple University School of Medicine, Philadelphia, PA.  January 2014.  "Advising Clinicians and Laboratorians on Lab Test Selection:  The Diagnostic Management Team."

Visiting Professor, Department of Pathology Grand Rounds, University of Massachusetts, Worcester, MA.  February 2014.  "Advising Clinicians and Laboratorians on Lab Test Selection: The Diagnostic Management Team."

Visiting Professor, Department of Pathology Grand Rounds, Cleveland Clinic, Cleveland, OH. February 2014.  "Errors in Selection of Appropriate Laboratory Tests and Interpretation of Test Results:  A Major Cause of Poor Patient Outcome."

Visiting Professor, Department of Pathology Grand Rounds.  University of Florida, Gainesville, FL.  March 2014.  "The Diagnostic Management Team:  Advising Clinicians on Laboratory Test Selection and Interpretation."

Laboratory Management Series.  UT Southwestern Medical Center, Dallas, TX.  February 2015. "The Indispensable Pathologist:  Leader of a Diagnostic Management Team."

Pathology Grand Rounds.  Virginia Commonwealth University.  Richmond, VA.  March 2015. "The Diagnostic Management Team:  The Missing Link in Healthcare in the United States."

Sunquest Information Systems User Group Conference.  Phoenix, AZ, July 2015.  "How Sunquest Can Reduce Diagnostic Errors and Dramatically Reduce Healthcare Costs."

AACC Webinar.  August 2015.  "Utilization of Clinical Laboratory Services in a World with New Rules:  Overutilization, Underutilization and the Impact of Both on Patient Outcomes and Healthcare Costs".

ASCP Live Webcast.  September 2015.  "Diagnostic Errors and the Impact on Patient Outcome and Healthcare Costs."

Division of Pathology and Laboratory Medicine's Grand Rounds. MD Anderson Cancer Center. Houston, TX, September 2015.  "The Diagnostic Management Team:  A New Approach to Consultation by Pathologists."

Clinical and Scientific Advances Series.  University of California at Irvine.  Irvine, CA.  September 2015.  "The Diagnostic Management Team:  A New Approach to Consultation by Pathologists."

2015-2016 Daljit S. and Elaine Sarkaria Lecture.  First Annual Clinical Innovation/Quality Day.  University of California at Los Angeles.  Los Angeles, CA.  September 2015.  "Reducing Diagnostic Error:  A Critical Role for the Pathologist."

Pathology Grand Rounds.  Stanford University, Stanford, CA.  November 2015.  "Reducing Diagnostic Error:  A Critical Role for the Pathologist."
Clinical Diagnostics Research Webinar sponsored by Lab Roots.  November 2015.  "Optimizing the Use of Laboratory Testing Services to Improve Patient Diagnosis."

Laboratory Medicine Grand Rounds.  Memorial Sloan-Kettering Cancer Center, New York, NY.  February 2016.  "Diagnostic Error in America:  A Major Under-recognized Problem Requiring Laboratorians to Fix It."

Laboratory Medicine Grand Rounds.  Washington University in St. Louis School of Medicine, St. Louis, MO.  March 2016.  "The Institute of Medicine (IOM) Report:  Improving Diagnosis in Healthcare".

University Medical Center, Utrecht, the Netherlands.  June 2016.  "Utilization of Clinical Laboratory Services in a World with New Rule:  Overutilization, Underutilization and the Impact of Both on Patient Outcomes and Healthcare Costs".

Department of Pathology and Laboratory Medicine Grand Rounds, University of Pennsylvania, Philadelphia, PA, September 2016.  "Medical Errors:  The Third Leading Cause of Death in the US."

Southern Dean's Annual Meeting, San Antonio, TX, October 2016.  "Medical Errors:  The Third Leading Cause of Death in the US."

SmartLab Annual Meeting, San Antonio, TX, October 2016.  "How to Avoid Commonly Encountered Errors in the Clinical Laboratory."

SmartLab Annual Meeting, San Antonio, TX, October 2016.  "A Team Approach to Diagnostic Management Concierge Care:  The Health Model of the Future."

X Congreso Nacional del Laboratorio Clinico, Zaragoza, Spain. October 2016. "Improving Diagnosis in Health Care with a Diagnostic Management Team."

Terplan Lecture, University of Buffalo, Buffalo, NY, October 2016.  "Medical Errors:  The Third Leading Cause of Death in the US."

Department of Medicine Medical Grand Rounds, St. Michael's Hospital, Toronto, Ontario, Canada.  December 2016.  "Medical Errors:  The Third Leading Cause of Death in the US".

Diagnostic Management Team Conference.  Galveston Convention Center, Galveston, TX.  February 2017.  "The Diagnostic Management Team:  Past, Present and Future."

Benjamin Highman Lecture, University of California, Davis.  March 2017.  "Medical Errors:  The Third Leading Cause of Death in the US."

Milka M. Montiel Lecture, UT Health San Antonio, TX.  April 2017.  "Implications from the National Academy of Medicine Report on Improving Diagnosis in Healthcare."

AACC Webinar, May 2017.  "Diagnostic Errors:  The Laboratory Viewpoint."

Lab Leaders Summit, August 2017, Indianapolis, IN.  "The Clinical and Financial Benefits of a Diagnostic Management Team."

Pathology Grand Rounds, University of Alabama at Birmingham, AL.  October 2017.  "Medical Errors: The Third Leading Cause of Death in the US."

Robert V.P. Hutter Endowed Lectureship, SUNY Upstate Medical University, Syracuse, NY. November 2017.  "Diagnostic Management Team:  Moving Toward Widespread Implementation."

Faculty Mini Retreat, SUNY Upstate Medical University, Syracuse, NY.  November 2017.  "What is CP and How Do We Treat our Residents to Do It."

Faculty Interest Group, SUNY, Syracuse, NY.  November 2017.  "Medical Errors:  The Third Leading Cause of Death in the US."

Surgery Grand Rounds, Texas Children's Hospital.  December 2017.  "Medical Errors:  The Third Leading Cause of Death in the US."

Department of Pathology and Laboratory Medicine Grand Rounds, Cedars-Sinai Medical Center, July 2018.  "Increasing Impact of the Diagnostic Management Team."

Department of Pathology and Laboratory Medicine Education Seminar, Cedars-Sinai Medical Center, July 2018.  "Step-by-Step Guide:  Detailed Logistics for Establishing a Diagnostic Management Team."

Baylor Pathology Citywide Grand Rounds, Baylor College of Medicine, Houston, Texas, August 2018.  "The Worst Misdiagnosis of All:  The Incorrect Diagnosis of Child Abuse."

College of American Pathologists/American Hospital Association Webinar, September 2018. "The Importance of Forming a Diagnostic Management Team:  Strategies to Reduce Costs and Improve Patient Outcomes."

Doctoral Seminar Experience, Texas Tech University, Lubbock, Texas, September 2018. "Increasing Impact of the Diagnostic Management Team."

Texas Tech University Health Science Center, School of Heath Professions' 35th Anniversary Celebration, Lubbock, Texas, September 2018.  "Medical Errors:  The Third Leading Cause of Death in the US."

Sidney Kimmel Medical College at Thomas Jefferson University, Philadelphia, PA, October 2018. "Clinical Excellence, Preventing Diagnostic Errors, and Cost Reduction through Better Lab Utilization".

Lifespan, Providence, RI.  October 2018.  "Appropriate Utilization of Laboratory Tests through a Diagnostic Management Team:  Clinical and Financial Benefits."

Clinical Laboratory Improvement Advisory Committee, Atlanta, GA. November 2018. "The National Report on Diagnostic Errors:  Implications for Laboratory Practice."

Pathology Grand Rounds, Medical College of Wisconsin, Milwaukee, WI.  November 2018. "Medical Errors: The Third Leading Cause of Death in the US."

Clinical Diagnostics & Research, Labroots (webinar).  November 2018.  "Diagnostic Management Teams:  Implementation Obstacles."

Association for Pathology Informatics Webinar Series.  November 2018.  "Obstacles to Widespread Implementation of Diagnostic Management Team Services."

Sunquest Webinar Series.  November 2018.  "IT Support for Diagnostic Management Teams."

Healthology Symposium, Oakland University, Rochester, MI.  April 2019.  "Obstacles to Widespread Implementation of Diagnostic Management Team Services."

Healthology Symposium, Oakland University, Rochester, MI.  May 2019.  "Role of the Laboratory in Reducing Diagnostic Errors" (Crucial Conversations with Janelle Chiasera, Ph.D.).

Becker's Health IT and Clinical Leadership and Pharmacy 2019. Chicago, IL.  "Clinical Leadership and Quality at the University of Texas Medical Branch." (with Eric Walser, M.D.)

Grand Rounds, Cook Children's Medical Center, Fort Worth, TX, October 2019.  "Medical Errors: The Third Leading Cause of Death in the US."

University of Miami Annual Pathology Conference, Miami, FL.  January 2020.  "The Diagnostic Management Team:  Past, Present and Future."

University of Miami Annual Pathology Conference, Miami, FL.  January 2020.  "Appropriate Utilization of Laboratory Tests Through a Diagnostic Management Team:  Clinical and Financial Benefits."

University of Miami Annual Pathology Conference, Miami, FL.  January 2020.  "The Worst Misdiagnosis of All:  The Incorrect Diagnosis of Child Abuse."

Dr. Robert Zhong Research Seminar, Schulich School of Medicine and Dentistry, Western University, Ontario, London, Canada.  February 2020.  "Medical Errors:  A Major Cause of Death Across the World."

Webinar for Abbott Laboratories. May 2020.  "Creating Clinical Engagement in Discrete Pandemic Phases."

Webinar for SelectScience.  June 2020.  "The Roles of the Doctoral Laboratory Staff in the COVID-19 Pandemic: Are we doing enough?"

Grand Rounds, Beth Israel Deaconess Medical Center.  September 2020.  "The Diagnostic Management Team:  Past, Present, and Future." (virtual)

Webinar for Danaher Industry Group.  October 2020.  "Enhancing Clinicians' Ability to Leverage Diagnostic Tests:  Diagnostic Management Teams."

Siemens Healthineers "Live Webinar Event.  October 2020.  "COVID-19:  The Big Questions Today."

Department of Pathology Grand Rounds, Northwestern University, Feinberg School of Medicine. November 2020.  "The Diagnostic Management Team:  Past, Present and Future." (virtual)

Pathology Grand Rounds, University of Miami Health System.  December 2020.  "The Path to Indispensability for Pathologists and Laboratory Scientists:  Becoming the Most Important Members of the Diagnostic Healthcare Team".  (virtual)

Houston Society of Clinical Pathologists.  May 2021.  "New Variants of SARS-CoV-2:  Impact on PCR Test Accuracy and Vaccine Efficacy". (Virtual)

Association of Pathology Chairs Meeting. July 2021. "The Path to Indispensability for Pathologists is Integrative Diagnosis" [Boot Camp Lecture]; "Professional Billing for COVID-19 Tests:  If There was ever a Case for a Diagnostic Management Team, This is It" [Talk "1"; "Medical Student Teaching of Laboratory Medicine/Clinical Pathology in the US" [Talk "2"]) "Financial Impact of COVID Diagnostic Management Teams." (Virtual)

BioMedica Diagnostics Webinar. September 2021. "Vaccine-induced Thrombocytopenia with Thrombosis." (Virtual)

Department of Pathology and Laboratory Medicine Grand Rounds, University of Rochester Medical Center. October 2021. "Variants of SARS-CoV-2: Impact on Testing and Efficacy of Vaccines."

NEAACC, October 2021. "The Path to Indispensability for Laboratory Scientists." (virtual)

AACC Webinar, December 2021. "Awareness to the Vacuum Tube Shortages & Recommendations of How to Mitigate Waste to Conserve Inventory."

HL 7 Work Group/Reducing Clinician Burden Project Team Teleconference, January 2022. "The Role of Diagnostic Management Teams in Improving Personalized Medicine and Reducing Provider Burden." (with James Sorace)

Weill Cornell Medicine, Pathology & Laboratory Medicine Resident Lecture, February 2022. "Appropriate Utilization of Laboratory Tests through a Diagnostic Management Team: Clinical and Financial Benefits."

Weill Cornell Medicine, Pathology & Laboratory Medicine Grand Rounds Webinar, February 2022. "Integrative Diagnostics: Making the Pathologist the Most Important Member of the Healthcare Team."

PLUGS Webinar Series, March 2022. "The Implementation of the COVID-19 Specific Diagnostic Management Team with Clinical and Financial Impact."

ASCLS Webinar, April 2022. "Hypercoagulable States: Diagnosis and Treatment."

2022 Emma S. Moss Lecturer Department of Pathology – LSU School of Medicine, New Orleans, LA, July 2022. "The Worst Misdiagnosis of All: The Incorrect Diagnosis of Child Abuse."

2022 Emma S. Moss Lecturer Department of Pathology – LSU School of Medicine, New Orleans, LA, July 2022. "Mentorship."

ESMED General Assembly, Virtual, August 2022. "The Worst Misdiagnosis of All: The Incorrect Diagnosis of Child Abuse."

Grand Rounds, School of Medicine and Health Sciences at George Washington University, Washington, DC, September 2022. "The Diagnostic Management Team: Past, Present and Future."

Association of Pathology Chairs Winter Council. January 2023. "Brainstorming Broader Strategic Opportunities for APC."

2023 National Academies – Incorporating Integrated Diagnostics into Precision Oncology Care: A Workshop, Washington, DC. March 2023. "Integrative Diagnostics: What is it and Who Does it."

Zucker School of Medicine at Hofstra/Northwell, Monthly education session for Division of Cytogenetics and Molecular Pathology Webinar, March 2023. "Diagnostic Management Team: Past, Present, and Future."


**INVITED LECTURES – HOME INSTITUTION:**

Massachusetts General Hospital, Boston, MA.  March 1989.  "The Availability of Cellular Arachidonate for Prostaglandin Production."

University of Massachusetts School of Medicine, Worcester, MA.  October 1991.  "Laboratory Medicine Training at the Massachusetts General Hospital."

Grand Rounds, MGH Department of Medicine, Boston, MA.  July 1994.  "von Willebrand's Disease." Cardiovascular Anesthesia Continuing Education Course, Harvard Medical School, Boston, MA.  September 1994.  "Diagnosis and Treatment of Common Coagulopathies."

Grand Rounds, MGH Department of Medicine, Boston, MA.  December 1996.  "Hypercoagulable States."

Neurology Grand Rounds, Massachusetts General Hospital, Boston, MA.  May 1997.  "Fatty Acid Ethyl Ester:  A New Ethanol Metabolite Associated with Toxicity and Intoxication."

Anesthesia Grand Rounds, Massachusetts General Hospital, Boston, MA.  July 1997.  "Alcohol Abuse:  Mechanisms of Toxicity and Monitoring Intake."

Rheumatology Grand Rounds, Massachusetts General Hospital, September 1999. "Antiphospholipid Antibodies."

Reproductive Endocrinology & Gynecology Seminar Series, Brigham and Women's Hospital, Boston, MA.  September 2003.  "Hypercoagulable States."

Massachusetts General Hospital Department of Anesthesia Grand Rounds, Boston, MA. January 2005.  "Hypercoagulable States."

Obstetrics and Gynecology Grand Rounds, Massachusetts General Hospital, Boston, MA.  April 2007.  "Hypercoagulable States and Their Many Connections to Obstetrics and Gynecology."

Rheumatology Grand Rounds, University of Massachusetts Medical School, Worcester, MA. September 2007.  "Antiphospholipid Antibodies: What They Are and What to Do About Them."

Advances in Rheumatology, Harvard Continuing Medical Education Course, Boston, MA. September 2007.  "Coagulopathies".

Clinical Pharmacology Grand Rounds, Vanderbilt University Medical Center, Nashville, TN. February 2010.  "Fatty Acid Abnormalities in Cystic Fibrosis."

Cardiology 2013:  Advances in Science and Practice.  Vanderbilt University School of Medicine, Nashville, TN.  February 2013.  "Beyond the Clot:  The Evaluation of Hypercoagulable States."

Health System Advisory Board, University of Texas Medical Branch-Galveston., Galveston, TX. January 2015.  "Advances in Pathology:  How UTMB Can Become Even More of a Leader in Pathology."

Dean's Lecture.  Graduate School of Biomedical Sciences, University of Texas Medical Branch at Galveston.  Galveston, TX.  March 2015.  "Personalized Medicine and the Amazing Progress toward Life-saving Treatments for Patients with Cystic Fibrosis."

Orthopaedic Surgery Grand Rounds, University of Texas Medical Branch-Galveston, TX, April 2015.  "Anticoagulants and Antiplatelet Agents:  Indications and Monitoring."

UTMB Health Policy Dialogue Seminar Series.  University of Texas Medical Branch-Galveston, TX.  November 2015.  "Improving Diagnosis in Health Care."

Department of Pathology Grand Rounds, University of Texas Medical Branch-Galveston, TX, September 2016.  "UTMB Department of Pathology:  The Year Finished.  The Year Ahead."

Department of Internal Residents Conference, University of Texas Medical Branch-Galveston, TX, September 2016.  "Anticoagulants:  Indications and Laboratory Monitoring."

Osler Scholars, University of Texas Medical Branch-Galveston, TX, November 2016.  "The Worst Misdiagnosis of All:  The Incorrect Diagnosis of Child Abuse."

Department of Pathology Grand Rounds, University of Texas Medical Branch-Galveston, TX, November 2016.  "The Worst Misdiagnosis of All:  The Incorrect Diagnosis of Child Abuse."

Department of Pathology Grand Rounds, University of Texas Medical Branch-Galveston, TX, September 2017.  "One Year Objective Review of Activities in the Department of Pathology."

Department of Pathology Grand Rounds, University of Texas Medical Branch-Galveston, TX, September 2018. "One Year Objective Review of Activities in the Department of Pathology."

Department of Orthopaedic Surgery and Rehabilitation Conference, University of Texas Medical Branch, League City, TX, October 2018. "Anticoagulant and Antiplatelet Use in Orthopedic Surgery."

Department of Pathology Grand Rounds, University of Texas Medical Branch-Galveston, TX, October 2019. "The State of the UTMB Department of Pathology."

COVID-19 Research Virtual Workshop, University of Texas Medical Branch-Galveston, TX, June 2020. "Are We Doing Enough with Testing for COVID-19 to Answer the Important Questions for Patients and Healthcare Practitioners?"

Virtual Summer Series, University of Texas Medical Branch-Galveston, TX, July 2020. "Are We Doing Enough with Testing for COVID-19 to Answer the Important Questions for Patients and Healthcare Practitioners?"

Department of Pathology Grand Rounds, University of Texas Medical Branch-Galveston, TX, October 2020. "One Year Objective Review of Activities in the Department of Pathology."

Department of Pathology Lab Week, University of Texas Medical Branch-Galveston, TX, April 2021. ""New Variants of SARS-CoV2: Impact on PCR Test Accuracy and Vaccine Efficacy."

Department of Pathology Grand Rounds, University of Texas Medical Branch-Galveston, TX, May 2021. "Personalized Interpretations of COVID-19-related Tests: If there was ever a case for a Diagnostic Management Team, this is it."

Department of Pathology Resident Lecture Series, University of Texas Medical Branch – Galveston, TX, August 2021. "Vaccine-induced Thrombocytopenia with Thrombosis."

Department of Pathology Grand Rounds, University of Texas Medical Branch-Galveston, TX, October 2021. "One Year Objective Review of Activities in the Department of Pathology."

Experimental Pathology Work in Progress Seminar Series, University of Texas Medical Branch-Galveston, TX, November 2021. "How to Give an Effective Presentation."

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, January 2022. "Principles of Molecular Diagnostics."

Department of Pathology Resident Lecture Series, University of Texas Medical Branch – Galveston, TX, January 2022. "How to Write a Paper."

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, February 2022. "Clotting and Bleeding Disorders."

PHD SOM1, University of Texas Medical Branch, February 2022. "Intro to Coagulation."

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, March 2022. "Laboratory Diagnosis of GI Disorders."

Dermatology Hematology Musculoskeletal Course School of Medicine, University of Texas Medical Branch-Galveston, TX, March 2022. "Anticoagulation and Anti-platelet Therapy."

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, March 2022. "Laboratory Diagnosis of Kidney Disorders."

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, March 2022. "Laboratory Diagnosis of Kidney Disorders."

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, April 2022. "Laboratory Diagnosis of Liver Diseases."

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, April 2022. "Laboratory Diagnosis of Hematopoietic Disorders."

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, April 2022. "Laboratory Diagnosis of Cardiac Disorders."

Lab Week Lecture, University of Texas Medical Branch – Galveston, TX, April 2022. "Integrative Diagnostics: Making the Diagnostic Expert the Most Important Member of the Healthcare Team Now."

Resident SIR Abstract Workshop Series, University of Texas Medical Branch – Galveston, TX, May 2022. "Curriculum Vitae."

Resident SIR Abstract Workshop Series, University of Texas Medical Branch – Galveston, TX, June 2022. "How Much Molecular Pathology Do You Actually Understand?"

LSU School of Medicine, Department of Pathology Grand Rounds, July 2022. "Integrative Diagnostics: Making the Diagnostic Expert the Most Important Member of the Healthcare Team.

Resident SIR Abstract Workshop Series, University of Texas Medical Branch – Galveston, TX, July 2022. "Selecting a Project to Investigate."

Resident Mini Rounds, University of Texas Medical Branch – Galveston, TX, August 2022. "How to Give a Talk."

MDPH 6101 Seminar, University of Texas Medical Branch – Galveston, TX, September 2022. "Important Facts about Oral Presentations."

MDPH 6101 Seminar, University of Texas Medical Branch – Galveston, TX, September 2022. "Assessment of Professional Skills and Preferences."

MDPH 6101 Seminar, University of Texas Medical Branch – Galveston, TX, September 2022. "How to Build a Career in Medicine."

MDPH 6101 Seminar, University of Texas Medical Branch – Galveston, TX, October 2022. "How to Get a Job and Decide Which Job You Want."

MDPH 6101 Seminar, University of Texas Medical Branch – Galveston, TX, October 2022. "MD-PhD Student Transitions During Training."

Department of Pathology Grand Rounds, University of Texas Medical Branch-Galveston, TX, October 2022.  "State of the Department Talk."

MDPH 6101 Seminar, University of Texas Medical Branch – Galveston, TX, November 2022. "How to Write an Article for Publication."

MDPH 6101 Seminar, University of Texas Medical Branch – Galveston, TX, November 2022. "What Not to Do During Medical School and Residency."

Experimental Pathology Work in Progress Seminar Series, University of Texas Medical Branch – Galveston, TX, December 2022. "What Not to Do During Graduate School and Fellowship."

MDPH 6101 Seminar, University of Texas Medical Branch – Galveston, TX, December 2022. "Problems to Recognize and Avoid in Research Proposals."

MD-PhD Awareness Talk to JSSOM Students, University of Texas Medical Branch – Galveston, TX, February 2023. "Why Not Become an MD PhD Student?"

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, February 2023. "Principles of Molecular Diagnostics."

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, February 2023. "Clotting and Bleeding Disorders."

Experimental Pathology Graduate Program Lecture Series, University of Texas Medical Branch-Galveston, TX, February 2023. "Laboratory Diagnosis of GI Disorders."

DHM2223: TBL 2, University of Texas Medical Branch – Galveston, TX, March 2023. "Hemostasis & Coagulation."

Experimental Pathology Work in Progress Seminar Series, University of Texas Medical Branch – Galveston, TX, April 2023. "What Not To Do During Graduate School and Postdoctoral Fellowship - with Application to Many Other Settings."

DCLS Seminar, University of Texas Medical Branch – Galveston, TX, June 2023. "The Worst Misdiagnosis of All: The Incorrect Diagnosis of Child Abuse.

SIR Workshop, University of Texas Medical Branch – Galveston, TX, July 2023. "Payment for Pathologist Services."

SIR Workshop, University of Texas Medical Branch – Galveston, TX, August 2023. "Money Talks – Does money interfere with optimal patient care?"

Fall 2023 MD-PhD Lecture Series, University of Texas Medical Branch, Galveston, TX, September 2023. "Why Not the MD PhD?"

# EXHIBIT 12

## Joint Statement of Pathologists

## February 2025

The signatories below are all licensed medical doctors with a specialization in pathology, the study of the causes and effects of diseases and injuries, especially on human tissue for diagnostic or forensic purposes. We all have extensive experience performing autopsies, assessing human tissue, and making cause and manner of death determinations. None of us has been retained by any party or been paid for our opinions related to the legal case of Robert Roberson. We are simply professionals with special expertise in pathology who are deeply troubled by the failure to revisit an autopsy performed over 20 years ago on Mr. Roberson's 27 month-old daughter after she was treated in a rural hospital in Palestine, Texas, transferred to an urban hospital in Dallas, Texas, and then transferred for autopsy to the Dallas Medical Examiner's Office housed in the Southwestern Institute of Forensic Sciences (SWIFS). That 2002 autopsy has been used to justify Mr. Roberson's 2003 conviction and death sentence when, based on publicly available information, the autopsy does not comport with current standards of care in our field.

We have been provided with a summary of key facts found in Exhibit 1 attached to this Joint Statement. Based on the assumption that this factual summary is accurate in all material respects, we sign our name to this document to express our joint opinion and urge reexamination of the conclusions regarding the cause and manner of death of Mr. Roberson's child, Nikki Curtis, who was pronounced dead on February 1, 2002, after being taken off life support at Children's Medical Center of Dallas (CMCD).

We urge that a reexamination of this in-hospital death be based on all available, relevant information, including the opinions of pathologists who have already studied the case and provided extensive written findings that have been made available to us. *See* Exhibit 1.

At the time of the 2002 autopsy and then the 2003 trial, medical experts generally considered the combination of subdural hematoma, retinal hemorrhage, and encephalopathy sufficient to make a determination of Shaken Baby Syndrome/Abusive Head Trauma. Now, the profession's understanding of these issues has evolved. A forensic pathologist performing an autopsy today would consider undiagnosed pneumonia, dangerous medications, and a short fall as significant and sufficient to explain Nikki's condition and subsequent death. Additionally, the autopsy does not reflect an attempt to account for the effects of extensive medical treatment, undertaken to try to reverse Nikki's condition, between the time when she was brought to the emergency room unconscious with blue lips and fixed, dilated pupils on the morning of January 31st and then delivered to SWIFS two days later. Pathologists today know that treatment can alter the evidence available and can complicate the picture viewed at autopsy.

1

In 2024, we understand that the medical examiner, Dr. Jill Urban, was asked if she would meet with Mr. Roberson's counsel, the Innocence Project, and medical experts who have reexamined Nikki's case and concluded that her death was not a homicide. Reportedly, Dr. Urban, still employed by SWIFS, was unwilling to participate in a meeting with Mr. Roberson's experts and offered only to give his defense counsel a 15-minute phone conference, which, in our view, is insufficient in a case of this complexity. Medical examiners should be objective and willing to engage with multiple stakeholders in criminal investigations.

We conclude, based on our understanding of the facts as recounted in Exhibit 1, that the 2002 autopsy performed on Nikki Curtis is not reliable.

The conclusions regarding cause and manner of death were reached on February 2, 2002, the same day that the autopsy was performed; these conclusions have never been revisited by the medical examiner. Further, they could not withstand scrutiny in light of contemporary scientific understanding, because it is now known that many naturally occurring phenomena, such as infection, genetic disorders, and accidental short falls with head impact can produce the same intracranial conditions once thought to be "diagnostic" of inflicted head trauma.

Failing to properly analyze clinical data, radiology, and medical records can further skew autopsy results. We understand that a CT scan made on January 31st, for instance, shows a small subdural hematoma and a swollen brain; but the medical examiner never looked at those scans and thus did not recognize that the more extensive intracranial blood observed at autopsy two days later—and presumed to be a sign of multiple sites of trauma—had not existed when Nikki arrived in the hospital and thus cannot reasonably be characterized as proof of multiple impacts, inflicted or otherwise.

In 2002, when her father brought Nikki to the emergency room, the consensus in the medical community was that whenever a child had the triad of symptoms observed in Nikki—subdural bleeding (under the dural membrane surrounding the brain), brain swelling, and retinal hemorrhages—that child must have been violently shaken and possibly struck against a blunt surface. The consensus in the medical community at that time was that illnesses or accidents (unless particularly dramatic and violent) could not cause these symptoms. The medical consensus also presumed that violent shaking caused immediate brain damage, allowing investigators to assume that a crime had occurred and then artificially limit the likely suspect(s) to whomever was with the child at the time of his or her collapse. Caregivers, like Mr. Roberson, who denied doing anything to hurt the child, were perceived as liars.

Each of the shaken baby premises considered medical orthodoxy in 2002-2003, when Mr. Roberson was arrested and tried, has since been entirely undermined by evidence-based science. None of the SBS principles have ever been validated and many have since been debunked by evidence-based medicine and biomechanical engineering studies.

2

Additionally, contemporary understanding of the role of cognitive bias in death investigations has justifiably prompted some jurisdictions to prohibit law enforcement personnel directly involved in an investigation to be inside the autopsy suite during the performance of the autopsy, as occurred in this case. Several factors suggest cognitive bias is an issue here, including the hasty conclusions regarding cause and manner of death made the same day as the autopsy after being informed that Mr. Roberson had already been arrested using a shaken baby diagnosis and then the refusal to reconsider old findings based on new medical evidence and changes in scientific understanding during the intervening two decades.

A forensic pathologist faced with new medical evidence or changed science should be willing to reconsider any previous opinions. That reconsideration should include all relevant evidence, including all reports from qualified specialists to have studied the case. An unwillingness to engage in meaningful review suggests the concerning prospect of elevating perceived reputational harm over the truth-seeking function that is supposed to animate science.

The prospect of accurate cause and manner of death determinations are severely undermined when medical examiners act as an adjunct of law enforcement and prosecution or are unwilling to contradict or fully examine determinations made by treating physicians.

Now, after years of studies exposing the lack of scientific underpinning for what was then known as "Shaken Baby Syndrome" (SBS) and now described as "Abusive Head Trauma" (AHT), the position even of those in the pediatric community who have long argued that SBS/AHT can be diagnosed by medical doctors is that "the work-up must exclude those medical diseases that can mimic AHT," which includes, critically, sepsis and disseminated intravascular coagulopathy (DIC), which the medical evidence shows that Mr. Roberson's daughter Nikki had. *See* Choudhary, A.K., Servaes, S., Slovis, T.L. et al. (12 more authors) (2018) *Consensus statement on abusive head trauma in infants and young children.* *Pediatric Radiology.* ISSN 0301-0449

The conditions Nikki seems to have had at the time of her death, including an undiagnosed viral and bacterial pneumonia that had likely caused DIC and sepsis, have been confused with SBS/AHT and thus the AAP itself has cautioned against this type of error: "because DIC can cause any type of bruising/bleeding, including ICH, the finding of DIC in the context of suspected child abuse could significantly change the clinical approach to a patient. In children with DIC and bleeding symptoms as the only finding concerning for abuse, consideration must be given to the multitude of primary causes of DIC, including trauma, sepsis, and primary bleeding disorders, among many others." Anderst et al. 131 Pediatrics e1314 at e1319, April 2013.

Even ardent supporters of the SBS/AHT hypothesis agree that physicians must be able to competently differentiate abusive injury from infectious etiologies, including those that lead to DIC. *See, e.g.,* Lori Frasier et al, Abusive Head Trauma in Infants and Children: A Medical,

3

Legal, and Forensic Reference. 2006, GW Medical Publishing, Inc. St. Louis, MO pp 204-5 (DIC)).

Medical evidence that Nikki had an advanced infection (interstitial viral pneumonia and a secondary necrotizing bacterial pneumonia) and DIC cannot be dismissed or ignored in making a reliable cause of death determination.

Recent assessments by an array of highly qualified medical experts have resulted in well-documented opinions that there was no homicide, suggesting that Mr. Roberson should not have been prosecuted for murder, let alone convicted and sentenced to death.

The likely injustice on display in this case threatens the integrity of the entire practice of making cause and manner determinations about in-custody deaths, particularly of children where the entire basis for presuming that a crime occurred rests on medical opinions.

With our signatures below, we urge an independent, objective reassessment of the cause and manner of Nikki Curtis's death.

**Satish Chundru, D.O.**
Chief Forensic Pathologist
Board Certified Forensic Pathology
National Association of Medical Examiners; American Academy of Forensic Sciences
Georgetown, Texas

**Professor Marta Cohen, OBE, MD, FRCpath, DMJ (Pathol)**
Pediatric & Perinatal Pathologist
Sheffield Children NHS FT
Sheffield, South Yorkshire, United Kingdom

**Stephen Cordner**
AM PSM MA MB BS BMedSc DipCrim DMJ FRCPath FRCPA
Emeritus Professor in Forensic Medicine, Monash University
Australia

**Judy Melinek, M.D.**
Forensic Pathologist
CEO, PathologyExpert Inc.
Co-Clinical Director of Forensic Pathology Services for Communio LTD in New Zealand
Clinical Senior Lecturer at the Department of Pathology and Molecular Medicine, University of Otago (2020-2024), and a former Associate Clinical Professor at UCSF (2013-2015)
San Francisco, California

**Patricia Moore, D.O.**
Former Medical Examiner/Forensic Pathologist for Harris and Montgomery County
Spring, Texas

**Dr. Irene Scheimberg**
Retired Pediatric Pathologist
London, England

**Waney Squier**, MBChB, FRCP, FRCPath
Pediatric Neuropathologist (Ret.)
Oxford University John Radcliffe Hospital
United Kingdom

**Jane Turner, MD, PhD**
Forensic Pathologist
Virchow Consulting Services
Associate Editor, American Journal of Clinical Pathology
Voluntary Clinical Professor, Department of Pathology and Immunology, Washington
University in St. Louis School of Medicine
Saint Louis, Missouri

**Dr. Ronald Wright**, MD JD FAAFS FNAME
Forensic Pathologist
Turtletown, Tennessee

**Thomas Young, MD**
Forensic Pathologist
Heartland Forensic Pathology, LLC
Kansas City, Missouri

EXHIBIT 1

**Factual Overview of the In-Custody Death of Nikki Curtis (1999-2002) and the 2003 Prosecution of Her Father Robert Leslie Roberson III**

<u>Nikki's Bio-Social History</u>

Nikki Curtis was born on October 20, 1999, in a Fort Worth hospital to a mother with a history of housing insecurity, addiction, and prostitution. Child Protective Services (CPS) removed Nikki from her mother's custody at the time of Nikki's birth because of the mother's history of child neglect. Nikki had two older half-brothers who had previously been removed from the mother's care. Both were assessed with significant health issues: Fetal Alcohol Syndrome Disorder and a seizure disorder, respectively. Custody of Nikki was given to her maternal grandparents who lived in Palestine, Texas. The identity of Nikki's father was then unknown.

Nikki's medical records reflect an extensive history of interactions with medical personnel seeking treatment for infections and other unresolved issues, totaling nearly 50 interactions with medical doctors for various issues over the course of her short life.

She was first taken to her pediatrician at eight days of age with an infection that was assessed as bilateral otitis media [middle ear infection]. Her ear and sinus infections persisted, despite treatment with four different kinds of antibiotics, such that she eventually had tubes surgically implanted in both ears. Even after the surgery, the infections persisted.

Before the age of one, she was taken to the emergency room for an episode of breathing apnea, during which she had suddenly ceased breathing, collapsed, and turned blue. She was resuscitated by her maternal grandmother who had some training as a nurse and was able to administer rescue breaths. These episodes persisted, leading to a referral to neurology. A clear cause, however, was not identified, and the CT scans then made of her head have since been lost.

Soon after Nikki turned two-years-old, her maternal grandparents voluntarily relinquished custody of her to her biological father, Robert Roberson, who had, in the interim, volunteered to take a paternity test and expressed interest in participating in Nikki's care. Mr. Roberson was not involved in most of her medical care until he was awarded custody in November 2001. Mr. Roberson had minimal education (he

1

completed the 9th grade as a Special Education student); and when he was awarded custody of Nikki, he was reportedly working to support his family by delivering newspapers.

<u>Nikki's Last Illness and Medical Treatment</u>

On January 28th, 2002, Nikki was seen in the Emergency Room of the Palestine Regional Medical Center (Palestine Regional) with a one-week history of diarrhea and vomiting and provided with promethazine in suppository form and loperamide and given instructions to follow up with her pediatrician in 2 days or return to the ER if problems persisted. She was thought to have a viral infection syndrome according to Palestine Regional medical records and was sent home that day with prescriptions.

The next morning, January 29, 2002, she had a temperature of 103.1°F. Therefore, her father took her to her pediatrician's office, where her temperature was measured as 104.5°F.  She was assessed with "fever, possible viral etiology or unresolved upper respiratory tract infection" and sent home with prescriptions for Omnicef 125 mg, 4 cc b.i.d. and Phenergan[1] cough syrup with Codeine, three to four teaspoons q4-6hrs. Nikki went home with her maternal grandparents (the Bowmans), who had agreed to care for her for the next few days because Mr. Roberson's live-in girlfriend was then in the hospital recovering from surgery.

However, the next night, January 30, 2002, the Bowmans contacted Mr. Roberson and asked that he retrieve Nikki and resume responsibility for her care. He arrived at the grandparents' home some time after 10:00 PM at night, they carried her to the car, and he drove her back to his home, gave her some food, and they fell asleep watching a movie.

Mr. Roberson later reported that, around 5:00 AM on January 31, 2002, he heard "a strange cry" and woke up to find Nikki on the floor at the foot of the bed, seemingly haven fallen. He saw a small speck of blood on her mouth but no other injury. He wiped off the blood with a washcloth, kept her up for a while to ensure she was okay, then they both fell back asleep. When his alarm went off a few hours later, around 9:00 AM, Mr. Roberson found Nikki unresponsive with blue lips. He tried to wake

---

[1] Promethazine is marketed under the brand name "Phenergan." Nikki's medical records show that her doctors repeatedly prescribed Phenergan to her, including two times on consecutive days the week she collapsed.

her and took her face in his hands to try to revive her. He then took her back to the Palestine Regional ER.

Upon arrival at the ER, hospital staff noted that Nikki appeared blue, and her pupils were fixed and dilated. She had a bruise on her chin and touch bruises on one check. She had no obvious signs of external trauma—such as bleeding or cuts. Nursing staff immediately assumed, however, that the child's condition had been caused by her father and contacted police and CPS. Comments made by multiple nurses described Mr. Roberson's flat affect and failure to express emotion like a "normal" parent. Hospital staff were unaware that he is a person with Autism Spectrum Disorder. Also, his report about Nikki's recent illness and a fall out of bed were dismissed as not a credible explanation for Nikki's grave condition.

Nikki was intubated, and resuscitation was initiated. Her revived heart experienced tachycardia. A CT scan later revealed that the breathing tube had been placed too deep, ventilating only the right lung. Therefore, it was pulled back up so both lungs could be aerated.  She received Mannitol and Decadron. A CT scan of her head revealed a small subdural bleed, significant brain swelling, and uncal herniation. A diagnosis of head trauma was made.

Someone on the nursing staff felt a bump (swollen tissue) on the right back of Nikki's head and decided to shave her head. During this process, the nurse took several non-medical-grade polaroids of the intubated child. She then took it upon herself to perform a sexual assault exam on the comatose child although this nurse was not SANE-certified and she had not been asked to undertake such an exam. She claimed to see signs of "anal tears," which she attributed to sexual abuse. But she did not know or account for the fact that Nikki had had diarrhea for over a week and been prescribed suppositories for that condition by the Palestine Regional ER two days before. Her own photos do not support her finding. No other medical professional endorsed the sexual assault finding. Nor did any other medical professional or the results of a sexual assault kit later sent to DPS for testing substantiate this nurse's opinion.

The CT scan did not reveal any skull fractures of any kind or any neck injury. Meanwhile, Mr. Roberson voluntarily took law enforcement to his house, showed them where Nikki had fallen out of bed, and gave them the washcloth he had used to wipe her mouth. Law enforcement looked but found no signs of violence in the home.

Because of the severity of Nikki's medical condition, arrangements were made to have her transferred that afternoon by ground to the Children's Medical Center of Dallas (CMCD) for further treatment. No records related to the transfer, including any treatment provided while in transit, were maintained.

At CMCD, the case was referred to the in-house child abuse pediatrician (CAP), Dr. Janet Squires. She conferred with the maternal grandparents who incorrectly informed her that Nikki had been "totally well" the night before her collapse; they did not mention that Nikki had been very sick for over a week, had been seen twice by doctors within the past three days, and had been prescribed serious medication, including double doses of Phenergan, along with Codeine.

CMCD took additional CT scans, which showed significant severe right cerebral hemisphere edema with midline shift, with right tentorial subdural hematoma. Chest x-rays on February 1, 2002, were interpreted as probable edema fluid but "superimposed infection/atelectasis are not excluded." Other x-rays showed no evidence for traumatic injury to chest, spine, pelvis or hips.

To endeavor to relieve the pressure inside Nikki's head, a pressure monitor was inserted into her head via a drill hole through the scalp and skull.

Blood work shows multiple signs of disseminated intravascular coagulation (DIC), but that condition was not diagnosed at the time.

Later on February 1, 2002, a decision was made in consultation with the maternal grandparents to discontinue Nikki's sedation and paralysis for initiation of brain death protocol. She was pronounced dead at 19:04 hours. Later that day, a notarized copy of Dr. Squires' report, diagnosing "shaken impact" syndrome, was faxed to Palestine law enforcement and used to obtain Mr. Roberson's arrest, before an autopsy was performed.

### Shaken Impact/Child Abuse Diagnosis

Dr. Squires' report includes the following findings in support of her conclusion that Nikki's condition had been caused by inflicted injury:

- "Head CT from Palestine ER taken 1/31/02: (one view sheet missing, presumably in Neurosurgery) there are no obvious fractures, but a large amount of soft tissue swelling over the scalp in the right posterior aspect. The brain is very abnormal. There is fresh blood seen over the brain and between the hemispheres of the brain. The entire right side of the brain is abnormal

4

with a 'blackened' appearance, showing major infarcted areas. There is a considerable amount of pressure changes with the right side of the brain shifting across the midline."

- "Eye exam: Ophthalmology report bi-lateral retinal hemorrhages. These are very obvious on my exam, there is extensive bi-lateral retinal hemorrhages."

- "At the time of dictation it is unlikely the child will live. Her diagnosis is massive brain injury. The only reasonable explanation is trauma. The medical findings fit a picture of shaken impact syndrome. There was some flinging or shaking component which resulted in subdural hemorrhaging and diffuse brain injury. There was also an area of impact in the right back of the head."

- "In my medical opinion, this child has been the victim of child physical abuse. This child is expected to die from major external brain injury and there is no history provided which would be a reasonable medical explanation."

- "Massive rotational forces were the likely mechanism to cause this brain injury, and the pattern is indicative of shaken impact syndrome. It is very likely that the child will die of inflicted injuries and police and CPS involvement is strongly indicated."

### The Autopsy

The day after Nikki was taken off life support, February 2, 2002, Nikki was transported at 7:30 AM to SWIFS for an autopsy. The autopsy was performed by Dr. Jill Urban M.D., medical examiner.

In 2002, SWIFS was not yet accredited. Also, at that time, the National Association of Medical Examiners (NAME) had not yet published basic standards to guide medical examiners in performing autopsies. The first NAME standards were not published until 2005.

Additionally, in 2002, the guidance of the American Academy of Pediatrics (AAP) was that any child who had bleeding outside of the brain should be *presumed* to have been abused pursuit to what was then known as "Shaken Baby" or "Shaken Impact" Syndrome (SBS). *See* American Academy of Pediatrics Committee on Child Abuse and Neglect (COCAN) Shaken Baby Syndrome: Rotational Cranial Injuries— Technical Report, 108 Pediatrics 206 (2001).

An "Investigation Narrative" in the SWIFS file shows that, before the autopsy was performed, the medical examiner was informed that CMCD had made a "trauma" finding of "Retinal Hemorrhage, Subdural Hemorrhage, Cerebral Edema" and that the father had been arrested and was to be charged with "capital murder." A member of local law enforcement, who claimed there was evidence of sexual abuse (but none was found), then sat in on the autopsy.

Per her report, Dr. Urban reached a conclusion regarding cause (blunt force head injuries) and manner of death (homicide) the same day that the autopsy was performed. This is highly irregular considering the complexity of the case. In addition, the medical examiner did not seek and thus did not review the voluminous medical records for Nikki showing the constant infections or even the medical record generated during the last few days of her life. *See* SWIFS Case No. 0456-02-0299JU. Dr. Urban signed a certificate of death the same day that she performed the autopsy. She did not wait for the results of tests she had ordered, including a toxicology report, and did not review Nikki's medical records, including the CT scans taken in the Palestine Regional ER or at CMCD. From a forensic pathology standpoint this is highly irregular and indicates a bias toward the hospital and law enforcement with disregard to performing an independent investigation by SWIFS.

Dr. Urban subsequently admitted that she did not consider any of the following before deciding cause and manner of death:

- Nikki's medical history, including the records of her recent illness the week of her collapse and the drugs that had been prescribed to her by both a pediatrician and an ER doctor;

- The local Palestine Regional ER records related to Nikki's admission and treatment the day of her collapse;

- The CT scans taken of Nikki's head when she was admitted to the Palestine Regional ER the morning of her collapse;

- The EMS records reflecting Nikki's treatment in transport from Palestine to Dallas;

- A medical reference book to determine whether Nikki's organs were of an abnormal weight at autopsy (which both the lungs and the brain were);

- The scene where Nikki collapsed, including: the fact that the bed where she had been sleeping was a mattress and box springs propped up on cinder blocks;

- The expertise of a biomechanical engineer or biomechanical research regarding the injury-potential of short falls;

- Data about the potential height, trajectory, or impact surface associated with the reported fall, trajectory of the fall, or the impact surface;

- The relevance of Nikki's height, weight, and age to determine whether it was physically possible to generate sufficient force through shaking her to cause any aspect of the condition observed in autopsy;

- The washcloth and bedding obtained from the scene containing very small specks of blood;

- Any information regarding "promethazine" a drug found in high quantities in Nikki's system, as identified by a toxicology report that Dr. Urban had requested but did not wait for; and

- All of the intervening medical treatment, transports, and medications that were applied to Nikki after she arrived at the ER the morning of January 31st until she arrived at SWIFS on February 2nd, including having a pressure monitor surgically implanted in her head, causing bruising, and the blood work that showed Nikki had Disseminated Intravascular Coagulation aka DIC, which makes a person especially prone to bruising and internal bleeding.

Because Dr. Urban did not consider any of this information, when preparing her autopsy report, she did not account for how any of these factors may have affected Nikki's condition or appearance by the time the autopsy was performed two days after her admission to the hospital. For instance, although a surgical pin is apparent in one of her autopsy photos showing where the pressure monitor had been removed from the top of Nikki's head before she left CMCD, this fact was not noted in the autopsy report or later shared with Mr. Roberson's jury. Instead, the medical examiner led the jury to believe this was an "impact site" showing inflicted trauma.

Appointed defense counsel did not challenge the State's "Shaken Baby" causation theory in any respect, although Mr. Roberson consistently denied shaking or otherwise harming his daughter.

<u>Subsequent History</u>

A year after the autopsy, in February 2003, Dr. Squires, the CAP from CMCD who had made the Shaken Baby diagnosis, and Dr. Jill Urban, the medical examiner who had performed the autopsy, testified as causation experts for the prosecution in Mr. Roberson's trial. They were the only two causation experts to testify. Both of them testified at length about "shaking" as a mechanism of injury and described a triad of internal head conditions—subdural bleeding, brain swelling, and retinal hemorrhages—as markers of a shaking-inflicted injury.

In 2016, Dr. Urban submitted an affidavit in which she denied having opined that Nikki's death was caused by shaking and instead claimed that Nikki's internal head condition was caused by "multiple impacts." Dr. Urban testified at length during Mr. Roberson's trial about shaking, "rotational forces," "shearing" injuries, and other terminology then associated with Shaken Baby Syndrome. She also offered opinions that children do not bruise easily because of excess "fat," that their necks are protected during shaking because the necks are "weak," that a short fall could not have caused any aspect of her internal condition, and that her injuries show that she would have experienced an immediate loss of consciousness.

In 2021, Dr. Urban testified in a post-conviction proceeding, admitting that she had not considered any of the factors listed above before reaching her conclusions regarding cause and manner of death. She also declined to revisit her opinions in light of changes in scientific understanding since 2002.

To date, considerable disagreement exists as to whether Nikki's death was a homicide. The disagreement is documented in expert reports and sworn testimony. That is, multiple, highly qualified experts have concluded that Nikki's death was ***not*** a homicide, including Dr. Janice Ophoven (pediatric pathologist), Dr. Roland Auer (neuropathologist), Dr. Carl Wigren (forensic pathologist), Dr. Francis Green (lung pathologist), Dr. Keenan Bora (medical toxicologist), and Dr. Julie Mack (pediatric radiologist).

Highly qualified specialists in the fields of lung pathology, neuropathology, forensic pathology, pediatric radiology, and medical toxicology have undertaken a thorough review of all available medical records and the autopsy file and have concluded that

Mr. Roberson's child died as the result of severe, undiagnosed chronic viral pneumonia compounded by a secondary acute bacterial pneumonia. The pneumonia was reportedly severe, to the extent that her infection had progressed to sepsis. Sepsis reflects a system-wide infection due to failure to fight off advanced disease—and thus a profoundly ill child.

The new experts' correlated opinions also show that the child's sepsis resulted in Disseminated Intravascular Coagulation (DIC), identified in lab results that were never considered at the time of Mr. Roberson's original trial and initial appeals. DIC, a clotting disorder, would have caused an increased tendency to bleed and contributed to the intracranial bleeding that was mistakenly interpreted as the result of inflicted head injury.

It has also now been determined that, in the days leading up to Nikki's final collapse, she was given double prescriptions for Phenergan/promethazine—one in suppository form and one in a cough syrup that also included Codeine. These dangerous, respiratory-suppressing medications were prescribed by physicians unaware of her pneumonia and would have only further hastened her respiratory failure and not addressed her infections. Phenergan/promethazine now comes with an FDA "black box warning" against prescribing it to children under two or with respiratory conditions—precisely because of the risk of causing respiratory failure and sudden death. That is, this medication suppresses breathing; it does not treat a respiratory illness like pneumonia. A medical toxicologist has now determined that post-mortem results of drug screens show that the child had ingested far more promethazine than would ever have been a reasonable therapeutic amount, a phenomenon likely explained by the double prescriptions from two different doctors on consecutive days.

Additionally, a pediatric radiologist has concluded that the child had only a single, impact site on her head, not "multiple impact sites," as claimed by the medical examiner, who did not review the CT head scans.[2] This single impact site is

---

[2] In her autopsy report, the medical examiner included a torn frenulum (under Nikki's upper lip inside her mouth) as a blunt force injury relevant to her assessment. The medical examiner described this as an "impact site," which she attributed to a "blow." A frenulum is a small fold of skin beneath the tongue or between the lip and the gum. Seemingly, the medical examiner was not aware of, or did not account for, the fact that Nikki had been repeatedly intubated, a process whereby a breathing tube is inserted down the throat, which, in Nikki's case, had to be pulled out and reinserted

consistent with the report of a short fall that may have started the initial subdural bleed (which the CT shows was small upon admission to the Palestine Regional ER). Meanwhile, Nikki's brain swelling can be attributed to compromised respiration as a result of lungs devastated by pneumonia.

The combination of the severe pneumonia and septic shock, the dangerous prescription medications, the radiological evidence, and her DIC entirely explain her medical findings which were mistakenly deemed to be caused by inflicted head trauma.

More specifically, a detailed report by Dr. Francis Green, an expert in lung pathology with over 46 years of experience. Dr. Green recently reviewed Nikki's medical history and examined her lung tissue under a microscope. His detailed report explains the evidence of two different types of pneumonia—a viral and a bacterial infection—in Nikki's lung tissue and how that would have severely impaired her respiration. Dr. Green is the only forensic lung specialist to ever examine Nikki's lungs. His examination and reproductions of precisely what he observed under a microscope show the specific bases for his findings that interstitial viral pneumonia substantially thickened the cell walls of the tiny air sacs in Nikki's lungs, where oxygen is absorbed into the bloodstream. As those interstitial cell walls thickened, Nikki's ability to breathe was greatly inhibited and, eventually, her brain and other organs were deprived of oxygen. Dr. Green's analysis shows that Nikki's pneumonia started many days, if not weeks, before her final hospitalization and cannot be explained by Nikki being on a ventilator after her collapse. Dr. Green looked but found no evidence of ventilator pneumonia, known as "VAP." As Dr. Green explained, ventilator injuries may result from physical injury to the lungs due to prolonged high pressures and high oxygen tensions; but he found no signs of these sorts of mechanical injuries in Nikki's lungs. Moreover, a diagnosis of VAP requires

---

while in the Palestine Regional ER because it was initially misplaced. A torn frenulum is common when a child is intubated. Also, the staining technique used on that wound during the autopsy indicated that it was "very recent," "not a few days old"—therefore, it had to have occurred during the hospitalization right before the autopsy. Moreover, a torn frenulum does not support the fatal head trauma finding. Nor is there any evidence that anyone observed a torn frenulum until well after Nikki was intubated. If Nikki had been struck on the mouth so as to tear a flap of skin inside her mouth, there would have been some sign of this on her face; but there does not appear to be any evidence of abrasion, swelling, bruise, or disruption of skin on the outside of her mouth.

that the patient be intubated and stable for a minimum of four days on the ventilator. Nikki was only on a ventilator for 36 hours. Furthermore, she was basically dead-on-arrival at the hospital, with fixed, dilated pupils, indicating that she had already been deprived of oxygen longer than necessary to induce brain death (approximately 10-12 minutes). In that state, she was not susceptible to VAP.

Additionally, Dr. Keenan Bora, an expert in medical toxicology and emergency room medicine, has concluded that a post-mortem toxicology report in SWIFS's file shows that Nikki had dangerously high levels of promethazine in her system, likely explained by the fact that two different doctors prescribed the drug on two consecutive days. Promethazine is a drug no longer prescribed to children Nikki's age and in her condition because it impairs their ability to breathe and can be fatal. Dr. Bora has explained that promethazine would have exacerbated the respiratory problems caused by Nikki's undiagnosed pneumonia. Dr. Bora has also noted that the second promethazine prescription contained Codeine, a narcotic that would have further compounded Nikki's breathing challenges. Dr. Bora emphasized evidence that Nikki had a severe infection (her double pneumonia) that developed into sepsis and then septic shock. He concluded that Nikki's prescription medications were far beyond any appropriate therapeutic dose and likely hastened her respiratory depression and death.

Yet another expert, pediatric radiologist Dr. Julie Mack, has concluded that CT scans of Nikki's head, taken upon her arrival in the Palestine Regional ER on January 31, 2002, show that Nikki had only a single impact site on her head. These scans corroborate Mr. Roberson's 2002 report that Nikki had fallen out of bed in the night and possibly hit her head. The medical examiner testified in 2003 at trial that Nikki had sustained multiple impacts to her head, which, along with "shaking," was the "blunt force trauma" that she concluded had killed Nikki. But the incontrovertible radiological evidence shows only one impact site on Nikki's head. The medical imaging further shows that this one impact site is associated with a small subdural bleed and no corresponding skull fractures, entirely consistent with an accidental fall out of bed and entirely inconsistent with the shaking and beating testimony of the medical examiner. As Dr. Mack has now explained, the short fall with head impact might not have been fatal if experienced by a healthy child; but Nikki was profoundly ill. Dr. Mack was able to review a series of chest x-rays of Nikki. Dr. Mack has concluded that these chest x-rays corroborate Dr. Green's conclusion that Nikki had a fatal lung infection (pneumonia).

Furthermore, Dr. Auer, an expert in neuropathology and head trauma, concluded that there was no evidence of "multiple impact sites" on Nikki's head and no evidence of any trauma that would have explained her death. He agreed that the CT scans show only a single, minor impact site to the back right of her head, which is where a small, subdural bleed was evident upon admission to the hospital. The much larger volume of blood observed two days later during the autopsy was the result of medical intervention, not proof of "multiple impacts." Likewise, Dr. Auer concluded from his review of Nikki's medical records that she had DIC, a clotting disorder which causes internal bleeding. Nikki was subjected to extensive medical treatment to see if her condition could be reversed—all of which affected her blood circulation because her heart and breathing were revived after she had experienced brain death, evidenced by eyes that were "fixed and dilated." Oxygen-deprivation for over 10-12 minutes causes brain death. No blood could thereafter enter her brain and was instead "detoured" around the outside of the brain until she was taken off life support. Dr. Auer showed that what the medical examiner saw under Nikki's scalp on February 2, 2002, was not the small subdural bleed captured in the CT scans on January 31, 2002. Yet the jury was shown graphic autopsy photos of the child's scalp cut open and peeled back to reveal a large volume of blood and told that this blood was proof of "shaking" and "blows."