# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

| | |
|---|---|
| IN RE ) | No. _____ |
| ROBERT LESLIE ROBERSON III, ) | |
|     MOVANT ) | |
| ) | |

## OPPOSED MOTION FOR ORDER AUTHORIZING THE DISTRICT COURT TO CONSIDER SECOND OR SUCCESSIVE PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2244

## Appendix of Exhibits

| No. | Document |
|---|---|
| **Volume I** | |
| 1 | Proposed Successive Habeas Petition |
| 2 | Robert Roberson Arrest Warrant and Dr. Janet Squires' REACH affidavit |
| 3 | Nikki Curtis Autopsy Report |
| 4 | SWIFS Investigation Narrative |
| 5 | 2003 Trial References to SBS |
| 6 | CV & Affidavit of Dr. Janice Ophoven (2016) |
| 7 | CV & Affidavit of Kim Basinger |
| 8 | CV & Affidavit of Dr. Francis Green (2024) |
| 9 | CV & Affidavit of Dr. Keenan Bora (2024) |
| 10 | CV & Affidavit of Dr. Julie Mack (2024) |
| 11 | CV & Affidavit of Dr. Michael Laposata (2025) |
| 12 | Joint Statement of Pathologists (February 2025) |
| **Volume II** | |
| 13 | Transcript J. Urban testimony in Texas v. Young, (August 19, 2024) |
| 14 | Email from J. Urban's assistant to V. Potkin (August 20, 2024) |
| 15 | Declaration of Patricia Conklin |
| 16 | Declaration of Brian Wharton (2022) |
| 17 | Declaration of Brian Wharton with DMN OpEd (May 28, 2024) |

| | |
|---|---|
| 18 | CV & Report of Dr. Roland Auer (2021) |
| 19 | Göran Elinder et al, *Traumatic Shaking: The Role of the Triad in Medical Investigations of Suspected Traumatic Shaking*, Report No. 255E (Oct. 2016) |
| 20 | Chris Brook, *Retino-dural hemorrhages in infants are markers of degree of intracranial pathology, not of violent shaking*, Ann. Child Neur. Soc. 00(00): 1-7 (2024) |
| 21 | J. Tibballs and N. Bhatia, *Medical and Legal Uncertainties and Controversies in "Shaken Baby Syndrome" or Infant "Abusive Head Trauma,"* J. LAW & MED. 151-184 (May 2024) |
| 22 | Norrell Atkinson, et al., *Childhood Falls with Occipital Impacts*, 34 Pediatric Emergency Care 837-41 (2018) |
| 23 | D. Vaslow, *Chronic Subdural Hemorrhage Predisposes to Development of Cerebral Venous Thrombosis and Associated Retinal Hemorrhages and Subdural Rebleeds in Infants*, 35 Neuroradiology Journal 53-66 (2022) |
| 24 | I. Thiblin, et al, *Retinal Haemorrhage in Infants Investigated for Suspected Maltreatment is Strongly Correlated with Intracranial Pathology*, 111 Acta Paediatrica 800-08 (2022) |
| **Volume III** | |
| 25 | W. Squier, *Infant Retinal Haemorrhages Correlate with Chronic Subdural Haemorrhage, not Shaking*, 111 Acta Paediatrica 714-15 (2022) |
| 26 | J. Andersson, et al, *External Hydrocephalus as a Cause of Infant Subdural Hematoma: Epidemiological and Radiological Investigations of Infants Suspected of Being Abused*, 126 Pediatric Neurology 26-34 (2021) |
| 27 | S.M. Zahl, et al, *Examining Perinatal Subdural Haematoma as an Aetiology of Extra-Axial Hygroma and Chronic Subdural Haematoma, Acta Paediatrica* (2019) |
| 28 | I. Thiblin et al., *Medical Findings and Symptoms in Infants Exposed to Witnessed or Admitted Abusive Shaking: A Nationwide Registry Study*, 15 PLOS ONE 8–9 (2020) |
| 29 | J. Mack, et al., *Anatomy and Development for the Meninges: Implications for Subdural Collections and CSF Circulation*, 39 PEDIATRIC RADIOLOGY 200–210 (2019) |
| 30 | N. Aoki, *Infantile Acute Subdural Hematoma with Retinal Hemorrhage Caused by Minor Occipital Impact Witnessed by an ICU Nurse: a Case* |

| | |
|---|---|
| | *Report*, 4 Journal of Pediatric Neurology and Neuroscience 47-50 (2020) |
| 31 | C. Brook, et al, *26 cm fall caught on video causing subdural hemorrhages and extensive retinal hemorrhages in an 8-month-old infant*, Clinical Case Reports (July 2024) |
| 32 | M. Hajiaghamemar, et al, *Infant Skull Fracture Risk for Low Height Falls*, 133 International Journal of Legal Medicine 847-62 (2019) |
| 33 | K Wester, et al, *Re-evaluation of Medical Findings in Alleged Shaken Baby Syndrome and Abusive Head Trauma in Norwegian Courts Fails to Support Abuse Diagnoses*, 111 Acta Paediatrica 779-92 (2022) |
| 34 | C. Brook, *Evidence for significant misdiagnosis of abusive head trauma in pediBIRN data*, For. Sci. Int'l: Synergy 6 (2023) |
| 35 | Declaration of Juror Terre A. Compton (2022) |
| 36 | CV & Declaration of John Plunkett, MD |
| 37 | Email to Anderson County DA re Dr. Plunkett |
| 38 | "Shaken Baby Syndrome: Rotational Cranial Injuries-Technical Report" *American Academy of Pediatrics* (2001). |
| 39 | Niels Lynoe, MD, PhD, et al. "Insufficient evidence for 'shaken baby syndrome' - a systematic review." |
| 40 | CV & Chart of Carl Wigren, MD (2020) |
| 41 | CV & Declaration of Harry Bonnell, MD |
| 42 | Pediatrician's letter re Nikki's apneic episodes (August 24, 2000) |
| **Volume IV** | |
| 43 | Texas Defender Service, *An Unfulfilled Promise: Assessing the Efficacy of Article 11.073* (July 2024) |
| 44 | Texas House Committee Interim Report, November 19, 2024 |
| 45 | Criminal Jurisprudence Hearing Transcript, Oct 21 2024 |
| 46 | *In re Wood*, No. 25-10359 (5th Cir. Mar. 11, 2025) (not designated for publication) |

# EXHIBIT 25



Received: 19 October 2021    Revised: 26 October 2021    Accepted: 27 October 2021

DOI: 10.1111/apa.16169

**EDITORIAL**

ACTA PÆDIATRICA
NURTURING THE CHILD

WILEY

# Infant retinal haemorrhages correlate with chronic subdural haemorrhage, not shaking



For 50 years, the shaken baby syndrome, in its various guises (abusive head trauma, non-accidental head injury etc.), has had currency among many paediatricians. It depends on a central tenet; that shaking alone is capable of causing a number of intracranial injuries in the absence of any features of impact or violence.

In the eye, shaking is said to cause retinal haemorrhages (RH) which are highly specific for the shaken baby syndrome, and the usual mechanism cited is traumatic vitreo-retinal traction. An alternative mechanism is that RH are secondary to intracranial pathology; RH in children are associated with raised intracranial pressure, independent of age and aetiology.[1] Thiblin and his colleagues[2] investigate these conflicting hypotheses, arguing that if RH are due to the direct forces of shaking, rather than intracranial pathology, they would be expected to occur independently of intracranial pathology.

Drawing on the Swedish National Patient Register, they studied infants under 1 year of age who were suspected of being abused and who had been examined both by fundoscopy and neuroimaging, grouping them into babies who had RH and those who did not. The type of reported trauma was based on statements by caregivers or witnesses.

Their results are striking; all babies with bilateral RH had intracranial pathology, and just two babies with unilateral RH did not. On the contrary, there was no association between RH and shaking; of 27 babies who suffered confessed or witnessed shaking without impact, only two had RH and one of these had intracranial pathology with suspected cortical vein thrombosis. Just 7% of babies with RH were reported to have suffered physical abuse of any kind compared with 29% of babies without RH. Infants without RH were more likely to have objective evidence of extracranial trauma, such as fractures or bruises or to have been referred because a sibling was thought to have been abused.

Regarding intracranial pathology, 25 of 29 babies with RH had extracerebral blood or fluid collections; 80% of these were chronic subdural collections. Acute subdural haemorrhage (SDH) was rare in both groups. Other intracranial pathologies, cerebral oedema, contusions and intracerebral bleeding, were rare and seen in only three infants; all three had RH, and in two, they were unilateral. These findings confirm the association between RH and SDH, which has been recognised for decades; '*With the exception of retinal or subhyaloid haemorrhages there is no symptom or sign which can be regarded as pathognomonic of subdural effusion in infancy*'.[3]

It is of note that, in babies with RH, chronic SDH was four times as frequent as acute SDH. Retinal haemorrhages seen in life are essentially fresh as they resolve within days or weeks, yet 5 babies had RH with old SDH and no component of fresh blood, suggesting that the RH did not develop at the same time as the subdural bleeding. The temporal separation of RH and SDH challenges two fundamental elements of the shaking hypothesis; that the act of shaking causes vitreo-retinal traction and RH, simultaneously tearing bridging veins and causing SDH.

Timing of subdural bleeding is complicated. In this study, the age of SDH was determined by radiological appearances. Fresh blood can be identified by its density or signal intensity, but if it is mixed with fluid, timing becomes controversial. Fresh blood may appear to be mixed with fluid when red cells sediment. It may be mixed with fresh effusions from leaky vessels, or the fluid may have predated the bleeding and be old blood (chronic SDH, effusion or hygroma) which is confirmed by the presence of membranes or septations. Andersson et al.[4] have also examined SDH in infants. They identified infants with unexplained SDH from the register of the Swedish National Board of Forensic Medicine. They assessed the radiological age of SDH and recorded head circumference and measurements of intracranial fluid compartments, looking for evidence of long-standing extracerebral fluid collections. They found a similar preponderance of chronic SDH and a significant correlation with increased head circumference. A substantial proportion of infants with chronic SDH also had findings suggesting external hydrocephalus, a natural condition with increased fluid in the subarachnoid space, which itself may predispose to spontaneous subdural bleeding. This underlines the importance of head circumference charts and of scrutinising brain images for evidence of pre-existing fluid collections, in order not to confuse these babies with those with traumatic SDH.

Andersson found babies with chronic SDH to be more often male and premature and suggested that infants with chronic SDH and those with acute SDH should be viewed as separate groups. Thiblin

**Abbreviations:** RH, Retinal haemorrhages; SDH, Subdural haemorrhages; CT, Computed tomography; MRI, Magnetic resonance imaging.

© 2021 Foundation Acta Pædiatrica. Published by John Wiley & Sons Ltd

16512227, 2022, 4, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apa.16169 by Test, Wiley Online Library on [18/07/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

found no significant age or gender difference between infants with RH (of whom over 80% had chronic SDH) and those without. He does not discuss this, and clarification would be welcome.

The second striking finding from Thiblin's study is the lack of association between RH and shaking; of 29 infants with RH, only one was subjected to witnessed or admitted shaking (3%) while shaking was admitted in 18% of babies without RH. Thiblin [5] has previously described 36 infants who had similarly suffered witnessed or admitted shaking. None with reported isolated shaking had any of the findings (SDH, RH or fracture) regarded as highly specific for abusive head trauma.

Birth is a recognised cause of RH in the first weeks of life.[6] The youngest cases in this series were two babies of 3 weeks, both with unilateral RH. One had been shaken, and the other had a complicated delivery and blunt force trauma with unilateral RH.

These findings come soon after Binenbaum, an ophthalmologist and protagonist of the shaken baby hypothesis, also effectively refuted previous claims for the specificity of RH for shaking. He described a significant change in the way paediatricians should think of RH. Patterns that might distinguish traumatic from medical causes of RH are not perfectly correlated with abuse. *'there is generally more overlap than appreciated between abusive and accidental retinal hemorrhages'*.[7]

A limitation of Thiblin's studies is that they depend on witnessed or confessed abuse. Confessions are not scientific evidence and may be seriously flawed. Others have demonstrated that they are usually obtained during the judicial process, well after the clinical diagnosis has already been established; *'No statement was obtained during hospitalization. All confessions came during police custody or the judicial investigation, weeks or months after the diagnosis'* [8] and *'Confession is always a tortuous process, made more complex by recanting, and often advised by lawyers as a defense strategy'*.[9] Given these reservations, it was refreshing to see that in his 2020 study, Thiblin used a different approach to improve the reliability of confessions by using only those which were *'spontaneously delivered history of shaking before or in direct connection with seeking care before diagnostic procedures such as computed tomography (CT), magnetic resonance imaging (MRI), or fundoscopy were performed'*. Unfortunately, he does not disclose how confessions were obtained in the current study.

There are other limitations. Recorded data were insufficiently detailed to further grade the retinal haemorrhages beyond unilateral or bilateral, and only one baby had a follow-up eye examination. Ironically, this baby developed RH after being placed in foster care.

These studies are almost unique in that they have drawn on databases virtually unparalleled outside Scandinavia, allowing access to cases in the entire population of infants over long periods of time (18 and 25 years). If we are to further our understanding of the shaken baby syndrome, we need objective evidence which can be provided by rigorous epidemiological studies such as this one and careful observation of the pathophysiology of the infant brain.

The results of this study should make us very careful when interpreting RH in infants after the first weeks of life. They should

alert us to look for associated intracranial fluid collections or chronic SDHs, which are of benign origin but may themselves have potentially harmful effects. These are a far more likely explanation for RH than shaking.

## KEYWORDS

intracranial pathology, retinal haemorrhages, shaken baby syndrome, subdural hemorrhage

## CONFLICT OF INTEREST

The author declares no funding and no competing interests. She has given evidence in cases of alleged inflicted head trauma.

Waney Squier 

*Formerly Department of Neuropathology, West Wing, John Radcliffe Hospital, Oxford, UK*

**Correspondence**
Waney Squier, Formerly Department of Neuropathology, West Wing, John Radcliffe Hospital, Oxford OX3 9DU UK.
Email: waney.squier@gmail.com

## ORCID

*Waney Squier* https://orcid.org/0000-0003-4183-3343

## REFERENCES

1. Minns RA, Jones PA, Tandon A, Fleck BW, Mulvihill AO, Minns FC. Raised intracranial pressure and retinal haemorrhages in childhood encephalopathies. Dev Med Child Neurol. 2017;59(6):597-604.
2. Thiblin I, Andersson J, Wester K, Hogberg G, Hogberg U. Retinal haemorrhage in infants investigated for suspected maltreatment is strongly correlated with intracranial pathology. Acta Paediatr. 2021.
3. Till K. Subdural haematoma and effusion in Infancy. BMJ. 1968;3(5615):400-402.
4. Andersson J, Wikström J, Högberg U, Wester K, Thiblin I. External hydrocephalus as a cause of infant subdural haematoma; epidemiological and radiological investigations of infants suspected of being abused. Pediatr Neurol. 2021;S0887899421002125:26-34.
5. Thiblin I, Andersson J, Wester K, Wikström J, Högberg G, Högberg U. Medical findings and symptoms in infants exposed to witnessed or admitted abusive shaking: a nationwide registry study. PLoS One. 2020;15(10):e0240182.
6. Teow Kheng Leong K, Abu Kassim SNA, Sidhu JK, et al. Neonatal eye screening for 203 healthy term new-borns using a wide-field digital retinal imaging system. BMC Ophthalmology. 2021;21(1):128.
7. Recognizing retinal hemorrhage patterns aids in diagnosing abuse [Internet]. [cited 2021 Oct 25]. Available from: https://www.healio.com/news/ophthalmology/20210413/recognizing-retinal-hemorrhage-patterns-aids-in-diagnosing-abuse
8. Adamsbaum C, Grabar S, Mejean N, Rey-Salmon C. Abusive head trauma: judicial admissions highlight violent and repetitive shaking. Pediatrics. 2010;126(3):546-555.
9. Vinchon M, Karnoub MA, Noulé N, Lampin ME, Confessed versus denied inflicted head injuries in infants: similarities and differences. Child's Nerv Syst. 2021. 10.1007/s00381-021-05381-8

# EXHIBIT 26

Pediatric Neurology 126 (2022) 26–34

Contents lists available at ScienceDirect

# Pediatric Neurology

journal homepage: www.elsevier.com/locate/pnu



Editorial

# External Hydrocephalus as a Cause of Infant Subdural Hematoma: Epidemiological and Radiological Investigations of Infants Suspected of Being Abused



Jacob Andersson, MD, PhD [a, *], Johan Wikström, MD, PhD [b], Ulf Högberg, MD, PhD [c], Knut Wester, MD, PhD [d], Ingemar Thiblin, MD, PhD [a]

[a] *Forensic Medicine, Department of Surgical Sciences, Uppsala University, Uppsala, Sweden*
[b] *Neuroradiology, Department of Surgical Sciences, Uppsala University, Uppsala, Sweden*
[c] *Department of Women's and Children's Health, Uppsala University, Uppsala, Sweden & Department of Epidemiology and Global Health, Umeå University, Umeå, Sweden*
[d] *Department of Clinical Medicine K1, University of Bergen, Bergen, Norway*

ARTICLE INFO

*Article history:*
Received 28 February 2021
Accepted 25 September 2021
Available online 30 September 2021

*Keywords:*
Abusive head trauma
External hydrocephalus
Hygroma
Shaken baby syndrome
Subdural hematoma

ABSTRACT

*Background:* Acute subdural hematoma (ASDH) and chronic subdural hematoma (CSDH) in infants have been regarded as highly specific for abuse. Other causes of CSDH have not been investigated in a large population.
*Purpose:* The purpose of this study was to investigate to what extent external hydrocephalus is present in infants with ASDH and CSDH undergoing evaluation for abuse.
*Material and methods:* Eighty-five infants suspected of being abused, with ASDH (n = 16) or CSDH (n = 69), were reviewed regarding age, risk factor profiles, craniocortical width (CCW), sinocortical width (SCW), frontal interhemispheric width (IHW), subarachnoid space width (SSW), and head circumference (HC). In infants with unilateral subdural hematoma (SDH), correlations between contralateral SSW and ipsilateral CCW and SDH width were investigated.
*Results:* Infants with CSDH had significantly lower mortality, were more often premature and male, and had significantly higher CCW, SCW, IHW, and SSW than infants with ASDH ($P < 0.05$). Ipsilateral CCW (R = 0.92, $P < 0.001$) and SDH width (R = 0.81, $P < 0.01$) correlated with contralateral SSW. Increased HC was more prevalent in infants with CSDH (71%) than in infants with ASDH (14%) ($P < 0.01$). Forty-two infants, all with CSDH, had at least one of CCW, SCW, or IHW $\geq$95th percentile. Twenty infants, all with CSDH, had CCW, SCW, and IHW >5 mm, in addition to increased HC.
*Conclusion:* A substantial proportion of infants with CSDH who had been suspected of being abused had findings suggesting external hydrocephalus.

© 2021 The Author(s). Published by Elsevier Inc. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

## Introduction

Conflict of interest: Jacob Andersson has no conflicts of interest to declare. Johan Wikström has served as a mostly unpaid expert for the defense in a few cases of suspected AHT in Swedish and Norwegian courts and has on one occasion assisted the police in an investigation of suspected AHT. Ulf Högberg has served as a mostly unpaid expert witness for the prosecution or the defense in a few cases of suspected infant abuse. Ingemar Thiblin has written statements and appeared in court in child abuse cases at the request of the Legal Counsel of the National Board of Health and Welfare, the prosecutor or the defense, all as part of his regular duties. Knut Wester has served as a mostly unpaid expert witness for the court or the defense in a few cases of suspected AHT in Norwegian and Swedish courts.

* Communications should be addressed to: Dr. Andersson; Forensic Medicine; Department of Surgical Sciences; Uppsala University; Uppsala, Sweden.

*E-mail address:* jacob.andersson@surgsci.uu.se (J. Andersson).

Subdural hematoma (SDH) is encountered more frequently in infants than in older children.[1] A Swedish national registry study found an incidence of 16.5 infants with SDH per 100,000 infants, with a mean age of 3.3 months, median age of 2.5 months, and a male preponderance for all SDH subgroups.[2] One limitation of that study was that the International Statistical Classification for Diseases—Tenth Revision (ICD-10) does not differentiate between acute subdural hematoma (ASDH) and chronic or mixed SDH/ hygroma (CSDH). No study on a large population has investigated the possibility that infants referred with suspected abusive head

https://doi.org/10.1016/j.pediatrneurol.2021.09.018
0887-8994/© 2021 The Author(s). Published by Elsevier Inc. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

trauma (AHT) could be suffering from external hydrocephalus (benign external hydrocephalus [BEH], benign enlargement of subarachnoid space [BESS], macrocephaly etc.) complicated by a CSDH.[3-7] External hydrocephalus has a marked male preponderance,[8] and prematurity is relatively frequent[9]; the condition has also been suggested as a possible pitfall in the diagnosis of AHT.[4,10-12]

### Purpose

It is reasonable to expect that a traumatic event will cause an ASDH; however, there are also rare nontraumatic causes such as bleeding disorders, central venous thrombosis, vessel malformations, or genetic diseases. The nontraumatic differential diagnoses are to a large degree possible to confirm by thorough medical examination, although small-vessel malformations can be missed in neuroimaging, and central venous thromboses have a range of etiologies.[13,14] CSDH, on the other hand, has multiple possible etiologies that may be hard to identify at the time of detection, for example, birth[15,16] or BEH.[5,6,10,12,17]

Based on earlier studies,[2,4,5,12,17,18] we hypothesized that BEH would be present more often in infants with CSDH than in those with ASDH. In Sweden, such cases would have been referred to the National Board of Forensic Medicine to suspected AHT. The aim of the present study was thus to investigate the proportion of BEH in infants with ASDH and CSDH undergoing evaluation for abuse.

### Material and Methods

The present study is a descriptive review of a national series of infants aged younger than one year, with an SDH or subdural hygroma, who had been subjected to forensic investigation owing to the presence of SDH without an obvious cause. The presence or nonpresence of other medical findings or history of trauma was not considered for inclusion/exclusion. SDHs due to obstetric or neonatal malpractice, traffic accidents, multistorey falls, or similar high-energy trauma were not included. The cases were retrieved from the computerized register of the Swedish National Board of Forensic Medicine and had been registered during the period January 1, 1994, to December 12, 2018.

A total of 1380 infants were identified from that period, of whom 497 had been subjected to clinical medicolegal investigation and 883 had died and had therefore undergone an autopsy.

In this total, 1249 infants did not have any SDH or an SDH as a result of an obvious perinatal or obstetrical complication, a traffic accident, or a multistorey fall. Among the remaining 130 infants,

neuroimaging at the time of diagnosis was available in 96 cases and 85 of those had subdural fluid that could be classified as ASDH or CSDH. These 85 cases comprised the study population. See the flowchart in Fig 1 for an overview of the database.

Our data consist of information available from the aforementioned register and included forensic reports and, to a varying extent, hospital records and birth records.

Some infants had other findings such as skull fracture, extracranial fractures, retinal hemorrhages, subarachnoid hemorrhage, cerebral venous thrombosis, hypoxic ischemic injury, or other parenchymal injury. Our aim in the present study was however only to study findings related to BEH on a group level and not to finally conclude whether an infant had suffered abuse or a spontaneous SDH.

### Neuroimaging procedure

Neuroimaging data were collected from the respective hospitals and interpreted by a specialist in neuroradiology (J.W.). Both magnetic resonance imaging (MRI) and computed tomography (CT) data were available in 65 cases, only CT in 27 cases, and only MRI in four cases. Among the cases that had a confirmed SDH on the neuroimaging (n = 85), both MRI and CT were available in 61 cases, only CT in 20 cases, and only MRI in four cases.

Cases were divided into two groups for later analysis of risk factors and neuroimaging comparison. Where CT showed subdural fluid predominantly hyperattenuating compared with adjacent brain parenchyma, the hematoma was defined as an ASDH, while a hematoma with predominantly isodensity/hypodensity was considered to be a CSDH. In cases without CT, T1-and T2-weighted sequences on MRI were used to assess the type of SDH, where signal intensity similar to cerebrospinal fluid was interpreted as a sign of a CSDH. Craniocortical width (CCW), sinocortical width (SCW), and frontal interhemispheric width (IHW) are possible to measure on either CT or MRI. Although subarachnoid space width (SSW) could be measured on MRI in most cases, this was possible on CT in only a few cases, as the subarachnoid and subdural spaces are more difficult to distinguish. If the MRI was performed more than four weeks after the CT (n = 4), we did not measure SSW on MRI because the MRI could not be considered representative for the measurements at the time of diagnosis.

Risk profiles were analyzed with regard to age at diagnosis, sex, prematurity, and multiple birth and death; differences were estimated with Fisher's exact tests and proportion tests.

Infants were reviewed with regard to available HC charts, HC at the time of diagnosis as measured on CT, and radiological characteristics of BEH, such as left and right measures of CCW, SCW, SSW,



**FIGURE 1.** Flowchart for inclusion.

in addition to IHW. All measurements were made in millimeters at the level of the foramen of Monro. Wilcoxon's signed-rank test was used to calculate differences of means. Spearman's rank-order correlation was used to estimate a correlation between contralateral SSW and ipsilateral CCW and SDH width (CCW-SSW) in infants with unilateral SDH located at the level of the foramen of Monro (n = 10), to investigate the possibility that the SDH was simply replacing a pre-existing widened subarachnoid space.

### Increased head circumference

In Sweden, HC is routinely measured during infancy at child care centers and HC charts are plotted with standard deviations (SDs). For infants with HC data from growth charts or with repeated measurements of HC, data were plotted manually and the infants were subsequently assigned to one of four categories: (1) normal HC; (2) rapidly increasing HC exceeding two SDs from normal range; (3) rapidly increasing HC exceeding two SDs from normal range and an HC $\geq$ 3 SDs from normal range; (4) no rapid increase in HC, but a large head from birth—defined as an HC $\geq$ 3 SDs from normal range.

Infants with increased HC and ASDH or CSDH, categories 2-4, were compared with infants with normal HC and ASDH or CSDH, category 1, using Fisher's exact test.

HC was also measured on the initial axial CT scan at the level of the foramen of Monro.

SDs for males and females were imported into R from the World Health Organization's website (https://www.who.int/childgrowth/standards/hc_for_age/en/), and the HC of each infant was inserted. Data for premature infants were age-adjusted.

### Benign external hydrocephalus

BEH is usually defined as a rapid increase of HC in combination with increased SSW; however, it is difficult to find a distinct, generally accepted radiological definition.[8] Lam et al.[19] have suggested using CCW, SCW, and IHW as indicative measures of BEH, while also taking age into account. They created a function that can be used to estimate normal values. In their definition, infants with CCW, SCW, or IHW $\geq$95th percentile should be viewed as possibly having BEH.

A plot was created based on the functions for CCW, SCW, and IHW (Table 1) from the study by Lam et al., and the measurements for each infant were inserted into the plot.

Hussain et al. did not find a correlation between SSW and age and described an overlap between infants with and without BEH.[20] They recommended that infants who did not have clinical features of BEH should be considered to belong to the normal population.

We therefore used a definition in which all of the measurements of CCW, SCW, and IHW had to be above 5 mm and HC had to be increased for BEH to be indicated. The differences were compared using Fisher's exact test.

Assuming that CSDH could be a complication of BEH and that ASDH to a greater extent would be of traumatic origin, one would logically expect that risk factor profiles and CCW, SCW, IHW, and SSW would differ substantially between the CSDH and the ASDH groups.

The correlation between the ipsilateral CCW and SDH width and contralateral SSW in infants with unilateral SDH was used to investigate the hypothesis that the SDH only filled a pre-existing space in infants with increased SSW.

### Software

The R studio packages tidyverse, ggpubr, and rstatix were used for descriptive statistics and statistical computations.

### Ethical approval

This study was approved by the Regional Ethical Review Board in Uppsala 2015/039 and 2015/040.

### Results

It was possible to determine the type of subdural fluid in 85 of 96 cases. Sixteen infants had ASDH (19%), and 69 had CSDH (81%). Nine cases had been diagnosed with an SDH, but no subdural fluid could be identified at the re-assessment. In two cases, it was not possible to assess whether the fluid was subdural or subarachnoid (only CT imaging was available in these cases).

### Risk factor profiles

There were marked differences between ASDH and CSDH regarding prematurity ($P < 0.05$—more common in CSDH) and mortality ($P < 0.001$—higher in ASDH) and a numerical difference for being male ($P = 0.39$). When comparing sex distribution with an expected frequency of 50 %, infants with CSDH, but not ASDH, had a higher proportion of male infants ($P > 0.01$) (see Table 2).

There was a significantly higher proportion of male infants with CSDH (68%, $P > 0.01$) than an expected frequency of 50%; this was not seen in infants with ASDH (56%, $P = 0.8$). See Table 1 for test statistics.

Most infants with ASDH were identified during the first month of life (0-30 days), with mean and median ages of 2.6 and 2.0 months, respectively, whereas infants with CSDH were most often identified during the third month of life, with mean and median ages of 3.0 and 2.5 months, respectively. See Fig 2 for age distribution details for the two groups.

Fifty-six percent of the infants with ASDH were males, one (6%) was born preterm (week 31), 13% had a twin, and the mortality was high, at 44%.

In the CSDH group, there were 68% males, 34% were born preterm (week 21-36), 12% had a twin, and the mortality was low, at 4%.

See Fig 2 for age distribution among infants with ASDH and CSDH and Table 2 for risk profile comparison.

### Increased head circumference

HC charts or repeated HC measurements were available for 53 infants. It was significantly more likely for infants with CSDH (71%) than for infants with ASDH (14%) to have an increased HC ($P < 0.01$). HCs measured on initial CTs can be seen in Fig 3.

**TABLE 1.**
Normal Values of CCW, SCW, and IHW as a Function of Age—From the Study by Lam et al.[19]

| Measurement | Function (Mean + coef1 × age − coef2 × age$^2$) |
| --- | --- |
| CCW | $2.32845 + 0.208036 \times age - 0.003709 \times age^2$ |
| SCW | $2.220131 + 0.12409 \times age - 0.002552 \times age^2$ |
| IHW | $2.874066 + 0.12765 \times age - 0.002084 \times age^2$ |

Abbreviations:
CCW = Craniocortical width
IHW = Interhemispheric width
SCW = Sinocortical width
Function: mean = mean value at birth; coef1 = increase coefficient up to 28 weeks; age = age in weeks; coef2 = decrease coefficient after 28 weeks.

**TABLE 2.**
Risk Factor Comparison Between Infants With CSDH and ASDH

| Variable | n | Estimate | P-value | conf.low | conf.high | Method | Alternative | p.signif | Statistic |
|---|---|---|---|---|---|---|---|---|---|
| Deceased | 85 | 0.06 (OR) | 0.00 | 0.01 | 0.33 | Fisher's exact test | Two-sided | *** | NA |
| Prematurity | 72 | 7.55 (OR) | 0.03 | 1.01 | 340.49 | Fisher's exact test | Two-sided | * | NA |
| Male | 85 | 1.65 (OR) | 0.39 | 0.46 | 5.75 | Fisher's exact test | Two-sided | ns | NA |
| Twin | 85 | 0.92 (OR) | 1.00 | 0.16 | 9.81 | Fisher's exact test | Two-sided | ns | NA |
| ASDH male proportion | 16 | 0.56 (Prop) | 0.80 | 0.31 | 0.79 | Prop test | Two-sided | ns | 0.06 (Chisq) |
| CSDH male proportion | 69 | 0.68 (Prop) | 0.00 | 0.56 | 0.79 | Prop test | Two-sided | ** | 8.35 (Chisq) |

n = number of infants available for analysis; estimate calculated with CSDH as numerator and ASDH as denominator, OR = odds ratio; Prop = proportion; Chisq = value of Pearson's chi-squared test statistic; ns = not significant, * = P < 0.05; ** = P < 0.01; *** = P < 0.001; NA = not available; ASDH = acute subdural hematoma; CSDH = chronic subdural hematoma.

*Neuroimaging measurements and correlation*

Measurements for CCW, SCW, and IHW were obtained in all 85 cases. SSW could be measured in 68 cases (CSDH = 57, ASDH = 11). Infants with CSDH had significantly higher CCW, SCW, IHW, and SSW than infants with ASDH (see Fig 4). In infants with unilateral SDH, there were significant correlations between contralateral SSW and ipsilateral CCW (P < 0.001) and SDH width (P < 0.01), respectively, which can be seen in Fig 5.

*CCW, SCW, and IHW $\geq 95^{th}$ percentile*

No infants with ASDH had a CCW, SCW, or IHW $\geq 95^{th}$ percentile, as suggested by Lam et al.,[19] but 42 infants with CSDH (49% of all infants, 60% of the infants with CSDH) had at least one measurement which was $\geq 95^{th}$ percentile. See Table 3 and Fig 6.

*CCW, SCW, and IHW >5 mm and increased HC (category 2-4)*

There were 53 infants with HC charts or repeated HC measurements and data on CCW, SCW, and IHW available. Twenty infants with CSDH (38% of all 53 infants, 44% of the infants with

CSDH) had all measurements CCW, SCW, and IHW >5 mm and an increased HC, but no infants with ASDH had this combination (P = 0.02).

**Discussion**

The aim of the present study was to investigate the hypothesis that BEH would be more prevalent in infants with CSDH than in those with ASDH. The empirical consequences would be different risk profiles, HC, and neuroimaging characteristics of infants with CSDH and ASDH who were referred with suspected AHT.

Infants with CSDH were more likely to be premature, had a lower mortality, and were more often male than infants with ASDH. These observations indicate that infants with CSDH and ASDH should be viewed as separate groups.

There was a clear difference between infants with CSDH and ASDH regarding HC, CCW, SCW, IHW, and SSW, indicating that substantial proportion of infants with CSDH had findings suggestive of BEH.

SDH is known to be a complication of BEH. It is believed that the expansion of the subarachnoid space stretches the bridging veins that extend from the cortex to the dural sinuses. The stretching of the veins may cause spontaneous bleedings[3-6] or bleedings after



**FIGURE 2.** Infants with ASDH and CSDH had different age distributions. CSDH, chronic subdural hematoma; ASDH, acute subdural hematoma.



**FIGURE 3.** HC measured on initial CT. Data for premature infants were age-adjusted. The color version of this figure is available in the online edition. CT, computed tomography; HC, head circumference.



**FIGURE 4.** CCW, SCW, IHW, and SSW comparison between CSDH and ASDH. Asterisks represent *P*-values (*: <0.05, **: <0.01, ***: <0.001 and ****: <0.0001). Infants with CSDH (n = 69; n = 57 for SSW) had significantly higher means for all measurements than infants with ASDH (n = 16; n = 11 for SSW). The color version of this figure is available in the online edition. CSDH, chronic subdural hematoma; ASDH, acute subdural hematoma; CCW, craniocortical width; SCW, sinocortical width; IHW, interhemispheric width; SSW, subarachnoid space width.



**FIGURE 5.** Correlation between contralateral SSW and ipsilateral CCW and SDH width in infants with unilateral SDH located at the foramen of Monro (n = 10). There was a significant correlation between contralateral SSW and ipsilateral CCW (R = 0.92, *P* < 0.001) and SDH width (R = 0.8, *P* < 0.01). SDH, subdural hematoma; CCW, craniocortical width; SSW, subarachnoid space width.

minor trauma.[11,21,22] In the present study, SSW was significantly higher for infants with CSDH than for infants with ASDH.

Measures of CCW, SCW, and IHW are affected by ipsilateral SDH thickness, and it might be argued that the differences between ASDH and CSDH infants in this regard could be explained by average differences in SDH thicknesses, with CSDH being thicker than ASDH. However, the correlation between the contralateral SSW and ipsilateral CCW and SDH width in cases of unilateral CSDH indicates that the SDH replaced a pre-existing expanded subarachnoid space without causing midline shift or cortical or ventricular compression (see Fig 7). A similar presentation can be seen in Fig 8 in an infant who had a birth-related SDH and wide subarachnoid spaces which developed into a unilateral CSDH at the age of 27 days, as described in the study by Rooks et al.[15] and also discussed by Gabaeff.[16] Moreover, the greater observed SSW in CSDH than in ASDH cannot be explained by thicker CSDH.

It is possible that repetitive rebleeding into a CSDH/hygroma may cause the CSDH, and thus the HC, to grow. Several mechanisms have been described to account for rebleeding into a CSDH, perhaps such a mechanism explains why there were no infants having a purely acute SDH combined with markers of BEH.[23,24]

### Clinical implications

In addition to the standard protocol of social service investigation, clinical examination and full skeletal survey, for all infants who are diagnosed with an SDH, the investigators should have head circumference charts available and measure CCW, SCW, IHW, and SSW to not overlook a possible BEH diagnosis.

### Strengths and limitations

This study covers all cases referred to the Swedish National Board of Forensic Medicine for suspected AHT during a period of nearly 25 years. This authority manages all medicolegal death investigations in Sweden. Therefore, this study can be regarded as based on the entire population of infants with SDH suspected to be caused by AHT.

This study did not aim to conclude finally whether an individual infant has been abused or did suffer from spontaneous SDH or SDH from minor trauma. A control group consisting of infants with known trauma and CSDH and known nontraumatic CSDH was not possible to construct from the present database. Thus, the true positive and true negative rate cannot be ascertained from the study design. A prospective study would be of importance to understand the association between BEH and CSDH and to investigate the possibility of causation.

Nondeceased infants with physical findings that have led to concern of possible abuse are probably referred to this authority

**TABLE 3.**

Comparison of the Numbers of Infants With ASDH and CSDH and CCW, SCW, or IHW Measurements Over the 95th Percentile

| Measurements | Acute | Chronic | *P*-value |
|---|---|---|---|
| Right CCW ≥95th percentile | 0 | 25 | <0.01 |
| Left CCW ≥95th percentile | 0 | 24 | <0.01 |
| Right SCW ≥95th percentile | 0 | 30 | <0.001 |
| Left SCW ≥95th percentile | 0 | 35 | <0.001 |
| IHW ≥95th percentile | 0 | 11 | Not significant |
| Any value in the 95th percentile | 0 | 42 | <0.0001 |

Abbreviations:
ASDH = Acute subdural hematoma
CCW = Craniocortical width
CSDH = Chronic subdural hematoma
IHW = Interhemispheric width
SCW = Sinocortical width



**FIGURE 6.** Forty-two infants with CSDH but no infants with ASDH had one or more of CCW, SCW, and IHW ≥95th percentile. The thick gray lines indicate means, and the dotted lines show 95th and 5th percentiles plotted based on the calculations for healthy infants by Lam et al. seen in Table 1. The color version of this figure is available in the online edition. CSDH, chronic subdural hematoma; ASDH, acute subdural hematoma; CCW, craniocortical width; SCW, sinocortical width; IHW, interhemispheric width.

in most instances, but it cannot be completely ruled out that some nondeceased infants were evaluated by clinicians only. However, such a selection is unlikely to result in any kind of systematic bias. We gained access to neuroimaging in 96 of 131 cases, of which 85 had an SDH; this lack of information was

mainly due to some cases being from before computerization of radiology registers; thus, it is unlikely that this caused a skewed selection.

A limitation of the present study was the lack of consensus regarding what criteria should be used to diagnose BEH when using



**FIGURE 7.** A: MRI of infant in the present study with unilateral CSDH with wide subarachnoid space contralaterally to the SDH. Note that there still is a subarachnoid space (marked "SSW") and that the CCW is the same on both sides. B: MRI of infant in the present study with bilateral CSDH with wide CSDH and visible subarachnoid space. The color version of this figure is available in the online edition. MRI, magnetic resonance imaging; SDH, subdural hematoma; CSDH, chronic subdural hematoma; SSW, subarachnoid space width.



**FIGURE 8.** MRI of infant from Rooks et al. with birth-related SDH (A) which developed into a unilateral CSDH at the age 27 days (B). Note the relatively wide subarachnoid space and that the CSDH has filled out a pre-existing space. Reprinted with permission from the American Society of Neuroradiology. MRI, magnetic resonance imaging; SDH, subdural hematoma; CSDH, chronic subdural hematoma.

neuroimaging measurements without other clinical signs. In this study, two different definitions on neuroimaging measurements were used, one with comparison with normal values and one with measurements in combination with information on clinically increased HC. These features were present only for infants with CSDH, regardless of which definition was used. The study by Lam et al.,[19] which was used to define normal values for these measurements, was performed on Chinese infants, and it is possible that the mainly Caucasian population in the present study had other normal values.

## Conclusion

A substantial proportion of infants with CSDH who had been suspected of being abused had findings suggesting external hydrocephalus.

## References

1. Ingraham FD, Matson DD. Subdural hematoma in infancy. J Pediatr. 1944;24:1−37.
2. Högberg U, Andersson J, Squier W, et al. Epidemiology of subdural haemorrhage during infancy: a population-based register study. PLoS One. 2018;13:e0206340.
3. Vinchon M, Delestret I, DeFoort-Dhellemmes S, et al. Subdural hematoma in infants: can it occur spontaneously? Data from a prospective series and critical review of the literature. Childs Nerv Syst. 2010;26:1195−1205.
4. Ghosh PS, Ghosh D. Subdural hematoma in infants without accidental or nonaccidental injury: benign external hydrocephalus, a risk factor. Clin Pediatr (Phila). 2011;50:897−903.
5. Ravid S, Maytal J. External hydrocephalus: a probable cause for subdural hematoma in infancy. Pediatr Neurol. 2003;28:139−141.
6. Lee HC, Chong S, Lee JY, et al. Benign extracerebral fluid collection complicated by subdural hematoma and fluid collection: clinical characteristics and management. Childs Nerv Syst. 2018;34:235−245.
7. Zahl SM, Wester K, Gabaeff S. Examining perinatal subdural haematoma as an aetiology of extra-axial hygroma and chronic subdural haematoma. Acta Paediatr. 2020;109:659−666.

8. Wiig US, Zahl SM, Egge A, et al. Epidemiology of benign external hydrocephalus in Norway—a population-based study. Pediatr Neurol. 2017;73:36—41.

9. Yew AY, Maher CO, Muraszko KM, et al. Long-term health status in benign external hydrocephalus. Pediatr Neurosurg. 2011;47:1—6.

10. Piatt JH. A pitfall in the diagnosis of child abuse: external hydrocephalus, subdural hematoma, and retinal hemorrhages. Neurosurg Focus. 1999;7:E5.

11. McNeely PD, Atkinson JD, Saigal G, et al. Subdural hematomas in infants with benign enlargement of the subarachnoid spaces are not pathognomonic for child abuse. Am J Neuroradiol. 2006;27:1725—1728.

12. Wester K. Two infant boys misdiagnosed as 'Shaken Baby' and their twin sisters: a cautionary tale. Pediatr Neurol. 2019;97:3—11.

13. Newton AW, Caruso PA, Ebb DH, et al. Case 5-2020: a 32-day-old male infant with a fall. N Engl J Med. 2020;382:656—664.

14. Maali L, Khan S, Qeadan F, et al. Cerebral venous thrombosis: continental disparities. Neurol Sci. 2017;38:1963—1968.

15. Rooks VJ, Eaton JP, Ruess L, et al. Prevalence and evolution of intracranial hemorrhage in asymptomatic term infants. Am J Neuroradiol. 2008;29: 1082—1089.

16. Gabaeff SC. Investigating the possibility and probability of perinatal subdural hematoma progressing to chronic subdural hematoma, with and without complications, in neonates, and its potential relationship to the misdiagnosis of abusive head trauma. Leg Med (Tokyo). 2013;15:177—192.

17. Miller R, Miller M. Overrepresentation of males in traumatic brain injury of infancy and in infants with macrocephaly: further evidence that questions the existence of Shaken Baby syndrome. Am J Forensic Med Pathol. 2010;31: 165—173.

18. Miller D, Barnes P, Miller M. The significance of macrocephaly or enlarging subdural hemorrhage in infants with the triad. Am J Forensic Med Pathol. 2015;36:111—120.

19. Lam WW, Ai VH, Wong V, et al. Ultrasonographic measurement of subarachnoid space in normal infants and children. Pediatr Neurol. 2001;25:380—384.

20. Hussain ZB, Hussain AB, Mitchell P. Extra-axial cerebrospinal fluid spaces in children with benign external hydrocephalus: a case-control study. Neuroradiol J. 2017;30:410—417.

21. Atkinson N, van Rijn RR, Starling SP. Childhood falls with occipital impacts. Pediatr Emerg Care. 2018;34:837—841.

22. Papasian NC, Frim DM. A theoretical model of benign external hydrocephalus that predicts a predisposition towards extra-axial hemorrhage after minor head trauma. Pediatr Neurosurg. 2000;33:188—193.

23. Murakami H, Hirose Y, Sagoh M, et al. Why do chronic subdural hematomas continue to grow slowly and not coagulate? Role of thrombomodulin in the mechanism. J Neurosurg. 2002;96:877—884.

24. Yamashima T, Yamamoto S. How do vessels proliferate in the capsule of a chronic subdural hematoma? Neurosurgery. 1984;15:672—678.

# EXHIBIT 27

Received: 22 May 2019 | Revised: 29 September 2019 | Accepted: 21 October 2019

DOI: 10.1111/apa.15072



# Examining perinatal subdural haematoma as an aetiology of extra-axial hygroma and chronic subdural haematoma

Sverre Morten Zahl[1] | Knut Wester[2,3] | Steven Gabaeff[4]

[1]Department of Ear, Nose and Throat, Aalesund Hospital, Aalesund, Norway

[2]Department of Clinical Medicine K1, University of Bergen, Bergen, Norway

[3]Department of Neurosurgery, Haukeland University Hospital, Bergen, Norway

[4]Clinical Forensic Medicine, Healdsburg, CA, USA

**Correspondence**
Sverre Morten Zahl, Department of Ear, Nose and Throat, Aalesund Hospital, N-6026 Aalesund, Norway.
Email: sverre.zahl@gmail.com

## Abstract

**Aim:** Benign external hydrocephalus (BEH), hygroma and chronic subdural haematoma are extra-axial fluid collections in infants. MRI studies have shown that almost half of all new-borns have perinatal subdural blood, generally referred to as subdural haematoma (SDH) or perinatal SDH. Epidemiologically there are striking similarities between chronic SDH and BEH in infants.

**Methods:** Discussion of pathophysiological mechanisms for BEH and chronic SDH, based on existing literature.

**Results:** Perinatal SDH is common, and we hypothesise that this condition in some infants develop into extra-axial fluid collections, known as hygroma, BEH or chronic subdural haematoma. The mechanism seems to be an intradural bleeding that creates an obstructive layer preventing normal CSF absorption. The site where the bleeding originates from and those areas enveloped in blood from the primary damaged area are prone to later rebleeds, seen as 'acute on chronic' haematomas. With steady production of CSF and the blockage, increased intracranial pressure drives the accelerated skull growth seen in many of these children.

**Conclusion:** Perinatal SDH hampers CSF absorption, possibly leading to BEH and chronic SDH, with a high risk of false accusations of abuse. Close monitoring of head circumference could prove vital in detecting children with this condition.

**KEYWORDS**
subdural haematoma, infants, hygroma, child abuse, head circumference, false accusations of abuse

## 1 | BACKGROUND

Benign external hydrocephalus (BEH) is the term widely used for a neuropaediatric condition with intracranial, extra-axial fluid collections. Most often the condition is defined as a combination of a clinical macrocephaly that is increased or rapidly increasing head circumference, and typical neuroimaging findings of enlarged subarachnoid or subdural spaces, especially over the frontal lobes, prominent interhemispheric fissure, and normal or slightly enlarged lateral ventricles.[1] The distinction between subarachnoid and subdural spaces may be difficult, especially on CT imaging, but often also on MRI.

Given the criterion of a clinically detected large head and/or pathologically accelerated growth, together with the neuroimaging

---

**Abbreviations:** BEH, benign external hydrocephalus; SDH, subdural haematoma; CSF, cerebrospinal fluid; MRI, magnetic resonance imaging.

This is an open access article under the terms of the Creative Commons Attribution-NonCommercial-NoDerivs License, which permits use and distribution in any medium, provided the original work is properly cited, the use is non-commercial and no modifications or adaptations are made.
© 2019 The Authors. *Acta Paediatrica* published by John Wiley & Sons Ltd on behalf of Foundation Acta Paediatrica.

16512227, 2020, 4, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apa.15072 by Test, Wiley Online Library on [14/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

findings, the only population-based epidemiological study indicates an incidence of extra-axial collections of about 0.4 per 1000 live births.[2] Such extra-axial fluid collections are probably more frequent in infants than that, especially during the first months of life [3]; however, if their head circumference does not reach defined abnormal values, these infants will not fit the strict criteria above and will probably remain undetected in spite of potential evolving pathology. Thus, epidemiological studies with a clinically detected large head as a prerequisite will only reveal the tip of the iceberg. Many children whose head circumference has grown more than two standard deviations of percentile growth may have significant hygroma that is never studied. If the head circumference does not reach values qualifying for macrocephaly, their condition will not even be noted as potentially pathologic. Since the era of advanced neuroimaging began (CT and MRI), several articles about this condition have been published, as reviewed elsewhere.[4] Quite different names have been used in the literature; a collection of the most common terms is found in Table 1.

The word 'benign' reflects the traditional and possibly misleading opinion that the condition is self-limiting and produces only temporary, mild or no symptoms and is without long-lasting problems. Recently published long-term follow-up studies, however, show that some patients have various developmental, social and cognitive problems,[5-7] including psychomotor delay.[8] Additionally, much more severe conditions have been reported in association with such subdural fluid collections, above all, epileptic seizures,[9-18] subdural haematoma (SDH),[8,10,12-14,16,19-28] increased intracranial pressure [29] and in others apparent life-threatening events (ALTE).[30] Seizures and SDH are quite often described in the same patients. In addition, MRI diffusion shows white matter changes in BEH infants,[31] and an association between BEH and later development of autism spectrum disorder has also been suggested.[32] Thus, the term 'benign' appears to be misleading.

**TABLE 1** These different names have been used in the literature for the same or similar conditions

| |
| --- |
| Benign/idiopathic external hydrocephalus[1,78] |
| Benign familial macrocephaly[79] |
| Benign infantile hydrocephalus[80] |
| Benign subdural collections[62] |
| Benign extra-axial fluid/collections[40,81] |
| Benign extracerebral fluid collections[82] |
| Benign communicating hydrocephalus[83] |
| Benign enlargement of the subarachnoid spaces[84] |
| Subarachnoid fluid collections[85] |
| Chronic subdural hygromas[86] |
| Pericerebral fluid collection[87] |
| Idiopathic macrocephaly[7] |
| Chronic subdural haematomas[88] |
| Subdural effusion[89] |

> **Key notes**
> - A perinatal haemorrhage is very common, especially if birth is complicated.
> - We hypothesise that some infants with perinatal subdural haematoma (SDH) will develop benign external hydrocephalus (BEH) or chronic SDH.
> - Lack of attention to this development will likely result in false accusations of abusive head trauma.

BEH is already considered to be a risk factor for developing SDH [10,20,23]; the larger the subdural fluid collections, the more likely it is that it will be associated with or even cause an SDH.[33] BEH and SDH have both been considered a form of subdural collection, and as shown in Table 1, the terms have sometimes been used interchangeably. When apparent prior BEH is complicated with acute haemorrhage into the collections, this complex of findings is in radiology reports often referred to as 'acute on chronic SDH'; a term that may more accurately reflect the aetiology of the hygroma as related to chronic SDH.

A subdural collection containing blood elements in an infant is in itself enough to raise suspicion of child abuse, especially if the carers cannot provide what is regarded an acceptable and plausible trauma history.[34] If the subdural blood is caused by a spontaneous leakage of blood, see below, there is no trauma history to tell. Several authors have pointed to the risk of a spontaneously occurring SDH in an infant with BEH being misdiagnosed as abusive head trauma (AHT).[12,16,35] A recent article describes the legal and social consequences of such diagnostic mistakes in detail.[36]

SDH in infants without an acceptable history of trauma is likely to be associated with AHT/NAT (nonaccidental trauma, formerly known as shaken baby syndrome—SBS). However, without a valid scientific basis for assuming such a causal relation,[37] other possible causes and associations are important to explore. The aim of this article is to examine more closely the possible connection between birth-related SDH (perinatal SDH) during infancy and the development of extra-axial fluid collections, not as 'benign' collections, but as chronic SDH, as discussed by Gabaeff,[38] on the basis of several observations.[39,40] In the following, different aspects of this will be presented.

## 2 | SDH AT BIRTH—PERINATAL SDH

SDH following difficult births have been recognised for a long time.[41-43] For the last decade, it has been known that subdural blood is common in about half of 'normal' vaginally delivered or unscheduled caesarean sections, preceded by labour, in new-borns.[39]

The first hint of birth-related SDH or perinatal SDH came from Looney et al in 2007 using early MRI technology.[44] A follow-up MRI study in 2008 by Rooks et al,[39] using more up to date MRI

ACTA PÆDIATRICA

16512227, 2020, 4, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apa.15072 by Test, Wiley Online Library on [14/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

technology, unpredictably, astonishingly and reliably showed that 46% of 101 asymptomatic term neonates had a perinatal SDH after 'normal' deliveries. In 18% of the 101 infants, a follow-up MRI was performed at 3 months of age. All but one showed resolution of the haematomas. One of these infants had a large rebleed after 26 days in a nonabuse context, with another MRI at 5 months showing resolution of the SDH, however, with a remaining prominent subarachnoid space.[39] While this case cannot predict the frequency of perinatal SDH leading to chronic SDH, it does refute what we believe is the false assumption: that all birth-related bleeding (at least 1 million in 4 million births annually in the United States) resolves without complications.

Abnormal or complicated labour increases the risk of intracranial haemorrhage,[45,46] with SDH being the most common type of bleeding.[47,48] Many new-borns with subdural haemorrhages are asymptomatic [49] or insufficiently symptomatic to arouse medical attention.

Supporting data in another study showed 53 cases of nontraumatic death in children with mean age 9 weeks, 70% had blood or hemosiderin in orbit tissues and subdural compartments; according to the authors, it was '…likely a consequence of the birth process'.[50] Vinchon et al reported 16 infants with spontaneous SDH, 9 of them had a history of complicated labour and 12 children had macrocrania.[35] In still another report, intradural haemorrhage and SDH were found in nontraumatic cases of child death, most commonly in infants under 1 month of corrected age.[51] In a large, population-based study of infants with SDH, perinatal SDH (diagnosed the first week of life) was associated with obstructed labour, emergency caesarean section, assisted vaginal delivery, asphyxia, and preterm birth, amongst others.[52]

Even if perinatal SDH seems to resolve in some cases, the restoring rate and grade is unknown. Evidently, in many infants a haematoma will persist for weeks and months, and some, if large enough, may become permanent retracted clots infused with scar tissue and fragile with respect to rebleeding. We believe that extra-axial blood in these subdural collections and the dural capillary bed can obstruct CSF reabsorption, thereby maintaining the subdural collections. Once obstructed, the fluid exerts a pressure on the skull, resulting in an increasing head circumference. Both the origin of the intradural bleeding and, in extreme cases, the stretching of bridging veins beyond their tensile capacities, caused by the chronic SDH, can result in rebleeds into this persistent subdural collection (see below).

## 3 | EPIDEMIOLOGY OF SDH AND BEH

In a population-based study, the incidence of BEH was around 0.4 per 1000 live births, with a male preponderance of 86.4%.[2] Median age at symptom debut (usually increasing head circumference) was 3.4 months.[53]

Another study had similar findings with an incidence of SDH during infancy of around 0.17 per 1000 live births, and a male preponderance of 64.7%.[52] Median age in this Swedish register study was 3.5 months for infants older than 1 week.

Yet another study found a similar annual incidence of 0.24 for SDH.[54] The gender distribution for this whole study group (0-2-year-olds) was 65% boys, and the average age at diagnosis was 17 weeks (approx. 4 months). Zaben et al performed a review of infants diagnosed with SDH following forceps-assisted delivery in that study; where gender was specified, 11 out of 14 patients were boys.[46]

It is clear that there is a discrepancy in incidences of SDH and BEH, compared with for example Rooks et al.[39] We believe it may be explained by Rooks et al describing only asymptomatic subdural blood in new-borns, whereas the other studies look at only symptomatic infants that come to medical attention because they have developed a clinical condition.

According to these population-based studies of BEH and SDH, there are striking similarities between these two conditions, both in age and gender distribution. The male preponderance was evident even in the earliest publications on SDH, as was the age distribution with a peak incidence during the first 6 months of life.[43,55] The similar gender distribution of BEH and SDH with a marked male preponderance has been noted before.[36,56] In general, boys, presumably with larger heads than girls, have a higher risk of neonatal morbidity and mortality.[57] A large foetal head circumference in itself is associated with complicated labour.[58] Historically, a thorough article by Ingraham and Matson from 1944 also contains other interesting observations, for example that SDH should be suspected in infants with an earlier 'triad', totally different from the content of the present version of the term: failure to thrive, increasing head circumference and a history of difficult labour.[43]

## 4 | NEUROIMAGING AND FLUID CHARACTERISTICS

As shown in Table 1, the terms BEH and SDH are sometimes used interchangeably, also in recent publications.[59] Some articles include fluid analyses from these subdural collections, reporting both CSF-like fluid and 'mixed density' fluid with variable protein concentration (Table 2).

With mixed density fluid, the neuroimaging appearance is often described as BEH initially. However, with similar findings in the context of acute blood, the space is then referred to as chronic SDH. In these cases, the term 'acute on chronic' appears to replace BEH and is common in radiology reports.

Furthermore, the presence of hygroma, mixed density fluid and inflammatory membranes (neomembranes) is diagnostic criteria for chronic SDH. The layering of blood and the appearance of blood on CT and during drainage can be used to estimate the frequency of rebleeding and the age of blood. This remains an ongoing issue, with researchers still trying to find a common terminology, as these age estimates remain important due to the legal aspects of suspected AHT.[60]

16512227, 2020, 4, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apa.15072 by Test, Wiley Online Library on [14/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**TABLE 2** Published subdural fluid analyses. The list is not necessarily exhaustive

| Authors | No of patients | Fluid appearance/characteristics |
|---|---|---|
| Kasinathan et al[59] | 1 | Haemorrhagic fluid with elevated proteins (2.6 g/dL) and predominant lymphocytic pleocytosis (200 cells/dL) |
| Briner & Bodensteiner[90] | 2 | Patient 1: Dark yellow fluid with a protein content of 2 g/dL. RBC count 7000/cu mm. Patient 2: Straw-coloured fluid, with protein content 0.4 g/dL. RBC count 700/cu mm |
| Chazal et al[29] | 2 | Patient 1: Protein concentration 1.2 g/dL. Markedly decreased prealbumin level (0.9%). Patient 2: Protein 1.0 g/dL |
| Alvarez et al[1] | 1 | Normal CSF values |
| Kumar[91] | 4 | Resembled CSF on biochemical and cytological examination except for cell counts. The cell counts on tap ranged from 2 to 15 per mm$^3$ |
| Nogueira & Zaglul[92] | 4 | 1 negative. Normal CSF in small amount in 2 patients. Xanthochromic fluid in small amount in 1 |
| Neveling & Truex[93] | 4 | Results were 'negative', probably considered similar to CSF |
| Roshan et al[94] | 4 | CSF was normal (whether this was spinal CSF or from the enlarged SAS is unknown) |
| Wilms et al[95] | 6 | Mean protein content was 1.4 ± 0.8 g/dL |
| Barlow[61] | 1 | 'Subdural tap through the fontanelle was dry' |
| Ment et al[84] | 3 | 'No subdural fluid was demonstrated in any of the three patients in whom the subdural space was examined' |
| Palmer & Albert[96] | 6 | 1 patient with 'motor oil' appearance. 5 patients with xanthochromic and/or CSF-like fluid |
| Zouros et al[97] | 5 | 'Haemorrhagic fluid' was found in all patients |
| Aoki et al[98] | 3 | Protein concentrations of 984 mg/dL; 2800 mg/dL; and 2610 mg/dL |

## 5 | PATHOPHYSIOLOGY

The pathophysiology behind BEH might roughly be summarised in the following assorted hypotheses.

The most common hypothesis is that the accumulation of fluid is caused by immature arachnoid granulations during the first months of life not being able to absorb CSF.[61] Why the arachnoid granulations mature so late remains unknown, but this seems to be a normal biological event.

Another hypothesis, presented by Robertson and colleagues in 1979, is that subdural fluid somehow obstructs CSF reabsorption.[62] They suggested that the subdural fluid, although primarily CSF, often with particulate matter seen in the fluid, acts like a mechanical block, preventing CSF from reaching the arachnoid granulations. This condition subsequently dilates the adjacent subarachnoid channels, which would be seen on CT as wide cerebral sulci and prominent interhemispheric fissures.

Prior to the maturation of the arachnoid granulations, the intradural capillary bed appears to carry the load of reabsorbing CSF.[63-65] Channels pass through the dural border layer and conduct CSF to venules they are in contact with in the capillary bed. As arachnoid granulations mature late, the dura appears to be more important in CSF absorption during this period, as discussed by Oi et al.[66]

A common hypothesis on the association between BEH and SDH is that bridging veins traversing the subdural/subarachnoid space/hygroma are stretched with enlarged extra-axial collections, increasing the risk of venous rupture, either spontaneously or following minor trauma.[27] Images of actual bridging veins in autopsy photos, however, call this into question (Figure 1). The phenomenon of blood oozing from the veins' entry points is commonly observed during any craniotomy (eg by the second author); just manipulating the bridging veins at their dural entry points with a blunt instrument is enough to cause oozing of blood without the vein being torn. This blood could be leaking from the adjacent dural capillary bed.

With perinatal SDH, blood envelopes the structures within the dural capillary bed, obstructing its absorption capability. The reabsorption, which is constant and must occur to complete the CSF 'circulation', then has to operate at higher pressure. This increased pressure causes the skull bones to be pushed out and the hygroma forms as the virtually noncompressible brain continues to grow at a normal, steady rate. When the arachnoid granulations mature at 8-12 months of age, the dural capillary bed no longer performs this function, ICP decreases and accelerated head circumference growth stops. Thereafter, brain growth drives skull growth.[67]

Recent research further indicates that SDH can be initiated by a minor intradural bleeding, possibly originating from venous plexuses in the capillary bed. This creates a thin film of blood in the subdural space,[68] which, if sufficient, then overflows internally through the dural border cell layer and separates the arachnoid from the dura forming SDH between them.

Neomembranes are often seen on imaging and autopsies as a result of an inflammatory response from leaked blood.[68] These neomembranes are loose collections of scar tissue and capillaries that encase the prior haematoma. The SDH complications are then more susceptible to rebleeding either episodically or in small amounts, as Ito et al showed.[69] Clinically, we have noticed anaemia to be present, months after birth, during abuse workups and this raises suspicion about daily rebleeds of 1-2 mL/d. This may support

16512227, 2020, 4, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apa.15072 by Test, Wiley Online Library on [14/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**FIGURE 1** Two autopsy photos showing bridging veins. In A there is some visible blood at the dural entrance. In B one may observe three bridging veins stretched extensively




perinatal SDH as the primary bleeding event, especially without a prior history or evidence of major postnatal trauma.

A unifying pathophysiologic theory may in our opinion be a birth-related bleeding that disrupts the CSF absorption in the dural capillary bed by hampering absorption of the continuously produced CSF, and that together with blood products and inflammatory debris in the hygroma, creates a subdural collection, prone to cause rebleeding. There are growth factors in old haematomas that have been shown to induce neovascularisation in the parietal haematoma membrane; these pathological vessels bleed easily,[70-73] and there are other factors that disturb normal coagulation or cause fibrinolysis in subdural haematomas.[69,74-76]

This dysfunction exists as long as the subdural capillary bed is the main absorbing route. As the arachnoid granulations gradually mature during the latter half of the first year, subdural collections and hence the head circumference gradually normalise. There is reason to believe that infants prone to a particularly difficult labour and/or instrumentation are susceptible to larger perinatal SDHs, and probably also a more complicated perinatal period. In a study of macrocephalic neonatal care survivors, hygroma evolved in about 40%, and presence of extra-axial fluid was associated with an increased risk of developmental delay.[40]

## 6 | SUMMARY

Perinatal SDH is a common condition in new-borns, creating a temporary dysfunction in CSF absorption in the dural capillary bed during infancy. The five main consequences of this are as follows: (a) an obstructing layer of fluid/blood creating a subdural collection; (b) neovascularisation and rebleeds from the original bleeding site intradurally and subdurally in the previously damaged area; (c) in extreme cases with wide hygromas, stretching of bridging veins that may bleed spontaneously or after minor trauma; (d) a subtle increase in ICP resulting in increased HC and temporary developmental delay; (e) a variety of apparent life-threatening events that precipitate medical intervention.

This theory on the formation of subdural collections, combined with the similar demographics of BEH/hygroma and SDH, leads us to theorise that these conditions in fact are the same. Perinatal SDH creates a subdural collection with or without visible blood (hence the terms BEH, hygroma, chronic SDH, or with acute blood, 'acute on chronic', etc). A complicated labour clearly increases the risk of

this development. Rebleeds from damaged areas that are neovascularised or new bleeds from bridging veins insertion points create acute SDHs, often seen as acute blood or mixed density collections within the hygroma.

Firstly, we propose that BEH is a form of chronic SDH. Secondly, the cascade of events following the perinatal SDH can lead to both chronic and recurrent acute SDH (often both). In infants, the finding of acute SDH leads to suspicion and accusation of child abuse. The implications of our theory may have huge legal consequences. We fear that many cases of infant SDH, with any amount of acute blood, in the context of extra-axial dural collections or not, have been misdiagnosed as abuse.

A possible first step in avoiding this could be to follow otherwise healthy children with rapidly/exceedingly increasing head circumference closely. Both incremental increases in head circumference that surpass two standard deviations after birth, and/or an absolute head circumference above the 95th percentile should be used to identify this form of neuropathology.[77] Especially, infants with a history of birth problems including meconium staining, latching problems, positional discomfort, instrumented deliveries, prematurity, multiple births or a significant decrease in head circumference in the week after birth followed by accelerated growth should be imaged and monitored closely by a paediatric neurologist. Clinically, vomiting, transient change in feeding or sleeping patterns, intermittent fussiness and changes in behaviour are neurologic symptoms in infants that are often misdiagnosed as gastrointestinal problems. The identification of potentially problematic, and progressive, perinatal SDH involves a high index of suspicion, facilitating early neurosurgical intervention when necessary.

Most importantly, an increased awareness about the magnitude of babies with perinatal SDH and the high risk of false accusations of abuse is the essential first step.

### CONFLICT OF INTEREST

SMZ declares no conflict of interest. KW has served as expert witness in AHT/SBS cases. SG has provided consultation in cases involving accusations of child abuse, including AHT/SBS cases and testimony, if appropriate, in other cases with medical issues relating to arguable accusations of abuse.

### ORCID

Sverre Morten Zahl https://orcid.org/0000-0003-3303-6977

16512227, 2020, 4, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apa.15072 by Test, Wiley Online Library on [14/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

## REFERENCES

1. Alvarez LA, Maytal J, Shinnar S. Idiopathic external hydrocephalus: natural history and relationship to benign familial macrocephaly. Pediatrics. 1986;77(6):901-907.

2. Wiig US, Zahl SM, Egge A, Helseth E, Wester K. Epidemiology of benign external hydrocephalus in Norway-a population-based study. Pediatr Neurol. 2017;73:36-41.

3. Gravendeel J, Rosendahl K. Cerebral biometry at birth and at 4 and 8 months of age. A prospective study using US. Pediatr Radiol. 2010;40(10):1651-1656.

4. Zahl SM, Egge A, Helseth E, Wester K. Benign external hydrocephalus: a review, with emphasis on management. Neurosurg Rev. 2011;34(4):417-432.

5. Mikkelsen R, Rodevand LN, Wiig US, et al. Neurocognitive and psychosocial function in children with benign external hydrocephalus (BEH)-a long-term follow-up study. Childs Nerv Syst. 2017;33(1):91-99.

6. Zahl SM, Egge A, Helseth E, Skarbo AB, Wester K. Quality of life and physician-reported developmental, cognitive, and social problems in children with benign external hydrocephalus-long-term follow-up. Childs Nerv Syst. 2019;35(2):245-250.

7. Muenchberger H, Assaad N, Joy P, Brunsdon R, Shores EA. Idiopathic macrocephaly in the infant: long-term neurological and neuropsychological outcome. Childs Nerv Syst. 2006;22(10):1242-1248.

8. Azais M, Echenne B. Idiopathic subarachnoid space enlargement (benign external hydrocephalus) in infants. Ann Pediatr-Paris. 1992;39(9):550-558.

9. Alper G, Ekinci G, Yilmaz Y, Arikan C, Telyar G, Erzen C. Magnetic resonance imaging characteristics of benign macrocephaly in children. J Child Neurol. 1999;14(10):678-682.

10. Ghosh PS, Ghosh D. Subdural hematoma in infants without accidental or nonaccidental injury: benign external hydrocephalus, a risk factor. Clin Pediatr. 2011;50(10):897-903.

11. Govaert P, Oostra A, Matthys D, Vanhaesebrouck P, Leroy J. How idiopathic is idiopathic external hydrocephalus? Dev Med Child Neurol. 1991;33(3):274-276.

12. Hellbusch LC. Benign extracerebral fluid collections in infancy: clinical presentation and long-term follow-up. J Neurosurg. 2007;107(2 Suppl):119-125.

13. Laubscher B, Deonna T, Uske A, van Melle G. Primitive megalencephaly in children: natural history, medium term prognosis with special reference to external hydrocephalus. Eur J Pediatr. 1990;149(7):502-507.

14. McNeely PD, Atkinson JD, Saigal G, O'Gorman AM, Farmer JP. Subdural hematomas in infants with benign enlargement of the subarachnoid spaces are not pathognomonic for child abuse. Am J Neuroradiol. 2006;27(8):1725-1728.

15. Nogueira GJ, Zaglul HF. Hypodense extracerebral images on computed-tomography in children external hydrocephalus - a misnomer. Childs Nerv Syst. 1991;7(6):336-341.

16. Piatt JH Jr. A pitfall in the diagnosis of child abuse: external hydrocephalus, subdural hematoma, and retinal hemorrhages. Neurosurg Focus. 1999;7(4):e4.

17. Roshan K, Elizabeth C, Chacko A, Rajendra J, Gururaj A, Dilip S. External hydrocephalus - A report of 16 cases from Oman. J Trop Pediatrics. 1998;44(3):153-156.

18. Sahar A. Pseudohydrocephalus-megalocephaly, increased intracranial-pressure and widened subarachnoid space. Neuropaediatrie. 1978;9(2):131-139.

19. Ravid S, Maytal J. External hydrocephalus: a probable cause for subdural hematoma in infancy. Pediatr Neurol. 2003;28(2):139-141.

20. Vinchon M. ,Subdural hematoma in infants: can it occur spontaneously? Data from a prospective series and critical review of the literature by Vinchon et al. Reply. Childs Nerv Syst. 2010;26(11):1485.

21. Gout A, Gautier I, Bellaiche M, et al. Idiopathic subarachnoid space enlargement in infancy: simple anatomic variant or hemorrhagic risk factor? Arch Pediatrie. 1997;4(10):983-987.

22. Kapila A, Trice J, Spies WG, Siegel BA, Gado MH. Enlarged Cerebrospinal-Fluid Spaces in Infants with Subdural Hematomas. Radiology. 1982;142(3):669-672.

23. Lee HC, Chong S, Lee JY, et al. Benign extracerebral fluid collection complicated by subdural hematoma and fluid collection: clinical characteristics and management. Childs Nerv Syst. 2018;34(2):235-245.

24. McKeag H, Christian CW, Rubin D, Daymont C, Pollock AN, Wood J. Subdural hemorrhage in pediatric patients with enlargement of the subarachnoid spaces Clinical article. J Neurosurg-Pediatr. 2013;11(4):438-444.

25. Miller D, Barnes P, Miller M. The significance of macrocephaly or enlarging head circumference in infants with the triad further evidence of mimics of shaken baby syndrome. Am J Forensic Med Pathol. 2015;36(2):111-120.

26. Mori K, Sakamoto T, Nishimura K, Fujiwara K. Subarachnoid fluid collection in infants complicated by subdural-hematoma. Childs Nerv Syst. 1993;9(5):282-284.

27. Papasian NC, Frim DM. A theoretical model of benign external hydrocephalus that predicts a predisposition towards extraaxial hemorrhage after minor head trauma. Pediatr Neurosurg. 2000;33(4):188-193.

28. Pittman T. Significance of a subdural hematoma in a child with external hydrocephalus. Pediatr Neurosurg. 2003;39(2):57-59.

29. Chazal J, Tanguy A, Irthum B, Janny P, Vanneuville G. Dilatation of the subarachnoid pericerebral space and absorption of cerebrospinal fluid in the infant. Anat Clin. 1985;7(1):61-66.

30. Barnes PD, Galaznik J, Gardner H, Shuman M. Infant acute life-threatening event--dysphagic choking versus nonaccidental injury. Semin Pediatr Neurol. 2010;17(1):7-11.

31. Sun M, Yuan W, Hertzler DA, Cancelliere A, Altaye M, Mangano FT. Diffusion tensor imaging findings in young children with benign external hydrocephalus differ from the normal population. Childs Nerv Syst. 2012;28(2):199-208.

32. Shen MD, Nordahl CW, Young GS, et al. Early brain enlargement and elevated extra-axial fluid in infants who develop autism spectrum disorder. Brain. 2013;136(Pt 9):2825-2835.

33. Tucker J, Choudhary AK, Piatt J. Macrocephaly in infancy: benign enlargement of the subarachnoid spaces and subdural collections. J Neurosurg-Pediatr. 2016;18(1):16-20.

34. Duhaime AC, Alario AJ, Lewander WJ, et al. Head-injury in very young-children - mechanisms, injury types, and ophthalmologic findings in 100 hospitalized-patients younger than 2 years of age. Pediatrics. 1992;90(2):179-185.

35. Vinchon M, Delestret I, DeFoort-Dhellemmes S, Desurmont M, Noule N. Subdural hematoma in infants: can it occur spontaneously? Data from a prospective series and critical review of the literature. Childs Nerv Syst. 2010;26(9):1195-1205.

36. Wester K. Two infant boys misdiagnosed as "shaken baby" and their twin sisters: a cautionary tale. Pediatr Neurol. 2019;97:3-11.

37. Lynoe N, Elinder G, Hallberg B, Rosen M, Sundgren P, Eriksson A. Insufficient evidence for 'shaken baby syndrome' - a systematic review. Acta Paediatr. 2017;106(7):1021-1027.

38. Gabaeff SC. Investigating the possibility and probability of perinatal subdural hematoma progressing to chronic subdural hematoma, with and without complications, in neonates, and its potential relationship to the misdiagnosis of abusive head trauma. Leg Med. 2013;15(4):177-192.

39. Rooks VJ, Eaton JP, Ruess L, Petermann GW, Keck-Wherley J, Pedersen RC. Prevalence and evolution of intracranial hemorrhage in asymptomatic term infants. AJNR Am J Neuroradiol. 2008;29(6):1082-1089.



16512227, 2020, 4, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apa.15072 by Test, Wiley Online Library on [14/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

40. Lorch SA, D'Agostino JA, Zimmerman R, Bernbaum J. "Benign" extra-axial fluid in survivors of neonatal intensive care. Arch Pediatr Adolesc Med. 2004;158(2):178-182.

41. Schipke R, Riege D, Scoville WB. Acute subdural hemorrhage at birth. Pediatrics. 1954;14(5):468-474.

42. Hayashi T, Hashimoto T, Fukuda S, Ohshima Y, Moritaka K. Neonatal subdural hematoma secondary to birth injury. Clinical analysis of 48 survivors. Childs Nerv Syst. 1987;3(1):23-29.

43. Ingraham FD, Matson DD. Subdural hematoma in infancy. J Pediatr. 1944;24(1):1-37.

44. Looney CB, Smith JK, Merck LH, et al. Intracranial hemorrhage in asymptomatic neonates: prevalence on MR images and relationship to obstetric and neonatal risk factors. Radiology. 2007;242(2):535-541.

45. Towner D, Castro MA, Eby-Wilkens E, Gilbert WM. Effect of mode of delivery in nulliparous women on neonatal intracranial injury. N Engl J Med. 1999;341(23):1709-1714.

46. Zaben M, Manivannan S, Petralia C, Leach P. Subdural haematoma in neonates following forceps-assisted delivery: case series and review of the literature. Childs Nerv Syst. 2019;35(3):403-409.

47. Hong HS, Lee JY. Intracranial hemorrhage in term neonates. Childs Nerv Syst. 2018;34(6):1135-1143.

48. Sirgiovanni I, Avignone S, Groppo M, et al. Intracranial haemorrhage: an incidental finding at magnetic resonance imaging in a cohort of late preterm and term infants. Pediatr Radiol. 2014;44(3):289-296.

49. Gupta SN, Kechli AM, Kanamalla US. Intracranial hemorrhage in term newborns: management and outcomes. Pediatr Neurol. 2009;40(1):1-12.

50. Del Bigio MR, Phillips SM. Retroocular and subdural hemorrhage or hemosiderin deposits in pediatric autopsies. J Neuropathol Exp Neurol. 2017;76(4):313-322.

51. Scheimberg I, Cohen MC, Zapata Vazquez RE, et al. Nontraumatic intradural and subdural hemorrhage and hypoxic ischemic encephalopathy in fetuses, infants, and children up to three years of age: analysis of two audits of 636 cases from two referral centers in the United Kingdom. Pediatr Dev Pathol. 2013;16(3):149-159.

52. Hogberg U, Andersson J, Squier W, et al. Epidemiology of subdural haemorrhage during infancy: a population-based register study. PLoS ONE. 2018;13(10):e0206340.

53. Zahl SM, Egge A, Helseth E, Wester K. Clinical, radiological, and demographic details of benign external hydrocephalus: a population-based study. Pediatr Neurol. 2019;96:53-57.

54. Hobbs C, Childs AM, Wynne J, Livingston J, Seal A. Subdural haematoma and effusion in infancy: an epidemiological study. Arch Dis Child. 2005;90(9):952-955.

55. Guthkelch AN. Subdural effusions in infancy: 24 cases. Br Med J. 1953;1(4804):233-239.

56. Miller R, Miller M. Overrepresentation of males in traumatic brain injury of infancy and in infants with macrocephaly: further evidence that questions the existence of shaken baby syndrome. Am J Forensic Med Pathol. 2010;31(2):165-173.

57. Carlsen F, Grytten J, Eskild A. Changes in fetal and neonatal mortality during 40 years by offspring sex: a national registry-based study in Norway. BMC Pregnancy Childbirth. 2013;13:101.

58. Elvander C, Hogberg U, Ekeus C. The influence of fetal head circumference on labor outcome: a population-based register study. Acta Obstet Gynecol Scand. 2012;91(4):470-475.

59. Kasinathan A, Sankhyan N, Aggarwal A, Singhi P. Subdural hemorrhage of infancy: is it spontaneous? Neurol India. 2018;66(2):557-558.

60. Wittschieber D, Karger B, Pfeiffer H, Hahnemann ML. Understanding subdural collections in pediatric abusive head trauma. AJNR Am J Neuroradiol. 2019;40(3):388-395.

61. Barlow CF. CSF dynamics in hydrocephalus–with special attention to external hydrocephalus. Brain Dev. 1984;6(2):119-127.

62. Robertson WC Jr, Chun RW, Orrison WW, Sackett JF. Benign subdural collections of infancy. J Pediatr. 1979;94(3):382-386.

63. Mack J, Squier W, Eastman JT. Anatomy and development of the meninges: implications for subdural collections and CSF circulation. Pediatr Radiol. 2009;39(3):200-210.

64. Squier W, de Luca G, Lindberg E, Darby S. Dural fluid channels: new thoughts, old observations. Neuropathol Appl Neurobiol. 2009;35:1.

65. Squier W, Lindberg E, Mack J, Darby S. Demonstration of fluid channels in human dura and their relationship to age and intradural bleeding. Childs Nerv Syst. 2009;25(8):925-931.

66. Oi S, Di Rocco C. Proposal of "evolution theory in cerebrospinal fluid dynamics" and minor pathway hydrocephalus in developing immature brain. Childs Nerv Syst. 2006;22(7):662-669.

67. Jin SW, Sim KB, Kim SD. Development and growth of the normal cranial vault: an embryologic review. J Korean Neurosurg Soc. 2016;59(3):192-196.

68. Squier W, Mack J. The neuropathology of infant subdural haemorrhage. Forensic Sci Int. 2009;187(1-3):6-13.

69. Ito H, Yamamoto S, Komai T, Mizukoshi H. Role of local hyperfibrinolysis in the etiology of chronic subdural hematoma. J Neurosurg. 1976;45(1):26-31.

70. Friede RL, Schachenmayr W. Origin of subdural neomembranes. 2. Fine-structure of neomembranes. Am J Pathol. 1978;92(1):69-84.

71. Sato S, Suzuki J. Ultrastructural observations of capsule of chronic subdural hematoma in various clinical stages. J Neurosurg. 1975;43(5):569-578.

72. Weigel R, Schilling L, Schmiedek P. Specific pattern of growth factor distribution in chronic subdural hematoma (CSH): evidence for an angiogenic disease. Acta Neurochir (Wien). 2001;143(8):811-818.

73. Yamashima T, Yamamoto S. Clinicopathological study of acute subdural-hematoma in the chronic healing stage - clinical, histological and ultrastructural comparisons with chronic subdural-hematoma. Neurochirurgia. 1984;27(4):98-105.

74. Kawakami Y, Chikama M, Tamiya T, Shimamura Y. Coagulation and fibrinolysis in chronic subdural hematoma. Neurosurgery. 1989;25(1):25-29.

75. Murakami H, Hirose Y, Sagoh M, et al. Why do chronic subdural hematomas continue to grow slowly and not coagulate? Role of thrombomodulin in the mechanism. J Neurosurg. 2002;96(5):877-884.

76. Ito H, Saito K, Yamamoto S, Hasegawa T. Tissue-type plasminogen activator in the chronic subdural hematoma. Surg Neurol. 1988;30(3):175-179.

77. Zahl SM, Wester K. Routine measurement of head circumference as a tool for detecting intracranial expansion in infants: what is the gain? A nationwide survey. Pediatrics. 2008;121(3):e416-e420.

78. Cundall DB, Lamb JT, Roussounis SH. Identical twins with idiopathic external hydrocephalus. Dev Med Child Neurol. 1989;31(5):678-681.

79. Asch AJ, Myers GJ. Benign familial macrocephaly: report of a family and review of the literature. Pediatrics. 1976;57(4):535-539.

80. Amodio J, Spektor V, Pramanik B, Rivera R, Pinkney L, Fefferman N. Spontaneous development of bilateral subdural hematomas in an infant with benign infantile hydrocephalus: color Doppler assessment of vessels traversing extra-axial spaces. Pediatr Radiol. 2005;35(11):1113-1117.

81. Carolan PL, McLaurin RL, Towbin RB, Towbin JA, Egelhoff JC. Benign extra-axial collections of infancy. Pediatr Neurosci. 1985;12(3):140-144.

82. Hamza M, Bodensteiner JB, Noorani PA, Barnes PD. Benign cerebral fluid collections: a cause of macrocrania in infancy. Pediatr Neurol. 1987;3(4):218-221.

83. Kendall B, Holland I. Benign communicating hydrocephalus in children. Neuroradiology. 1981;21(2):93-96.

84. Ment LR, Duncan CC, Geehr R. Benign enlargement of the subarachnoid spaces in the infant. J Neurosurg. 1981;54(4):504-508.

85. Al-Saedi SA, Lemke RP, Debooy VD, Casiro O. Subarachnoid fluid collections: a cause of macrocrania in preterm infants. J Pediatr. 1996;128(2):234-236.

16512227, 2020, 4, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apa.15072 by Test, Wiley Online Library on [14/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

86. Caldarelli M, Di Rocco C, Romani R. Surgical treatment of chronic subdural hygromas in infants and children. *Acta Neurochir (Wien)*. 2002;144(6): 581–588; discussion 8.

87. Chen CY, Chou TY, Zimmerman RA, Lee CC, Chen FH, Faro SH. Pericerebral fluid collection: differentiation of enlarged subarachnoid spaces from subdural collections with color Doppler US. *Radiology*. 1996;201(2):389-392.

88. Orrison WW, Robertson WC, Sackett JF. Computerized tomography in chronic subdural hematomas (effusions) of infancy. *Neuroradiology*. 1978;16:79-81.

89. Tsubokawa T, Nakamura S, Satoh K. Effect of temporary subdural-peritoneal shunt on subdural effusion with subarachnoid effusion. *Childs Brain*. 1984;11(1):47-59.

90. Briner S, Bodensteiner J. Benign subdural collections of infancy. *Pediatrics*. 1981;67(6):802-804.

91. Kumar R. External hydrocephalus in small children. *Childs Nerv Syst*. 2006;22(10):1237-1241.

92. Nogueira GJ, Zaglul HF. Hypodense extracerebral images on computed tomography in children. "External hydrocephalus": a misnomer? *Childs Nerv Syst*. 1991;7(6):336-341.

93. Neveling EA, Truex RC Jr. External obstructive hydrocephalus: a study of clinical and developmental aspects in ten children. *J Neurosurg Nurs*. 1983;15(4):255-260.

94. Roshan K, Elizabeth C, Chacko A, Rajendra J, Gururaj A, Dilip S. External hydrocephalus–a report of 16 cases from Oman. *J Trop Pediatr*. 1998;44(3):153-156.

95. Wilms G, Vanderschueren G, Demaerel PH, et al. CT and MR in infants with pericerebral collections and macrocephaly: benign enlargement of the subarachnoid spaces versus subdural collections. *AJNR Am J Neuroradiol*. 1993;14(4):855-860.

96. Palmer AW, Albert GW. Minicraniotomy with a subgaleal pocket for the treatment of subdural fluid collections in infants. *J Neurosurg Pediatr*. 2019;23(4):480-485.

97. Zouros A, Bhargava R, Hoskinson M, Aronyk KE. Further characterization of traumatic subdural collections of infancy. Report of five cases. *J Neurosurg*. 2004;100(5):512–518.

98. Aoki N, Mizutani H, Masuzawa H. Unilateral subdural-peritoneal shunting for bilateral chronic subdural hematomas in infancy. Report of three cases. *J Neurosurg*. 1985;63(1):134-137.

  

Sverre Morten Zahl    Knut Wester    Steven Gabaeff

**How to cite this article:** Zahl SM, Wester K, Gabaeff S. Examining perinatal subdural haematoma as an aetiology of extra-axial hygroma and chronic subdural haematoma. *Acta Paediatr*. 2020;109:659–666. https://doi.org/10.1111/apa.15072

# EXHIBIT 28

PLOS ONE

RESEARCH ARTICLE

# Medical findings and symptoms in infants exposed to witnessed or admitted abusive shaking: A nationwide registry study

Ingemar Thiblin[1], Jacob Andersson[1], Knut Wester[2], Johan Wikström[3], Göran Högberg[4], Ulf Högberg[5,6]*

1 Department of Surgical Sciences, Uppsala University, Uppsala, Sweden, 2 Department of Clinical Medicine K1, University of Bergen, Bergen, Norway, 3 Department of Surgical Sciences, Uppsala University, Uppsala, Sweden, 4 Private Practice, Stockholm, Sweden, 5 Department of Women's and Children's Health, Uppsala University, Uppsala, Sweden, 6 Department of Epidemiology and Global Health, Umeå University, Umeå, Sweden

* ulf.hogberg@kbh.uu.se



Check for updates

## Abstract



OPEN ACCESS

**Citation:** Thiblin I, Andersson J, Wester K, Wikström J, Högberg G, Högberg U (2020) Medical findings and symptoms in infants exposed to witnessed or admitted abusive shaking: A nationwide registry study. PLoS ONE 15(10): e0240182. https://doi.org/10.1371/journal.pone.0240182

**Editor:** Itamar Ashkenazi, Technion - Israel Institute of Technology, ISRAEL

**Received:** May 5, 2020

**Accepted:** September 11, 2020

**Published:** October 13, 2020

**Copyright:** © 2020 Thiblin et al. This is an open access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

**Data Availability Statement:** All relevant data are within the manuscript and its Supporting Information files.

**Funding:** The authors received no specific funding for this research.

**Competing interests:** Ingemar Thiblin, Ulf Högberg, Knut Wester and Johan Wikström have written statements and appeared in court in child abuse cases both on the request of the prosecutor and the defence. Göran Högberg has written

### Background

Many physicians regard the combination of encephalopathy, subdural haemorrhage (SDH), retinal haemorrhage (RH), rib fractures, and classical metaphyseal lesions (CML) as highly specific for abusive head trauma (AHT). However, without observed abuse or other criteria that are independent of these findings, bias risk is high.

### Methods

Infants subjected for examination under the suspicion of maltreatment during the period 1997–2014 were identified in the National Patient Registry, International Classification of Diseases (ICD-10 SE). The medical records were scrutinized for identification of cases of witnessed or admitted physical abuse by shaking. The main outcome measures were occurrence of SDH, RH, fractures and skin lesions.

### Results

All identified 36 infants had been shaken, and for 6, there was information indicating blunt force impact immediately after shaking. In 30 cases, there were no findings of SDH or RH, rib fractures, or CMLs. Six infants had finding(s) suggestive of physical abuse, two with possible acute intracranial pathology. One infant with combined shaking and impact trauma had hyperdense SDH, hyperdense subarachnoid haemorrhage, suspected cortical vein thrombosis, RH, and bruises. Another infant abused by shaking had solely an acute subarachnoid haemorrhage. Both had pre-existing vulnerability. The first was born preterm and had non-specific frontal subcortical changes. The other had bilateral chronic SDH/hygroma.

statements and appeared in court in child abuse
cases on the request of the defence. This does not
alter our adherence to PLOS ONE policies on
sharing data and materials.

## Conclusions

The present findings do not support the hypothesis that acute SDH or RH can be caused by isolated shaking of a healthy infant. However, they do suggest that abuse by shaking may cause acute intracranial haemorrhage with RH in infants with certain risk factors.

## Introduction

In 1971, paediatric neurosurgeon Norman Guthkelch proposed that subdural haematoma in infants and toddlers without evidence of blunt force trauma may be caused by a whiplash mechanism arising from forces elicited through shaking [1]. The hypothesis was partly based on a whiplash study in rhesus monkeys subjected to a single acceleration inertial load of 600 G [2]. Three years later, radiologist John Caffey described the combination of subdural haematoma (SDH), retinal haemorrhages (RHs), and clinical signs of brain injury as highly suggestive for whiplash shaking [3]. Kleinman et al. suggested that the thoracic compression exerted during violent shaking was associated with rib fractures, especially posteriorly [4], and that the torsional and tractional forces resulted in the classic metaphyseal lesions (CMLs) known as "bucket-handle" and "corner" fractures [5]. This collective of putative signs of abuse exposure was designated as shaken baby syndrome (SBS), which was changed in 2009 to abusive head trauma (AHT) to include blunt force trauma [6]. For detection of SBS/AHT, a common tool is the Duhaime algorithm, which classifies as "suspicious, but not presumptive for inflicted injury" the failure of a caretaker to provide a plausible trauma history that could account for such findings [7]. According to another algorithm, this collective of signs makes a diagnosis of abuse "highly probable" [8].

Biomechanical research has addressed the forces derived from shaking. Ommaya et al. [9] questioned the reasoning of Caffey [3] and Guthkelch [1], who hypothesised shaking as a mechanism for SDH, RH, and encephalopathy in his study of rhesus monkeys subjected to a single severe inertial load [2]. Ommaya et al. found that the forces causing subdural haemorrhage in the experimental model in that study could only be produced by an impact load that not even the most violent shaking could give rise to. Two reports on use of biofidelic dolls offered similar conclusions [10, 11]. One biofidelic study challenged these findings, however, by generating higher forces if certain parameters were changed [12]. Those authors concluded that it is not possible to categorically rule out shaking as a cause in lethal brain injury.

Duhaime's algorithm also has been employed in clinical observational studies, case series, and cross-sectional studies of establishing an abuse diagnosis. If SDH is detected in an infant in the absence of a witnessed accident or disease known to cause SDH, abuse can be inferred from the history given by the parents or caregivers. In 2011, Maguire et al. proposed as the highest ranking for a diagnosis of AHT "abuse confirmed at case conference or civil, family, or criminal court proceeding, or admitted by the perpetrator or independently witnessed" [13]. Under this strategy, a caregiver statement of absence of trauma was used as a diagnostic factor in two of three SDH cases [14], a clear bias toward circular reasoning in assessing the association of shaking and SDH. Several studies have addressed this problem with circular bias in AHT research [14–16]. It was the main methodological flaw identified in the Swedish Agency for Health Technology Assessment and Assessment of Social Services authority's systematic review of the role of SDH, RH, or encephalopathy in medical investigations of suspected traumatic shaking [17].

This review has been subjected to much criticism with responses from the expert group and others [18–23]. To our understanding the conclusions from the SBU systematic review are solid, while the need of more research was highlighted.

In their review, the authority used the PIRO format (population, intervention, reference standard, outcome) [17]. Admitted or witnessed traumatic shaking was the reference standard test to evaluate the diagnostic accuracy that shaking causes SDH, RH, or encephalopathy. Two studies [24, 25] demonstrated that shaking was associated with SDH and RH, but the circumstances under which confessions were obtained were not described in detail, and the studies were assessed as being of moderate quality [17]. Confessions in police interrogation or court might be flawed evidence in support of a cause–effect association between shaking and SDH, RH, or encephalopathy [26].

In this study, we further tested the hypothesis that shaking causes SDH, RH, encephalopathy, rib fractures, or CMLs, using a definition of physical abuse by shaking that is independent of medical findings or symptoms, i.e., not compromised by circularity. To address this question, we evaluated symptoms and medical findings in infants subjected to admitted or witnessed shaking, with or without blunt force head impact.

## Materials and methods

### Study design

The design is a case series. Infants (0–365 days) who underwent examination with suspicion of maltreatment during 1997 to 2014 were identified in the Swedish National Patient Register by ICD-10 codes (Swedish version of International Classification of Diseases 10th version): Z03.8K (observation for suspected maltreatment), Y07.9 (maltreatment and neglect by unspecified perpetrator), T74.1 (physical abuse, confirmed), and Y06 (neglect and abandonment). Data were linked to the Swedish Medical Birth Registry [27]. The medical records were requested from the paediatric departments in Sweden.

### Inclusion criteria

The reference test was chosen to avoid bias by circular reasoning, as suggested by Högberg et al. [14]. Witnessed shaking was defined as shaking having been observed directly or filmed (e.g., by web cam or smartphone). Admitted shaking was defined as a spontaneously delivered history of shaking before or in direct connection with seeking care before diagnostic procedures such as computed tomography (CT), magnetic resonance imaging (MRI), or fundoscopy were performed. In the case of admitting shaking before seeking care, e.g., to social services, the history of shaking had to be maintained when seeking care at the hospital. Cases with a history of combined shaking and blunt force impact trauma were included to meet the broadened criteria of exposure for abusive head trauma published by the American Academy of Pediatrics in 2009 [6]. No exclusion criteria were applied with respect to details of the shaking event(s), such as perceived force of shaking, number of shaking cycles, number of shaking events, or relationship between the offender and the witness.

### Exclusion criteria

Cases with shaking after collapse for resuscitation purposes were excluded. Cases with reported blunt head trauma of any kind but lacking a history of shaking were not included.

### Participants

A total of 337 infants with any maltreatment diagnosis were identified, and medical records could be retrieved for 257 (76%). Missing cases by region were as follows: of 80 cases from the southern region, 16 (20%) were missing; of 41 cases from the southeast region, 12 (29%) were missing; 3 (7%) of 41 cases from the western region were missing; 25 of 68 cases (37%) were

missing from the Uppsala-Örebro region; 23 of 88 cases (26%) from the Stockholm region were missing; and 1 of 17 cases (6%) from the northern region could not be found. In one case, the region could not be identified.

In 19 cases, the reason for seeking care was related to different diseases, with no information suggestive of maltreatment. These cases were regarded as wrongly coded. In the remaining 239 cases, there was a suspicion of maltreatment for various reasons. After application of inclusion and exclusion criteria, 36 cases remained. Fig 1 provides a flow chart of the case selection.

**Covariates.** Data regarding age (in weeks), sex, gestational week, birth weight, and neonatal or infant morbidity at the time of the consultation were retrieved from the Swedish Medical Birth Registry. Raw data from CT were provided in two cases. An experienced neuroradiologist (JW) evaluated these examinations.

## Outcome

Outcomes were frequency of findings from neuroimaging, fundoscopy, whole-body x-ray, and clinical examination, and symptoms registered at clinical examination.

## Statistics

An *ad hoc* test for statistical significance of the observed disproportion in sex was performed by applying the Z-statistics, assuming a null hypothesis value of 50% and employing MedCalc software [28].

## Ethics approval and consent to participate

The Regional Ethical Review Board in Uppsala approved the study (2014-11-19 No 383). This committee approved a waiver of informed consent, considering that the research database contained only coded data. Register linkage was provided by the National Board of Health and Welfare. Approval for ordering medical records of those with a maltreatment diagnosis was obtained by the Regional Ethical Review Board in Uppsala (2015-11-18 No 383/2) and by having the personal ID of the case medical records retrieved after each hospital's approval according to Swedish Public Law and Privacy Act (2009:400). The medical records were coded



**Fig 1. Selection of included cases.**

https://doi.org/10.1371/journal.pone.0240182.g001

during the analysis. The code key was kept separate in a locked computer. The researchers had no access to the personal ID during the analysis. Dissemination of the results to the study participants was not possible.

## Results

### Circumstances defining AHT

Criteria for abuse by shaking were met in 36 cases, 33 of them witnessed. In 21 cases, the mother was the witness and the father the perpetrator; in five cases, the father was the witness and the mother was the perpetrator. One case was filmed by the father with the mother as the perpetrator, five cases by strangers or neighbours, and one case by a person whose relation to the perpetrator was not recorded. In three cases, the caregiver spontaneously admitted the shaking act when seeking care. In one of the admitted cases (with the father as perpetrator), the partner also witnessed the shaking event.

### Reason for seeking care

The reason for seeking care was concern about possible injury in 35 cases and about seizures in one case.

### Demographics

There were 15 boys (42%) and 21 girls (Z-statistic = 0.960; p = 0.34), with a mean age of 135 days and a median age of 104 days (range, 18–337 days). Case rates increased towards the end of the study period (Fig 2).

### Diagnostic procedures

Clinical examination, including inspection of the entire body, was documented in all 36 cases, and fundoscopy was performed and documented in 32 (89%). Skull/brain CT was performed in 29 (81%), MRI in 3 (8%), and ultrasound of the head in 2 (6%). Five infants underwent no brain imaging. Full-body x-ray examination was performed in 27 (75%) of the cases. In one



**Fig 2. Case count per year during the study period, 1997–2014.**

https://doi.org/10.1371/journal.pone.0240182.g002



**Fig 3. Diagnostic procedures in 36 infants subjected to witnessed shaking with or without blunt force head trauma.** "Not available" signifies that it was unclear if the procedure was performed or not.

https://doi.org/10.1371/journal.pone.0240182.g003

case, there was only a whole-body x-ray, and in another, only fundoscopy in addition to clinical examination. The diagnostic procedures are summarized in Fig 3.

## Documented physical violence

In 16 cases, the shaking was described as "forceful" and in one as "hysterical". In the remaining cases, shaking was mentioned without any modifier with respect to force. In 11 cases, shaking on two or more occasions was mentioned, with five of those in the group where forceful shaking was described.

In two cases, there was a clearly stated deliberate back head impact in connection with shaking. In four additional cases, there was a statement of throwing the infant in connection with shaking. The part of the body that was exposed to impact was not reported in any of these cases. In yet another case, the infant was kicked into a wall, but there was no information about a temporal relationship between this event and shaking. Details of the physical violence are provided in S1 Table.

## Findings and symptoms

In 30 cases, no medical findings or symptoms were reported. All infants underwent clinical examination. One of them did not undergo any further diagnostic procedures. Of these 30, the remaining 29 infants were examined by ancillary diagnostics, as described, including 20 who had whole-body x-ray, CT/MRI, and fundoscopy; five who underwent CT/MRI and fundoscopy; one who had head ultrasound and fundoscopy; two who had whole-body x-ray only; and one who had fundoscopy only. Twelve of the infants without any reported symptoms or findings and who had been examined by CT/MRI and fundoscopy had a history of forceful shaking.

Four infants with a history of isolated shaking and two infants with combined shaking and blunt force trauma had medical findings and/or symptoms. Fig 4 shows the proportions of infants with these findings in the context of the type of violence exposure.

Three infants had skin lesions (cases 7, 8, 28). In one case, these consisted of reddish marks on the shoulders consistent with handgrip, according to the examining paediatrician (case 8).



**Fig 4. Infants with findings/symptoms with respect to type of violence exposure.**

https://doi.org/10.1371/journal.pone.0240182.g004

Any degree of reduced consciousness was reported in two cases (cases 8, 9). Vomiting in connection with shaking was reported in three cases (cases 9, 16, 20). Seizures in connection with shaking were reported in one case (case 9).

Two infants (6% of the 32 with brain imaging examination) had intracranial subdural fluid collections described as acute or chronic haemorrhage. One of these infants had a history of combined shaking and blunt force impact (case 8), and the other had a history of shaking only (case 9). Both were boys, and these cases are addressed separately below.

**Case 8.**   According to the original radiological statement, the infant in case 8 (age 11 weeks, preterm week 33) had acute SDH and possible subarachnoid haemorrhage, possible cortical vein thrombosis, and possible small frontal unilateral chronic SDH/hygroma. According to our re-evaluation, there was a small amount of fresh subarachnoid blood bilaterally. There was a thin chronic SDH in the right frontotemporal region, and a localized up to 9 mm thick fresh SDH in the right parietal region. There were two suspected cortical venous thromboses. Additionally, there were symmetrical low-attenuating changes in the deep white matter in the frontal and parietal lobes. These were interpreted as non-specific and of uncertain age. CT findings are illustrated in Fig 5A–5C. This infant underwent a brain ultrasound examination at 4 days of age that demonstrated absence of intracranial haemorrhage or any other focal alteration.

**Case 9.**   According to the original radiological statement, the infant in case 9 (age 17 weeks, term) had thin bilateral acute subarachnoid haemorrhage, bilateral chronic SDH, and



**Fig 5. CT images of cases 8.** There is acute subarachnoid blood in bilateral sulci over the vertex (A) and suspected cortical venous thromboses (arrow on one of them in A). There is a thin chronic subdural hematoma in the right frontotemporal region, and a localized fresh subdural hematoma in the right parietal region (black arrow in B). There is a small amount of fresh blood to the right of the confluens sinuum (C), probably extraaxially. In addition, there are symmetrical low attenuating parenchymal changes of unspecific appearance (white arrows in B).

https://doi.org/10.1371/journal.pone.0240182.g005



**Fig 6. CT images of case 9.** There is a temporoparietal fracture of uncertain age on the left side (arrow in A, 3D reconstruction with volume rendering technique). There are bilateral subdural fluid collections compatible with chronic subdural hematomas (B). There is a small amount of fresh subarachnoid blood bilaterally (C).

https://doi.org/10.1371/journal.pone.0240182.g006

parietal and temporal fractures in healing stage. According to our re-evaluation, there was a fracture with minimal displacement in the left temporal and parietal bone. The age was not possible to determine, but it could have been recent at the time of examination. There were bilateral extracerebral fluid collections with low attenuation but higher than that of cerebrospinal fluid, and with medial dislocation of superficial vessels, suggesting a chronic SDH rather than enlarged subarachnoid spaces. There was fresh subarachnoid blood bilaterally. There was a small blood clot, probably extra-axial, to the right of the confluens sinuum. CT findings are illustrated in Fig 6A–6C.

*Retinal haemorrhage.* One infant with combined shaking/impact had RHs, described as extensive bilateral (case 8). Another infant, age 3 weeks and without intracranial pathology at radiology, had two RHs in one eye (case 36).

*Skeletal injuries.* One infant (case 20) had a healing clavicular fracture and another infant a possible earlier temporal/parietal facture, described as sclerotic bone (case 28). Rib fractures or classic metaphyseal "bucket-handle and "corner" fractures were not reported in any infant.

## Vulnerability factors

None of the 36 infants was multiple birth. Three were small for gestational age (<25th percentile), and all three were in the group without any symptoms or findings.

Two infants were preterm, born at week 36 and week 33 (cases 3 and 8), respectively. One of those (case 8) had intracranial pathology with a possible temporal relation to the admitted act of abuse. The other preterm infant had no findings or symptoms.

One of the preterm infants (case 8) was treated for neonatal icterus and had episodes of impaired oxygen saturation at age 4 days that was successfully treated with theophylline. The head circumference was measured at three occasions, at ages 9 days, 14 days, and 25 days, and showed a gradual increase from -1.5 standard deviations to slightly above normal.

Other conditions during the neonatal period were laryngospasm on one occasion (case 2), cephalohaematoma (case 14), and damage to the facial nerve (case 12). These three infants were in the group without any medical findings or symptoms.

## Discussion

### Principal findings

In contrast to earlier studies in which shaking or combined shaking/blunt trauma was wholly or partly inferred from SDH, RH, seizures, apnoea, and long bone fractures, we found no

strong association between such findings and shaking with or without blunt force impact. None of the infants with reported isolated shaking had any of these findings. However, one of the infants subjected to isolated shaking had an acute subarachnoid haemorrhage. This infant also had a hypodense subdural effusion and skull fractures of unclear age (Fig 6A–6C), suggesting increased vulnerability related to blunt trauma. Another infant with intracranial pathology (discussed further below) in connection with admitted abuse by shaking and possible blunt head trauma at age 11 weeks had a history of prematurity (week 33) and increasing head size until the last notation at age 25 days.

For 30 infants, no findings or symptoms were reported. The shaking was described as forceful/hysterical in 13 of these cases (12 examined with neuroimaging and fundoscopy); one was filmed, and three were observed by nonrelated witnesses. None of the 27 infants who underwent a full-body x-ray had rib fractures or CMLs. Thus, no infant subjected to shaking with or without blunt force trauma and without any possibly predisposing factors had any of the findings regarded as highly specific for AHT.

The brain imaging of the premature infant born at week 33 was restricted to CT. This imaging showed straightforward signs of thin hyperdense bilateral SDHs, small subarachnoid haemorrhages and possible cortical vein thrombosis and symmetrical frontal bilateral hypodense subcortical areas. These descriptive diagnostics are consistent with some alternative aetiologies. The symmetrical low-attenuating changes in the deep white matter in the frontal lobes were non-specific and of uncertain age. The many possible causes include hypoxic–ischemic changes, toxic or metabolic disturbances, or previous infection [29]. Subcortical lesions in infants have been assumed to be of traumatic origin and suggestive of abuse in neuroimaging studies [30–33]. However, neuropathological data do not support direct mechanical forces of trauma as the cause of such findings, and instead point to impaired venous drainage that may or may not follow trauma [34]. This infant had an ultrasound brain examination during the first days of life that revealed no intracranial haemorrhage. However, this method has limited sensitivity for detecting a small SDH in preterm neonates [35], for which reason the possibility of birth-related SDH with re-bleeding as a differential cannot be ruled out. Despite uncertainties about the mechanism(s) behind the intracranial pathology, the temporal relationship between abuse by shaking and possible blunt force and at least partly acute medical findings suggests that AHT related pathology was present against a backdrop of pre-existing pathology of unclear origin. Although the mechanism behind the findings is unclear, tearing of bridging veins seems unlikely, considering the limited volume of the subdural blood collection.

Many studies have yielded extremely high specificity and positive predictive values of SDH and RH for AHT [17]. However, these values were based on circular reasoning and other methodological flaws [17]. The study design of the current study does not allow for conclusions regarding the specificity of medical findings for AHT. However, we identified no intracranial pathology assumed to be specific for abuse. Acute SHD with or without RH in healthy infants can be caused by head impact from low-height falls that do not result in bruises or fractures [36]. To our knowledge, extensive RH has not been described in the absence of intracranial pathology such as SDH, subarachnoid haemorrhage, or hygroma. The only infant in the present study who had extensive RH also had intracranial pathology, including possible cortical vein thrombosis, a condition associated with RH in older children and adults [37, 38]. As far as we know, no systematic studies have addressed RH in infants with cortical venous thrombosis. The infant with two RHs and no acute intracranial pathological changes was only 3 weeks old, so the haemorrhage could possibly have arisen during birth. This infant was vaginally delivered, and up to 33% of babies delivered by unassisted vaginal birth have RHs that usually resolve by age 6 weeks but can persist longer [39].

Skin lesions were recorded in three infants. As always, such lesions must be interpreted in relation to the given context. In the present case series, reddish skin/bruises were described in two cases and soft tissue swelling in a third. In each infant, the skin lesions were consistent with the history of abuse, corroborating the accuracy of the described history of abuse.

In our case series of admitted or witnessed shaking, 27 infants were examined with full-body x-ray and had no findings of rib fracture or CMLs. Thus, our results do not support the hypothesis that rib fractures appear because of thorax compression or CMLs from acceleration and deceleration forces during shaking, as Kleinman et al. had proposed [4].

The proportion of males was 42% in the present study. This finding contrasts with earlier reports in which AHT was inferred from symptoms and intracranial and ocular pathology, and the proportion of males was usually 60% to 80%. For instance, in pooled cases from two studies reporting AHT corroborated by confessions under police interrogation, the proportion of boys was 73% [24, 25]. One possible explanation for this difference in sex distribution could be the presence of cases of benign external hydrocephalus (BEH), a condition with a marked overrepresentation of boys [40–43], that were misdiagnosed as AHT. Spontaneous bleeding is reported to appear in close to 10% of infants with BEH [43]. The potential conflation of BEH for AHT leaves the possibility that false confessions from coercion during police interrogation [26, 44, 45] could explain the overrepresentation of boys in studies reporting confessed abuse.

In view of the Bradford criteria of specificity and temporality, our findings on abusive shaking highlight possible fallacies that are applicable to using the Duhaime algorithm [7] in clinical practice for diagnosing infant abuse (that findings from neuroimaging, x-ray, or fundoscopy enable the clinician to determine what, how, and when an event happened). Possible weaknesses of using technoscience in detecting infant abuse while overlooking clinical history and examination have been addressed [46]. This oversight might have been an origin of the AHT epistemology, deriving from true case observations supporting the Duhaime algorithm, but then becoming biased by circular reasoning [15] that disregarded other causes of such findings [47, 48].

## Strengths and limitations

The strength of the present study is the national coverage over a fairly long period of 18 years, making it possible to identify several cases fulfilling strict criteria of abusive head trauma not compromised by circular bias. Given the rarity of witnessed or spontaneously admitted infant abuse, the cases had to be identified retrospectively. As is always the case, the retrospective study design has its limitations. The quality of the information in the medical records is far from uniform with respect to descriptions of the violent act and to the diagnostic procedures. Most cases were identified by a statement of witnessed abuse, with the partner as the witness. The description of the abuse in such a statement may be exaggerated or perhaps even fabricated if the partners are in an ongoing conflict. The increase over time in abuse cases witnessed by a partner was coincident with an information campaign about the dangers of shaking a baby [49]. Thus, it is possible that observations of relatively "gentle shaking" fuelled concern about possible injuries in a number of cases involving the partner-witness group. In four cases witnessed by an unrelated person or admitted, there were no statements regarding the force of the shaking, making it possible that the shaking was of limited force in these cases, as well.

In cases of abuse witnessed by unrelated observers or documented by filming, shaking that exceeded normal infant rocking was quite likely to have occurred. However, objective measures of the applied forces were not possible for obvious reasons.

The retrospective design also resulted in failure to retrieve medical records for all identified cases. The reason for turning down requisitions is unclear, but the rather pronounced

differences in these gaps among different regions in Sweden, ranging from 6% to 37%, indicate that the reluctance to contribute to research in the area of child abuse is stronger in some regions. However, by our review of 258 records out of 337 it is unlikely that detection bias influenced the results. Thus, we believe that our results have a fair generalizability.

We have previously reported that 14% (n = 43) of SDH cases in infancy had also maltreatment diagnosis [47]. Two of these cases fulfilled the case definition of admitted or witnessed shaking or blunt force head trauma in the present study, indicating that AHT was inferred by interpretation of medical findings in at least 41 of the 43 cases. The fact that different strategies for defining AHT identifies different infants as subjected to AHT emphasizes the need for considering the consequences of selection on the generalizability of the results in AHT studies.

## Clinical implications

To our knowledge, this is the first study assessing the association of SDH and RH from prior witnessed or admitted physical abuse by shaking. One previous study of witnessed abusive shaking (n = 21) among 90 cases of witnessed abuse did not specifically report neuroimaging results from those shaken [50]. The results of the present study do not support the notion that certain medical findings are highly suggestive of shaking to the exclusion of other possible causes. The results are in agreement with those obtained by the SBU-report concluding "There is limited scientific evidence that the triad1 and therefore its components can be associated with traumatic shaking (low quality evidence)" [17].

Findings highly suggestive of blunt force head trauma, such as unexplained skull fractures, lacerations, or epidural haematoma, were found in a single case of admitted AHT by shaking. Non-specific intracranial pathology with or without RH with AHT as a possible explanation were rare. Therefore, with suspicion of child abuse, the absence or presence of findings such as SDH or RH must be interpreted with caution, and the conclusions of the social service investigation, whether initiated, should be unbiased by such findings.

Based on our results, a clinical recommendation for paediatricians and family doctors should be that a clinical suspicion of child abuse or neglect is overarching, irrespective of an abuse protocol screening findings from a CT or fundoscopy. On the other hand, screening findings of SDH or RH without any blunt force head trauma, other findings of external injury, fractures, neglect, adverse history of parenthood, psychiatric illness, substance abuse or intimate partner violence should not per se be considered as indicative for child abuse. Further, this study has clinical relevance for those clinicians who encounter children with abusive shaking witnessed or admitted at entrance. When there are no indication of a clinically negative effect and no outer signs of violence, the best option might be to give ample time for evaluating the parental competence and other safety factors.

## Conclusion

No infant subjected to shaking with or without blunt force trauma and without any possibly predisposing factors had any of the findings regarded as highly specific for AHT. Our findings imply that SDH or RH have low sensitivity for AHT, entailing a risk for false negatives if these features are believed to have a high negative predictive value. The results also indicate that isolated shaking may cause intracranial haemorrhage with or without RH in vulnerable infants.

## Supporting information

**S1 Table. Supplementary case description of the cases (n = 36).**
(DOCX)

## Acknowledgments

We wish to thank Camilla Lundblad, at the Swedish National Board of Forensic Medicine, for management of medical records.

## Author Contributions

**Conceptualization:** Ingemar Thiblin, Jacob Andersson, Knut Wester, Göran Högberg, Ulf Högberg.

**Data curation:** Ingemar Thiblin, Johan Wikström, Ulf Högberg.

**Formal analysis:** Ingemar Thiblin, Jacob Andersson, Knut Wester, Johan Wikström, Ulf Högberg.

**Investigation:** Ingemar Thiblin, Jacob Andersson, Knut Wester, Johan Wikström, Ulf Högberg.

**Methodology:** Ingemar Thiblin, Jacob Andersson, Knut Wester, Johan Wikström, Göran Högberg, Ulf Högberg.

**Project administration:** Ingemar Thiblin.

**Resources:** Ingemar Thiblin.

**Validation:** Ingemar Thiblin, Jacob Andersson, Knut Wester.

**Writing – original draft:** Ingemar Thiblin.

**Writing – review & editing:** Ingemar Thiblin, Jacob Andersson, Knut Wester, Johan Wikström, Göran Högberg, Ulf Högberg.

## References

1. Guthkelch AN. Infantile subdural haematoma and its relationship to whiplash injuries. British medical journal. 1971; 2(5759):430–1. Epub 1971/05/22. https://doi.org/10.1136/bmj.2.5759.430 PMID: 5576003; PubMed Central PMCID: PMC1796151.

2. Ommaya AK, Faas F, Yarnell P. Whiplash injury and brain damage: an experimental study. JAMA. 1968; 204(4):285–9. Epub 1968/04/22. PMID: 4967499.

3. Caffey J. The whiplash shaken infant syndrome: manual shaking by the extremities with whiplash-induced intracranial and intraocular bleedings, linked with residual permanent brain damage and mental retardation. Pediatrics. 1974; 54(4):396–403. Epub 1974/10/01. PMID: 4416579.

4. Kleinman PK, Marks SC, Adams VI, Blackbourne BD. Factors affecting visualization of posterior rib fractures in abused infants. AJR Am J Roentgenol. 1988; 150(3):635–8. https://doi.org/10.2214/ajr.150.3.635 PMID: 3257621.

5. Offiah A, van Rijn RR, Perez-Rossello JM, Kleinman PK. Skeletal imaging of child abuse (non-accidental injury). Pediatr Radiol. 2009; 39(5):461–70. Epub 2009/02/25. https://doi.org/10.1007/s00247-009-1157-1 PMID: 19238374.

6. Christian CW, Block R, Committee on Child A, Neglect, American Academy of P. Abusive head trauma in infants and children. Pediatrics. 2009; 123(5):1409–11. https://doi.org/10.1542/peds.2009-0408 PMID: 19403508.

7. Duhaime AC, Alario AJ, Lewander WJ, Schut L, Sutton LN, Seidl TS, et al. Head injury in very young children: mechanisms, injury types, and ophthalmologic findings in 100 hospitalized patients younger than 2 years of age. Pediatrics. 1992; 90(2 Pt 1):179–85. PMID: 1641278.

8. Reece RM. What are we trying to measure? The problems of case ascertainment. Am J Prev Med. 2008; 34(4 Suppl):S116–9. https://doi.org/10.1016/j.amepre.2007.11.005 PMID: 18374260.

9. Ommaya AK, Goldsmith W, Thibault L. Biomechanics and neuropathology of adult and paediatric head injury. Br J Neurosurg. 2002; 16(3):220–42. Epub 2002/08/31. https://doi.org/10.1080/02688690220148824 PMID: 12201393.

10. Duhaime AC, Gennarelli TA, Thibault LE, Bruce DA, Margulies SS, Wiser R. The shaken baby syndrome. A clinical, pathological, and biomechanical study. J Neurosurg. 1987; 66(3):409–15. https://doi.org/10.3171/jns.1987.66.3.0409 PMID: 3819836.

11. Prange MT, Coats B, Duhaime AC, Margulies SS. Anthropomorphic simulations of falls, shakes, and inflicted impacts in infants. J Neurosurg. 2003; 99(1):143–50. Epub 2003/07/12. https://doi.org/10.3171/jns.2003.99.1.0143 PMID: 12854757.

12. Cory C, Jones BM. Can shaking alone cause fatal brain injury? A biomechanical assessment of the Duhaime shaken baby syndrome model. Med Sci Law. 2003; 43(4):317–33. https://doi.org/10.1258/rsmmsl.43.4.317 PMID: 14655963

13. Maguire SA, Kemp AM, Lumb RC, Farewell DM. Estimating the probability of abusive head trauma: a pooled analysis. Pediatrics. 2011; 128(3):e550–64. Epub 2011/08/17. https://doi.org/10.1542/peds.2010-2949 PMID: 21844052.

14. Högberg G, Aspelin P, Högberg U, Colville-Ebeling B. Circularity bias in Abusive Head Trauma studies could be diminished with a new ranking scale. Egyptian Journal of Forensic Sciences. 2016; 6(1):6–10. Epub Online 14 January 2016. https://doi.org/10.1016/j.ejfs.2015.12.001

15. Binney NR, Mack J, Squier W. Don't blame the messenger: a response to Debelle et al and the Royal College of Paediatrics and Child Health. Arch Dis Child. 2018; 103(7):714. Epub 2018/05/04. https://doi.org/10.1136/archdischild-2018-315381 PMID: 29720495.

16. Vinchon M, Defoort-Dhellemmes S, Desurmont M, Dhellemmes P. Accidental and nonaccidental head injuries in infants: a prospective study. J Neurosurg. 2005; 102(4 Suppl):380–4. Epub 2005/06/02. https://doi.org/10.3171/ped.2005.102.4.0380 PMID: 15926388.

17. Elinder G, Eriksson A, Hallberg B, Lynoe N, Sundgren PM, Rosen M, et al. Traumatic shaking: The role of the triad in medical investigations of suspected traumatic shaking. Acta Paediatr. 2018; 107 Suppl 472:3–23. Epub 2018/08/28. https://doi.org/10.1111/apa.14473 PMID: 30146789.

18. New Virtual Issue on Abusive Head Trauma and Shaken Baby Syndrome. Acta paediatrica. 2019. Epub 23 january 2019.

19. Debelle GD, Maguire S, Watts P, Nieto Hernandez R, Kemp AM, Child Protection Standing Committee RCoPC, Health. Abusive head trauma and the triad: a critique on behalf of RCPCH of 'Traumatic shaking: the role of the triad in medical investigations of suspected traumatic shaking'. Arch Dis Child 2018; 103(6):606–10. Epub 2018/03/08. https://doi.org/10.1136/archdischild-2017-313855 PMID: 29510999

20. Lynoe N, Elinder G, Hallberg B, Rosen M, Sundgren P, Eriksson A. Easier to see the speck in your critical peers' eyes than the log in your own? Response to Debelle et al. Arch Dis Child. 2018:1. Epub 2018/04/20. https://doi.org/10.1136/archdischild-2018-315380 PMID: 29728419

21. Choudhary AK, Servaes S, Slovis TL, Palusci VJ, Hedlund GL, Narang SK, et al. Consensus statement on abusive head trauma in infants and young children. Pediatr Radiol. 2018; 48(8):1048–65. Epub 2018/05/26. https://doi.org/10.1007/s00247-018-4149-1 PMID: 29796797

22. Lynoe N, Eriksson A. Is the procedure of diagnosing abusive head trauma a purely medical matter? Pediatr Radiol. 2019; 49(3):422–3. Epub 2019/02/21. https://doi.org/10.1007/s00247-019-04344-1 PMID: 30783699.

23. Findley K, Risinger M, Barnes P, Mack J, Moran D, Scheck B, et al. Feigned consensus: usurping the law in shaken baby syndrome/abusive head trauma prosecutions. University of Wisconsin Law School Legal Studies Research Paper Series Paper 2019;(1461):1211–66.

24. Vinchon M, de Foort-Dhellemmes S, Desurmont M, Delestret I. Confessed abuse versus witnessed accidents in infants: comparison of clinical, radiological, and ophthalmological data in corroborated cases. Childs Nerv Syst. 2010; 26(5):637–45. Epub 2009/12/01. https://doi.org/10.1007/s00381-009-1048-7 PMID: 19946688.

25. Adamsbaum C, Grabar S, Mejean N, Rey-Salmon C. Abusive head trauma: judicial admissions highlight violent and repetitive shaking. Pediatrics. 2010; 126(3):546–55. https://doi.org/10.1542/peds.2009-3647 PMID: 20696720.

26. Tuerkheimer D. The Next Innocence Project: Shaken Baby Syndrome and the Criminal Courts. Wash Univer Law Rev. 2009; 87(1).

27. Högberg U, Lampa E, Högberg G, Aspelin P, Serenius F, Thiblin I. Infant abuse diagnosis associated with abusive head trauma criteria: incidence increase due to overdiagnosis? European Journal of Public Health. 2018; 28(4):641–646. https://doi.org/10.1093/eurpub/cky062 PMID: 29672696.

28. MedCalc Software. MedCalc Software Ltd; 2019.

29. Girard N, Confort-Gouny S, Schneider J, Chapon F, Viola A, Pineau S, et al. Neuroimaging of neonatal encephalopathies. J Neuroradiol. 2007; 34(3):167–82. Epub 2007/06/26. https://doi.org/10.1016/j.neurad.2007.04.003 PMID: 17590440.

30. Ordia IJ, Strand R, Gilles F, Welch K. Computerized tomography of contusional clefts in the white matter in infants. Report of two cases. J Neurosurg. 1981; 54(5):696–8. Epub 1981/05/01. https://doi.org/10.3171/jns.1981.54.5.0696 PMID: 7229714.

31. Hausdorf G, Helmke K. Sonographic demonstration of contusional white matter clefts in an infant. Neuropediatrics. 1984; 15(2):110–2. Epub 1984/05/01. https://doi.org/10.1055/s-2008-1052351 PMID: 6738817.

32. Jaspan T, Narborough G, Punt JA, Lowe J. Cerebral contusional tears as a marker of child abuse—detection by cranial sonography. Pediatr Radiol. 1992; 22(4):237–45. Epub 1992/01/01. https://doi.org/10.1007/BF02019848 PMID: 1523042.

33. Palifka LA, Frasier LD, Metzger RR, Hedlund GL. Parenchymal Brain Laceration as a Predictor of Abusive Head Trauma. AJNR Am J Neuroradiol. 2016; 37(1):163–8. Epub 2015/10/17. https://doi.org/10.3174/ajnr.A4519 PMID: 26471745.

34. Larsen KB, Barber Z, Squier W. The pathology and aetiology of subcortical clefts in infants. Forensic Sci Int. 2019; 296:115–22. Epub 2019/02/04. https://doi.org/10.1016/j.forsciint.2019.01.011 PMID: 30711846.

35. Intrapiromkul J, Northington F, Huisman TA, Izbudak I, Meoded A, Tekes A. Accuracy of head ultrasound for the detection of intracranial hemorrhage in preterm neonates: comparison with brain MRI and susceptibility-weighted imaging. J Neuroradiol. 2013; 40(2):81–8. Epub 2012/05/29. https://doi.org/10.1016/j.neurad.2012.03.006 PMID: 22633043; PubMed Central PMCID: PMC4428334.

36. Atkinson N, van Rijn RR, Starling SP. Childhood Falls With Occipital Impacts. Pediatr Emerg Care. 2017. https://doi.org/10.1097/PEC.0000000000001186 PMID: 28590993.

37. Binenbaum G, Reid JE, Rogers DL, Jensen AK, Billinghurst LL, Forbes BJ. Patterns of retinal hemorrhage associated with pediatric cerebral sinovenous thrombosis. J AAPOS. 2017; 21(1):23–7. Epub 2017/01/15. https://doi.org/10.1016/j.jaapos.2016.10.004 PMID: 28087346.

38. Hauser D, Barzilai N, Zalish M, Oliver M, Pollack A. Bilateral papilledema with retinal hemorrhages in association with cerebral venous sinus thrombosis and paroxysmal nocturnal hemoglobinuria. Am J Ophthalmol. 1996; 122(4):592–3. Epub 1996/10/01. https://doi.org/10.1016/s0002-9394(14)72130-0 PMID: 8862066.

39. Naderian G, Fesharaki H, Sajjadi V, Naderian MA. Retinal Hemorrhages in a Neonate following Vacuum Extraction. J Ophthalmic Vis Res. 2013; 8(2):179–81. Epub 2013/08/15. PMID: 23943694; PubMed Central PMCID: PMC3740471.

40. Robertson WC Jr., Chun RW, Orrison WW, Sackett JF. Benign subdural collections of infancy. J Pediatr. 1979; 94(3):382–6. Epub 1979/03/01. https://doi.org/10.1016/s0022-3476(79)80575-2 PMID: 423018.

41. Piatt JH Jr. A pitfall in the diagnosis of child abuse: external hydrocephalus, subdural hematoma, and retinal hemorrhages. Neurosurg Focus. 1999; 7(4):e4. https://doi.org/10.3171/foc.1999.7.4.6 PMID: 16918219.

42. Wiig US, Zahl SM, Egge A, Helseth E, Wester K. Epidemiology of Benign External Hydrocephalus in Norway-A Population-Based Study. Pediatr Neurol. 2017; 73:36–41. Epub 2017/07/02. https://doi.org/10.1016/j.pediatrneurol.2017.04.018 PMID: 28666559.

43. Lee HC, Chong S, Lee JY, Cheon JE, Phi JH, Kim SK, et al. Benign extracerebral fluid collection complicated by subdural hematoma and fluid collection: clinical characteristics and management. Childs Nerv Syst. 2018; 34(2):235–45. https://doi.org/10.1007/s00381-017-3583-y PMID: 28889182.

44. Kassin SM, Drizin SA, Grisso T, Gudjonsson GH, Leo RA, Redlich AD. Police-induced confessions: risk factors and recommendations. Law Hum Behav. 2010; 34(1):3–38. Epub 2009/07/16. https://doi.org/10.1007/s10979-009-9188-6 PMID: 19603261.

45. Gohara A. M. Lie for a lie: False Confessions and the Case for Reconsidering the Legality of Deceptive Interrogation Techniques Fordham Urban Law. 2006; 33(3):101–50.

46. Einboden RD. Nowhere to stand, a critical discourse analysis of nurses´ responses ro child neglect and abuse. Sydney: University of Sydney; 2017.

47. Högberg U, Andersson J, Squier W, Hogberg G, Fellman V, Thiblin I, et al. Epidemiology of subdural haemorrhage during infancy: A population-based register study. PLoS One. 2018; 13(10):e0206340. Epub 2018/11/01. https://doi.org/10.1371/journal.pone.0206340 PMID: 30379890.

48. Högberg U, Andersson J, Högberg G, Thiblin I. Metabolic bone disease risk strongly contributing to long bone and rib fractures during early infancy: A population register study PLoS ONE. 2018; 13(12): e0208033. Epub December 19, 2018. https://doi.org/10.1371/journal.pone.0208033 PMID: 30566429.

49. Tegern G, Tinghög P, Flodmark O. Om att förebygga skakvåld mot små barn (Swedish). Stockholm: Karolinska Institutet & Linköping University, 2012 2012-04-05.

50. Melville JD, Hertz SK, Steiner RD, Lindberg DM, Ex SI. Use of Imaging in Children With Witnessed Physical Abuse. Pediatr Emerg Care. 2019; 35(4):245–8. Epub 2017/03/16. https://doi.org/10.1097/PEC.0000000000001096 PMID: 28291153.

# EXHIBIT 29

Pediatr Radiol
DOI 10.1007/s00247-008-1084-6

# Anatomy and development of the meninges: implications for subdural collections and CSF circulation

Julie Mack · Waney Squier · James T. Eastman

Received: 27 May 2008 / Revised: 4 November 2008 / Accepted: 17 November 2008
© Springer-Verlag 2009

**Abstract** The dura is traditionally viewed as a supportive fibrous covering of the brain containing the dural venous sinuses but otherwise devoid of vessels and lacking any specific function. However, review of the embryology and anatomy reveals the dura to be a complex, vascularized and innervated structure, not a simple fibrous covering. The dura contains an inner vascular plexus that is larger in the infant than in the adult, and this plexus likely plays a role in CSF absorption. This role could be particularly important in the infant whose arachnoid granulations are not completely developed. Although subdural hemorrhage is frequently traumatic, there are nontraumatic conditions associated with subdural hemorrhage, and the inner dural plexus is a likely source of bleeding in these nontraumatic circumstances. This review outlines the development and age-specific vascularity of the dura and offers an alternative perspective on the role of the dura in homeostasis of the central nervous system.

**Keywords** Subdural hemorrhage · Bridging veins · Embryology · Anatomy

*Editor's note*: see related articles in this issue: doi:10.1007/s00247-008-1137-x (Commentary) and doi:10.1007/s00247-008-1144-y (Editorial)

J. Mack (✉)
Department of Radiology, Penn State Hershey Medical Center,
30 Hope Drive, Suite 1800,
P.O. Box 859, Hershey, PA 17033-0859, USA
e-mail: jmack@hmc.psu.edu

W. Squier
Department of Neuropathology, John Radcliffe Hospital,
Oxford, UK

J. T. Eastman
Department of Pathology and Laboratory Medicine,
Lancaster General Hospital,
Lancaster, PA, USA

## Introduction

Infantile subdural hemorrhage (SDH) is often traumatic, and ruptured bridging veins are thought to be the source of subdural blood in traumatic conditions. However, infantile SDH occurs in a number of conditions in which there is no evidence of mechanical trauma. SDH without trauma has been reported in benign extracerebral fluid collections, a condition characterized by macrocephaly and increased cerebrospinal fluid (CSF) in the subarachnoid space as well as in glutaric aciduria type 1, a metabolic disease associated with macrocephaly and large extraaxial CSF collections [1–7]. Nontraumatic subdural collections are also reported in states of decreased CSF volume, most notably in spontaneous intracranial hypotension with CSF leak, and following CSF shunting procedures [8, 9]. In addition, nontraumatic subdural collections are reported with hyponatremic dehydration, congenital and vascular malformations, coagulation disorders, dural venous thrombosis, meningitis, and other conditions [2, 10–12]. The diverse presentations of nontraumatic subdural collections challenge the hypothesis that tearing of the bridging veins is the primary cause of such collections. This review outlines the embryology, anatomy and function of the intradural venous plexus and offers an alternative explanation for subdural bleeding in the infant.

## Embryology and anatomy of the dura–arachnoid interface

The dura and arachnoid are easily separated, as recognized by surgeons and pathologists who regularly lift the dura from the arachnoid with great ease. With mechanical separation of the two layers, an apparent space is created.



However, this space is an artefact of cleavage through a tissue plane [13–19]. The embryology of the dura makes clear that no such preformed space exists. Meningeal mesenchyme derived from neural crest cells initially forms a cellular network between the brain and the skin that is without discriminating features [20–22]. This pluripotent precursor is traditionally referred to as the meninx primitiva. The meninx primitiva subdivides into two layers, the inner endomeninx (which differentiates into the pia-arachnoid), and an outer ectomeninx (which forms the dura and bones of the neurocranium) [22]. The dura and neurocranium remain in close apposition and share a physiologic relationship that persists in postnatal life [20, 23]. The outer layer of the dura forms the inner periosteum of the skull and the inner layer forms the dural folds (falx and tentorium) and contains the dural sinuses.

At all times during development, the dura and arachnoid remain attached: there is no anatomic subdural space comparable to other embryonic cavities, such as the pleural and peritoneal cavities. But although there is no preformed space, there is a distinct soft-tissue layer at the dura–arachnoid interface that is easily disrupted. This morpho-logically distinct junctional soft-tissue layer is characterized by flattened fibroblasts with sparse intercellular junctions, no extracellular collagen, and prominent extracellular spaces [13–19]. The cells in this interface layer have been variably termed subdural mesothelium, neurothelium, inner dural cell layer and subdural cells. However, the most frequently used descriptive term is "dural border cell layer," coined by Nabeshima et al. [15]. The accumulation of blood in this unique layer of cells confers the typically crescentic appearance of SDH on imaging examination and is responsible for the neurosurgical appearance of a clot beneath the fibrous dura but superficial to the glistening surface of the external limiting arachnoid membrane. The precise anatomic description of a subdural collection is an accumulation of fluid or blood within the disrupted layers of the dural border cell layer (Fig. 1).

In summary, the dura and arachnoid arise from a common origin and through differentiation and condensa-tion the final structure is one of continuity. In an attempt to avoid futile arguments over language, Orlin et al. [19] suggested modification of the term "subdural space" to "subdural compartment" to reflect the presence of a morphologically distinct layer of cells at the dura-arachnoid interface.

## Embryology and anatomy of the bridging veins

As the meninx primitiva differentiates into contiguous but distinct layers, the venous drainage is also differentiating into discrete systems. Separation of the venous drainage of the brain from the dural venous drainage gives rise to the specific anatomy of the bridging veins. Initially, there is a primitive endothelial plexus of venous connections between

**Fig. 1** Subdural collection. **a** Dural border cell layer is com-posed of loosely adherent cells, no extracellular collagen, and enlarged extracellular spaces. **b** SDH represents a collection of blood disrupting the dural border cell layer





the dural and pial layers. However, early in the first trimester, the continuous net of primitive endothelial channels draining the brain and those draining the dura undergo a venous cleavage, such that most of the numerous primary venous anastomoses between the pia and dura resorb [24, 25]. The few remaining venous anastomoses enlarge and become the definitive bridging veins. The veins draining the majority of the dorsal convexity of each cerebral hemisphere collect into the superior cerebral veins. These superficial veins coalesce to form between 10 and 18 large bridging veins that eventually penetrate the dura–arachnoid interface layer and travel for a variable distance within the dura before entering the superior sagittal sinus [26–28].

## Embryology and anatomy of the dural veins

Although the bridging veins form in the first trimester through the process of venous cleavage, the dural venous structures to which the bridging veins undergo modifications throughout gestation. The major dural venous sinuses do not attain their adult configuration until some months after birth. The early fetal dural venous connections are plexiform and are in a constant state of change. The adjustment in this primitive dural plexus is necessary because of the dramatic intrauterine growth of the cerebral hemispheres. A large part of this adjustment is made possible by the spontaneous migration of the principle dural veins, and for this a venous plexus is essential [24]. Padget [25] eloquently conveys the inevitability of such a sequence of embryonic events: "such alterations are not foreordained by the adult configuration but are determined by adjacent structures. The embryonic channels should not be thought of as busily engaged in building mature vessels, but as carrying on their functional activity in the best manner possible for the moment with regard to the available space and amount of work to be done."

One of the principle elements of the embryology of the intracranial venous system is that the veins intrinsic to the brain and those intrinsic to the dura separate early in development. The early cleavage of these two venous territories is an essential component of the establishment of the blood–brain barrier. The process of venous cleavage reduces the number of pial-to-dural connections, thereby reducing the points at which veins intrinsic to the brain communicate with the systemic circulation.

As large-caliber conduits from the brain to the systemic circulation, the bridging veins are neither small nor fragile. Biomechanical data confirm that these veins rupture only under considerable force [29, 30]. The bridging veins are therefore improbable sources for SDH occurring without trauma.

## Alternatives to bridging vein rupture

A more thorough understanding of the vascularity of the dura reveals a potential alternative source of bleeding in nontraumatic conditions. Although not routinely discussed in the SDH literature, dural vascularization is more abundant and complex than is generally presumed [31–36]. The dural vascularity is well described in the historical literature. Key and Retzius [35] in 1875 carefully noted the presence of both a superficial capillary network close to the bone and a fine capillary network located along the inner portion of the dura. As early as 1936, Hannah [36] speculated that it was the inner dural capillary layer that ruptured to produce SDH.

More recently, Kerber and Newton [32] used injection techniques, radiography, and microdissection to provide a complete description of the dural vascularity. They also describe a few peculiarities that are important when the function of the dura is considered [32]. The main blood supply to the dura comes from the meningeal arteries. These arise in the primitive ectomeninx of the embryo specifically to nourish the developing skull [25]. Hence, the meningeal artery and accompanying meningeal veins are superficially located in the outer aspect of the dura. The main meningeal arteries give rise to a rich anastomotic layer of vessels that are also superficial in location. The primary anastomotic vessels give rise to four smaller arterial structures: (1) the arteries to the skull, (2) the secondary anastomotic arteries, (3) the arteriovenous shunts, and (4) the penetrating arteries. It is the penetrating vessels that are the most relevant to the discussion of SDH. The penetrating vessels leave the superficial dural surface and extend to within 5 to 15 μm of the dural border cell layer. The penetrating arterioles end "in an unexpected and extremely rich capillary network. The capillaries are present throughout the dura, including the falx and tentorium, and are extremely rich parasagittally, where they may form several layers" [32]. It is this unexpectedly rich vascular plexus that borders the subdural compartment (Fig. 2).

The dural venules, unlike vessels in the brain, are permeable and contain pores visible by electron microscopy [37–39]. Moreover, the dural vasculature is well innervated by branches of the trigeminal nerve (Fig. 3), and postcapillary venules leak with neurogenic or chemical stimulation [38–41]. These "leaky" vessels that lie within the dura near the dura–arachnoid interface are strong candidates for the source of bleeding in nontraumatic conditions (Fig. 4).

## Dural vascularity in the infant

The dural vascularity in the adult is more abundant than is generally assumed. In the infant, the vascularity of the dura





**Fig. 2** The meningeal arteries and veins are superficially located, while the dural venous plexus (*DP*) is located within the inner portion of the dura. The dural plexus is particularly dense parasagittally, where it connects to the parasagittal sinus independently of the cortical bridging veins (*BV* bridging vein, *MA* meningeal artery, *MV* meningeal vein, *PA* penetrating arteriole extending to inner dural plexus, *SS* superior sagittal sinus)

is even more pronounced, largely because of the plexiform nature of the dural venous connections. Padget [25] indicates that the plexiform nature of the early dural venous channels is required for intrauterine brain growth. If a dural venous plexus is needed for growth of the brain, then it is not surprising that the venous plexus is larger in infants than in adults. Streeter [24] and Padget [25] both report that at birth the venous dural connections differ from the adult configuration. Streeter [24], in particular, writes of the prolonged adjustment of the intradural venous connections of the falx and tentorium. The structure of the torcula (confluens sinuum), frequently web-like even in adults, is a remnant of the plexiform nature of the fetal dural veins. Kaplan et al. [42] note that the veins of the dorsal aspect of the falx and the venous lakes of the tentorium are all readily visualized in late-term fetuses and infants. Gooding et al. [43] report that opacification of the tentorial intradural venous structures after cerebral angiography is present in 20% of children and only 1% of adults. Browder et al. [44] specifically evaluated the venous lakes in the suboccipital dura mater and falx cerebelli in infants and found that the

intradural venous lakes are larger in infants, and gradually diminish in adolescents and adults.

Although the larger intradural venous plexus in the infant might be a remnant of the tremendous intrauterine growth that has occurred, the function cannot be limited to the facilitation of growth, as the venous plexus is a persistent feature of the adult dura. Le Gros Clark [45] in 1920 emphasized that the lateral lacunae should not be viewed as simply diverticula of the sagittal sinus but as a complicated parasagittal "meshwork of veins." As noted by Kerber and Newton [32], the parasagittal venous plexus is particularly dense. Rowbotham and Little [33] describe the parasagittal plexus as so profuse as to give it a "primitive air." The authors go on to suggest that the plexus is so dense and so very far in excess of the metabolic needs of the fibrous and elastic tissue that it must have some other functional significance.

Understanding the physiologic role of this plexus could provide insight into the nontraumatic conditions that result in bleeding from the plexus. Although the function of the plexus is not fully understood, it is highly likely that it plays a role in the movement of CSF from the subarachnoid compartment into the venous and lymphatic system [31, 37, 46]. CSF movement across the arachnoid barrier layer is traditionally thought to occur via arachnoid granulations. Therefore, it is appropriate to review the development of the arachnoid granulations in the infant.

## The arachnoid granulations and their relationship to the intradural venous plexus

The arachnoid granulations are traditionally considered to be one of the mechanisms by which CSF moves from the subarachnoid space into the systemic circulation. While they may play a dominant role in the adult, arachnoid granulations are not fully formed in the infant. Le Gros Clark [45] describes the evolution in the appearance of the arachnoid villi from microscopic structures at birth to the visible protrusions of arachnoid granulations: "At birth they

**Fig. 3** Dural vasculature. **a** Nerve fibers (*stained brown*) among vessels of the inner dural plexus (*arrows*). **b** High-power view demonstrates nerve fibers extending to the endothelium of a vessel of the dural plexus (*N* nerve fiber)










**Fig. 4** Left subdural compartment hemorrhage. **a** T1-W coronal MR image shows left subdural compartment hemorrhage. **b** Graphic representation of hemorrhage originating from the inner dural plexus (*BV* bridging vein, *DP* dural plexus)

are imperceptible even on examination with a hand lens. At the age of six months they are still invisible, but by 18 months they are quite obvious on close inspection. They appear in the first instance in the regions where the parieto-occipital and central veins open into the sagittal sinus. From there they spread forwards and backwards along the superior margin of the cerebral hemispheres, and at the age of three they are disseminated over a considerable area." A recent study quantifying the area and distribution of the arachnoid granulations confirms the observations of Le Gros Clark: the arachnoid granulations occur with greatest frequency in the region of the parasagittal venous plexus [46].

The intimate relationship of the arachnoid granulations and the parasagittal plexus has been demonstrated by Fox et al. [37] and more recently by Han et al. [28]. Using a resin injection technique, these authors carefully delineated the relationship between the parasagittal network of venous channels, the arachnoid villi, the superior sagittal sinus, and the bridging veins. The arachnoid villi are interdigitated between the trabeculae of the dura that occur at the site of the intradural venous plexus (Fig. 5). The bridging veins do not directly connect to the intradural venous plexus [28, 37]. Instead (as expected from the embryology of venous

cleavage), the bridging veins independently enter the sinus beneath the parasagittal venous plexus (Fig. 6).

Review of the anatomy demonstrates that the arachnoid villi and the intradural venous plexus are intimately related, both anatomically and developmentally, and the two must be studied in conjunction [45]. Their relationship might have particular relevance given the known association of SDH in states of both increased CSF volume (benign extracerebral collections of infancy) and decreased CSF volume (spontaneous intracranial hypotension).

## CSF transport and the anatomy of the dura

By its anatomic proximity and intimate association with the arachnoid granulations, the parasagittal venous plexus presumably plays a role in CSF absorption. How the CSF moves from the subarachnoid space through the arachnoid barrier cell layer and into the interstitium of the dura is not clear, particularly in the absence of arachnoid granulations. However, multiple experiments indicate that movement along nerve roots and exiting vessels plays a role [47–50]. Research in neonatal animals shows that tracers injected into the subarachnoid space are transported into the dura, filling the interstitium of the dura in a parasagittal location [49]. Interestingly, fluid injected into the interstitium of the dura has been shown to collect in the parasagittal venous



**Fig. 5** With the dura reflected off the brain, the relationship of the arachnoid granulations (*asterisks*) and the venous plexus (filled with blue latex, *arrowheads*) is well demonstrated. Note bridging vein, which has been reflected back from the dura (*arrow*) (reprinted with permission from Springer Science + Business Media: Han H, Tao W, Zhang M. The dural entrance of cerebral bridging veins into the superior sagittal sinus: an anatomical comparison between cadavers and digital subtraction angiography. Neuroradiology 2007;49:169–175, Fig. 2C)






**Fig. 6** Vascular resin cast of fetal cadaver demonstrates the parasagittal plexus in communication with the superior sagittal sinus. The endothelial channels of the plexus communicate with the sinus independently of the bridging veins. **a** Superior view shows the intricate parasagittal plexus and its relationship to the sagittal sinus. **b** Inferior view shows bridging veins communicating with the sinus beneath the parasagittal plexus (*BV* bridging vein, *DP* parasagittal dural plexus) (used with permission from Ming Zhang, University of Otago, New Zealand)

plexus and to subsequently fill the venous sinuses. This forward filling of the parasagittal venous plexus indicates that the interstitium of the dura and the intradural venous plexus communicate with each other [31, 35, 37]. How they communicate is not known, as the human dura is thought to lack lymphatics. However, a closer inspection of the dura reveals a system of interstitial channels that are intriguing candidates for transport of CSF.

Careful examination of the dura shows that though many of the intradural channels are lined by endothelium, some channels within the dura are not lined by endothelium. They appear microscopically as rounded spaces between the fibers of the dura, in some areas intimately associated with the endothelial lined channels that drain into the dural sinuses (Fig. 7). Early authors referred to these unlined channels as "juice channels" [31], indicating a role in fluid transport and/or resorption. If the interstitium of the dura is part of the pathway from the subarachnoid space to the dural venous system, then it is not unreasonable to speculate that the amorphous material filling the extracellular spaces of the dural border cell layer represents CSF. Such a hypothesis is supported by ultrastructural CSF tracer studies in which tracer injected into the subarachnoid space is followed into the dura. In these studies, tracer is found within highly vesiculated dural border cells and within the widened extracellular spaces surrounding the dural border cells [47]. Thus, some of the CSF transported across the arachnoid barrier layer might collect in the dural border layer, and from there move into the deeper layers of the interstitium and into the unlined channels. From the unlined channels of the interstitium of the dura, the CSF could then be transported or absorbed into the endothelial lined parasagittal plexus.

## CSF and subdural collections

A recent study of subdural collections has shown that CSF-specific protein is present in 100% of subdural hygromas and 93% of patients with chronic SDH [51]. CSF tracer studies performed in infants with subdural collections show that radiopharmaceutical injected into the subarachnoid space moves into the subdural compartment [52]. CSF accumulation within subdural collections is hypothesized to




**Fig. 7** Pathologic section of dura. **a** Sections through meningeal dura show well-circumscribed, non-endothelial-lined channels that are intimately associated with the thin-walled meningeal venules and venous lakes. **b** The endothelium of the venous plexus stained with factor VIII, surrounded by unlined channels



be the result of a tear in the arachnoid membrane, although other mechanisms have also been put forward [51]. It is difficult to invoke a tear in the arachnoid as a primary event in nontraumatic subdural collections, much as it is difficult to envision how a primary tear would result in fluid preferentially dissecting from the subarachnoid space into a soft-tissue compartment. A ball-valve mechanism has been proposed as an explanation [51], though there is no proof that such occurs. If hemorrhage is the primary event that produces a subdural collection, a secondary tear in the arachnoid membrane would result in disruption of the CSF–blood barrier and allow flow of blood and plasma from the subdural compartment into the subarachnoid space. Such a breakdown of the CSF–blood barrier is not supported by the imaging findings in which there is no evidence of subarachnoid blood (nor evidence of changes in MRI signal intensity in the subarachnoid compartment to suggest mixing of plasma).

An alternative explanation is that CSF is present in small amounts at all times in the dura. Any alteration of the CSF absorption pathway from the dura into the dural sinuses that produces an accumulation of CSF within the dura could produce imaging findings of a nonhemorrhagic subdural collection (subdural hygroma). In cases of hemorrhage, bleeding into the layers of the dura could disrupt the normal mechanisms by which CSF is transported and result in accumulation of CSF within the subdural compartment. The variability of the amount of CSF within subdural collections could be dependent on a multitude of factors, including the age of the patient, the size of the hemorrhage, and the location of the hemorrhage with regard to the developing mechanisms of CSF transport.

Transport of CSF into the dura and into the parasagittal plexus would result in mixing of CSF with blood in the parasagittal plexus. Such a phenomenon would provide an explanation for the pathologic observation that the parasagittal venous plexus is always devoid of clot, even when there is extensive clot in the adjacent superior sagittal sinus [27, 37]. The presence of a CSF transport pathway within the infant dura would not only explain the common finding of CSF within subdural collections, but it would also explain why the imaging finding of a fluid-fluid level within a collection is not always predictive of the age of the hemorrhage [53]. Moreover, a CSF-absorbing pathway that is different in the infant compared to the older child might help explain why infant SDH most often presents as a thin, nonclotted film, rather than the thicker, clotted SDH more typically seen in older children and adults [54–57].

In summary, CSF might move from the subarachnoid space into the interstitial spaces of the dura through a variety of mechanisms (along exiting nerves, exiting vessels, by transcellular transport and, in the older child, through arachnoid granulations). Once in the dura, CSF could move from the interstitium into the dural venous plexus and subsequently into the dural sinuses. Therefore, the frequent finding of CSF in subdural collections is not necessarily the result of a tear in the arachnoid. Instead, CSF within subdural collections could be a reflection of the physiology of the dura.

## Questions not answered by the bridging vein rupture hypothesis

Traditionally, SDH has been ascribed to rupture of the bridging veins as they cross from the subarachnoid space through the dural border cell layer. However, it is peculiar that 1- to 3-mm diameter bridging veins should rupture preferentially into an 8-μm-thick dural border cell layer rather than diffusely into the subarachnoid space: "What is unusual about SDH is the frequency with which hemorrhage occurs in the potential space" [58]. It would be an evolutionary oddity if the veins responsible for draining large portions of the cerebral cortex had a focal, inherent weakness in their wall. Yet this is the most frequently cited explanation with reference made to the work of Yamashima and Friede [59]. These authors describe a variable thickness of 10 to 600 μm for the walls of the veins traversing the subdural space as compared to the relatively uniform thickness between 50 and 200 μm for the walls of the veins in the subarachnoid space. They conclude that the subdural portions of the bridging veins are more fragile and more prone to rupture. However, their patient population was small (four adults; ages 53, 77, 77, and 85 years), and only frontal bridging veins were sampled. Three of the four patients died of diseases that are associated with increased central venous pressures. The chronic increased central venous pressure might have affected the morphology of the veins in their patients, as suggested by the authors' comment: "Extracellular debris was common, being embedded in the thickened zones of basement membrane, presumably indicating degeneration and disintegration of smooth muscle cells" [59]. The small sample size in their study, along with the lack of significant differences in wall thickness between the intradural and subarachnoid portions of the veins, calls into question the conclusion that preferential rupture is a common event. Perhaps of more importance is that the findings in these elderly patients cannot be assumed to be representative of the infant.

Although bridging vein rupture has long been considered the source of SDH, rarely are torn bridging veins identified at autopsy [60, 61]. Craig [62] reported a 50% incidence of SDH in 126 neonates at post-mortem examination, but in only three of these could he confirm torn bridging veins. Cushing [63] noted: "In two of the cases I have examined I





have satisfied myself that such ruptures were present. A positive statement, however, cannot be given even for these cases, since the dissection and exposure, difficult enough under any circumstances … are the more so when they are obscured by extravasated blood." The preceding observation may be old, but no new method has replaced detailed observation and meticulous descriptions of findings at surgery and autopsy.

It is even more difficult for the pathologist because the bridging veins are readily torn by removal of the brain. Post-mortem injection of contrast medium into the sagittal sinus prior to brain removal has been advocated by some authors as a way to identify bridging vein rupture [64–66]. However, the technique suffers from artificially produced retrograde pressure to fill veins that could already contain post-mortem clot. In addition, post-mortem injection experiments must take into account the presence of the venous plexus. Retrograde injection will fill the valveless parasagittal plexus and produce imaging findings of contrast agent outside the dural sinuses and bridging veins. With enough retrograde pressure, extravasation of contrast agent from the plexus could occur and produce a subdural collection on cadaveric imaging studies.

All of the above arguments are not to say that bleeding from the bridging veins does not occur, but the site of hemorrhage might not be confined to the 8-μm-thick dural border cell layer. Instead, the site of hemorrhage could be from the portion of the vein traversing the fibrous dura, dissecting subsequently into the subdural compartment. In a recent morphologic study of the bridging veins, Vignes et al. [67] found a unique cuff of circular collagen fibers to be present surrounding the intradural bridging veins at their entrance into the sagittal sinus. A similar innervated sphincter has been described at the junction of the vein of Galen with the straight sinus [68]. The change in orientation of fibers could be responsible for the terminal dilatation of the intradural portion of the bridging veins just before their entrance into the sagittal sinus [27, 69]. Whether the terminal dilatation produces a structurally weaker wall prone to leaking is unknown. However, the distinctive orientation of fibers is intriguing, as the orientation likely serves a particular purpose. Vignes et al. [67] hypothesize that the helical orientation of collagen fibers and associated smooth muscle fibers act as a sphincter with a role in the regulation of intracranial venous pressure. Such a hypothesis is supported by preliminary work that demonstrates the terminal cuff is more pronounced in patients with increased intracranial pressure and produces vascular dilatation of the proximal vessel [69]. The presence of a sphincter at the junction of the bridging veins and the sagittal sinus is important information and indicates a structural and functional role in cerebral venous hemodynamics that is not fully understood.

## Intradural blood versus subdural blood

The propensity for blood to collect in the subdural compartment is explained by the unique anatomy of the layers of the dura: blood in the interstitium of the dura, after it reaches enough volume, follows the path of least resistance and collects into the loosely adherent dural border cell layer. Such a mechanism has been demonstrated experimentally. Hannah [36] injected citrated blood into the outer layers of fresh dura and found that blood invariably finds its way toward the inner surface of the dura in "raised blebs." Likewise, Fox et al. [37] made superficial intradural injections with vinyl acetate and acrylic resin and not only filled the intradural venous channels but also produced a subdural resin collection. The anatomy of the dura–arachnoid interface brings forth a semantic issue that lies at the heart of this discussion: is the blood in an SDH intradural blood? Embryologically and anatomically, the answer is clear: the dural border cell layer is part of the dura. However, this answer merely addresses the location of the collection of blood. Therefore, a better question is, where did the blood originate before it collected into the avascular subdural compartment [19]? The answer is that disruption of any vessel (arteriole, capillary, venule or vein) within the substance of the fibrous dura could produce a subdural collection.

## Distribution of intradural/subdural hemorrhage

Conceptualizing the subdural compartment as intrinsically part of the dura helps clarify some of the discrepancies in radiologic terminology and neuropathologic observation, particularly with regard to the location of tentorial and falcine hemorrhage. It is not uncommon to see falcine hemorrhage interpreted on imaging studies as "interhemispheric extraaxial hemorrhage" [58]. This is a visual description of the finding rather than a more rigorous account of the discrete anatomic location of the hemorrhage. Likewise, tentorial hemorrhage has been incorrectly characterized as subarachnoid on post-mortem CT scans when at pathology the blood was confined to the interstitium of the tentorium [70]. In part, this misconception arose because the falx and tentorium are generally, and incorrectly, considered avascular fibrous support membranes containing major dural sinuses but otherwise devoid of vessels. However, understanding the venous anatomy of the dural folds leads to a better understanding of the radiology. The intrafalcine venous network that drains into both the inferior and superior sagittal sinus is most pronounced posteriorly [24, 71]. Because of the unique embryology of the dural venous system, the falcine and tentorial venous channels are particularly prominent in the



infant [25, 42–44]. Hence, the radiologic finding of small falcine and tentorial hemorrhages can be readily explained as the imaging equivalent of the venous congestion and intradural hemorrhage so commonly seen in pathologic practice [61, 72] (Fig. 8).

## Possible implications of the anatomy of dura

The thin-walled intradural vascular plexus is a likely source of hemorrhage in nontraumatic conditions. However, bleeding from the plexus is not limited to nontraumatic causes. Impact trauma (including nonaccidental impact) could easily disrupt the fragile venous mesh, with subsequent bleeding. Mechanical deformation of the dura at the sites of suture overlap during delivery producing disruption of the plexus would be a reasonable explanation of the common finding of SDH in otherwise asymptomatic newborns [73–76].

The relationship of CSF absorption to the dural plexus might be particularly important in the infant whose arachnoid granulations are not fully developed. CSF has been traditionally thought to represent a cushion for the brain, reducing tension on nerve roots and acting as a mechanical buffer. However, it is clear that the regulation of CSF flow is also vital to normal brain health. CSF is in communication with the interstitial compartment of the brain and plays a major role in normal brain homeostasis [77]. Normal fluid turnover is important not only for movement of nutrients and hormonal signaling but also in the elimination of catabolites and toxins [77, 78]. Infants whose brains are not fully myelinated have a proportionately greater volume of interstitial water, and they form



**Fig. 8** Intrafalcine hemorrhage. Sagittal view of the falx and portions of the tentorium from a newborn who died 6 h after birth with severe hypoxic ischemic injury to the brain (*IDH* intradural hemorrhage) (reprinted with permission from Dr. Josephine Wyatt-Ashmead)

fluid at a slower rate per mass of tissue than adults. These factors "lessen the capability of immature brain to eliminate unneeded catabolites" [78].

Bleeding from the intradural venous plexus could potentially affect normal CSF flow dynamics and significantly affect brain function.

States of decreased CSF volume and pressure are associated with considerable encephalopathy, including deep brain swelling, coma, and seizures [79–81]. Therefore any derangement of CSF balance is important to recognize and even more important to correct. The syndrome of spontaneous intracranial hypotension (spontaneous CSF leak) was largely unknown until the advent of MRI [82]. It is not a rare syndrome, and it might be under-diagnosed in adults [83, 84]. Spontaneous CSF leak has been reported in children [85–87]. The incidence of spontaneous CSF leak in infants is not known, as the primary symptom (orthostatic headache) cannot be ascertained. Additional imaging tools (gadolinium-enhanced MRI, radionuclide cisternography, myelography) have been found useful in the diagnosis of the condition in adults [82] and could potentially be used to investigate the syndrome in infants.

## Conclusion

The precise anatomic definition of SDH is hemorrhage collecting into a specialized compartment of loosely arranged cells within the dura. Trauma remains a common cause of SDH, and in collaboration with others in the health-care team, a meticulous search for additional evidence of trauma should be made. At the same time, nontraumatic causes must be considered.

Although the origin of the blood could be any vessel within the dura, the extensive capillary and venous plexuses of the dura are the most reasonable candidates for the source of hemorrhage in nontraumatic conditions.

The plexus of veins within the dura undergoes considerable developmental change in the first year of life. The regression of the venous plexus parallels the development of the arachnoid granulations. Although the function of the venous plexus is not fully understood, it likely plays a role in CSF absorption and this role might be particularly important in infants with developing CSF transport pathways. The presence of an intradural CSF absorption pathway helps explain the high prevalence of CSF within both hemorrhagic and nonhemorrhagic subdural collections. Further study of the function of the plexus might yield clues to the etiology of nonhemorrhagic collections.

Review of the anatomy brings a new perspective to the function of the dura: it is clear that the dura is more than a fibrous covering for the brain. Instead, it is a complex, innervated and remarkably vascularized membrane whose



physiology is not completely understood. It is through renewed multidisciplinary collaboration with those who study the unique innervation and vascularization of the dura that we will begin to answer some of the questions surrounding its function. The answers to be gained from such collaboration might provide important insights into the etiology of infantile SDH, as well as furnish new paradigms for the treatment of subdural collections.

## References

1. Ravid S, Maytal J (2003) External hydrocephalus: a probable cause for subdural hematoma in infancy. Pediatr Neurol 28:139–141

2. Barnes PD, Krasnokutsky M (2007) Imaging of the central nervous system in suspected or alleged nonaccidental injury, including the mimics. Top Magn Reson Imaging 18:53–74

3. Hellbusch LC (2007) Benign extracerebral fluid collections in infancy: clinical presentation and long-term follow-up. J Neurosurg 107:119–125

4. McNeely PD, Atkinson JD, Saigal G et al (2006) Subdural hematoma in infants with benign enlargement of the subarachnoid spaces are not pathognomonic for child abuse. AJNR 27:1725–1728

5. Amodio J, Spektor V, Pramanik B et al (2005) Spontaneous development of bilateral subdural hematomas in an infant with benign infantile hydrocephalus: color Doppler assessment of vessels traversing extra-axial spaces. Pediatr Radiol 35:1113–1117

6. Strauss KA, Puffenberger EG, Robinson DL et al (2003) Type I glutaric aciduria, part 1: natural history of 77 patients. Am J Med Genet C Semin Med Genet 121C:38–52

7. Bishop FS, Liu JK, McCall TD et al (2007) Glutaric aciduria type 1 presenting as bilateral subdural hematomas mimicking non-accidental trauma: case report and review of the literature. J Neurosurg 106(3 Suppl):222–226

8. Haritanti A, Karacostas D, Drevelengas A et al (2008) Spontaneous intracranial hypotension: clinical and neuroimaging findings in six cases with literature review. Eur J Radiol. doi:10.1016/j.ejrad.2007.10.013

9. Lai TH, Fuh JL, Lirng JF et al (2007) Subdural haematoma in patients with spontaneous intracranial hypotension. Cephalalgia 27:133–138

10. Sirotnak A (2006) Medical disorders that mimic abusive head trauma. In: Frasier L, Farley K, Alexander R et al (eds) Abusive head trauma in infants and children. GW Medical Publishing, St. Louis, MO, pp 191–226

11. Hymel KP, Jenny C, Block RW (2002) Intracranial hemorrhage and rebleeding in suspected victims of abusive head trauma: addressing the forensic controversies. Child Maltreat 7:329–348

12. Kleinman P, Barnes P (1998) Head trauma. In: Kleinman P (ed) Diagnostic imaging of child abuse. Mosby Year Book, New York, pp 285–342

13. Haines DE, Harkey HL, al-Mefty O (1993) The "subdural" space: a new look at an outdated concept. Neurosurgery 32:111–120

14. Vandenabeele F, Creemers J, Lambrichts I (1996) Ultrastructure of the human spinal arachnoid mater and dura mater. J Anat 189:417–430

15. Nabeshima S, Reese TS, Landis DM et al (1975) Junctions in the meninges and marginal glia. J Comp Neurol 164:127–169

16. Frederickson RG (1991) The subdural space interpreted as a cellular layer of meninges. Anat Rec 230:38–51

17. Rascol MM, Izard JY (1976) The subdural neurothelium of the cranial meninges in man. Anat Rec 186:429–436

18. Schachenmayr W, Friede RL (1978) The origin of subdural neomembranes I. Fine structure of the dura-arachnoid interface in man. Am J Pathol 92:53–68

19. Orlin JR, Osen KK, Hovig T (1991) Subdural compartment in pig: a morphologic study with blood and horseradish peroxidase infused subdurally. Anat Rec 230:22–37

20. Gagan JR, Tholpady SS, Ogle RC (2007) Cellular dynamics and tissue interactions of the dura mater during head development. Birth Defects Res C Embryo Today 81:297–304

21. Angelov DN, Vasilev VA (1989) Morphogenesis of rat cranial meninges: a light and electron-microscopic study. Cell Tissue Res 257:207–216

22. Hamilton WJ, Boyd JD, Mossman HW (1957) Human embryology. Williams and Wilkins, Baltimore, MD, pp 342–349

23. Greenwald JA, Mehrara BJ, Spector JA et al (2000) Immature versus mature dura mater: II. Differential expression of genes important to calvarial reossification. Plast Reconstr Surg 106:630–638

24. Streeter GL (1915) The development of the venous sinuses of the dura mater in the human embryo. Am J Anat 18(2):145–178. doi:10.1002/aja.1000180202

25. Padget DH (1957) The development of the cranial venous system in man from the viewpoint of comparative anatomy. Contrib Embryol 36:79–140

26. Capra NF, Anderson KV (1984) Anatomy of the cerebral venous system. In: Kapp JP, Schmidek HH (eds) The cerebral venous system and its disorders. Grune and Stratton, Orlando, FL, pp 1–36

27. O'Connell JE (1934) Some observations on the cerebral veins. Brain 57:484–503

28. Han H, Tao W, Zhang M (2007) The dural entrance of cerebral bridging veins into the superior sagittal sinus: an anatomical comparison between cadavers and digital subtraction angiography. Neuroradiology 49:169–175

29. Lowenheilm P (1974) Dynamic properties of the parasagittal bridging veins. Z Rechtsmedizin 74:55–62

30. Lee M-C, Haut RC (1989) Insensitivity of tensile failure properties of human bridging veins to strain rate: implications in biomechanics of subdural hematoma. J Biomechanics 22:537–542

31. Christensen E (1944) Studies on chronic subdural hematoma. Acta Psychiatr Scand 19:69–148

32. Kerber CW, Newton TH (1973) The macro and microvasculature of the dura mater. Neuroradiology 6:175–179

33. Rowbotham GF, Little E (1965) Circulations of the cerebral hemispheres. Br J Surg 52:8–21

34. Roland J, Bernard C, Bracard S et al (1987) Microvascularization of the intracranial dura mater. Surg Radiol Anat 9:43–49

35. Key A, Retzius G (1875–1876) Studien in der Anatomie des Nervensystems und des Bindegewebes. Samson and Waller, Stockholm, Sweden

36. Hannah JA (1936) The aetiology of subdural hematoma: an anatomical and pathological study. J Nerve Ment Dis 84:169–186

37. Fox RJ, Walji AH, Mielke B et al (1996) Anatomic details of intradural channels in the parasagittal dura: a possible pathway for flow of cerebrospinal fluid. Neurosurgery 39:84–90

38. Bolay H, Reuter U, Dunn AK et al (2002) Intrinsic brain activity triggers trigeminal meningeal afferents in a migraine model. Nat Med 8:136–142

39. Markowitz S, Saito K, Moskowitz MA (1987) Neurogenically mediated leakage of plasma protein occurs from blood vessels in dura mater but not brain. J Neurosci 7:4129–4136

40. Penfield W, McNaughton M (1940) Dural headache and innervation of the dura mater. Arch Neurol Psychiatry 44:43–75

41. Feindel W, Penfield W, McNaughton F (1960) The tentorial nerves and localization of intracranial pain in man. Neurology 10:555–563

42. Kaplan HA, Browder J, Krieger AJ (1975) Venous channels within the intracranial dural partitions. Radiology 115:641–645

43. Gooding CA, Price DC, Newton TH (1972) Experimental studies of falx and tentorial opacification during cerebral angiography. Radiology 102:77–82

44. Browder J, Kaplan HA, Krieger AJ (1975) Venous lakes in the suboccipital dura mater and falx cerebelli of infants: surgical significance. Surg Neurol 4:53–55

45. Le Gros Clark WE (1920) On the Pacchionian bodies. J Anat 55 (Pt 1):40–48

46. Grzybowski DM, Herderick EE, Kapoor KG et al (2007) Human arachnoid granulations part I: a technique for quantifying area and distribution on the superior surface of the cerebral cortex. Cerebrospinal Fluid Res 4:6

47. Zenker W, Bankoul S, Braun JS (1994) Morphological indications for considerable diffuse reabsorption of cerebrospinal fluid in spinal meninges, particularly in the areas of meningeal funnels: an electron microscopical study including tracing experiments in rats. Anat Embryol (Berl) 189:243–258

48. Johnston M, Armstrong D, Koh L (2007) Possible role of the cavernous sinus in cerebrospinal fluid absorption. Cerebrospinal Fluid Res 4:3

49. Papaiconomou C, Zakharov A, Azizi N et al (2004) Reassessment of the pathways responsible for cerebrospinal fluid absorption in the neonate. Childs Nerv Syst 20:29–36

50. De La Motte DJ (1978) Removal of horseradish peroxidase and fluorescein-labelled dextran from CSF spaces of rabbit optic nerve: a light and electron microscope study. Exp Eye Res 27:585–594

51. Kristof RA, Grimm JM, Stoffel-Wagner B (2008) Cerebrospinal fluid leakage into the subdural space: possible influence on the pathogenesis and recurrence frequency of chronic subdural hematoma and subdural hygroma. J Neurosurg 108:275–280

52. Zouros A, Bhargava R, Hoskinson M et al (2004) Further characterization of traumatic subdural collections of infancy: report of five cases. J Neurosurg 100(5 Suppl Pediatrics):512–518

53. Vinchon M, Noule N, Tchofo PJ et al (2004) Imaging of head injuries in infants: temporal correlates and forensic implications for the diagnosis of child abuse. J Neurosurg. 101(1 Suppl):44–52

54. Geddes JF, Hackshaw AK, Vowles GH et al (2001) Neuropathology of inflicted head injury in children. I. Patterns of brain damage. Brain 124(Pt7):1290–1298

55. Vinchon M, Noizet O, Defoort-Dhellemmes S (2002) Infantile subdural hematomas due to traffic accidents. Pediatr Neurosurg 37:245–253

56. Macdonald RL, Hoffman HJ, Kestle JR et al (1994) Needle aspiration of acute subdural hematomas in infancy. Pediatr Neurosurg 20:73–76

57. Ikeda A, Sato O, Tsuqane R et al (1987) Infantile acute subdural hematoma. Childs Nerv Syst 3:19–22

58. Lonergan GJ, Baker AM, Morey MK et al (2003) From the archives of the AFIP. Child abuse: radiologic-pathologic correlation. Radiographics 23:811–845

59. Yamashima T, Friede RL (1984) Why do bridging veins rupture into the virtual subdural space? J Neurol Neurosurg Psychiatry 47:121–127

60. Jaspan T (2008) Current controversies in the interpretation of non-accidental injury. Pediatr Radiol 38(Suppl 3):S378–S387

61. Smith C, Bell J (2008) Shaken baby syndrome: evidence and experts. Dev Med Child Neurol 50:6–7

62. Craig W (1938) Intracranial haemorrhage in the newborn—a study of diagnosis and differential diagnosis based on pathological and clinical findings in 126 cases. Arch Dis Child 13:89–124

63. Cushing H, Goodrich JT (2000) Reprint of "Concerning Surgical Intervention for the Intracranial Hemorrhages of the New-born" by Harvey Cushing, MD, 1905. Childs Nerv Syst 16:484–492

64. Maxeiner H (1997) Detection of ruptured cerebral bridging veins at autopsy. Forensic Sci Int 89:103–110

65. Maxeiner H, Spies C, Irnich B et al (1999) Rupture of several parasagittal bridging veins without subdural bleeding. J Trauma 47:606–610

66. Depreitere B, Van Lierde C, Sloten JV et al (2006) Mechanics of acute subdural hematomas resulting from bridging vein rupture. J Neurosurg 104:950–956

67. Vignes JR, Dagain A, Guerin J et al (2007) A hypothesis of cerebral venous system regulation based on a study of the junction between the cortical bridging veins and the superior sagittal sinus. Laboratory investigation. J Neurosurg 107:1205–1210

68. Dagain A, Vignes JR, Dulou R et al (2008) Junction between the great cerebral vein an the straight sinus: an anatomical, immuno-histochemical, and ultrastructural study on 25 human brain cadaveric dissections. Clin Anat 21:389–397

69. Si Z, Luan L, Kong D et al (2008) MRI-based investigation on outflow segment of cerebral venous system under increased ICP condition. Eur J Appl Physiol Neurol 13:121–126

70. Kibayashi K, Shojo H, Sumida T (2005) Dural hemorrhage of the tentorium on postmortem cranial computed tomographic scans in children. Forensic Sci Int 154:206–209

71. Tubbs RS, Loukas M, Louis RG et al (2007) Anatomy of the falcine venous plexus. J Neurosurg 107:155–157

72. Geddes JF, Tasker RC, Hackshaw AK (2003) Dural haemorrhage in non-traumatic infant deaths: does it explain the bleeding in 'shaken baby syndrome'? Neuropathol Appl Neurobiol 29:14–22

73. Rooks VJ, Eaton JP, Ruess L et al (2008) Prevalence and evolution of intracranial hemorrhage in asymptomatic term infants. AJNR 29:1082–1089

74. Looney CB, Smith JK, Merck LH et al (2007) Intracranial hemorrhage in asymptomatic neonates: prevalence on MR images and relationship to obstetric and neonatal risk factors. Radiology 242:535–541

75. Whitby EH, Griffiths PD, Rutter S et al (2004) Frequency and natural history of subdural haemorrhages in babies and relation to obstetric factors. Lancet 363:846–851

76. Chamnanvanakij S, Rollins N, Perlman JM (2002) Subdural hematoma in term infants. Pediatr Neurol 26:301–304

77. Brodbelt A, Stoodley M (2007) CSF pathways: a review. Br J Neurosurg 21:510–520

78. Johanson CE, Duncan JA 3rd, Klinge PM et al (2008) Multiplicity of cerebrospinal fluid functions: new challenges in health and disease. Cerebrospinal Fluid Res 5:10

79. Savoiardo M, Minati L, Farina L et al (2007) Spontaneous intracranial hypotension with deep brain swelling. Brain 130(Pt 7):1884–1893

80. Kashmere JL, Jacka MJ, Emery D et al (2004) Reversible coma: a rare presentation of spontaneous intracranial hypotension. Can J Neurol Sci 31:565–568

81. Agrawal D, Durity FA (2006) Seizure as a manifestation of intracranial hypotension in a shunted patient. Pediatr Neurosurg 42:165–167

82. Couch JR (2008) Spontaneous intracranial hypotension: the syndrome and its complications. Curr Treat Options Neurol 10:3–11

83. Schievink WI (2006) Spontaneous spinal cerebrospinal fluid leaks and intracranial hypotension. JAMA 295:2286–2296

84. Schievink WI (2000) Spontaneous spinal cerebrospinal fluid leaks: a review. Neurosurg Focus 9:e8

85. Cheuret E, Edouard T, Mejdoubi M et al (2008) Intracranial hypotension in a girl with Marfan syndrome: case report and review of the literature. Childs Nerv Syst 24:509–513

86. Rosser T, Finkel J, Vezina G et al (2005) Postural headache in a child with Marfan syndrome: case report and review of the literature. J Child Neurol 20:153–155

87. Puget S, Kondagaski C, Wray A et al (2007) Chiari-like tonsillar herniation associated with intracranial hypotension in Marfan syndrome. Case report. J Neurosurg 106(1 Suppl):48–52



Pediatr Radiol
DOI 10.1007/s00247-008-1144-y

# The pathophysiology does not denote the mechanism

Thomas L. Slovis · Stephen Chapman

Received: 31 December 2008 / Accepted: 31 December 2008
© Springer-Verlag 2009

The article "Anatomy and development of the meninges: implications for subdural collections and CSF circulation" by Mack, Squier, and Eastman [1] appears under the rubric "Theoretical considerations." This is a first for *Pediatric Radiology* and implies the article is both theoretical and controversial.

The material presented is important for all of us to consider in the pathophysiology of subdural collections. What we are most concerned about is subdural hematomas. As radiologists, we must also be concerned with anatomy. The editorial team spent an enormous amount of time with this paper because of our fear of misuse of the information. In the child with subdural hematomas without adequate history to explain their occurrence, nonaccidental trauma (NAT) needs to be the primary consideration. Of course, other medical diseases and bleeding disorders need to be investigated and excluded, but NAT is the correct diagnosis in the vast majority of cases. We believe that the article of Mack et al. reflects this.

It is important to understand that a series of publications (54 and 72 in the article of Mack et al.) and a third by the

same lead author [2] formed the basis of what became known as the "Geddes hypothesis" or "unified hypothesis." A further publication expanded on the original work [3]. On the basis of a pathologic study of 50 intrauterine, neonatal or infant deaths, in which microscopic intradural hemorrhage was identified in 36, and dural surface hemorrhage, which was noted in 11, these authors speculated that subdural and retinal hemorrhages resulted from a combination of cerebral hypoxia, raised intracranial pressure from brain swelling, raised arterial pressure, and raised venous pressure. The original hypothesis was not well received by many involved in this field of pediatrics and generated public criticism [4], but was sufficiently credible to cause several criminal convictions to be reviewed by the Court of Appeal in the UK [5]. However, in the judgment, their Lordships stated "In our view … cases of serious injuries caused by very minor force such as might occur in normal handling or rough handling of an infant, are likely to be rare or even extremely rare." [6]. We repeat, the vast majority of subdural hematomas in infants without adequate historical verification to explain the etiology are caused by NAT–child abuse.

It is important to note that there are legitimate reservations raised by some about the theories expressed in this article. These include:

1. The dura is dense fibrocollagenous tissue, and it is hard to imagine that blood can leak through it.
2. It is difficult to extrapolate from microscopic intradural and surface subdural hemorrhage to macroscopic subdural hemorrhage.
3. Many of the predisposing lesions in which "nontraumatic" subdural hematomas may occur (benign extraaxial collections, glutaric aciduria type 1) are associated with stretching of the bridging veins because of the extraaxial fluid collections. In these instances,

*Editor's note*: see related articles in this issue: doi:10.1007/s00247-008-1084-6 and doi:10.1007/s00247-008-1137-x.

T. L. Slovis (✉)
Department of Pediatric Imaging,
Children's Hospital of Michigan,
3901 Beaubien Blvd.,
Detroit, MI 48201, USA
e-mail: pedraeditor@med.wayne.edu

S. Chapman
Radiology Department,
Birmingham Children's Hospital NHS Foundation Trust,
Steelhouse Lane,
Birmingham B4 6NH, UK

Published online: 23 January 2009



minor trauma has been thought by many to cause the subdural hemorrhage.

4. The separation between the dura and the arachnoid is not an artifact and there is, indeed, a potential space between the two. When there is a subdural fluid/blood collection, the potential space becomes actual. There is no connection between the dura and arachnoid covering most of the brain and spinal cord. They are connected near the sinuses but, otherwise, the integrity of the dura and the arachnoid is not disturbed when the brain/spinal cord is/are removed. If they were attached, the arachnoid would be torn *consistently*, as it is the more delicate of the membranes.

At the end of the day, the article of Mack et al. makes us revisit the pathophysiology of subdural collections and subdural hematomas based on anatomy. It is an important article, but it *does not* provide insight into the inciting cause. Insight into the causative mechanism not only involves a meticulous medical history, a thorough physical and radiologic examination, and investigations into the various diseases that have been associated with these findings, but also additional investigations by other responsible authorities.

## References

1. Mack J, Squier W, Eastman JT (2009) Anatomy and development of the meninges: implications for subdural collections and CSF circulation. Pediatr Radiol 39. doi:10.1007/s00247-008-1084-6
2. Geddes JF, Tasker RC, Hackshaw AK et al (2003) Dural haemorrhage in non-traumatic infant deaths: does it explain the bleeding in 'shaken baby syndrome'? Neuropathol Appl Neurobiol 29:14–22
3. Geddes JF, Whitwell HL (2004) Inflicted head injury in infants. Forensic Sci Int 146:83–88
4. Punt J, Bonshek RE, Jaspan T et al (2004) The 'unified hypothesis' of Geddes et al. is not supported by the data. Pediatr Rehabil 7:173–184
5. Richards PG, Bertocci GE, Bonshek RE et al (2006) Shaken baby syndrome. Arch Dis Child 91:205–206
6. Supreme Court of Judicature, Court of Appeal (Criminal Division). Neutral Citation Number [2005] EWCA Crim 1980. Case Nos: 200403277, 200406902, 200405573, 200302848. Approved Judgment. Paras 78, 79. Royal Courts of Justice, London



Pediatr Radiol
DOI 10.1007/s00247-008-1137-x

# Unraveling the puzzle

**Marvin D. Nelson Jr.**

Received: 15 December 2008 / Accepted: 22 December 2008
© Springer-Verlag 2009

This interesting article reviews the development of the cranial venous system and stresses the point that there is a rich plexus of *intradural* vessels that can rupture and cause subdural hemorrhage [1].

I have always been puzzled by the classic response that subdural hemorrhage is the result of "tearing of the bridging cortical veins." Shouldn't the bridging vein either rip off the pial surface of the brain or shear off at the point where the vein penetrates the dura? Shouldn't this cause massive subarachnoid hemorrhage? Why should such a vein tear once it has penetrated the dura and not cause the resulting subdural hemorrhage to also flow into the subarachnoid space?

Rupture of smaller intradural vessels makes sense on a lot of levels. These vessels have thinner walls without a muscularis and are often only endothelium and pericytes without much, if any, adventitia. It is also interesting that this plexus of intradural vessels is more prominent in infants than in adults.

Nevertheless, something must happen to the walls of these vessels to allow red blood cells to pass out of the lumen of the vessel into the subdural space. Obviously, trauma remains the most likely and frequent cause. However, the presence of subdural hemorrhage does not tell us whether the action that caused it was accidental, and correlation with the historical account of the injury, the physical examination, and the social services evaluation is necessary before any conclusion can be made about the source of the subdural hemorrhage or the intent of the action that may have caused it.

## Reference

1. Mack J, Squier W, Eastman JT (2009) Anatomy and development of the meninges: implications for subdural collections and CSF circulation. Pediatr Radiol 39. doi: 10.1007/s00247-008-1084-6

***Editor's note:*** see related articles in this issue: doi 10.1007/s00247-008-1084-6 and doi 10.1007/s00247-008-1144-y

M. D. Nelson Jr. (✉)
Department of Radiology (MS 81), Children's Hospital,
4650 Sunset Blvd.,
Los Angeles, CA 90027, USA
e-mail: mdnelson@chla.usc.edu

Published online: 23 January 2009



Pediatr Radiol
DOI 10.1007/s00247-009-1290-x

LETTER TO THE EDITOR

# The emperor *has no clothes*

Lucy B. Rorke-Adams · Cindy W. Christian

Received: 14 April 2009 / Accepted: 16 April 2009
© Springer-Verlag 2009

Sir,

The paper by Mack et al. [1] would, by the title, appear to be a straightforward exposition of developmental anatomy and pathophysiology of CSF and extracerebral accumulation of fluid. Instead, the authors raise reasonable doubt regarding the traumatic origin of subdural hematoma (SDH) in infants.

The authors present two pillars to support their argument: (1) they include SDH under the rubric of "subdural collection," implying that a pathogenesis of blood between the dura and arachnoid is similar to effusion, which may result from a variety of causes (e.g., inflammation); and (2) they imply that falcine/tentorial hemorrhages in newborns are the same as SDH later in infancy. Equating dural/subdural hemorrhages in newborns, a phenomenon well-known to pediatricians, neurologists, and pediatric pathologists for decades to be a consequence of birth trauma, with SDH in infancy (a consequence of inflicted or accidental trauma) is blatantly misleading [2].

A similar argument advanced by Geddes et al. that raised doubt regarding the traumatic origin of SDH in infants and that suggested such hemorrhages were a consequence of hypoxia ischemia was later retracted under oath during her testimony before the High Court of Justice of England and Wales in June 2005 [3].

There is a mountain of literature documenting the traumatic origin of greater than 95% of SDH, regardless of age, and to claim that the extraordinarily common problem of hypoxia ischemia is causative contradicts the vast experience of the greater medical community.

Hypoxia ischemia alone is not a cause of intra-/subdural hematomas. If it were, the journals and medical textbooks would have documented this phenomenon decades ago. Our forebears were, in fact, astute observers and recorders of clinical–pathological relationships, and it is highly unlikely that such an important correlation would have escaped notice until 2009.

To put it bluntly, perinatal subdural/intrafalcine hemorrhages are not equivalent to SDH later in infancy, and hypoxia ischemia does not cause SDH – the emperor *has no clothes*.

L. B. Rorke-Adams (✉)
Department of Pathology and Laboratory Medicine
(Neuropathology), The Children's Hospital of Philadelphia,
324 S. 34th St.,
Philadelphia, PA 19104, USA
e-mail: rorke@email.chop.edu

C. W. Christian
Department of Pediatrics, The Children's Hospital of Philadelphia,
Philadelphia, PA, USA

## References

1. Mack J, Squier W, Eastman JT (2009) Anatomy and development of the meninges: implications for subdural collections and CSF circulation. Pediatr Radiol 39:200–210
2. Gupta SN, Kechli AM, Kanamalla US (2009) Intracranial hemorrhage in term newborns: management and outcomes. Pediatr Neurol 40:1–12
3. Jenny C (2007) The intimidation of British pediatricians. Pediatrics 119:797–799

Published online: 15 May 2009



Pediatr Radiol
DOI 10.1007/s00247-009-1341-3

## LETTER TO THE EDITOR

# Reply

**Julie A. Mack · Waney Squier · James T. Eastman**

Received: 8 June 2009 / Accepted: 11 June 2009
© Springer-Verlag 2009

Sir,
It is ironic that the title of the letter from Drs. Rorke-Adams and Christian [1] should refer to a king whose greatest fault is hubris, and who, at the end of the tale, thinks to himself "but I must bear up to the end" as he tries to walk away with false dignity [2]. In the fable, the emperor tenaciously refuses to acknowledge the evidence of his own lack of clothing, since it is in conflict with what he wishes to believe. It seems the authors are similarly resistant to acknowledging the anatomic evidence for the dural origin of subdural hemorrhage. If it were true (as their letter implies) that everything we need to know about the dura and its response to hypoxia were already known, then there would be little point in any further scientific inquiry. This premise that there is nothing more to learn is one that impedes the growth of medical knowledge. Only through careful investigation will we begin to understand the various causes of bleeding from the dura.

To be equally blunt in our reply, it is inappropriate to regard infantile SDH solely as the "consequence of inflicted or accidental trauma" [1]. To view all infants who present with SDH as victims of trauma is to use too narrow a lens; such a limited frame of reference invites cognitive errors [3]. Our exposition of the developmental anatomy and pathophysiol-

ogy of CSF and intradural/subdural collections does indeed raise reasonable doubt regarding the inevitability of trauma as the sole cause of subdural hematoma in infancy [4].

There is also something more of a story within the anatomy: this dural covering and its plexus of innervated vessels share key features with other mammals. A large descriptive anthropology literature provides strong evidence that the dural plexus and its connections became larger and more complex with hominid evolution [5–8]. To ignore this literature and the importance of understanding the role of the dura in the context of the function of the human CNS is to ignore potential novel treatments for infants presenting with subdural collections.

We urge Drs. Rorke-Adams and Christian to look at the evidence, and to apply their considerable talents toward furthering understanding of the human dura and its role in the homeostasis of the CNS.

J. A. Mack (✉)
Department of Radiology, Penn State Hershey Medical Center,
30 Hope Drive, Suite 1800, P. O. Box 859, Hershey,
PA 17033-0859, USA
e-mail: jmack@hmc.psu.edu

W. Squier
Department of Neuropathology, John Radcliffe Hospital,
Oxford, UK

J. T. Eastman
Department of Pathology and Laboratory Medicine,
Lancaster General Hospital,
Lancaster, PA, USA

## References

1. Rorke-Adams LB, Christian CW (2009) The emperor has no clothes. Pediatr Radiol . doi:10.1007/s00247-009-1290-x
2. Anderson HC (1875) Hans Andersen's Fairy Tales (Mrs. H.B. Paull, translator). Warne & Co., London
3. Groopman J (2007) How doctors think. Houghton Mifflin, Boston
4. Cohen MC, Scheimberg I (2009) Evidence of occurrence of intradural and subdural hemorrhage in the perinatal and neonatal period in the context of hypoxic ischemic encephalopathy: an observational study from two referral institutions in the United Kingdom. Pediatr Dev Pathol 12:169–176. doi:10.2350/08-08-0509.1
5. Bruner E, Sherkat S (2008) The middle meningeal artery: from clinics to fossils. Childs Nerv Syst 24:1289–1298
6. Zenker W, Kubik S (1996) Brain cooling in humans—anatomical considerations. Anat Embryol (Berl) 193:1–13
7. Hershkovitz I, Greenwald C, Rothchild BM et al (1999) The elusive diploic veins: an anatomical perspective. Am J Phys Anthropol 108:345–358
8. Kunz AR, Iliadis C (2007) Hominid evolution of the arteriovenous system through the cranial base and its relevance for craniosynostosis. Child Nerv Syst 23:1367–1377

Published online: 27 June 2009

 Springer

# EXHIBIT 30

## Journal of Pediatric Neurology and Neuroscience

ISSN: 2642-4797

**Case Report**

**DOI: 10.36959/595/406**

# Infantile Acute Subdural Hematoma with Retinal Hemorrhage Caused by Minor Occipital Impact Witnessed by an ICU Nurse: A Case Report

*Nobuhiko Aoki, M.D.[1,2]\**

[1]*Department of Neurosurgery, Tokyo Metropolitan Tama Medical Center, Japan*

[2]*Bethlehem Garden Hospital, Japan*

### Abstract

An acute subdural hematoma (ASDH) in infants without external signs of trauma is differently recognized as shaken baby syndrome (SBS) or abusive head trauma (AHT) in the United States or as infantile acute subdural hematoma (i-ASDH) due to minor head trauma in Japan. The aim of the present case report is to document the existence of i-ASDH as a discrete clinical entity differing from SBS and AHT.

A 7-month-old male suffered a subdural hematoma and retinal hemorrhage after falling backwards from a sitting position while at home. Although the patient regained full activity in the emergency room, he was hospitalized for further observation. Six days after admission, the patient was witnessed by an ICU nurse falling backwards from a seated position on his bed and striking his occipital region against the bed railing. He began to cry and soon afterwards exhibited conjugate eye deviation, cyanosis, rigidity of the extremities, and loss of consciousness. An emergency CT revealed mixed-density ASDH, and an ophthalmologic examination disclosed multiple multilayered retinal hemorrhages. This case report provides clear evidence proving that ASDH in infants can be caused by short falls.

### Keywords

Abusive head trauma, Accidental head trauma, Infantile acute subdural hematoma, Retinal hemorrhage, Shaken baby syndrome

## Introduction

An acute subdural hematoma (ASDH) accompanied by a retinal hemorrhage (RH) is often regarded without question worldwide as indicative of shaken baby syndrome (SBS)/abusive head trauma (AHT). However, this tendency is based exclusively on the assumption that short falls are unable to cause ASDH [1].

Because infantile ASDH (i-ASDH), mostly reported in Japan [2], rarely occur outside the home, the accidents leading to the trauma are seldom witnessed by a medically-trained third party. The author herein discusses the case of an infant who struck his occipital region in a short fall during hospitalization and suffered ASDH with RH. The entire accident was witnessed by an ICU nurse. The present case provides evidence of accidental ASDH occurring after mild head trauma as reported previously in Japan in more than 200 cases [2].

## Case Presentation

A 7-month-old male with no significant medical history fell backwards from a seated position and struck his occipital region on the carpeted floor inside his home in November 2017. The accident was witnessed by his parents, who happened to be in front of the patient. The infant began crying imme-

diately. His father held him in his arms and noted an upward deviation of both eyes, cyanosis, flaccidity, and altered consciousness. The infant was transferred to a national hospital on an emergency basis. En route, while in the ambulance, he regained full activity and returned to his baseline.

In the emergency room, a pediatrician identified thin ASDH with the maximum thickness of 2 mm on CT (Figure 1) and decided to admit the patient for continued observation. No neurological abnormalities or external signs of trauma were noted. A full skeletal survey, including a 3-D cervical spinal CT, revealed no abnormalities. A hematologic examination

**\*Corresponding author:** Nobuhiko Aoki, M.D, Department of Neurosurgery, Tokyo Metropolitan Tama Medical Center, 183-8524, 3-14-72 Musashidai , Fuchu-shi, Tokyo, Japan, Tel: +81-42-323-5111, Fax: +81-42-323-9205

**Accepted:** March 19, 2020

**Published online:** March 21, 2020

**Citation:** Aoki N (2020) Infantile Acute Subdural Hematoma with Retinal Hemorrhage Caused by Minor Occipital Impact Witnessed by an ICU Nurse: A Case Report. J Pediatr Neurol Neurosci 4(1):47-50

**Copyright:** © 2020 Aoki N. This is an open-access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.



Citation: Aoki N (2020) Infantile Acute Subdural Hematoma with Retinal Hemorrhage Caused by Minor Occipital Impact Witnessed by an ICU Nurse: A Case Report. J Pediatr Neurol Neurosci 4(1):47-50

was unremarkable and showed no thrombocytopenia or other hemorrhagic diathesis. Two days after admission, a fundoscopic examination disclosed bilateral RH (Figure 2).

Although his clinical course was unremarkable, a follow-up CT showed an increase in the ASDH on Day 3, followed by a rapid decrease on Day 4 (Figure 3). He was doing well until Day 6, when he again fell backwards from a seated position while on a circular bed for children in the ICU and struck his occipital region against the metallic bed rail. The accident was

directly witnessed by an ICU nurse, who documented the incident as below:

"Soon after a mild occipital impact against the bed rail, the patient began crying, then exhibited conjugate eye deviation, cyanosis, rigidity of the extremities, and loss of consciousness. His pulse rate rapidly decreased to 60 beats per minute but returned to the baseline of 110 beats six minutes later".

Immediately after the onset of neurological deterioration, he was intensively managed with anesthetic and anticonvulsant administration under full oxygenation.

An emergency CT showed mixed-density ASDH (Figure 4), and an ophthalmologic examination revealed bilateral multiple, multilayered, retinal hemorrhages (Figure 5).

The ASDH, which was not surgically removed, gradually decreased in size. Five days later, he showed good recovery without neurological deficits and has not experienced any recurrence of the symptoms.

An MRI performed 14 days after the injury revealed no abnormality in the cerebral parenchyma apart from the residual SDH. The patient had achieved normal developmental milestones at the time of his last examination two years later.

## Discussion

More than thirty years have passed since the publication of "Infantile acute subdural hematoma: Clinical analysis of 26 cases" by Aoki and Masuzawa in the Journal of Neurosurgery [3]. Based on the anatomical characteristics of infants, the authors restricted their definition of infantile acute subdural hematoma (i-ASDH) to an acute subdural hematoma apparently caused by minor head trauma without loss of consciousness or primary brain injury [3]. At the time, the authors were criti-

**Figure 1:** CT on the day of injury, showing a thin, high-density subdural hematoma with the maximum thickness of 2 mm at the right convexity (arrow). Note the association of the enlarged subarachnoid spaces and ventricles.



**Figure 2:** Fundoscopic examination on Day 2 showing mild retinal hemorrhages at the bilateral occipital poles.
A) Left side; B) Right side.



**Figure 3:** Follow-up CT. An increase in the size of the high-density subdural hematoma is noted on Day 3 (arrow), and a decrease is shown on Day 4 (arrow). A) CT on day 3; B) CT on day 4.



**Figure 4:** CT on Day 6 immediately after the accident demonstrating an increase in the size of the high-density subdural hematoma (arrow) and low-density subdural hematoma (arrowhead).

cized for allegedly failing to recognize that most, if not all, the patients cited in their study had suffered whiplash in shaken baby syndrome and were the victims of child abuse [1]. The constellation of SDH and retinal hemorrhage in the context of minor trauma, while not necessarily pathognomonic of trauma from shaking, should be regarded as symptoms of whiplash in shaken baby syndrome unless another etiology can be determined.

Partly due to this criticism, the authors' suggestion that

i-ASDH may be an independent clinical entity has not been fully accepted, at least in the English-speaking world. In Japan, however, since more than 30-years ago, mild head trauma has been recognized as the most frequent cause of ASDH in infants. The current estimate of its incidence in Japan is approximately 120 cases per year [4].

Infantile ASDH is not widely recognized in the United States and other nations because reports of it originate mostly in Japan. In the United States, i-ASDH might be diagnosed as SBS/AHT due to its rarity and the historical precedent for the diagnosis of ASDH in infants.

Reports of i-ASDH from Japan include 14 articles covering more than 200 cases [2]. All but two of these articles [3,5] were published in Japanese, with the result that their findings remain largely unknown in the United States.

There are three, distinct differences between i-ASDH and SBS/AHT. First, i-ASDH generally has a benign clinical course, with approximately 80% of patients showing good recovery [1,3,6-8]. Second, i-ASDH is strictly age-specific and occurs mostly in male infants between 6 and 12 months old. As a result, accidents occurring outside the home are extremely rare and seldom witnessed by a third party. Recently in the United States, SDH was diagnosed in eight patients younger than 24 months who were witnessed by family members suffering a fall that resulted in an occipital impact [9]. In the present case series as well, the witnesses were family members, relatives or children, and no medically trained personnel were present as witnesses.

Third, and most importantly, the fundamental aspect of i-ASDH pathology distinguishing it from SBS/AHT is the absence of a primary cerebral parenchymal injury, as confirmed by imaging studies and surgery. These pathological features

**Citation:** Aoki N (2020) Infantile Acute Subdural Hematoma with Retinal Hemorrhage Caused by Minor Occipital Impact Witnessed by an ICU Nurse: A Case Report. J Pediatr Neurol Neurosci 4(1):47-50



(A)                                    (B)

**Figure 5:** Fundoscopic examination on Day 6 after the accident, showing newly developed bilateral multiple, multilayered retinal hemorrhages. A) Left side and B) Right side.

of i-ASDH, including the fulminant type, are compatible with its mostly benign clinical course following conservative management or rapid surgical intervention [3]. In addition, the present case differs from those cited by Plunkett in his case series [10] in terms of age, clinical outcome, and the absence of primary brain injury.

Although multilayered retinal hemorrhages are considered to be highly suggestive of child abuse [11], the present case confirmed that retinal hemorrhages identical to those observed in the victims of child abuse are also associated with i-ASDH.

## References

1.  Rekate H (1985) Subdural hematomas in infants. J Neurosurg 61: 316-317.

2.  Aoki N (2011) Infantile acute subdural hematoma: Caused by abuse or minor head trauma? Nervous System in Children 36: 326-230.

3.  Aoki N, Masuzawa H (1984) Infantile acute subdural hematoma. Clinical analysis of 26 cases. J Neurosurg 61: 273-280.

4.  Aoki N (2017) Letter to the editor. Nervous System in Children 42: 393-397.

5.  Ikeda A, Sato O, Tsugane R, et al. (1987) Infantile acute subdural hematoma. Childs Nerv Syst 3: 19-22.

6.  Nishimoto H, Kurihara J (2006) Re-estimation of acute subdural hematoma in children caused by trivial household head trauma. Nervous System in Children 31: 215-223.

7.  Park YS, Kotani Y, Sugimoto T, et al. (2010) Clinical comparative analysis of abusive injuries and accidental injuries in infantile subdural hematoma. Nervous System in Children 38: 354-363.

8.  Yamasaki M, Nonaka M (2009) Clinical characteristic findings and treatment of pediatric abusive head injury: Key points for neurosurgeons. Jpn J Neurosurg (Tokyo) 18: 64264-64269.

9.  Atkinson N, Van Rijin RR, Starling SP (2018) Childhood falls with occipital impacts. Pediatr Emerg Care 34: 837-841.

10. Plunkett J (2001) Fatal pediatric head injuries caused by short-distance falls. Am J Forensic Med Pathol 22: 1-12.

11. Morad Y, Wygnanski-Jaffe T, Levin AV (2010) Retinal haemorrhage in abusive head trauma. Clin Exp Ophthalmol 38: 514-520.

**DOI:** 10.36959/595/406

**Copyright:** © 2020 Aoki N. This is an open-access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.



# EXHIBIT 31

Received: 5 April 2024 | Revised: 29 May 2024 | Accepted: 7 June 2024

DOI: 10.1002/ccr3.9105

CASE REPORT

Clinical Case Reports  WILEY

# 26 cm fall caught on video causing subdural hemorrhages and extensive retinal hemorrhages in an 8-month-old infant

Chris Brook[1]  |  Waney Squier[2]  |  Julie Mack[3]

[1]Universidad de La Laguna, Avda. Astrofísico Fco. Sánchez, La Laguna, Spain

[2]Previously Department of Neuropathology, John Radcliffe Hospital, Oxford, UK

[3]Radiology, Penn State Hershey Medical Center, Hershey, Pennsylvania, USA

**Correspondence**
Chris Brook, Universidad de La Laguna, Avda. Astrofísico Fco. Sánchez, La Laguna, Tenerife, Spain.
Email: chbrook@ull.edu.es

**Key Clinical Message**

Severe, too many to count retinal hemorrhages (RH) in infants have been associated with abusive head trauma, but can occur in short falls. An 8-month-old male fell backward from a height of 26 cm, landing on his buttocks then hitting the back of his head on a vinyl floor. The fall was videotaped. Acute subdural hemorrhages were found along with extensive, too many to count intra-RH in both eyes. Falls from small heights on to the occiput can lead to extensive RH of the type often associated with abusive head trauma.

**KEYWORDS**

abusive head trauma, retinal hemorrhages, shaken baby syndrome, short falls

## 1 | INTRODUCTION

Since the seminal publication of Plunket,[1] case studies[2–11] have continued to demonstrate that short falls can cause subdural hemorrhages (SDH) and extensive retinal hemorrhages (RH). While cases with independently witnessed short falls are important sources of evidence, falls caught on video are even more compelling. Because filmed cases are rare, it is important that they are documented in the literature. Here we report on the videotaped short fall of an alert, healthy and active infant from a low sofa that led to seizures, acute SDH and extensive RH.

## 2 | CASE HISTORY

The male infant was 8 months old, born via normal vaginal delivery at 39 + 4 weeks gestation, weighing 3.6 kg. Vitamin K and hepatitis B injections were given at birth. One month prior to the fall, the mother took the infant to hospital reporting twitching of one shoulder and arm. The

infant was assessed and sent home with no investigations or treatment. Roseola was diagnosed 2 weeks prior to hospitalization, which had resulted in fever and rash.

The head circumference was 47 cm (99th percentile) 1 month prior to the fall, and 47.6 cm (99th centile) 1 day after the fall.

Two days prior to the fall, the infant had vomited and was eating less than usual. The mother reported that the infant was learning to walk and "furniture surf" so had falls most days. The infant had fallen forward off a low trampoline 15 cm off the ground onto concrete resulting in an abrasion of his nose a few days prior to the videotaped fall.

On the day of the fall, the mother left the infant at a gym creche, at which time he was alert, active, fully responsive, and (at least outwardly) healthy. The infant sat on his bottom on the edge of the couch and fell backward, with his bottom hitting the floor and his occiput hitting the floor immediately thereafter. The distance from the ground to the seat of the couch is 26 cm, while head to ground height is approximately 65–70 cm prior to the

This is an open access article under the terms of the Creative Commons Attribution License, which permits use, distribution and reproduction in any medium, provided the original work is properly cited.

© 2024 The Author(s). *Clinical Case Reports* published by John Wiley & Sons Ltd.

fall. The fall was caught on the surveillance video of the creche (see Video S1). There is a rotational component to the accident, with the buttocks hitting first and acting as a pivot point. The body then rotates around an axis passing through the hips, as the infant falls backward until the back of head hits the floor.

After the fall the mother collected the infant, at which time he was drowsy, "a bit floppy" and unresponsive. Once taken to the car, the mother reported a 5 s episode of arm and leg stiffening, back arching and eye deviations upwards and to the right. She took him to the local hospital from where he was transferred to a children's hospital.

## 2.1 | Clinical presentation

A CT brain on the day of the accident showed bilateral small volume acute, high density, SDH on a background of chronic, low density, collections (Figure 1). The child was kept in hospital and monitored. Seven days later, an MRI showed bilateral subdural collections measuring up to 5 mm thick without significant mass effect (Figure 2). The extra axial CSF spaces and lateral ventricles were judged to be normal. No parenchymal diffusion abnormalities were identified. Midline structures and craniocervical junction were normal.

It was noted that dating the SDHs was inaccurate due to dilution of blood products. The acute SDHs were attributed to the fall.



**FIGURE 1** Axial image non-contrast CT brain showing hyperdense (acute) linear subdural collection on the left with associated hypodense subdural fluid (chronic collection). There is a smaller hyperdense collection on the right.

Less than 24 h after the fall, eye examination was performed without ocular manipulation. Binocular indirect ophthalmoscope with 30D lens found multiple RH in both eyes, too numerous to count (at least >30 in each eye), large intra-retinal macular hemorrhages extending to retinal periphery in all quadrants in each eye and a retinal fold along the inferior arcade of the right eye. Almost all RHs in both eyes were intra-retinal dot/blot as well as preretinal. The optic nerves in each eye were mildly swollen. No RetCam images were taken, but the ophthalmologist made sketches (Figure 3).

Seven days after the fall, the ophthalmology team re-examined the eyes and noted bilateral intra-retinal/ large preretinal diffuse hemorrhages. The RH were resolving slowly, as expected.

Intra retinal hemorrhages (IRH) have been shown to resolve rapidly, within 1–2 weeks clearing much faster than preretinal hemorrhages.[12–14] Too numerous to count (>20) IRHs can resolve in a matter of days.[14]

In this case, there were too numerous to count IRHs at first examination, <24 h after the fall. The IRHs resolved slowly, still present 1 week later. This indicates that the RHs occurred around the time of the fall and, given the changes to the state of the infant caused by the fall, it is reasonable to attribute the RHs to the fall.

There were no external signs of injury: no bruising and a skeletal survey and nuclear medicine bone scans demonstrated no evidence of fractures.

No abnormality was demonstrated at cranio-cervical junction. The spinal cord appeared normal in signal and in contour. No structural abnormality of the spinal cord was identified.

There was a small subdural collection in the lumbosacral spine that was isointense on T1 and hypointense on T2 (Figure 4). There were no signal changes within the vertebral bodies to suggest occult compression fracture and no other abnormality was detected (no soft tissue edema).

The infant improved rapidly and was neurologically normal the day after the fall.

## 2.2 | Outcome

The child was removed from the parents, along with two siblings, based on the advice of a child abuse pediatrician that the findings were due to abusive head trauma.

After an investigation it was determined that the fall caused the hemorrhages, and no charges were laid. After 12 months separation, the children were returned to the family. This highlights the potential harm resulting from determinations of child abuse based on findings that can



**FIGURE 2** T1 weighted sagittal MRI 7 days after the fall injury. There is a holohemispheric isointense subdural collection present on the left. There is a smaller collection on the right (not shown).

have non-abusive origins. The trauma caused by parent–child separation, which has been shown to be harmful to infants,[15] is also traumatic for parents.

## 3 | DISCUSSION

This case adds to previous studies that have shown that short falls can result in SDHs and RHs. Low level falls onto the occiput have been associated with extensive RHs and SDH.[6,11] It is of note that most babies in the Atkinson series, like the present case, had large heads circumference (>90th percentile).

Mattheij[16] also found that infants with a large head circumference could be predisposed to RH or SDH. In a study of 29 babies with RHs, of whom 6 had no suspicion of abusive head trauma, they found "no differences between the groups concerning the location, distribution, or size of the RH" leading the authors to conclude that "there is no pathognomonic size, distribution, or location of RH seen only in AHT".[16]

**FIGURE 3** Drawing of the retinal hemorrhages.





**FIGURE 4** MRI spine 7 days after the fall shows a small subdural collection layering dependently in the lumbo-sacral region.

Recently, Sokoloff et al.[17] categorized cases with loss of consciousness (LOC) and/or bilateral/interhemispheric SDH (bihSDH) as involving inertial forces, linking them to extensive RHs. While they cited studies suggesting that inertial forces can cause LOC and/or bihSDH, that does not rule out other causes like contact injury. Thus, it remains unclear whether contact injuries alone can cause LOC and/or bihSDH and hence be associated with extensive RHs, or whether intertial forces are required.

In this context, it is interesting that the fall in the current case involved both contact and intertial (rotational) forces, and that both contact and intertial forces were also identified in another recent short fall case that was videotaped,[10] and which also had SDH and extensive RHs.

It is also worth noting that the mother reported prior low height falls in this infant. Prior traumatic brain injury has been shown to be a predisposition to more severe subsequent traumatic brain injury.[18,19]

## 4 | CONCLUSION

A short, low impact, occipital fall on a vinyl floor was captured on video. The fall, which involved both contact and rotational forces, resulted in a changed state of consciousness, acute SDHs and extensive, too many to count RH that extended to the periphery in both eyes. The baby had macrocrania and possible chronic SDH which may have accounted for the severe RH rather than the fall, or may have made the infant particularly vulnerable to trauma.[16]

**AUTHOR CONTRIBUTIONS**
**Chris Brook:** Conceptualization; writing – original draft. **Waney Squier:** Conceptualization; writing – review and editing. **Julie Mack:** Formal analysis; visualization.

**ACKNOWLEDGMENTS**
The authors would like to thank the mother of the patient for her consent for publication of this case report.

**FUNDING INFORMATION**
The authors have no financial relationships relevant to this article to disclose.

**CONFLICT OF INTEREST STATEMENT**
CB declares no conflicts of interest. WS has testified in court regarding SBS cases, both for the defense and the prosecution. JM has testified, unpaid, for the defense regarding SBS cases.

**DATA AVAILABILITY STATEMENT**
Data sharing not applicable—no new data generated.

**CONSENT**
Written informed consent was obtained from the patient to publish this report in accordance with the journal's patient consent policy.

**ORCID**
_Chris Brook_ https://orcid.org/0000-0002-0534-4115

**REFERENCES**
1. Plunkett J. Fatal pediatric head injuries caused by short-distance falls. _Am J Forensic Med Pathol_. 2001;22:1-12.
2. Denton S, Mileusnic D. Delayed sudden death in an infant following an accidental fall: a case report with review of the literature. _Am J Forensic Med Pathol_. 2003;24(4):371-376.
3. Goldsmith W, Plunkett J. Biomechanical analysis of the causes of traumatic brain injury in infants and children. _Am J Forensic Med Pathol_. 2004;25:89-100.
4. Gardner HB. A witnessed short fall mimicking presumed shaken baby syndrome (inflicted childhood neurotrauma). _Pediatr Neurosurg_. 2007;43(5):433-435. doi:10.1159/000106399
5. Scheller J, Huisman TAGM. Moderate bilateral retinal hemorrhages in an infant following a short fall. _Clin Pediatr_. 2015;54(10):999-1002. doi:10.1177/0009922814554501
6. Atkinson N, van Rijn R, Starling S. Childhood falls with occipital impacts. _Pediatr Emerg Care_. 2018;34(12):837-841.
7. Aoki N. Infantile acute subdural hematoma with retinal hemorrhage caused by minor occipital impact witnessed by an ICU nurse: a case report. _J Pediatr Neurol Neurosci_. 2020;4(1):47-50.

8. Raj A, Christian CW, Reid JE, Binenbaum G. A baby carrier fall leading to intracranial bleeding and multilayered retinal hemorrhages. *J AAPOS*. 2022;26(2):84-86. doi:10.1016/j.jaapos.2021.10.008

9. Aoki N. Clinical and neuroimaging characteristics in mild-type infantile acute subdural hematoma: a report of four cases. *Research Square Platform LLC*. 2023. doi:10.21203/rs.3.rs-2733567/v2

10. Geoghegan AR, Shouldice M, Mireskandari K, Smith JN. Subdural hemorrhages and severe retinal hemorrhages in a short fall with a rotational component. *J AAPOS*. 2023;27:222-224.

11. Kato M, Nonaka M, Akutsu N, Narisawa A, Harada A, Park Y-S. Correlations of intracranial pathology and cause of head injury with retinal hemorrhage in infants and toddlers: a multicenter, retrospective study by the J-HITs (Japanese head injury of infants and toddlers study) group. *PLoS One*. 2023;18(3):e0283297. doi:10.1371/journal.pone.0283297

12. Hughes LA, May K, Talbot JF, Parsons MA. Incidence, distribution, and duration of birth-related retinal hemorrhages: a prospective study. *J AAPOS*. 2006;10:102-106.

13. Watts P, Maguire S, Kwok T, et al. Newborn retinal hemorrhages: a systematic review. *J AAPOS*. 2013;17:70-78.

14. Binenbaum G, Chen W, Huang J, Ying GS, Forbes BJ. The natural history of retinal hemorrhage in pediatric head trauma. *J AAPOS*. 2016;20(2):131-135. doi:10.1016/j.jaapos.2015.12.008

15. Hofer MA. Psychobiological roots of early attachment. *Curr Dir Psychol Sci*. 2006;15(2):84-88.

16. Mattheij M, Venstermans C, de Veuster I, et al. Retinal haemorrhages in a university hospital: not always abusive head injury. *Acta Neurol Belg*. 2017;117(2):515-522. doi:10.1007/s13760-017-0748-0

17. Sokoloff M, Feldman KW, Levin AV, et al. Retinal hemorrhage variation in inertial versus contact head injuries. *Child Abuse Negl*. 2024;149:106606. doi:10.1016/j.chiabu.2023.106606

18. Raghupathi R, Margulies SS. Traumatic axonal injury after closed head injury in the neonatal pig. *J Neurotrauma*. 2002;19(7):843-853.

19. Corrigan F, Mander KA, Leonard AV, Vink R. Neurogenic inflammation after traumatic brain injury and its potentiation of classical inflammation. *J Neuroinflammation*. 2016;13:264. doi:10.1186/s12974-016-0738-9

## SUPPORTING INFORMATION

Additional supporting information can be found online in the Supporting Information section at the end of this article.

**How to cite this article:** Brook C, Squier W, Mack J. 26 cm fall caught on video causing subdural hemorrhages and extensive retinal hemorrhages in an 8-month-old infant. *Clin Case Rep*. 2024;12:e9105. doi:10.1002/ccr3.9105

# EXHIBIT 32

International Journal of Legal Medicine (2019) 133:847–862
https://doi.org/10.1007/s00414-018-1918-1

**ORIGINAL ARTICLE**



# Infant skull fracture risk for low height falls

Marzieh Hajiaghamemar[1] · Ingrid S. Lan[2] · Cindy W. Christian[3] · Brittany Coats[4] · Susan S. Margulies[1]

Received: 21 March 2018 / Accepted: 16 August 2018 / Published online: 7 September 2018
© The Author(s) 2018

**Abstract**

Skull fractures are common injuries in young children, typically caused by accidental falls and child abuse. The paucity of detailed biomechanical data from real-world trauma in children has hampered development of biomechanical thresholds for skull fracture in infants. The objectives of this study were to identify biomechanical metrics to predict skull fracture, determine threshold values associated with fracture, and develop skull fracture risk curves for low-height falls in infants. To achieve these objectives, we utilized an integrated approach consisting of case evaluation, anthropomorphic reconstruction, and finite element simulation. Four biomechanical candidates for predicting skull fracture were identified (first principal stress, first principal strain, shear stress, and von Mises stress) and evaluated against well-witnessed falls in infants (0–6 months). Among the predictor candidates, first principal stress and strain correlated best with the occurrence of parietal skull fracture. The principal stress and strain thresholds associated with 50 and 95% probability of parietal skull fracture were 25.229 and 36.015 MPa and 0.0464 and 0.0699, respectively. Risk curves using these predictors determined that infant falls from 0.3 m had a low probability (0–54%) to result in parietal skull fracture, particularly with carpet impact (0–1%). Head-first falls from 0.9 m had a high probability of fracture (86–100%) for concrete impact and a moderate probability (34–81%) for carpet impact. Probabilities of fracture in 0.6 m falls were dependent on impact surface. Occipital impacts from 0.9 m onto the concrete also had the potential (27–90% probability) to generate parietal skull fracture. These data represent a multi-faceted biomechanical assessment of infant skull fracture risk and can assist in the differential diagnosis for head trauma in children.

**Keywords** Pediatric traumatic brain injury · Head impact · Anthropomorphic surrogate · Accidental falls · Finite element modeling · Injury risk curve

## Introduction

Falls are the leading causes of nonfatal, unintentional injuries in infants ≤ 1 year of age [1] as well as the leading cause of hospital emergency department visits across all age groups [2]. Historically, an accidental fall is the most common history provided for the mechanism of injury in infants diagnosed with abusive head trauma [3]. Therefore, a detailed

**Electronic supplementary material** The online version of this article (https://doi.org/10.1007/s00414-018-1918-1) contains supplementary material, which is available to authorized users.

✉ Marzieh Hajiaghamemar
memar@gatech.edu

Ingrid S. Lan
ingridl@stanford.edu

Cindy W. Christian
christian@email.chop.edu

Brittany Coats
brittany.coats@utah.edu

Susan S. Margulies
susan.margulies@gatech.edu

[1] Wallace H. Coulter Department of Biomedical Engineering, Georgia Institute of Technology and Emory University, U.A. Whitaker Building, 313 Ferst Drive, Suite 2116, Atlanta, GA 30332-0535, USA

[2] Department of Bioengineering, Stanford University, Shriram Center, 443 Via Ortega, Rm. 119, Stanford, CA 94305, USA

[3] Department of Pediatrics, Children's Hospital of Philadelphia, University of Pennsylvania, 34th Street and Civic Center Blvd, Philadelphia, PA 191044399, USA

[4] Department of Mechanical Engineering, University of Utah, 1495 E. 100 Street, 1550 MEK, Salt Lake City, UT 84112, USA



understanding of the biomechanics of low-height falls in infants and associated skull fracture risk is critical for informing the differential diagnosis between accidental and abusive head injury etiologies, and for identifying strategies for injury mitigation in household and recreational settings.

Given ethical restrictions for conducting controlled falls in children, pediatric biomechanics of falls are investigated using case reports [4, 5], retrospective clinical studies [6–11], anthropomorphic surrogate drop tests [12–14], cadaver drop tests [15–18], or finite element (FE) model simulations [17–24]. By themselves, each of these types of studies have limitations. For example, retrospective studies are limited by the quality of the data, including the consistency and precision with which fall heights are estimated from incident descriptions. Fall height is rarely estimated by considering the head center of gravity and child's posture prior to falling [11]. Additionally, because falls may be a false history, methods for excluding cases of abuse must be clearly articulated in all retrospective studies to avoid confounding the data [6]. Cadaveric studies seem the most beneficial, but there is often a lack of specifics regarding the tissue preservation and developmental age of the infant. Weber [15, 16] reported 20 parietal skull fractures (unilateral or bilateral) in 50 infant cadavers dropped from 0.82 m onto five different surfaces. The exact positioning of the infants prior to dropping and detailed descriptions of storage conditions of the cadavers are not provided. More recently, Prange et al. [17] and Loyd [18] performed drop tests of cadaver subjects from 0.15 and 0.3 m onto a metal anvil with five different head impact locations and observed no skull fractures in newborns but noted fractures in children 5–22 months of age.

To improve on the limitations of the individual study types, laboratory-based studies are often paired with FE model simulations to identify fracture thresholds. Roth et al. [19, 20] and Miyazaki et al. [5] developed 6-month-old, 17-day-old, and 23-month-old infant head models, respectively, and validated fracture predictions against a single case of fracture for each age. Cao et al. [21] and Zhou et al. [22] validated their 10-year-old child head models against a single case of a fatal pediatric fall involving a subdural hematoma but no skull fracture. Coats et al. [23] validated the fracture behavior of their 1.5-month-old infant head model with a single simulation of Weber's infant cadaver drops onto stone and a single real-world fall onto the carpet [24]. Li et al. [25] simulated all 50 of Weber's cadaver drops and subsequently developed pediatric skull fracture risk curves for 0–9 month-old infants using six different biomechanical parameters. As detailed earlier, lack of specifics regarding the tissue sample harvest and preservation methods may compromise the value of using the cadaver data obtained in Weber's study for fracture threshold assessment. In addition, the influence of the body kinematics to the head impact response was neglected in many of previous FE studies. Experimental studies using anthropomorphic

test devices showed that the body motion and posture during fall and at the moment of head impact affect the force applied to the head [26, 27]. Some FE studies which compared the results of the whole-body FE model to its detached head model also showed that the presence of the whole body affect the kinematics of head impacts [28, 29]. Therefore, using a full-body surrogate to reconstruct falls will provide more realistic head impact force-time histories. In summary, skull fracture thresholds for living infants remain a pressing need for the clinical and biomechanics scientific communities.

In this study, we utilized an integrated approach combining case-study evaluation, full-body anthropomorphic infant fall reconstruction, and FE simulation to identify the skull fracture risk associated with low-height falls in infants. The infant head FE model incorporates material properties of the human infant skull and suture from children over the age range of 19 days to 4.5 months [30]. Using measured force traces from anthropomorphic reconstructions of 11 well-witnessed infant falls, four FE-based biomechanical parameters were proposed as candidates for predicting skull fracture. Parietal skull fracture risk curves were developed for each candidate using the associated radiological imaging for each case, and further verified with cadaver data [15, 17]. The fracture risk curves were then used to assess the likelihood of parietal skull fracture in various low-height fall scenarios using whole-body anthropomorphic surrogate drop tests and FE simulations. A schematic summarizing the workflow of this study is shown in Fig. 1. Our study is a comprehensive investigation of skull fracture likelihood in short falls in infants, defines skull fracture risk curves for infants and identifies conditions associated with parietal fracture risk following parietal and occipital impacts.

## Materials and methods

### Data collection

To identify biomechanical response metrics and thresholds that are predictive of parietal skull fracture, data from simple well-witnessed falls with detailed event descriptions and radiological reports were examined. The study was approved by the Institutional Review Board of the University of Pennsylvania and Children's Hospital of Philadelphia (CHOP) and carried out in accordance with the IRB approved guidelines and regulations. All infants less than 6 months of age with a history of a fall (E-codes E880-E888, E987-E988) admitted to the CHOP between June 2006 and September 2009 were evaluated as potential subjects. To be considered for the study, the medical history had to state that the fall event had been witnessed by two adults, one adult and one child old enough to communicate, or one adult whose statement had been designated as without suspicion of abuse by the CHOP child protection team. When the incident was witnessed by





**Fig. 1** Schematic of the workflow applied in this study to develop infant skull fracture risk curves and evaluate the probability of skull fracture risk from low-height falls in infants

two or more persons, the incident description was reviewed carefully to ensure that there was no inconsistency in the details of the incident history. Inclusion criteria also specified that CT and/or MRI scans were obtained within the first week of hospitalization and evaluated by a radiologist. Exclusion criteria were a history of child abuse, mental retardation, drug dependency, birth complications, hemophilia, and pre-existing skull or brain abnormalities (e.g., osteogenesis imperfecta). Cases with a history of a complex fall that would be difficult to reconstruct (e.g., falls involving stairs, strollers, shopping carts, tripping, someone falling on top of the child, or a secondary impact like a coffee table or door), and those

with ambiguous event descriptions were also excluded. Cases with fall heights greater than 5 ft were excluded due to limits of the test facility. Of 263 cases screened, 44 cases met the inclusion/exclusion criteria. Cases were further evaluated to determine whether the details of the incidents required for reconstruction were explained clearly in the medical records. If needed, care providers and/or parents were contacted following approved consent procedures to obtain additional event information. The required details were the position of child immediately prior to and after the fall, an estimation of the height of the fall, type of flooring that child landed on, the first part of the child's body to come into contact with the



ground, anything else the child came into contact with during or after the fall, the height of the person involved in the fall, and the age of the witnesses. Additional details about the sustained injuries and health conditions of the child prior to the accident were also gathered. Twenty-six of the 44 cases had unambiguous, well-described fall histories. These 26 patient records and images were reviewed carefully by a radiologist to document; if possible, the exact location of skull fracture or other physical signs of head impact, such as soft-tissue swelling or subgaleal hematoma. Cases were excluded from further consideration if images were of poor quality or if no physical signs of head impact were observed. Cases were excluded if there was a lapse of more than 1 day between accident and hospital visit, thus decreasing the efficacy of using the CT/MRI data to determine exact impact location. Based on the medical record, witness and/or interview report, and radiology report, 11 of the 26 subjects were enrolled in the study: 7 with diagnosed parietal skull fracture (none with occipital fracture) and 4 with no skull fracture. Details of each case, including a brief description of the event, age, sex, estimated fall height, impact surface, area of impact, and skull fracture are provided (Table 1). The fall height represents the distance of the head center of gravity to the impact surface throughout this study.

## Surrogate reconstruction of real-world accidental falls

To estimate the head impact force of each child, the 11 cases were reconstructed using a whole-body biofidelic anthropomorphic infant surrogate [13]. A six degree of freedom force plate (Model FP4060-07, Bertec, Columbus, OH, USA) was used to measure the head impact force-time history. Whole-body surrogate reconstruction tests are useful to take into consideration the effect of body motion and posture during fall and at the moment of head impact on the force applied to the head. The head of the surrogate was constructed of five copolymer polypropylene plates ($E = 535 \pm 139$ MPa) attached together with a silicone material ($E = 2.1 \pm 0.2$ MPa) and covered with a 1-mm-thick latex cap that duplicate the mechanical response of the infant skull, suture, and scalp reported in the literature [30]. The surrogate's total head and body mass was 4.4 kg with the head mass of 1 kg, which approximately represented a 28th percentile male or 47th percentile female 1.5-month-old infant according to CDC Growth Charts [31]. For each of the 11 cases, the head mass of the child was estimated using head to whole-body mass ratio of 0.23 [32], and the head mass of the infant surrogate was matched to the estimated weight by filling the space inside the skull case with a silicone gel with shear properties ($G = 765 \pm 44$ Pa) similar to infant brain. There was no air space in the surrogate head. The mass of the body was also adjusted so the overall surrogate mass matched the overall child's body mass. Additional

details on the biofidelity and validation of the surrogate are reported in [13, 14].

The contact surfaces for the 11 cases were concrete, tile, linoleum, laminate, or carpet with carpet pad. The rigid metal surface of the heavy force plate was used as the closest approximation to concrete and tile. Examples of the other three impact surface materials as stated in the history report were obtained and clamped to the force plate. For each case, the primary impact location was determined from the fall description, medical history, and the radiological reports of fracture and soft-tissue swelling. For fall reconstructions, the fall height, flooring, identified head impact location, and the fall description from the medical and witness reports for each case were matched and verified via a high-speed digital video (210 fps, Exilim EX-FC100, Casio). Carbon paper was used to mark impact location on the surrogate head. The nature of accident reconstruction entails some uncertainties, and there is trial-to-trial variability, so it is impossible to determine with absolute certainty the forces applied to the head during the impacts. Creating a corridor of possible responses by performing multiple trials is a way to take these uncertainties into consideration in real-world accident reconstruction studies [33, 34]. Therefore, in order to estimate the range of possible head impact forces experienced during each accident, five fall reconstructions were performed for each of the 11 cases, and has been also used in other real-world accident reconstruction studies. High-speed digital videos of the drops were carefully reviewed, and only the drops that matched the fall details, including the head impact location and orientation as described in witness and radiology reports, were considered acceptable reconstruction drops. The first, second, and third quartile impact force-time histories measured via the force plate from the five acceptable trials were used as the loading conditions for FE simulations of the case. The first, second, and third peak head impact force quartiles (Q1-Q2-Q3) were selected because they are insensitive to outliers.

## Computational reconstruction of real-world accidental falls

Each case was computationally simulated to estimate the stress and strain responses in the skull. A FE head model of a 1.5-month-old infant, developed previously by our group [23], was used as the base for the FE simulations of these accidental falls and scaled according to the head mass of each subject using uniform, isometric scaling of the brain and skull (with scale factor $\lambda_x = \lambda_y = \lambda_z = \left(\frac{m_{\text{scaled}}}{m_{\text{base}}}\right)^{1/3}$) [35]. The infant FE head model is composed of sutures (2485 M3D4R membrane elements), brain (11,066 C3D4 solid elements), scalp (1600 C3D8R solid elements), and five skull plates (18,704 SC8R continuum shell elements) [23]. Because the cases involved children from 4 days to 5.5 months of age, we



**Table 1** Summary details of the 11 witnessed real-world accidental falls in infants of age 4 days to 5.5 months

| | Description | Age | Weight (kg) | Sex | Fall height (m) | Impact surface | Impact site | Brain injury/skull fracture type | Fracture status | Witness level |
|---|---|---|---|---|---|---|---|---|---|---|
| Case 0 | One of the parents reached for the baby while the other parent was holding her. The baby arched its back and flipped over the parent's arm. They were unable to catch the baby | 4 months | 4.5 | Female | 1.2 | Carpet with carpet pad | Right parietal | Small right frontoparietal EDH overlying right-sided minimally depressed skull fracture | Yes | 2 adults |
| Case 8 | Rolled off lap while facing down on lap and flipped over, landed head first on the kitchen floor | 5 weeks | 4.2 | Female | 0.6 | Linoleum | Right parietal | No associated intracranial hemorrhage; no loss of consciousness; comminuted skull fracture | Yes | 1 adult |
| Case 80 | Parent was standing up holding the baby. Fell from parent's arms while facing the other parent. | 4 days | 3.6 | Male | 1.5 | Linoleum | Vertex | Left parietal SDH and right posterior parietal SDH; SAH in bilateral parietal and temporal regions; no loss of consciousness; long linear fracture coursing obliquely in the right parietal skull and ending in the sagittal suture | Yes | 2 adults happened in hospital |
| Case 98 | Fell from the car seat on the kitchen counter (not strapped in) to the tile floor | 5.5 months | 6.9 | Female | 0.9 | Tile | Left side of the occiput | Small boggy posterior SDH | No | 1 adult |
| Case 94 | 5-year-old brother picked baby up and accidentally tripped and dropped him on his occiput/backside onto the carpeted floor | 2 months | 6.84 | Male | 0.66 | Carpet with carpet pad | Occiput | No hemorrhage or swelling | No | 2 adults and 1 child |
| Case 1-08 | Fell out of parent's left arm while the parent was reaching to get something with the right arm. The baby landed on the back side of the floor | 11 weeks | 5.6 | Female | 1.2 | Carpet with carpet pad | Occiput | Hyper density along the right frontal cortex; acute SAH; no swelling; no retinal hemorrhages; no midline shift | No | 1 adult more adults were in the house |
| Case 1-32 | Rolled off examining table (32–35″ height) and fell to the office floor | 2.5 months | 6.0 | Female | 0.86 | Linoleum | Right parietal | No acute intracranial hemorrhage or midline shift; large overlying scalp hematoma; long, nondisplaced right parietal skull fracture | Yes | 2 adults |
| Case 1-37 | Being held by 5-year-old sister on bar stool, she dropped baby onto the linoleum floor | 3 months | 6.2 | Male | 1.07 | Linoleum | Right parietal | No loss of consciousness or intracranial traumatic lesions; overlying scalp soft | Yes | 1 adult and 1 child |



**Table 1** (continued)

| | Description | Age | Weight (kg) | Sex | Fall height (m) | Impact surface | Impact site | Brain injury/skull fracture type | Fracture status | Witness level |
|---|---|---|---|---|---|---|---|---|---|---|
| | onto the right side of the head | | | | | | | tissue contusion; nondisplaced right parietal bone fracture | | |
| Case 1-83 | Fell sideways out from the car seat (not strapped in) onto the cement and landed on the left side | 3 weeks | 4.7 | Male | 0.6 | Cement | Left parietal/-temporal | Left temporal lobe SDH; no midline shifts | No | 1 adult and 1 child |
| Case 2-38 | 2-year-old brother dropped the baby onto the hardwood floor | 45 days | 4.9 | Male | 0.46 | Laminate hardwood | Left parietal | Small SDH at the left frontal lobe, large left parietal scalp hematoma; complex left parietal skull fracture | Yes | 1 adult and 1 child |
| Case 2-40 | Fell from parent's lap onto the carpet | 34 days | 3.7 | Male | 0.46 | Carpet with carpet pad | Left side of the sagittal suture | Small SAH in left operculum and left frontal convexity; nondisplaced posterior left frontal skull fracture | Yes | More than 2 adults |

*EDH* epidural hemorrhage, *SDH* subdural hemorrhage, *SAH* subarachnoid hemorrhage

extracted Young's moduli values for a similar age range from cadaveric specimens tested in three-point bending and published by Coats and Margulies [30]. Specifically, we used 407.27 and 533.43 MPa for the occipital and parietal bones, respectively, which represent averages over the range of 19 days to 4.5 months of age (Table 2). The brain was modeled as a homogeneous isotropic hyperelastic material using the one-term Ogden model and a viscoelastic material using the two-term Prony series as derived in [23]. The brain material parameters used in the FE model included the shear modulus, $\mu_0$; strain-sensitive nonlinear characteristic parameter, $\alpha$; Poisson's ratio, $\upsilon$; the relaxation moduli, $C_1$ and $C_2$; and time constants, $\tau_1$ and $\tau_2$, in the Prony series (Table 2).

To model the impact surfaces in the simulations, the linoleum, laminate, carpet, and carpet pad were indented with a 0.076-m platen at $0.02 \times 10^{-3}$ m/s to 2224 N. Depending on available surface area, 5–24 locations on each surface were tested. Tests near boundaries of the flooring sample were excluded. An average stress-strain curve for each material was implemented in the material evaluator of ABAQUS (Version 6.11, Dassault Systèmes Simulia, Providence, RI). Linoleum and laminate were represented with second-order-reduced polynomial models. Carpet and carpet pad were modeled, respectively, with second-order and first-order forms of ABAQUS's hyperfoam material model. The concrete and tile impact surfaces were represented as rigid bodies. Table 3 provides the material model, density ($\rho$) and coefficients for each flooring surface.

The objective of the FE simulations of the 11 cases was to reproduce both the impact force-time history (Fig. 2) captured in the fall reconstructions as well as the head impact location and orientation as described in witness and

**Table 2** Material properties of the infant FE head model components [23, 30]

| Parietal bone | Occipital bone | Suture | Scalp | Brain |
|---|---|---|---|---|
| $\rho = 2.085$ g/cm$^3$ | $\rho = 2.085$ g/cm$^3$ | $\rho = 1.130$ g/cm$^3$ | $\rho = 1.2$ g/cm$^3$ | $\rho = 1.04$ g/cm$^3$ |
| $\nu = 0.19$ | $\nu = 0.19$ | $\nu = 0.49$ | $\nu = 0.42$ | Ogden model coefficients |
| $E = 533$ MPa | $E = 407$ MPa | $E = 8.1$ MPa | $E = 16.7$ MPa | $\mu_0 = 559$ Pa; $\alpha = 0.01$ |
| | | | | Prony series coefficients: |
| | | | | $C_1 = 0.3322$; $C_2 = 0.3890$ |
| | | | | $\tau_1 = 2.9572$; $\tau_2 = 0.1813$ |
| | | | | $\nu = 0.499$ |



**Table 3** Material properties of the impact surfaces

| | Carpet | Carpet pad | Linoleum | Laminate |
|---|---|---|---|---|
| | $\rho = 0.2$ g/cm³ | $\rho = 0.09$ g/cm³ | $\rho = 0.93$ g/cm³ | $\rho = 0.54$ g/cm³ |
| | Hyperfoam ($N = 2$) | Hyperfoam ($N = 1$) | Reduced polynomial | Reduced polynomial ($N = 2$) |
| | $\mu_1 = 0.02$ kPa | $\mu_1 = 6.42$ kPa | ($N = 2$) | $C_1 = 1325$ kPa |
| | $\alpha_1 = 25.00$ | $\alpha_1 = 8.99$ | $C_1 = 100$ kPa | $C_2 = 375{,}234$ kPa |
| | $\nu_1 = 0.30$ | $\nu_1 = 0.30$ | $C_2 = 5{,}000{,}000$ kPa | |
| | $\mu_2 = 4.64$ kPa | | | |
| | $\alpha_2 = 7.38$ | | | |
| | $\nu_2 = 0.30$ | | | |

radiology reports (Fig. 3). To consider the possible range of head impact forces that might have been applied during each fall, 3 trials (reproducing the first (Q1), second (Q2), and third (Q3) quartile of the measured force-time histories in the reconstruction drops) of each of the 11 cases were simulated ($N = 33$) in ABAQUS explicit. For each FE simulation, the initial velocity of the head was adjusted until the simulated impact force-time history matched the peak and duration of experimental impact force trace within 5% error tolerance (Fig. 2, Table 4). For the seven cases with skull fracture, the distribution of stress and strain in the FE model was compared to the skull fracture location to confirm that high values occurred in the elements located around the site marked as fracture by the neuroradiologist. For some cases, the head orientation and impact location were adjusted slightly, still consistent with the witness reports and videos of reconstruction drops, and the simulation was re-run. As bilateral parietal fractures have been reported in both clinical [36] and cadaveric studies [15, 16], the results of both right and left parietal plates were used in this study. For each simulation, peak temporal values of four fracture predictors (first principal stress, first principal strain, maximum shear stress, and von Mises stress) were extracted from every element in the right and left parietal skull plates.



**Fig. 2** Examples of impact force-time histories extracted from reconstruction experiments (solid) and FE simulations (dashed) for four cases. A comparison between all cases is provided in Table 4

## Development of skull fracture risk curves for parietal fracture

Each of the 33 simulations generated two peak values for the parietal skull plate (one value from the right plate and another from the left plate) for all 4 candidate predictors. For each of the 4 candidate skull fracture parameters, the 66 generated data points were categorized into one of the three simulation groups representing the first, second, and third peak head impact force quartiles (Q1-Q2-Q3) measured in the reconstruction experiments. For each simulation group, a binary classifier was assigned to each response data point to designate the presence (1) or absence (0) of fracture, based on the radiological report. Binary logistic regression analyses were then performed, and Q1, Q2, and Q3 parietal skull fracture risk curves were created (SPSS v22, IBM, New York, NY, USA) with distribution functions of the following form:

$$P(x) = \frac{e^{a+bx}}{1 + e^{a+bx}} \qquad (1)$$

where $P(x)$ is the probability of parietal skull fracture for the given value $x$ of the predictor candidate. Variables $a$ and $b$ are the regression coefficients. The quality of fit for the risk curves was then evaluated for the four candidate parameters using the Nagelkerke $R^2$ and Cox and Snell $R^2$ statistics to determine the parameter with the highest correlation with skull fracture. Receiver operating characteristic (ROC) curves were also generated, and the area under the ROC curves (AUROC) was used as another measure of how well each parameter distinguished between parietal bones with and without skull fracture. For each candidate fracture parameter, the threshold values corresponding to the 50 and 95% likelihood of skull fracture were extracted from the logistic regression, and the optimal ROC threshold (optimizing specificity and sensitivity) extracted from the ROC curve. For each candidate, the Q2 (or median) risk curve and associated skull fracture threshold value were used for further analysis in this study. The Q1 and Q3 risk curves, and associated threshold values, were used to demonstrate the range of potential uncertainties or errors in



**Fig. 3** Examples of matching impact location, orientation and surface in FE simulations with reconstruction experiments. The top image is an accidental fall onto carpet with underlying carpet pad and the bottom image is an accidental fall onto concrete



injury risk curve development using our real-world accident reconstruction approach.

### Evaluation of skull fracture risk in low-height falls

Using the most robust fracture predictor and threshold determined from the 11 human subject cases, we created an assessment tool for evaluation of the probability of skull fracture in a variety of common low-height household falls. In a previous study [11], we used the same infant surrogate to measure load corridors for head-first falls from three heights (0.3, 0.6, and 0.9 m) onto the concrete or carpet with the underlying carpet pad. Initial head impact was to either the occiput or parietal bone resulting in 120 controlled drops ($N = 10$ drops/condition). The trials producing the minimum, median, and maximum head impact forces for each height-surface-location combination were selected for FE analysis in this study ($N = 36$ simulations, Table 5)

using the same infant FE head model described earlier. For each simulation, the initial head velocity was adjusted to match the simulation output force to measured force-time history from corresponding reconstruction drop. The predictors of fracture were extracted from the right and left parietal infant skull plates for each fall condition (height, impact location, and contact surface), and the Q2 skull fracture risk curves for best predictors (maximal principal stress and max principal strain) were used to estimate the likelihood of parietal skull fracture for each fall condition.

## Results

### Infant skull fracture criteria

The distribution of the first principal stress and strain, and von Mises stress, along with the clinical location of

**Table 4** Peak impact force comparison (Q1, Q2, Q3) between reconstruction experiments and FE simulations (in parenthesis) for all the 11 accidental fall cases. The peak impact forces from the FE simulations are within 5% error tolerance of the experimental values

| Peak impact force ($N$) | Case 0 | Case 8 | Case 80 | Case 94 | Case 98 | Case 108 | Case 132 | Case 137 | Case183 | Case 238 | Case 240 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Q1 | 870 (868) | 835 (854) | 958 (1006) | 795 (805) | 991 (973) | 334 (340) | 979 (1010) | 798 (785) | 378 (383) | 453 (443) | 329 (332) |
| Q2 | 922 (941) | 904 (942) | 981 (1011) | 812 (820) | 1001 (1004) | 467 (477) | 998 (1016) | 801 (799) | 436 (440) | 458 (481) | 334 (339) |
| Q3 | 1076 (1060) | 985 (999) | 1005 (1041) | 867 (845) | 1076 (1022) | 554 (535) | 1045 (1059) | 803 (819) | 442 (461) | 539 (537) | 367 (367) |



**Table 5** Median and range (minimum and maximum in parenthesis) peak impact force for controlled occipital and parietal falls from 0.3, 0.6, and 0.9 m onto carpet and concrete. The mean and standard error for each combination of head impact location, fall height, and impact surface are published in [13]

| Fall conditions | Peak impact force ($N$) | | |
|---|---|---|---|
| | 0.3 m | 0.6 m | 0.9 m |
| Occipital carpet | 253 (208–309) | 386 (333–413) | 494 (443–652) |
| Occipital concrete | 285 (237–360) | 488 (404–563) | 634.5 (506–736) |
| Parietal carpet | 281 (216–306) | 415 (378–511) | 531 (450–648) |
| Parietal concrete | 313 (270–387) | 509 (423–711) | 599 (465–762) |

fracture, for the seven cases with fracture are shown in Fig. 4. The first, second, and third peak head impact force quartiles (Q1-Q2-Q3) measured in the reconstruction experiments and obtained from the corresponding simulations for all 11 cases are summarized in Table 4. The peak impact forces from the FE simulations are all within 5% error tolerance of the experimental values, indicating that the reconstructed FE simulations are well matched to the surrogate reconstructions.

For each potential skull fracture predictor, 66 data points were extracted from the FE simulations (3 simulations per case, 11 cases, 1 maximum data point per simulation from each of 2 parietal skull plates). Each data point was assigned a designation of presence of parietal fracture or absence and is displayed in Fig. S1. The parietal skull fracture risk curves derived from binary logistic regression analysis (Fig. 5) for the four predictor candidates show the least overlap in values for fracture and no fracture for maximal principal stress and strain. Quantitative analysis of the risk curve prediction accuracy for each of the four predictor candidates, evaluated by the AUROC, prediction accuracy rate, the Nagelkerke $R^2$, and the Cox and Snell $R^2$ statistics (Table 6), confirm that the best predictors were first principal stress and first principal strain. These predictors had the highest statistical correlations with AUROC (0.933), prediction accuracy rate (90.9 and 86.4%), Nagelkerke $R^2$ (0.727 and 0.723), and Cox and Snell $R^2$ (0.519 and 0.516). The threshold values corresponding to the 50 and 95% probabilities of parietal skull fracture, as determined from the developed injury risk curves for the four predictors are provided in Table 7. Injury threshold values from the ROC analysis demonstrate close agreement with the 50% fracture risk threshold values determined from binary logistic regression curves (Table 7). For each of the four skull fracture predictor candidates, Q1, Q2, and Q3 curves (Fig. 5) demonstrated very similar trends and statistical results (Table 6). Threshold values (Table 7) obtained from these curves are also consistent.

## Probability of skull fracture in low-height falls

The peak first principal stress and strain associated with the minimum, median, and maximum head impact force from low-height falls is given in Table S1. Using these values in conjunction with Q2 of the fracture risk curves (Fig. 5), we determined the range of probability of parietal skull fracture in different fall conditions (Fig. 6 and Table S2). We found that falls from 0.6 to 0.9 m onto the concrete contacting parietal bone had a high probability of skull fracture (75–100% and 86–100%, respectively) on the ipsilateral or impacted side. Falls from 0.9 m onto the carpet also had a moderate probability of skull fracture (34–81%). Falls from 0.3 m onto either the carpet or concrete had a low probability of parietal skull fracture (0–1% and 12–54%, respectively). Not surprisingly, the probability of parietal fracture on the contralateral or side opposite from the impact was very low (< 10%), regardless of fall height or impact surface. Interestingly, occipital impacts had the potential to cause skull fracture at the edge of parietal bones in falls from 0.9 m onto the concrete (34–90%). Because we had no cases with occipital fracture, we did not develop skull fracture thresholds for the occiput bone, and cannot predict the likelihood of occipital fracture under any of these circumstances.

## Discussion

Clinical differentiation of accidental and abusive head injury etiologies has proven to be a persistent problem for physicians. Given the paucity of documented pediatric accidental cases in the literature, the 11 well-witnessed, real-world infant falls in our clinical dataset, along with kinematics estimated from anthropomorphic surrogate event reconstructions and biomechanical parameters from FE simulations, provide the biomechanics community with valuable data that can facilitate validation of future computational models of infant head injuries. In addition, kinematics measured in our controlled surrogate drops and biomechanical parameters from corresponding FE simulations representing fall scenarios involving three heights, two surfaces, and two head impact locations, can serve as a data set for future studies investigating the likelihood of head injury in low-height falls.

To develop skull fracture risk curves, we used anthropomorphic surrogate studies and multiple biomechanical response parameters from FE simulations. Potential of using these biomechanical parameters to be used as skull fracture predictors in infants were assessed not only in terms of quality of fit of the corresponding developed risk curves and their prediction accuracy rates but also by comparing the distribution of these parameters with the actual location and pattern of skull fracture in real-world falls. An additional large set of controlled head-first fall drop tests [13] were used to



| Case | First Principal Strain | First Principal Stress | Von Mises Stress | Fracture Location |
|---|---|---|---|---|
| Case 80 | | | | |
| Case 8 | | | | |
| Case 0 | | | | |
| Case 240 | | | | |
| Case 132 | | | | |
| Case 137 | | | | |
| Case 238 | | | | |



◀ **Fig. 4** Comparison of first principal stress and strain, and von Mises stress to the skull fracture location for the seven subjects with skull fracture

evaluate the likelihood of parietal skull fracture in a variety of common low-height household fall settings using our developed risk curves and corresponding threshold values. The robustness of our fracture likelihood predictions in all controlled fall scenarios is evident in the consistency across predictions using our risk curves based upon first principal stress and strain. In addition, the similarity between Q1, Q2, and Q3 curves and corresponding threshold values for each of the skull fracture predictors suggests that uncertainties accompanied by real-world reconstruction may not affect the injury risk curves too much. In summary, we find that falls with parietal impact from 0.9 m have high potential to result in fracture regardless of the impact surface; however, those from 0.6 m are prone to more surface-dependent variability. Importantly, we also demonstrate possibility of parietal fracture following 0.9 m falls onto the concrete with occipital impact.

## Fracture risk thresholds: first principal stress and strain

Using surrogate and FE reconstructions of real-world fall accidents, we found skull fracture thresholds similar to failure stress and strain values reported for infant parietal skull [30].

Our 50 and 95% fracture risk thresholds for first principal stress (25.229 and 36.015 MPa, respectively) and for first principal strain (0.0464 and 0.0669, respectively) compare favorably to the average ultimate stress and strain values (30.95 and 0.072 MPa, respectively) measured by Coats and Margulies [30] in infant parietal bone from subjects 19 days–4.5 months of age.

When placed in context with ultimate stresses reported via three- and four-point bending of pediatric crania of varying ages, our first principal stress fracture threshold (25.229–36.015 MPa) and Coats and Margulies' ultimate stress (30.95 MPa) underscore the order of magnitude range in skull fracture thresholds for ultimate stress over the age spectrum from infant to adults, with ultimate stress increasing dramatically during the first year, then asymptoting to adulthood (Fig. 7). Margulies and Thibault [37] reported an ultimate stress averaging 9.3 MPa for 25 weeks of gestation to 1-week-old parietal samples and 52.8 MPa for 6-month-old parietal samples; Coats and Margulies [30] reported a parietal ultimate stress averaging 35.08 MPa for 4.5–13 months old; Wang et al. [38] reported 87.12 MPa for 1–2 year-old parietal samples; and Davis et al. [39] reported 82.87 MPa for 6-year-old frontal and parietal samples without distinguishing between the skull plates. Although Klinich et al. [40] estimated the 50% fracture risk thresholds for first principal stress to be 55 and 41 MPa for the inner and outer tables respectively in the 6-month-old cranium, their values were derived from a FE model of human dimensions constructed using porcine skull properties, rather than from direct measurements of the human



**Fig. 5** Injury risk curves with associated regression coefficients (**a** and **b** in legend) for infant skull fracture based on maximal first principal stress (**a**), maximal first principal strain (**b**), maximal shear stress (**c**), and maximal von Mises stress (**d**). Presence and absence of parietal fracture in the parietal skull plate are indicated with filled and open symbols respectively



**Table 6** Statistical results from logistic regression risk curves (columns 2 to 6) and ROC curves (last column) for all potential skull fracture predictors. Data in the first row are from the Q2 curves. Data from the Q1 and Q3 curves are in parenthesis

| Potential predictors | Nagelkerke $R^2$ | Cox and Snell $R^2$ | Prediction accuracy rate (%) | Risk curve coefficient $a$ | Risk curve coefficient $b$ | AUROC |
|---|---|---|---|---|---|---|
| First principal stress (MPa) | 0.727 (0.750, 0.744) | 0.519 (0.535, 0.529) | 90.9 (90.9, 95.5) | − 6.888 (− 6.714, − 7.186) | 0.273 (0.276, 0.275) | 0.933 (0.933, 0.962) |
| First principal strain | 0.723 (0.747, 0.739) | 0.516 (0.533, 0.528) | 86.4 (90.9, 95.5) | − 6.674 (− 6.489, − 6.948) | 143.71 (145.18, 149.62) | 0.933 (0.933, 0.952) |
| Shear stress (MPa) | 0.460 (0.517, 0.463) | 0.329 (0.369, 0.331) | 86.4 (90.9, 86.4) | − 5.129 (− 5.108, − 4.966) | 0.287 (0.301, 0.269) | 0.876 (0.886, 0.867) |
| Von Mises stress (MPa) | 0.450 (0.511, 0.453) | 0.321 (0.365, 0.324) | 86.4 (86.4, 81.8) | − 4.950 (− 4.944, − 4.912) | 0.146 (0.154, 0.141) | 0.876 (0.876, 0.857) |

skull. Therefore, these data were excluded from the comparison. In a similar manner, Li et al. [25] used "reverse engineering" to derive the 50% fracture risk thresholds for first principal stress to be 8.1 MPa, 10.7 MPa, 13.4 MPa, and 16.1 MPa for 0-, 3-, 6-, and 9-month-old infants, respectively. The elastic modulus used for the cranium in their 0–9 month-old FE head model was not determined via any measurements, but rather optimized to match peak head accelerations in Prange et al.'s cadaver drop tests [17]. Such optimization yielded a cranial elastic modulus (164.3 MPa) much lower than the actual elastic moduli measured in infant parietal (533.43 MPa) and occipital (407.27 MPa) skulls, restricting the subject age range from 19 days to 4.5 months old [30]. The low elastic modulus used in Li et al.'s model may explain their low fracture thresholds for first principal stress. These pediatric data were also excluded from Fig. 7.

Several studies have tested the adult skull in tension or compression. Evans and Lissner [41] reported the ultimate stress of parietal bone to be 70.53 MPa in tension and 152.2 MPa in compression without stating the strain rate; McElhaney et al. [42] reported the ultimate stress for cranial bone to be 43.44 MPa in tension and 96.53 MPa in compression at the constant velocity of 0.01 in/min; Wood [43] reported the ultimate tensile stress for cranial bone to be 48.26 and 127.6 MPa at strain rates 0.005 and 150 s$^{-1}$, respectively. Of note, only Motherway et al. [44] performed three-point bending failure tests and found the ultimate stress of 62–97 year-old parietal samples to be 83.48 MPa, 81.04 MPa, and 128.1 MPa at the loading rates of 0.5 m/s, 1.0 m/s, and

2.5 m/s, respectively. The similarity between these values and ultimate stresses reported for 1–2 year-old and 6-year-old crania by Wang et al. [38] and Davis et al. [39], respectively, suggests that after rapid increases in ultimate stress between birth and 6 months, failure properties for the pediatric skull begin to approach those of the adult skull by age 6 years.

In both the pediatric and adult literature, ultimate strain measurements are surprisingly sparse. Wang et al. [38] reported an ultimate strain of 0.0866 for parietal samples from children 1–2 year olds, Davis et al. [39] reported 0.033 for frontal and parietal samples from a single 6-year-old cadaver, and McElhaney et al. [42] reported an ultimate compressive strain of 0.051 for cranial bone samples from adults 56–73 years old, without differentiating between skull plates. Comparing these reported strains to our first principal strain 95% fracture risk threshold for 0–6 month-old infants (0.0669) and Coats and Margulies' [30] ultimate strain for 1.5-month-old infants (0.072), we conclude that ultimate strain of parietal bone in infants may not vary with age as much as ultimate stress. This conclusion agrees with Coats and Margulies [27] who found no significant effect of age on the ultimate strain of infant cranial bone.

In addition, in all simulated fall scenarios, we identify consistent predictions for parietal fracture likelihood and fracture pattern using first principal stress and strain as skull fracture metrics. Coats et al. [23] used first principal stress to validate their 1.5-month-old model's ability to predict fracture as this was found to be the best predictor of failure from simulations of in vitro mechanical tests [24]. Roth et al. [19, 20] and

**Table 7** Infant skull fracture thresholds based on Q2 injury risk curves and Q2 ROC curves. The range of thresholds based on Q1 and Q3 curves are provided in parenthesis

| Potential predictors | 50% | 95% | ROC |
|---|---|---|---|
| First principal stress (MPa) | 25.229 (24.308–26.150) | 36.015 (34.968–36.865) | 26.083 (26.045–27.789) |
| First principal strain | 0.0464 (0.0447–0.0475) | 0.0669 (0.0650–0.672) | 0.0439 (0.0418–0.0472) |
| Shear stress (MPa) | 17.898 (16.947–18.571) | 28.172 (26.716–29.583) | 17.613 (16.859–17.667) |
| Von Mises stress (MPa) | 33.893 (32.027–34.740) | 54.056 (51.101–55.562) | 31.343 (29.789–31.523) |



Fig. 6 Median (squares) and minimum/maximum range (error bars) of probability of parietal skull fracture due to parietal and occipital head-first impacts in falls from 0.3, 0.6, and 0.9 m height onto concrete and carpet. Probabilities were obtained from the Q2 injury risk curves using first principal stress (top) and first principal strain (bottom)



Miyazaki et al. [5] used von Mises stress in the validation of fracture behavior in their 6-month-old, 17-day-old, and 23-month-old infant head models without justifying its advantage over other biomechanical parameters. Although Roth et al. [20] demonstrated good correspondence with acceleration traces reported in Prange et al.'s [17] 30-cm drops, they only used their 6-month-old and 17-day-old models to simulate a single fracture case each. As a result, they were unable to identify tolerance thresholds for skull fracture. Furthermore, Miyazaki et al. used a single parameter, von Mises stress, as a fracture threshold (17.6 MPa). Reported by Ommaya et al. [45], this value was purported to be the ultimate stress of a single "young child" sample with a 4-mm-thick skull. Cao et al. [21] and Zhou et al. [22] each examined two parameters

in their 10-year-old models (Cao et al. used von Mises stress and strain; Zhou et al. used von Mises stress and first principal strain), but could not determine fracture thresholds because they only simulated a single case without fracture. Their maximal values were well below ultimate stresses and strains reported for 6-year-old and adult crania [39, 42, 43]. Li et al. [25] adjusted their model simulations until von Mises stress distributions matched fracture patterns in Weber's cadaver tests, and not surprisingly, when they evaluated multiple metrics (first principal stress and strain, maximal shear stress, and von Mises stress), concluded that von Mises stress demonstrated the highest fracture prediction accuracy rate. In the current report, we adjusted head impact locations to optimize agreement between distributions of all four potential

Fig. 7 Ultimate stresses reported in the literature for human pediatric and adult parietal bone via three- and four-point bending





predictors and the fracture patterns in all seven of our clinical cases with fracture, to eliminate bias towards any single response parameter.

## Parietal fracture prediction for falls with parietal impact

To date, the present study represents the first FE model to assess likelihood of infant skull fracture in a variety of low-height fall scenarios with the aid of injury criteria developed based on real-world fall cases and validated against ultimate stress and strain values derived from mechanical tests on infant skull cadavers. Previously, we reported that peak head impact forces for 0.9 m falls onto carpet approach those for concrete, but peak head impact forces for 0.6 m falls onto carpet were significantly lower than those for concrete [13]. In the current report, we find that while falls from 0.9 m with parietal impact exhibit high probabilities of parietal fracture and falls from 0.3 m exhibit low probabilities of parietal fracture for both the carpet and concrete, falls from 0.6 m exhibit surface-dependent variation in skull fracture risk, with falls onto the concrete demonstrating higher probabilities than those onto the carpet. Importantly, our skull fracture risk curves are further validated against published infant cadaver studies, as they would predict the presence of parietal fracture in all 15 of Weber's [15] infant cadaver (< 8.2 months old) drop tests from 0.82 m onto a stone tile, carpet, or linoleum. In addition, we predict a significantly lower risk of skull fracture below 0.3 m, consistent with no skull fracture reported by Prange et al. [17] in infant cadaver drops from 0.15 and 0.3 m onto a metal anvil.

Examining published clinical studies on pediatric head injuries following low-height falls, we focus on those limited to young children and infants. Among the children ≤ 2 years old who experienced non-inflicted head injuries in Duhaime et al.'s [8] prospective study, skull fractures were observed in 43 (57%) of the 76 subjects, and linear skull fractures were equally likely to occur from falls < 1.2 m and those > 1.2 m or falls downstairs. Pooling our findings in Fig. 6 across all fall heights and both impact surfaces for parietal impact, we would predict 51.2 ± 37.0% and 50.4 ± 37.5% risk of parietal skull fracture for falls ≤ 0.9 m using first principal stress and strain, respectively. Ibrahim et al. [9] reported a skull fracture frequency of 73% among 67 hospitalized infants (0–12 months old) who had experienced falls ≤ 0.9 m. We predict 75–100% probability from falls 0.6–0.9 m onto the concrete. Finally, in a retrospective study of 149 children ≤ 2 years old experiencing accidental head injury due to falls from 0.15 to 6 m, Thomas et al. [10] found a significant increase in the mean fall height in cases with skull fracture or intracranial injury (1.32 ± 0.28 m) than those without (1.01 ± 0.22 m). This parallels our predictions that the probability of skull fracture is significantly greater at 0.9 than 0.3 m.

## Parietal fracture prediction for falls with occipital impact

Both first principal stress and strain predictors in our study indicate probabilities of parietal fracture for 0.9 m falls onto concrete with occipital impact. The bone-suture junction is less structurally rigid than the skull plate in infants [30] that makes the infant skull more flexible and also allows the skull plates to move relative to each other. Therefore, the likelihood of parietal skull fracture due to occipital impact can be a result of bone flexure or relative movement of skull plates.

Studies published nearly 70 years ago reported fractures on the external skull surface in regions of outward bending and on the internal surface in regions of inward bending. While inward bending always occurred under the site of impact, outward bending sometimes occurred at considerable distances away from the site of impact [46, 47]. Given the thinner skull and lower elastic modulus [30], the infant skull has a lower structural rigidity than the adult skull and might be expected to more frequently experience fractures away from the impact site. Bilateral fractures have been observed in clinical case reports [36] and in both human and porcine infant cadaver drop tests. In several of Weber's [15, 16] human infant cadaver drops with parietal-occipital impact, two parietal fracture lines were reported. While most of these were unilateral parietal fractures, the fracture lines in one case were biparietal and discontinuous at the sagittal suture. Similarly, in drop tests of porcine infant specimens (2–17 days old) onto a rigid aluminum surface with parietal impact, Powell et al. [48] observed no occipital fracture but observed parietal fractures that initiated at the coronal suture, away from the point of impact. Drop heights were not reported. Our present study is the first to propose fracture risk curves for pediatric skull fractures away from the site of impact.

## Limitations

Although this study significantly advances pediatric head trauma literature by proposing new biomechanical fracture criteria and predicting parietal fracture in low-height fall scenarios, the limitation of our study is the lack of any occipital fractures in our clinical data set. As a consequence, we were unable to develop injury criteria for occipital fracture or to predict occipital fracture in fall scenarios. However, making the assumption that principal stress and strain fracture thresholds are similar for parietal and occipital skull plates, we would predict a low probability of fracture for the three occipital impact cases in Table 1 (case 94: 2–6%, case 98: 11–38%, and case 108: 0–1%); in actuality, none of these cases had radiological evidence of fracture. Given the lower ultimate stress and strain of infant occipital bone compared to parietal bone but increased thickness of the occipital plate [30], future



studies should collect additional cases with occipital skull fracture in falls in infants and investigate whether the occipital fracture threshold following parietal or occipital impact are higher than reported here for parietal fracture.

One additional important consideration with our parietal skull fracture risk curves is that a sideways fall often concludes with shoulder or limb contact before the head. Our whole-body surrogate reconstructions of short falls simulated worst-case risk scenarios with head-first contact. Thus, the likelihood of skull fracture risk might differ from those reported here if the fall were "broken" by contact of another body part during the fall.

## Conclusions

We developed parietal skull fracture risk curves for infants under 5.5 months old through reconstruction of real-world accidental falls in infants. To minimize the uncertainties accompanied by accident reconstruction procedure, rigorous inclusion criteria were employed during data collection process, impact kinematics were estimated through whole-body anthropomorphic surrogate reconstructions, and precise and comprehensive approaches were used to verify the reliability and precision of surrogate and FE reconstructions. FE simulations were validated against not only the peak impact forces but also the entire impact force-time histories measured in surrogate reconstruction drops. As an improvement over the existing accident reconstruction studies, FE simulations were also verified by considering stress and strain distribution in terms of the location and pattern of skull fracture. Among all four potential predictors, maximal first principal stress and strain best correlated with the occurrence of parietal skull fracture, and their corresponding proposed tolerances are in agreement with published in vitro material failure tests. Finally, the resulting risk curves were used to evaluate the worst-case likelihood of parietal skull fracture in head-first, low-height infant falls. We conclude that the likelihood of parietal skull fracture in head-first falls from 0.3 m is very low, regardless of fall condition. Falling from 0.9 m onto the concrete on either occipital or parietal site can result in parietal skull fracture. An improvement over anecdotal clinical reports and heuristic evidence, the outcomes of the present study can be used to more accurately assess likelihood of skull fracture in infant falls for a variety of fall heights, impact locations, and contact surfaces.

**Acknowledgements** We gratefully acknowledge Sarah Sullivan, Sarah van Kuelen, and Megan Weil for their assistance in conducting the drop tests, Erica Palma for reviewing clinical records and enrolling cases, Lorre Atlan for creating and running early versions of the computational model, and Dr. Larissa Bilaniuk for her careful review of the radiological data.

**Funding** This study if supported by the Centers for Disease Control and Prevention grant NCIPC R49CE000411 and the National Institutes of Health (NIH)/National Institute of Neurological Disorders and Stroke (NINDS) grant R01NS039679.

**Open Access** This article is distributed under the terms of the Creative Commons Attribution 4.0 International License (http://creativecommons.org/licenses/by/4.0/), which permits unrestricted use, distribution, and reproduction in any medium, provided you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons license, and indicate if changes were made.

## References

1. CDC (2016) CDC WISQARS Database. https://www.cdc.gov/injury/wisqars/. 2016
2. Runyan CW, Perkis D, Marshall SW, Johnson RM, Coyne-Beasley T, Waller AE, Black C, Baccaglini L (2005) Unintentional injuries in the home in the United States: Part II: Morbidity. Am J Prev Med 28(1):80–87. https://doi.org/10.1016/j.amepre.2004.09.017
3. Reece RM, Sege R (2000) Childhood head injuries: accidental or inflicted? Arch Pediatr Adolesc Med 154(1):11–15
4. Kunz SN, Graw M, Adamec J (2018) A proclaimed accidental fall of an infant—an experimental case reconstruction study. Int J Legal Med 132(1):205–210. https://doi.org/10.1016/j.cmpb.2008.01.007
5. Miyazaki Y, Murai Y, Nishida Y, Yamanaka T, Mochimaru M, Kouchi M (2009) Head injury analysis in case of fall from playground equipment using child fall simulator. In: The Impact of Technology on Sport, vol 3, pp 417–421
6. Helfer RE, Slovis TL, Black M (1977) Injuries resulting when small children fall out of bed. Pediatrics 60(4):533–535
7. Nimityongskul P, Anderson LD (1987) The likelihood of injuries when children fall out of bed. J Pediatr Orthop 7(2):184–186
8. Duhaime AC, Alario AJ, Lewander WJ, Schut L, Sutton LN, Seidl TS, Nudelman S, Budenz D, Hertle R, Tsiaras W, Loporchio S (1992) Head injury in very young children: mechanisms, injury types, and ophthalmologic findings in 100 hospitalized patients younger than 2 years of age. Pediatrics 90(2 Pt 1):179–185
9. Ibrahim NG, Wood J, Margulies SS, Christian CW (2012) Influence of age and fall type on head injuries in infants and toddlers. Int J Dev Neurosci 30(3):201–206. https://doi.org/10.1016/j.ijdevneu.2011.10.007
10. Thomas AG, Hegde SV, Dineen RA, Jaspan T (2013) Patterns of accidental craniocerebral injury occurring in early childhood. Arch Dis Child 98(10):787–792. https://doi.org/10.1136/archdischild-2013-304267
11. Hughes J, Maguire S, Jones M, Theobald P, Kemp A (2016) Biomechanical characteristics of head injuries from falls in children younger than 48 months. Arch Dis Child 101(4):310–315. https://doi.org/10.1136/archdischild-2014-306803
12. Ibrahim NG, Margulies SS (2010) Biomechanics of the toddler head during low-height falls: an anthropomorphic dummy analysis. J Neurosurg Pediatr 6(1):57–68. https://doi.org/10.3171/2010.3.PEDS09357
13. Sullivan S, Coats B, Margulies SS (2015) Biofidelic neck influences head kinematics of parietal and occipital impacts following short falls in infants. Accid Anal Prev 82:143–153. https://doi.org/10.1016/j.aap.2015.05.020
14. Coats B, Margulies SS (2008) Potential for head injuries in infants from low-height falls. J Neurosurg Pediatr 2(5):321–330. https://doi.org/10.3171/PED.2008.2.11.321
15. Weber W (1984) Experimental study of skull fractures in infants. J Leg Med 92(2):87–94



16. Weber W (1985) Biomechanical fragility of the infant skull. J Leg Med 94(2):23–101

17. Prange MT, Luck JF, Dibb A, Van Ee CA, Nightingale RW, Myers BS (2004) Mechanical properties and anthropometry of the human infant head. Stapp Car Crash J 48:279–299

18. Loyd AM (2011) Studies of the human head from neonate to adult: an inertial, geometrical and structural analysis with comparisons to the ATD head. Doctoral Dissertation, Duke University,

19. Roth S, Raul JS, Willinger R (2008) Biofidelic child head FE model to simulate real world trauma. Comput Methods Prog Biomed 90(3):262–274. https://doi.org/10.1016/j.cmpb.2008.01.007

20. Roth S, Raul JS, Willinger R (2010) Finite element modelling of paediatric head impact: global validation against experimental data. Comput Methods Prog Biomed 99(1):25–33. https://doi.org/10.1016/j.cmpb.2009.10.004

21. Cao L, Zhou Z, Jiang B, Zhang G (2014) Development and validation of the FE model for a 10-year-old child head. Chin J Biomed Eng 33(1):63–70

22. Zhou Z, Jiang B, Cao L, Zhu F, Mao H, Yang KH (2016) Numerical simulations of the 10-year-old head response in drop impacts and compression tests. Comput Methods Prog Biomed 131:13–25. https://doi.org/10.1016/j.cmpb.2016.04.013

23. Coats B, Margulies SS, Ji S (2007) Parametric study of head impact in the infant. Stapp Car Crash J 51:1–15

24. Coats B (2007) Mechanics of head impact in infants. Doctoral dissertation, University of Pennsylvania,

25. Li Z, Liu W, Zhang J, Hu J (2015) Prediction of skull fracture risk for children 0-9 months old through validated parametric finite element model and cadaver test reconstruction. Int J Legal Med 129(5):1055–1066. https://doi.org/10.1007/s00414-015-1190-6

26. Seidi M, Hajiaghamemar M, Caccese V (2015) Evaluation of effective mass during head impact due to standing falls. Int J Crashworthines 20(2):134–141

27. Hajiaghamemar M, Seidi M, Ferguson JR, Caccese V (2015) Measurement of head impact due to standing fall in adults using anthropomorphic test dummies. Ann Biomed Eng 43(9):2143–2152

28. Ghajari M, Galvanetto U, Iannucci L, Willinger R (2011) Influence of the body on the response of the helmeted head during impact. Int J Crashworthines 16(3):285–295

29. Ghajari M, Galvanetto U, Iannucci L (2009) Influence of the body on kinematic and tissue level head injury predictors in motorcyclists accidents. Proceedings of IRCOBI Conference, York, UK

30. Coats B, Margulies SS (2006) Material properties of human infant skull and suture at high rates. J Neurotrauma 23(8):1222–1232

31. Kuczmarski RJ, Ogden CL, Grummer-Strawn LM, Flegal KM, Guo SS, Wei R, Mei Z, Curtin LR, Roche AF, Johnson CL (2000) CDC growth charts: United States. Adv Data 314:1–27

32. Jensen RK (1986) Body segment mass, radius and radius of gyration proportions of children. J Biomech 19(5):359–368

33. Post A, Hoshizaki TB, Gilchrist MD, Koncan D, Dawson L, Chen W, Ledoux AA, Zemek R, Pediatric Emergency Research Canada (PERC) 5P Concussion Team (2017) A comparison in a youth population between those with and without a history of concussion using biomechanical reconstruction. J Neurosurg Pediatr 19(4):502–510

34. Post A, Kendall M, Koncan D, Cournoyer J, Hoshizaki TB, Gilchrist MD, Brien S, Cusimano MD, Marshall S (2015) Characterization of persistent concussive syndrome using injury reconstruction and finite element modelling. J Mech Behav Biomed Mater 41:325–335

35. Untaroiu C, Shin J, Ivarsson J, Crandall J, Takahashi Y, Akiyama A, Kikuchi Y (2007) Pedestrian kinematics investigation with finite element dummy models based on anthropometry scaling method. 20th Int Tech Conf on Enhanced Safety of Vehicles

36. Arnholz D, Hymel KP, Hay TC, Jenny C (1998) Bilateral pediatric skull fractures: accident or abuse? J Trauma 45(1):172–174

37. Margulies SS, Thibault KL (2000) Infant skull and suture properties: measurements and implications for mechanisms of pediatric brain injury. J Biomech Eng 122(4):364–371

38. Wang J, Zou D, Li Z, Huang P, Li D, Shao Y, Wang H, Chen Y (2014) Mechanical properties of cranial bones and sutures in 1-2-year-old infants. Med Sci Monit 20:1808–1813. https://doi.org/10.12659/MSM.892278

39. Davis MT, Loyd AM, Shen HY, Mulroy MH, Nightingale RW, Myers BS, Bass CD (2012) The mechanical and morphological properties of 6 year-old cranial bone. J Biomech 45(15):2493–2498. https://doi.org/10.1016/j.jbiomech.2012.07.001

40. Klinich KD, Hulbert GM, Schneider LW (2002) Estimating infant head injury criteria and impact response using crash reconstruction and finite element modeling. Stapp Car Crash J 46:165–194

41. Evans FG, Lissner HR (1957) Tensile and compressive strength of human parietal bone. J Appl Physiol 10(3):493–497

42. McElhaney JH, Fogle JL, Melvin JW, Haynes RR, Roberts VL, Alem NM (1970) Mechanical properties of cranial bone. J Biomech 3(5):495–511

43. Wood JL (1971) Dynamic response of human cranial bone. J Biomech 4(1):1–12

44. Motherway JA, Verschueren P, Van der Perre G, Vander Sloten J, Gilchrist MD (2009) The mechanical properties of cranial bone: the effect of loading rate and cranial sampling position. J Biomech 42(13):2129–2135. https://doi.org/10.1016/j.jbiomech.2009.05.030

45. Ommaya AK, Goldsmith W, Thibault L (2002) Biomechanics and neuropathology of adult and paediatric head injury. Br J Neurosurg 16(3):220–242. https://doi.org/10.1080/0268869022014882

46. Gurdijian ES, Lissner HR (1947) Deformations of the skull in head injury as studied by the "stresscoat" technique. Surg Gynecol Obstet 83:219–233

47. Gurdijian ES, Webster JE, Lissner HR (1950) The mechanism of skull fracture. Radiology 54(3):313–319

48. Powell BJ, Passalacqua NV, Fenton TW, Haut RC (2013) Fracture characteristics of entrapped head impacts versus controlled head drops in infant porcine specimens. J Forensic Sci 58(3):678–683. https://doi.org/10.1111/1556-4029.12094



# EXHIBIT 33

Received: 23 March 2021 | Revised: 19 May 2021 | Accepted: 24 May 2021

DOI: 10.1111/apa.15956

REGULAR ARTICLE



# Re-evaluation of medical findings in alleged shaken baby syndrome and abusive head trauma in Norwegian courts fails to support abuse diagnoses

Knut Wester[1]  |  Ulf Stridbeck[2]  |  Aslak Syse[2]  |  Johan Wikström[3]

[1]Department of Clinical Medicine K1, University of Bergen, Bergen, Norway

[2]Department of Public and International Law, Faculty of Law, University of Oslo, Oslo, Norway

[3]Department of Radiology, Uppsala University, Uppsala, Sweden

**Correspondence**
Knut Wester, Department of Clinical Medicine K1, University of Bergen, N 5021 Bergen, Norway.
Email: knut.wester@gmail.com

**Funding information**
This study received no funding

## Abstract

**Aim:** The criteria for diagnosing abusive head trauma (AHT) are not well defined and this condition might be diagnosed on failing premises. Our aim was to review criminal AHT cases in Norwegian courts by scrutinising the underlying medical documentation.

**Methods:** Cases were identified in the data registry for Norwegian courts from 2004 to 2015. Documentation was obtained from relevant health institutions. The medical co-authors first made independent evaluations of the documentation for each child, followed by a consensus evaluation.

**Results:** A total of 17 children (11 boys) were identified, all diagnosed as AHT by court appointed experts, 15 were infants (mean age 2.6 months). A high proportion (41.2%) was born to immigrant parents and 31.3% were premature. The medical findings could be explained by alternative diagnoses in 16 of the 17 children; 8 boys (7 infants – mean age 2.9 months) had clinical and radiological characteristics compatible with external hydrocephalus complicated by chronic subdural haematoma. Six children (five infants with mean age 2.1 months) had a female preponderance and findings compatible with hypoxic ischaemic insults.

**Conclusion:** The medical condition in most children had not necessarily been caused by shaking or direct impact, as was originally concluded by the court experts.

**KEYWORDS**
abusive head trauma, benign external hydrocephalus, child abuse, shaken baby syndrome, subdural haematoma

## 1 | INTRODUCTION

A triad of medical findings has been regarded as almost pathognomonic for shaken baby syndrome (SBS) or abusive head trauma (AHT). For decades, this triad of subdural haematoma (SDH), retinal haemorrhages (RH) and encephalopathy has been accepted as proof of violent shaking in court cases. However, the validity of this triad as judicial proof has been questioned, mainly because of

**Abbreviations:** AHT, abusive head trauma; BEH, benign external hydrocephalus; BESS, benign enlargement of the subarachnoid spaces; CT, computerised tomography; HC, head circumference; ICP, intracranial pressure; MRI, magnetic resonance imaging; RH, retinal haemorrhages; SBS, shaken baby syndrome; SDH, subdural haematoma.

This is an open access article under the terms of the Creative Commons Attribution-NonCommercial-NoDerivs License, which permits use and distribution in any medium, provided the original work is properly cited, the use is non-commercial and no modifications or adaptations are made.
©2021 Foundation Acta Pædiatrica. Published by John Wiley & Sons Ltd

circular reasoning.[1,2] Solid scientific evidence for a causal relationship between the triad and violent shaking has never been demonstrated in the literature This was shown by an extensive literature review as far back as 2003[1] and in a 2016 review by the Swedish Agency for Health Technology Assessment and Assessment of Social Services,[3] summarised in a paper published in 2018.[2] These stated that: 'There is limited scientific evidence that the triad and therefore its components can be associated with traumatic shaking (low-quality evidence). There is insufficient scientific evidence on which to assess the diagnostic accuracy of the triad in identifying traumatic shaking (very low-quality evidence'.[2] Neither of these reviews was able to identify articles based on observed shaking and only two studies in the literature were based on confessed shaking.[3,4] However, these confessions came long time after the diagnosis – during police custody or judicial investigations. Confessions obtained under such circumstances are hampered by uncertainties.[5]

Thus, one may question whether the diagnoses of SBS/AHT are based on scientific evidence that in judicial context is solid enough to prove guilt beyond any reasonable doubt. We still need to know if some of these presumptive AHT diagnoses may in fact have been caused by non-traumatic causes, for instance, benign external hydrocephalus (BEH), which has been shown to predispose for SDH in infancy.[6-20]

In 2021, Feld et al[21] reviewed the legal outcome of criminal SBS/AHT cases in Germany, but without analysing the underlying medical documentation. The aim of the present study was to review recent SBS/AHT cases in Norwegian criminal courts by scrutinising the underlying medical documentation, including the neuroimaging. Furthermore, we wanted to find out how this information had been interpreted by the medical experts in court, and finally, how the experts' advice had been received and treated by the court, as expressed in the verdict.

## 2 | MATERIAL AND METHODS

This study was approved of by The National Committee for Medical and Health Research Ethics (NEM) in Norway in 2016. The study was carried out by a multi-professional team of three medical professionals: one paediatric neurosurgeon, one professor of neurosurgery (KW), a professor of neuroradiology (JW) and two professors of civic law (US, AS). The court cases were identified by going through the Lovdata data registry for the Norwegian courts for 2004–2015, searching for the law paragraphs that cover such criminal acts. In addition, we searched the registry for the following Norwegian search word compatible with 'Violent shaking' in addition to 'Shaken baby', a diagnosis (in English) that is used also in Norwegian courts.

This search revealed a total of 17 cases with intracranial conditions that had caused suspicion of SBS/AHT and subsequent prosecution. These patients are listed as #1–17 in the present article. An article emphasising the judicial aspects of these court cases has already been published in Norwegian.[22] In this judicial article, we

**Key Notes**

- As criteria for diagnosing abusive head trauma (AHT) are not well defined, this condition may have been over-diagnosed and a re-evaluation of the medical documentation in AHT cases is therefore warranted.
- A 12-year nationwide study revealed that most children in court cases had findings compatible with medical conditions not caused by violence.
- Medical teams investigating suspected AHT should contain clinicians experienced in practical handling of head injured infants.

used a different numbering of the patients (4.2–4.18), but they are presented and discussed in the same order in both articles, patient #1 corresponds to 4.2 and patient #17 corresponds to 4.18. All the medical investigators were specialised in neuro-medicine with only general medical competence regarding injuries outside the head. A few infants with only extracranial injuries were therefore not included.

All relevant medical documentation was requested from the hospitals and other health institutions that had been in contact with the children. Both acute CT and MRI of the brain had been performed in 13 children, only CT in 3, and only MRI in1.

The medical investigators first evaluated independently the medical documentation for each child. Their findings and tentative diagnoses were written down on a standardised recording sheet, including presenting symptoms and signs, head size and growth, presence or absence of subdural or subarachnoid haematoma and parenchymal lesions. Further, measurements were made of three different extra-cerebral distances, assumed to be characteristic for the BEH diagnosis. These distances were the inter-hemispheric distance (IHD), the craniocortical width (CCW) and the sinocortical width (SCW). The measurements, above which these distances are considered abnormal, vary considerably in the literature, as stated in Wiig et al[23] After this initial round, a consensus evaluation was performed. The two neurosurgeons had no formal training in neuroimaging, but a rather extensive clinical experience in reading radiological images. The final decision on how to interpret the neuroimaging was, however, left to the neuroradiologist.

During the process described above, the medical authors had no access to the legal papers, including the reports from the medical experts in court or the verdicts. That information was kept with the two law professors and not made available for the medical authors until they had made up their minds on the diagnoses of the children.

After independent medical diagnoses had been reached by the medical investigators, the legal authors compared these diagnoses with the diagnoses given by the court experts and concluded regarding the final conviction.

# 3 | RESULTS

The medical experts in court concluded that all included children had an inflicted head injury, either caused by violent shaking alone (11), by a combination of shaking and blunt trauma (4), by unspecified 'forceful violence' (1) or by a blunt head trauma alone (1). No alternative diagnoses were discussed, except for BEH, which was discussed in one case, but later abandoned (#13), see below.

The medical authors found that the clinical and radiological documentation could be explained by an alternative diagnosis to SBS/AHT in 16 of the 17 children. The most important finding was that there appeared to be two distinct groups of children in our material; the largest comprised eight children – all boys – with clinical and radiological characteristic compatible with external hydrocephalus (BEH/BESS), hereafter referred to as the 'BEH-like group' (patients #2, #7, #10, #12–#16) (Figures 1 and 2).

The other group had a female preponderance – four girls and two boys – and were characterised by clinical and radiological findings compatible with the brain hypoxic-ischaemic injury (HII), below referred to as the 'HII-like group' (#3, #4, #6, #9, #11, #17) (Figures 3-5).

For details, including the three remaining children, see Table 1.

## 3.1 | Epidemiological characteristics

There was a marked male preponderance (64.7% boys). This skewed gender distribution was caused solely by the fact that all eight children in the BEH-like group were boys. In the HII-like group, there was an opposite sex distribution, four girls and only two boys. This difference in sex distribution between the two groups is statistically significant (p = 0.015, Fisher's exact test). Five infants – all boys with a mean age of 3.3 months not corrected for prematurity – were born prematurely, this constitutes 31.3% of the 16 children with known gestation length. The Norwegian national pre-term delivery rate

during the first part of our study period was 6.4%.[24] This difference between the national prematurity rate and the rate in the present material is statistically significant (p = 0.005, Fisher's exact test). Three of these pre-terms belonged to the BEH-like group. The most premature infant (31 weeks) belonged to the HII-like group.

With two exceptions, all children were 6 months or younger; the two exceptions were a 15-month-old girl with rickets (#8) and a boy aged 3.5 years (#16) with an undiagnosed BEH. The remaining 15 infants had an age range of 18 days–6 months (mean age 2.6, median age 2.5 months). Six infants (40% of the 15 infants) were 1.5 months old or younger. If age is corrected for prematurity, a total of seven infants (46.7%) were that young.

Infants in the HII-like group had a mean age of 2.1 months (median 1, range 1–6 months). Infant boys in the BEH-like group (not including the 3.5-year-old boy) had a mean age of 2.9 months (median 2.5, range 1–5 months). The age difference between these two groups was not statistically significant.

The ethnic background of the included children differed from that of the general population, as seven children (41.2%), including five infants, were born to immigrant parents, 10 children were born to non-immigrants. The proportion of immigrants in the general Norwegian population during the study period varied between 7.6% in 2004[25] and 15.6% in 2015.[26] The difference between immigrant and non-immigrant children is statistically significant (p = 0.007, Fisher's exact test).

## 3.2 | Initial symptoms and clinical findings

For an overview of symptoms and findings, see Table 1.

Seizure was the most frequent presenting symptom; 8 of the 17 children (47.1%) had initial seizures and three more infants had possible seizures, described as 'opistotonus' (#13) and 'sudden stiffening' (#12, #14) as initial symptoms. Four infants in the HII-like group and four in the BEH-like group had initial epileptic seizures.



**FIGURE 1** Patient #10. Left: Coronal T2-weighted image at 1 month of age shows bilateral cerebrospinal fluid signalling subdural fluid collections, compatible with chronic SDH or subdural hygroma. On the right side, there is a portion with signal suggesting more recent hematoma (arrow). There is no compression of underlying cerebral cortex. Right: Head circumference (HC) growth curve showing rapid increase from birth to 4 weeks of age (age in weeks)



**FIGURE 2** Patient #13. T2-weighted MRI at 2.5 months shows bilateral subdural hygroma or chronic SDH. There is no compression of underlying gyri and clearly visible subarachnoid space, suggesting an underlying BEH. MRI at 4 months (middle) shows slight increase in volume of subdural fluid, with compression of cerebral gyri. Right: HC growth curve showing a gradual increase over several weeks. 'Hodeomkrets': head circumference, 'Alder': age in months



**FIGURE 3** Patient #3. CT scan on admission shows widespread hypoxic/ischaemic changes (low attenuating areas) in the bilateral cerebral parenchyma, with sparing of central grey matter structures. There is also a thin acute SDH on the right side

Vomiting was noted as the initial symptom in two infants (#10, #15), in both cases being increasingly present over the last days/weeks before hospital admission.

Seven children, all boys in the BEH-like group, had large and/or rapidly increasing head circumference (HC). For one boy (#16), infantile HC development was not available, as he came to Norway after infancy. His large head was not noticed until he died, and autopsy was performed, as described below. Of the remaining seven infants, one (#12) was born with a large HC that remained at that level (97 percentile); the others had an HC within normal range (34–36 cm) at birth, which started to grow too rapidly in the following months. Six children (35.3%) had an HC at or above the 97% (percentile); five of these were infants (#2, #10, #12–#14) including three of the pre-terms, with a mean age of 2.3 months. A 5-month-old boy (#15) in the BEH-like group had an HC >90% and a 3-month-old girl (#9) had a rapidly increasing HC, crossing 2–3 percentile lines (from 10% to 50%–75%), thus complying with the national guidelines for when to suspect development of hydrocephalus.

Nine children had no signs of impact to the head. Three had blue marks in the *face*, but not on the neurocranium, one had a small blue mark on the forehead, one had scalp swelling (caused by a witnessed

fall – patient #16), and three had swelling in association with an underlying cranial fracture (#1, #8, #17).

The intracranial pressure (ICP) was not measured in any of the children. Clinical signs of elevated ICP noted in the medical records include tense fontanelle and sunset gaze. Nine infants (#3, #4, #7, #9, #10, #13–#15, #17) were recorded as having a tense or bulging fontanelle, in one (#10) sunset gaze was also described. Three of the eight infants with a tense fontanelle also had an HC above 97% (#10, #13, #14), one had an HC above 90% (#15), and one (#9) had an HC that crossed 3 percentile lines. In the remaining four infants, the HC was within normal limits (#7, #17) or no HC measurement was noted in the medical records (#3, #4).

Fourteen of the children (82.4%) had RH; nine had bilateral RHs (#3, #5–#9, #11, #14, #17), five had unilateral or only small RHs (#2, #4, #10, #12, #15), and three had none.

## 3.3 | Radiological findings

In nine cases, encephalopathy was diagnosed based on neuroimaging HII signs (Figure 5). In severe cases (#3, #6, #8, #11, #14, #15,



**FIGURE 4** Patient #11. Axial CT shows global low attenuating in the cerebral cortex and subcortical white matter, with sparing of central grey matter. The findings are typical of hypoxic-ischaemic encephalopathy

#17), it later revealed itself as a marked delay in the head growth (#17) or even as a reduction of the HC (#15) (Figure 6).

Nine infants had neuroimaging compatible with chronic subdural haematoma (chronic SDH)/hygroma. In one of these (#2), the chronic SDH was asymptomatic and was diagnosed only because a long limb fracture caused suspicion of SBS/AHT. In the other eight infants, the chronic SDH caused symptoms. Two of these infants (#5, #14) also had small volumes of acute, coagulated blood in the chronic SDH – often referred to as 'acute on chronic' in radiology reports.[27]

An acute SDH was found in only one child, a 6-month-old prematurely born (week 31) boy (#3). The 3.5-year-old boy with an undiagnosed BEH (#16) had an isodense SDH.

With two exceptions (#5, #8), the subdural fluid collections did not compress the cortical surface, the ventricles, or cause a midline shift. With the same two exceptions, MR imaging showed a layer of normally looking cerebrospinal fluid between the cortex and the subdural fluid collection/haematoma.

Five infants (#1, #2, #6, #10, #13), aged 1–3 months (1–2 months corrected for prematurity in #1 and #13), had asymptomatic rib fractures. Three infants with rib fractures were born prematurely and nearly all rib fractures showed callus formation, indicating an ongoing healing process of some duration.

A clavicle fracture with callus formation was found in two children, a 1-month-old girl (#17 – vaginal delivery) and an old, completely healed fracture in the 3.5-year-old boy (#16).

Four children had a cranial fracture, one in a 15-month-old girl with rickets disease after an established head injury; she had hypocalcaemia and low values of phosphorus and magnesium. All three remaining cranial fractures were linear and asymptomatic. They were found in a boy (#1) aged 3 months (1.5 months corrected for prematurity) and two 1-month-old girls (#4 and #17), see Figure 7.

## 3.4 | Clinical outcome

Two patients died: a 1-month-old girl (#4) with an intracerebral haematoma and a 3.5-year-old boy (#16) with clinical and radiological characteristics of BEH, who sustained a large SDH, possibly after a seizure that resulted in a fall from own height with impact to the head.

Seven children survived with severe brain injury. One of these is the 15-month-old girl (#8) with rickets disease. She sustained a cranial fracture and a left-sided acute SDH with a cytotoxic oedema of the underlying hemisphere (Figure 8). Another six infants also had a bad outcome due to severe brain damage – four boys and two girls (mean age after birth 2.8 months, corrected for prematurity 2.3 months, median age after birth 1.0 month). Two of these boys (#14, #15) aged 3.5 (corrected age 2.5 months) and 5 months, respectively, had clinical and radiological characteristics compatible with BEH; in both, an objectively recorded, long-lasting respiratory arrest was the cause of the global brain injury. The remaining four infants with a severe brain injury were a prematurely born 6-month-old boy (#3), two 1-month-old girls (#6, #17), and a boy aged 0.5 months (#11).

Thus, a total of nine children died or survived with a severe brain injury. Four of these, three girls and one boy, were 1-month old or younger and two of the infants were born prematurely.

Four infants with uncomplicated chronic SDH/hygroma/mixed SDH (#5, #7, #9, #10) had good outcome despite bilateral RH. Two infant boys with bilateral RH and a BEH condition complicated by (cardio-) respiratory arrest had a severe brain damage (#14, #15). All infants with failed circulation had bilateral RH apart from patient #4, who only had a unilateral RH.

## 3.5 | The BEH-like group

Seven infant boys and a 3.5-year-old boy had findings supporting a diagnosis of BEH, with normal or slight-to-moderately enlarged lateral ventricles without ventricular compression or midline shift, except for patient #7, who had a midline shift of 3 mm. In all these infants, MR imaging revealed a widened extra-cerebral compartment, consisting of an inner compartment with signal compatible with cerebrospinal fluid and an outer layer of fluid with signal compatible with chronic SDH or a hygroma. The IHD was 5 mm or larger in six infants and the CCW and the SCW in all infants ranged from 4 to 11 mm and 5 to 9 mm, respectively. The average measurement for all three distances in all infants was ≥5 mm (Table S1).



**FIGURE 5** Patient #17. Coronal CT scan upon admission (left) shows widespread low attenuating areas with preserved central grey matter structures, indicating a recent event of hypoxia/ischaemia. There is also fresh blood in the subdural and subarachnoid spaces. Diffusion-weighted MR image obtained the day after admission (middle) shows extensive cortical and subcortical cytotoxic oedema, confirming hypoxic/ischaemic lesions. Right: T2-weighted image from a follow-up examination performed 3 weeks later shows widespread parenchymal loss corresponding to previous areas of hypoxia/ischaemia

Moreover, the cortical surface was not compressed, and MR imaging showed a visible layer of cerebrospinal fluid between the subdural fluid collection and the brain surface. The poor quality of the CT of the 3.5-year-old boy (#16) did not allow refined measurements.

In only one case (#13) did the medical experts in court notice and discuss the large head and the possibility of BEH but concluded against this possibility because they believed the rapid and sudden HC increase made that diagnosis unlikely (see Discussion).

## 3.6 | The HII-like group

All six infants in this group had radiological signs of severe brain damage compatible with HII, characterised by cytotoxic oedema. This comprised the entire cortex and subcortical tissue, but not the basal ganglia or the diencephalon in two infants (#4, #17) (Figure 5), whereas some cortical and subcortical areas were spared in the four remaining infants (Figure 3). Additional findings were acute SDH in one case, chronic SDH in one case, SAH and SDH in one case, and ICH in one case (Table 1).

## 3.7 | Medical expert witnesses in court

A total of 14 medical expert witnesses had been appointed by the court in these cases. For an overview, see Table S2. In at least four cases (#1, #12, #13, #17), the same specialists in forensic medicine had served as a medical advisor for the police from the beginning of the investigation at the hospital and later in both court levels. The medical experts were mostly recruited from forensic medicine (7), ophthalmology (3) and paediatrics (2).



**FIGURE 6** Patient #15. The patient developed radiological and clinical characteristic of BEH followed by a secondary brain damage Left: axial CT scan at 5 months shows bilateral low attenuating cerebral parenchyma indicating hypoxic/ischemic damage, with sparing of central grey matter. There is also bilateral subdural hygroma or chronic SDH. Middle: axial MRI scan at 5 months and 3 weeks showing marked brain atrophy. Right: HC growth curve showing an initial rapid growth from birth to 6 weeks of age, followed by an apparent normalisation around the 90% line and a dramatic HC reduction from 5 months of age. Handwritten notes indicate ages in weeks (W) and months (M)



FIGURE 7  Patient #4. 3-D reconstruction (volume rendering technique) shows a non-displaced linear skull fracture in the left parietal region (arrow) and abnormal widening of the skull sutures, indicating high intracranial pressure

Forensic medicine is not a formal medical specialty in Norway, but some nevertheless regard themselves as such specialists and are counted as specialists here.

One paediatrician and two specialists in forensic medicine served in six, seven and six cases, respectively. One of the three was present in 16 of the 17 cases.

In short, a total of seven specialists in forensic medicine served as expert witnesses 18 times, two specialists in paediatrics served nine times with one of them serving in six cases, the remaining medical experts serve 1–2 times each. Physicians with clinical experience in managing infantile head injuries were not appointed to serve as medical experts in court, except for the first author of the present article, who served once.

## 3.8  |  The judicial outcome of the court cases

In only 12 of the cases was a person convicted for violence. In one case, the court was convinced by the experts that violent shaking had taken place but could not decide which of the family members was responsible for the crime; in three cases, including the one above, a person was convicted for not having brought the baby to hospital in time, but not for having caused a criminal act. For an overview, see Table S3.

## 4  |  DISCUSSION

The diagnosis of inflicted head trauma is different from nearly all other diagnoses; it is not solely a medical diagnosis, but also an important background for the court's decision in such cases – in fact the most important premise. In criminal cases involving SBS/AHT, neither the investigators, nor the prosecution authorities or the judges, possess any relevant medical knowledge or insight; consequently, they are completely dependent on advice from medical experts. In principle, the verdict is delivered by the courts, but as the experts' opinion provides important premises for the court decisions, the medical experts in court play a decisive role in the cases. So, to say, the deciding judges can be regarded as lay people in this type of question.

As discussed in the Introduction, it is important to realise that a diagnosis or conviction of SBS/AHT cannot be based on the triad alone. The findings in the triad may occur as caused by shaking or completely independent of shaking. It therefore seems difficult to both prove and disprove SBS/AHT based on medical evidence that is gathered after the alleged crime.

The medical experts in these 17 cases had, with little reservation, concluded that all children had been subjected to an inflicted head trauma, either by violent shaking, blunt head trauma or other forms of violence to the head. The aim of the present study was



FIGURE 8  Patient #8, a 15-month-old girl with rickets disease. CT shows a left-sided minimally displaced parietal fracture with an underlying acute subdural hematoma. The haematoma causes substantial compression of the left lateral ventricle, effacement of the sulci and dislocation of midline structures to the right

**TABLE 1** Overview of all included children. Age in months; (corrected for prematurity)

| Pat # | Age | Sex | Premat | Twin | Symptoms and findings | Onset | HC |
|-------|-----|-----|--------|------|----------------------|-------|-----|
| 1 | 3 (1.5) | M | 34 w | No | Small swelling head, focal seizure, irritability, moderate hypocalcaemia | Sudden | 2.5% |
| 2 | 1.5 (0.5) | M | 35 w | No | Tender swelling right thigh | Gradual | >97% |
| 3 | 6 (4) | M | 31 w | Yes | Seizures, opistotonus, tense fontanelle, anisocoria | Sudden | No records |
| 4 | 1 | F | Term | No | Unilateral pupillary dilatation, severe hypopotassaemia and acidosis | Sudden | No records |
| 5 | 3 | F | Term | No | Short fall, LOC, bulging fontanelle, pale | Sudden | 25% |
| 6 | 1 | F | Term | No | Light head trauma, irritability, seizures, gaze deviation | Sudden | 32 cm at birth – <3% |
| 7 | 2.5 | M | Term | Yes | Apathy, reduced consciousness, tense fontanelle | Sudden | 25%–50% |
| 8 | 15 | F | Term | No | Fever, LOC, right hemiparesis, seizures, marked hypocalcaemia and low magnesium/ phosphorus | Sudden | From 10–25% to 75% |
| 9 | 3 | F | Term | No | Irritability, reduced consciousness, seizures, hyper-tension, tense fontanelle | Sudden | Rapid increase from 3% to 50–75% |
| 10 | 1 | M | Term | No | Frontal bossing, head lag, sunset gaze, tense fontanelle, hypotonia vomiting | Gradual | >97% |
| 11 | 0.5 | M | Term | No | Irritability, apnoea, $O^2$ sat 40%, bulging fontanelle, reduced general condition | Sudden | 75%, only one measure-ment |
| 12 | 4 | M | Term | No | LOC sudden stiffening | Sudden | 97% |
| 13 | 2.5 | M | 37 w | No | Short fall, cried, opistotonus, tense fontanelle | Sudden | Rapid growth to >97% |
| 14 | 3.5 (2.5) | M | 35 w | Yes | LOC, sudden stiffening, cardiorespiratory arrest 15 min, Severe hypoxia, tense fontanelle | Sudden | >97% |
| 15 | 5 | M | Term | No | Apnoea, reduced consciousness, bulging fontanelle vomiting, seizures, status epilepticus, $O^2$ sat. 50% | Gradual | >90%, crossing 3 percentile lines |
| 16 | 3.5 years | M | ? | No | Seizure, fall, cardiorespiratory arrest, GCS 3 | Sudden | >97% |
| 17 | 1 | F | Term | No | Somnolence, seizure, tense fontanelle | Sudden | 50%–85% |

Abbreviations: ASDH, acute subdural haematoma; BEH, benign external hydrocephalus; CSDH, chronic subdural haematoma; F, female; HII, hypoxic ischaemic injury; LOC, loss of consciousness; M, male; $O^2$ sat, $O^2$ saturation; SDH, subdural haematoma; SDHy, subdural hygroma.

therefore to go through the medical documentation to see if alternative diagnoses existed.

## 4.1 | Epidemiological characteristics

There was a striking male preponderance, almost two-thirds were boys, and most of these boys had clinical and radiological characteristics compatible with external hydrocephalus – BEH/BESS – complicated by a chronic SDH or hygroma. Such haematomas or hygromas are common complications to BEH. Numerous studies have shown a similar gender distribution in BEH populations as in the present material.[9,11,28-37] In the only population-based epidemiological study on BEH, the Norwegian male preponderance was even higher – 86.4%.[38] Adamsbaum et al[3] and Vinchon et al[4] reported large numbers of allegedly abused children, with a pooled population of 157 infants. This population had a similar marked male preponderance (73%) as in populations of infants diagnosed with BEH. This similarity indicates that BEH may have been misdiagnosed as AHT/SBS. Such cases have indeed been reported, and several authors have warned that BEH may

| RH | Signs of impact to skull | Fractures | Radiological findings | Outcome |
|---|---|---|---|---|
| No | Head swelling overlying linear skull fracture | Left temporal cranial fracture, three rib fractures with callus | Small local SDH | Moderately delayed psychomotor development |
| Unilat | Small blue mark forehead | Femur fracture, Rib fractures with callus | BEH-like Bilateral CSDH/SDHy | Good |
| Bilat | None | None | ASDH/brain oedema, HII | Severe brain damage |
| Unilat | | Small linear skull fracture | Intracerebral haematoma, suture diastasis, HII | Died |
| Bilat | None | None | Mixed SDH (CSDH/ASDH), 4 mm midline shift | Good |
| Bilat | Blue marks on face and body | Clavicle, old rib fractures with callus | Large left hemisphere infarction, HII | Severe brain damage |
| Bilat | | None | BEH-like CSDH/SDHy | Good |
| Bilat | Skin swelling over cranial fracture | Cranial fracture | ASDH, cortical vein thromboses? Skeletal signs of rickets | Severe brain damage |
| Bilat | None | None | Bilateral CSDH, early signs of hypoxia and ischemia, HII | Probably good |
| 2 and 3 small RH | Small blue mark left cheek | 2 rib fractures with callus | BEH-like CSDH | Good |
| Bilat | None | None | No SDH, bilat. extensive cyto-toxic and vaso-genic oedema, HII | Severe brain damage |
| Small unilat | Small blue mark left cheek | None | BEH-like CSDH, thrombosed veins | Good |
| None | None | Rib fractures with callus | BEH-like CSDH | Good |
| Bilateral | None | None | BEH-like mixed SDH, mostly CSDH | Severe brain damage |
| One small unilateral | None | None | BEH-like CSDH Severe hypoxic brain damage | Severe brain damage |
| None | Swelling left side head | Healed old clavicle fracture | BEH-like Isodense CSDH/ mixed SDH | Died |
| Bilateral | Swelling left side head over skull fracture | Clavicle fracture with callus, Skull fracture | SAH/SDH suture diastasis, small linear cranial fracture, HII | (Moderate to) severe brain damage |

represent a pitfall in the diagnosis of inflicted head injury.[17,19,39] Also, Vinchon et al[20] have demonstrated this predisposition for SDH in BEH.

There was a rather high proportion of prematurely born infants in our population, nearly five-fold that found in the general population. Nearly half – three – of the boys in the BEH-like group were prematurely born. Prematurity is a relatively frequent feature in BEH, reported in up to 20%.[40-42] In our material, the proportion of prematurity was even higher. Thus, the age and sex distributions, as well as the high proportion of prematurity, all point to BEH as a probable cause of the subdural fluid collections.

All infants were 6 months or younger and the infant boys in the BEH-like group had a mean age of 2.9 months (median age 2.5 months). This low age is rather similar to the age at which Norwegian infants with BEH become symptomatic and are diagnosed as such.[38] Mean age of symptom onset in that study was 3.4 months.

Thus, the similarity in gender and age distribution between the BEH-like group and that in a nationwide study of BEH infants adds further doubt about the correctness of the abuse diagnosis in these boys.

The four girls within the HII-like group had a median age of only 1.5 month. The very low age in these girls – and in the BEH-like boys as well – makes one wonder if the birth trauma or some immaturity-related factor could be a common denominator for these conditions.

A large proportion (41.2%) of the children in our material had immigrant parents, about four times higher than the proportion of immigrants in the general population. Possible explanations for this disproportionally high number of immigrants are that these parents are more prone to use violence against their own offspring, that infants in immigrant families for some reason more easily get intracranial pathological conditions, or that being immigrant parents represents a social stigma that raises suspicion and further investigations of child abuse in cases of intracranial conditions with unknown causes. The latter possibility receives some support from a recent study by Dror et al who conducted an experiment in which forensic pathologists were tested whether knowledge of irrelevant non-medical information, such as skin colour and who the caretaker was, would influence how they determined the manner of death. Forensic pathologists were more likely to rule 'homicide' rather than 'accident' for deaths of coloured children relative to white children in this hypothetical setting when all *medical* information was kept identical.[43]

## 4.2 | Initial symptoms and clinical and radiological findings

Nearly half of the included children had macrocephaly or a rapidly increasing HC; this was especially the case in seven of the eight boys in the BEH-like group. A nationwide study has shown that an abnormal HC growth most commonly is caused by hydrocephalus.[44] As most children in our material were hospitalised very soon (hours) after an acute event/worsening, family members were consequently suspected of having performed an act of violence shortly before this hospitalisation. After such a sequence of events, one would expect to find neuroimaging compatible with an acute incident, such as an acute SDH; one would not expect a chronic condition, such as a hygroma or a chronic SDH. That is, however, exactly what the neuroimaging shows in all infants with an increased HC – a chronic SDH or a hygroma. An acutely acquired intracranial expansive process, such as acute SDH, will not cause an abnormal head growth; only if an intracranial expansion is present over time, will it eventually result in an abnormally increased HC.

It follows from this that it is rather unlikely that the eight infants with a large or rapidly growing head had been subjected to an act of violence shortly before the acute, clinical worsening. More likely, these infants had a chronic condition with increasing ICP that ultimately caused seizures or precipitated an intracranial bleeding, for instance, an acute re-bleeding in a chronic SDH, see below.

Most of the included children had seizures as an initial symptom; seizure was thus the most frequent symptom. Seizures are frequently reported in infants with BEH, especially in combination with this condition's most common complication – SDH.[7,9,12,17,28,37,45-49]

Vomiting is a non-specific symptom that also can be caused by increased ICP. In the two infants where vomiting was noted, it was not an acute event, but a gradually increasing phenomenon over the last days or weeks before hospital admission, indicating a gradual build-up of the ICP. Both these infants had a bulging or tense fontanelle as a sign of increased ICP with a gradual, not sudden, symptom onset.

## 4.3 | Clinical findings

The majority (12) of the infants had no signs of impact to the neurocranium. The impact signs in the remaining five were a blue mark on the forehead in one infant, scalp swelling after a documented fall in another child, and scalp swelling in combination with an underlying skull fracture in three, two of these were asymptomatic fractures in very young infants – possibly birth-related and disclosed only because suspicion precipitated whole body X-ray. A symptomatic skull fracture was found in a 15-month-old girl (#8) with rickets disease – marked hypocalcaemia and low magnesium/ phosphorus (see Table 1). In addition, blue marks outside the neurocranium were noted in three infants.

Most of the infants had a tense or bulging fontanelle as a sign of increased ICP. In a substantial portion of these cases, the HC measurements reflected a build-up of ICP over time, as it is a common clinical observation that acute intracranial expansive processes usually do not cause macrocephaly, see discussion about macrocephaly above.

Retinal haemorrhages were also common, mostly bilateral – in nine; three had none. Only three infants with bilateral RHs had a good outcome, six had a bad outcome; this finding thus appears to be an alarming sign.

Retinal haemorrhages has for decades been regarded a cardinal symptom of the SBS triad and has been assumed to be caused by intraocular shearing or traction forces acting directly on the retina. According to the medical reports from the court experts, the presence of RHs was regarded as a very strong indication of violent shaking.

However, another explanation is also possible: that the retinal bleedings are caused by an increased ICP being mediated via the optic nerve sheaths to the ocular fundi. Intraocular bleedings can be seen in patients with a rapidly increasing ICP – the so-called Terson's syndrome.[50] A recent study shows that observed or spontaneously admitted violent shaking did not cause bilateral RHs in healthy infants, in other words: shaking alone does not cause RH,[51] and the presence of RH can therefore not be used to decide whether abuse is the cause of the intracranial pathology. In this context, the study by Finnie et al[52] is of some interest; they subjected young lambs to shaking – none of them developed RH (and only minor SDH).

## 4.4 | Radiological findings

Signs of HII were detected in six infants. HII is caused by a global hypoxic-ischaemic insult that does not affect all cerebral structures

in the same way, by complex pathophysiologic processes.[53-56] One typical radiological pattern is that cerebral cortex and subcortical white matter are affected, and that deep brain structures, such as the basal ganglia, the thalamus and the cerebellum are spared. This is the predominant imaging pattern in our patients.

HII has also been by some authors been explained as the result of abusive head injury. A relation between HII and injury to the brain stem, causing apnoea, has been proposed and pathological studies have found evidence supporting this in some cases.[57,58] Similar HII has also been described after apnoea caused by ALTE/BRUE and BEH.[39,59] However, HII is a pattern of injury, and not specific for the cause of hypoxia or ischaemia; it is not possible, with present imaging techniques, to ascertain the cause of the hypoxic/ischaemic event.

Except for two 1-month-old girls (#6, #17), none of the infants in this group had any signs of impact to the skull or other external signs of trauma. Both girls had clavicle fracture with callus formation, one had also a small linear cranial fracture and the other had old rib fractures with callus. Four of the infants (#4, #6, #11, #17) were 1-month-old or even younger, an age that indicate a causal relationship with the birth process.

Although the radiological findings in this group were typical of the HII condition,[60] none of the medical experts mentioned this condition in their reports or during their testimony in court, with one exception (#17). On the contrary, they concluded that the brain damage in all these infants was caused by violent shaking and/or blunt traumas.

In short, all infants in this group had neuroimaging compatible with a HII, a condition which is non-specific and does not prove a traumatic genesis. The medical experts in court did not discuss or mention that there are alternative causes for this injury pattern. In this respect, it is of some interest that the child abuse literature often emphasises that abuse is not diagnosed until all possible alternative conditions have been excluded, see the statement given by Choudhary et al[61] who wrote that the workup must exclude medical diseases that can mimic AHT. It seems questionable whether the court experts followed this advice.

According to the medical experts in court, all the infants with subdural fluid collections had been subjected to violence shortly before hospitalisation. The initial neuroimaging studies in the included cases were performed in close relation to the initial symptoms, and one would therefore expect to find an acute SDH in these cases, with compression of the ipsilateral brain and ventricle and a midline shift when unilateral, and compression of both hemispheres and lateral ventricles if bilateral, as usually seen in traumatic acute SDH. However, these infants' neuroimaging failed to reveal features of an acutely acquired haematoma caused by external traumatic forces. Acute, coagulated blood was not predominant, and the extra-cerebral fluid seemed more compatible with chronic subdural hygroma or chronic SDH, with scattered small amounts of coagulated blood in the chronic fluid. Moreover, these chronic subdural fluid collections did not exert any mass effect on the cortical surface or the lateral ventricles and did not cause a midline shift when unilateral. Choudhary et al[61] claim that mixed density SDH is a frequent finding in AHT: 'Mixed-attenuation subdural hematomas are found with greater prevalence in AHT than in accidental head trauma.' Maybe this consensus statement is the reason for the discrepancy discussed above.

An acute SDH was found in only two children; a *chronic* subdural haematoma (chronic SDH) or hygroma on the other hand, was much more common, present in 10 infants and with a male preponderance. This discrepancy between the radiological appearance of a chronic subdural fluid collection and the short time lapse from the assumed act of violence is indeed intriguing; one possible explanation could be that the fluid in many of these cases simply was described as a 'subdural haematoma' by the radiologist, without any further specifications regarding age of the SDH and that the medical experts assumed this meant an acute subdural haematoma.

All the seven infants in the BEH-like group had radiological characteristics compatible with BEH complicated by a chronic SDH/hygroma. The predisposition for SDH/hygroma is well-known in infants with BEH.[6-20] Lee et al[11] demonstrated this predisposition in almost 10% of their infants with benign extracerebral fluid collection. Several studies show that BEH complicated by SDH/ subdural hygroma has been misdiagnosed as SBS/AHT, often with the most severe medical and above all, social/legal consequences.[15,17,39,62]

In only one case did the medical experts in court notice and discuss the large head and the possibility of BEH (#13), but concluded against this possibility because the HC increase had occurred suddenly, which they believed made that diagnosis unlikely; however, at that time it had been known for some years that the HC growth in BEH usually does not start immediately at birth, but after some months.[37,41,63] Most infants in the BEH-like group had a similar development; they were born with a normal HC that started to grow too rapidly in the following months.

Further, nearly half of these infants were prematurely born, which is a well-known predisposing factor for developing BEH.[40-42] In all other settings than the present, where AHT is suspected, external hydrocephalus would have been the diagnosis. This applies also to the 3.5-year-old boy who died with an isodense SDH after a fall.

*Thus, it can be concluded that findings supporting a diagnosis of BEH were made in these eight boys. Similarly, it can be concluded that the medical experts in court disregarded this diagnosis and misdiagnosed the condition as a result of abuse.*

The designation 'benign' in BEH or BESS is unfortunately misleading, as it predisposes for serious complications, such as SDH, mostly chronic SDH and seizures as discussed above.

With only two exceptions (#2, #8), the fractures in the present material were asymptomatic and *found only because inflicted head trauma was suspected* for other reasons. This applies to all rib fractures, two cranial fractures and clavicle fractures with callus.

Three infants had asymptomatic linear cranial fractures: a prematurely (week 35) born boy (#1) aged 3 (corrected 1.5) months and two 1-month-old girls (#4, #17). The low age, at least of the latter two, indicates birth trauma as a possible mechanism behind the fracture. Dynamic MRI studies of the birth process have shown dramatic

distortions/misconfiguration of the head during its passage through the birth canal[64]; that these forces are strong enough to cause an asymptomatic fracture of one or more of these thin bony plates may not be surprising. This assumption is supported by the estimates of Nachtergaele et al[65] that between 2.9% and 10% of all newborns have a cranial fracture.

None of the rib fractures had given any symptoms; they were found only because abuse was suspected for other reasons. Three of the five infants with rib fractures were born prematurely, and the fact that nearly all fractures had callus formation and the infants had a mean age of 1.8 months, indicates that these fractures could have been caused by the birth process. Most likely, rib fractures are clinically silent in newborns and consequently, the incidence of rib fractures underestimated.[66] This renders it likely that birth-related rib fractures are much more common than previously assumed; they are however not looked for routinely – only when inflicted head trauma is suspected.

The only symptomatic fracture was the femur fracture in a moderately premature (35 weeks) 1.5-month-old boy. This fracture was discovered by the parents because they had observed a tender swelling of the thigh two days after an Ortolani's test for hip dysplasia. It is possible that this manoeuvre, in combination with bone fragility/low calcium levels that has been reported in prematures,[67,68] caused this fracture.

Clavicle fracture is the most common birth-related fracture – in 5% of newborns.[66] The two infants with a clavicle fracture in our material were only one month of age and the fracture had callus; thus, most likely these fractures were caused by a birth trauma.

## 4.5 | Clinical outcome

Two patients died: a 1-month-old girl (#4) with an intracerebral hematoma and a 3.5-year-old boy (#16) with clinical and radiological characteristics of BEH, who sustained a large isodense SDH that did not compress the hemispheres, probably after a seizure that resulted in a fall from own height and impact to the head.

A total of seven children survived with a severe brain injury: a 15-month-old girl (#8) with a manifest rickets disease with hypocalcaemia and low values of phosphorus and magnesium. She sustained a cranial fracture and an acute SDH with a cytotoxic oedema of the underlying hemisphere, possibly after an unwitnessed fall.

Another six infants also had a bad outcome due to severe brain damage – four boys and two girls (mean age 2.8 months, median age 2.3 months). Two of these boys (#14, #15) aged 3.5 and 5 months, respectively, had clinical and radiological characteristics compatible with BEH; in both, an objectively recorded, long-lasting respiratory arrest was the cause of the global brain injury. The remaining four infants with a severe brain injury were a prematurely (week 31) born 6-month-old boy (#3), two 1-month-old girls (#6, #17) and a boy aged 0.5 month (#11).

Thus, a total of nine infants died or survived with severe brain injury. Four of these, three girls and one boy, were 1-month-old or younger.

Four infants with uncomplicated chronic SDH/hygroma/mixed SDH (#5, #7, #9, #10) had good outcome despite bilateral RH. All infants with HII had bilateral RH, apart from patient #4, who only had a unilateral RH.

## 4.6 | Expert witnesses appointed by the court

Three expert witnesses served in most of the included cases. It seems as if very few, if any, of the medical experts in court had practical, clinical experience with handling of severe head injuries in infants. In at least four cases, the same specialists in forensic medicine had served as medical experts for the investigating authorities and later in both court levels. Such a practice is associated with bias, for example, confirmation bias, and has therefore been heavily criticised.[69]

## 4.7 | Strengths and limitations

This report is based on cases within the Norwegian legal system, in which a small number of court-appointed medical experts serve in most cases. The applicability of our findings to other legal systems may therefore be limited. The strength of the present study is that it is nationwide and thus covers all judicial regions over a 12-year period, with good access to medical, as well as judicial documentation at an individual level. A limitation may be that we cannot guarantee that all cases are court cases have been included in the national court system's data base. However, it appears quite unlikely that this could have caused any bias in the selection of cases.

## 5 | CONCLUSION

Our results indicate that the head injuries in the majority of the investigated children possibly, or even probably, had a non-traumatic cause, and consequently, that these children not necessarily had been subjected to an inflicted head injury caused by shaking or direct impact. We emphasise that we cannot, based on the present study, rule out that these children had been shaken, in the same way as it is impossible to prove that any of them had been shaken, based only on clinical and radiological findings made *after* the alleged violence.

There appears to be a need for a strict investigation protocol for cases of alleged SBS/AHT. In addition, we believe that information on HC development should be available and that any multidisciplinary team to analyse such cases should include colleagues with practical clinical experience in handling and diagnosing head injuries in children. In the present study, such professionals were virtually non-existent. Most experts in court were specialists in forensic medicine or paediatrics without such clinical experience.

## ACKNOWLEDGEMENT

Pelle Nilsson, MD, PhD participated in the initial phases of the study.

## CONFLICT OF INTEREST

KW has served as an expert witness for the court (paid) and the defence (unpaid) in a few cases of suspected abusive head injury in Norwegian courts. JW has served as a mostly unpaid expert witness for the prosecution and the defence in a few cases in Norway and Sweden. AS and US declare no conflict of interest.

## ORCID

*Knut Wester* https://orcid.org/0000-0001-8489-3931

## REFERENCES

1. Donohoe M. Evidence-based medicine and shaken baby syndrome: part I: literature review, 1966–1998. Am J Forensic Med Pathol. 2003;24(3):239-242.
2. Elinder G, Eriksson A, Hallberg B, et al. Traumatic shaking: the role of the triad in medical investigations of suspected traumatic shaking. Acta Paediatr. 2018;107:3-23.
3. Adamsbaum C, Grabar S, Mejean N, Rey-Salmon C. Abusive head trauma: judicial admissions highlight violent and repetitive shaking. Pediatrics. 2010;126(3):546-555.
4. Vinchon M, de Foort-Dhellemmes S, Desurmont M, Delestret I. Confessed abuse versus witnessed accidents in infants: comparison of clinical, radiological, and ophthalmological data in corroborated cases. Child Nerv Syst. 2010;26(5):637-645.
5. Gudjonsson G. Memory distrust syndrome, confabulation and false confession. Cortex. 2017;87:156-165.
6. Azais M, Echenne B. Idiopathic subarachnoid space enlargement (benign external hydrocephalus) in infants. Ann Pediatr. 1992;39(9):550-558.
7. Ghosh PS, Ghosh D. Subdural hematoma in infants without accidental or nonaccidental injury: benign external hydrocephalus, a risk factor. Clin Pediatr. 2011;50(10):897-903.
8. Gout A, Gautier I, Bellaiche M, et al. Idiopathic subarachnoid space enlargement in infancy: simple anatomic variant or hemorrhagic risk factor? Arch Pediatr. 1997;4(10):983-987.
9. Hellbusch LC. Benign extracerebral fluid collections in infancy: clinical presentation and long-term follow-up. J Neurosurg. 2007;107(2 Suppl):119-125.
10. Kapila A, Trice J, Spies WG, Siegel BA, Gado MH. Enlarged cerebrospinal-fluid spaces in infants with subdural hematomas. Radiology. 1982;142(3):669-672.
11. Lee HC, Chong S, Lee JY, et al. Benign extracerebral fluid collection complicated by subdural hematoma and fluid collection: clinical characteristics and management. Child Nerv Syst. 2018;34(2):235-245.
12. McNeely PD, Atkinson JD, Saigal G, O'Gorman AM, Farmer JP. Subdural hematomas in infants with benign enlargement of the subarachnoid spaces are not pathognomonic for child abuse. Am J Neuroradiol. 2006;27(8):1725-1728.
13. Medina LS, Frawley K, Zurakowski D, Buttros D, DeGrauw AJ, Crone KR. Children with macrocrania: clinical and imaging predictors of disorders requiring surgery. AJNR Am J Neuroradiol. 2001;22(3):564-570.
14. Ment LR, Duncan CC, Geehr R. Benign enlargement of the subarachnoid spaces in the infant. J Neurosurg. 1981;54(4):504-508.
15. Miller D, Barnes P, Miller M. The significance of macrocephaly or enlarging head circumference in infants with the triad further evidence of mimics of shaken baby syndrome. Am J Foren Med Path. 2015;36(2):111-120.
16. Papasian NC, Frim DM. A theoretical model of benign external hydrocephalus that predicts a predisposition towards extra-axial hemorrhage after minor head trauma. Pediatr Neurosurg. 2000;33(4):188-193.
17. Piatt JH Jr. A pitfall in the diagnosis of child abuse: external hydrocephalus, subdural hematoma, and retinal hemorrhages. Neurosurg Focus. 1999;7(4):e4.
18. Pittman T. Significance of a subdural hematoma in a child with external hydrocephalus. Pediatr Neurosurg. 2003;39(2):57-59.
19. Ravid S, Maytal J. External hydrocephalus: a probable cause for subdural hematoma in infancy. Pediatr Neurol. 2003;28(2):139-141.
20. Vinchon M, Delestret I, DeFoort-Dhellemmes S, Desurmont M, Noule N. Subdural hematoma in infants: can it occur spontaneously? Data from a prospective series and critical review of the literature. Child Nerv Syst. 2010;26(9):1195-1205.
21. Feld K, Feld D, Karger B, et al. Abusive head trauma in court: a multi-center study on criminal proceedings in Germany. Int J Legal Med. 2021;135(1):235-244.
22. Stridbeck U, Syse A, Nilsson P, Wikström J, Wester K. Vurdering av filleristing av barn i straffesaker for norske domstoler. Tidsskrift for Rettsvitenskap. 2020;133(4):423-475.
23. Wiig US, Zahl SM, Egge A, Helseth E, Wester K. Epidemiology of benign external hydrocephalus in Norway a population-based study. Pediatr Neurol. 2017;73:36-41.
24. Morken NH, Vogel I, Kallen K, et al. Reference population for international comparisons and time trend surveillance of preterm delivery proportions in three countries. BMC Womens Health. 2008;8:16.
25. https://www.ssb.no/a/english/publikasjoner/pdf/sa67/sa67.pdf. Accessed November 5, 2020.
26. https://www.ssb.no/en/statbank/table/09817/tableViewLayout 1/. *Statistics Norway* 2015. Accessed November 5, 2020.
27. Zahl SM, Wester K, Gabaeff S. Examining perinatal subdural haematoma as an aetiology of extra-axial hygroma and chronic subdural haematoma. Acta Paediatr. 2020;109(4):659-666.
28. Alper G, Ekinci G, Yilmaz Y, Arikan C, Telyar G, Erzen C. Magnetic resonance imaging characteristics of benign macrocephaly in children. J Child Neurol. 1999;14(10):678-682.
29. Carolan PL, Mclaurin RL, Towbin RB, Towbin JA, Egelhoff JC. Benign extraaxial collections of infancy. Pediatr Neurosci. 1986;12(3):140-144.
30. Castro-Gago M, Perez-Gomez C, Novo-Rodriguez MI, Blanco-Barca O, Alonso-Martin A, Eiris-Punal J. Benign idiopathic external hydrocephalus (benign subdural collection) in 39 children: its natural history and relation to familial macrocephaly. Rev Neurol. 2005;40(9):513-517.
31. Guthkelch AN. Subdural effusions in infancy – 24 cases. Br Med J. 1953;1(4804):233-239.
32. Neveling EA, Truex RC Jr. External obstructive hydrocephalus: a study of clinical and developmental aspects in ten children. J Neurosurg Nurs. 1983;15(4):255-260.
33. Nickel RE, Gallenstein JS. Developmental prognosis for infants with benign enlargement of the subarachnoid spaces. Dev Med Child Neurol. 1987;29(2):181-186.
34. Nishimura K, Mori K, Sakamoto T, Fujiwara K. Management of subarachnoid fluid collection in infants based on a long-term follow-up study. Acta Neurochir (Wien). 1996;138(2):179-184.
35. Pettit RE, Kilroy AW, Allen JH. Macrocephaly with head growth parallel to normal growth-pattern – neurological, developmental, and computerized-tomography findings in full-term infants. Arch Neurol. 1980;37(8):518-521.
36. Robertson WC Jr, Chun RW, Orrison WW, Sackett JF. Benign subdural collections of infancy. J Pediatr. 1979;94(3):382-386.
37. Sahar A. Pseudohydrocephalus-megalocephaly, increased intracranial-pressure and widened subarachnoid space. Neuropadiatrie. 1978;9(2):131-139.
38. Zahl SM, Egge A, Helseth E, Wester K. Clinical, radiological, and demographic details of benign external hydrocephalus: a population-based study. Pediatr Neurol. 2019;96:53-57.

39. Wester K. Two infant boys misdiagnosed as "shaken baby" and their twin sisters: a cautionary tale. Pediatr Neurol. 2019;97:3-11.

40. AlSaedi SA, Lemke RP, Debooy VD, Casiro O. Subarachnoid fluid collections: a cause of macrocrania in preterm infants. J Pediatr-Us. 1996;128(2):234-236.

41. Alvarez LA, Maytal J, Shinnar S. Idiopathic external hydrocephalus: natural history and relationship to benign familial macrocephaly. Pediatrics. 1986;77(6):901-907.

42. Yew AY, Maher CO, Muraszko KM, Garton HJ. Long-term health status in benign external hydrocephalus. PediatrNeurosurg. 2011;47(1):1-6.

43. Dror I, Melinek J, Arden JL, et al. Cognitive bias in forensic pathology decisions. J Forensic Sci. 2021. https://doi.org/10.1111/1556-4029.14697. Accessed February 20, 2021.

44. Zahl SM, Wester K. Routine measurement of head circumference as a tool for detecting intracranial expansion in infants: what is the gain? A nationwide survey. Pediatrics. 2008;121(3):e416-e420.

45. Govaert P, Oostra A, Matthys D, Vanhaesebrouck P, Leroy J. How idiopathic is idiopathic external hydrocephalus? Dev Med Child Neurol. 1991;33(3):274-276.

46. Laubscher B, Deonna T, Uske A, van Melle G. Primitive megalencephaly in children: natural history, medium term prognosis with special reference to external hydrocephalus. EurJ Pediatr. 1990;149(7):502-507.

47. Miller R, Miller M. Overrepresentation of males in traumatic brain injury of infancy and in infants with macrocephaly further evidence that questions the existence of shaken baby syndrome. Am J Foren Med Path. 2010;31(2):165-173.

48. Nogueira GJ, Zaglul HF. Hypodense extracerebral images on computed-tomography in children external hydrocephalus – a misnomer. Child Nerv Syst. 1991;7(6):336-341.

49. Roshan K, Elizabeth C, Chacko A, Rajendra J, Gururaj A, Dilip S. External hydrocephalus – a report of 16 cases from Oman. J Trop Pediatr. 1998;44(3):153-156.

50. De Terson A. L' hemorrhagie dans le corps vitre au cours de l'hemorrhagie cerebrale. Clin Ophthalmol. 1900;6:309-312.

51. Thiblin I, Andersson J, Wester K, Wikstrom J, Hogberg G, Hogberg U. Medical findings and symptoms in infants exposed to witnessed or admitted abusive shaking: a nationwide registry study. PLoS One. 2020;15(10):e0240182.

52. Finnie JW, Blumbergs PC, Manavis J, et al. Neuropathological changes in a lamb model of non-accidental head injury (the shaken baby syndrome). J Clin Neurosci. 2012;19(8):1159-1164.

53. Biagas K. Hypoxic-ischemic brain injury: advancements in the understanding of mechanisms and potential avenues for therapy. Curr Opin Pediatr. 1999;11(3):223-228.

54. Johnston MV, Trescher WH, Ishida A, Nakajima W. Neurobiology of hypoxic-ischemic injury in the developing brain. Pediatr Res. 2001;49(6):735-741.

55. McQuillen PS, Ferriero DM. Selective vulnerability in the developing central nervous system. Pediatr Neurol. 2004;30(4):227-235.

56. Shalak L, Perlman JM. Hypoxic-ischemic brain injury in the term infant-current concepts. Early Hum Dev. 2004;80(2):125-141.

57. Geddes JF, Hackshaw AK, Vowles GH, Nickols CD, Whitwell HL. Neuropathology of inflicted head injury in children: I. Patterns of brain damage. Brain. 2001;124:1290-1298.

58. Matschke J, Buttner A, Bergmann M, Hagel C, Puschel K, Glatzel M. Encephalopathy and death in infants with abusive head trauma is due to hypoxic-ischemic injury following local brain trauma to vital brainstem centers. Int J Legal Med. 2015;129(1):105-114.

59. Barnes PD, Galaznik J, Gardner H, Shuman M. Infant acute life-threatening event-dysphagic choking versus nonaccidental injury. Semin Pediatr Neurol. 2010;17(1):7-11.

60. Huang BY, Castillo M. Hypoxic-ischemic brain injury: imaging findings from birth to adulthood. Radiographics. 2008;28(2):417-439.

61. Choudhary AK, Servaes S, Slovis TL, et al. Consensus statement on abusive head trauma in infants and young children. Pediatr Radiol. 2018;48(8):1048-1065.

62. Scheller J, Wester K. Is external hydrocephalus a possible differential diagnosis when child abuse is suspected? Acta Neurochir (Wien). 2021. https://doi.org/10.1007/s00701-021-04786-3

63. Pascual-Castroviejo I, Pascual-Pascual SI, Velazquez-Fragua R. A study and follow-up of ten cases of benign enlargement of the subarachnoid spaces. Rev Neurol. 2004;39(8):701-706.

64. Ami O, Maran JC, Gabor P, et al. Three-dimensional magnetic resonance imaging of fetal head molding and brain shape changes during the second stage of labor. PLoS One. 2019;14(5):e0215721.

65. Nachtergaele P, Van Calenbergh F, Lagae L. Craniocerebral birth injuries in term newborn infants: a retrospective series. Child Nerv Syst. 2017;33(11):1927-1935.

66. Hogberg U, Fellman V, Thiblin I, Karlsson R, Wester K. Difficult birth is the main contributor to birth-related fracture and accidents to other neonatal fractures. Acta Paediatr. 2020;109(10):2040-2048.

67. Picone S, Paolillo P. Neonatal outcomes in a population of late-preterm infants. J Matern Fetal Neonatal Med. 2010;23:116-120.

68. Pieltain C, de Halleux V, Senterre T, Rigo J. Prematurity and bone health. World Rev Nutr Diet. 2013;106:181-188.

69. Dror IE. Biases in forensic experts. Science. 2018;360(6386):243.

## SUPPORTING INFORMATION

Additional supporting information may be found online in the Supporting Information section.

**How to cite this article:** Wester K, Stridbeck U, Syse A, Wikström J. Re-evaluation of medical findings in alleged shaken baby syndrome and abusive head trauma in Norwegian courts fails to support abuse diagnoses. *Acta Paediatr.* 2021;00:1–14. https://doi.org/10.1111/apa.15956

# EXHIBIT 34

Forensic Science International: Synergy 6 (2023) 100314

Contents lists available at ScienceDirect

# Forensic Science International: Synergy

journal homepage: www.sciencedirect.com/journal/forensic-science-international-synergy



# Evidence for significant misdiagnosis of abusive head trauma in pediBIRN data



Chris Brook

*Universidad de La Laguna (ULL), La Laguna, Tenerife, Spain*

ARTICLE INFO

*Keywords:*
Abusive head trauma
Shaken baby syndrome
Evidence based medicine

ABSTRACT

Independently witnessed events are used as a reference standard to robustly categorize accidental or non-abusive head trauma (non-AHT) cases in the pediBIRN data set of acutely symptomatic infants with closed head injuries. Findings in such *independently witnessed non-AHT* cases are compared to findings in cases that were *diagnosed as AHT* but were not independently witnessed. The data shows that 14% of *independently witnessed non-AHT cases are misdiagnosed as AHT*, and that risk factors for misdiagnosis include acute encephalopathy, bilateral or interhemispheric SDH, and/or severe retinal hemorrhages, findings that are commonly associated with AHT. The data also shows that "dense retinal hemorrhages extending to the periphery" are not highly suggestive of AHT, as they also occur in *independently witnessed non-AHT* cases.

## 1. Introduction

Much research attempting to validate the diagnoses of abusive head trauma (AHT) has been criticized for relying on circular reasoning [1–4]. Such studies uses cases diagnosed as AHT [5] as a reference standard, with those diagnoses based on findings already associated with AHT, in order to determine findings associated with AHT (see Fig. 1A [6]). The results of such studies simply reflect the findings that were used in making the diagnosis, i.e., the findings widely believed to be associated with AHT.

To break from this fundamental flaw in methodology, cases where events were witnessed provide the promise of a "gold standard" for research in the field [7]. Although caveats remain around witnessed events, particularly the potential for motivated or biased witnesses and the issue of causation, unbiased independently witnessed events are the best reference standard for trying to understand which findings are associated with trauma, both abusive (AHT) and accidental (non-AHT).

This study analyses the Pediatric Brain Injury Research Network (pediBIRN) data set of acutely symptomatic patients under 3 years of age to examine and compare abusive head trauma (AHT) and non-AHT cases in infants. Independently witnessed events are used as a reference standard to understand how often accidents or non-AHT cases are misdiagnosed as AHT, and what are the risk factors for such misdiagnosis.

The paper is organized as follows: in Section 2, the pediBIRN data is presented, and reasons provided as to why admitted cases do not provide a robust reference standard, and why independently witnessed events

provide a more reliable standard. In Section 3, cases of *independently witnessed non-AHT* are compared to cases that were *diagnosed as AHT* and the implications of applying the adopted reference standard to this prospective, uniform set of data are discussed. Conclusions are summarized in Section 5.

## 2. Materials and methods

### 2.1. PediBIRN data

The PediBIRN data [8] contains information on 973 acutely symptomatic patients with ages less than 3 years, all hospitalized for intensive care in one of 18 participating academic medical centers, between February 2011 and March 2021. All patients had closed head injuries that were confirmed by either CT or MRI. Patients with pre-existing brain abnormalities were excluded, as were those involved in motor vehicle collisions The pediBIRN collaboration did not release the raw data publicly, and turned down a request for the data. However, some data is publicly available from tables in the published articles, Hymel et al., 2022 [9] (Hymel22 hereafter) and Boos et al., 2022 [10] (Boos22 hereafter). Further, full data for 420 [11] of the 973 cases were released with an earlier publication [12]. These 420 cases come from 8 academic medical centers. Although further interesting analysis may be possible with the entire data set, the publicly available data within the tables of the published articles combined with the full data for 420 cases, allows for substantial analysis and to draw inferences and make conclusions.

*E-mail address:* chbrook@ull.edu.es.

https://doi.org/10.1016/j.fsisyn.2023.100314
Received 21 December 2022; Received in revised form 4 January 2023; Accepted 4 January 2023
Available online 10 January 2023
2589-871X/© 2023 The Author(s). Published by Elsevier B.V. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).

For full details of the PediBIRN data, refer to Hymel22 and references therein. Crucial aspects of the data are summarized here:

Investigators were led through the same series of questions to attain uniform data.

1. Was the child's head injury event witnessed and described thoroughly by an unbiased, independent observer? Answer options were:
   (a) Yes, and was described by this observer as an 'accidental' or 'non-abusive' head injury event,
   (b) Yes, and was described by this observer as an 'inflicted' or 'abusive' head injury event, or
   (c) "No or unknown."

If the investigators answered (c), they were also required to answer.

2. Was the person responsible for this child when he or she was head-injured—or first became clearly and persistently ill—asked to explain what happened?

If investigators responded *Yes*, they were then asked.

3. *Which of the following statements best summarizes this caregiver's explanation for the child's head injuries and acute clinical presentation?* Answer options included:
   (a) The caregiver described an 'accidental' or 'non-abusive' head injury event
   (b) The caregiver clearly admitted 'inflicted' or 'abusive' head trauma
   (c) The caregiver specifically denied that the child experienced any head trauma before he or she became symptomatic, or
   (d) The caregiver refused to explain what happened.

Based on these responses, the data was categorized as i) *admitted or independently witnessed AHT*, ii) *independently witnessed non-AHT* or iii) *diagnosed AHT* that was neither admitted nor independently witnessed. Investigators were also asked to provide the final consensus diagnosis of treating and consulting physicians. Answer options were *definitive non-AHT, probable non-AHT, undetermined, probable AHT,* and *definitive AHT.*

### 2.2. Reference standard: Unbiased, independently witnessed events

Unbiased, independently witnessed events are used as a reference standard for classification as non-AHT. Different studies have used different criteria for independent witnesses. One study [13] requires that independent witnesses to AHT be a non-family member such as a neighbor or a stranger in a public setting, while another study [14]

includes family members as "independent" witnesses, although they do not claim those witnesses to be "unbiased". In terms of independently witnessed non-AHT, one study [15] requires that the event was witnessed by at least two people, whilst another study [16] requires the event was witnessed by at least two people or one person who is not involved in the care of the child.

The pediBIRN data has 100 such cases of "unbiased independently witnessed" non-AHT. No detailed information is provided in the pediBIRN data regarding the meaning of "unbiased" and "independent", or the identity of the witness, which is listed as a possible weakness of this study.

The full pediBIRN data set also has 9 cases of *witnessed AHT*. In Hymel22, the 9 cases of *witnessed AHT* are grouped with cases of *admitted AHT* so cannot be separately analyzed. In the 420 publicly available cases there are only 3 cases of independently *witnessed AHT*, so not enough from which to draw inferences. However, the k-means clustering analysis from Boos22 shows that the findings the 9 cases of *witnessed AHT* in the full data set cluster closely with the findings of the cases of *witnessed non-AHT*. In other words, for the pediBIRN data set, findings are similar in all independently witnessed trauma cases, whether AHT or non-AHT.

Nevertheless, due to the low numbers of witnessed AHT cases and their mixing with admitted cases in Hymel22, it is made clear throughout this article that the analysis is made on cases of *witnessed non-AHT*, and it is from those cases that conclusions are drawn.

### 2.3. Admitted AHT cases in pediBIRN data

The pediBIRN data also provides findings for *admitted AHT* cases. However, the data does not include the circumstances in which the admissions were made. To their credit, Hymel22 cite this as a limitation of their study. This methodological limitation risks biasing the results and injecting circular reasoning into the study.

Psychologists have studied [18] a range of circumstances in which admissions and confessions are made, providing information on their reliability. In the context of AHT studies, an important distinction can be made between admissions made spontaneously, *prior to* medical conclusions and *prior to* accusations of abuse/shaking being made, and those made during the judicial process, so *after* medical examination, and *after* accusations have been made [19]. These will be referred to as *spontaneous* and *judicial* admissions respectively[1]:



**Fig. 1.** A Circular Reasoning: findings such as retinal hemorrhages (RH) are used as diagnostic criteria to diagnose AHT, so RH will have high prevalence in cases diagnosed with AHT, and will be "validated" as a diagnostic criterion for AHT. **B** Judicial Admissions: findings such as RH are used as diagnostic criteria to diagnose AHT, so RH will have high prevalence in cases diagnosed with AHT who enter the judicial process, some of whom make admissions. The findings in judicial admission cases are determined by the criteria used to diagnose abuse. The circle is the same as in A, with an added step. **C** Spontaneous Admissions: admissions made independently of diagnosis can have any findings, which have not been pre-determined by assumed diagnostic criteria. Alongside independently witnessed AHT and non-AHT, clinical data from spontaneous admissions has clinical value.

---

[1] This Figure is adapted from Figure 8 of Vinchon M, Noulé N, Karnoub MA. The legal challenges to the diagnosis of shaken baby syndrome or how to counter 12 common fake news. Childs Nerv Syst. 2022 Jan; 38(1):133-145.

*Spontaneous admissions* to abuse were made spontaneously, independent of the assessment of a physician. Assessment by a physician comes *after* the admission. In *spontaneous* admissions, the traumatic abuse (and the mechanism, possibly including shaking) is suggested by the admitter.

*Judicial admissions* to abuse were made *after* assessment by a physician, *after* accusations are made, during the investigative and/or judicial process. In *judicial admissions*, the traumatic abuse (and often the mechanism) is suggested by the doctor and/or interrogator, after medical findings have been determined.

The types of injuries that can be associated with cases of *spontaneous admissions* is unlimited, meaning which data set of *spontaneous admissions* could be used to determine which findings are typically caused by AHT, and in particular by shaking. By contrast, the types of injuries associated with cases of *judicial admissions* is determined by the physician, based on findings that are believed to be diagnostic of AHT. The findings in a data set containing *judicial admissions* are thus already determined based on the findings believed to be diagnostic of AHT, and have high risk of circular reasoning (see Fig. 1B vs 1C).

### 2.3.1. The data rules out a significant fraction of spontaneous admissions

It is acknowledged that "few witnessed shaken infants has signs and symptoms of AHT" [20]. The majority of witnessed shaking events lead to no neurological findings [21]. If all people who shook an infant and took them to the hospital to be assessed, most would not show signs and symptoms of AHT. Therefore, if there were a statistically significant number of *spontaneous* admissions in *admitted/witnessed AHT* group of pediBIRN data, there would be a significant number of cases *without* neurological findings. These cases without neurological findings would mean that the set of cases with *spontaneous* admissions must be statistically different to the set of cases *diagnosed AHT* by physicians.

On the other hand, the cases with *judicial* admissions *must* have the signs and symptoms associated with AHT by physicians, because the first step is the identification of such findings. Therefore, there *must* be no statistical difference between findings in this group, and the AHT cases that were diagnosed by physicians. The fact that there is not a statistical difference in these two groups in the pediBIRN data (see Table 3 of Hymel22) means that one can infer that the *admitted/witnessed* AHT cases in the pediBIRN data *must* be dominated by *judicial* admissions.

If the data is dominated by *judicial* admissions (as it seems) there is a risk of circular reasoning because the cases in both cohorts, those *admitted* and those *diagnosed*, were selected based on having the medical findings that the physicians use to diagnose AHT. The diagnostic test is the first step of the reference test [22]. Therefore, the similarity between *admitted AHT* and *diagnosed AHT* in the pediBIRN data, as found by Hymel22, is an inevitable outcome of the methodology employed. This problem of circularity when using judicial admissions is shown in panel B of Fig. 1.

### 2.3.2. Are all admissions in pediBIRN data true confessions to violent shaking?

The pediBIRN data may include admissions that were *incentivized* by plea bargain, the promise or hope of a lighter sentence, and/or the promise or hope of returning children to the home and care of the partner of the person who confessed. A lack of information makes it very difficult to assess how many admissions in the pediBIRN were *incentivized*, and how many risk factors and red flags for *false* confession are present in each case. Further still, it is not clear that all admissions were to violent shaking, or whether some admissions were to lesser acts.

It is for these reasons that researchers who attempt to use admissions in AHT studies have been repeatedly urged to provide information on the circumstances in which admissions are made [23,24]. Without information such as what accusations were being made, what was admitted, who first suggested the shaking mechanism, whether child custody proceedings were running concurrently, whether offers of charges for lesser crimes or lower sentences were made, there remains a

considerable risk of bias and circularity in the data when admitted cases are used as a reference standard.

Given all these factors presented in this section (2.3), including risk of circular reasoning and risk of incentivized, pragmatic, or coerced false admissions, judicial admissions do not make a reliable scientific reference standard for understanding the findings associated with AHT. Thus, *admitted* cases are not used as a reference standard in this study.

### 2.4. Statistical testing

Comparisons are made between *all cases* and *independently witnessed non-AHT* cases, and then between *independently witnessed non-AHT that were diagnosed AHT* cases and cases *diagnosed as AHT with no independent witness*. The chi2_contingency from the python scipy.stats module is used to calculate p values using the chi-squared test. p values are recalculated using the Fisher exact test for Table 2 using fisher_exact from the same module. p-values <0.05 are considered "significant" but are provided in each case for clarity of the degree of significance.

## 3. Results and discussion

### 3.1. Findings in cases of witnessed non-AHT

In Table 1 *all cases* are compared with cases of *witnessed non-AHT*. For *all* cases, the 420 case data set is used, of which 313 had ophthalmologic exams. Cases of *witnessed non-AHT* (n=100 of which 38 had ophthalmologic exams), come from the full data set of 937 cases. The p values and odds ratios (with 95% confidence interval) show the comparison between findings in these two categories.

The two categories of cases shown in Table 1 show significant differences in a range of findings. Notably, *witnessed non-AHT* cases have

**Table 1**

The first column shows findings from all cases from the 420 case data set (of which 313 had ophthalmologic exams). The second column shows the finings for cases of *witnessed non-AHT* (n=100 of which 38 had ophthalmologic exams), coming from the full data set of 937 cases. The p values and odds ratios (with 95% confidence interval) for these two categories are shown.

| | All cases | Witnessed non-AHT | p value | Odds ratio |
|---|---|---|---|---|
| Acute respiratory compromise | 180/420 (43%) | 31/100 (31%) | 0.03 | 1.4 (0.9–2.2) |
| Acute circulatory compromise | 147/420 (35%) | 19/100 (19%) | 0.002 | 1.8 (1.1–3.2) |
| Seizure | 139/420 (33%) | 16/100 (16%) | <0.001 | 2.2 (1.2–3.9) |
| Acute encephalopathy[a] | 223/420 (53%) | 47/100 (47%) | 0.273 | 1.1 (0.7–1.7) |
| Acute encephalopathy >24 h[b] | 110/420 (26%) | 16/100 (16%) | 0.033 | 1.6 (0.9–2.9) |
| Subdural Hemorrhage (SDH) | 303/420 (72%) | 52/100 (52%) | <0.001 | 1.4 (0.9–2.2) |
| Unilateral SDH | 103/420 (25%) | 27/100 (27%) | 0.607 | 0.9 (0.6–1.5) |
| Bilateral SDH | 167/420 (40%) | 20/100 (20%) | <0.001 | 2.0 (1.2–3.4) |
| Hypoxia, ischemia, and/or brain swelling | 142/420 (34%) | 22/100 (22%) | 0.022 | 1.5 (0.9–2.6) |
| Any skull Fracture | 201/420 (48%) | 74/100 (74%) | <0.001 | 0.6 (0.4–1.1) |
| Retinoschisis | 27/313 (9%) | 3/38 (8%) | 0.879 | 1.1 (0.3–3.8) |
| Severe Retinal Hemorrhage[c] | 133/313 (43%) | 7/38 (18%) | 0.004 | 2.3 (1.0–5.4) |

[a] Acute encephalopathy: alteration or loss of consciousness at the scene of injury, during transport, in the Emergency Room, or prior to hospital admission.
[b] Acute encephalopathy >24: as above where loss of consciousness lasts greater than 24 h.
[c] Retinal Hemorrhage(s): described by an ophthalmologist as "dense, extensive, covering a large surface area, and/or extending to the ora serrata."

*higher* rates of skull fractures (p=<0.001). This may be expected, as *witnessed non-AHT* cases are generally accidents such as falls that result in blunt force trauma, whilst *all cases* may include non-traumatic causes such as bleeding disorders that would be significantly less likely to result in skull fractures. The higher rates of skull fractures therefore provide a degree of corroborating evidence for the veracity of the eyewitness accounts.

Table 1 shows that *witnessed non-AHT* cases have significantly *lower* rates of hypoxia, ischemia and/or brain swelling (p=0.022), and also have significantly *lower* rates of findings that are often associated with AHT, including seizure (p < 0.001), bilateral SDH (p < 0.001), acute encephalopathy that lasts 24 h or more (p=0.033) and severe RH (p=0.004). Thus, these findings commonly associated with AHT are not strongly associated with blunt force trauma.

Nevertheless, *witnessed non-AHT* cases do have such findings, just at lower rates. A natural interpretation is that blunt force trauma is a cause of intra cranial findings commonly associated with AHT, but it is not the most common cause of such findings.

### 3.2. Severe RHs are common

Of the 313 cases that had eye exams, 133 (43%) had severe RHs, described by an ophthalmologist as "dense, extensive, covering a large surface area, and/or extending to the ora serrata". The rate of severe RHs increases to 71% when there is hypoxia, ischaemia and/or brain swelling, and to 77% when such hypoxia is bilateral and/or involving the subcortical brain. Similarly, the rate of severe RHs increases to 58% for cases with acute encephalopathy, and 73% for cases where the encephalopathy lasts >24 h. This correlation between degree of intracranial pathological conditions and the degree of RH is now well established [25] in the literature and is supported by the pediBIRN data.

### 3.3. Accidental trauma misdiagnosed as AHT

When using witnessed events as a reference standard, the pediBIRN data shows that 14/100 *witnessed non-AHT* cases have been diagnosed as AHT. So, simply following from the adopted reference standard, the data shows that 14% of accidents are misdiagnosed as AHT.

Table 2 uses data from the full 937 cases and shows the rates of various findings in cases of *witnessed non-AHT* that were *diagnosed as AHT* (n=14, of which 12 had ophthalmologic exams), compared to cases *diagnosed AHT*, i.e., those diagnosed by physicians that were neither witnessed nor admitted (n=438 of which 425 had ophthalmologic exams). Also shown are the p values and odds ratios between these categories of cases.

The p values in Table 2 show that there are no significant statistical differences in the findings between cases of *witnessed non-AHT diagnosed as AHT* and cases that were *diagnosed AHT* but where there was no independent witness.

As 14 is a relatively small number of cases to do statistical analysis, results are also checked using the Fisher exact test, shown in brackets in Table 2. No qualitative difference was found between the Fisher exact and chi-squared tests. Whilst each individual finding has a relatively large 95% confidence interval, the association between findings in the two categories is *systematic*. That is, the findings commonly associated with AHT *all* show no significant difference between the two categories, and *all* show odds ratios that are close to 1. This systematic trend greatly decreases the likelihood that the association is based on chance, and greatly increases confidence in the result.

Having similar findings in cases *diagnosed AHT* and cases of *witnessed non-AHT* that were diagnosed as AHT is not surprising, because both groups rely on diagnosis by the same physicians, who make the diagnosis by reference to findings that are commonly associated with AHT. The interesting part is that the data shows that a subset *of witnessed non-AHT* case *can* have findings that physicians associate with AHT, and that when this occurs, the physicians tend to misdiagnose the cases as AHT, *even though* there is an independent unbiased witness attesting that it was *non-AHT*.

### 3.4. Risk factors for misdiagnosis

Applying the adopted reference standard, the data shows that.

- 15 cases of *witnessed non-AHT* had bilateral and/or subcortical hypoxia, ischemia, and/or swelling. Of those, 7 (44%) were misdiagnosed as AHT.
- 17 cases of *witnessed non-AHT* had acute encephalopathy lasting >24 h. Of these, 8 (47%) were misdiagnosed as AHT.
- 25 cases of *witnessed non-AHT* had bilateral and/or interhemispheric SDH. Of these, 10 (40%) were misdiagnosed as AHT.
- 7 cases of *witnessed non-AHT* had severe RH. Of these 6 (86%) were misdiagnosed as AHT.
- All 3 cases (100%) of *witnessed non-AHT* with retinoschisis were misdiagnosed as AHT.

In summary, high risk factors for misdiagnosis of AHT are hypoxia, ischemia, and/or swelling, acute encephalopathy, bilateral and/or interhemispheric SDH, and severe RH.

### 3.5. Severe retinal hemorrhages occur in non-AHT

Severe RHs are significantly less common in *witnessed non-AHT* than in the total population of cases, but they do occur. Within the *witnessed non-AHT* cases, 38 underwent retinal exams. Of those, 7 (18%) were found to have RH that were severe. This rate is even more striking when one considers the [26] correlation between degree of intracranial pathological conditions and the degree of RH. Using the 420 cases, 11 cases of *witnessed non-AHT* that had acute encephalopathy, of which 4 (36%) had severe RH. Of the 5 *witnessed non-AHT* cases with acute encephalopathy lasting more than 24 h, 3 (60%) had severe RH. Of the 6 cases that had hypoxia, ischaemia and/or swelling, 3 (50%) had severe RHs.

Although these *non-AHT* case numbers are small, it seems that the relation between the extent of intracranial pathological conditions holds for cases of independently *witnessed non-AHT* and is not specific to AHT. Indeed, the relation holds in pediBIRN data if one selects only cases

**Table 2**

Findings in cases of *witnessed non-AHT that were diagnosed as AHT* (n=14, of which 12 had ophthalmologic exams), compared to cases *diagnosed as AHT* that were not witnessed. p values and odds ratios (with 95% confidence interval) are shown. p values using the Fisher exact test are shown in brackets.

| | Witnessed non-AHT diagnosed as AHT | Diagnosed AHT | p value | Odds ratio |
|---|---|---|---|---|
| Acute respiratory compromise | 10/14 (71%) | 270/438 (62%) | 0.46 (0.58) | 1.2 (0.4–3.8) |
| Acute circulatory compromise | 8/14 (57%) | 170/438 (39%) | 0.17 (0.18) | 1.5 (0.5–4.3) |
| Seizure | 7/14 (50%) | 228/428 (52%) | 0.88 (1.0) | 1.0 (0.3–2.8) |
| Acute encephalopathy >24 h | 8/14 (57%) | 211/438 (48%) | 0.51 (0.59) | 1.2 (0.4–3.5) |
| Bilateral and/or interhemispheric SDH | 10/14 (71%) | 318/438 (73%) | 0.92 (1.0) | 1.0 (0.3–3.2) |
| Bilateral and/or subcortical hypoxia, ischemia, or swelling | 7/14 (50%) | 220/438 (50%) | 0.99 (1.0) | 1.0 (0.3–2.9) |
| Extracranial fracture(s) moderately or highly specific for abuse | 2/14 (14%) | 143/410 (35%) | 0.11 (0.15) | 0.4 (0.1–1.9) |
| Retinoschisis | 3/12 (25%) | 48/425 (11%) | 0.15 (0.15) | 2.2 (0.6–8.5) |
| Severe Retinal Hemorrhage | 6/12 (50%) | 257/425 (60%) | 0.47 (0.55) | 0.8 (0.3–2.6) |

where the accused person denied any trauma had occurred, it holds when selecting only cases where the accused makes admissions during the judicial process, it holds for cases where the doctor's final diagnosis was *AHT*, and it holds for cases where the doctors' final diagnosis was *non-AHT*. It appears to be a very robust relation.

### 3.6. Strengths and weaknesses

A strength of our study is that the pediBIRN data is large, prospective, and uniform and that the methodology does not rely on circular reasoning. Limitations include the fact that the 937 case data set is not fully available publicly, which would allow better statistics in the instances where 420 of the 937 cases are used; a lack of information surrounding the witnesses and whether they are truly unbiased and independent; the issue of causation which will always be a caveat when using witnessed or admitted cases as a reference standard.

### 4. Conclusions

Given the inability to conduct randomized control trials, unbiased, independently witnessed events are the best reference standard available for classifying cases as being abusive verses non abusive head trauma and avoiding circular reasoning.

When using unbiased independently witnessed events as a reference standard, pediBIRN data shows that misdiagnosing accidents as AHT is common, particularly when acute encephalopathy, bilateral or interhemispheric SDH, and/or severe RH, are present. As intracranial pathological conditions become more severe, the rate of misdiagnosis of accidents as AHT rises rapidly.

Misdiagnoses of non-AHT cases occur despite the statistical differences in findings of *witnessed non-AHT* cases compared to *diagnosed AHT* cases. Tables 1 and 2 demonstrate that there is nevertheless an overlap between the findings in *non-AHT* cases and the findings used by physicians to diagnose abuse. When such an overlap exists, there is a significant risk of misdiagnosis.

Misdiagnosed of undetected or unknown medical conditions, or evidence for other causes of findings associated with AHT such as the hypoxic cascade hypothesis put forward by Geddes [27], would imply *additional* misdiagnoses on top of misdiagnosed *non-AHT*.

The data also shows that retinal hemorrhages that are "dense, extensive, covering a large surface area, and/or extending to the ora serrata." are common and occur relatively commonly in non-AHT. This supports a growing body of research [28–34] that has shown that severe retinal hemorrhages in infants can have a range of causes. The known relation between severity of intracranial pathological conditions and rates of severe retinal hemorrhages is also found in the pediBIRN data and seems to be a very robust relation.

### Declarations of competing interest

None.

### References

[1] E.L.W. Fung, et al., Unexplained subdural hematoma in young children: is it always child abuse? Pediatr. Int. 44 (2002) 37–42.

[2] M. Donohoe, Evidence-based medicine and shaken baby syndrome: part I: literature review, 1966-1998, Am. J. Forensic Med. Pathol 24 (3) (2003 Sep) 239–242.

[3] W. Squier, et al., Circular reasoning, Minn. Med. 93 (3) (2010) 8.

[4] G. Elinder, et al., Traumatic shaking: the role of the triad in medical investigations of suspected traumatic shaking, Acta Paediatr. 107 (Suppl 472) (2018) 3–23.

[5] by medical professionals or multidisciplinary teams.

[6] Figure 1 is adapted from Figure 8 M. Vinchon, N. Noulé, M.A. Karnoub, The legal challenges to the pathology of shaken baby syndrome or how to counter 12 common fake news, Childs Nerv. Syst. 38 (1) (2022 Jan) 133–145, https://doi.org/10.1007/s00381-021-05357-8.

[7] Op Cit @4.

[8] https://www.pedibirn.com/home.php.

[9] K.P. Hymel, et al., An analysis of physicians' diagnostic reasoning regarding pediatric abusive head trauma, Child Abuse Negl. 129 (2022).

[10] S.C. Boos, M. Wang, W.A. Karst, K.P. Hymel, Traumatic head injury and the diagnosis at abuse: a cluster analysis, Pediatrics 149 (1) (2022).

[11] K.P. Hymel, et al., A cluster randomized trial to reduce missed abusive head trauma in pediatric intensive care settings, J. Pediatr. 236 (2021) 260–268.

[12] https://www.datacommons.psu.edu/commonswizard/MetadataDisplay.aspx?Dataset=6276.

[13] I. Thiblin, J. Andersson, K. Wester, J. Wikström, G. Högberg, U. Högberg, Medical findings and symptoms in infants exposed to witnessed or admitted abusive shaking: a nationwide registry study, PLoS One 15 (10) (2020), e0240182.

[14] K.W. Feldman, et al., Abusive head trauma follows witnessed infant shaking, Child Abuse Rev. 31 (3) (2022), e2739.

[15] H.T. Keenan, et al., Increased incidence of inflicted traumatic brain injury in children after a natural disaster, Am. J. Prev. Med. 26 (3) (2004) 189–193.

[16] R.A. Williams, Injuries in infants and small children resulting from witnessed and corroborated free falls, J. Trauma 31 (10) (1991) 1350–1352.

[17] C. Rossant, C. Brook, Why admitted cases of AHT make a low quality reference standard: a survey of people accused of AHT in France, Forensic Sci. Int.: Synergy 6 (2023), 100312.

[18] S.M. Kassin, et al., Police-induced confes- sions: risk factors and recommendations, Law Hum. Behav. 34 (2010) 3–38.

[19] C. Rossant, C. Brook, Why admitted cases of AHT make a low quality reference standard: a survey of people accused of AHT in France, Forensic Sci. Int.: Synergy 6 (2023), 100312.

[20] Feldman, et al., Abusive head trauma follows witnessed infant shaking, Child Abuse Rev. 31 (3) (2022), e2739.

[21] ibid, see also I. Thiblin, et al., Medical findings and symptoms in infants exposed to witnessed or admitted abusive shaking: a nationwide registry study, PLoS One 15 (10) (2020), e0240182.

[22] C. Rossant, C. Brook, Why admitted cases of AHT make a low quality reference standard: a survey of people accused of AHT in France, Forensic Sci. Int.: Synergy 6 (2023), 100312.

[23] K. Findley, et al., Shaken baby syndrome, abusive head trauma, and actual innocence: getting it right, Hous J. Health. L Pol'y 12 (2) (2012) 258.

[24] G. Elinder, et al., Traumatic shaking: the role of the triad in medical investigations of suspected traumatic shaking, Acta Paediatr. 107 (2018) 3–23.

[25] I. Thiblin, et al., Retinal haemorrhage in infants investigated for suspected abusive head trauma is strongly correlated with intracranial pathology, Acta Paediatr. 111 (4) (2022 Apr) 800–808, https://doi.org/10.1111/apa.16139.

[26] Ibid.

[27] J.F. Geddes, H.L. Whitwell, Inflicted head injury in infants, Forensic Sci. Int. 146 (2–3) (2004 Dec 16) 83–88, https://doi.org/10.1016/S0379-0738(03)00283-4.

[28] M. Mattheij, et al., Retinal haemorrhages in a university hospital: not always abusive head injury, Acta Neurol. Belg. 117 (2) (2017 Jun) 515–522, https://doi.org/10.1007/s13760-017-0748-0.

[29] Joseph Scheller, in: Infantile Retinal Haemorrhages in the Absence of Brain and Bodily Injury. Acta Paediatrica, 2017, https://doi.org/10.1111/apa.14043. –.

[30] M.J. Shuman, K.D. Hutchins, Severe retinal hemorrhages with retinoschisis in infants are not pathognomonic for abusive head trauma, J. Forensic Sci. 62 (3) (2017 May) 807–811, https://doi.org/10.1111/1556-4029.13336.

[31] E. Eris, et al., Retinal haemorrhage rates and resolution time of retinal haemorrhage in newborns after hypothermic treatment for hypoxic–ischemic encephalopathy, Arch. Pediatr. 27 (Issue 1) (2020) 29–32.

[32] N. Aoki, Infantile acute subdural hematoma with retinal hemorrhage caused by minor occipital impact witnessed by an ICU nurse: a case report, J. Pediatr. Neurol. Neurosci. 4 (1) (2020) 47–50.

[33] P.A. Nascimento, et al., Preretinal hemorrhage preventing subretinal involvement in multilayer macular hemorrhages: coincidence or plausible relationship? Int. J. Retin. Vitr. 7 (2021) 21, https://doi.org/10.1186/s40942-021-00291-y.

[34] L. Donaldson, et al., Ophthalmology referral as part of a multidisciplinary approach to suspected abusive head trauma, Can. J. Ophthalmol. 55 (2) (2020 Apr) 172–178, https://doi.org/10.1016/j.jcjo.2019.07.014.

# EXHIBIT 35

## Declaration of Terre A. Compton

My name is Terre Compton, my date of birth is July 29, 1955, and my address is 179 Anderson County Road 2127, Palestine, Texas 75801. I am over the age of eighteen and competent to make the following declaration. I could testify to the following facts under oath in a court of law if called upon to do so. This declaration is based on my personal knowledge:

1. I served as a juror in the 2003 capital murder trial of Robert Roberson in Anderson County where he was charged with causing the death of his child, Nikki.

2. I have worked as a shipping clerk for Wal-Mart in Anderson County for years. I transferred from a Wal-Mart in Oklahoma to the Palestine area in the late 1990s. That was a few years before the trial. I still work for Wal-Mart today.

3. I am currently raising four of my grandchildren, all under the age of 12 years old.

4. I remember that the only explanation the defense had at trial was that Nikki had fallen out of bed. I also remember that the bed was just a mattress and box springs on concrete blocks, so it was not very high off the ground. So, the explanation of a fall did not make sense to me compared to what we were shown to be Nikki's injuries. We also had to

look at Nikki's autopsy pictures that were horrific. I remember one picture showed the skin pulled off of her scalp and a lot of blood underneath.

5. Because the explanation of a fall seemed inconsistent with the autopsy pictures, I felt that there must be some other explanation. The explanation that we were given by the State was shaken baby syndrome.

6. I had heard of shaken baby syndrome before the trial and just accepted it as true during the trial. Even the defense counsel agreed during the trial that Nikki's death had been caused by out of control shaking.

7. Since then, with my experience raising children, I have realized that shaking should cause injury to the neck, like whiplash in a car crash. One of the first things they tell you when leaving the hospital with a newborn is to protect the neck. As I recall, there was no injury to Nikki's neck. Also, Nikki was not an infant. She was about 2-3 years old. The injuries we saw were under her scalp, and we were told that injuries to her brain had caused her death.

8. Aside from the pictures, what convinced me of guilt were the sexual abuse allegations. I remember a nurse testifying about seeing anal tears and interpreting that as a sign of sexual assault. This nurse held herself out as an expert in sexual assault and mentioned having performed many,

2

many exams in the past. These allegations made Mr. Roberson seem capable of child abuse and influenced the way I looked at him.

9. Mr. Roberson did not testify. I remember thinking that if he was accused of these things, he should want to clear his name. We were not told that he had autism.

10. We were not told that Nikki had any significant health problems. We were just told that she had not been feeling well as if it were no big deal.

11. We were not shown any CAT scans of her head or chest.

12. We were not told about pneumonia.

13. We were not told about any prescriptions Nikki had been given soon before her death.

I have read this declaration. I affirm that, to the best of my knowledge and under penalty of perjury, that the foregoing is true and correct.

Executed in Anderson County, State of Texas, on the __3rd__ day of __December__, 2022.

Terre A. Compton
Declarant

3

# EXHIBIT 36

# Curriculum Vitae

John Jerome Plunkett
13013 Welch Trail
Welch, MN 55089
E-mail: plunkettj@frontiernet.net

## Personal:

| | | |
|---|---|---|
| Date of Birth: | April 15, 1947 | |
| Place of Birth: | Saint Paul, Minnesota | |
| Citizenship: | United States of America | |
| Family: | *Spouse:* | Donna McFarren Plunkett |
| | *Children:* | Matthew James (1971) |
| | | Benjamin John (1973) |

## Education:

BS, History and Chemistry (1972); University of Minnesota; Minneapolis, Minnesota; 1966 – 1969

MD (1972); University of Minnesota; Minneapolis Minnesota; 1969 – 1972

## Postgraduate Training And Experience:

Rotating Internship; Saint Paul Ramsey Medical Center; Saint Paul, Minnesota; 1972 – 1973

Anatomic and Clinical Pathology Residency; Saint Paul Ramsey Medical Center; Saint Paul, Minnesota; 1973 – 1978

Forensic Pathology Fellowship; Hennepin County Medical Examiner's Office; Minneapolis, Minnesota; 1975 – 1976

## Board Certification:

Anatomic Pathology, Clinical Pathology and Forensic Pathology; American Board of Pathology; 1978

## Medical Licensure:

Minnesota and Wisconsin

## Employment:

Hennepin County Deputy Medical Examiner; 1975 – 1984

Hennepin County Assistant Medical Examiner; 1984 – 1985

Laboratory and Medical Education Director, Regina Medical Center; Hastings, Minnesota; 1978 – 2004

Laboratory Director, Cannon Falls Community Hospital; Cannon Falls, Minnesota; 1981 – 2004

Coroner, Minnesota Regional Coroner's Office; Hastings, Minnesota; 1980 – 1998

Assistant Coroner, Minnesota Regional Coroner's Office; 1999 – 2004

PROFESSIONAL ORGANIZATIONS:

Twin Cities Medical Society

Minnesota Medical Association

American Medical Association

American Society of Clinical Pathologists (Fellow); 1976 – 2004

College of American Pathologists (Fellow; Emeritus: 2011 - )

Minnesota Society of Pathologists; 1978-2001
- Minnesota Medical Association Interspeciality Council Representative; 1991 – 1998
- Member of the MSP Executive Committee

Twin City Society of Pathologists; 1984 – 2001

Minnesota Coroners and Medical Examiners Association; 1974 – 2001
- President, 1981 and 1985)

National Association of Medical Examiners (Fellow)

American Academy of Forensic Sciences (Fellow)

SPECIAL APPOINTMENTS:

College of American Pathologists; Inspector, Laboratory Accreditation Program (1984 – 1994)

Minnesota Coroners and Medical Examiners Association; Executive Committee (1978 – 1998)

Regina Medical Center Operating Board (1991 – 1996)

Regina Medical Center Medical Staff Executive Committee (1985 – 1994)
- President of the Medical Staff (1987 – 1990)

Chairman, Regina Medical Center Infection Control Committee (1978 – 1990, 1993 – 1999)

Minnesota Department of Health, Epidemiology Section, Emerging Infectious Diseases Program (Appointed Member, Hospital-based Physician) (1988 – 1998)

Regina Medical Center Foundation Board Member (2011 – present)

Reviewer, *The Lancet*

Reviewer, *Forensic Science International*

Reviewer, *Acta Paediatrica*

Reviewer, *Journal of Forensic Sciences*

Reviewer, *British Medical Group*

Reviewer, *Journal of Forensic Biomechanics*

## HOSPITAL STAFF APPOINTMENTS:

Regina Medical Center (Active, 1978 – 2004; Courtesy, 2005 – 2012; Honorary, 2012 - present)

Cannon Falls Community Hospital (Active, 1980 – 2004)

## PUBLICATIONS AND NATIONAL PRESENTATIONS:

1. Tan RE, Noreen JP, Plunkett JJ. Chronic intussusception following intestinal bypass surgery for morbid obesity. *Abdominal Surgery* 1981;23:76-8.

2. Plunkett J. Sudden death and myocardial infarction in Minnesota. *NEJM* 1984;310:1187-9 (letter).

3. Plunkett JJ, Amatuzio JC. Clostridial sepsis and sudden death.  Abstract presented at the AAFS National Meeting, February 1985.

4. Plunkett JJ, Amatuzio JC. Sudden infant death: I: Cost analysis of investigative procedures. Abstract presented at the ASCP Fall Meeting, 1985.

5. Plunkett JJ, Amatuzio JC. Sudden infant death: II: Ten years experience in three Minnesota counties.  Abstract presented at the ASCP Fall Meeting, 1985.

6. Plunkett JJ, Amatuzio JC. Sudden infant death: III: Sudden non-SIDS natural deaths in infancy. Abstract presented at the AAFS Annual Meeting, February 1986.

7. Amatuzio JC, Plunkett JJ. Hemophilus influenzae sepsis in an asplenic adult.  Abstract presented at the AAFS Annual Meeting, February 1985.

8. Plunkett J, Amatuzio JC. Electrical injury and death in three Minnesota counties.  Abstract presented at the AAFS Annual Meeting, February 1986.

9. Plunkett J. Serum tests for diagnosis of iron deficiency. *AJCP* 1990;94:524-5 (letter).

10. Plunkett J. Minnesota infant death investigation guidelines. Minnesota Coroners and Medical Examiners Association, October 5, 1990.

11. Plunkett J, et al. Guidelines for Blood Component Transfusion. American Red Cross North Central Blood Services, ARC/NCBS (1997).

12. Plunkett J. Restricting the time of injury in fatal inflicted head trauma. *Child Abuse Negl* 1998;22:943-4 (letter).

13. Plunkett J, Thomas LC. Medical examiner and coroner systems. *JAMA* 1998;280:325 (letter).

14. Plunkett J. Shaken baby syndrome and the death of Matthew Eappen: a forensic pathologist's response. *Am J Forens Med Pathol* 1999;20:17-21.

15. Plunkett J. Sudden death in an infant caused by rupture of a basilar artery aneurysm. *Am J Forens Med Pathol* 1999;20:211-214.

16. Plunkett J. Recognizing abusive head trauma in children. *JAMA* 1999;282:1421-1422 (letter).

17. Plunkett J, Plunkett M. Physiologic periosteal changes in infancy. *Am J Forens Med Pathol* 2000;21:213-216.

18. Plunkett J. Clarity on the diagnosis line. *Ann Diagn Path* 2000;4:134 (letter).

19. Plunkett J. Fatal pediatric head injuries caused by short-distance falls. *Am J Forens Med Pathol* 2001;22:1-12.

20. Plunkett J. Author's response to Drs. Spivack and Levin. *Am J Forens Med Pathol* 2001;22:417-19 (letter).

21. Plunkett J. Author's response to fatal pediatric head injuries caused by short distance falls. *Am J Forens Med Pathol* 2002;23:103-04 (letter).

22. Geddes JF, Plunkett J. The evidence base for shaken baby syndrome. *Br Med J* 2004;328:719-20 (Editorial).

23. Goldsmith W, Plunkett J. A biomechanical analysis of the causes of traumatic brain injury in infants and children. *Am J Forens Med Pathol* 2004;25:89-100.

24. Miller M, Leestma J, Barnes P, Carlstrom T, Gardner H, Plunkett J, et al. A sojourn in the abyss: hypothesis, theory, and established truth in infant head injury. *Pediatr* 2004;114:326 (letter).

25. Plunkett J. Resuscitation injuries complicating the interpretation of premortem trauma and natural disease in children. *J Forens Sci* 2006;51:127-30.

26. Van Ee C, Moroski-Browne B, Raymond D, Thibault K, Hardy W, Plunkett J. Evaluation and refinement of the CRABI-6 anthropomorphic test device injury criteria for skull fracture. Proceedings of the ASME 2009 International Mechanical Engineering Congress & Exposition, IMECE 2009-12973.

27. Van Ee C, Raymond D, Thibault K, Hardy W, Plunkett J. Child ATD reconstruction of a fatal fall. Proceedings of the ASME 2009 International Mechanical Engineering Congress & Exposition, IMECE 2009-12994.

## INVITED LECTURES, PRESENTATIONS, AND CONFERENCES (1989-1994):

1. "Fundamentals of Death Investigation"; Minnesota Bureau of Criminal Apprehension; Brainerd, Minnesota; March 7, 1990 (7 hours, POST approved).

2. "Preleukemia and Dysmyelopoietic Syndromes"; Regina Medical Center Medical and Professional Staff; March 28 and April 4, 1990 (1 hour, AAFP prescribed credit and AMA Category I credit approved).

3. "Arterial Blood Gas Analysis and Monitoring"; Northfield City Hospital Medical and Professional Staff; Northfield, Minnesota; April 18, 1990 (1 hour, AAFP prescribed credit approved).

4. "Cancer Genetics, Epidemiology and Primary Prevention"; American Cancer Society; October 3, 1990 (1.5 hours, Nursing CEU approved).

5. "Fundamentals of Death Investigation"; Minnesota Bureau of Criminal Apprehension; Saint Paul, Minnesota; October 11, 1990 (7 hours, POST approved).

6. "Plasma Cell Dyscrasias and Hypercalcemia of Malignancy"; Regina Medical Center Medical and Professional Staff; January 2, 1991 (1 hour, AAFP prescribed credit and AMA Category I credit approved).

7. "Plasma Cell Dyscrasias and Hypercalcemia of Malignancy"; Northfield City Hospital Medical and Professional Staff; January 8, 1991 (1 hour, AAFP prescribed credit and AMA Category I credit approved).

8. "A Critical Analysis of Recommendations for Hepatitis Immunization"; Regina Medical Center Medical and Professional Staff; January 10, 1991 (1 hour, AAFP prescribed credit and AMA Category I credit approved).

9. "A Rational Approach to Evaluation of an Anemic Patient"; Visiting Professor Series, University of Illinois, College of Medicine at Urbana-Champaign; February 21, 1991 (I hour, AMA Category I credit approved).

10. "Evaluation of Thyroid Function"; Visiting Professor Series, University of Illinois, College of Medicine at Urbana-Champaign; February 21, 1991 (1 hour, AMA Category I credit approved).

11. "The Triumph of Hope over Science and Sanity: The Cholesterol Myth"; Visiting Professor Series, University Of Illinois, College of Medicine at Urbana-Champaign; February 22, 1991 (1 hour, AMA Category I credit approved).

12. "Infant Death Investigation"; Visiting Professor Series, University of Illinois, College of Medicine at Urbana-Champaign; February 22, 1991 (1 hour, AMA Category I, credit approved).

13. "Infant Death Investigation"; Regina Medical Center Medical and Professional Staff; February 27, 1991 (1 hour, AAFP prescribed credit and AMA Category I credit approved).

14. "Fundamentals of Death Investigation"; Minnesota Bureau of Criminal Apprehension; Worthington, Minnesota; March 20, 1991 (7 hours, POST approved).

15. "The Autopsy and the Role of a Pathologist in Wrongful Death Cases"; Minnesota Trial Lawyers Association; Minneapolis, Minnesota; May 2, 1991 (1 hour, CLE approved).

16. "Death Investigation"; Scott County Law Enforcement; Shakopee, Minnesota; June 6, 1991 (2 hours, POST approved).

17. "Physiologic Effects of Firearms"; Dakota County Law Enforcement; Rosemount, Minnesota;

June 12, 1991 (2 hours, POST approved).

18. "Fundamentals of Death Investigation"; Minnesota Bureau of Criminal Apprehension; Grand Rapids, Minnesota; August 14, 1991 (7 hours, POST approved).

19. "Selected Topics in Surgical Pathology"; Regina Medical Center Medical and Professional Staff; September 4, 1991 (1 hour, MFP prescribed credit and AMA Category I credit approved).

20. "How to Examine Medical Experts"; Minnesota State Bar Association; Minneapolis, Minnesota; October 1, 1991 (8 hours, CLE approved).

21. "Implication of Laboratory Test Results for Nursing Personnel"; South Suburban Medical Center Nursing Staff; Farmington, Minnesota; October 29, 1991 (1.5 hours, Nursing CEU approved).

22. "Peripheral Morphology, Bilirubin Determinations and Acute Leukemia"; Regina Medical Center Medical and Professional Staff; October 30, 1991 (1 hour, AAFP prescribed credit and AMA Category I credit approved).

23. "Selected Topics in Laboratory Medicine"; Northfield City Hospital Medical and Professional Staff; November 19, 1991 (1 hour, AAFP prescribed credit approved).

24. "Infant Death Investigation"; Minnesota Bureau of Criminal Apprehension, Advanced Child Abuse Investigations; Rochester, Minnesota; November 20, 1991 (2.5 hours, POST approved).

25. "Death by Natural Causes"; Minnesota Chiefs of Police Association; March 25, 1992 (1 hour, POST approved).

26. "Infant Death Investigation", Minnesota Chiefs of Police Association, March 25, 1992 (1 hour, POST approved).

27. "Infant Death Investigation"; Minnesota Bureau of Criminal Apprehension; Saint Paul, Minnesota; April 1, 1992 (2.5 hours, POST approved).

28. "Cervical Cytology and the Bethesda Classification System"; Regina Medical Center Medical and Professional Staff; May 27, 1992 (1 hour, AAFP prescribed credit and AMA Category I credit approved).

29. "Infant Death Investigation"; Minnesota Bureau of Criminal Apprehension; Alexandria, Minnesota; October 8, 1992 (2.5 hours, POST approved).

30. "Fundamentals of Death Investigation"; Minnesota Bureau of Criminal Apprehension; New Ulm, Minnesota; October 14, 1992 (2.5 hours, POST approved).

31. "The Laboratorian's Role in Forensic Medicine"; Divine Redeemer Memorial Hospital; South Saint Paul, Minnesota; October 2, 1992 (1 hour, AMA Category I credit approved).

32. "Decision Analysis in Laboratory Medicine"; Northfield City Hospital Medical and Professional Staff; December 15, 1992 (1 hour, AAFP prescribed credit approved).

33. "How to Examine Medical Experts"; Minnesota State Bar Association; Minneapolis, Minnesota; March 11, 1993 (8 hours, CLE approved).

34. "Medical Investigation of Motor Vehicle Fatalities"; Minnesota Chiefs of Police Association;

March 24, 1993 (2 hours, POST approved).

35. "Infant Death Investigation"; Minnesota Bureau of Criminal Apprehension; Fairmont, Minnesota; May 27, 1993 (2.5 hours, POST approved).

36. "How to Examine Medical Experts"; Minnesota State Bar Association; Minneapolis, Minnesota; October 14, 1993 (8 hours, CLE approved).

37. Invitational Working Conference, Vulnerable Adult Act Issues; State of Minnesota, Office of the Attorney General; Saint Paul, Minnesota; November 9, 1993.

38. "Time of Death Determinations"; Northfield City Hospital, EMT/Paramedics; March 14, 1994 (1 hour, EMT/Paramedic CEU).

39. "How to Examine Medical Experts"; Minnesota State Bar Association; Minneapolis, Minnesota; March 24, 1994 (8 hours, CLE approved).

40. "Selected Topics in Laboratory Medicine"; Regina Medical Center Medical and Professional Staff; March 30, 1994 (1 hour, AAFP prescribed credit and AMA Category I credit approved).

41. "Decision Analysis in Laboratory Medicine and Pathology"; Minnesota Society of Pathologists; Minneapolis, Minnesota; April 29, 1994 (1 hour, AMA Category I credit approved).

**INVITED LECTURES, PRESENTATIONS, AND CONFERENCES (MAY 1994 THROUGH-2005):**

*I did not maintain a list of lectures, presentations, and conferences during this time. However, I made presentations to several state and local Public Defender organizations; to the Neurosciences Unit at the Radcliffe Infirmary (Oxford, England); and for the American Society of Neuroradiology; among others.*

**INVITED LECTURES, PRESENTATIONS, AND CONFERENCES (2006-PRESENT):**

1. "Differential Diagnoses in Infant Brain Injury"; Eaton Foundation; Royal College of Medicine, London, United Kingdom; May 16, 2006.

2. "Mechanisms, Mimics, and Differential Diagnoses in Infant Brain Injury"; South Carolina Association of Criminal Defense Lawyers; Greenburg, South Carolina; July 14, 2006.

3. "Mechanisms, Mimics, and Differential Diagnoses in Infant Brain Injury"; Ohio Association of Criminal Defense Lawyers; Columbus, Ohio; October 6, 2006.

4. "Infant Injury Evaluation"; Oregon Criminal Defense Lawyers Association; Portland, Oregon; December 2, 2006.

5. "State v. Plunkett: When the State Loses, The Expert Gets Indicted"; Oregon Criminal Defense Lawyers Association; December 2, 2006.

6. "Mechanisms, Mimics, and Differential Diagnoses in Infant Brain Injury"; Los Angeles County Public Defenders Association; Los Angeles, California; September 15, 2007.

7. "Mechanisms, Mimics, and Differential Diagnoses in Infant Brain Injury"; Texas Criminal Defense Lawyers Association; Dallas, Texas; March 4, 2008.

8. "Mechanisms, Mimics, and Differential Diagnoses in Infant Brain Injury"; Wisconsin Criminal Defense Lawyers Association; Milwaukee, Wisconsin; March 14, 2008.

9. "The Differential Diagnosis for Subdural Hemorrhage in Children under the Age of Two"; Evidence-Based Medicine and Science Symposium; Denver, Colorado; February 21, 2009.

10. "Infant and Toddler Falls"; Hershey Medical Center Pediatric Abusive Head Trauma Conference; Jackson Hole, Wyoming; June 26, 2009.

11. "The Differential Diagnosis for Subdural Hemorrhage in Children under the Age of Two"; Iowa Public Defender Criminal Law Seminar; Tama, Iowa; June 18, 2010.

12. "The Differential Diagnoses for Apparent Head Trauma in Infants and Toddlers"; Illinois State Appellate Defender Seminar; Collinsville, Illinois; October 15, 2010.

13. "The Mechanics and Mimics for Apparent Head Trauma in Infants and Toddlers"; National Association of Criminal Defense Lawyers and the Innocence Network (supported by a grant awarded by the Bureau of Justice Assistance); Cincinnati, Ohio; April 7, 2011 (with Bridget McCormack).

14. "EBM, Mechanics and Mimics in the Evaluation of Apparent Head Trauma in Infants and Toddlers"; Evidence-based Medicine and Social Investigation; Surrey, BC; August 5, 2011.

15. "The Mechanics and Mimics for Apparent Head Trauma in Infants and Toddlers"; Georgia Innocence Project; Atlanta, Georgia; October 12, 2011.

16. "The Current State of Shaken Baby Syndrome.  How Did We Get To This Place?";  The Capital Aggravator: Death of a Child under Age 10.  A Program for the Defense; The Center for American and International Law; Plano, Texas; March 1, 2012 (with Sue Luttner).

17. "Mimics for Apparent Inflicted Head Trauma in Infants and Toddlers"; Evidence-based Medicine and Social Investigation; Surrey, BC; August 5, 2011.


SPECIAL INTERESTS:

Decision analysis in laboratory medicine and pathology

Continuing education for the medical and legal profession, law enforcement and the community

Head injury in children

# DECLARATION OF JOHN PLUNKETT, M.D.

I, John Plunkett, M.D., am competent to make this declaration and state and declare as follows:

1.      I am a general and forensic pathologist. I attended the University of Minnesota Medical School and graduated in 1972. I had a one-year rotating (general) internship at St. Paul-Ramsey County Hospital after completing Medical School, followed by 5 years of residency in general and forensic pathology at Ramsey and the Hennepin County (Minneapolis) Medical Examiner's Office. I am certified by the American Board of Pathology in Anatomical Pathology, Clinical Pathology, and Forensic Pathology.

2.      From 1978, when I completed my training, through December 2004 I served as the Regina Medical Center Laboratory/Pathology Director, Medical Education Director, and the Minnesota Regional Coroner's Office (MRCO) Coroner or Assistant Coroner. I retired as the Laboratory Director and Assistant Coroner on December 31, 2004, and as the Medical Education Director at the end of December 2005.

3.      The MRCO is a division of the Regina Laboratory/Pathology Department, which provides contract services for seven Minnesota counties with a total population of approximately 750,000. In 2005, the year of my retirement, the office performed over 2,000 death investigations and 300 autopsies. I have personally performed over 3,000 autopsies, including over 200 on children under the age of two. I have performed three autopsies on infants or young children whose death were due exclusively to inflicted head trauma.

4.      I have attached a copy of my CV, which details my academic and professional qualifications, experience, and publications. *See* Attachment 1.

5.      I have a special interest in pediatric head injury. In 1999, I published an editorial piece examining some of the claims routinely made by prosecution witnesses at the time regarding fatal head trauma in children. I concluded that these claims were not scientifically supported. I published my first study related to fatal pediatric head trauma in 2001. *See* Attachment 2. At that time, my data was not accepted widely in the medical community, and was viewed as heretical by some. Since that time, medical knowledge has changed, albeit slowly and incompletely.

6.      I have been asked by Robert Roberson's present counsel to describe, discuss, and reference evidence regarding pediatric head injury (especially injuries attributed to a "shaking" mechanism and what pediatricians often call "shaken baby syndrome" or "abusive head trauma") that was unavailable, not known, or disputed and controversial in 2002 at the time of Mr. Roberson's trial. There has been a fundamental change in medicine's understanding of pediatric head injury beginning in approximately 2000 and accelerating since 2005. This change involves at least twelve distinct areas:

    i.   The potential lethality of short-distance falls;
   ii.   The potential for a "lucid interval" prior to collapse or the onset of signs/symptoms;
  iii.   The specificity of retinal hemorrhage (RH) for inflicted injury or a specific injury mechanism;

iv. The specificity of subdural hemorrhage (SDH) in an interhemispheric intracranial distribution for inflicted trauma;

v. The role of traumatic axonal injury (TAI), often referred to as diffuse axonal injury (DAI) in pediatric brain damage;

vi. The application of the principles of biomechanics to infant injury evaluation;

vii. The natural disease "mimics" for inflicted trauma, and the concept of a "differential diagnosis";

viii. The improbability of "shaking" as a mechanism for *brain* injury;

ix. The validity of "confessions" to support a medical diagnosis;

x. The misinterpretation of injuries due to resuscitation or medical intervention as being due to inflicted trauma;

xi. The application of principles of evidence-based medicine to evaluate the scientific literature regarding pediatric head injuries; and

xii. The role that a child-abuse bias can play in distorting the medical inquiry at various stages from presentation of injury through autopsy.

7. It is important to note that although the literature and understanding has been consistently evolving, these views were in the minority in 2002, and experts willing to examine cases and testify in a manner consistent with this scientific knowledge were few and far between at that time.

8. I will discuss several of these areas in detail.

9. **Short falls, lucid interval, SDH, and RH:** I studied these areas in an article titled "Shaken baby syndrome and the death of Matthew Eappen - a forensic pathologist's response", published in the *American Journal of Forensic Medicine and Pathology* in 1999.[1] The assertions that I examined included the following:

- A low-velocity fall cannot cause serious injury or death;
- The location of a subdural hematoma (SDH) indicates whether an injury was accidental versus inflicted;
- A child with an ultimately fatal head injury does not have a period of time during which he/she appears to be "normal", i.e., have a lucid interval; and
- Retinal hemorrhage (RH) with specific characteristics indicates an ultimate cause, *i.e.*, accidental versus "shaken baby syndrome".

Applying principles of evidence-based science, I disproved each of the assertions identified above in a study published in the *American Journal of Forensic Medicine and Pathology* in 2001.[2] I analyzed the U.S. Consumer Products Safety Commission (CPSC) database for fatal head injuries associated with the use of playground equipment. I showed that a low-velocity impact *can* cause fatal head injury; that a lucid interval *can* occur in a fatal head injury; that the particular location of an SDH *does not* indicate an abusive cause; and that RH with particular characteristics *does not* indicate whether the injury was "accidental" or was "inflicted."

10. The *American Journal of Forensic Medicine and Pathology* is a peer-reviewed journal and is the official journal of the American National Association of Medical Examiners. My article was a direct response to assertions made by physicians in a *Letter to the Editor* published

in *Pediatrics* in 1998.[3]  My critique did not attempt to prove or disprove the statements in the *Pediatrics* letter, but rather to examine their scientific foundations.  I concluded that the assertions were scientifically unsound and not based on acceptable reasoning or methodology

11.     ***Biomechanics:*** Professor Werner Goldsmith and I discussed the relevance of the principles of biomechanics to infant injury evaluation in an article published in the *American Journal of Forensic Medicine and Pathology* in 2004.[4]  Ommaya, Thibault, Uscinski, and Prange have also emphasized the contribution of mechanics to pediatric injury analysis.[5-8]  Biomechanics applies the principles of mechanics (Newton's analysis of motion) to living tissues.  Engineers and other scientists have used biomechanics to design safer automobiles and roads; protective equipment for contact sports; devices for fracture repair; stents for blood vessel replacement; playground equipment; safer flooring surfaces; and industrial and household items, among others.  Many if not most non-physicians assume that physicians, skilled in the art of medicine, must have particular knowledge of injury mechanisms.  This assumption is wrong.  Medical schools and post-graduate residency programs (except for orthopedic surgery, physical medicine/physiatry, and occasionally neurosurgery and vascular surgery) do not teach injury mechanics.

12.     Physicians (except as above) need not know or apply injury mechanics if they are responsible for diagnosis and treatment.  For example, for treatment purposes, it is not necessary to know if a fall from a ladder or a blow from a baseball bat caused a fracture.  However, if a physician ventures from diagnosis and treatment to speculation of an ultimate mechanical cause for an injury, he/she *must* understand mechanics and the relevant literature in order to give a reliable expert opinion.  Only a few practicing physicians understood these concepts in 2002.

13.     Biomechanical analysis of infant head injury and related

14.     ***Traumatic Axonal Injury (TAI)/Diffuse Axonal Injury (DAI):***  Neuroscientists and physiologists have analyzed the mechanical causes for brain nerve fiber damage using sophisticated experimental techniques.  These studies have led to the concept of "diffuse axonal injury" (DAI).  The theory states that stretching of the nerve fibers may cause either reversible or irreversible damage.  These scientists have shown experimentally that impact to the scalp and skull and/or differential acceleration of the brain relative to the scalp and skull may stretch nerve fibers.  The degree of stretching is direction-dependent and varies in different parts of the brain, even with apparently identical mechanical input.  The scientists performing these experiments have noted that the damage has a typical sequence and distribution.  The least severe damage, often referred to as "minimal DAI," involves the junction of the gray and white matter in the cerebral hemispheres.  The next area affected is the connection between the right and left cerebral hemispheres, a tissue called the corpus callosum.  The most severe damage, and the injury responsible for the most dangerous signs and symptoms, is in the brain stem.  Experiments on primates, verified by medical imaging studies in humans, have indicated that the distribution of damage due to impulsive loading is centripetal, in that the damage first affects the gray-white matter interface, then the corpus callosum, and finally the brain stem.  Impulsive loading does not cause primary traumatic brain stem damage unless there is also corpus callosum damage; corpus callosum damage does not occur unless there is gray-white matter interface damage.

15.     The name "diffuse axonal injury" itself is a misnomer.  Studies have shown that the damage is not diffuse, but rather occurs in discrete areas of the brain. Also, although neuroscientists initially used the concept of DAI to describe the effects of mechanical trauma, morphologically identical damage is found in a number of other conditions, including anoxia (or "respirator brain", a condition that can occur when a person is kept alive on a ventilator for a period of time after collapse).  It is therefore imperative to differentiate traumatic axonal injury ("TAI") from anoxic axonal injury ("AAI"), but this is not always possible. In 2011, a study of 24 children under the age of three years found that experts could not always distinguish between natural and traumatic causes of death on the basis of β-APP immunostaining, which until then pathologists considered a reliable marker of traumatic axonal damage.[9] The authors concluded, "Children who did not sustain head trauma but who survive resuscitation to linger on ventilator support may have extensive axonal staining that may be interpreted as false-positive evidence of traumatic injury".[9]

16.     Dr. Jennian Geddes, a neuropathologist, and other neuroscientists studied traumatic axonal injury (TAI) as a causative mechanism for infant brain damage in a series of articles published in 2001-2003.[10-11]  She and her co-authors also examined hypoxia/anoxia as a potential cause for SDH and RH in subsequent studies.[12-13] Dr. Geddes' research raised the possibility that brain findings that previously had been attributed to traumatically torn axons from violent shaking might instead reflect hypoxia/ischemia from any condition that impedes blood flow to the brain.  Many conditions may result in such a disruption, including, but not limited to, infection, metabolic abnormalities, and inherited disorders.  Since the morphology and distribution of nerve fiber damage due to lack of oxygen may be identical to that of damage due to mechanical loading, it may be difficult, and many researchers say impossible, to differentiate these two potential causes based on the microscopic morphology and distribution alone.  Further, physicians should interpret apparent TAI that does not follow a centripetal pattern and is only identifiable microscopically with great caution, especially when there are contemporaneous anoxic changes.  Finally, apparent TAI discordant with the primary injury and potential loading conditions is most likely not TAI at all, but due to something else.

17.     ***Mimics and the differential diagnosis for infant head injury:*** Dr. Patrick Barnes, a pediatric neuroradiologist at Stanford University Medical Center described the potential and limitations of pediatric neuroimaging in articles published in 2002 and 2007.[14-15]  His studies and others have shown that a number of different mechanical and physiological causes, including impact trauma, natural disease, hypoxia/anoxia, and inherited abnormalities of metabolism may lead to identical clinical signs and symptoms.  These different causes are the "differential diagnosis."  It is rare in medicine or any biological system to have only a single cause for a clinical finding.  It is necessary to have a differential diagnosis when evaluating anyone who presents to the physician's office or hospital with apparent head trauma, or who dies and is autopsied.  There are no "intent" receptors in the brain or eye.  Neither structure knows whether a physiologic derangement was caused by an intentional impact, by an accidental impact, by anoxia (lack of oxygen), or by any of a variety of natural diseases.  "Intent" does not determine the physiological response of the brain or the eye to an injury.

18.     There are many medical conditions that cause or are associated with SDH, RH, and cerebral edema (brain swelling).[16-23]  These include but are not limited to:

a.  A variety of infections caused by bacteria and viruses;

b.  Breakthrough bleeding associated with cortical venous thrombosis (CVT), sagittal sinus thrombosis (SST), or other large-sinus thrombosis;

c.  Inborn errors of metabolism such as glutaric aciduria;

d.  Inherited or acquired coagulation abnormalities, such as hypofibrinogenemia, Vitamin K deficiency, or thrombocytosis;

e.  Structural abnormities such as an arachnoid cyst or increased extra-axial fluid;

f.  Vascular malformations such as, but not limited to, AV malformations; and

g.  Poorly understood inflammatory processes such as hemophagocytic lymphohistiocytosis.

19.     Many physicians who completed training prior to 2002 are not aware that these conditions may imitate mechanical trauma unless they are familiar with current scientific literature.

20.     **Shaking:** Guthkelch [24] and Caffey [25] independently proposed "shaking" as a cause for traumatic brain injury in publications in the United Kingdom and the United States more than thirty years ago. Their hypothesis was widely accepted despite existing experimental evidence that it was flawed. Simply stated, the levels of acceleration humanly achievable by an adult shaking an infant are lower by an order of magnitude than those known to cause brain injury. Additional research, published in 2005, established that shaking a toddler generates ten times *less* acceleration than shaking an infant,[26] making the already improbable shaking mechanism for infants even less likely in a case of a toddler.

21.     Bandak, Prange, and others have evaluated the vulnerability of the infant neck to "shaking" [27-29]. These scientists conclude that a "shaking" capable of causing actual *brain* damage is likely to be associated with significant structural neck damage. There is a single case report in the peer-reviewed literature regarding "neck damage" associated with shaking.[30] However, what the authors described as "neck damage" is actually artifacts well recognized by forensic and general pathologists.[31] The evidence suggests that "shaking" may cause brain stem and cervical spinal cord damage and even death, but there is no evidence that it causes SDH, RH, or brain swelling without causing significant and itself lethal neck damage.

22.     The growing evidence of the lack of scientific foundation for "Shaken Baby Syndrome" has lead several government entities and courts to review and in some cases overturn convictions based on the flawed hypothesis. The Government of Ontario established The Inquiry into Pediatric Forensic Pathology on April 25, 2007, and authorized the Commission to conduct a systemic review of the practice of pediatric forensic pathology in Ontario. At these proceedings in 2007 and 2008, witnesses, including the Ontario Deputy Chief Coroner and the Ontario Chief Forensic Pathologist, testified that there is growing scientific doubt regarding the validity of a diagnosis of "shaken baby syndrome". Dr. Albert Lauwers, the Deputy Chief Coroner, indicated that any "moral, ethical and just society" had a responsibility to review all convictions in which "shaking" was stated to be the mechanism of injury. The Commission adopted Dr. Lauwers' recommendation.[32] Others, including the United Kingdom Court of Appeals and the Swedish Supreme Court have also questioned the specificity of various signs and symptoms for inflicted

trauma [33-34]. In the United States, government entities continue to question SBS. In 2014, a Federal judge called SBS "more an article of faith than a proposition of science."[35-36] Later that year, a New York court ruled, "the mainstream belief in 2001–2002, espoused by the Prosecution's expert witnesses at Trial, that children did not die from short falls, has been proven to be false."[37]

***Confessions:*** Leestma and other experts have analyzed whether "confessions" are an acceptable tool for validating a medical hypothesis. They have concluded that confessions and statements of alleged perpetrators are inadequate to prove a causal mechanism [38-39]. Confessions are not scientific evidence when the researcher does not investigate the underlying events to which the confession refers. Scientific investigation and new knowledge about wrongful convictions have yielded reasons to be increasingly skeptical about the reliability of confessions [40-41]. One review of child abuse literature spanning several decades found only 11 cases that involved both confessions to shaking and no signs of impact [38]. Other studies have demonstrated that confessions did not reliably match the recorded medical findings, suggesting either that a confession may have understated the actions or that the shaking to which the accused confessed had nothing to do with the medical explanation for the collapse [42-43].

23.    ***Evidence-based medicine:*** Donohoe [44] used the principles of evidence-based medicine [45-47] to evaluate the published literature regarding Shaken Baby Syndrome. Lantz [48] and Leestma [38] used the same method to evaluate retinal hemorrhage and "confessions associated with infant brain injury." Both conclude that the published literature fails to meet minimally acceptable scientific evidentiary standards.

24.    ***Summary and conclusions:*** In 2016, physicians, scientists, the public, and the Courts cannot support pre-2002 beliefs and testimony regarding infant head injury. In 2002, if an infant or young child suffered a head injury, physicians often believed "shaking" to be the cause. If there was evidence for an impact, such as a bruise in the scalp or a skull fracture, physicians taught other physicians that there must have a "shaking" component or that the impact must have been a "high-energy event", equivalent to a motor vehicle accident or a fall from a 2-3 story window. Many non-physicians, such as biomechanical engineers, knew that these beliefs were false. However, biomechanical engineers seldom did a real time evaluation for a hospitalized infant, or assisted a pathologist if the baby died. Their role was to study infant injury mechanisms, and to reconstruct actual events with a goal toward improving protective devices for the motor vehicle industry and sports, among others. Simply stated, biomechanical engineers and clinical physicians rarely communicated. For the most part, they were ships passing in the night.

25.    In 2002, many physicians taught other physicians that:
    a.  A low-velocity fall cannot cause serious injury or death;
    b.  The location of SDH indicates an ultimate cause of the injury (accidental versus inflicted);
    c.  A child with an ultimately fatal head injury does not have a period of time during which he/she appears to be "normal", i.e., have a lucid interval; and
    d.  Retinal hemorrhage (RH) with specific characteristics indicates an ultimate cause, *i.e.*, accidental versus "shaken baby syndrome."

Scientific studies have now shown these assertions to be incorrect [2,4].

26.    In 2002, it was a prevailing belief among physicians that diffuse axonal injury ("DAI") was the mechanism of damage in infant head injury. This was wrong.[9-13, 49] Importantly, even strong proponents of the "shaking" etiology now acknowledge that the "the widespread cerebral and axonal damage in [abusive head trauma] cases is ischemic rather than directly traumatic." [50]

27.    In 2002, a practicing physician or pathologist rarely if ever requested a biomechanical analysis of a potential injury mechanism. In 2016, such an analysis is mandatory, because it is now known that the findings historically associated with shaking may be caused by household accidents [48] and low-velocity falls.[2]

28.    In 2002, many physicians believed the only consideration in the differential diagnosis of infant head injury was "shaking" or "shaking with impact", a "motor vehicle accident", or a "fall from a multi-story building". Physicians who testified at Mr. Roberson's trial asserted that it was "impossible" for a short fall to cause the injuries at issue in this case. *See* 42RR at 18; 42RR at 84, 85; *see also* 42RR at 108 (claiming shaking had to be the mechanism of injury because "There had to have been something more than just impact.")

By 2016, the clinical consensus, as reflected in many resources cited in the endnotes below, requires that the differential diagnosis include not only low-level falls, but also a variety of natural diseases and hypoxia/anoxia. Physicians in 2002 rarely thought of the various natural diseases, such as severe infections, that might mimic inflicted trauma.

29.    In 2002, it was a prevailing belief among physicians that "shaking" caused SDH, RH, and brain swelling. In 2016, this belief is not supportable. Further, if it were possible for "shaking" to cause *brain* damage, in such instances it is likely that the infant will have significant *structural* neck damage. There has never been a reliable report of such damage.

30.    In 2002, physicians used "confessions" to validate "shaking" as a brain injury mechanism divorced from a methodology that comports with the current clinical consensus. In 2016, a variety of sources, resources, and publications indicate that a "confession," without other evidence, should not be used to confirm a theory of causation.[38-40]

31.    Very few publications prior to 2002 scientifically studied "shaking" as a mechanism of infant brain injury. Articles analyzing the legal evidentiary basis of this mechanism came even later, beginning in around 2003,[51-52] as did calls to reexamine the mechanism as a medical diagnosis.[53] Arguably the most comprehensive analysis of the evidentiary basis was not published until 2012.[54]

32.    At least three studies [34, 38, and 42] and one Editorial [46] published in the peer-reviewed literature since 2002 use the tools of evidence-based medicine to evaluate the shaken baby syndrome literature. These analyses conclude that the evidence to support "shaking" as an injury mechanism is weak or non-existent. Further, Lantz' study indicates that a type of RH said to be a specific indicator of "shaking" is not in fact such an indicator.[42] In 2002, there was very little questioning of "shaking" as an injury mechanism. Now such questioning is far more common.

33.   The annotations above are representative but not exhaustive.  I have not annotated most of the pre-2000 literature.  However, many of the annotations contain detailed references to the older studies.  I have a complete bibliography of all of the references in the annotations, and they are available upon request.

I swear under penalty of perjury that the foregoing is true and correct.

John J. Plunkett, M.D.

Subscribed and sworn to before me this 7th day of June, 2016.

Notary Public in and for the
State of Minnesota

My commission expires: 1/31/18



JEANNE MARIE REUTER
Notary Public-Minnesota
My Commission Expires Jan 31, 2018

## References:

1.   Plunkett J. Shaken baby syndrome and the death of Matthew Eappen – a forensic pathologist's response. *Am J Forens Med Pathol* 1999;20:17-21.
2.   Plunkett J.  Fatal pediatric head injuries caused by short distance falls. *Am J Forens Med Pathol* 2001;22:1-12.
3.   Chadwick DL, Kirschner RH, et al (82 signatories). Shaken baby syndrome--a forensic pediatric response. *Pediatrics* 1998;101:321-23.
4.   Goldsmith W, Plunkett J. A biomechanical analysis of the causes of traumatic brain injury in infants and children. *Am J Forens Med Pathol* 2004;25:89-100.
5.   Ommaya AK, Goldsmith W, Thibault LE.  Biomechanics and neuropathology of adult and paediatric head injury. *Br J Neurosurg* 2002;16:220-42.
6.   Uscinski R. Shaken baby syndrome: fundamental questions. *Br J Neurosurg* 2002;16:217-19.
7.   Uscinski R. Shaken baby syndrome: an odyssey. *Neurol Med Chir* 2006;46:57-61.
8.   Prange MT, Coats B, Duhaime A-C, Margulies SS. Anthropomorphic simulations of falls, shakes, and inflicted impacts in infants. *J Neurosurg* 2003;99:143-150.
9.   Johnson MW, Stoll L, Rubio A, Troncoso J, Pletnikova O, Fowler DR, Li L. Axonal injury in young pediatric head trauma: a comparison study of β-amyloid precursor protein (β-APP) immunohistochemical staining in traumatic and nontraumatic deaths. *J. Forensic Sci* 2011 Sep; 56(5): 1198-1205.
10. Geddes JF, Hackshaw AK, Vowles GH, Nickols CD, Whitwell HL.  Neuropathology of inflicted head injury in children. I. Patterns of brain damage. *Brain* 2001;124:1290-8.
11. Geddes JF, Vowles GH, Hackshaw AK, Nickols CD, Scott IS, Whitwell HL. Neuropathology of inflicted head injury in children.  II. Microscopic brain injury in infants.

*Brain* 2001;124:1299-306.Chadwick DL, Chin S, et al. Deaths from falls in children: how far is fatal? *J Trauma* 1991;31:1353-5.

12. Geddes JF, Tasker RC, Hackshaw AK, Nickols CD, Adams GGW, Whitwell HL, Scheimberg I. Dural haemorrhage in non-traumatic infant deaths: does it explain the bleeding in 'shaken baby syndrome'? *Neuropathology and Applied Neurobiology* 2003;29:14–22.

13. Geddes JF, Whitwell HL. Inflicted head injury in infants. *Forens Sci Int* 2004;146:83-88.

14. Barnes PD. Ethical issues in imaging nonaccidental injury: child abuse. *Topics Magnet Res Imag* 2002;13:85-94.

15. Barnes PD, Krasnokutsky M. Imaging of the central nervous system in suspected or alleged nonaccidental injury, including the mimics. *Top Magn Reson Imaging* 2007;18:53-74.

16. Fung EL-W, Sung RYT, Nelson EAS, Poon WS. Unexplained subdural hematoma in young children: Is it always child abuse? *Pediat Internat* 2002; 44:37-42.

17. Le Fanu J. Wrongful diagnosis of child abuse. *Roy Soc Med* 2005;98:249-54.

18. Mackey M. After the Court of Appeal: R v Harris and others [2005] EWCA crim 1980. *Arch Dis Child* 2006;91:873-75.

19. Piatt JH. A pitfall in the diagnosis of child abuse: external hydrocephalus, subdural hematoma, and retinal hemorrhages. *Neurosurg Focus* 1999;7. Available at: http://www.medscape.com/AANS/NF/1999/v07.n04/nf0704.05.piat/nf0704.05.piat-01.html.

20. Clemetson CAB. Is it 'shaken baby', or Barlow's disease variant? *J Am Phys Surg* 2004;9:78-80.

21. Fung EL-W, Nelson EAS. Could Vitamin C deficiency have a role in shaken baby syndrome? *Pediatr Int* 2004;46:753-55.

22. Nassogne M-C, Sharrard M, Lucie Hertz-Pannier L, Armengaud D, et al. Massive subdural haematomas in Menkes disease mimicking shaken baby syndrome. *Childs Nerv Syst* 2002;18:729-731.

23. Strauss KA, Puffenberger EG, Robinson DL, Morton DH. Type I Glutaric Aciduria, Part 1: Natural history of 77 patients. *Am J Med Genet Part C (Semin Med Genet)* 2003:121C:38–52.

24. Guthkelch AN. Infantile subdural hematoma and its relationship to whiplash injuries. *Brit Med J*. 1971;2:430–431.

25. Caffey J. The whiplash shaken infant syndrome: manual shaking by the extremities with whiplash-induced intracranial and intraocular bleedings, linked with residual permanent brain damage and mental retardation. *Pediatrics*. 1974;54:396–403.

26. N.G. Ibrahim, B. Coats, & S.S. Margulies, *The Response of Toddler and Infant Heads During Vigorous Shaking,* 22 J. NEUROTRAUMA 1207 (2005).

27. Bandak FA. Shaken Baby Syndrome: A biomechanics analysis of injury mechanisms. *Forens Sci Int* 2005;151:71-79.

28. Prange MT, Myers BS. Evidenced-based biomechanical analysis of craniocervical inflicted neurotrauma. In: *Inflicted childhood neurotrauma*; *Am Acad Pediatr* 2003, pp. 237-43.

29. Prange M, Newberry W, Moore T, Peterson D, Smyth B, Corrigan C. Inertial neck injuries in children involved in frontal collisions. SAE 2007 World Congress, Society of Automotive Engineers, Warrendale, PA. SAE paper #2007011170.

30. Hadley MN, Sonntag VKH, Rekate HL, Murphy A. The infant whiplash-shake injury syndrome: A clinical and pathological study. *Neurosurg* 1989;24:536-40.

31. Rutty GN, Squier WMV, Padfield CJH. Epidural haemorrhage of the cervical cord: a *post-mortem* artifact? *Neuropathol Appl Neurobiol* 2005;31:247-57.

32. Available at: http://www.goudgeinquiry.ca.

33. IN THE SUPREME COURT OF JUDICATURE, COURT OF APPEAL (CRIMINAL DIVISION), Royal Courts of Justice, Strand, London, WC2A 2LL. Neutral Citation Number: [2005] EWCA Crim 1980. Case Nos: 200403277, 200406902,200405573,200302848. Date: 21/07/2005. Available at: http://www.hmcourts-service.gov.uk/judgmentsfiles/j3249/r_v_harris.htm.

34. M.M. v. Prosecutor-General, Case No. B 3438-12 (Supreme Court of Sweden, 2014).

35. Del Prete v. Thompson. 10 F.Supp.3d 907 (N.D. Illinois 2014).

36. Tuerkheimer D. Finally, a judge calls shaken baby diagnosis an "article of faith." *Slate Magazine*, May 1, 2014. http://www.slate.com/articles/news_and_politics/jurisprudence/2014/05/shaken_baby_syndrome_in_the_courts_a_judge_finally_calls_the_diagnosis_an.html. Accessed May 23, 2016.

37. People v. Bailey, 47 Misc. 3d 355, 999 N.Y.S.2d 713 (Co. Ct. 2014)

38. Leestma JE. Case analysis of brain-injured admittedly shaken infants. *Am J Forens Med Pathol* 2005;26:199-212.

39. Leestma JE. Shaken baby syndrome: do confessions by alleged perpetrators validate the concept? *J Am Phys Surg* 2006;11:14-16.

40. Kassin SM, Meissner CA, Norwick RJ. "I'd know a false confession if I saw one": A comparative study of college students and police investigators. *Law and Human Behavior* 2005;29:211-27.

41. "False confessions", from the *Innocence Project*, available at: http://www.innocenceproject.org/causes/falseconfessions.php.

42. Starling SP et al, Analysis of perpetrator admissions to inflicted traumatic brain injury in children, 158 *Arch Pediatric Adolescent Med*. 2004; 158:454-6 (2004).

43. Adamsbaum C et al, Abusive head trauma: judicial admissions highlight violent and repetitive shaking, *Pediatrics* 2010; 126: 546-9 (2010).

44. Donohoe M. Evidence-based medicine and shaken baby syndrome. Part I: Literature review, 1966-1998. *Am J Forens Med Pathol* 2003:24:239-42.

45. Guyatt GH, Rennie D. Users'guide to the medical literature. *JAMA* 1993;270:2096-97.

46. Greenhalgh T. How to read a paper: the basics of evidence based medicine. London: BMJ publications, 1997.

47. Sackett DL, et al. Evidence-based medicine: how to practice and teach EBM. New York: Churchill-Livingston, 2nd Edition, 2000.

48. Lantz PE, Sinal SH, Stanton CA, Weaver RG. Evidence-based case report. Perimacular retinal folds from childhood head trauma. *BMJ* 2004;328:754-6.

49. Lindenberg R, Freytag E. Morphology of brain lesions from blunt trauma in early infancy. *Arch Pathol* 1969;87:298-305.

50. Dias MS, *The Case for Shaking*, in Child Abuse and Neglect, Diagnosis, Treatment and Evidence 362, 368 (Carole Jenny, ed., 2011).

51. Lyons G. SBS: A questionable scientific syndrome and a dangerous legal concept. *Utah Law Rev* 2003:1109.

52. Ramsey MD. A nuts and bolts approach to litigating the shaken baby or shaken impact syndrome. *Military Law Rev* 2006;188:1-37.

53. Geddes JF, Plunkett J. The evidence base for shaken baby syndrome. We need to question the diagnostic criteria. *BMJ* 2004;328:719-20 (Editorial).

54. Findley KA, Barnes PD, Moran DA, Squier W. Shaken baby syndrome, abusive head trauma, and actual innocence: getting it right. *Hous J Health L Policy* 2012; 12: 209-312.

# EXHIBIT 37

**From:** Rob Parrish [robparrish17@hotmail.com]
**Sent:** Friday, January 24, 2003 9:06 AM
**To:** dlowe@co.anderson.tx.us
**Subject:** SPAM: Re: Dr. White

          

irreaexpl.rtf   clesuaful.doc   Dalldfexp.rtf   Indexperts.rtf   Daytoneve.rtf   Daytonmed.rtf



Daytonpros.rtf

Doug -

I have Amy Wicks at the National Center on SBS gathering the info that she and I collected on Janice Ophoven and Vince DiMaio. She'll send that to you when she has it collected. Call me on my cell phone (801-550-6929) to discuss what I know about these people. Janice Ophoven is an interesting person because she gained fame as one of the experts who refused to believe that the mother in Ohio could possibly have had 5 kids die of SIDS. The book "Death of Innocents" was written about that case, and details how Ophoven and others convinced the prosecutors that the Mom had probably smothered the children. She ultimately admitted all but one of the kids were murdered by her.

Everyone in the medical field knows that Vince DiMaio is skeptical about the shaken baby syndrome in that he believes that shaking alone could not cause fatal injuries. That's kind of irrelevant in your case, since it's clear that Nikki was both shaken and had her head severely impacted, based on the nature of the injuries which caused her death and the contusions and subgaleal bleeding that evidence several sites of impact. DiMaio may try to say that Nikki's brain injuries could "possibly" be caused by a fall, as described by Roberson, but because there are several sites of impact, he's going to have to change his story and say she fell off the bed about three times for that to help him. DiMaio is not going to have affirmative medical studies to back him up, he'll probably only speak in terms of what we don't know rather than what we do. DiMaio is the editor of the only journal that would even consider publishing John Plunkett's paper from 2001 in which Plunkett claims to have found 18 cases where children died from "short falls". I have been told that DiMaio, despite publishing the paper in his journal, has told an audience of medical professionals that he feels the paper is "garbage" - so, it would be interesting if DiMaio now tries to testify based on Plunkett's paper.

The new ME in Dallas, Dr. Barnard, is the one who told me about DiMaio's statement. You might want to contact him, because he probably knows a lot more about Vince. I'm sure Bonnie Armstrong would have contact info for the Dallas ME's Office (I can't find the card he gave me right now).

One quick question: Under your rules, does the defense have to provide actual reports from the experts they intend to call at trial, addressing the substance of their testimony in this case? If so, send those to me as soon as you get them and I'll address the specifics. In the meantime, I'm sending some training outlines for things I've done lately on confronting defense experts in SBS cases. These include a discussion of what's wrong with Plunkett's paper - but if it looks like any of these people are going to rely on Plunkett, let's talk in more detail.

Take care

Rob Parrish

```
>From: "Doug Lowe" <dlowe@co.anderson.tx.us>
>To: "Rob Parrish \(E-mail\)" <robparrish17@hotmail.com>,"Bonnie Armstrong
>\(E-mail\)" <barmstrong@shakenbaby.com>
>Subject: Dr. White
>Date: Mon, 13 Jan 2003 13:40:33 -0600
>
>    I sort of unleashed on Dr. White in the Wilke case last and used our
>CPS
>stuff on cross.  I don't expect he will testify in Roberson because the
>defendant has identified new experts.  Here is the lisst.
>
>Anyway, the jury terminated the guy's parental rights.  Daphne did well,
>but
>one of the jurors told me I was a  too theatrical.
>
>Doug
>
>---
>Outgoing mail is certified Virus Free.
>Checked by AVG anti-virus system (http://www.grisoft.com).
>Version: 6.0.435 / Virus Database: 244 - Release Date: 12/30/02
>
><< SupplementalDesignationExperts.pdf >>
```

STOP MORE SPAM with the new MSN 8 and get 2 months FREE*
http://join.msn.com/?page=features/junkmail

---
Incoming mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.443 / Virus Database: 248 - Release Date: 1/10/03

## Doug Lowe

**From:**      Rob Parrish [robparrish17@hotmail.com]
**Sent:**      Monday, January 27, 2003 10:02 PM
**To:**        dlowe@co.anderson.tx.us
**Subject:**   Roberson trial


NAMEstmt.doc


Archbindover.wpd


clanrothxex.wpd

Doug -

Here is the consensus statement of the National Association of Medical Examiners. I think DiMaio would have to admit that he's not among the majority on these issues of abusive head trauma in children. Note the strongly worded parts about the degree of violence involved, the fact that short falls result in "trivial forces" and therefore trivial injuries, and the description of the rapid onset of symptoms in kids who suffer severe brain injuries or fatal brain damage.

I'm also sending two WordPerfect files, one of which is a memo where I made my typical argument as to "knowing" Murder when someone shakes a baby hard enough to kill - and the other is a cross-examination of a defense expert who was relying on the John Plunkett paper to say that short falls can cause death. I may have sent the XEX file before, I can't remember now.

My analysis of what's wrong with Plunkett's paper is contained in some of the training outlines I sent before.

I'll keep thinking of things that might be of assistance, but will also try not to overwhelm you this close to the start of the trial. I'll be in San Diego from February 2nd through the 4th, but otherwise will be around if things come up during the trial that you need to talk to me about. My direct line in my office is 801-578-3958 and my cell is 801-550-6929. The State of Texas pays for the cell phone under my contract, so feel free to call me collect on that line.

Best of luck -

Rob Parrish

The new MSN 8: advanced junk mail protection and 2 months FREE*
http://join.msn.com/?page=features/junkmail

---
Incoming mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.443 / Virus Database: 248 - Release Date: 1/10/03

# EXHIBIT 38

# AMERICAN ACADEMY OF PEDIATRICS

## Committee on Child Abuse and Neglect

# Shaken Baby Syndrome: Rotational Cranial Injuries—Technical Report

**ABSTRACT.** Shaken baby syndrome is a serious and clearly definable form of child abuse. It results from extreme rotational cranial acceleration induced by violent shaking or shaking/impact, which would be easily recognizable by others as dangerous. More resources should be devoted to prevention of this and other forms of child abuse.

ABBREVIATIONS. CT, computed tomography; MRI, magnetic resonance imaging.

## INTRODUCTION

Physical abuse is the leading cause of serious head injury in infants.[1,2] Although physical abuse in the past has been a diagnosis of exclusion, data regarding the nature and frequency of head trauma consistently support the need for a presumption of child abuse when a child younger than 1 year has suffered an intracranial injury.[1,2]

Shaken baby syndrome is a serious form of child maltreatment most often involving children younger than 2 years but may be seen in children up to 5 years old.[2–5] It occurs commonly, yet may be misdiagnosed in its most subtle form and underdiagnosed in its most serious form.[6] Caretakers may misrepresent or claim to have no knowledge of the cause of the brain injury. Caretakers who are not responsible for the injuries may not know how they occurred. Externally visible injuries are often absent. Given possible difficulties in initially identifying an infant as having been abusively shaken and the variability of the syndrome itself, physicians must be extremely vigilant when dealing with any brain trauma in infants and be familiar with radiologic and clinical findings that support the diagnosis of shaken baby syndrome.

## HISTORY

In 1972, pediatric radiologist John Caffey[7] popularized the term "whiplash shaken baby syndrome" to describe a constellation of clinical findings in infants, which included retinal hemorrhages, subdural and/or subarachnoid hemorrhages, and little or no evidence of external cranial trauma. One year earlier, Guthkelch[8] had postulated that whiplash forces caused subdural hematomas by tearing cortical bridging veins. In the mid-1970s, computed tomography (CT) began to be used to help with diagnosis.

The advent of magnetic resonance imaging (MRI) in the mid-1980s has furthered the diagnostic capabilities.[9]

## ETIOLOGY

The act of shaking leading to shaken baby syndrome is so violent that individuals observing it would recognize it as dangerous and likely to kill the child. Shaken baby syndrome injuries are the result of violent trauma. The constellation of these injuries does not occur with short falls, seizures, or as a consequence of vaccination. Shaking by itself may cause serious or fatal injuries.[10,11] In many instances, there may be other forms of head trauma, including impact injuries.[10–12] Thus, the term shaken/slam syndrome (or shaken-impact syndrome) may more accurately reflect the age range of the victims (who are not always babies) and the mechanisms of injury seen. Such shaking often results from tension and frustration generated by a baby's crying or irritability, yet crying is not a legal justification for such violence.[13] Caretakers at risk for abusive behavior generally have unrealistic expectations of their children and may exhibit a role reversal whereby caretakers expect their needs to be met by the child.[14]

Additionally, parents who are experiencing stress as a result of environmental, social, biological, or financial situations may also be more prone to impulsive and aggressive behavior. Those involved with domestic violence and/or substance abuse may also be at higher risk of inflicting shaken baby syndrome. Small children are particularly vulnerable to such abuse because of the large disparity in size between them and an adult-sized perpetrator.

## EPIDEMIOLOGY

Head injuries are the leading cause of traumatic death and the leading cause of child abuse fatalities. Homicide is the leading cause of injury-related deaths in infants younger than 4 years.[2] Serious injuries in infants, particularly those that result in death, are rarely accidental unless there is another clear explanation, such as trauma from a motor vehicle crash. Billmire and Meyers[15] found that when uncomplicated documented severe trauma such as that resulting in skull fractures were excluded, 95% of serious intracranial injuries and 64% of all head injuries in infants younger than 1 year were attributable to child abuse. Bruce and Zimmerman[5] documented that 80% of deaths from head trauma in infants and children younger than 2 years were the result of nonaccidental trauma. Contrary to early

The recommendations in this statement do not indicate an exclusive course of treatment or serve as a standard of medical care. Variations, taking into account individual circumstances, may be appropriate.

PEDIATRICS (ISSN 0031 4005). Copyright © 2001 by the American Academy of Pediatrics.

Downloaded from by guest on December 8, 2015

speculations,[7,8] shaken baby syndrome is unlikely to be an isolated event. Evidence of prior child abuse is common.[16] Specific evidence of previous cranial injuries (eg, old intracranial hemorrhages) from shaking episodes is found in about 33% to 40% of all cases.[16,17] As with other forms of physical abuse, males are more often perpetrators than are females.[2,18] However, in an individual case, gender should not be considered when trying to identify a possible perpetrator.

## CLINICAL FEATURES AND EVALUATION

Signs of shaken baby syndrome may vary from mild and nonspecific to severe and immediately identifiable clinically as head trauma.[6] There is a spectrum of the consequences of shaken baby syndrome, and less severe cases may not be brought to the attention of medical professionals and may never be diagnosed. A shaken infant may suffer only moderate ocular or cerebral trauma. A victim of sublethal shaking may have a history of poor feeding, vomiting, lethargy, and/or irritability occurring for days or weeks. These clinical signs of shaken baby syndrome are immediate and identifiable as problematic, even to parents who are not medically knowledgeable.[19] However, depending on the severity of clinical signs, this may or may not result in caretakers seeking medical attention. These nonspecific signs are often minimized by physicians or attributed to viral illness, feeding dysfunction, or colic.[6] In these relatively milder cases, signs may resolve without the true cause being discovered. If the child presents later with indications for cerebral imaging (eg, altered consciousness and other physical signs of head trauma), signs of older intracranial trauma may retrospectively explain previously seen nonspecific signs and also serve as markers of previous assaults.[10,16] In the most severe cases, which usually result in death or severe neurologic consequences, the child usually becomes immediately unconscious and suffers rapidly escalating, life-threatening central nervous system dysfunction.

A caretaker who violently shakes a young infant, causing unconsciousness, may put the infant to bed hoping or expecting that the baby will later recover.[5] Thus, the opportunity for early therapeutic intervention may be lost.[6] When brought to medical attention, the brain-injured infant may be convulsing, may have altered consciousness, may not be able to suck or swallow, and may be unable to track with eye movements, smile, or vocalize. Occasionally, the comatose state may be unrecognized by caretakers or medical providers who assume that the infant is sleeping, lethargic, or suffering from a minor acute ailment or possibly an infection. Respiratory difficulty progressing to apnea or bradycardia, which requires cardiorespiratory resuscitation, results from severe injuries.[4,5]

Evidence of other injuries, such as bruises, rib fractures, long-bone fractures, and abdominal injuries, should be meticulously searched for and documented. Any external injuries should be documented with forensic photographs labeled with the patient's name and the date. Repeated physical examinations may reveal additional signs of trauma. In 75% to 90% of cases, unilateral or bilateral retinal hemorrhages are present but may be missed unless the child is examined by a pediatric ophthalmologist, pediatric neurologist, pediatric neurosurgeon, or other experienced physician who is familiar with such hemorrhages, has the proper equipment, and dilates the child's pupils.[4,5,21] The number, character, location, and size of retinal hemorrhages after a shaking injury vary from case to case. More severe retinal hemorrhages are associated with more dire brain injury.[22] Retinal and vitreous hemorrhages and nonhemorrhagic changes, including retinal folds and traumatic retinoschisis, are characteristic of shaken baby syndrome.[21,23,24]

At times, the clinical signs suggest meningitis, and a spinal tap yields bloody cerebrospinal fluid.[4] Centrifuged spinal fluid that is xanthochromic should raise the suspicion of cerebral trauma that is at least several hours old and not the result of a traumatic spinal tap. Because of confusing respiratory symptoms, chest roentgenograms may be obtained and may appear normal or show unexplained rib fractures. The shaken infant is often mildly to moderately anemic.[25] Clotting dysfunction from cerebral trauma should be assessed initially and followed up. Mild to moderate changes in coagulation studies are common with brain trauma and occasionally severe (eg, disseminated intravascular coagulation).[26] High amylase levels may signify pancreatic damage, and elevated transaminase levels may indicate occult liver injury.[27]

## RADIOLOGY

CT has the first-line role in the imaging evaluation of a brain-injured child, adequately demonstrating injuries that need urgent intervention. CT often fails to reveal some aspects of the injury, and some false-negative results occur, particularly early in the evolution of cerebral edema.[28] The initial CT evaluation should be performed without intravenous contrast and should be assessed using bone and soft-tissue windows. CT is generally the method of choice for demonstrating subarachnoid hemorrhage, mass effect, and large extra-axial hemorrhages.[28] CT should be repeated after a time interval or if the neurologic picture changes rapidly.[29]

MRI is of great value as an adjunct to CT in the evaluation of brain injuries in infants.[30] Because of the lack of universal availability of the technology, physical limitations of access to MRI when life support is required for critically ill infants or children, and relative insensitivity to subarachnoid blood and fractures, MRI is considered complementary to CT and should be obtained 2 to 3 days later if possible. Sato et al[28] have demonstrated a 50% greater rate of detection of subdural hematomae using MRI, compared with CT. The ability to detect and define intraparenchymal lesions of the brain is substantially improved by use of MRI, yet in the study by Sato et

Downloaded from by guest on December 8, 2015

al,[28] CT did not miss any surgically treatable injuries. MRI and CT can assist in determining when injuries occurred and substantiating repeated injuries by documenting changes in the chemical states of hemoglobin in affected areas.[28]

A skeletal survey of the hands, feet, long bones, skull, spine, and ribs should be obtained as soon as the infant's medical condition permits. Skull films complement CT bone windows in detection of skull fractures. In a retrospective series of abused children, skull films were more sensitive and improved the confidence of diagnosis of skull fracture, compared with CT.[31] Skull fractures that are multiple, bilateral, diastatic, or that cross suture lines are more likely to be nonaccidental.[31] Single or multiple fractures of the midshaft or metaphysis of long bones or rib fractures may be associated findings. Specialized views may be needed to delineate subtle fractures.[30] In selected patients, a skeletal survey should be repeated after 2 weeks to better delineate new fractures that may not be apparent until they begin to heal (a process that does not become radiologically apparent for 7–10 days).[30]

## PATHOLOGY

Subdural hemorrhage caused by the disruption of small bridging veins that connect the dura to the pia arachnoid is a common result of shaking.[7,8] Such hemorrhage may be most prominent in the interhemispheric fissure and minimal over the convexities of the hemispheres.[5] Cerebral edema with subarachnoid hemorrhage may be the only finding. A child may have subdural hemorrhages, subarachnoid hemorrhages, or both. Intracranial or retinal hemorrhages may be unilateral or bilateral. Visible cerebral contusions are unusual, but diffuse axonal injury is common.[32] However, for technical reasons, it is often not possible to demonstrate this pathologically or radiologically in individual cases. Isolated or concomitant hypoxic-ischemic damage may result in mild to severe cerebral edema initially and cerebral atrophy and/or infarction as a later finding. Chronic extra-axial fluid collections, cerebral atrophy, and cystic encephalomalacia are common late sequelae.[29] Sequential cranial imaging studies are recommended. The diagnostic entity of "benign subdural effusions" should be viewed with caution, because multidisciplinary evaluations in previously described cases were lacking.[33]

## OUTCOME AND CONSEQUENCES

There is a high rate of morbidity and mortality among infant victims of shaken baby syndrome.[2,4,11,16] Mortality rates range from 15%[4] to 38%,[10] with a median of 20% to 25%. In one series, of those infants who were comatose when initially examined, 60% died or had profound mental retardation, spastic quadriplegia, or severe motor dysfunction. Other infants initially had seizures, irritability, or lethargy but had no lacerations or infarctions of brain tissue. These children did not have severely elevated intracranial pressure, subtle neurologic sequelae, or persistent seizures.[29] When severely brain-injured children survive, they may be cortically blind; have spasticity, seizure disorders, or microcephaly; or have chronic subdural fluid collections, enlarging ventricles, cerebral atrophy, encephalomalacia, or porencephalic cysts.[28] The outcome of shaken infants who do not receive medical attention is presently unknown but may be revealed later as learning, motor, or behavior problems of unknown cause.

## CLINICAL AND COMMUNITY MANAGEMENT OF ABUSIVE HEAD INJURIES

Because the differential diagnosis of head trauma is predominately that of accidental versus inflicted injury, prompt and accurate investigation is essential. A carefully recorded time line of the child's condition is of great assistance in determining when injuries may have occurred. Suspicion of serious head injury as a result of abuse must be reported immediately to the appropriate authorities. This facilitates a thorough investigation before the histories become clouded by time or caregivers compare or invent explanations. The clinical team should include a physician who can immediately resuscitate and stabilize the baby while diagnostic radiologic studies are being done. Specialists in pediatric radiology, pediatric neurology and/or pediatric neurosurgery, and ophthalmology and a pediatrician who specializes in child abuse should form the diagnostic team. Many children will need to be followed in a pediatric intensive care unit. In rural or medically underserved areas in which one or more of these specialists are not available, a regional consultation network for child abuse cases should be developed. Careful follow-up by this same team is desirable to document and treat ocular, developmental, and neurologic sequelae of the trauma. Ideally, a physician who works with a multidisciplinary child abuse team should be available to take a broad but detailed history from the caretakers. Information regarding symptom onset and information regarding the chain of caretakers needs to be quickly passed on to mandated law enforcement and child protection investigators. Physicians can provide interpretation of the likely scenario, timing, and nature of the injuries involved.[34] If notified promptly, investigators may be able to explore the scene of the injury and elicit detailed information from the caretaker before defensive reactions develop. A psychosocial assessment of the caretakers should be a part of this comprehensive team approach. Siblings or other children in the same environment may have signs of inflicted trauma or repeated shaking.[9] Therefore, medical and child protection assessments need to be available immediately to ensure the current and future safety of these children.

## PREVENTION

As a part of anticipatory guidance, the pediatrician should ask about caretaker stress, discipline practices, substance abuse, and response to the crying infant. The efficacy of home visitation programs in

Downloaded from by guest on December 8, 2015

preventing intrafamilial physical abuse is established. Nationwide home visitation programs have been repeatedly recommended by the US Advisory Board on Child Abuse and Neglect.[2,35] Because males commit most physical abuse, special programs should also be developed to target them. Shaken baby syndrome awareness programs that erroneously state that shaken baby syndrome may be caused by bouncing a child on a knee, by tossing him in the air, or even by rough play are to be discouraged, because they are inaccurate and may cause parents who have not abused their child to feel guilty.[1] Whether or not educational efforts will prevent critically stressed or homicidal adults from violently shaking babies needs to be evaluated. The prevention of extrafamilial abuse in out-of-home care settings is more problematic. Careful checking of references, frequent unannounced visits, and conversations with others who use the same caretaker may be valuable, but there are no data available to verify the efficacy of these preventive measures as there are for home visitation programs.

## SUMMARY

Shaken baby syndrome is a clearly definable medical condition. A proper response requires integration of specific clinical management and community intervention in an interdisciplinary fashion. Greater attention and resources should be devoted to prevention of abusive injuries.

## RECOMMENDATIONS

The American Academy of Pediatrics recommends that pediatricians:

1. Become educated about the recognition, diagnosis, treatment, and outcome of shaken baby and abusive head-impact injuries in infants and children;
2. Be aware of and exercise their responsibility to report these injuries to appropriate authorities;
3. Provide pertinent medical information to other members of multidisciplinary teams investigating these injuries;
4. Support home visitation programs and any other child abuse prevention efforts that prove efficacious; and
5. Provide or have appropriate referrals to resources to educate parents about healthy coping strategies when dealing with their child.

Committee on Child Abuse and Neglect, 2000–2001
Steven W. Kairys, MD, MPH, Chairperson
Randell C. Alexander, MD, PhD
Robert W. Block, MD
V. Denise Everett, MD
Lt Col Kent P. Hymel, MD
Carole Jenny, MD, MBA

Liaison Representatives
Gene Ann Shelley, PhD
    Centers for Disease Control and Prevention
David L. Corwin, MD
    American Academy of Child and Adolescent Psychiatry

Section Liaison
Robert M. Reece, MD
    Section on Child Abuse and Neglect

Staff
Tammy Piazza Hurley

## REFERENCES

1. Alexander R, Levitt C, Smith W. Abusive head trauma. In: Reece RM, Ludwig S, eds. *Child Abuse: Medical Diagnosis and Management*. 2nd ed. Philadelphia, PA: Lippincott, Williams & Wilkins; 2001:47–80
2. US Advisory Board on Child Abuse and Neglect. *A Nation's Shame: Fatal Child Abuse and Neglect in the United States*. Washington, DC: US Department of Health and Human Services; 1995. Report No. 5
3. Alexander R, Smith W, eds. *Abusive Head Trauma: Proceedings of a Consensus Conference. Funded by Brain Trauma Foundation*. Iowa City, IA: University of Iowa; 1991
4. Ludwig S, Warman M. Shaken baby syndrome: a review of 20 cases. *Ann Emerg Med*. 1984;13:104–107
5. Bruce DA, Zimmerman RA. Shaken impact syndrome. *Pediatr Ann*. 1989;18:482–494
6. Jenny C, Hymel KP, Ritzen A, Reinert SE, Hay TC. Analysis of missed cases of abusive head trauma. *JAMA*. 1999;281:621–626
7. Caffey J. On the theory and practice of shaking infants. Its potential residual effects of permanent brain damage and mental retardation. *Am J Dis Child*. 1972;124:161–169
8. Guthkelch AN. Infantile subdural haematoma and its relationship to whiplash injury. *Br Med J*. 1971;2:430–431
9. Alexander RC, Schor DP, SmithWL Jr. Magnetic resonance imaging of intracranial injuries from child abuse. *J Pediatr*. 1986;109:975–979
10. Alexander R, Sato Y, Smith W, Bennett T. Incidence of trauma with cranial injuries ascribed to shaking. *Am J Dis Child*. 1990;144:724–726
11. Gilliland MG, Folberg R. Shaken babies—some have no impact injuries. *J Forens Sci*. 1996;41:114–116
12. Duhaime AC, Gennerelli TA, Thibault LE, Bruce DA, Margulies SS, Wiser R. The shaken baby syndrome. A clinical, pathological, and biomechanical study. *J Neurosurg*. 1987;66:409–415
13. Dykes LJ. The whiplash shaken infant syndrome: what has been learned? *Child Abuse Negl*. 1986;10:211–221
14. Steele BF, Pollock CB. A psychiatric study of parents who abuse infants and small children. In: Helfer RE, Kempe CH, eds. *The Battered Child*. 2nd ed. Chicago, IL: University of Chicago Press; 1974:39–133
15. Billmire ME, Myers PA. Serious head injury in infants: accident or abuse? *Pediatrics*. 1985;75:340–342
16. Alexander R, Crabbe L, Sato Y, Smith W, Bennett T. Serial abuse in children who are shaken. *Am J Dis Child*. 1990;144:58–60
17. Ewings-Cobb L, Kramer L, Prasad M, et al. Neuroimaging, physical, and developmental findings after inflicted and non-inflicted traumatic brain injury in young children. *Pediatrics*. 1998;102:300–307
18. Starling SP, Holden JR, Jenny C. Abusive head trauma: the relationship of perpetrators to their victims. *Pediatrics*. 1995;95:259–262
19. Duhaime AC, Christian CW, Rorke LB, Zimmerman R. A non-accidental head injury in infants—the "shaken baby syndrome." *N Engl J Med*. 1998;338:1822–1829
20. Chadwick DL, Chin S, Salerno C, Landsverk J, Kitchen L. Deaths from falls in children: How far is fatal? *J Trauma*. 1991;31:1353–1355
21. Levin AV. Ocular manifestations of child abuse. *Ophthalmol Clin North Am*. 1990;3:249–264
22. Wilkinson WS, Han DP, Rappley MD, Owings CL. Retinal hemorrhage predicts neurologic injury in the shaken baby syndrome. *Arch Ophthalmol*. 1989;107:1472–1474
23. Greenwald MJ, Weiss A, Oesterle CS, Friendly DS. Traumatic retinoschisis in battered babies. *Ophthalmology*. 1986;93:618–625
24. Levin AV. Retinal hemorrhages: a review. In: David TJ, ed. *Recent Advances in Paediatrics*. London, United Kingdom: Churchill-Livingstone; 1999:151–219
25. Hadley MN, Sonntag VK, Rekate HL, Murphy A. The infant whiplash-shake injury syndrome: a clinical and pathological study. *Neurosurgery*. 1989;24:536–540
26. Hymel KP, Abshire TC, Luckey DW, Jenny C. Coagulopathy in pediatric abusive head trauma. *Pediatrics*. 1997;99:371–375
27. Coant PN, Kornberg AE, Brody AS, Edwards-Holmes K. Markers for occult liver injury in cases of physical abuse in children. *Pediatrics*. 1992;89:274–278
28. Sato Y, Yuh WT, Smith WL, Alexander RC, Kao SC, Ellerbroek CJ. Head injury in child abuse: evaluation with MR imaging. *Radiology*. 1989;173:653–657
29. Sinal SH, Ball MR. Head trauma due to child abuse: serial computerized

AMERICAN ACADEMY OF PEDIATRICS    **209**

tomography in diagnosis and management. *South Med J*. 1987;80: 1505–1512

30. American Academy of Pediatrics, Section on Radiology. Diagnostic imaging of child abuse. *Pediatrics*. 2000;105:1345–1348

31. Meservy CJ, Towbin R, McLaurin RL, Myers PA, Ball W. Radiographic characteristics of skull fractures resulting from child abuse. *AJR Am J Roentgenol*. 1987;149:173–175

32. Vowles GH, Scholtz CL, Cameron JM. Diffuse axonal injury in early infancy. *J Clin Pathol*. 1987;40:185–189

33. Aoki N, Masuzawa H. Infantile acute subdural hematoma. Clinical analysis of 26 cases. *J Neurosurg*. 1984;61:273–280

34. Hymel KP, Bandak FA, Partington MD, Winston KR. Abusive head trauma? A biomechanics-based approach. *Child Maltreatment*. 1998;3: 116–128

35. US Advisory Board on Child Abuse and Neglect. *Creating Caring Communities: Blueprint for an Effective Federal Policy on Child Abuse and Neglect*. Washington, DC: US Department of Health and Human Services; 1991:141–146

Downloaded from by guest on December 8, 2015

OFFICIAL JOURNAL OF THE AMERICAN ACADEMY OF PEDIATRICS

**Shaken Baby Syndrome: Rotational Cranial Injuries—Technical Report**
Committee on Child Abuse and Neglect
*Pediatrics* 2001;108;206
DOI: 10.1542/peds.108.1.206

The online version of this article, along with updated information and services, is
located on the World Wide Web at:
**/content/108/1/206.full.html**

PEDIATRICS is the official journal of the American Academy of Pediatrics. A monthly
publication, it has been published continuously since 1948. PEDIATRICS is owned,
published, and trademarked by the American Academy of Pediatrics, 141 Northwest Point
Boulevard, Elk Grove Village, Illinois, 60007. Copyright © 2001 by the American Academy
of Pediatrics. All rights reserved. Print ISSN: 0031-4005. Online ISSN: 1098-4275.



American Academy of Pediatrics
DEDICATED TO THE HEALTH OF ALL CHILDREN™

Downloaded from by guest on December 8, 2015

# EXHIBIT 39

SBU ASSESSMENT • REPORT 255E/2016

# Traumatic shaking

## The role of the triad in medical investigations of suspected traumatic shaking

A systematic review



SWEDISH AGENCY FOR HEALTH TECHNOLOGY ASSESSMENT
AND ASSESSMENT OF SOCIAL SERVICES

Report series | This report is an SBU Assessment. It presents the results of a comprehensive systematic review of the available scientific evidence, including economic, social, and ethical impact analyses. The assessment was performed by a team of leading professional practitioners and academics and patient/user representatives  supported by SBU staff members. The certainty of the evidence for each finding was systematically reviewed and graded. The report has been reviewed by independent experts and the conclusions have been approved by SBU's Board of Directors.

ISSN | 1400-1403

Declaration of contents |
✓ Assessment of new/ established intervention
✓ Systematic literature search
✓ Relevance assessment (Study selection)
✓ Risk of bias assessment/ quality assessment
✓ Synthesis of results
✓ Quality of evidence assessed by SBU
✓ Quality of evidence ssessed externally Based on systematic review
✓ Consensus process
✓ Produced in collaboration with experts in the field Patient/user involvement
✓ Ethical aspects Economic/health economic aspects Social aspects
✓ Approved by the SBU quality and priority group
✓ Approved by SBU's Board of Directors

Key words | Shaken Baby Syndrome, Infant, Child Abuse, Subdural Hematoma, Retinal Hemorrhage, Brain Edema

Published | October 2016

Period of validity | Results based on strong scientific evidence usually remain valid for a long time. Other results may become outdated over time. This is particularly true for results based on limited or insufficient scientific evidence.

Order | This report (no 255E) can be ordered from Strömberg distribution. Telephone: -+46 8 779 96 85 • Fax: +46 8 779 96 10 • Email: sbu@strd.se

Production | Graphic design by Åsa Isaksson, SBU. Printed by Elanders Sverige AB, Mölnlycke, 2017. Cover photo: Shutterstock

Translator | Joan Bevenius

Registration number | UTV2014/254

Cite this report | SBU. Traumatic shaking – The role of the triad in medical investigations of suspected traumatic shaking: A systematic review. Stockholm: Swedish Agency for Health Technology Assessment and Assessment of Scial Services (SBU); 2016. SBU report no 255E. ISBN 978-91-85413-98-0.

# Content

**Summary of the results**     **5**

**1   Aim**     **7**

**2   Background**     **9**
What is traumatic shaking?     9
Signs and symptoms     10
Presenting medical history     10
Terminology     11
Investigation of injuries which may be attributable to traumatic shaking     12
Other possible causes (differential diagnoses) of the triad and its components     12
The triad – Signs and symptoms     12
— Subdural hematoma     12
— Retinal hemorrhages     13
— Encephalopathy     13
Diagnostic methods     13
— Intracranial examination     13
— Retinal examination     14

**3   Systematic evaluation: method**     **17**
Question to be addressed     17
— PIRO     17
Criteria for inclusion and exclusion     18
— Inclusion criteria     18
— Exclusion criteria     18
Methodology for selection of studies     18
Assessment of relevance     19
Assessment of the quality of individual studies     19
Method for synthesis of the results     19
Assessment of the quality of the evidence     20

**4   Results**     **21**
Flow chart of literature search     22
Quality of the evidence     22

**5   Discussion**     **27**
Methodological issues     28
— Definition of traumatic shaking     28
— Classification of subjects into groups     29
— Circular reasoning in clinical and research settings     29
— Diagnostic methods     30
Comparison with results of other reviews     31

**6    Issues for future research**                                            **33**
What measures are required to address the scientific uncertainties?            34
   — International coordination                                                 34
   — Priority research topics                                                  34

**7    Project group, external reviewers, board and councils**                 **37**
Project group                                                                  37
   — Experts                                                                   37
   — SBU                                                                       38
Scientific reviewers                                                           38
Conflicts of Interest                                                          39
Scientific Advisory Committee – Brage                                          39
Scientific Advisory Committee – Eira                                           39
SBU's Board of Directors                                                       40

**8    External collaboration**                                                **43**
Co-operation with interested parties                                           43
Networking with government authorities                                         43
The Swedish National Council on Medical Ethics                                 44

**9    Glossary**                                                              **45**

**10   References**                                                            **47**

**Appendix 1 Other possible causes of the components of the triad**           **55**

**Appendix 2 Biomechanical studies**                                          **59**

**Appendix 3 Ethical analysis of traumatic shaking**                          **61**

**Appendix 4 Search strategies**                       available at www.sbu.se/255e

**Appendix 5 Studies with high risk of bias**          available at www.sbu.se/255e
**                 and excluded studies**

# Summary of the results

The systematic review showed the following graded results:

- There is limited scientific evidence that the triad[1] and therefore its components can be associated with traumatic shaking (low quality evidence).

- There is insufficient scientific evidence on which to assess the diagnostic accuracy of the triad in identifying traumatic shaking (very low quality evidence).

**Limited scientific evidence (low quality evidence)** represents a combined assessment of studies of high or moderate quality which disclose factors that markedly weaken the evidence. It is important to note that limited scientific evidence for the reliability of a method or an effect does not imply complete lack of scientific support.

**Insufficient scientific evidence (very low quality evidence)** represents either a lack of studies, or situations when available studies are of low quality or show contradictory results.

Evaluation of the evidence was not based on formal grading of the evidence according to GRADE but on an evaluation of the total scientific basis.

---

[1] Three components of a whole. The triad associated with SBS usually comprises subdural hematoma, retinal hemorrhages and encephalopathy.

# 1 Aim

In cases of suspected traumatic shaking, the diagnosis has conventionally been based on three findings, referred to collectively as the triad, namely: subdural hematoma (bleeding between the dura mater and the brain), retinal hemorrhages, and various forms of brain symptoms (encephalopathy). The presenting history is often that of lethargy, seizures and apnea. The purpose of this evaluation was to determine how reliably the triad or its components can be explained by traumatic shaking of children up to one year of age.

# 2 **Background**

Child abuse was described in the medical literature as early as in the 1800's [1], but it was only much later that awareness of the practice became more widespread [2,3]. Child abuse can often be concealed within the family and there is a risk of underdiagnosis, in part because the child is unable to speak for itself. At the same time, overdiagnosis can have serious consequences, because families can be split apart on false grounds. Adherence to the healthcare principle that the triad is attributable exclusively to traumatic shaking can lead to overdiagnosis, because of failure to consider other possible causes of the child's condition.

## What is traumatic shaking?

Traumatic shaking occurs when a child is shaken in such a way that its head is flung backwards and forwards. In 1971, Guthkelch, a neurosurgeon, hypothesized that such shaking can result in a subdural hematoma, in the absence of any detectable external signs of injury to the skull [4]. The article describes two cases in which the parents admitted that for various reasons they had shaken the child before it became ill. Moreover, one of the babies had retinal hemorrhages. The association between traumatic shaking, subdural hematoma and retinal hemorrhages was described by Caffey in 1972 and referred to as Whiplash Shaken Infant Syndrome [2]. The injuries were believed to occur because shaking the child subjected the head to acceleration-deceleration and rotational forces. In 1987, this theory was queried by Duhaime et al. [5] in a biomechanical study which concluded that isolated shaking, in the absence of direct violence, is probably not of sufficient force to cause the injuries described above.

The name of the condition has since been changed to Shaken Baby Syndrome (SBS). There are a number of studies on the association between various clinical and radiographic findings and injuries caused by violent shaking of a child [6–13].

In recent years the term abusive head trauma (AHT) has been introduced (see section Terminology). The project group decided to apply the term "traumatic shaking" to the trauma mechanism and the "triad" to the actual signs and symptoms [13].

# Signs and symptoms

In the scientific literature, various signs and symptoms are described in association with traumatic shaking. The collective name "triad" has been adopted for the most frequently occurring injuries (subdural hematoma, retinal hemorrhage and encephalopathy). The main focus of this report is the triad (see section Terminology). Other signs are occasionally reported in association with traumatic shaking, including bruising to the chest, fractures of, for example, the ribs and shinbone (metaphyseal fractures), but these injuries are not included in the present review.

# Presenting medical history

When medical attention is sought for the affected child, the presenting history includes various clinical signs such as seizures, lethargy or other symptoms of encephalopathy. The initial clinical and radiographic examination can disclose the presence of, for example, subdural hematoma, or various symptoms of brain dysfunction. Subdural hematoma, retinal hemorrhages and various forms of encephalopathy can have serious sequelae, with permanent damage to the brain and/or the eyes. Permanent damage can comprise serious impairment of cognitive and/or motor function, with widespread adverse effects on the child's health, development and future quality of life and can ultimately even be fatal.

Healthcare personnel are encouraged to be alert to the findings which comprise the triad and are required by law (Social Services Act: Chapter 14, Section 1) to notify the Board of Social Welfare if they become aware, or suspect, that a child is being abused, or otherwise may need protection. In a frequently quoted article by the American Academy of Pediatrics, 1993 [14] physicians documenting trauma affecting the brain in newborns are encouraged to conduct a thorough examination and to be familiar with the clinical and radiographic findings which can confirm damage caused by traumatic shaking. The regional health care plan published by the Stockholm County Council 2011 stated:

"If there is no history of a traffic accident or a fall from a considerable height, the combinaton of subdural hematoma and encephalopathy with edema or hemorrhage strongly suggests that the child has been abused. If there are also

retinal hemorrhages then from the medical point of view the diagnosis of abuse is quite clear." [15].

Other regional care programmes as well as the statement by the Swedish National Board of Health and Welfare on children who are being abused or are at risk of abuse include guidelines on the care of infants in cases of suspected abuse [16,17].

In recent years however, the certainty with which it can be determined that the findings of the triad are in fact attributable to traumatic shaking has been questioned [18–26]. Many articles which have debated the subject of traumatic shaking and the symptoms and signs of the triad have been published in international and national journals and in the media. In this context, it is important to ascertain whether the conclusion that traumatic shaking is the cause of these signs and symptoms is based on evidence of the highest possible scientific quality. However, grading of scientific supporting evidence is based on the assessment of groups – not of individuals. In order for the justice system or social services to make a statement on the association between exposure and disease or injury, assessment of the individual case is required, with other observations and conditions also taken into account.

# Terminology

The English term for the triad is Shaken Baby Syndrome (SBS), which refers to the signs and symptoms which allegedly can arise after an episode of isolated traumatic shaking, i.e. shaking without the head impacting on any object.

In 2009 the American Academy of Pediatrics recommended a broader term, Abusive Head Trauma (AHT), which includes also direct trauma to the head [27]. Also to be found in the literature are several other terms, which partly or completely overlap the terms Shaken Baby Syndrome och Abusive Head Trauma (see Chapter 9). The terms are used in a variety of ways in the scientific literature and this contributes to the lack of methodological clarity in studies of the effects of traumatic shaking. The project group has therefore decided to limit the scope of the project to isolated traumatic shaking, thereby including only studies of cases in which there is no evidence of direct trauma (external injury) to the head. Furthermore, the authors have avoided the terms SBS and AHT because they imply both the signs and symptoms and the alleged mechanism behind the findings, even the intent. Instead, the authors chose to make a clear distinction between the injurious mechanism ("traumatic shaking") and the medical findings ("the triad").

# Investigation of injuries which may be attributable to traumatic shaking

Diagnosis of suspected brain injury is based on computerised tomography (CT) and/or magnetic resonance imaging (MRI). The presence of retinal hemorrhages is determined by examination of the fundus by ophthalmoscopy or fundoscopy.

# Other possible causes (differential diagnoses) of the triad and its components

In cases presenting with the triad, it is important to determine whether these can be attributed to causes other than traumatic shaking.

Subdural hematoma, retinal hemorrhages and encephalopathy have been described after delivery and in association with such conditions as various convulsive states, certain hemorrhagic diseases, infectious diseases, metabolic disorders, immunological diseases, skeletal diseases and vascular malformations (see Appendix 1 for details).

# The triad – Signs and symptoms

## Subdural hematoma

It is well-known that trauma to the head can give rise to subdural hematoma. In an adult, the underlying mechanism is rupture of one or more of the bridging veins, with bleeding into the subdural space. In many such cases there are often also external signs of trauma to the head in the form of soft tissue bleeding, but in other cases a CT scan may disclose internal injury in the absence of any evidence of external trauma.

Shaking an infant causes the movement of the brain to be out of synchrony with the movement of the skull. However, there is lack of consensus about the mechanism underlying the bleeding. It has been proposed that it may result from capillary injury [28,29]. As isolated traumatic shaking does not involve direct trauma to the head, there will be no external signs of head trauma such as swelling of soft tissues, contusions, lacerations or skull fractures. Hence, an incident is not classified as isolated traumatic shaking when soft tissue injuries or skull fractures are detected. Soft tissue injury and skull fracture(s) are therefore findings which exclude isolated traumatic shaking.

Imaging techniques have shown that subdural hematoma can occur in association with vaginal delivery, but is usually resorbed within a few weeks [22]. In the space created by the hematoma, effusion (leakage of fluid) may result in the development of a so-called subdural hygroma, which contains cerebrospinal fluid. It has been proposed that further bleeding in this space could occur spontaneously, or as a result of minor trauma [30–33]. It has also been proposed that an enlarged subarachnoid space could increase the risk of subdural hemorrhage [19,34–36].

## Retinal hemorrhages

Retinal hemorrhages associated with traumatic shaking have been attributed to transfer of shearing forces in the vitreous body of the eye to the retina, due to increased pressure in the venous blood vessels in the retina, resulting in rupture of the vessels [37–39]. It has also been proposed that during shaking, repetitive acceleration and deceleration create shearing forces between the vitreous body and the retina, as well as direct injury to the eyeball. However, bleeding in the fundus of the eye has also been demonstrated in association with subdural hematoma considered to be caused by disease and it is therefore possible that retinal hemorrhages can arise as a sequel to subdural hematoma. One possible explanation is that increased intracranial pressure caused by edema of the brain leads to increased pressure in the central optical vein, with congestion in the retina [40,41]. The relationship between subdural hematoma and retinal hemorrhages is supported by studies showing that isolated incidents of retinal hemorrhages are very rare [38,41]. Retinal hemorrhages have also been observed after normal vaginal deliveries [42].

## Encephalopathy

Encephalopathy can present with such signs as lethargy, seizures and dyspnea, among others. These signs may be attributable to frictional damage in the brain or the cervical medulla, and/or brain edema. Brain edema and brain hypoxia can cause irreversible brain damage. Increased intracranial pressure, for example due to brain edema or subdural hematoma, can also result in seizures, apnea and lethargy [43,44]. Brain edema can be revealed by both computed tomography (CT) and magnetic resonance imaging (MRI) and appears as effacement of the sulci and compression of the cerebral ventricles. These may be temporary conditions, which resolve without any permanent brain damage. The most serious condition can be revealed by CT and MRI as reduced differentiation between the white and grey matter of the brain, representing a global irreversible ischemic injury.

# Diagnostic methods

## Intracranial examination

While CT is based on the differences in absorption of x-ray radiation of substances and tissues of varying density, MRI exploits a number of different

properties of substances and tissues and thereby offers a richer and often more specific characterisation of the tissue being examined.

Both techniques allow observation of thin "sections" through the entire brain, with reconstructions in several planes, and also assessment of the intracranial vessels (by using contrast medium in the vessels). Both techniques provide similar information on changes in the brain ventricles and basal cisterns, such as compression of the ventricles in brain edema, widening in hydrocephalus, displacement due to hemorrhage and the risk of brain herniation.

However MRI can provide different information from CT, for example with respect to the presence of fresh blood, deposition of hemosiderin (a decomposition product of hemoglobin) and early ischemic and axonal injuries [45,46].

While an acute subdural hematoma in a small child comprises fresh blood, a subacute subdural hematoma is usually composed of a mixture of an upper layer of fluid and a sediment of coagulated blood [47]. The development of the hemorrhage over time results in different patterns on CT and MRI. The time frames for the development and duration of these patterns can overlap; hence determination of the age of the injury is uncertain [48]. In rare cases, calcifications can be mistaken for fresh blood, particularly in the brain tissue. On a CT scan, hemorrhage has a more robust pattern than that seen on various MRI sequences, which have a varying and partly overlapping appearance, depending on the composition of the bleeding and the time elapsed since the injury. CT assessment of the age of a subdural hemorrhage is therefore considered to be more reliable than assessment by MRI [49,50]. The ability to determine the age of a subdural hematoma can be important for correlation with the alleged time of injury.

Both CT and MRI can be used to determine brain edema, which appears as effacement of the sulci on the surface of the brain and compression of the ventricles and basal cisterns. CT is more reliable than MRI for assessing fractures.

## Retinal examination

Two methods can be used for examination of the ocular fundus. The most common is fundoscopy with or without dilatation of the pupil. More recently a photographic method has been developed (Retcam). This method allows subsequent assessment of the findings by other observers who are not aware of the case history or the purpose of the examination [51,52].

At autopsy the entire eye can be examined, and other findings can then be described [53,54].

Hemorrhage in the ocular fundus cannot usually be assessed by CT or MRI. However, in a recently published MRI study, a particular imaging sequence was compared with ophthalmoscopy and it was shown that in 83% of cases retinal hemorrhages could be detected by MRI [55,56].

In this context it is important to be aware that interpretations of CT, MRI and ocular fundoscopy findings are somewhat subjective and the experience of the individual observer can influence the final assessment.

# 3 Systematic evaluation: method

## Question to be addressed

The aim of the present investigation was to address the following question: With what certainty can it be claimed that the triad, subdural hematoma, retinal hemorrhages and encephalopathy, is attributable to isolated traumatic shaking (i.e. when no external signs of trauma are present)?

### PIRO

**P (Population):** Children ≤12 months of age

**I (Index test):** The triad in cases of suspected traumatic shaking

**R (Reference test/gold standard):** Admitted or witnessed traumatic shaking or other trauma

**O (Outcome measure):** Diagnostic accuracy

The Project has been conducted in accordance with the method described in SBU's manual [57].

# Criteria for inclusion and exclusion

## Inclusion criteria

### Study design

Case-control, cohort and registry studies and studies applying qualitative methods of analysis.

### Observations

In order to reduce the risk of random errors of selection, only studies comprising 10 or more cases were included. With respect to possible alternative explanations (differential diagnoses), the project group was of the opinion that one published case was sufficient to question the hypothesis that the triad is always caused by traumatic shaking. Articles on differential diagnoses were not quality assessed and are therefore not included in the basis for the results. If a subgroup of children who had been subjected to traumatic shaking and/or a subgroup aged ≤12 months (median and/or mean age) was included in AHT studies, then these were included by the project group. The mean age of children subjected to traumatic shaking is stated to be 2–3 months [58] and the project group therefore decided to limit the review to studies of children with a mean or median age of ≤12 months.

### Language

Articles written in English, German, French, Swedish, Danish and Norwegian were included.

### Other criteria

The project group decided to include only cases of traumatic shaking which were witnessed (e.g., video recorded) or in which someone had confessed to shaking the child.

## Exclusion criteria

The project group excluded studies of fewer than 10 cases and AHT studies which included external injury to the head and/or fractures and other injuries.

Studies identified in the literature search as biomechanical studies and studies which deal with other possible causes of the triad have been considered separately and are presented in Appendices 1 and 2.

# Methodology for selection of studies

Based on the question to be addressed by the project, the literature databases were searched systematically, in close collaboration between the information

specialist and the experts in the project group. The literature search encompassed the databases PubMed, Embase och Cochrane Library through October 15th, 2015. Further studies were searched for manually, through the reference lists of individual studies and systematic reviews. For a detailed description of search terms and limitations (see Appendix 4, www.sbu.se/255e).

# Assessment of relevance

The lists of abstracts generated by the literature search were scrutinised independently by two experts. Studies deemed by at least one of the experts to be relevant to the questions to be addressed by the project were retrieved in full text and scrutinised independently by two experts with reference to the project's inclusion criteria. Articles which were scrutinised in full text and did not meet the inclusion criteria were excluded: the main reason for exclusion was recorded (see Appendix 5, www.sbu.se/255e). Disagreements were addressed initially by discussion between the two experts who had read the article. In certain cases the entire project group was involved in the discussion and the decision about inclusion or exclusion was resolved by consensus.

# Assessment of the quality of individual studies

Because of the specific field of research, the project group modified SBU's template to assess the quality of the included studies and to determine the risk of bias (circular reasoning: see the section "Circular reasoning in clinical and research settings" in Chapter 5). The template includes i.a. the type of study (prospective, diagnostic, biomechanical etc), the main focus of the study and whether the study addressed subdural hematoma, retinal hemorrhages and/or encephalopathy. In accordance with SBU's guidelines, only studies of moderate or high quality were considered in the results and discussion [11].

Systematic reviews of the field were quality assessed using the AMSTAR instrument [57]. The results in the present report were based on original studies and not on other systematic reviews (see Chapter 5).

# Method for synthesis of the results

Meta-analysis is a statistical method for quantitatively appraising the results of several studies in order to obtain data from a larger sample and to achieve a more reliable assessment of the statistical uncertainty. In order to pool the results, the studies must have been conducted using similar methods and it must be possible to adjust the analyses for similar background factors. As only

one of the included studies used a reference group, it was not possible to undertake a meta-analysis.

# Assessment of the quality of the evidence

The quality of the evidence indicates the level of reliability of the results and is based on the assessment of study quality (risk of bias), inconsistency, imprecision, risk of publication bias and indirectness.

As no meta-analysis was possible, the results were based on a narrative synthesis of the included studies. Evaluation of the evidence was not based on formal grading of the evidence according to GRADE but on an evaluation of the total scientific basis. The quality of the evidence was deemed to be limited (low) when combined assessment of studies of high or moderate quality disclosed factors which markedly weaken the evidence. The quality of the evidence was deemed to be insufficient (very low) when there was a lack of studies, when the available studies were of low quality or when studies of similar quality showed contradictory results. It is important to note that limited evidence for the reliability of a method or an effect does not imply complete lack of scientific support.

# 4 Results

The literature search yielded 3773 abstracts, of which 1065 were retrieved in full text. Of these 1035 were excluded because they did not meet the inclusion criteria. Of the 30 remaining studies, two were assessed to have moderate quality and none of high quality. The main reason that so few studies met the quality requirements was that the published papers failed to provide information as to whether traumatic shaking was confessed to by the perpetrator or had been witnessed. Thus the results are based on only two studies of confessed traumatic shaking and a meta-analysis was therefore not possible. However, agreement between the results of the included studies was discussed in the project group.

# Flow chart of literature search



**Figure 4.1**
Flow chart of
literature search.

The systematic review showed the following graded results:

- There is insufficient scientific evidence on which to assess the diagnostic accuracy of the triad in identifying traumatic shaking (very low quality evidence).

- There is limited scientific evidence that the triad and therefore its components can be associated with traumatic shaking (low quality evidence).

The two included studies of moderate quality, both conducted in France, were based on cases in which the perpetrator confessed to subjecting the child to traumatic shaking. The study by Vinchon et al. was a prospective study. It was based on a register of traumatic head injury in children aged under 2 years, who were admitted to hospital between May 2001 and February 2009, in a catchment area with a population of about 4 million [59]. The material comprised 412 cases, of which 124 were classified as Inflicted Head Injury (IHI) and 288 as Accidental Trauma (AT).

In the group with inflicted injury (IHI group), there were 45 confessed cases: 30 by traumatic shaking and 15 in which the perpetrator admitted to other

# Flow chart of literature search



**Figure 4.1**
Flow chart of
literature search.

# Quality of the evidence

The systematic review showed the following graded results:

- There is insufficient scientific evidence on which to assess the diagnostic accuracy of the triad in identifying traumatic shaking (very low quality evidence).

- There is limited scientific evidence that the triad and therefore its components can be associated with traumatic shaking (low quality evidence).

The two included studies of moderate quality, both conducted in France, were based on cases in which the perpetrator confessed to subjecting the child to traumatic shaking. The study by Vinchon et al. was a prospective study. It was based on a register of traumatic head injury in children aged under 2 years, who were admitted to hospital between May 2001 and February 2009, in a catchment area with a population of about 4 million [59]. The material comprised 412 cases, of which 124 were classified as Inflicted Head Injury (IHI) and 288 as Accidental Trauma (AT).

In the group with inflicted injury (IHI group), there were 45 confessed cases: 30 by traumatic shaking and 15 in which the perpetrator admitted to other

external trauma. However, the article does not include detailed descriptions as to how the perpetrator inflicted the injuries, nor the circumstances under which the confession was obtained. This group of children was compared with 39 cases in which accidental trauma was witnessed in a public place (AT group).

In the group with inflicted trauma, 37 out of 45 (82%) had a subdural hematoma, compared with 17 out of 39 (44%) in the accidental trauma group; 37 out of 44 (84%) had retinal hemorrhages, compared with 6 out of 35 (17%) in the accidental trauma group and 12 out of 45 (27%) hade cerebral ischemia, compared with 1 out of 39 (3 percent) in the group with accidental head trauma.

The study by Adamsbaum et al. was a retrospective observational study, comprising 29 confessed cases of traumatic shaking (in which direct trauma to the head was described in 5 cases) and a comparative group of 83 unconfessed cases [60]. The criteria for inclusion in the study were subdural hematoma disclosed by a CT scan and confession by the suspected perpetrator. As subdural hematoma was one of the criteria for inclusion in the traumatic shaking group, only the results for retinal hemorrhages could be used in this investigation.

In the group in which traumatic shaking was confessed to (Group A) 24 children (83%) had retinal hemorrhages. In all cases where the perpetrator had confessed, the shaking was described as violent (100%) and in some cases (55%) the perpetrator admitted to repeated episodes of shaking. No correlation was established between the density of the subdural hematoma and the number of repeated episodes of shaking. In 14 out of 29 cases in Group A there was a detailed description of how the suspect had committed the act. In the other group (Group B) there were children who had been shaken in an attempt at revival, or had suffered accidental injury and some children for whom no explanation of the condition was presented: thus this group cannot be considered an acceptable reference group.

The studies by Vinchon et al. and Adamsbaum et al. both demonstrate that traumatic shaking can cause subdural hematoma and retinal hemorrhages. In the study by Vinchon et al., the group in which traumatic shaking was confessed to comprised a larger proportion of children with subdural hematoma, retinal hemorrhages and cerebral ischemia than the group of children who had been injured in a witnessed accident. Adamsbaum et al. compared a group of children in which the perpetrators had confessed to traumatic shaking, with a group of children in which the suspects had not confessed: this can result in inclusion bias in one or both groups. As only one of these two studies had a relevant reference group, it has not been possible to conduct a meta-analysis.

There are also other published cases which have been excluded (wrong population, wrong study design), but contain detailed descriptions of confessions which are in accordance with the two studies of moderate quality [61,62]. Because of the low number of studies of moderate or high quality it was not possible to determine the diagnostic accuracy of the triad in identifying traumatic shaking.

Table 4.1 Characteristics of included studies.

| Author Year Reference Country | Aims/focus Outcome | Study design Setting Inclusion and exclusion criteria | Number of cases Medical examinations | Results | Methodological considerations/ comments | Study quality |
|---|---|---|---|---|---|---|
| Vinchon 2010 [59] France | **Aims/focus** To compare the clinical, ophthalmological and radiological features of inflicted head injury (IHI) and accidental trauma (AT) and to test the diagnostic value of these findings **Outcome** Registered medical findings including SDH (density), RH and brain ischemia | **Study design** Prospective cohort study collecting medical information on all traumatic head injuries in infants from May 2001 to February 2009 **Setting** Diagnosis in pediatric intensive care unit or neurosurgical unit **Inclusion criteria** Children under the age of 24 months referred alive to the emergency room due to confessed inflicted head trauma (IHT), or witnessed accidental trauma (AT) **Exclusion criteria** Obstetric trauma | **Number of cases** IHI group: 45 cases of confessed inflicted head injury, 29 boys and 16 girls, mean age 3.8 month (range 0.8–18.3). IHI was caused by shaking in 30 cases and beating in 15 cases  AT group: 39 cases of witnessed accidental injury, 23 boys and 16 girls, mean age 8.1 months (range 0–23.9) • 19 cases where the baby was a car passenger • 3 cases where the baby was in a carriage hit by a vehicle • 5 cases of defenestration • 11 cases injured by a short fall • 1 case without description **Medical examinations** Clinical examination including neurological symptoms CT scanning Fundoscopy X-ray and/or isotopic bone scanning skeletal survey | **IHI group** SDH: 37/45 (82%) RH: 37/44 (84%) Brain ischemia: 12/45 (27%)  **AT group** SDH: 17/39 (44%) RH: 6/35 (17%) Brain ischemia: 1/39 (3%)  **Diagnostic value**  **SDH** Sensitivity: 0.822 Specificity: 0.552 PPV: 0.685 NPV: 0.724  **Severe RH** Sensitivity: 0.556 Specificity: 0.974 PPV: 0.961 NPV: 0.655  **Brain ischemia** Sensitivity: 0.267 Specificity: 0.971 PPV: 0.921 NPV: 0.505 | The report does not contain a detailed description of the method nor of the IHI cases. It is not possible to extract the results for the shaken baby cases in the IHI group There are limitations in the definitions of the diagnostic criteria The triad used by the authors consists of subdural hematoma, retinal hemorrhage, and absence of sign of impact No details about what the suspect had confessed and under which circumstances the confession was obtained | Moderate |

*The table continues on the next page*

Table 4.1 continued

| Author Year Reference Country | Aims/focus Outcome | Study design Setting Inclusion and exclusion criteria | Number of cases Medical examinations | Results | Methodological considerations/ comments | Study quality |
|---|---|---|---|---|---|---|
| Adamsbaum 2010 [60] France | **Aims/focus** To correlate the history of confessed abusive head trauma (AHT) cases with medical findings and to compare medical findings in confessed cases of AHT with non-confessed cases **Outcome** Density and location of SDH, RH, fractures and skin ecchymosis | **Study design** Retrospective observational study with examined forensic evidence, from January 2002 to May 2009 **Setting** Not specified **Inclusion criteria** Children with AHT (presence of SDH on CT scan with or without traumatic skin lesions) and a perpetrator conviction, with or without confession **Exclusion criteria** Accidental trauma and metabolic or infectious pathology | **Number of cases** Group A: 29 cases where the perpetrator confessed violent shaking of the child. In 5 cases a final impact of the infants head on a bed was described by the perpetrator. 22 boys and 7 girls, mean age 4.7 ± 2.9 months. 27 cases were younger than 1 year Group B: 83 cases without confession of a causal relationship between violence and the child's symptoms. 63 boys and 20 girls, mean age 6 ± 5.3 months • 19 cases where the children was shaken in order to revive it from a life-threatening event • 28 cases where a minor accident was described • 36 cases where no mechanistic description was given **Medical examinations** Clinical examination CT scanning Fundoscopy X-ray skeletal survey MRI (only in confessed cases) | **Group A** RH: 24/29 (83%) SDH hyperdensity: 11/29 (38%) SDH hypodensity: 2/29 (7%) SDH mixed density: 16/29 (55%) 9 infants in Group A died. In 4 of the cases the perpetrator admitted head impact. **Group B** RH: 75/83 (90%) SDH hyperdensity: 28/83 (34%) SDH hypodensity: 0/83 (0%) SDH mixed density: 55/83 (66%) 16 infants in group B died No statistically significant difference between the two regarding incidence of RH, density of SDH, or location of SDH | A retrospective study design without an appropriate control group The inclusion criterion SDH was part of the triad, why the prevalence of SDH after shaking cannot be evaluated The report contains a detailed description of 14 cases in group A. No details under which circumstances the confession was obtained | Moderate |

AHT = Abusive head trauma; AT = Accidental trauma; CT = Computed tomography; IHI = Inflicted head injury; IHT = Inflicted head trauma; MRI = Magnetic resonance imaging; NPV = Negative predictive value; PPV = Positive predictive value; RH = Retinal hemorrhage; SDH = Subdural hematoma

# 5 **Discussion**

Although relatively many studies met the criteria for inclusion, the literature search identified only two studies of moderate quality. This is disconcerting, because traumatic shaking is very serious and has dramatic consequences for both the child and its family. The research field is complex, but this does not excuse, for example, circular reasoning and inadequate presentation of data collection. It is important that reviews of the field include consideration of the methodological flaws which characterise this field of research.

The studies by Adamsbaum et al. and Vinchon et al. were deemed to be of moderate quality. Although both studies have methodological limitations, they support the hypothesis that isolated traumatic shaking can give rise to the triad.

The prospective study by Vinchon et al. was based on more than 400 cases: 124 were classified as inflicted and 288 as accidental injuries to the skull. Forty-five were cases of confessed inflicted skull injury, of which 30 were cases of confessed isolated traumatic shaking (IHI group).

Thirty-nine cases were witnessed accidents (AT group). The advantage of this study is that all trauma cases presenting at the hospital were registered prospectively for many years. The study also has a clearly defined reference group, of children who had accidentally sustained injuries in the presence of a witness. However, this group of children is significantly older. One of the limitations of the study is the lack of detailed description of how and when the shaking incident occurred. Vinchon et al. analysed the components of the triad separately, but the authors also introduced a different combination for the triad, namely subdural hematoma, retinal hemorrhages and the "absence of scalp swelling".

However data on effects on the brain are registered in the study, in the form of seizures, lethargy and coma, among others. By definition, the group of children with isolated traumatic shaking will comprise only those cases without signs of external trauma, while the group with accidental injury will include cases with signs of external trauma. At an early stage of the investigation the project group contacted Dr. Vinchon in order to clarify certain ambiguities, but not all queries were answered. The questions included i.a. how retinal hemorrhages were defined, how the authors calculated sensitivity, specificity and the predictive value of the triad, why they chose a different triad component ("absence of scalp swelling" instead of encephalopathy) and under what circumstances the suspected perpetrator had confessed and what had been confessed.

The study by Adamsbaum et al. was a retrospective observational study which included 29 cases in which a suspect confessed to traumatic shaking. While detailed confessions were presented for 14 cases, it cannot be discounted that among the cases for which no detailed confession was forthcoming, there could be some in which shaking occurred after the child exhibited symptoms of brain damage. The study group was compared with a reference group comprising 83 unconfessed cases. However, this is not a "true" reference group, as there may be cases of traumatic shaking among the unconfessed cases. As subdural hematoma is a criterion for inclusion of all cases in the study, only the results for retinal hemorrhages can be considered.

During the literature review the project group identified other conditions or events which can also give rise to the three components of the triad. Some of these conditions or events do not result in permanent disability or are very rare, but it should be noted that the triad or its components can be attributable to causes other than shaking. It is therefore important to consider these possible differential diagnoses in investigations of suspected traumatic shaking. Decisions made by social services or the court system are based not only on medical findings, but also on other evidence.

An analysis of biomechanical studies (Appendix 2) disclosed contradictory results and no conclusions can be drawn as to the minimal forces capable of generating these injuries in children.

# Methodological issues

This review of the scientific evidence for diagnosis of traumatic shaking in children under the age of 12 months (mean or median age ≤12 months) disclosed a number of methodological issues in the published studies.

## Definition of traumatic shaking

The project was limited to studies in which traumatic shaking was considered to be the primary cause of the child's injuries, but several studies have adopted a wider definition, for example inflicted head injury. Thus it has not always

been possible to distinguish between an injury attributable to traumatic shaking and an injury attributable to direct trauma to the head.

## Classification of subjects into groups

Another methodological problem was that traumatic shaking was not always witnessed or confessed to by the suspected perpetrator, hence correct classification of cases into a traumatic shaking group or a reference group was uncertain. Thus there is a risk of incorrect evaluation of the association between the triad and traumatic shaking. Although there is a risk of false confessions, apart from film documentation, this is the only means of gaining an insight into what has actually happened to the infant. Because of the risk of false confessions, all confessions in these studies must be considered with caution.

Thus there are some risks associated with the decision of the project group to include only cases in which someone has confessed. The confession could be false because it was made as part of a plea bargain. It could also be false because the suspect has felt impelled to confess [63–65].

## Circular reasoning in clinical and research settings

Under the Social Services Act, the Board of Social Welfare must be notified not only of all cases of (suspected) child abuse, but also of other cases in which a child may be deemed to be vulnerable to harm and in need of protection. Those required to notify suspected child abuse are personnel within the health and medical services, dental, preschool, school, social and criminal services (Chapter 14, Section 1 of the Social Services Act).

In many cases, it is a child protection team which investigates cases of suspected traumatic shaking. Over the years these teams have developed criteria based on certain symptoms and signs which can be associated with isolated traumatic shaking, after exclusion of other possible causes of the child's condition [66,67]. Some of these criteria are associated with the carer's credibility. The carer is not considered trustworthy if he/she cannot provide an "acceptable" explanation for the child's condition, for example that the child had fallen from a low height and had not sustained any external injury. A change of statement – for example, the carer first denies shaking the child and later admits to doing so, but only after the child had stopped breathing or lost consciousness – also reduces the carer's credibility. If the child was shaken because it suddenly showed signs of being unwell (such as dyspnea or apnea), it is however reasonable to assume that the child's condition was already cause for concern before it was shaken and thus the symptoms were not attributable to the shaking. If however, such an explanation of events is not deemed "acceptable", the case is still classified as a case of traumatic shaking.

The child protection team's criteria are based primarily on a clinical approach [66,67]. Problems arise later, when and if these criteria are not tested unconditionally by researchers in systematic studies of the association between the triad and traumatic shaking. This means that the interpretation made by the child protection team characterises the scientific investigation and hypothesis testing

and this, in turn, means that the conventional approach is reinforced instead of being tested. However, if before the study it has already been assumed that the question to be addressed by the study has been answered, i.e. the association between the symptoms and signs of the triad and traumatic shaking has already been described (according to the child protection team's criteria), then circular reasoning occurs. Applied in this context, the reasoning results in a high risk of bias, which in turn results in a situation wherein the researcher does not know what is being compared (the traumatic shaking group may include children who have not been shaken and the reference group may include children who have been shaken). Sensitivity, specificity and predictive values calculated on comparison of such groups will result in incorrect conclusions. It will also result in incorrect calculations of incidence.

In order to avoid such circular reasoning, study cases and control cases must be identified introcontrovertibly. The project group has chosen to accept as study cases only those in which there was a witness to (or video documentation of) an incident of shaking or where someone has made a detailed confession of shaking the child.

## Diagnostic methods

There is uncertainty in determining the time at which a subdural hematoma arose. Moreover this uncertainty is greater in children under 12 months of age, because the characteristics of subdural hemorrhage at this age differ somewhat from those in adults. A subdural hematoma in a small child or infant usually consists of an upper layer of fluid and a sediment of coagulated blood: if the subdural hematoma is subacute, this layer can exhibit various degrees of attenuation [47]. The application of CT and MRI scans has recently reduced this uncertainty somewhat [46], but caution must still be exercised in assessing the age of a hematoma because of the existence of different and partly overlapping patterns [48].

In both controlled experimental and observational studies, systematic errors can occur because various observers do not always make the same observations and/or interpret the observations differently. Agreement among different investigators in a study can vary according to how well-trained the observers are. This applies not only in general to observations and assessments, but of course also to examinations and assessments of the symptoms and signs in cases of suspected traumatic shaking.

In one study, for example, there were major variations among the observers' interpretation of retinal hemorrhages, i.e. interobserver agreement was low [51].

# Comparison with results
# of other reviews

The project group identified seven systematic literature reviews addressing the same or partly the same questions as the present report [68–74]. These reviews are not included in the results section of the present paper, but the project group scrutinised and assessed them because they are frequently cited in the scientific literature. All the systematic reviews were assessed by the project group to be of low quality (high risk of bias). Many of them were based on studies in which a team considered that a child had been shaken if it presented with the triad (circular reasoning, see section "Circular reasoning in clinical and research settings"). Another weakness in these reviews was that traumatic shaking was not specified and the more general term AHT was used instead, without a detailed description of what this term included.

# 6 Issues for future research

It is not possible to conduct randomised experiments in which children of various ages are subjected to various degrees of shaking. Biomechanical studies using dummies or models equipped with various inbuilt measuring instruments have been used to investigate the impact of mechanical forces on a child, but the results are contradictory. Further, for various reasons, it is difficult to extrapolate the results of animal experiments to infants.

The project group was therefore limited to observational studies in which exposure (in this case shaking) was assumed to have occurred. The most reliable are prospective cohort studies and ideally those subjects included in a traumatic shaking cohort should comprise cases in which the perpetrator has confessed in a detailed confession, including documentation of the circumstances under which the confession was obtained.

In many of the scrutinised studies, the children in the reference group were significantly older than those in the traumatic shaking group. The brain, skeleton and neck muscles in a 2-month old baby are different from those of an 8-month old. Hence, at the age of 0–2 months, an infant can be assumed to be more vulnerable to injury from shaking than an older baby. Comparison of two groups of children (traumatic shaking and accidental injury groups) which are not age-matched can lead to selection bias and incorrect conclusions. Studies with matched age groups would allow calculation of sensitivity and specificity and predictive values. In this context, an opinion on the probability that the triad was attributable to traumatic shaking could be expressed with greater certainty.

There is a lack of detailed knowledge about the pathophysiology of the development of subdural and retinal hemorrhages associated with vaginal delivery. Although most bleedings related to delivery are symptomless and disappear (are resorbed) within a few months, occasionally a hemorrhage can degenerate into a hygroma [19,30,36]. This circumscribed collection of fluid is contained by a membrane in which small vessels form and it is considered that this in turn can lead to renewed bleeding (rebleeding) and a chronic subdural pool of fluid. The possibility cannot be discounted that in certain cases, rebleeding can cause symptoms [19,36]. This could be one reason why a child suddenly exhibits signs of encephalopathy (lethargy, apnea and/or seizures), causing the carer to seek medical attention. Hypothetically such rebleeding could occur spontaneously or in response to minor trauma. There is therefore an urgent need for research into the pathophysiology and the natural course of subdural and retinal hemorrhages. Our understanding of the sequelae to traumatic shaking could also be improved by the development of better biomechanical models, for example models which take into account the impact of traumatic shaking on both the brain and the cervical vertebrae.

# What measures are required to address the scientific uncertainties?

The reasons for scientific uncertainty in this field vary and should therefore be managed in different ways; from coordination of the entire field of research with respect to the direction future research should take, to conducting studies using correct methodologies and detailed descriptions of how the studies have been conducted.

## International coordination

In order to improve diagnosis within the field, broad coordination at international level is required to ensure a study population of adequate size. Researchers in the field should strive to agree on which research questions are most urgent and collaborate to facilitate larger studies and to use similar study designs, allowing the results to be compared more readily. It should also be possible to establish an international register of confessed and well-documented cases.

## Priority research topics

Of particular importance are studies intended to improve the diagnostic accuracy of diagnostic imaging of the brain, the cervical spine and the eyes [75]. There is also a need for better methods of studying the natural course of the observed injuries. Differential diagnosis such as bleeding in neonates associated with delivery also needs to be studied in order to identify the natural course of events [22,36,76,77]. Further research is also required in order to improve understanding of the pathophysiology underlying the triad. Refined biomechanical models would also contribute to improved understanding of traumatic shaking.

As far as possible, of course, studies should meet all the predetermined quality criteria. It is also important that the researchers are blinded with respect to the suspected mechanism of origin of the injuries and that the results are presented in such a way as to allow diagnostic accuracy to be calculated. This latter requirement thus means that each individual finding must be assessed in both the study group and the reference group.

One of the reasons that it was difficult to find evidence in this field is that in many studies the method and the results were inadequately described. With respect to future studies, the project group presents the following recommendations of requirements to be met, in order that the quality of the studies can be assessed and that meta-analyses can be conducted:

The studies should:

- Comprise prospective observational studies of confessed and well-documented cases with reliable methodology, in which the risk of false confessions was minimised;

- Be age-matched (study group and reference group);

- Contain detailed presentations of how the study material was collected, including documentation of the examination technique and detailed presentations of any complementary investigations undertaken in order to exclude differential diagnoses;

- Demonstrate that the observers of the symptoms and signs were blinded to (i.e. were unaware of) the suspected or alleged cause of the findings and describe how the blinding was achieved;

- Present raw data, sensitivity/specificity and confidence intervals;

- Be based on a material of adequate size and apply a uniform method of examination throughout;

- Present a detailed account of the confession, what was confessed to and the circumstances under which the confession was made.

# 7 Project group, external reviewers, board and councils

## Project group

### Experts

**GÖRAN ELINDER**
Professor of Pediatrics,
Karolinska Institutet, Stockholm,
and Senior Consultant in Pediatrics

**ANDERS ERIKSSON**
Professor of Forensic Medicine,
Umeå University, and Senior
Consultant in Forensic Medicine,
the National Board of Forensic
Medicine

**BOUBOU HALLBERG**
PhD, Karolinska Institutet,
Stockholm, and Senior Consultant
in Pediatrics and Neonatology,
Karolinska University Hospital,
Stockholm

**NIELS LYNØE**
Senior Professor of Medical Ethics,
Karolinska Institutet, Stockholm,
and specialist in Family Medicine

**PIA MALY SUNDGREN**
Professor of Diagnostic Radiology,
Lund University, and Senior
Consultant in Neuroradiology,
Skåne University Hospital, Lund

**MÅNS ROSÉN**
Adjunct Professor of Health
Technology Assessment,
Karolinska Institutet, Stockholm

**BJÖRN-ERIK ERLANDSSON**
External Collaborator, Biomechanical
studies (Appendix 2), Professor of
Medical Technology, Royal Institute
of Technology, Stockholm

## SBU

**FRIDA MOWAFI**
Project Manager

**MARIANNE HEIBERT-ARNLIND**
Project Manager until September
2015

**IRENE EDEBERT**
Assistant Project Manager

**HANNA OLOFSSON**
Information Specialist

**ANNA ATTERGREN GRANATH**
Project Administrator

**LAURA LINTAMO**
Analyst

**ANNA BJÖRKLÖF**
Communication Responsible

# Scientific reviewers

SBU engages external reviewers in its reports. The reviewers contributed valuable comments, which have improved the report. The final version of the report, however, may not include all the alterations or additions recommended by the external reviewers, partly because they were not always in agreement. Therefore the external reviewers do not necessarily support all parts of the report.

The following external reviewers were engaged in this report and consented to inclusion of their names here:

**STEVEN LUCAS***
PhD, Senior Consultant
in Pediatrics, Uppsala University
Children's Hospital, Sweden

**TIIT MATHIESEN**
Adjunct Professor of Neurosurgery,
Karolinska Institutet, and Senior
Consultant in Neurosurgery,
Karolinska University Hospital,
Stockholm, Sweden

**TITTI MATTSSON**
Professor of Public Law,
Lund University, Stockholm,
Sweden

**NILS-ERIC SAHLIN**
Professor of Medical Ethics,
Lund University, Stockholm,
Sweden

**ARNE STRAY-PEDERSEN***
Associate Professor, Institute of
Clinical Medicine, University of Oslo,
and Senior Consultant in Forensic
Pathology and Clinical Forensic
Medicine, Oslo University Hospital,
Norway

**INGEMAR THIBLIN***
Professor of Forensic Medicine,
Uppsala University, and Senior
Consultant in Forensic Medicine
at the National Board of Forensic
Medicine, Sweden

---

*   These reviewers have provided open statements – for more information contact SBU.

# Conflicts of Interest

In accordance with SBU's requirements, the experts and scientific reviewers participating in this project have submitted statements about conflicts of interest. These documents are available at SBU's secretariat. SBU has determined that the conditions described in the submissions are compatible with SBU's requirements for objectivity and impartiality.

# Scientific Advisory Committee – Brage

SBU´s scientific advisory committee, Brage, has reviewed the material presented in this report.

**LARS HANSSON**
Chair, Professor, Care Science,
Lund University

**CHRISTEL BAHTSEVANI**
Reg Nurse, Med Dr, Care Science,
Malmö University

**PER CARLSSON**
Professor, Health Economics,
Linköping University

**BJÖRN-ERIK ERLANDSSON**
Professor, Medical Technology,
KTH Royal Institute of Technology,
Stockholm

**ARNE GERDNER**
Professor, Social work, School of
Health and Welfare, Jönköping

**LENNART ISELIUS**
Associate Professor, Healthcare
Director, County of Västmanland

**MUSSIE MSGHINA**
Associate Professor, Senior
Consultant, Psychiatry,
Karolinska University Hospital

**LARS SANDMAN**
Professor, Ethics, Borås University

**BRITT-MARIE STÅLNACKE**
Professor, Senior Consultant,
Rehabilitation medicine,
Umeå University

**SVANTE TWETMAN**
Professor, Dental Care, Halmstad and
University of Copenhagen, Denmark

# Scientific Advisory Committee – Eira

SBU´s scientific advisory committee, Eira, has reviewed the material presented in this report.

**KJELL ASPLUND**
Chair, Professor, Stockholm

**HENRIK ANDERSHED**
Professor of Psychology,
Associate Professor of Criminology,
Örebro University

**KRISTINA BENGTSSON BOSTRÖM**
Associate Professor, Billingens
Medical Center, Skövde

**CHRISTINA BERGH**
Professor, Department

of Obstetrics and Gynecology,
SU/Sahlgrenska, Göteborg

**ANNA EHRENBERG**
Professor of Care Science/Nursing,
Dalarna University, Falun

**INGEMAR ENGSTRÖM**
Professor of Child and Adolescent
Psychiatry, Ethics, Örebro University

**NILS FELTELIUS**
Associate Professor,
Medical Products Agency

**YLVA NILSAGÅRD**
Associate Professor, Physical therapy,
CAMTÖ, Region Örebro County

**STEN-ÅKE STENBERG**
Professor of Sociology,
Stockholm University

**KATARINA STEEN CARLSSON**
PhD, Swedish Institute for Health
Economics, Lund

# SBU's Board of Directors

SBU's board of directors has approved the conclusions presented in this report.

**NINA REHNQVIST**
Chair of the Board, professor,
Karolinska Institutet

**SUSANNA AXELSSON**
Director General, SBU

**HEIKI ERKERS**
Chair, Union for Professionals

**EVA FRANZÉN**
Director of Research and
Development, Swedish National
Board of Institutional Care

**ÅSA FURÉN-THULIN**
Head of Division,
Swedish Association of
Local Authorities and Regions

**JAN-INGVAR JÖNSSON**
Secretary General,
Swedish Research Council

**BJÖRN KLINGE**
Professor, Karolinska Institutet
and Malmö University

**LARS-TORSTEN LARSSON**
Associate professor, Director
of department, National Board
of Health and Welfare

**STEFAN LINDGREN**
Professor, Lund University,
University Hospital MAS,
Chair of the Swedish Society
of Medicine

**STIG NYMAN**
Chair, Swedish Association
of Health Professionals

**SINEVA RIBEIRO**
President, Swedish Association of
Health Professionals

**AGNETA VON SCHOTING**
Chair, NSK-S

**HEIDI STENSMYREN**
Chair, Swedish Medical Association

**ANDERS SYLVAN**
Director, County Council
of Västerbotten

**HÅKAN SÖRMAN**
Direktor General,
The Swedish Association of Local
Authorities and Regions

**KARIN TENGVALD**
Professor emerita,
Linköping University

# 8 External collaboration

## Co-operation with interested parties

The project management held meetings with members of the Swedish National Association for Families' Rights at the beginning of the project in order to inform them of the project and to solicit opinions.

## Networking with government authorities

In conjunction with the release of the report, representatives of the following authorities were invited to SBU for information about the results: the Ombudsman for Children in Sweden, the Swedish Health and Social Care Inspectorate, the Swedish Prison and Probation Service, the Swedish National Board of Health and Welfare, the Swedish Association of Local Authorities and Regions, the Swedish Police Authority, the Swedish National Board of Forensic Medicine, and the Swedish Prosecution Authority.

# The Swedish National Council on Medical Ethics

The analysis of the ethics was conducted by the Swedish National Council on Medical Ethics.

# $9$ Glossary

| | |
|---|---|
| **AHT** | Abbreviation for Abusive Head Trauma: damage to the skull caused by maltreatment of the child |
| **AT** | Abbreviation for Accidental Trauma |
| **Attenuation** | Attenutation: absorption of radiation in the body, which varies in accordance with the density of the tissues. |
| **BE** | Abbreviation for Brain Edema/Edema |
| **Child protection team** | Interdisciplinary team which investigates cases of suspected child abuse |
| **CT** | Abbreviation for Computed Tomography |
| **Hydrocephalus** | Increased volume of cerebrospinal fluid in the cavities of the brain |
| **Hygroma** | Accumulation of fluid, possibly arising after an earlier episode of bleeding |
| **IHI** | Abbreviation for Inflicted Head Injury or Intentional Head Injury: head injury caused by abusive maltreatment of the child |
| **IHT** | Abbreviation for Inflicted Head Trauma: injury to the head resulting from abusive maltreatment of the child |
| **MF** | Abbreviation for Metaphyseal Fracture: a fracture in the growth zone of a long bone, e.g in the shinbone just below the knee |
| **MRI** | Abbreviation for Magnetic Resonance Imaging |
| **MRT** | Abbreviation for Magnetic Resonance Tomography (see MRI) |
| **RB/RH** | Abbreviation for Retinal Bleeding/hemorrhage, intraocular bleeding |
| **SAH** | Abbreviation for Subarachnoidal Hemorrhage: bleeding in the subarachnoid space, i.e. between the soft meninges of the brain ) |
| **SBS** | Abbreviation for Shaken Baby Syndrome; a syndrome comprising three components, the triad |

| | |
|---|---|
| **SDH** | Abbreviation for Subdural Hemorrhage, Subdural Hematoma: bleeding under the dura |
| **Subarachnoid space** | The space between the soft meninges |
| **Traumatic shaking** | The injurious mechanism when a child is shaken violently (not to be confused with the medical findings, "the triad") |
| **Triad** | Three components of a whole. The triad associated with SBS usually comprises subdural hematoma, retinal hemorrhages and encephalopathy |

# 10 References

1.  Tardieu A. Etude médico-légale sur les sévices et mauvais traitements exercés sur des enfants. Annales d'hygiène publique et de médecine légale; 1860.

2.  Caffey J. On the theory and practice of shaking infants. Its potential residual effects of permanent brain damage and mental retardation. Am J Dis Child 1972;124:161-9.

3.  Kempe CH, Silverman FN, Steele BF, Droegemueller W, Silver HK. The battered-child syndrome. Jama 1962;181:17-24.

4.  Guthkelch AN. Infantile subdural haematoma and its relationship to whiplash injuries. Br Med J 1971;2: 430-1.

5.  Duhaime AC, Gennarelli TA, Thibault LE, Bruce DA, Margulies SS, Wiser R. The shaken baby syndrome. A clinical, pathological, and biomechanical study. J Neurosurg 1987;66:409-15.

6.  Minns RA, Jones PA, Tandon A, Fleck BW, Mulvihill AO, Elton RA. Prediction of inflicted brain injury in infants and children using retinal imaging. Pediatrics 2012;130:e1227-34.

7.  Fujiwara T, Okuyama M, Miyasaka M. Characteristics that distinguish abusive from nonabusive head trauma among young children who underwent head computed tomography in Japan. Pediatrics 2008;122:e841-7.

8.  Myhre MC, Grogaard JB, Dyb GA, Sandvik L, Nordhov M. Traumatic head injury in infants and toddlers. Acta Paediatr 2007;96:1159-63.

9.  Tung GA, Kumar M, Richardson RC, Jenny C, Brown WD. Comparison of accidental and nonaccidental traumatic head injury in children on noncontrast computed tomography. Pediatrics 2006;118:626-33.

10. Vinchon M, Defoort-Dhellemmes S, Desurmont M, Dhellemmes P. Accidental and nonaccidental head injuries in infants: a prospective study. J Neurosurg 2005;102:380-4.

11. Keenan HT, Runyan DK, Marshall SW, Nocera MA, Merten DF. A population-based comparison of clinical and outcome characteristics of young children with serious inflicted and noninflicted traumatic brain injury. Pediatrics 2004; 114:633-9.

12. Bechtel K, Stoessel K, Leventhal JM, Ogle E, Teague B, Lavietes S, et al. Characteristics that distinguish accidental from abusive injury in hospitalized young children with head trauma. Pediatrics 2004;114:165-8.

13. Harding B, Risdon RA, Krous HF. Shaken baby syndrome. BMJ 2004; 328:720-1.

14. American Academy of Pediatrics Committee on Child Abuse and Neglect: Shaken baby syndrome: inflicted cerebral trauma. Pediatrics 1993;92:872-5.

15. Flodmark O. Stockholms läns landsting regionalt vårdprogram: Vid misstanke om fysisk misshandel av späda barn. Hämtad från: http://bit.ly/294D4O4, 16-06-28. 2011.

16. Socialstyrelsen. Barn som far illa eller riskerar att fara illa. ISBN: 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-209-5. Hämtad från: http://www.socialstyrelsen.se/publikationer2014/2014-10-4 160817. 2014.

17. Västra Götalandsregionen. Regional riktlinje: Spädbarnsmisshandel. Hämtad från: http://bit.ly/2bxdajq 160817. 2014.

18. Bode-Janisch S, Bultmann E, Hartmann H, Schroeder G, Zajaczek JE, Debertin AS. Serious head injury in young children: birth trauma versus non-accidental head injury. Forensic Sci Int 2012;214:e34-8.

19. Gabaeff SC. Investigating the possibility and probability of perinatal subdural hematoma progressing to chronic subdural hematoma, with and without complications, in neonates, and its potential relationship to the misdiagnosis of abusive head trauma. Leg Med (Tokyo) 2013;15:177-92.

20. Geddes JF, Tasker RC, Adams GG, Whitwell HL. Violence is not necessary to produce subdural and retinal haemorrhage: a reply to Punt et al. Pediatr Rehabil 2004;7:261-5.

21. Geddes JF, Tasker RC, Hackshaw AK, Nickols CD, Adams GG, Whitwell HL, et al. Dural haemorrhage in non-traumatic infant deaths: does it explain the bleeding in 'shaken baby syndrome'? Neuropathol Appl Neurobiol 2003;29:14-22.

22. Kelly P, Hayman R, Shekerdemian LS, Reed P, Hope A, Gunn J, et al. Subdural hemorrhage and hypoxia in infants with congenital heart disease. Pediatrics 2014;134:e773-81.

23. Lantz PE, Couture DE. Fatal acute intra-cranial injury, subdural hematoma, and retinal hemorrhages caused by stairway fall. J Forensic Sci 2011;56:1648-53.

24. Miller R, Miller M. Overrepresentation of males in traumatic brain injury of infancy and in infants with macrocephaly: further evidence that questions the existence of shaken baby syndrome. Am J Forensic Med Pathol 2010;31:165-73.

25. Guthkelch AN. Problems of infant retino-dural hemorrage with minimal external injury. Hämtad från: http://bit.ly/29b5qqn 160629. Houst J Health Law Policy 2012;12.

26. Högsta domstolen. Dom. Mål nummer B 3438-12. 2014.

27. Christian CW, Block R; Committee on Child Abuse and Neglect; American Academy of Pediatrics. Abusive head trauma in infants and children. Pediatrics 2009;123:1409-11.

28. Squier W. The "Shaken Baby" syndrome: pathology and mechanisms. Acta Neuropathol 2011;122:519-42.

29. Geddes JF, Hackshaw AK, Vowles GH, Nickols CD, Whitwell HL. Neuropathology of inflicted head injury in children. I. Patterns of brain damage. Brain 2001;124:1290-8.

30. Feldman KW, Bethel R, Shugerman RP, Grossman DC, Grady MS, Ellenbogen RG. The cause of infant and toddler subdural hemorrhage: a prospective study. Pediatrics 2001;108:636-46.

31. Greiner MV, Richards TJ, Care MM, Leach JL. Prevalence of subdural collections in children with macrocrania. AJNR Am J Neuroradiol 2013;34:2373-8.

32. McKeag H, Christian CW, Rubin D, Daymont C, Pollock AN, Wood J. Subdural hemorrhage in pediatric patients with enlargement of the subarachnoid spaces. J Neurosurg Pediatr 2013;11:438-44.

33. Ravid S, Maytal J. External hydrocephalus: a probable cause for subdural hematoma in infancy. Pediatr Neurol 2003;28:139-41.

34. Drubach LA, Johnston PR, Newton AW, Perez-Rossello JM, Grant FD, Kleinman PK. Skeletal trauma in child abuse: detection with 18F-NaF PET. Radiology 2010;255:173-81.

35. Ghosh PS, Ghosh D. Subdural hematoma in infants without accidental or nonaccidental injury: benign external hydrocephalus, a risk factor. Clin Pediatr (Phila) 2011;50:897-903.

36. Hymel KP, Jenny C, Block RW. Intracranial hemorrhage and rebleeding in suspected victims of abusive head trauma: addressing the forensic controversies. Child Maltreat 2002;7:329-48.

37. Howard MA, Bell BA, Uttley D. The pathophysiology of infant subdural haematomas. Br J Neurosurg 1993;7:355-65.

38. Kivlin JD, Currie ML, Greenbaum VJ, Simons KB, Jentzen J. Retinal hemorrhages in children following fatal motor vehicle crashes: a case series. Arch Ophthalmol 2008;126:800-4.

39. Levin AV, Christian CW, Committee on Child A, Neglect SoO. The eye examination in the evaluation of child abuse. Pediatrics 2010;126:376-80.

40. Firsching R, Muller C, Pauli SU, Voellger B, Rohl FW, Behrens-Baumann W. Noninvasive assessment of intracranial pressure with venous ophthalmodynamometry. Clinical article. J Neurosurg 2011;115:371-4.

41. Lashutka MK, Chandra A, Murray HN, Phillips GS, Hiestand BC. The relationship of intraocular pressure to intracranial pressure. Ann Emerg Med 2004;43:585-91.

42. Laghmari M, Skiker H, Handor H, Mansouri B, Ouazzani Chahdi K, Lachkar R, et al. [Birth-related retinal hemorrhages in the newborn: incidence and relationship with maternal, obstetric and neonatal factors. Prospective study of 2,031 cases]. J Fr Ophtalmol 2014;37:313-9.

43. Friden HG, Ekstedt J. Volume/pressure relationship of the cerebrospinal space in humans. Neurosurgery 1983;13:351-66.

44. Shapiro K, Fried A. Pressure-volume relationships in shunt-dependent childhood hydrocephalus. The zone of pressure instability in children with acute deterioration. J Neurosurg 1986;64:390-6.

45. Robinson RJ, Bhuta S. Susceptibility-weighted imaging of the brain: current utility and potential applications. J Neuroimaging 2011;21:e189-204.

46. Schelhorn J, Gramsch C, Deuschl C, Quick HH, Nensa F, Moenninghoff C, et al. Intracranial hemorrhage detection over time using susceptibility-weighted magnetic resonance imaging. Acta Radiol 2015;56:1501-7.

47. Vinchon M, Noule N, Tchofo PJ, Soto-Ares G, Fourier C, Dhellemmes P. Imaging of head injuries in infants: temporal correlates and forensic implications for the diagnosis of child abuse. J Neurosurg 2004;101:44-52.

48. Bradford R, Choudhary AK, Dias MS. Serial neuroimaging in infants with abusive head trauma: timing abusive injuries. J Neurosurg Pediatr 2013;12:110-9.

49. Adamsbaum C, Morel B, Ducot B, Antoni G, Rey-Salmon C. Dating the abusive head trauma episode and perpetrator statements: key points for imaging. Pediatr Radiol 2014;44 Suppl 4:S578-88.

50. Vezina G. Assessment of the nature and age of subdural collections in nonaccidental head injury with CT and MRI. Pediatr Radiol 2009;39:586-90.

51. Mulvihill AO, Jones P, Tandon A, Fleck BW, Minns RA. An inter-observer and intra-observer study of a classification of RetCam images of retinal haemorrhages in children. Br J Ophthalmol 2011;95:99-104.

52. Tandon A, McIntyre S, Yu A, Stephens D, Leiby B, Croker S, et al. Retinal haemorrhage description tool. Br J Ophthalmol 2011;95:1719-22.

53. Levin AV. Retinal hemorrhage in abusive head trauma. Pediatrics 2010;126:961-70.

54. Wygnanski-Jaffe T, Levin AV, Shafiq A, Smith C, Enzenauer RW, Elder JE, et al. Postmortem orbital findings in shaken baby syndrome. Am J Ophthalmol 2006;142:233-40.

55. Zuccoli G, Panigrahy A, Haldipur A, Willaman D, Squires J, Wolford J, et al. Susceptibility weighted imaging depicts retinal hemorrhages in abusive head trauma. Neuroradiology 2013;55:889-93.

56. Hughes LA, May K, Talbot JF, Parsons MA. Incidence, distribution, and duration of birth-related retinal hemorrhages: a prospective study. J AAPOS 2006;10:102-6.

57. SBU. Assessment of methods in health care. Stockholm: Swedish Agency for Health Technology Assessment and Assessment of Social Services (SBU). http://www.sbu.se/globalassets/eng_metodboken_160808.pdf. 2016.

58. Parks S, Sugerman D, Xu L, Coronado V. Characteristics of non-fatal abusive head trauma among children in the USA, 2003–2008: application of the CDC operational case definition to national hospital inpatient data. Inj Prev 2012;18:392-8.

59. Vinchon M, de Foort-Dhellemmes S, Desurmont M, Delestret I. Confessed abuse versus witnessed accidents in infants: comparison of clinical, radiological, and ophthalmological data in corroborated cases. Childs Nerv Syst 2010;26:637-45.

60. Adamsbaum C, Grabar S, Mejean N, Rey-Salmon C. Abusive head trauma: judicial admissions highlight violent and repetitive shaking. Pediatrics 2010;126:546-55.

61. Bartschat S, Richter C, Stiller D, Banschak S. Long-term outcome in a case of shaken baby syndrome. Med Sci Law 2016;56:147-9. Epub 2015 Jun 8.

62. Bell E, Levin A, Shouldice M. A perpetrator confesses. Child Abuse Negl 2011;35:74-7.

63. Esernio-Jenssen D, Tai J, Kodsi S. Abusive head trauma in children: a comparison of male and female perpetrators. Pediatrics 2011;127:649-57.

64. Gertner N, Brower B, Shechtman P. Why the Innocent Plead Guilty: An Exchange. New York Review of Books 2015;January 8:23.

65. Kassin S, Drizin S, Grisso T, Gudjonsson G, Lee R, Redlich A. Police-induced confessions: Risk factors and recommendations. Law Hum Behav 2010;34:38.

66. Reece RM. What are we trying to measure? The problems of case ascertainment. Am J Prev Med 2008;34:S116-9.

67. Duhaime AC, Alario AJ, Lewander WJ, Schut L, Sutton LN, Seidl TS, et al. Head injury in very young children: mechanisms, injury types, and ophthalmologic findings in 100 hospitalized patients younger than 2 years of age. Pediatrics 1992;90:179-85.

68. Bhardwaj G, Chowdhury V, Jacobs MB, Moran KT, Martin FJ, Coroneo MT. A systematic review of the diagnostic accuracy of ocular signs in pediatric abusive head trauma. Ophthalmology 2010;117:983-992.e17.

69. Kemp AM, Jaspan T, Griffiths J, Stoodley N, Mann MK, Tempest V, et al. Neuroimaging: what neuroradiological features distinguish abusive from non-abusive head trauma? A systematic review. Arch Dis Child 2011;96:1103-12.

70. Maguire S, Pickerd N, Farewell D, Mann M, Tempest V, Kemp AM. Which clinical features distinguish inflicted from non-inflicted brain injury? A systematic review. Arch Dis Child 2009;94:860-7.

71. Maguire SA, Kemp AM, Lumb RC, Farewell DM. Estimating the probability of abusive head trauma: a pooled analysis. Pediatrics 2011;128:e550-64.

72. Maguire SA, Watts PO, Shaw AD, Holden S, Taylor RH, Watkins WJ, et al. Retinal haemorrhages and related findings in abusive and non-abusive head trauma: a systematic review. Eye (Lond) 2013;27:28-36.

73. Piteau SJ, Ward MG, Barrowman NJ, Plint AC. Clinical and radiographic characteristics associated with abusive and nonabusive head trauma: a systematic review. Pediatrics 2012;130: 315-23.

74. Togioka BM, Arnold MA, Bathurst MA, Ziegfeld SM, Nabaweesi R, Colombani PM, et al. Retinal hemorrhages and shaken baby syndrome: an evidence-based review. J Emerg Med 2009;37:98-106.

75. Hadley MN, Sonntag VK, Rekate HL, Murphy A. The infant whiplash-shake injury syndrome: a clinical and pathological study. Neurosurgery 1989;24: 536-40.

76. Rooks VJ, Eaton JP, Ruess L, Petermann GW, Keck-Wherley J, Pedersen RC. Prevalence and evolution of intracranial hemorrhage in asymptomatic term infants. AJNR Am J Neuroradiol 2008;29:1082-9.

77. Looney CB, Smith JK, Merck LH, Wolfe HM, Chescheir NC, Hamer RM, et al. Intracranial hemorrhage in asymptomatic neonates: prevalence on MR images and relationship to obstetric and neonatal risk factors. Radiology 2007;242:535-41.

78. Stray-Pedersen A, Omland S, Nedregaard B, Klevberg S, Rognum TO. An infant with subdural hematoma and retinal hemorrhages: does von Willebrand disease explain the findings? Forensic Sci Med Pathol 2011;7:37-41.

79. De Leeuw M, Beuls E, Jorens P, Parizel P, Jacobs W. Delta-storage pool disease as a mimic of abusive head trauma in a 7-month-old baby: a case report. J Forensic Leg Med 2013;20:520-1.

80. Mansour AM, Jaroudi MO. Recurrent vitreous haemorrhage and epidural haematoma in a child with hypofibrinogenaemia. BMJ Case Rep 2012 Jul 9;2012.

81. Botte A, Mars A, Wibaut B, De Foort-Dhellemmes S, Vinchon M, Leclerc F. Two children with cerebral and retinal hemorrhages: do not diagnose shaken baby syndrome too rapidly. Arch Pediatr 2012;19:42-6.

82. Pinto FC, Porro FF, Suganuma L, Fontes RB, de Andrade AF, Marino Jr R. Hemophilia and child abuse as possible causes of epidural hematoma: case report. Arq Neuropsiquiatr 2003;61:1023-5.

83. Ermis B, Ors R, Tastekin A, Orhan F. Severe congenital factor X deficiency with intracranial bleeding in two siblings. Brain Dev 2004;26:137-8.

84. Kato K, Kobayashi C, Katayama Y, Moriyama N, Shiono J, Kudo K, et al. Forty-two-day-old boy with acute idiopathic thrombocytopenic purpura. Pediatr Int 2010;52:485-7.

85. Carrim ZI, Arbabi EM, Long VW. Presumed non-accidental injury with retinal haemorrhages--findings from a tertiary referral centre in the United Kingdom. Brain Inj 2012;26:1716-22.

86. Guddat SS, Ehrlich E, Martin H, Tsokos M. Fatal spontaneous subdural bleeding due to neonatal giant cell hepatitis: a rare differential diagnosis of shaken baby syndrome. Forensic Sci Med Pathol 2011;7: 294-7.

87. Ambade VN, Malani AP, Kukde HG, Meshram RN. A rare case of head injury associated with Albers Schonberg disease. J Forensic Leg Med 2007;14:92-5.

88. Innis MD. Vitamin K deficiency disease. J Orthomol Med 2008;23:15-20.

89. Demiroren K, Yavuz H, Cam L. Intracranial hemorrhage due to vitamin K deficiency after the newborn period. Pediatr Hematol Oncol 2004;21: 585-92.

90. Brousseau TJ, Kissoon N, McIntosh B. Vitamin K deficiency mimicking child abuse. J Emerg Med 2005;29:283-8.

91. Visser DY, Jansen NJ, Ijland MM, De Koning TJ, Van Hasselt PM. Intracranial bleeding due to vitamin K deficiency: Advantages of using a pediatric intensive care registry. J Intensive Care Med 2011;37:1014-20.

92. Shemie S, Cutz E. Late hemorrhagic disease of the newborn: A fatal presentation of hepatobiliary disease masquerading as shaken baby syndrome. J Intensive Care 1995;10:315-8.

93. Wetzel RC, Slater AJ, Dover GJ. Fatal intramuscular bleeding misdiagnosed as suspected nonaccidental injury. Pediatrics 1995;95:771-773.

94. Nassogne MC, Sharrard M, Hertz-Pannier L, Armengaud D, Touati G, Delonlay-Debeney P, et al. Massive subdural haematomas in Menkes disease mimicking shaken baby syndrome. Childs Nerv Syst 2002;18:729-31.

95. Agrawal S, Peters MJ, Adams GG, Pierce CM. Prevalence of retinal hemorrhages in critically ill children. Pediatrics 2012;129:e1388-96.

96. Speidel B, Allbery S, Love T. MR of infant subdural hemorrhage: Incidence, etiology, and imaging differentiation. Pediatr Radiol 2015;45:137-8.

97. Salvatori MC, Lantz PE. Retinal haemorrhages associated with fatal paediatric infections. Med Sci Law 2015;55:121-8.

98. Adeleye AO, Shoshan Y, Cohen JE, Spektor S. Ruptured middle cerebral artery aneurysm in an infant presenting as acute subdural hematoma: a case report. Pediatr Neurosurg 2008;44:397-401.

99. Kemp AM, Joshi AH, Mann M, Tempest V, Liu A, Holden S, et al. What are the clinical and radiological characteristics of spinal injuries from physical abuse: a systematic review. Arch Dis Child 2010;95:355-60.

100. Wirtschafter J, Weissgold DJ, Budenz DL, Hood I, Rorke LB. Ruptured vascular malformation masquerading as battered/shaken baby syndrome: A nearly tragic mistake. Surv Ophthalmol1995;39:509-12.

101. Reddy AR, Clarke M, Long VW. Unilateral retinal hemorrhages with subarachnoid hemorrhage in a 5-week-old infant: is this nonaccidental injury? Eur J Ophthalmol 2010;20:799-801.

102. Fledelius HC. Retinal haemorrhages in premature infants: a pathogenetic alternative diagnosis to child abuse. Acta Ophthalmol Scand 2005;83:424-7.

103. Abedzadeh-Kalahroudi M, Talebian A, Jahangiri M, Mesdaghinia E, Mohammadzadeh M. Incidence of neonatal Birth injuries and related factors in Kashan, Iran. Arch Trauma Res 2015;4:e22831.

104. Smith WL, Alexander RC, Judisch GF, Sato Y, Kao SC. Magnetic resonance imaging evaluation of neonates with retinal hemorrhages. Pediatrics 1992; 89:332-3.

105. Schoppe CH, Lantz PE. Are peripapillary intrascleral hemorrhages pathognomonic for abusive head trauma? J Forensic Sci 2013;58:228-31.

106. Galaznik JG. A case for an in utero etiology of chronic SDH/effusions of infancy. J Perinatol 2011;31:220-22.

107. McNeely PD, Atkinson JD, Saigal G, O'Gorman AM, Farmer JP. Subdural hematomas in infants with benign enlargement of the subarachnoid spaces are not pathognomonic for child abuse. AJNR Am J Neuroradiol 2006;27:1725-8.

108. Piatt JH, Jr. A pitfall in the diagnosis of child abuse: external hydrocephalus, subdural hematoma, and retinal hemorrhages. Neurosurg Focus 1999;7:e4.

109. Miller D, Barnes P, Miller M. The significance of macrocephaly or enlarging head circumference in infants with the triad: further evidence of mimics of shaken baby syndrome. Am J Forensic Med Pathol 2015;36:111-20.

110. Bishop FS, Liu JK, McCall TD, Brockmeyer DL. Glutaric aciduria type 1 presenting as bilateral subdural hematomas mimicking nonaccidental trauma. Case report and review of the literature. J Neurosurg 2007;106:222-6.

111. Hartley LM, Khwaja OS, Verity CM. Glutaric aciduria type 1 and nonaccidental head injury. Pediatrics 2001;107:174-5.

112. Juul K, Andersen J, Cvitanich VB, Lund AM. Case 2: Suspected nonaccidental injury – Quest for the diagnosis. Acta Paediatrica, Int J Pediatr 2006;95:1323-5.

113. Fitzgerald NE, MacClain KL. Imaging characteristics of hemophagocytic lymphohistiocytosis. Pediatr Radiol 2003;33:392-401.

114. Edwards RJ, Allport TD, Stoodley NG, O'Callaghan F, Lock RJ, Carter MR, et al. External hydrocephalus and subdural bleeding in infancy associated with transplacental anti-Ro antibodies. Arch Dis Child 2012;97:316-9.

115. Ganesh A, Jenny C, Geyer J, Shouldice M, Levin AV. Retinal hemorrhages in type I osteogenesis imperfecta after minor trauma. Ophthalmology 2004;111:1428-31.

116. Paterson CR, Monk EA. Temporary brittle bone disease: association with intracranial bleeding. J Pediatr Endocrinol Metab 2013;26:417-26.

117. Odom A, Christ E, Kerr N, Byrd K, Cochran J, Barr F, et al. Prevalence of retinal hemorrhages in pediatric patients after in-hospital cardiopulmonary resuscitation: a prospective study. Pediatrics 1997;99:E3.

118. Pham H, Enzenauer RW, Elder JE, Levin AV. Retinal hemorrhage after cardiopulmonary resuscitation with chest compressions. Am J Forensic Med Pathol 2013;34:122-4.

119. Barnes PD, Galaznik J, Gardner H, Shuman M. Infant acute life-threatening event – dysphagic choking versus non-accidental injury. Semin Pediatr Neurol 2010;17:7-11.

120. Korkmaz A, Yigit S, Firat M, Oran O. Cranial MRI in neonatal hypernatraemic dehydration. Pediatr Radiol 2000;30: 323-5.

121. Innis MD. Vaccines, apparent life-threatening events, Barlow's disease, and questions about "shaken baby syndrome". Journal of American Physicians & Surgeons 2006;11: 17-9.

122. Margulies S, Prange M, Myers BS, Maltese MR, Ji S, Ning X, et al. Shaken baby syndrome: a flawed biomechanical analysis. Forensic Sci Int 2006;164:278-9; author reply 282-3.

123. Cory CZ, Jones BM. Can shaking alone cause fatal brain injury? A biomechanical assessment of the Duhaime shaken baby syndrome model. Med Sci Law 2003;43:317-33.

# Appendix 1
# Other possible causes of the components of the triad

In determining the clinical diagnosis, differential diagnoses are considered. In cases where a child presents with symptoms and signs suggesting brain damage, further investigation is required. This report has therefore taken note of differential diagnoses, disclosed in the database searches, which offer alternative explanations for the various symptoms and signs of the triad, either separately or as the complete triad. These articles are usually in the form of case reports of isolated patients without a reference group and have therefore not been included in the quality assessment. However, the project group considered that it would still be of interest to present these potential alternative explanations for the triad.

| | Disease/condition | Reported findings from the triad | Reference number (number of cases, or cases/study population size) Reported finding from the triad |
|---|---|---|---|
| **Diseases or conditions causing hemorrhagic symptoms** | von Willebrand's disease | SDH, RH | [78] (1) |
| | Delta storage pool disease | SDH, BE, RH | [79] (1) |
| | Hyperfibrinogenemia | RH (including vitreous hemorrhage) | [80] (1) |
| | Hemophilia A | SDH/RH | [81] (2) RH<br>[82] (1) SDH |
| | Factor X deficiency | SDH | [83] (2) |
| | Idiopathic thrombocytopenic purpura | ICH | [84] (1) |
| | Kasabach-Merrit syndrome thrombocytopenia | RH | [85] (1) |
| | Hepatitis | RH, BE, SDH | [86] (1) |
| | Albers-Schönberg disease | SDH | [87] (1) |
| | Vitamin K deficiency | SDH (ICH)/BE/RH | [88] (3) SDH<br>[89] (17) SDH<br>[90] (1) SDH<br>[91] (16) SDH,<br>[92] (1) SDH, BE, RH<br>[93] (1) SDH, BE |
| | Menkes disease (Copper deficiency) | SDH | [94] (1) |
| | Unspecified | RH, SDH | [95] (1)<br>[96] (3) |
| **Infections** | Infection | RH | [97] (4) |
| | Infection with or without hypoxia | SDH (intradural bleeding) | [21] (10/30) |
| **Vascular malformations** | Aneurysm, Arterio-venous malformation | SDH (SAH)/BE/RH | [98] (1) SDH<br>[99] (1) SDH, BE<br>[100] (1) SDH, BE<br>[101] (1) SDH, RH |
| **Prenatal and birth-related injuries** | Prematurity | RH | [102] (11) |
| | Delivery injury | SDH (ICH)/RH | [18] (2) SDH<br>[103] (3) ICH<br>[96] (3) SDH<br>[56] (53) RH<br>[104] (10) RH |
| | Normal delivery (or prenatal) | SDH/RH | [77] (17/97) SDH<br>[39] (94/252) RH<br>[76] (32/63) SDH |
| | Prenatal trauma | RH | [105] (2) |
| | Congenital SDH | SDH | [106] (1) |
| | Congenital heart disease | SDH | [22] (66/152) |

*The table continues on the next page*

**Table 1**
Other possible causes (differential diagnosis) of the triad and its components.

Table 1
continued

| | Disease/condition | Reported findings from the triad | Reference number (number of cases, or cases/study population size) Reported finding from the triad |
|---|---|---|---|
| Large head size | Enlarged SA space/ External hydrocephalus/ Benign enlargement of the subarachnoid spaces | SDH | [31] (6/108) [32] (4/177) [107] (7) [33] (3) [96] (6) |
| | External hydrocephalus | RH, SDH | [108] (1) [109] (6) |
| Metabolic diseases | Glutamic aciduria | SDH/RH | [110] (1) SDH [111] (1) SDH [112] (1) SDH, RH |
| Immunological diseases | Hemo-phagocytic lymphohistiocytosis | SDH, SAH (ICH), BE, RH | [113] (1) |
| | Transplacental acquisition of anti-Ro antibodies | SDH | [114] (2) |
| Skeletal diseases | Osteogenesis imperfecta | SDH, RH | [115] (3) |
| | Brittle bone disease | SDH/RH | [116] (20/20) SDH (11/20) RH |
| Other | Hypoxia and resuscitation | RH | [117] (1/33) [118] (1) |
| | Hypoxia | SDH/intradural bleeding | [21] (20/30) |
| | Choking and resuscitation | SDH (SAH), RH | [119] (1) |
| | Resuscitation in patients with retinopathy of prematurity | RH | [118] (2) [117] (1/33) |
| | Hypernatremia and dehydration | ICH, BE | [120] (1) |
| | Leukemia | RH | [95] (3) |
| | Vaccine-induced vitamin C deficiency | SDH, BE | [121] (2) |

**BE** = Brain edema; **ICH** = Intracranial hemorrhage; **RH** = Retinal hemorrhage; **SAH** = Subarachnoid hemorrhage; **SDH** = Subdural hematoma

# Appendix 2
# Biomechanical studies

In order to study the biomechanisms underlying injuries due to traumatic shaking and related questions, various physical and virtual models have been created to simulate shaking of an infant, with the aim of analysing certain effects of shaking. Thirty scientific articles on biomechanics which were identified in the literature search were studied more closely. Several review articles present a good understanding of the field and also understanding of general traumatic brain injuries independent of age. Most of the articles present experiments using models and simulations of biomechanical forces and many also present preliminary data, but few of the experiments have been repeated. The results presented in the articles are very diverse, from case reports to construction of various models intended to explain the mechanisms involved in traumatic shaking. A few articles comprise comments about another article. One such example pointed out that the authors of a previous article had made a 10-fold error in calculations as to whether or not an injury could occur [122]. Some studies present clearly contradictory results. One example of this is presented below.

Duhaime et al. present a biomechanical model for traumatic shaking [5]. The work is regarded as a reference article and has served as the basis of many other experiments and the method has been further developed. The article concludes that it is not possible to achieve damaging effects by shaking.

Cory och Jones' article [123] is based on a biomechanical model modified from Duhaime's [5]. This article shows that Duhaime's model is flawed and the results show that the forces generated by shaking of a child can in many cases exceed the minimum forces needed to cause injury.

Thus the scientific basis of these studies is divergent and no definite conclusions can be drawn with respect to the minimum forces required to result in injury.

# Appendix 3
# Ethical analysis
# of traumatic shaking[1]

The Swedish National Council on Medical Ethics has conducted an ethical analysis of 'traumatic shaking' in connection with the Swedish Agency for Health Technology Assessment and Assessment of Social Services' report on the subject.

The Council has not undertaken any scientific assessment of the basic material. As such, the analysis is based on the Agency's results as presented in the report, which can be summarised as follows:

- "There is insufficient scientific evidence on which to assess the diagnostic accuracy of the triad in identifying traumatic shaking (very low quality evidence)."

- "There is limited scientific evidence that the triad and therefore its components can be associated with traumatic shaking (low quality evidence)."

- "The triad or its components can be attributable to causes other than shaking."

---

[1] This is an unofficial translation of an ethical analysis performed by The Swedish National Council on Medical Ethics (Smer). In the translation process, some linguistic nuances may have been lost. To comply with the SBU terminology, Smer is using the term 'traumatic shaking' in this translation.

# Outline

The analysis begins with an analysis of the term traumatic shaking. The rest of the ethical analysis is structured according to two dimensions. The first identifies the parties with an interest in the issue, and the second identifies the ethical values that come into play in connection with a possible shaken baby situation. Finally, the various crucial values are weighed up and the value conflicts that can arise in this process are considered.

# Conceptual problems

The term 'traumatic shaking' has been used in cases when the triad of subdural bleeding, retinal bleeding and various forms of brain injury are found in an infant. The Swedish Agency for Health Technology Assessment and Assessment of Social Services' review of the scientific literature found limited scientific evidence that the triad and therefore its components may occur due to traumatic shaking, but it was also found that the triad or its components may also be due to causes other than shaking.

According to the Swedish Agency for Health Technology Assessment and Assessment of Social Services' report, there is insufficient scientific evidence "to assess the diagnostic accuracy of the triad in identifying traumatic shaking".

The doctor dealing with the family of the child with the triad may also have sources of information available other than those offered by medical imaging, neurological examinations and retinal examinations. There may be other injuries to the body that support the suspicion of abuse, or observations made in discussions with the custodial parents. It is an ethical requirement that all of this is considered in the doctor's assessment before any concerns are reported to the social welfare committee.

The doctor has a duty to precisely describe everything that has emerged in the examination, both injuries that have emerged and the information that the custodial parents provide concerning the course of events and any other circumstances. It is also essential that all injuries are documented meticulously, both for medical professionals' use and in case of future legal proceedings.

Every decision made by medical professionals, whether diagnostic or therapeutic in nature, is based on both fact and values. In this context, 'fact' refers to a description of all relevant findings made through physical, radiological, laboratory-based and other medical examinations of the child. However, it should be borne in mind that 'fact' may also include judgments, e.g. assessments of medical imaging findings. The next stage in the doctor's work is to evaluate the medical findings and the substance of the custodial parents' account of events. This is a different kind of task to the factual description. Here, the doctor has an important ethical responsibility to ensure that assessments are based only on science and tried and tested experience.

# Parties

The starting point for the analysis is a scenario in which an infant, accompanied by one or two custodial parents, arrives at a health care facility with injuries that give rise to a clinical suspicion that abuse may be a cause of the child's injuries. If the child's injuries include the triad of symptoms and findings, the question of an eventual traumatic shaking arises. Already at this stage, there are several parties with a legitimate interest in how the situation is handled. These are the child, its custodial parents and various health care professionals. Where applicable, the child's siblings may also be affected by the process. At a later stage, the situation may also involve social services staff and political officials (e.g. in the social welfare committee), as well as police, prosecutors and the judicial authorities at various levels.

# Values

The child has a unique status in this situation due to various considerations based on ethical values. In this context we are talking about very young children. This means that the child itself is entirely incapable of explaining what has happened, and therefore cannot, for obvious reasons, safeguard its own interests. The injuries in question in situations in which traumatic shaking is suspected may be serious in nature, both in acute terms and also in the longer term. The injuries may be life-threatening, or entail a risk of permanent consequences in terms of the child's development, health and future quality of life.

For these reasons, an ethical analysis of traumatic shaking should be primarily based on a child perspective. The key ethical question is how the child's interests can best be safeguarded, as it can never be acceptable that a young child is subjected to abuse.

It is an ethical duty that the young, unprotected child's interests are safeguarded by somebody else. It would normally be the duty of the child's custodial parents to safeguard its interests. In a situation in which traumatic shaking is suspected, however, it is often one (or both) of the custodial parents who may have caused the injuries. This means that they may not have discharged their parental responsibilities.

In the scenario outlined here, the immediate responsibility for safeguarding the child's crucial values falls to the medical professionals dealing with the family at the hospital. In such situations, staff must act based on their professional ethics and applicable legislation.

The first step may be taking vital, acute medical measures required by the child's state of health. All necessary medical measures must be taken to remedy and alleviate the child's acute injuries and prevent future after-effects. Naturally, this is the top priority in handling the case.

If the suspicion arises that the injuries may have occurred due to violence, it is the doctor's duty to investigate this suspicion on the basis of science and tried and tested experience. It is also the doctor's duty under Chapter 14, Section 1 of the Social Services Act (2001:453) to report to the social welfare committee any suspicions of risk of harm to the child.

Society has an explicit responsibility to protect children in a number of respects. This is clear from various laws, including the Social Services Act and the Care of Young Persons Act (1990:52). The former provides opportunities for society to intervene in consultation with the custodial parents, while the latter provides opportunities for society to take measures to protect the child without the custodial parents' consent. As a last resort, the social welfare committee can take the child into care outside the home.

The Convention on the Rights of the Child, which is currently being incorporated into Swedish law, outlines a number of fundamental rights enjoyed by all children, including the right to protection of their life and health, the right to grow up in good conditions and the right to good care. The Convention was drawn up based on a rights perspective, but it also rests on central ethical principles of adult society's responsibility for children's life situation, to protect what are crucial values for all children.

When a doctor asks a child's custodial parents whether the child's injuries may have been caused by some external event of which they are aware, it is uncommon for them to admit it immediately (Lowenstein 2004). In this situation, it is important that the doctor does not take on the judicial system's role of determining whether an offence has taken place or accusing a particular individual. The custodial parent(s) has/have a legitimate interest in ensuring that certain values that are crucial to them are considered in the situation. These include the right to good care, which the custodial parents are generally anxious to ensure regardless of the cause or any intent (Leuthner 2001). Moreover, it is an important value for them that they are listened to adequately and that the hospital's handling of the situation has an impartial and unbiased starting point with respect to all conceivable causes of the injuries observed.

For medical staff, it is a crucial value to be met with respect for their professional duties from both a medical and an ethical perspective. It is usually the doctor who is responsible for assessing the likelihood that the injuries observed in the child may have been caused by an adult, usually one of the custodial parents, and thus could be a sign of traumatic shaking. For the doctor, it is of considerable value to be allowed space to consider the decision of whether or not to report any concerns. A decision to report is associated with considerable consequences for both the child and the custodial parents, and must therefore be well-founded and well-considered. Such a decision should always be taken in consultation with at least one other doctor.

The doctor also has an interest in having sufficient training and expertise in the area of child abuse to be able to handle these ethically and psychologically very difficult situations in a professional manner.

Social services have a radically different division of responsibility compared to medical professionals. The decision-making mandate for measures without custodial parents' consent rests with the political officials in the social welfare committee, represented in urgent situations by their delegated chair. The basis for the decision is, however, produced by social services staff. They have professional ethical rules for their work that must be taken into account in situations of this nature. For social services staff it is a crucial value to safeguard the child's interests and protect the child from threats to its life, health and development. It is a crucial value for social services that the information that they receive from medical professionals is medically correct, well-founded and formulated in such a way that conclusions about the cause of injuries observed are not reported without a solid basis.

If the case – immediately or at a later stage – is subsequently transferred to police, prosecutors and courts, those authorities will have a similar interest with respect to information from medical professionals. If and when a case comes to court, it is important for the court to have access to scientific expertise to express an opinion in accordance with the professional ethical principles and applicable legal rules concerning certificates and opinions.

## Value conflicts

There are several significant value conflicts with respect to traumatic shaking. One of the most important concerns whose interests should take precedence – the child's or the custodial parents'. From a child perspective there cannot be any doubt that the child's interests have the highest priority in several respects. Firstly, the child needs to have its injuries examined and treated professionally and competently in a medical setting. If it is suspected that the injuries may have been caused by abuse, there is an additional obvious need for protection of the child's life and health.

On the other hand, the custodial parent(s) suspected of shaking a child has/ have a legitimate interest in not being condemned when innocent. Here we see a potential value conflict that can be described as an ethical dilemma in the sense that there is no entirely problem-free solution.

This dilemma can also be expressed in terms of the risks of underdiagnosis and overdiagnosis. Underdiagnosis refers to children who really have been subjected to shaking not being identified and thus not receiving society's protection against further abuse or growing up in conditions that are otherwise inadequate. Such underdiagnosis may occur due to a lack of competence or vigilance among medical professionals, or a lack of willingness or ability to investigate suspicions of traumatic shaking in a professional manner.

Overdiagnosis may occur if doctors who encounter children presenting the diagnostic triad immediately assess this as evidence that shaking and shaking alone is the cause of the injuries observed. This is thus a matter of confusing a hypothesis of a possible cause for a child's injuries with a claim of certain

knowledge that there is such an unambiguous and certain link between cause and effect.

This process thus creates a risk that the continued treatment in such a case will mainly be characterised by a 'validation strategy' (Melzer et al, 2013). This means that further measures are taken purely to confirm the hypothesis, and that insufficient account is taken of information that could disprove the hypothesis.

Both under- and overdiagnosis are extremely problematic from an ethical point of view. Overdiagnosis protects many children, both those in whom traumatic shaking is established as cause and a number of others. Nonetheless, it leads to families being split up, some of them on false premises. Separating children from their custodial parents is a serious intervention that should only be implemented when a child runs a clear risk of abuse at home. The fact that other children in the family may be taken into care may further exacerbates the situation.

The value conflict outlined above between the interests of the child and the custodial parent(s) needs to be related to the legal principle that no innocent person should be convicted of a crime. Overdiagnosis of traumatic shaking results in a number of children being protected, some of whom really are victims of such shaking, but this is at the expense of a number of custodial parents being deprived of their liberty without having committed an offence. However, underdiagnosis of traumatic shaking leads to children who are being mistreated remaining in a harmful home environment, at risk of future acts of violence.

The medical controversy that has surrounded traumatic shaking in Sweden and around the world is largely about whether there is established scientific support for the claim that the symptomatic triad of subdural bleeding, retinal bleeding and brain injury is caused by shaking and shaking alone. The Swedish Agency for Health Technology Assessment and Assessment of Social Services' report shows that there is scientific evidence – albeit limited – for the idea that the triad may be caused by shaking, but that there are other illnesses and events that can cause the triad or its constituent parts.

This raises the question of when doctors can and should express an opinion when it comes to traumatic shaking. Ethically, it is particularly important that doctors and other medical professionals are observant with respect to injuries in young children that could conceivably have been inflicted by human hands, even if the custodial parents deny anything of the sort. The clinical examination and treatment of injuries must be entirely robust. The question is whether a doctor can express an opinion about the cause of the observed injuries with scientific certainty at a later stage. The doctor has, as previously outlined, a range of different information to take into account when assessing the possible causes of the injuries. To state on the basis of the mere existence of the triad that it was definitely caused by shaking must, however, be considered incompatible with both doctors' professional ethics and the regulations concerning legal certificates (Albert et al, 2012).

This observation does not mean that there cannot be grounds to report concerns in spite of this uncertainty, as the child's need for protection is a broader issue than the question of the cause of the injuries.

# Conclusions

The Swedish National Council on Medical Ethics has based this ethical analysis on the observation in the Swedish Agency for Health Technology Assessment and Assessment of Social Services' report that scientific evidence concerning traumatic shaking is limited. There is limited scientific evidence that the 'triad' of symptoms or its constituent parts may occur due to shaking, but the report states that there are differential diagnoses that can also cause the three symptoms/findings in the triad.

The Council considers that it is ethically problematic for medical professionals to establish with certainty that certain specific injuries in infants are automatically evidence that they were caused by shaking. Such overdiagnosis of traumatic shaking should not occur when the state of scientific knowledge is so limited (Riggs & Hobbs, 2011).

The Council also considers that underdiagnosis is ethically problematic, in the sense that it means that children who really have been subjected to shaking are not identified and examined by medical professionals. This risk can, however, be limited through improved professional training on child abuse in general and traumatic shaking in particular, within both health care services and social services.

The Council would like to emphasise the importance of medical professionals observing their duty to report to the social welfare committee cases in which it is suspected that children have been mistreated in any way. This is particularly applicable in cases where any kind of child abuse is suspected. Medical professionals must be able to combine high vigilance of suspected traumatic shaking with caution with respect to expressing an opinion on the cause of the injuries observed, since the state of scientific knowledge does not permit any clear conclusions in this area.

# References

Albert DM, Weisberger Blanchard J & Knox BL. Ensuring appropriate expert testimony for cases involving the 'shaken baby'. JAMA 2012; 308: 39-40.

Leuthner SR. Ethical challenges in the care of the shaken baby. Journal of Aggression, Maltreatment & Trauma 2001; 5: 341-347.

Lowenstein LF. Recent research and views on shaking baby syndrome. International Journal of Psychiatry in Medicine 2004; 34: 131-141.

Meltzer CC, Sze G, Rommelfanger KS, Kinlaw K, Banja JD & Wolpe PR. Guidelines for the ethical use of neuroimages in medical testimony: report of a multidisciplinary conference. American Journal of Neuroradiology 2014; 35: 632-637.

Riggs JE & Hobbs GR. Infant homicide and accidental death in the United States, 1940–2005: ethics and epidemiological classification. Journal of Medical Ethics 2011; 37: 445-448.

This ethical analysis was produced by Ingemar Engström, Swedish National Council on Medical Ethics expert, in consultation with Kjell Asplund and Chatrine Pålsson Ahlgren.

This text was adopted at the Swedish National Council on Medical Ethics ordinary meeting on 26 August 2016. The text was adopted by members Kjell Asplund (Chair), Finn Bengtsson, Sven-Olov Edvinsson, Chatrine Pålsson Ahlgren, Åsa Gyberg-Karlsson, Barbro Westerholm and Anders Åkesson. Experts Lars Berge-Kleber, Ingemar Engström, Göran Hermerén, Ann Johansson, Olle Olsson, Bengt Rönngren, Nils-Eric Sahlin, Anna Singer and Elisabet Wennlund were also involved in preparing the case.

On behalf of the Council,

**KJELL ASPLUND**
Chair, Swedish National Council on Medical Ethics

# SBU – Swedish Agency for Health Technology Assessment and Assessment of Social Services

web: www.sbu.se/en • twitter: @SBU_se • telephone: +46-8-412 32 00

REPORT NO 255E • PUBLISHED 2016 • ISBN 978-91-85413-98-0

# EXHIBIT 40



# Carl Wigren, MD - Curriculum Vitae
## (updated November 12, 2020)

## CERTIFICATION

**Diplomate of The American Board of Pathology**          **September 2012**
Forensic Pathology and Anatomic Pathology combined certification

## LICENSES

**Medical Licensure, State of Washington (ML and MD)**          **2001 - Present**
*Expiration: 10/07/2021*

**Medical Licensure, State of California (MD)**          **2017 - Present**
*Expiration: 10/31/2020*

## PROFESSIONAL ACTIVITIES

**Consulting Forensic Pathologist**          **January 2009 - Present**
Wigren Forensic, PLLC
*Seattle, Washington*

**Kaiser Permanente Autopsy Services, Sole Provider**          **June 2019 - Present**
Kaiser Permanente Washington
*Washington State*

**Visiting Forensic Pathologist**          **September 2018**
Puerto Rico Forensic Sciences Institute, Federal Emergency Management Agency (FEMA),
Health and Human Services (HHS)
*San Juan, Puerto Rico*

**Contract Pathologist**          **January 2009 - October 2012 and**
Skagit County Coroner          **February 2018 – June 2019**
*Mount Vernon, Washington*

**Contract Pathologist**          **January 2011 – December 2019**
Benton County Coroner
*Kennewick, Washington*

**Visiting Forensic Pathologist**          **September 2016**
Majuro Police Department, Marshall Islands
*Majuro, Marshall Islands*

**Visiting Forensic Pathologist**          **March 2015**
National Forensic Service, Ministry of Justice
*Monrovia, Liberia*

**Visiting Forensic Pathologist**          **January 2014 - July 2014**
National Forensic Pathology Service, Lab Plus, Auckland City Hospital
*Auckland, New Zealand*



EXHIBIT
APPX092



**Certified Inspector, Accreditation Standards**      **November 2012 – November 2017**
National Association of Medical Examiners
*Marceline, Missouri*

**Accreditation Auditor**      **June 2013 - Present**
International Association of Coroners & Medical Examiners
*Las Vegas, Nevada*

**Associate Medical Examiner**      **August 2007 - September 2009**
Snohomish County Medical Examiner's Office
*Everett, Washington*

## APPOINTMENTS

**Trustee and Delegate**      **January 2018 – December 2019**
King County Medical Society
*Seattle, Washington*

**Alumni Leadership Council Member**      **October 2014 - Present**
University of Washington School of Medicine Alumni Association
Seattle, Washington

**Adjunct Clinical Professor**      **July 2011 - Present**
Pacific Northwest University of Health Sciences, College of Osteopathic Medicine,
Department of Clinical Medicine
Clinical Rotation Director, Forensic Pathology (Surgery 709 and 709S)
*Yakima, Washington*

**Medical Staff Appointment**      **December 2009 - Present**
Unified Medical Staff of Skagit Valley
*Mount Vernon, Washington*

## EDUCATION

**Forensic Pathology Fellowship**      **July 2006 - June 2007**
Tarrant County Medical Examiner's Office
One-year appointment with successful completion and issuance of program certificate
*Fort Worth, Texas*

**Forensic Pathology Fellowship**      **July 2005 - June 2006**
King County Medical Examiner's Office
One-year appointment with successful completion and issuance of program certificate
*Seattle, Washington*

**Pathology Residency Program**      **July 2001 - June 2005**
University of Washington
Successful completion with issuance of program certificate
*Seattle, Washington*



**Medical Doctorate** **June 2001**
University of Washington School of Medicine
*Seattle, Washington*

**Master of Arts in Biology Teaching** **June 1997**
Biology Teaching Program, University of Washington
*Seattle, Washington*

**Teaching Credential, Secondary Education** **June 1986**
San Jose State University
*San Jose, California*

**Bachelor of Arts** **June 1984**
Cellular/Molecular Biology
Humboldt State University
*Arcata, California*

## RECOGNITION AND AWARDS

**Outstanding Preceptor Award, Mount Vernon** **May 2013**
Pacific Northwest University of Health Sciences
*Yakima, Washington*

**Poster Contest, Second Place, Resident Category** **September 2004**
University of Washington Pathology Retreat
*Leavenworth, Washington*

**Student Travel Grant Winner** **July 2004**
Van Slyke Foundation, American Association for Clinical Chemistry
*Los Angeles, California*

**Paul Strandjord Young Investigator Award** **June 2004**
Academy of Clinical Laboratory Physicians and Scientists
*Denver, Colorado*

**Year of Service Award** **September 1996**
Crisis Clinic of Seattle and King County
*Seattle, Washington*

## PRESENTATION OF RESEARCH AND PUBLICATIONS

**Book Chapter Contributor** **April 2014**
R. T. Wyant, C. Wigren, and T. Hatcher. "Validating the LLIM Testing Model, Documenting
Wounds/Injuries." In Risk Management of Less Lethal Options: Evaluation, Deployment,
Aftermath, and Forensics, by R.T. Wyant and Thomas Burns, Boca Raton: CRC Press, 2014.

**Presentation of Research** **March 2009**
"Fatal Infection with Varicella in An Adult"
43rd National Immunization Conference
*Dallas, Texas*


**Presentation of Research**                                    **October 2007**
"Hyperthermia: An Unusual Autoerotic Duct Tape Death"
National Association of Medical Examiners Annual Meeting
*Savannah, Georgia*

**Presentation of Research**                                    **August 2007**
"Asphyxial Death Utilizing a Commercial Propellant Duster: 1, 1-difluoroethane"
International Association of Forensic Toxicologists Annual Meeting
*Seattle, Washington*

**Presentation of Research**                                    **February 2006**
"Small Cell Carcinoma of the Lung Contributing to Pulmonary Barotrauma with
Air Embolism in a Recreational Diver: A Case Report"
American Academy of Forensic Sciences Annual Meeting
*Seattle, Washington*

**Presentation of Research**                                    **February 2006**
"Necrotizing fasciitis: manifestations, microbiology and connection with black tar heroin"
American Academy of Forensic Sciences Annual Meeting
*Seattle, Washington*

**Presentation of Research**                                    **September 2004**
"Translating 16S rDNA Sequencing Identification into Cost Effective Phenotypic Testing"
University of Washington Pathology Retreat
*Leavenworth, Washington*

**Presentation of Research**                                    **July 2004**
"Measurement of Monomeric Prolactin Following Polyethylene Glycol Precipitation"
American Association for Clinical Chemistry
*Los Angeles, California*

**Presentation of Research**                                    **June 2004**
"Translating 16S rDNA Sequencing Identification into Cost Effective Phenotypic Testing"
Academy of Clinical Laboratory Physicians and Scientists
*Denver, Colorado*

**Presentation of Research**                                    **May 2004**
"Cost Effective Approach to the Clinically Important Distinctions Between *Streptococcus
milleri* Group Species"
American Society for Microbiology
*New Orleans, Louisiana*

**Presentation of Research**                                    **October 1998**
"The Role of Capillarity and Surface Tension in the Epithelial Transport System"
Medical Student Research Training Program, University of Washington School of Medicine
*Seattle, Washington*


## PROFESSIONAL PRESENTATIONS

**American Academy of Psychiatry and the Law, 50th Annual Meeting**   **October 2019**
Speaker: Pathology, Pediatrics and Psychiatry in Child Murder by Parents
Workshop Presentation
*Baltimore, Maryland*

**American Academy of Psychiatry and the Law, 50th Annual Meeting**   **October 2019**
Speaker: Forensic Pathology of Zoophilia
*Baltimore, Maryland*

**3rd Annual Seattle Children's and Microsoft SIDS Research Summit**   **September 2019**
Speaker: The State of Infant Death Investigation in Washington State: Is the Answer a
State Medical Examiner?
*Redmond, Washington*

**American Academy of Forensic Sciences, 71st Annual Scientific Meeting**   **February 2019**
Speaker: Child Murder by Parents: Psychiatry, Pediatrics, and Pathology,
Workshop Presentation
*Baltimore, Maryland*

**American Academy of Forensic Sciences, 70th Annual Scientific Meeting**   **February 2018**
Speaker: Forensic Pathology of Zoophilia, Workshop Presentation
*Seattle, Washington*

**Oregon Association of Licensed Investigators, Annual Fall Seminar**   **October 2017**
Speaker: The Shaken Baby Toolkit
*Springfield, Oregon*

**35th International Congress on Law and Mental Health**   **July 2017**
Speaker: Forensic Pathology of Zoophilia
*Prague, Czech Republic*

**National Business Institute, Wrongful Death Litigation: Start-to-Finish**   **February 2016**
Speaker: How a Forensic Pathologist Can Assist You: Case Studies Involving the Living and Dead
*Seattle, Washington*

**Oregon Association of Licensed Investigators, Annual Fall Seminar**   **October 2015**
Speaker: Go Get the Shovel: Second Autopsies, What Can be Learned
*Cottage Grove, Oregon*

**Continuing Medical Education Series, Clinical Microbiology Laboratory**   **September 2015**
**Harborview Medical Center**
Speaker: Ebola and Autopsies
*Seattle, Washington*

**2013 Northwest Medical Laboratory Symposium**   **October 2013**
Speaker: The Microbiology of Forensic Pathology
*Seattle, Washington*


**Oregon Association of Licensed Investigators, Summer Seminar**    **June 2013**
Speaker: Understanding the Role of the Oregon State Medical Examiner
*Salem, Oregon*

**Northwest Branch American Society for Microbiology Annual Meeting**    **November 2012**
Speaker: Autopsy Conundrums
*Seattle, Washington*

**Mississippi Coroner-Medical Examiner Association**    **June 2012**
Speaker:  National Institute of Justice Every Scene Every Time Equipment Checklist (half-day presentation)
Speaker: Approach to the Death Scene for Investigators (half-day presentation)
*Biloxi, Mississippi*

**Washington State Association for Justice: Spokane County Roundtable**    **May 2012**
Speaker: Proving Your Case with Pathologic Evidence
*Spokane, Washington*

**Central Region Emergency Medical Services & Trauma Care Council**    **March 2012**
Speaker: Differential Diagnosis in the Dirt and Domicile
*Tulalip, Washington*

**Northwest Medical Experts/WDTL Joint CLE**    **November 2011**
Speaker: Utilizing the Services of a Forensic Pathologist to Analyze Injuries, Therapeutic Complications, and Toxicology in Both the Living and the Dead
*Tacoma, Washington*

**Northwest Branch American Society for Microbiology Annual Meeting**    **November 2011**
Speaker: Rampant Pathogen Uncovered
*Seattle, Washington*

**Indiana State Coroners Conference Annual Meeting**    **June 2011**
Speaker: Forensic Jeopardy
*Indianapolis, Indiana*

**American Academy of Forensic Sciences, 63rd Annual Meeting**    **February 2011**
Speaker: Forensic Jeopardy
*Chicago, Illinois*

**Northwest American Society for Microbiology Annual Meeting**    **October 2010**
Speaker: Decomposition: The Microbiology of Decomposition
*Seattle, Washington*

**Emergency Dept. Section Meeting, Providence Medical Center**    **October 2008 - July 2010**
Speaker: Quarterly Case Review and Forensic Updates
*Everett, Washington*

**American Academy of Forensic Sciences, 62nd Annual Meeting**    **February 2010**
Speaker: Forensic Jeopardy
*Seattle, Washington*



**Skagit County Sheriff's Office**                                    **February 2010**
Speaker: Introduction to Forensic Pathology
*Mount Vernon, Washington*

**Washington State Public Health Laboratory Epidemiology Road Show**    **September 2009**
Speaker: The Role of the Forensic Pathologist in Medico-legal Cases
*Federal Way, Washington*

**American Society for Microbiology, 109th General Meeting**            **May 2009**
Speaker: The Most Outrageous and Contagious!: Extreme Case Presentations in Clinical
Microbiology
*Philadelphia, Pennsylvania*

**Stanwood Camano Fire Department: DUI Emphasis Drill**                 **April 2009**
Participant: Representing Snohomish County Medical Examiner's Office
*Stanwood, Washington*

**Snohomish County Emergency Medical Services: First Quarter Run Review,**
**Stanwood Fire Department**                                           **March 2009**
Speaker: Investigating Unexpected/Suspicious Death: The Medical Examiner's Role
*Stanwood, Washington*

**Stanwood Police Department Quarterly Meeting**                       **February 2009**
Speaker: Introduction to Postmortem Change for Law Enforcement Personnel
*Stanwood, Washington*

**Pacific Northwest Forensic Pathologist Get-Together**                **October 2008**
Speaker: Case Presentations
*Tacoma, Washington*

**Snohomish County Emergency Medical Services Monthly Review**         **August 2008**
Quarterly Speaker: Case Presentations
*Everett, Washington*

**Washington State Public Health Laboratory, Microbiology Show and Tell**    **April 2008**
Speaker: Case Presentations
*Seattle, Washington*

**Trauma Performance Improvement and Patient Safety Program,**         **July 2006 - April 2007**
**Harris Methodist Hospital Trauma Department**
Monthly Speaker representing Tarrant County Medical Examiner's Office
*Fort Worth, Texas*

**Children's Advocacy Center for Denton County Annual Retreat**        **March 2007**
Speaker and Program Coordinator: Investigating Child and Infant Fatalities
*Lewisville, Texas*



**Physicians for Human Rights International Forensic Program, Tarrant County Medical Examiner's Office**                    **February 2007**
Speaker: The Forensic Autopsy
Speaker: Blunt and Sharp Force Injuries
*Fort Worth, Texas*

**Current Trends in Forensic Science, Tarrant County Medical Examiner's Office**                    **December 2006**
Speaker: Novel Cases in Toxicology - Meconium
Speaker: Cases from the Human ID Lab - The Case of the Silver Bullet
*Fort Worth, Texas*

## CONFERENCE AND WORKSHOP PARTICIPATION

**National Association of Medical Examiners (NAME) 2020 Annual Meeting**                    **October 2020**
*Virtual*

**7th Annual International Conference on Pediatric Abusive Head Trauma**                    **September 2019**
Penn State College of Medicine
*Hershey, Pennsylvania*

**3rd Annual Seattle Children's and Microsoft SIDS Research Summit**                    **September 2019**
Center of Integrative Brain Research, Seattle Children's and Aaron Matthew SIDS Research Guild of Seattle Children's
*Redmond, Washington*

**Pulmonary Pathology Society (PPS) Biennial Meeting**                    **June 2019**
*Dubrovnik, Croatia*

**American Academy of Forensic Sciences, 71st Annual Scientific Meeting**                    **February 2019**
*Baltimore, Maryland*

**34th Annual San Diego Intl. Conference on Child and Family Maltreatment**                    **January 2019**
Chadwick Center for Children & Families at Rady Children's Hospital-San Diego
*San Diego, California*

**Abusive Head Trauma -Diagnosis, Treatment and Common Controversies**                    **January 2019**
Ray E. Helfer Society
*San Diego, California*

**16th Intl. Conference on Shaken Baby Syndrome/Abusive Head Trauma**                    **September 2018**
National Center on Shaken Baby Syndrome
*Orlando, Florida*

**Pediatric Sexual Assault Case Review**                    **April 2018**
University of Minnesota Medical School
*Minneapolis, Minnesota*


**2018 Child Abuse Summit: Tips from the Team**                    **April 2018**
University of Minnesota Medical School
*Minneapolis, Minnesota*

**American Academy of Forensic Sciences, 70th Annual Scientific Meeting**    **February 2018**
*Seattle, Washington*

**Interactive Microscopy: Pathology of the Lung, Pleura, Mediastinum, and**    **February 2018**
**Heart/Liver/Lung Transplantation**
United States and Canadian Academy of Pathology (USCAP)
*Palm Springs, California*

**32nd Annual San Diego Intl. Conference on Child and Family Maltreatment**    **January 2018**
Chadwick Center for Children & Families at Rady Children's Hospital-San Diego
*San Diego, California*

**Abusive Head Trauma – Diagnosis, Treatment and Common Controversies**    **January 2018**
Ray E. Helfer Society
*San Diego, California*

**Fundamentals of the Medical-Forensic Evaluation of Physical Abuse**    **January 2018**
Ray E. Helfer Society
*San Diego, California*

**6th Annual International Conference on Pediatric Abusive Head Trauma,**    **June 2017**
**Medical, Forensic, and Scientific Advances and Prevention**
Penn State College of Medicine
*Asheville, North Carolina*

**Interdisciplinary Symposium: The Evolution of Daubert and Its Effects on**    **February 2017**
**the Forensic Sciences**
American Academy of Forensic Sciences, 69th Annual Scientific Meeting
*New Orleans, Louisiana*

**Retinal Hemorrhages Associated with Pediatric Abusive and Non-Abusive**    **February 2017**
**Head Injury - Systematic Reviews and their Evidence Base: A Review, Workshop**
American Academy of Forensic Sciences, 69th Annual Scientific Meeting
*New Orleans, Louisiana*

**31st Annual San Diego Intl. Conference on Child and Family Maltreatment**    **January 2017**
Chadwick Center for Children & Families at Rady Children's Hospital-San Diego
*San Diego, California*

**Fundamentals of the Medical-Forensic Evaluation of Physical Abuse**    **January 2017**
Ray E. Helfer Society
*San Diego, California*

**United States and Canadian Academy of Pathology (USCAP) Annual Meeting**    **March 2016**
*Seattle, Washington*


**American Academy of Forensic Sciences, 68th Annual Scientific Meeting**      **February 2016**
*Las Vegas, Nevada*

**30th Annual San Diego Intl. Conference on Child and Family Maltreatment**      **January 2016**
Chadwick Center for Children & Families at Rady Children's Hospital-San Diego
*San Diego, California*

**Basic Sexual Abuse, Medical Evaluation**      **January 2016**
Chadwick Center for Children & Families at Rady Children's Hospital-San Diego
*San Diego, California*

**Child Abuse 101**      **January 2016**
California American Professional Society on the Abuse of Children (CAPSA)
*San Diego, California*

**National Association of Medical Examiners (NAME) 45th Annual Meeting**      **October 2015**
*Charlotte, North Carolina*

**APSAC's 23rd Annual Colloquium**      **July 2015**
American Professional Society on the Abuse of Children (APSAC)
*Boston, Massachusetts*

**5th Penn State Hershey Intl. Conference on Pediatric Abusive Head Trauma**      **July 2015**
**Medical, Forensic, and Scientific Advances and Prevention**
*Penn State Hershey College of Medicine*
*Park City, Utah*

**Pulmonary Pathology Society (PPS) 9th Biennial Meeting**      **June 2015**
*San Francisco, California*

**14th Intl. Conference on Shaken Baby Syndrome/Abusive Head Trauma**      **September 2014**
National Center on Shaken Baby Syndrome (NCSBS)
*Denver, Colorado*

**World Congress on Infant Head Trauma Conference**      **November 2013**
Academic Forensic Pathology Journal (AFP)
*Plano, Texas*

**Thoracic Pathology Course**      **September 2013**
Memorial Sloan-Kettering Cancer Center
*New York, New York*

**APSAC 21st Annual Colloquium**      **June 2013**
American Professional Society on the Abuse of Children (APSAC)
*Las Vegas, Nevada*

**2013 Intl. Association of Coroners and Medical Examiners (IAC&ME) Conference**      **June 2013**
*Las Vegas, Nevada*


**Update in Pulmonary Pathology: Contemporary Classification & Diagnosis Course**   **April 2013**
American Society for Clinical Pathology (ASCP)
*Chicago, Illinois*

**Topics in Forensic Sciences: Revealing the Science Behind the Evidence**   **April 2013**
**Conference**
Harris County Institute of Forensic Sciences
*Houston, Texas*

**Child Abuse: Recognition, Investigation and Adjudication Conference**   **April 2013**
Harris County Institute of Forensic Sciences
*Houston, Texas*

**6th Annual Forensic Science & the Law Conference**   **April 2013**
National Association of Criminal Defense Lawyers
*Las Vegas, Nevada*

**Ethics 2012: Changing the Landscape of Criminal Defense Meeting**   **December 2012**
Washington Defender Association
*Seattle, Washington*

**California Society of Pathologists 65th Annual Convention**   **December 2012**
*San Francisco, California*

**International Association of Coroners and Medical Examiners Conference**   **June 2012**
*Las Vegas, Nevada*

**Western Regional International Health Conference**   **April 2012**
*University of Health – School of Public Health*
*Seattle, Washington*

**Medical Forensic Response to Sexual Assault Conference**   **March 2012**
Providence Intervention Center for Assault and Abuse
*Everett, Washington*

**American Academy of Forensic Sciences, 64th Annual Meeting**   **February 2012**
Training: National Association of Medical Examiners, Inspection and Accreditation
Workshop: Postmortem Monocular Indirect Ophthalmoscopy
*Atlanta, Georgia*

**California Tumor Tissue Registry Cancer Seminar**   **December 2011**
*San Francisco, California*

**California Society of Pathologists 64th Annual Convention**   **December 2011**
*San Francisco, California*

**Advanced Jury Trial Skills Workshop**   **November 2011**
SEAK, Inc.
*Naples, Florida*



**Advanced Testifying Skills for Experts**       **November 2011**
SEAK, Inc.
*Naples, Florida*

**Forensic Pathology of Gunshot Wounds**       **November 2011**
California Criminalistics Institute
*Sacramento, California*

**In the Spotlight: Managing Your High-Profile Case**       **October 2011**
Washington Defender Association
*Seattle, Washington*

**Asbestos Litigation Conference: A National Overview and Outlook**       **September 2011**
Perrin Conferences
*San Francisco, California*

**18th Annual Criminal Justice Institute**       **September 2011**
Washington State Bar Association
*Seattle, Washington*

**Science Communication Fellowship**       **September 2011**
Pacific Science Center
*Seattle, Washington*

**National Association of Medical Examiners 45th Annual Meeting**       **August 2011**
*Seattle, Washington*

**Indiana State Coroners Conference Annual Meeting**       **June 2011**
*Indianapolis, Indiana*

**18th Annual Seminar in Pathology**       **April 2011**
Allegheny General Hospital
*Pittsburgh, Pennsylvania*

**Northwest American Society for Microbiology Annual Conference**       **October 2010**
*Seattle, Washington*

**American Academy of Forensic Sciences, 62nd Annual Meeting**       **February 2010**
*Seattle, Washington*

**American Society for Microbiology, 109th General Meeting**       **May 2009**
*Philadelphia, Pennsylvania*

**National Association of Medical Examiners 41st Annual Meeting**       **October 2007**
*Savannah, Georgia*

**American Academy of Forensic Sciences, 59th Annual Meeting**       **February 2007**
*San Antonio, Texas*


**National Association of Medical Examiners 40th Annual Meeting**          October 2006
*San Antonio, Texas*

**American Academy of Forensic Sciences, 58th Annual Meeting**          February 2006
*Seattle, Washington*

**American Association of Clinical Chemistry, Annual Meeting**          July 2004
*Los Angeles, California*

**Academy of Clinical Laboratory Physicians and Scientists, Annual Meeting**          June 2004
*Denver, Colorado*

**American Society for Microbiology, 104th General Meeting**          May 2004
*New Orleans, Louisiana*

**American Academy of Forensic Science, 53rd Annual Meeting**          February 2001
*Seattle, Washington*

**American Society of Clinical Pathologists National Meeting**          October 2000
*San Diego, California*

**California Society of Pathologists Annual Meeting**          November 2000
*San Francisco, California*

**Washington State Society of Pathologists**          October 2000, February 2001
*Seattle, Washington*

## COMMUNITY EDUCATION AND OUTREACH

**Osher Lifelong Learning Institute at the University of Washington**          March 2017
*Speaker*: Autopsies: Forensic Pathology & the Real World of CSI
*Mukilteo, Washington*

**Pacific Science Center, Science and a Movie**          November 2016
Speaker: The Forensics Behind Pulp Fiction
*Seattle, Washington*

**Everett Public Library**          September 2016, May 2017
Speaker: Autopsies: CSI in the Real World
*Everett, Washington*

**Pacific Science Center Life Sciences Research Weekend**          November 2015
Speaker: Autopsies: Determining Cause and Manner of Death
*Seattle, Washington*

**Pacific Science Center/Teen Science Café**          April 2015, May 2015
Speaker: Autopsies: Forensic Pathology and Real Life CSI
*Redmond and Seattle, Washington*

**International School Career Week**          March 2015, March 2016
Speaker: Forensic Pathology for Beginners



*Bellevue, Washington*

**King County Library System**                                           **December 2013**
Speaker: Career Choices in Forensic Pathology
*International School, Bellevue, Washington and Mount Si High School, Snoqualmie, Washington*
**King County Library System**                          **June 2013, July 2013, March 2017**
Speaker: Real Life CSI
Issaquah, Auburn, Algona Pacific, Renton, and Bothell libraries
*King County, Washington*

**Kitsap Regional Library System**                                   **June2013, July 2013**
Speaker: Summer Reading Program: Freaky Forensics
Port Orchard, Manchester, Bremerton, and Bainbridge libraries
*Kitsap County, Washington*

**Pacific Science Center/Science Fiction Film Festival**                          **June 2013**
Speaker: Short Films, Big Ideas: The Science of Science Fiction
*Seattle, Washington*

**King County Library System**                                               **April 2013**
Speaker: Career Choices in Forensic Pathology
*West Auburn High School, Auburn, Washington*

**Pacific Science Center**                          **May 2012, Jan. 2013, Nov. 2014**
Speaker:  Autopsy Answers
*Seattle, Tacoma, and Kirkland, Washington*

**Northwest Assoc. for Biomedical Research, Life Sciences Research Weekend**          **Nov. 2012**
Speaker: Autopsy Answers
*Seattle, Washington*

**Driving It Home, Traffic Safety Seminar**          **April 2011 and 2012, Oct. 2011 and 2012**
Speaker: Pedestrian and Motor Vehicle Accident Reconstruction for high school students in
coordination with Snohomish County Sheriff's Office
*Sultan, Washington*

**King County Library System**          **Oct. 2010, Sept. 2011, April 2012, May 2012,**
Speaker: Behind the Crime Scenes with Real Life CSI          **July 2012, Oct. 2012J, July 2015**
Bellevue, White Center, Auburn, Burien, and Fairwood libraries, and Odle and Eton Middle Schools
*King County, Washington*

**Pacific Science Center Scientist Spotlight**          **Jan. 2012, Feb. 2012, July 2012**
Speaker: Autopsy Answers – Hands on facilitated demonstration          **Dec. 2013, Sept. 2014**
(selected for permanent exhibit development)
*Seattle, Washington*

**Society for Sensible Explanations, Monthly Meeting**                          **March 2010**
Speaker: The Role of the Forensic Pathologist in Disposition of Human Remains
*Seattle, Washington*



**Sno-Isle Libraries**                                                                          **May 2009**
Speaker: Behind the Crime Scenes with Real Life CSI
*Marysville, Washington*

**Career Discovery Week, University of Washington**                        **January 2006**
Speaker: Careers in Forensic Science
*Seattle, Washington*

## PROFESSIONAL MEMBERSHIPS

**Society for Cardiovascular Pathology**                                        **2020 – Present**

**American Society for Clinical Pathology**                                      **2019 - Present**

**Washington State Medical Association**                                         **2018 - 2019**

**United States and Canadian Academy of Pathology**                    **2016 - Present**

**Pulmonary Pathology Society**                                                      **2013 - Present**

**The American Professional Society on the Abuse of Children**      **2013 - Present**

**International Association of Coroners and Medical Examiners**       **2011 - Present**

**King County Medical Society**                                                       **2010 - Present**

**National Association of Medical Examiners**                                  **2006 - Present**

**American Academy of Forensic Sciences**                                     **2006 - Present**

| Finding | Medical records | Imaging studies (X-ray, CT) | Medical examiner autopsy and testimony (Urban) | EAP (Squires) | Law enforcement (Whatton) | Roberson |
|---|---|---|---|---|---|---|
| Impact site: PRESENT | "posterior/parietal scalp boggy" 1376<br>"right parietal scalp boggy" 1355<br>"head felt a little boggy in the posterior part of her scalp" 1341 | CT: "area of soft tissue swelling about the right posterior parietal and occipital bone, without underlying fracture" 1535 | "scalp reveals diffuse confluent dark red subscalpular hemorrhage in the occipital and right temporal regions, which coalesce with diffuse subscalpular hemorrhage involving the parietal vertex and the left temporal region. There is a dense focus of subscalpular hemorrhage in the left temporal region as well as a dense focus in the right frontoparietal area" 1568<br><br>Urban: "something going on besides and beyond shaking because of that impact size on the skull – or on the subscalpular area" (IMPLIES SINGULAR IMPACT) 1677 | "There was also an area of impact in the right back of the head" 1546<br><br>"large amount of soft tissue swelling over the scalp in the right posterior aspect" 1548 | Not documented | Not documented |
| Multiple impact sites ABSENT | "posterior/parietal scalp boggy" 1376<br>"right parietal scalp boggy" 1355<br>"head felt a little boggy in the posterior part of her scalp" 1341 | CT: "area of soft tissue swelling about the right posterior parietal and occipital bone, without underlying fracture" 1535 | CW identifies one area of SGH in the right occipital area as depicted by the autopsy photographic<br><br>Urban: "a short fall should result in a single impact, rather than the multiple discreet impact sites seen upon reflection of the scalp in this case"<br><br>Urban: "something going on besides and beyond shaking because of that impact size on the skull – or on the subscalpular area" (IMPLIES SINGULAR IMPACT) | "There was also an area of impact in the right back of the head" 1546<br><br>"large amount of soft tissue swelling over the scalp in the right posterior aspect" 1548 | Not documented | Not documented |

EXHIBIT

CW

| Finding | Medical records | Imaging studies (X-ray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---------|----------------|------------------------------|-------------------------------------------------|---------------|----------------------------|----------|
| Short fall PRESENT | Kroymann: "possibly fell out of bed" 1539<br><br>Thompson RN: "she was in bed with him when she cried out. He found her lying on the floor" 1339<br><br>Thompson RN: "reported to have fallen from a bed" 1376<br><br>Thompson, MD: "By report, she fell out of bed during the night" 1378<br><br>Unknown EPS reporter: "he heard her fall in the bed." The father said, "he talked to her for two hours to make sure she was okay... then they both went back to sleep" 1042 | Not applicable | "it can be short" 1673<br><br>"typically, we don't see — you know, we don't see injuries like this in a child that fell off of a bed, or, you know, fell out of a chair or something like that" 1673<br><br>"a thirty foot fall can always produce injuries like that, but it doesn't necessarily have to be you know, it can be short" 1675<br><br>"a short fall should result in a single impact, rather than the multiple decorex impact sites seen upon reflection of the scalp in this case" 411 | "The medical findings are not consistent with the history of a fall from a bed" 1547<br><br>"child had fallen off the bed" 1707 | "he told us that she...had fallen out and he'd found her at the foot of the bed" 718<br><br>"she was at the foot of the bed on the floor" 1062<br><br>height of bed: "it was approximately 22 inches" 1121<br><br>"bed from which Nikki reportedly fell was a full-size mattress and box springs positioned atop gray masonry blocks. The top cover of the mattress measured 1 foot 9 1/2 inches (21 1/2 inches) from the carpeted wooden floor" 1936 | "around 5am I heard her cry...I saw her at the foot of the bed trying" 967 |
| New sleep environment PRESENT | Not documented | Not applicable | Not documented | Not documented | Not documented | "wanted to sleep in her own room" 967<br><br>"No, you don't want to sleep back there by yourself" 967<br><br>"Told her to come sleep with me" 967 |

Page 2 of 20   *Cw*

| Finding | Medical records | Imaging studies (X-ray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| Impaired cognition due to opiate and promethazine-PRESENT  ataxia  promethazine | Plan includes "Phenergan with codeine ¼ teaspoon every 3-4 hours" 1173  Dr Ross: "I've seen them get somewhat sedate" 768  Dr Ross Q: "Codeine is a central nervous depressant?" A "Certainly can be" 769  ~~Unknown author~~ ~~"Nikk was asleep on the 20th because she~~ ~~was taking~~ ~~medication that~~ ~~made her sleepy"~~ | Not applicable | Not documented  Postmortem toxicology "0.40 mg/L promethazine" 1670 and 477  Postmortem toxicology: No codeine 477  Prometh t1/2 is 10-20 hours   Baselt pg 1428  - Promethazine was found at 0.16 mg/L in 14 mon infant death      Baselt 1429  - Drowsiness > respiratory depression    Baselt 1429  Codeine t1/2 is 1.2 -3.9 hours    Baselt 395  -sedation > respiratory depression      Baselt 396 | Not documented | Not documented | Not documented |
| Scene investigation with evidence of violence: ABSENT | Not applicable | Not applicable | Not documented | Not documented | "we looked around the room for any signs, obvious signs, that somebody had contacted it in a violent manner, and we found nothing"    720 | Not applicable |

| Finding | Medical records | Imaging studies (X-ray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squier) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| SDH PRESENT | "right temporal SDH" "right temporal subdural hematoma" | CT: "right sided subdural hematoma layering along the right posterior falx and tentorial margin," and "thinner subdural hemorrhage layering along the right frontal and parietal cerebral convexities a few millimeters in thickness" (CT5) | "The actual quantity of blood that was in the subdural space was fairly small" 168:9 / "10 ml of clotted subdural blood overlies the right cerebral convexity, with a thin film of left parietal subdural hemorrhage. 10 ml of clotted blood are present in the right supratentorial subdural space. 5 ml of clotted subdural blood are present in the right middle cranial fossa, and there is a thin film of subdural blood in the right anterior cranial fossa" 11:5 / "At no point did I indicate that the discedent had a ... blud of symptoms retinal hemorrhages], subdural hematoma and cerebral edema that indicate shaken baby syndrome' or that five typical skull fractures was indicative of shaken baby syndrome." 21:1 / "Urban ... things that we saw in the case such as the subdural hemorrhage and the subarachnoid hemorrhage and the retinal hemorrhage and the optic nerve hemorrhage, you know that's something that falls within the spectrum of the abusive head trauma, but in this case there's usually something going on besides and beyond shaking because of that impact site on the skull or on the subscalular area." 167 | "There was some fraying or shaking component which resulted in subdural hemorrhaging" 14:6 / "So whenever we are told of subdural blood, I don't mean localized right under a fracture, but all over, usually that's indicative of this shaking. And then also retinal hemorrhages are just further ... It's one more thing that really lets you know that those eyes were being shaken and that the blood vessels inside" 8:8 | "Dr Gormley indicated the following: trauma, Retinal Hemorrhage, Subdural Hemorrhage, Cerebral Edema" 4:6 | Not applicable |

The presence of subdural hemorrhage, cerebral edema, and retinal hemorrhages is not pathognomonic for indicative injury. There is insufficient scientific evidence on which to assess the diagnostic accuracy of the triad in identifying traumatic shaking (very low-quality evidence). Furthermore, there is limited scientific evidence that the triad and therefore its components can be associated with traumatic shaking (low-quality evidence) (Lynoe, 2017)

series of 8 witnessed accounts of young children diagnosed as having SDH alone or with head, during violent fall. Child abuse physicians were surveyed to determine if they had witnessed child younger than 24 month diagnosed as having SDH within witnessed hemorrhages following a witnessed fall with no triad impact (Johnson, 2017)

Subdural hemorrhage is something that we see in injuries that are caused in children this age by blunt force and also by shaking or blunt impact injuries... And this bleeding is caused by the actual motion of the brain inside the skull when there is movement occurring. What happens is there are little, tiny veins that connect this as are present between the dura and the brain itself. And when that brain moves back and in the front of the skull or inside of the skull those small veins are torn and that's what causes this subdural hemorrhage and that's what we see here 86:1

Cw

hemorrhage surrounding the optic nerves. Again, this is something that is typically seen in a blunt force or shaking type of injury 885

| Finding | Medical records | Imaging studies (X-ray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| ONSH: PRESENT | Not applicable | Not applicable | "Left and right optic nerves both show perineural hemorrhage within the optic sheath. The left perineural soft tissue is hemorrhagic." 916 | Not applicable | Not applicable | Not applicable |

*Coagulopathy is present. The results of the two laboratory studies ordered by the clinician to assess for underlying coagulopathy are aberrant. Coagulopathy is expected to exacerbate optic nerve sheath hemorrhages*

*Optic nerve sheath hemorrhages are not limited to children who die of inflicted head injuries; instead they may be seen in a wide variety of situations, and may be linked to cerebral edema, and sequalae of advanced cardiac life support*

*The most significant factor leading to ocular and optic nerve sheath hemorrhage appears to be a rapid increase in intracranial pressure. The accumulating subdural hemorrhage and cerebral edema led to an increase in intracranial pressure and subsequent optic nerve sheath hemorrhage*

*Optic nerve sheath hemorrhages are not limited to children who die of inflicted head injuries instead they may be seen in a wide variety of situations, and may be linked to cerebral edema, and sequelae of advanced cardiac life support (Lorenzi, 2015)*

*The most significant factor leading to ocular and optic nerve sheath hemorrhage appears to be a rapid increase in intracranial pressure. The accumulating subdural hemorrhage and cerebral edema led to an increase in intracranial pressure and subsequent optic nerve sheath hemorrhage (Mena, 2011)*

*The finding of optic nerve sheath hemorrhage does not indicate a distinct injury to the optic nerve. Rather, it is the result of a cascade of physiologic events resulting from an initial inciting event. The presence of hemorrhage in the optic nerves is consistent with the subdural hemorrhage and cerebral edema. It did not result from mechanical disruption arising from shaking*

| Finding | Medical records | Imaging studies (X-ray, CT) | Medical examiner autopsy and testimony (Urban) | EAP (Squires) | Law enforcement (Wharton) | Roberson |
|---------|----------------|------------------------------|-----------------------------------------------|---------------|----------------------------|----------|
| RH: PRESENT | Unknown ophthalmologic: "preretinal/retinal hemorrhages both eyes" with "OD >> OS" 155<br><br>Thompson, MD: "question of retinal hemorrhages" 176 | Not documented | "eyes are bisected, revealing small foci of retinal hemorrhage bilaterally" 1667<br><br>"Both eyes showed perioptic nerve hemorrhage and small foci of retinal hemorrhage" 1667<br><br>Urban: "As [to pain] did I indicate that the decedent had a 'triad of symptoms–retinal hemorrhages, subdural hematoma, and cerebral edema' that replicate 'Shaken baby syndrome' or that the lack of skull fractures was indicative of Shaken baby syndrome" 411<br><br>Urban: "things that we saw in the case such as the subdural hemorrhage and the subarachnoid hemorrhage and the retinal hemorrhage and the optic nerve hemorrhage, you know, that's something that falls within the spectrum of the abusive head trauma, and shaking includes abusive head trauma, but in this case there's clearly something going on besides and beyond shaking because of that impact site on the skull – or on the subscapular area" 1667<br><br>Urban: "What you see here is the brain injury that is – the subdural hemorrhage, the subarachnoid hemorrhage, the retinal hemorrhage, that all fits within the spectrum of the shaking, and – but that also fits within the spectrum of the blunt force injury. And it is – you know, it fits in the spectrum of an impact injury. And I'm confident that there is an impact injury here because of the contusions and hemorrhage that I saw in the scalp. And, you know, it's possible that there is shaking in addition to the impact" 1668 | "Ophthalmology report bilateral retinal hemorrhages. These are very obvious in my exam, there is extensive bilateral retinal hemorrhages" 1707 | Not applicable | Not applicable |

*Retinal hemorrhages are concentrated or may be primarily caused by the documented "coagulopathy."*

*The distribution of these retinal hemorrhages in the context of cerebral edema, associated increased intracranial pressures, documented coagulopathy, is not pathognomonic for abuse. The retinal hemorrhages are not the result of vitreoretinal traction but are best explained by central retinal vein compression secondary to increased intracranial pressure and/or the effects of asphyxia/hypoxia and/or a period of hypoxia/anoxia to retinal capillaries followed by reperfusion of the damaged/leaky retinal capillaries.*

*Many of the systematic reviews relied upon as to the predictive accuracy of retinal hemorrhages for child abuse have common problems in the underlying studies and the outcomes, including biased failures, circulatory selection and information bias, imprecise case definition including confessions, and even misrepresentation of data (Lantz, 2017).*

The presence of subdural hemorrhage, cerebral edema, and retinal edema, while not pathognomonic for inflicted injury. There is no sufficient scientific evidence on which to assess the diagnostic accuracy of the triad in identifying traumatic shaking (very low-quality evidence). Furthermore, there is limited scientific evidence that the triad and therefore its components can be associated with traumatic shaking (low-quality evidence). (Lynøe, 2017)

Retinal hemorrhage can result from the increased intracranial pressure that accompanies the documented cerebral edema. This can lead to retinal hemorrhages, a condition known as Terson syndrome. Retinal hemorrhages in the setting of his coagulopathy and increased intracranial pressure are to be expected (Mena, 2011).

Reference text in pediatric pathology states "Retinal hemorrhage is a clinical and pathologic finding that continues to elude clear explanation."(Gilbert-Barness, 2007)

2007 experiment subjected piglets to massive acceleration-deceleration but failed to produce any retinal hemorrhage (Finnie, 2012)

2010 piglet study exposed the piglets to rotational acceleration-deceleration approximately fifty times what can be achieved in abusive shaking, yet who failed to produce any grossly visible retinal hemorrhages (Coats, 2010)

2016 study repetitively shook fifty piglets for up to sixty seconds at levels similar to abusive shaking yet reported "no ocular injury" in any piglet (Coats, 2016)

2010 study to determine whether repetitively shaking lambs might produce different results than other similar studies. Researchers shook seven anaesthetized baby lambs ten different times, each of thirty seconds duration, within a thirty-minute period. The lambs were shaken "with enough force to snap the head back and forth onto the chest." and with "considerable lateral and rotational head movement." Even under these violent conditions, "retinal hemorrhages were minimal and only (macroscopically) seen in two animals." (Finnie, 2010).

Study by Finnie subjected nine lambs to ten rounds of violent shaking yet failed to produce any retinal hemorrhages (Finnie, 2012)

Researchers studied two kittens and a juvenile Texas jackrabbit that a dog killed through vigorous shaking. The animals were inspected for retinal hemorrhant but had none (Serrano et al, 2008)

Recent study found extensive multilayer retinal hemorrhages occurring in infants who had not suffered any apparent brain injury and urged clinicians to reassess the importance of retinal hemorrhages in the setting of suspected abusive head trauma (Scheller, 2017)

| Finding | Medical records | Imaging studies (X-ray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Robertson |
|---|---|---|---|---|---|---|
| Cerebral edema: PRESENT | "initial intracranial pressure of 60" 137b; "Significant severe right cerebral hemisphere edema with midline shift," with "ICP monitor was placed by neurosurgery with an opening pressure of 65" 133b; "generalized cerebral edema" 153b | head CT "massive cerebral edema" 137b; "generalized right sided cerebral edema," 153b | "generalized edema with flattened gyri and prominent tonsils. Sectioning reveals recent bilateral infarcts of the borderzone and posterior cerebral artery territories, as well as the basal ganglia and orbital frontal regions" 166T; "At no point did I indicate that the decedent had a 'triad of symptoms-retinal hemorrhages, subdural hematoma and cerebral edema-that indicate shaken baby syndrome' nor that the lack of skull fractures was indicative of shaken baby syndrome." 41T; Q: "Dr. Squires generally states that massive rotational forces were the likely mechanism to cause this brain injury." A: "I would agree with that." 138X | "There is considerable amount of pressure changes with the right side of the brain and shifting across the midline." 28b | Not documented | Not applicable |

*The accumulating subdural hemorrhage caused brain swelling (cerebral edema). This swelling causes an increase in the intracranial pressure.*

*The presence of cerebral edema are not suggest encephalopathy due to traumatic/diffuse axonal injury resulting from inflicted injury as suggested by adherents to shaken baby syndrome.*

*The presence of diffuse cerebral edema is often cited as a finding consistent with nonaccidental trauma. Inasmuch as have cerebral edema and increased intracranial pressure. This finding is nonspecific and can be the result of other physiologic responses of the brain to an insult: traumatic, atraumatic, or a combination of both.*

*The presence of subdural hemorrhage, cerebral edema, and retinal edema, often pathognomonic for inflicted injury. There is insufficient scientific evidence on which to assess the diagnostic accuracy of the triad in identifying traumatic shaking (very low-quality evidence). Furthermore, there is limited scientific evidence that the triad and therefore its components can be associated with traumatic shaking (low-quality evidence) (Lynøe, 2017).*

Cw

| Finding | Medical records | Imaging studies (Xray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| Encephalopathy: PRESENT | Not documented | Not documented | "At no point did I indicate that the decedent had a 'triad of symptoms-retinal hemorrhages, subdural hematoma and cerebral edema-that indicate shaken baby syndrome' or that the lack of skull fractures was indicative of shaken baby syndrome"  411 | "The medical findings fit a picture of shaken impact syndrome. There was some flinging or shaking component which resulted in subdural hemorrhaging and diffuse brain injury"  1546 | Not documented | Not applicable |
| BAPP: PRESENT | Not applicable | Not applicable | "multifocal traumatic axonal injury in a diffuse axonal injury distribution"  417 | Not applicable | Not applicable | Not applicable |

CW

| Finding | Medical records | Imaging studies (X-ray, CT) | Medical examiner autopsy and testimony | CAF (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| LUCID INTERVAL PRESENT | Unknown ER MD: "lethargic after fall" 152.<br><br>Sims, RN: "Father states child fell off the bed at approximately 5 o'clock this morning. Father states he washed the child off and kept her awake for two hours to make sure she was OK. Later when he woke up the child wouldn't wake up" 169.<br><br>Ross, MD: "She apparently went to bed and dad said, that during the night, he heard a noise and found her on the bed," and "She was talking to him" afterwards." and "He set the alarm, and when she woke up around 10 o'clock, she was unresponsive, and he brought her to the Emergency Room" 151.<br><br>"Unknown RN: "dad went on to say that he stayed up with her for two hours, and at 7 am he set the alarm for 10am. When he woke at 10am he said he could (not) arouse | Not applicable | "as soon as the child suffers an injury like this, they immediately... have...altered level of consciousness most of the time or are unconscious" 168.<br><br>"as they are allowed to sit around without medical attention...you start to get swelling, in the brain...I would say minutes to hours" 169.<br><br>White states "if there is an impact...it is going to appear that there is something wrong with it" 184.<br><br>The injuries to this child's brain would have been immediate, or I would have expected that this child would have immediately suffered what we call a change in the level of consciousness. I don t expect that this child would have been able to hold a conversation or be conversant. You know, I would expect I possibly possibly unconscious 867<br><br>In a child this age, the neck is actually fairly flexible and that's one of the reasons that follows to the (head) or shaking is so dangerous because the neck is not actually strong enough to support the head. And, you know, if you ever looked at a small child, their head is very large in proportion to the rest of their body. And so when the head is struck or, again, if the child is shaken, it's this very large object sitting on a fairly weak neck. And you know, the weakness in the neck protects the neck from getting hurt, but it really isn't doesn't protect the head from getting hurt 868 | "After the trauma event the child would have been very abnormal. If the child was well at 10:30 PM on 1/30/02, it can be said that the trauma event occurred after this time." 281 | Unknown CPS reporter "she was sleeping with him at four in the morning...and he heard her fall off the bed." "He father said, he talked to her for two hours to make sure she was okay...then they both went back to sleep." 1162 | "we sat up about two hours until she was talking about the kids and family. I thought she was fine" 726 |

| | | | Nikki: He later went through his story and said he cleaned her up last night. When asked to clarify, he said he meant that he cleansed her up this morning". |
|---|---|---|---|

1527

case of delayed death from a witnessed fall backwards off a bed in a 9-month-old black male child who struck his head on a concrete floor and was independently witnessed as "healthy" postfall for 72 hours until he was discovered dead in bed. Autopsy showed a linear nondisplaced parietal skull fracture, diastasis of adjacent occipital suture, subgaleal hemorrhage with evidence of aging, small posterior clotting SDH, marked cerebral edema (Denton, 2003)

acute subdural hemorrhage was the most common intracranial mass lesion associated with a lucid interval or a period of "talk and die." In their series, patients had a lucid interval ranging from less than an hour to 10 hours (Goldschlager, 2007)

When a child is, say, shaken hard enough, the brain is actually moving back and forth within, again, within the skull, impacting the skull itself and that motion is enough to actually damage the brain. 865

| Finding | Medical records | Imaging studies (X-ray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| Shaking mechanism: ALLEGED | Not documented | Not applicable | A: "Dr. Squires generally states that massive rotational forces were the likely mechanism to cause this brain injury." A: "I would agree with that" 1685 <br><br> "At no point did I indicate that the decedent had a triad of symptoms—retinal hemorrhages, subdural hematoma and cerebral edema-that indicate shaken baby syndrome" or that the lack of skull fractures was indicative of shaken baby syndrome" 411 <br><br> "And, you know, it is possible that there is shaking in addition to the impact" 1690 <br><br> "There's a lot of argument within the forensic community as to whether...surely shaking can cause these injuries or whether you actually have to have an impact" 1689 <br><br> "It is possible that there is shaking in addition to the impact" 414 <br><br> "weighs 28 rounds" 414 | "The medical findings fit a picture of shaken impact syndrome. There was some flinging or shaking component which resulted in subdural hemorrhaging and diffuse brain injury" 1566 <br><br> "Massive rotational force is where the likely mechanism to cause this brain injury, and the pattern is indicative of a shaken impact syndrome" 1566 | Not documented | Not documented |

Subdural hemorrhage is something that we see in injuries that are caused in children this age by blunt force and also by shaking or blunt impact injuries. And this bleeding is caused by the actual motion of the brain inside the skull when these injuries are occurring. What happens is there are little bitty veins that connect this... are present between the dura and the brain itself. And when that brain moves back and forth in the skull or inside of the skull those small veins are torn and that's what causes this subdural hemorrhage, and that's what we see here. 869

Children are uniquely at risk that if you take a child and you shake them, their head will go back and forth very forcefully and you know that you can cause major brain injury doing that. 818

Babies are so prone to that, there's lot of reasons, but mainly if you... because they're so small compared to how big whoever it is shaking, their... When it is shaking, their heads are big compared to their bodies, their neck muscles are weak, and they don't... They're not conscious enough to protect their neck. In addition their brains have higher water content. 818

I never see someone expert that think that you cannot kill a child by just shaking alone. But you have to—316

but most children are shaken and then thrown against something 917

Cw

| Finding | Medical records | Imaging studies (X-ray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| Neck injury ABSENT | "neck appeared normal" [34] | "There is general maintenance of vertebral body height and disc-space height. No subluxation. No prevertebral soft tissue swelling," and "no fracture identified." [73]<br><br>"vertebral bodies are normal in height and alignment," and "disc spaces are well maintained," and "spinal laminar line is intact," and "There is a normal relationship seen between C1 and C2 and the occiput," and "On the AP view of the cervical spine, the lateral masses of C5 through C7 are in anatomic alignment" [73] | "I didn't find any injury to the neck" [69]<br><br>Q. "no straining or tearing of the neck or supporting muscle tissues?" A. "No" [69]<br><br>"neck is free of injuries externally. Anterior muscle-by-muscle neck dissection is unremarkable. The hyoid bone, larynx, prevertebral soft tissue, and cervical vertebrae are unremarkable" [66]<br><br>"spinal cord is unremarkable" [66] | Not documented | Not documented | Not applicable |

*If shaking ("acceleration-deceleration injury") is a purposed mechanism of injury, it is curious that Nikki's neck (cervical spine) has no injury*

*If the mechanism of injury involved shaking ("acceleration-deceleration injury"), then thoracic and lumbar spinal injuries might be expected due to the flinging of the toddler that occurs during the alleged shaking event. It is curious that Nikki has no injuries to the soft tissues or bones of the thoracic and lumbar spine.*

| Finding | Medical records | Imaging studies (X-ray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---------|----------------|------------------------------|-------------------------------------------------|----------------|---------------------------|----------|
| Rib fractures: ABSENT | Not documented | Chest x-ray: "There are no displaced rib fractures seen," with impression of "no evidence of acute trauma to the chest." 1317-1318 Skeletal survey: "No fractures demonstrated" 1432 | "Internal examination, the clavicles, ribs, sternum, pelvis, and vertebral columns have no fractures" 1667 | Not documented | Not applicable | Not applicable |

If the mechanism of injury involved shaking or a shaking component, then rib fractures might be expected due to gripping Nikki's chest with both hands during a shaking event

If the 28-pound toddler were grabbed about the chest with the hands and either shaken or impacted against a surface one would expect fractures. There are, however, no fractures, no fractures, recent or in the process of healing (remote).

*CW*

| Finding | Medical records | Imaging studies (Xray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| Corner fractures: ABSENT | "Fracture: none seen or suspected" 1493 | Skeletal survey: "No fractures 1432 demonstrated" | "the bones of the trunk and extremities were free of fracture" 410 | Not documented | Not applicable | Not applicable |

*If the mechanism of injury involved shaking or a shaking component, then corner fractures might be expected due to the flinging of the infant that occurs during the shaking event*

*CW*

| Finding | Medical records | Imaging studies (X-ray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| Skeletal fractures: ABSENT | "Fracture: none seen or suspected" 1893 | Skeletal survey: "No fractures demonstrated" 1432 Chest x-ray: "There are no displaced rib fractures seen," with impression of "no evidence of acute trauma to the chest." 1702 Cervical x-ray: "There is general maintenance of vertebral body height and disc space height. No subluxation. No prevertebral soft tissue swelling," and "no fracture identified" 1731 Cervical x-ray: "vertebral bodies are normal in height and alignment," and "disc spaces are well maintained," and "spinal laminar line is intact," and "There is a normal relationship seen between C1 and C2 and C1 and the occiput," and "On the AP view of the cervical spine, the lateral masses of C5 through C7 are in anatomic alignment" 1320, 1321 | "internal examination, the clavicles, ribs, sternum, pelvis, and vertebral columns have no fractures" 1667 "the bones of the trunk and extremities were free of fracture" 410 | Skeletal survey: pending 1546 | Not applicable | Not applicable |

*There are no skeletal fractures. If Nikki were grabbed about the chest and impacted against a surface one might expect fractures of the ribs. There are no fractures, recent, or in the process of healing. (female)*

*If the 28-pound toddler were grabbed about the chest with the hands and either shaken or impacted against a surface one would expect fractures. There are, however, no fractures, recent or in the process of healing (remote).*

| Finding | Medical records | Imaging studies (X-ray, CT) | Medical examiner autopsy and testimony (Urban) | CAF (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| Cutaneous injuries: PRESENT | Ross, MD. "Bruise on her chin and a little bit of bruising along the left cheek and mandible" 1541<br><br>Hicks, MD: "Extremities without apparent injury" 103 | Not documented | "They could have been caused by the course of treatment" 1676<br><br>"right side of the forehead has a faint 2 x 1-1/2 inch yellow-brown contusion...The left side of the cheek has a 1/4-inch blue contusion. The posterior scalp has a 2-1/2 by 1-1/2-inch aggregate of blue-purple contusions...the lower lip on the right side has a 1/4-inch dark purple contusion. The mucosal surface of the chin has two 1/4-inch blue contusions" 415<br><br>"posterior right upper shoulder has a 1-1/2 by 1 inch aggregate of red-purple contusions with some scattered yellow-green discoloration" 416 | "Very small amount of bruising to the left forehead," and "No other significant major scars or bruises on the body" 1707<br><br>"There is no significant bruising" 1707 | Per Sims, RN: "Bruising on her chin, left side of her face, jaw and left ear. There were also bruises on her right ear and right in front of her right ear. Her fixed looked as if "he" had grabbed her in front of her face and shoved her back" 233 | Not documented |

*Cardiopulmonary resuscitation with chest compressions was performed. Establishment of an airway via endotracheal intubation was performed. These heroic resuscitative measures can lead to inadvertent blunt force injuries during manipulation of the head and other parts of the body during therapeutic interventions. The documented coagulopathy can exacerbate hemorrhage in areas of minimal blunt trauma including areas of the body where medical therapy was applied. Coagulation studies were abnormal.*

| Finding | Medical records | Imaging studies (Xray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| Coagulopathy: PRESENT | Blood collected 1/31/2002 at 1623 with ELEVATED PTT of 35.4 (expected 24.4 – 34.5)    1444<br><br>Blood collected 1/31/2002 at 2004 with ELEVATED D-Dimer of 16.8 (expected 0 – 3.0)    1314<br><br>Blood collected 2/1/2002 at 0347 with ELEVATED PT of 12.2 (expected 9.8 – 11.9)    1425<br><br>Blood collected 2/1/2002 at 0347 with ELEVATED PTT of 38.5 (expected 24.4 – 34.5)   1425 | Not applicable | Not documented | Not documented | Not documented | Not applicable |

*Injury to the brain can result in trauma related coagulopathy. The resultant coagulopathy can exacerbate cerebral hemorrhage and bleeding elsewhere*

*Injury to the brain such as swelling can result in trauma related coagulopathy and may be a factor in the genesis of retinal hemorrhages*

And I had mentioned talking about another membrane a
membrane to the arachnoid
membrane. And it is a very, very thin membrane that just
sort of sits over the brain. And none of this bleeding there
is actually bleeding between that very thin membrane and
the brain itself. And again this is another type of bleeding
that we see with blunt force injuries and shaking. 862

| Finding | Medical records | Imaging studies (X-ray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law Enforcement (Winston) | Roberson |
|---|---|---|---|---|---|---|
| SAH PRESENT (BUT RELATED TO COMPRESSION OF BRAIN BY ICP AND SDH) | Not documented | Not documented | "patchy fresh subarachnoid hemorrhage" 1667<br><br>"subarachnoid hemorrhage and the subdural hemorrhage are markers that the brain is injured in this way. What actually happens is when the brain is shook or struck hard enough...actual individual cells that make up the brain are injured." 868<br><br>"The subdural hemorrhage, the subarachnoid hemorrhage, the retinal hemorrhage, that all fits within the spectrum of the shaking, and — but that also fits within the spectrum of the blunt force injury" 1690 | Not documented | Not documented | Not available |
| Frenulum laceration PRESENT | Konoyuri, MD: "No erythema was noted in the gingiva... Mucus membranes were noted to be moist." 1154<br><br>"Dad said patient fell out of her bed and that he cleaned her up got the blood out of her mouth and cleaned up the wound xx xxx her chin." 1537 | Not applicable | "I think it was caused by a blow to the face. Specifically a blow to the mouth" 877<br><br>"The upper frenulum is lacerated" 1666 | Not documented | Not documented | "I saw her at the foot of the bed crying. I saw blood around his lips." 726 |
| Anus laceration PRESENT | Not documented | Not documented | "external genitalia, hymen, vaginal mucosa, anus, rectal mucosa, and perineum are unremarkable" 1607 | "There is a small laceration around the anus which could be the result of external trauma but can also be seen in children with difficult bowel movements. I cannot make a definitive diagnosis of child sexual abuse" 1047 | Not applicable | Not applicable |
| Remote injuries EQUIVOCAL | Not documented | Not documented | White, MD: "we don't have clear evidence of old injuries" 1684<br><br>"right side of the forehead has a faint 2 x 1.6 inch yellow brown contusion" 415 | Not documented | Not documented | No documented |

| Finding | Medical records | Imaging studies (X-ray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---------|-----------------|----------------------------|-----------------------------------------------|---------------|--------------------------|----------|
| Lung infection: PRESENT | 1/28/2002 at 0854 (emergency room): "patient vomiting and having diarrhea for one week. Not able to keep any food and fluids down. Has low grade temperature and cough." 1637<br><br>1/29/2002 at? (clinic follow up appt): "27-month-old who had fever up to 103.1 last night," "she was seen in the emergency room," "she was thought to have a viral syndrome" and "has had some diarrhea," and is "not eating very well" and "temperature of 104.5" and assessment of "fever, may be viral etiology or may be unresolved upper respiratory infection" 1175<br><br>1/29/2002 at? (clinic follow up appt) plan includes "Omnicef," and "Phenergan with codeine ¼ teaspoon every 3-4 hours" 1175 | Chest x-ray 2/1/2002 at 0056: "There is right perihilar atelectasis and/or infiltrate. This is increased as compared to the previous examination. In addition, there may be some mild edema or fluid"<br><br>Chest x-ray 2/1/2002 at 0334: "There is significant worsening within the lung fields bilaterally with diffuse bilateral probable edema of fluid. Some of the opacity within the chest may be due to some atelectasis and/or infiltrate" | "Sectioning of the lungs discloses a dark red-blue, moderately congested, slightly edematous parenchyma" 1301<br><br>Microscopy of lungs: "interbronchial aggregates of neutrophils and macrophages" 1669 | | | |

| Finding | Medical records | Imaging studies (Xray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| Impact site: PRESENT | "posterior/parietal scalp boggy" 1376<br><br>"right parietal scalp boggy" 1356<br><br>"head felt a little boggy in the posterior part of her scalp" 1541 | CT: "area of soft tissue swelling about the right posterior parietal and occipital bone, without underlying fracture" 1535 | "Scalp reveals diffuse confluent dark red subscalpular hemorrhage in the occipital and right temporal regions, which coalesce with diffuse subscalpular hemorrhage involving the parietal vertex and the left temporal region. There is a dense focus of subscalpular hemorrhage in the left temporal region as well as a dense focus in the right frontoparietal area" 1666<br><br>Urban: "something going on besides and beyond shaking because of that impact size on the skull -- or on the subscalpular area" (IMPLIES SINGULAR IMPACT) 1677 | "There was also an area of impact in the right back of the head" 1546<br><br>"large amount of soft tissue swelling over the scalp in the right posterior aspect" 1546 | Not documented | Not documented |
| Multiple impact sites: ABSENT | "posterior/parietal scalp boggy" 1376<br><br>"right parietal scalp boggy" 1356<br><br>"head felt a little boggy in the posterior part of her scalp" 1541 | CT: "area of soft tissue swelling about the right posterior parietal and occipital bone, without underlying fracture" 1535 | CW identifies one area of SGH in the right occipital area as depicted by the autopsy photographs<br><br>Urban: "a short fall should result in a single impact, rather than the multiple discreet impact sites seen upon reflection of the scalp in this case" <br><br>Urban: "something going on besides and beyond shaking because of that impact size on the skull -- or on the subscalpular area" (IMPLIES SINGULAR IMPACT) | "There was also an area of impact in the right back of the head" 1546<br><br>"large amount of soft tissue swelling over the scalp in the right posterior aspect" 1546 | Not documented | Not documented |

Cw

| Finding | Medical records | Imaging studies (Xray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| Short fall: PRESENT | Konjoyan: "possibly fell out of bed" 1539<br><br>Thompson RN: "she was in bed with him when she cried out. He found her lying on the floor" 1339<br><br>Thompson RN: "reported to have fallen from a bed" 1376<br><br>Thompson, MD: "By report, she fell out of bed during the night" 1378<br><br>Unknown CPS reporter "he heard her fall of the bed." The father said, "he talked to her for two hours to make sure she was okay … then they both went back to sleep" 1042 | Not applicable | "It can be short" 1675<br><br>"typically, we don't see -- you know, we don't see injuries like this in a child that fell off of a bed, or, you know, fell out of a chair or something like that" 1675<br><br>"a thirty-foot fall can always produce injuries like that, but it doesn't necessarily have to be you know, it can be short" 1675<br><br>"a short fall should result in a single impact, rather than the multiple discreet impact sites seen upon reflection of the scalp in this case" 411 | "The medical findings are not consistent with the history of a fall from a bed" 1547<br><br>"child had fallen off the bed" 1707 | "he told us that she…had fallen out and he'd found her at the foot of the bed" 718<br><br>"she was at the foot of the bed on the floor" 1062<br><br>height of bed "it was approximately 22 inches" 1121<br><br>"bed from which Nikki reportedly fell was a full-size mattress and box springs positioned atop gray masonry blocks. The top cover of the mattress measured 1 foot 9 1/2 inches (21 1/2 inches) from the carpeted wooden floor" 1930 | "around 5am I heard her cry…I saw her at the foot of the bed crying" 967 |
| New sleep environment: PRESENT | Not documented | Not applicable | Not documented | Not documented | Not documented | "wanted to sleep in her own room" 967<br><br>"No, you don't want to sleep back there by yourself" 967<br><br>"told her to come sleep with me" 967 |

| Finding | Medical records | Imaging studies (Xray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| Impaired cognition due to opiate and promethazine: PRESENT ataxia promethazine | Plan includes "Phenergan with codeine ¾ teaspoon every 3-4 hours" 1175<br><br>Dr Ross: "I've seen them get somewhat sedate" 768<br><br>Dr Ross Q: "Codeine is a central nervous depressant?" A. "Certainly can be" 769<br><br>~~Unknown author: "Nikki was asleep on the 30th because she was taking medication that made her sleepy"~~ | Not applicable | Not documented<br><br>Postmortem toxicology "0.40 mg/L promethazine" 1670 and 477<br><br>Postmortem toxicology: No codeine 477<br><br>Prometh t1/2 is 10-20 hours  Baselt pg 1428<br>- Promethazine was found at 0.16 mg/L in 14 mon infant death   Baselt 1429<br>- Drowsiness > respiratory depression   Baselt 1429<br>Codeine t1/2 is 1.2 -3.9 hours   Baselt 395<br>-sedation > respiratory depression   Baselt 396 | Not documented | Not documented | Not documented |
| Scene investigation with evidence of violence: ABSENT | Not applicable | Not applicable | Not documented | Not documented | "we looked around the room for any signs, obvious signs, that somebody had contacted it in a violent manner, and we found nothing"   720 | Not applicable |

| Finding | Medical records | Imaging studies (Xray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| SDH: PRESENT | "right tentorial SDH"<br><br>"right tentorial subdural hematoma" | CT: "right sided subdural hemorrhage layering along the right posterior falx and tentorial margin," and "thinner subdural hemorrhage layering along the right frontal and parietal cerebral convexities a few millimeters in thickness,"<br><br>1535 | "the actual quantity of blood that was in the subdural space was fairly small"   1680<br><br>"10 ml of clotted subdural blood overlies the right cerebral convexity, with a thin film of left parietal subdural hemorrhage. 10 ml of clotted blood are present in the right supratentorial subdural space, 5 ml of clotted subdural blood are present in the right middle cranial fossa and there is a thin film of subdural blood in the right anterior cranial fossa"   415<br><br>"At no point did I indicate that the decedent had a 'triad of symptoms- retinal hemorrhages, subdural hematoma and cerebral edema- that indicate shaken baby syndrome' or that the lack of skull fractures was indicative of shaken baby syndrome"   411<br><br>Urban: "things that we saw in the case such as the subdural hemorrhage and the subarachnoid hemorrhage and the retinal hemorrhage and the optic nerve hemorrhage, you know, that's something that falls within the spectrum of the abusive head trauma, and shaking includes abusive head trauma, but in this case there's clearly something going on besides and beyond shaking because of that impact on the skull -- or on the subscalpular area"   1677 | "There was some flinging or shaking component which resulted in subdural hemorrhaging"<br><br>1546<br><br>"So whenever we see lots of subdural blood, I don't mean localized right under a fracture, but all over, usually that's indicative of this shaking. And then the retinal hemorrhages are just further-- It's one more thing that really lets you know that those eyes were being shaken and that the blood vessels broke"  818 | "Dr Gormley indicated the following trauma: Retinal Hemorrhage, Subdural Hemorrhage, Cerebral Edema"<br><br>465 | Not applicable |

*The presence of subdural hemorrhage, cerebral edema, and retinal hemorrhages is not pathognomonic for inflicted injury. There is insufficient scientific evidence on which to assess the diagnostic accuracy of the triad in identifying traumatic shaking (very low-quality evidence). Furthermore, there is limited scientific evidence that the triad and therefore its components can be associated with traumatic shaking (low quality evidence).(Lynøe, 2017)*

series of 8 witnessed accounts of young children diagnosed as having SDHs after striking the back of their heads during ashort fall. Child-abuse physicians were surveyed to determine if they hadevaluated a child younger than 24 months diagnosed as having SDH, withor without retinal hemorrhages, following a witnessed fall with occipital impact.Atkinson, 2017)

Subdural hemorrhage is something that we see in injuries that are caused in children this age by blunt force and also by shaking or blunt impact injuries . And this bleeding is caused by the actual motion of the brain inside the skull when these injuries are occurring. What happens is there are little, bitty veins that connect this or are present between the dura and the brain itself. And when that brain moves back and in the front of the skull or inside of the skull those small veins are torn and that's what causes this subdural hemorrhage and that's what we see here 861

hemorrhage surrounding the optic nerves. Again, this is something that is typically seen in a blunt force or shaking type of injury. 863

| Finding | Medical records | Imaging studies (Xray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| ONSH: PRESENT | Not applicable | Not applicable | "left and right optic nerves both show perineural hemorrhage within the optic sheath. The left perineural soft tissue is hemorrhagic." 416 | Not applicable | Not applicable | Not applicable |

Coagulopathy is present. The results of the two laboratory studies ordered by the clinician to assess for underlying coagulopathy are aberrant. Coagulopathy is expected to exacerbate optic nerve sheath hemorrhages

Optic nerve sheath hemorrhages are not limited to children who die of inflicted head injuries; instead, they may be seen in a wide variety of situations, and may be linked to cerebral edema, and sequelae of advanced cardiac-life support

The most significant factor leading to ocular and optic nerve sheath hemorrhage appears to be a rapid increase in intracranial pressure. The accumulating subdural hemorrhage and cerebral edema led to an increase in intracranial pressure and subsequent optic nerve sheath hemorrhage

Optic nerve sheath hemorrhages are not limited to children who die of inflicted head injuries; instead, they may be seen in a wide variety of situations, and may be linked to cerebral edema, and sequelae of advanced cardiac-life support (Leeuw, 2015)

The most significant factor leading to ocular and optic nerve sheath hemorrhage appears to be a rapid increase in intracranial pressure. The accumulating subdural hemorrhage and cerebral edema led to an increase in intracranial pressure and subsequent optic nerve sheath hemorrhage (Mena, 2011)

The finding of optic nerve sheath hemorrhage does not indicate a distinct injury to the optic nerve. Rather, it is the result of a cascade of physiologic events resulting from an initial inciting event. The presence of hemorrhage in the optic nerves is consistent with the subdural hemorrhage and cerebral edema. It did not result from mechanical disruption arising from shaking

| Finding | Medical records | Imaging studies (Xray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| RH: PRESENT | Unknown ophthalmologist:: "pre-retinal/retinal hemorrhages both eyes" with "OD >> OS"   1355<br><br>Thompson, MD: "question of retinal hemorrhages"   1376 | Not documented | "eyes are bisected, revealing small foci of retinal hemorrhage bilaterally"   1667<br><br>"Both eyes showed perioptic nerve hemorrhage and small foci of retinal hemorrhage"   1667<br><br>Urban "At no point did I indicate that the decedent had a 'triad of symptoms-retinal hemorrhages, subdural hematoma and cerebral edema-that indicate shaken baby syndrome' or that the lack of skull fractures was indicative of shaken baby syndrome"   411<br><br>Urban: "things that we saw in the case such as the subdural hemorrhage and the subarachnoid hemorrhage and the retinal hemorrhage and the optic nerve hemorrhage, you know, that's something that falls within the spectrum of the abusive head trauma, and shaking includes abusive head trauma, but in this case there's clearly something going on besides and beyond shaking because of that impact size on the skull -- or on the subscalpular area"   1677<br><br>Urban: "What you see here is the brain injury that is -- the subdural hemorrhage, the subarachnoid hemorrhage, the retinal hemorrhage, that all fits within the spectrum of the shaking, and -- but that also fits within the spectrum of the blunt force injury. And it is -- you know, it fits in the spectrum of an impact injury. And I'm confident that there is an impact injury here because of the contusions and hemorrhage that I saw in the scalp. And, you know, it is possible that there is shaking in addition to the impact"   1690 | "Ophthalmology report bilateral retinal hemorrhages. These are very obvious on my exam, there is extensive bilateral retinal hemorrhages"   1707 | Not applicable | Not applicable |

*Retinal hemorrhages are exacerbated or may be primarily caused by the documented "coagulopathy."*

*The distribution of these retinal hemorrhages in the context of cerebral edema, associated increased intracranial pressures, documented coagulopathy, is not pathognomonic for abuse. The retinal hemorrhages are not the result of vitreoretinal traction but are best explained by central retinal vein compression secondary to increased intracranial pressure and/or the effects of coagulopathy and/or a period of hypoxic damage to retinal capillaries followed by reperfusion of the damaged/leaky retinal capillaries.*

*Many of the systematic reviews relied upon as to the predictive accuracy of retinal hemorrhages for child abuse have common problems in the underlying studies and the analyses, including logical fallacies, circularity, selection and information bias, imprecise case definition including confessions, and even misrepresentation of data (Lantz, 2017).*

*The presence of subdural hemorrhage, cerebral edema, and retinal hemorrhages is not pathognomonic for inflicted injury. There is insufficient scientific evidence on which to assess the diagnostic accuracy of the triad in identifying traumatic shaking (very low-quality evidence). Furthermore, there is limited scientific evidence that the triad and therefore its components can be associated with traumatic shaking (low quality evidence). (Lynoe, 2017)*

*Retinal hemorrhage can result from the increased intracranial pressure that accompanies the documented cerebral edema. This can lead to retinal hemorrhages, a condition known as Terson syndrome. Retinal hemorrhages in the setting of his coagulopathy and increased intracranial pressure are to be expected (Mena, 2011)*

*Reference text in pediatric pathology states "Retinal hemorrhage is a clinical and pathologic finding that continues to elude clear explanation."(Gilbert-Barness, 2007)*

*2007 experiment subjected piglets to massive acceleration-deceleration but failed to produce any retinal hemorrhage (Binenbaum, 2007)*

*2010 piglet study exposed the piglets to rotational acceleration-deceleration approximately fifty times what can be achieved in abusive shaking, yet also failed to produce any grossly visible retinal hemorrhages (Coats, 2010)*

*2016 study repetitively shook fifty piglets for up to sixty seconds at levels similar to abusive shaking yet reported "no ocular injury" in any piglet (Coats, 2016)*

*2010 study to determine whether repeatedly shaking lambs might produce different results than other similar studies. Researchers shook seven anaesthetized baby lambs ten different times, each of thirty seconds duration, within a thirty-minute period. The lambs were shaken "with enough force to snap the head back and forth onto the chest," and with "considerable lateral and rotational head movement." Even under these violent conditions, "retinal hemorrhages were minimal and only [microscopically] seen in two animals." (Finnie, 2010)*

*Study by Finnie subjected nine lambs to ten rounds of violent shaking yet failed to produce any retinal hemorrhages (Finnie, 2012)*

*Researchers studied two kittens and a juvenile Texas jackrabbit that a dog killed through vigorous shaking. The animals were inspected for retinal hemorrhage but had none (Serbanescu, 2008)*

*Recent study found extensive multilayer retinal hemorrhages occurring in infants who had not suffered any apparent brain injury and urged clinicians to reassess the importance of retinal hemorrhages in the setting of suspected abusive head trauma (Scheller, 2017)*

| Finding | Medical records | Imaging studies (Xray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| Cerebral edema: PRESENT | "Initial intracranial pressure of 60" 1376<br><br>"Significant severe right cerebral hemisphere edema with midline shift," with "ICP monitor was placed by neurosurgery with an opening pressure of 65" 1339<br><br>"generalized cerebral edema" 1539 | head CT: "massive cerebral edema" 1376<br><br>"generalized right sided cerebral edema" 1535 | "generalized edema with flattened gyri and prominent tonsils. Sectioning reveals recent bilateral infarcts of the borderzone and posterior cerebral artery territories, as well as the basal ganglia and orbital frontal regions" 1667<br><br>"At no point did I indicate that the decedent had a 'triad of symptoms-retinal hemorrhages, subdural hematoma and cerebral edema-that indicate shaken baby syndrome' or that the lack of skull fractures was indicative of shaken baby syndrome" 411<br><br>Q: "Dr. Squires generally states that massive rotational forces were the likely mechanism to cause this brain injury." A: "I would agree with that" 1688 | "There is considerable amount of pressure changes with the right side of the brain and shifting across the midline" 280 | Not documented | Not applicable |

*The accumulating subdural hemorrhage caused brain swelling (cerebral edema). This swelling causes an increase in the intracranial pressure*

*The presence of cerebral edema does not suggest encephalopathy due to traumatic/diffuse axonal injury resulting from inflicted injury as suggested by adherents to shaken baby syndrome*

*The presence of diffuse cerebral edema is often cited as a finding consistent with nonaccidental trauma. Ievaun did have cerebral edema and increased intracranial pressure. This finding is nonspecific and can be the result of other physiologic responses of the brain to an insult, traumatic, atraumatic, or a combination of both*

*The presence of subdural hemorrhage, cerebral edema, and retinal hemorrhages is not pathognomonic for inflicted injury. There is insufficient scientific evidence on which to assess the diagnostic accuracy of the triad in identifying traumatic shaking (very low-quality evidence). Furthermore, there is limited scientific evidence that the triad and therefore its components can be associated with traumatic shaking (low quality evidence).(Lynoe, 2017)*

| Finding | Medical records | Imaging studies (Xray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| Encephalopathy: PRESENT | Not documented | Not documented | "At no point did I indicate that the decedent had a 'triad of symptoms–retinal hemorrhages, subdural hematoma and cerebral edema–that indicate shaken baby syndrome' or that the lack of skull fractures was indicative of shaken baby syndrome"    411 | "The medical findings fit a picture of shaken impact syndrome. There was some flinging or shaking component which resulted in subdural hemorrhaging and diffuse brain injury"    1546 | Not documented | Not applicable |
| BAPP: PRESENT | Not applicable | Not applicable | "multifocal traumatic axonal injury in a diffuse axonal injury distribution"    417 | Not applicable | Not applicable | Not applicable |

Cw

Cw

| Finding | Medical records | Imaging studies (Xray, CT) | Medical examiner autopsy and testimony | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---------|-----------------|----------------------------|----------------------------------------|---------------|---------------------------|----------|
| LUCID INTERVAL: PRESENT | Unknown ER MD: "lethargic after fall" 1512<br><br>Sims, RN: "Father states child fell off the bed at approximately 5 o'clock this morning. Father states he washed the child off and kept her awake for two hours to make sure she was OK. Later when he woke up the child wouldn't wake up" 1654<br><br>Ross, MD: "She apparently went to bed and dad said, that during the night, he heard a noise and found her on the bed," and "She was talking to him afterwards," and "He set the alarm, and when she woke up around 10 o'clock, she was unresponsive, and he brought her to the Emergency Room" 1541<br><br>"Unknown RN: "dad went on to say that he stayed up with her for two hours and at 7 am he set the alarm for 10am. When he arose at 10am he said he could (not) arouse 1527 | Not applicable | "as soon as the child suffers an injury like this, they immediately...have...altered level of consciousness most of the time or are unconscious" 1683<br><br>"as they are allowed to sit around without medical attention...you start to get swelling...in the brain...but I would say minutes to hours" 1683<br><br>White states "if there is an impact...it is going to appear that there is something wrong with it" 1684<br><br>The injuries to this child's brain would have been immediate, so I would have expected that this child would have immediately suffered what we call a change in the level of consciousness. I don't expect that this child would have been able to hold a conversation or be conversant. You know, I would expect possibly unconscious 867<br><br>in a child this age, the neck is actually fairly flexible and that's one of the reasons that blows to the head or shaking is so dangerous because the neck is not actually strong enough to support the head. And, you know, if you ever looked at a small child, their head is very large in proportion to the rest of their body. And so when the head is struck or, again, if the child is shaken, it's this very large object sitting on a fairly weak neck. And, you know, the weakness in the neck protects the neck from getting hurt, but it really just doesn't protect the head from getting hurt. 868 | "After the trauma event the child would have been very abnormal. If the child was well at 10:30 PM on 1/30/02, it can be said that the trauma event occurred after this time" 281 | Unknown CPS reporter "she was sleeping with him at five in the morning ... and he heard her fall of the bed." The father said, "he talked to her for two hours to make sure she was okay ... then they both went back to sleep" 1042 | "we sat up about two hours and she was talking about the kids and family. I thought she was fine" 726 |

| | | Nikki. He later went through his story and said he cleaned her up last night. When asked to clarify, he said he meant that he cleansed her up this morning" |
|---|---|---|

1527

case of delayed death from a witnessed fall backwards off a bed in a 9-month-old black male child who struck his head on a concrete floor and was independently witnessed as "healthy" postfall for 72 hours until he was discovered dead in bed. Autopsy showed a linear nondisplaced parietal skull fracture, diastasis of adjacent occipital suture, subgaleal hemorrhage with evidence of aging, small posterior clotting SDH, marked cerebral edema (Denton, 2003)

acute subdural hemorrhage was the most common intracranial mass lesion associated with a lucid interval or a period of "talk and die." In their series, patients had a lucid interval ranging from less than an hour to 10 hours (Goldschlager, 2007)



| Finding | Medical records | Imaging studies (Xray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| Shaking mechanism: ALLEGED | Not documented | Not applicable | A: "Dr. Squires generally states that massive rotational forces were the likely mechanism to cause this brain injury.' A: "I would agree with that"  1688<br><br>"At no point did I indicate that the decedent had a 'triad of symptoms-retinal hemorrhages, subdural hematoma and cerebral edema-that indicate shaken baby syndrome' or that the lack of skull fractures was indicative of shaken baby syndrome"  411<br><br>"And, you know, it is possible that there is shaking in addition to the impact"  1690<br><br>"there's a lot of argument within the forensic community as to whether…purely shaking can cause these injuries or whether you actually have to have an impact"  1689<br><br>"it is possible that there is shaking in addition to the impact"<br><br>"weighs 28 pounds"  414 | "The medical findings fit a picture of shaken impact syndrome. There was some flinging or shaking component which resulted in subdural hemorrhaging and diffuse brain injury"  1546<br><br>"Massive rotational force is where the likely mechanism to cause this brain injury, and the pattern is indicative of a shaken impact syndrome"  1546 | Not documented | Not documented |

When a child is say, shaken hard enough, the brain is actually moving back and forth within, again, within the skull, impacting the skull itself and that motion is enough to actually damage the brain. 865

Children are uniquely at risk that if you take a child and you shake them, their head will go back and forth very forcefully and you know that you can cause major brain injury doing that. 816

babies are so prone to that, there's lots of reasons, but mainly it's because they're so small compared to how big whoever it is shaking them. In addition, their heads are big compared to their bodies, their neck muscles are weak, and they don't -- They're not conscious enough to protect their neck. In addition their brains have higher water content. 816

There are some experts that think that you cannot kill a child by just shaking alone, but you have to—816

but most children are shaken and then thrown against something 817

Subdural hemorrhage is something that we see in injuries that are caused in children this age by blunt force and also by shaking or blunt impact injuries ..And this bleeding is caused by the actual motion of the brain inside the skull when these injuries are occurring. What happens is there are little, bitty veins that connect this or are present between the dura and the brain itself. And when that brain moves back and in the front of the skull or inside of the skull those small veins are torn and that's what causes this subdural hemorrhage and that's what we see here 861

So whenever we see lots of subdural blood, I don't mean localized right under a fracture, but all over, usually that's indicative of this shaking. 818

| Finding | Medical records | Imaging studies (Xray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| Neck injury: ABSENT | "neck appeared normal" 1541 | "There is general maintenance of vertebral body height and disc space height. No subluxation. No prevertebral soft tissue swelling," and "no fracture identified" 1731<br><br>"vertebral bodies are normal in height and alignment," and "disc spaces are well maintained," and "There is a normal relationship seen between C1 and C2 and C1 and the occiput," and "On the AP view of the cervical spine, the lateral masses of C5 through C7 are in anatomic alignment" 1321 | "I didn't find any injury to the neck" 1695<br><br>Q: "no straining or tearing of the neck or supporting muscle tissues?" A: "No" 1695<br><br>"neck is free of injuries externally. Anterior muscle-by-muscle neck dissection is unremarkable. The hyoid bone, larynx, prevertebral soft tissue, and cervical vertebrae are unremarkable" 1667<br><br>"spinal cord is unremarkable" 1667 | Not documented | Not documented | Not applicable |

If shaking ("acceleration-deceleration injury") is a purposed mechanism of injury, it is curious that Nikki's neck (cervical spine) has no injury.

If the mechanism of injury involved shaking ("acceleration-deceleration injury"), then thoracic and lumbar spinal injuries might be expected due to the flinging of the toddler that occurs during the alleged shaking event. It is curious that Nikki has no injuries to the soft tissues or bones of the thoracic and lumbar spine

Cw

| Finding | Medical records | Imaging studies (Xray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| Rib fractures: ABSENT | Not documented | Chest x-ray: "There are no displaced rib fractures seen," with impression of "no evidence of acute trauma to the chest." 1317-1318 Skeletal survey: "No fractures demonstrated" 1432 | "Internal examination, the clavicles, ribs, sternum, pelvis, and vertebral columns have no fractures" 1667 | Not documented | Not applicable | Not applicable |

*If the mechanism of injury involved shaking or a shaking component, then rib fractures might be expected due to gripping Nikki's chest with both hands during a shaking event*

*If the 28-pound toddler were grabbed about the chest with the hands and either shaken or impacted against a surface one would expect fractures. There are, however, no fractures, recent or in the process of healing (remote).*

CW

| Finding | Medical records | Imaging studies (Xray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---------|-----------------|---------------------------|------------------------------------------------|---------------|---------------------------|----------|
| Corner fractures: ABSENT | "Fracture: none seen or suspected" 1493 | Skeletal survey; "No fractures 1432 demonstrated" | "the bones of the trunk and extremities were free of fracture" 410 | Not documented | Not applicable | Not applicable |

*If the mechanism of injury involved shaking or a shaking component, then corner fractures might be expected due to the flinging of the infant that occurs during the shaking event*

*C w*

| Finding | Medical records | Imaging studies (Xray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| Skeletal fractures; ABSENT | "Fracture: none seen or suspected" 1493 | Skeletal survey: "No fractures demonstrated" 1432<br><br>Chest x-ray: "There are no displaced rib fractures seen," with impression of "no evidence of acute trauma to the chest." 1702<br><br>Cervical x-ray: "There is general maintenance of vertebral body height and disc space height. No subluxation. No prevertebral soft tissue swelling," and "no fracture identified" 1731<br><br>Cervical x-ray: "vertebral bodies are normal in height and alignment," and "disc spaces are well maintained," and "spinal laminar line is intact," and "There is a normal relationship seen between C1 and C2 and C1 and the occiput," and "On the AP view of the cervical spine, the lateral masses of C5 through C7 are in anatomic alignment" 1820-1321 | "internal examination, the clavicles, ribs, sternum, pelvis, and vertebral columns have no fractures" 1667<br><br>"the bones of the trunk and extremities were free of fracture" 410 | Skeletal survey: pending 1546 | Not applicable | Not applicable |

*There are no skeletal fractures. If Nikki were grabbed about the chest and impacted against a surface one might expect fractures of the ribs. There are no fractures, recent, or in the process of healing (remote)*

Cw

*If the 28-pound toddler were grabbed about the chest with the hands and either shaken or impacted against a surface one would expect fractures. There are, however, no fractures, recent or in the process of healing (remote).*

| Finding | Medical records | Imaging studies (Xray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| Cutaneous injuries: PRESENT | Ross, MD: "bruise on her chin and a little bit of bruising along the left cheek and mandible" 1541<br>Hicks, MD: "Extremities without apparent injury" 103 | Not documented | "they could have been caused by the course of treatment" 1676<br><br>"right side of the forehead has a faint 2 x 1-1/2 inch yellow-brown contusion...The left side of the cheek has a 1/4-inch blue contusion. The posterior scalp has a 2-1/2 by 1-1/2-inch aggregate of blue-purple contusions...the lower lip on the right side has a 1/4-inch dark purple contusion. The mucosal surface of the chin has two 1/4-inch blue contusions" 415<br><br>"posterior right upper shoulder has a 1-1/2 by 1 inch aggregate of red-purple contusions with some scattered yellow-green discoloration" 416 | "Very small amount of bruising to the left forehead," and "No other significant major scars or bruises on the body" 1707<br><br>"There is no significant bruising" 1707 | Per Sims, RN: "bruising on her chin, left side of her face, jaw and left ear. There were also bruises on her right ear and right in front of her right ear. Her face looked as if "he" had grabbed her in front of her face and shoved her back" 233 | Not documented |

*Cardiopulmonary resuscitation with chest compressions was performed. Establishment of an airway via endotracheal intubation was performed. These heroic resuscitative measures can lead to inadvertent blunt force injuries during manipulation of the head and other parts of the body during therapeutic interventions. The documented coagulopathy can exacerbate hemorrhage in areas of minimal blunt trauma including areas of the body where medical therapy was applied. Coagulation studies were abnormal.*

| Finding | Medical records | Imaging studies (Xray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| Coagulopathy: PRESENT | Blood collected 1/31/2002 at 1623 with ELEVATED PTT of 35.4 (expected 24.4 – 34.5)    1444<br><br>Blood collected 1/31/2002 at 2004 with ELEVATED D-Dimer of 16.8 (expected 0 – 3.0)    1314<br><br>Blood collected 2/1/2002 at 0347 with ELEVATED PT of 12.2 (expected 9.8 – 11.9)    1425<br><br>Blood collected 2/1/2002 at 0347 with ELEVATED PTT of 38.5 (expected 24.4 – 34.5)   |1425 | Not applicable | Not documented | Not documented | Not documented | Not applicable |

*Injury to the brain can result in trauma related coagulopathy. The resultant coagulopathy can exacerbate cerebral hemorrhage and bleeding elsewhere*

*Injury to the brain such as swelling can result in trauma related coagulopathy and may be a factor in the genesis of retinal hemorrhages*

And I had mentioned talking about another membrane a moment ago and that membrane is the arachnoid membrane. And it's a very, very thin membrane that just sort of sits over the brain. And most of this bleeding here is actually bleeding between that very thin membrane and the brain itself. And again this is another type of bleeding that we see with blunt force injuries and shaking. 862

| Finding | Medical records | Imaging studies (Xray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| SAH: PRESENT (BUT RELATED TO COMPRESSION OF BRAIN BY ICP AND SDH) | Not documented | Not documented | "patchy fresh subarachnoid hemorrhage" 1667<br><br>"subarachnoid hemorrhage and the subdural hemorrhage are markers that the brain is injured in this way. What actually happens is when the brain is shook or struck hard enough…actual individual cells that make up the brain are injured" 866<br><br>"the subdural hemorrhage, the subarachnoid hemorrhage, the retinal hemorrhage, that all fits within the spectrum of the shaking, and -- but | Not documented | Not applicable | Not applicable |
| Frenulum laceration: PRESENT | Konjoyan MD: "No erythema was noted in the pharynx… Mucus membranes were noted to be moist" 1539<br><br>"Dad said patient fell out of the bed and that he cleaned her up get the blood out of her mouth and cleaned up the wound xx xxx her chin" 1527 | Not applicable | that also fits within the spectrum of the blunt force injury" 1690<br><br>"I think it was caused by a blow to the face. Specifically, a blow to the mouth" 857<br><br>"the upper frenulum is lacerated" 1666 | Not documented | Not documented | "I saw her at the foot of the bed crying. I saw blood around her lips" 726 |
| Anus laceration: PRESENT | Not documented | Not documented | "external genitalia, hymen, vaginal mucosa, anus, rectal mucosa, and perineum are unremarkable" 1667 | "There is a small laceration around the anus which could be the result of external trauma but can also be seen in children with difficult bowel movements. I cannot make a definitive diagnosis of child sexual abuse" 1547 | Not applicable | Not applicable |
| Remote injuries: EQUIVOCAL | Not documented | Not documented | White, MD: "we don't heave clear evidence of old injuries" 1684<br><br>"right side of the forehead has a faint 2 x 1 ½ inch yellow brown contusion" 415 | Not documented | Not documented | No documented |

*Cw*

| Finding | Medical records | Imaging studies (Xray, CT) | Medical examiner autopsy and testimony (Urban) | CAP (Squires) | Law enforcement (Wharton) | Roberson |
|---|---|---|---|---|---|---|
| Lung infection: PRESENT | 1/28/2002 at 0854 (emergency room): "patient vomiting and having diarrhea for one week. Not able to keep any food and fluids down, Has low grade temperature and cough"  1637 <br><br> 1/29/2002 at ? (clinic follow up appt): "27-month-old who had fever up to 103.1 last night," "she was seen in the emergency room," "she was thought to have a viral syndrome" and "has had some diarrhea," and is "not eating very well" and "temperature of 104.5" and assessment of "fever, may be viral etiology or may be unresolved upper respiratory infection"  1175 <br><br> 1/29/2002 at ? (clinic follow up appt): plan includes "Omnicef," and "Phenergan with codeine ¾ teaspoon every 3-4 hours"  1175 | Chest x-ray 2/1/2002 at 0056: "There is right perihilar atelectasis and/or infiltrate. This is increased as compared to the previous examination. In addition, there may be some mild edema or fluid" <br><br> Chest x-ray 2/1/2002 at 0334: "There is significant worsening within the lung fields bilaterally with diffuse bilateral probable edema of fluid. Some of the opacity within the chest may be due to some atelectasis and/or infiltrate" | "Sectioning of the lungs discloses a dark red-blue, moderately congested, slightly edematous parenchyma"  1301 <br><br> Microscopy of lungs: "interbronchial aggregates of neutrophils and macrophages"  1669 | | | |

1175

# EXHIBIT 41

# C U R R I C U L U M   V I T A E

Harry J. BONNELL, M.D.
Forensic Pathology Consultant
6910 Monte Verde Drive
San Diego, California 92119-1511

Tel: 619 698 6388          E-Mail: bonnell@4n6pathology.com

## EDUCATION AND TRAINING

| | | | |
|---|---|---|---|
| UNDERGRADUATE: | Georgetown University<br>Washington, D.C. | | BA 1965-1968 |
| MEDICAL EDUCATION: | Georgetown University<br>Washington, D.C. | | MD 1975-1979 |
| RESIDENCY: | Veterans Administration Medical Center<br>Martinez, California | Anatomic Path | 1979-1981 |
| | University of Washington<br>Seattle, Washington | Anatomic Path | 1982-1983 |
| FELLOWSHIP: | Office of the Medical Examiner<br>Seattle, Washington | Forensic Path | 1981-1984 |
| CERTIFICATION: | Anatomic & Forensic Pathology | | 1985 |
| LICENSURE: | California, 1979 & 1991(active)<br>Washington, 1981 (inactive)<br>Ohio, 1987 (inactive) | | |

MILITARY SERVICE

| | | |
|---|---|---|
| U.S. Army, Military Police | Rank of Captain | 1969-1973 |
| U.S. Air Force, Medical Corps | Rank of Major | 1984-1987 |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| Instructor in Pathology<br>University of Washington<br>Seattle, Washington | 1981-1984 |
| Instructor in Pathology<br>Madigan Army Medical Center<br>Fort Lewis, Washington | 1981-1984 |
| Instructor, King County Corrections Center<br>Rehabilitation Program<br>Seattle, Washington | 1983-1984 |
| Adjunct Assistant Professor<br>Uniformed Services University of Health Sciences<br>Bethesda, Maryland | 1985-1987 |
| Assistant Clinical Professor, Pathology<br>University of Cincinnati College of Medicine<br>Cincinnati, Ohio | 1987-1991 |
| Associate Clinical Professor, Pathology<br>U.C. San Diego School of Medicine<br>San Diego, California | 1992-2006 |

## EMPLOYMENT HISTORY

1981-1984: Assistant Medical Examiner, King County (Seattle)
                Washington

1984-1987: Staff Pathologist, Forensic Sciences Department,
                Armed Forces Institute of Pathology, Washington, D.C.

1987-1991: Chief Deputy Coroner and Director of Forensic
                Pathology, Hamilton County (Cincinnati), Ohio

1991-2001: Chief Deputy Medical Examiner
                San Diego County, California

2001-Present: Self-employed consultant

## PROFESSIONAL AFFILIATIONS

American Academy of Forensic Sciences (1980-present)
National Association of Medical Examiners (1980-2011)
Parents of Murdered Children
   Member, Board of Trustees (1991- 2015)
   Member, Second Opinion Services (1998-present)
San Diego County Child Fatality Review Committee (1991- 2001)
                               Chair/Co-Chair 1993-98
San Diego County Domestic Violence Review Committee (1997-2001)
San Diego Citizen Review Board on Police Practices (2005-2013)

## PUBLICATIONS

Terminal Air Embolus Associated with Pneumatosis Cystoides
Intestinalis, Am J For Med & Path, March, 1982.

Antemortem Chemical Hypothyroxinemia, J For Sci, January, 1983.

Boot Top Fractures in Pedestrians: A Forensic Masquerade, Am J For
  Med & Path, June, 1983.

Synchronous Bilateral Seminomas and Teratoma, Henry Ford Hospital
  Med Journal, December, 1983.

Ethanol in Sequestered Hematomas: Quantitative Evaluation, Am J
Clin Path, 1984.

Left Pontine Lipoma, Arch of Path, 1985.

Correlation of Physical Findings with Circumstances Surrounding
Death in Hangings, J For Sci, 1985.

A Procedure for the Investigation of Anesthetic/Surgical Deaths, J For Sci, 1985.

Fatty Liver in Sudden Childhood Death: Implications for Reye's
  Syndrome, Am J Dis Children, 1986.
  **also printed in French edition.

Wah Mee Massacre: the Murder of 13 Chinese Adults, Am J For Med &
  Path, December, 1986.

Clinical and Pathologic Aspects of Cardiomyopathy from Ipecac
Administration in Munchausen's Syndrome by Proxy, Pediatrics, 1996.
*** also extracted for Quarterly Child Abuse Medical Update

Post-mortem Drug Redistribution, Forensic Sciences Review, July, 2001.

## OTHER QUALIFICATIONS

Medicolegal autopsies:  More than 7000 performed personally.

Testimony experience:  Provided sworn testimony more than 590 times
             in 20 states,  as well as federal courts and courts martial.

Aircraft Mishaps:  37 on-site investigations to include autopsies.

2008 – present:  Appointed to Expert Witness Panel, Los Angeles Superior Court

## OTHER ACTIVITIES

| | |
|---|---|
| Eucharistic Minister, St. Therese Parish, San Diego | 1992 – present |
| Parish Council (Communications Chair) | 1996-1998. |
| Little League Umpire (Volunteer) | 1992 - present |
| San Carlos LL Umpire-in-Chief | 1994 – 1998 |
| District 33 Patriot League (Seniors) Umpire-in-Chief | 1997 – 2008 |
| Synchronized Swimming Judge (volunteer) Level III | 1994 – 2008 |

## MOST VALUED AWARDS

1973 – US Army Meritorious Service Medal
1986 – US Army Meritorious Service Medal (1st Oak Leaf Cluster) while serving in US
    Air Force
1987 – Department of Defense Commendation Medal
1996 – Foundation For Improvement of Justice Medal ($10,000 award)
1999 – Physician of the Year, San Diego County Child Abuse Coordinating Committee
2001 – Little League Umpire Service Award
2002 – First Responder Award (San Diego International Airport)
2003 – Empty Shoes Award (Parents of Murdered Children)
2007 - Selected for Europe/Middle East/Africa Little League Regional Tournaments

## DECLARATION OF HARRY J. BONNELL, M.D.

## REGARDING ROBERT ROBERSON

I, Harry J. Bonnell, M.D., am over the age of twenty-one and competent to make this declaration. I declare as follows:

1.   I am a medical doctor, currently self-employed as a Forensic Pathology consultant licensed to practice Medicine in the State of California. A true and correct copy of my curriculum vitae is attached as **Exhibit A**.

2.   I attended Georgetown University Medical School in Washington, D.C., and graduated from that program in 1979. I have taught at the University of Washington, Madigan Army Medical Center, King County Corrections Center, Uniformed Services University of Health Sciences, University of Cincinnati College of Medicine, and the School of Medicine of the University of California, San Diego.

3.   From 1991-2001, I was the Chief Deputy Medical Examiner for the Office of the Medical Examiner in San Diego, California. I have also been Chief Deputy Coroner and Director of Forensic Pathology of Hamilton County, Ohio, Staff Pathologist in the Forensic Sciences Department at the Armed Forces Institute of Pathology, and Assistant Medical Examiner of King County, Washington.

4.   I have personally performed over 7000 autopsies and provided sworn testimony more than 900 times in the Superior Courts of twenty states, six Federal Court jurisdictions and eight military courts.

5.   I have reviewed and analyzed:



EXHIBIT
APPX 1

- Records of the Southwestern Institute of Forensic Sciences, to include the autopsy report, photos and microscopic slides related to Nikki CURTIS, SWIFS Case number 0456-02-0299JU;

- Medical records for Nikki CURTIS from birth to death;

- Children's Protective Service reports regarding Nikki's caretakers throughout her life;

- Palestine Police Department records and scene photos; and

- Transcripts of the trial testimony of Doctors Janet SQUIRES (42RR90-129), Jill URBAN (43RR54-99), John M. ROSS (42RR3-44), and Thomas R. KONJOYAN (42RR79-90), as well as Nurses Kelly GURGANUS (41RR63-81), Robbin ODEM (41RR81-101), Andrea SIMS (41RR101-152), and Detective Brian WHARTON (41RR152-188).

6. These documents and testimony reveal that:

- There were multiple investigations by Child Protective Services involving the caretakers and the living conditions in which Nikki CURTIS grew up. Persons investigated included the Bowman family, who were caring for Nikki CURTIS until approximately 9:30 pm the day before she became unresponsive under Robert ROBERSON's care.

- Nikki CURTIS suffered from recurrent middle ear infections, starting when she was only days old. These

chronic infections did not respond to antibiotic therapy and ultimately required that the ear drums be surgically pierced and drainage tubes placed.

- Nikki CURTIS also experienced several episodes of apnea, starting at approximately nine months old. She would stop breathing, collapse, and turn blue. These episodes went unexplained and were dismissed by her treating physicians, without explanation, as "breathing-hold spells," suggesting, absent evidence, a scientifically unsound understanding that the events were somehow volitional on the part of a child this young.

- Nikki CURTIS was in the Emergency Room on January 29, 2002, two days before her death, with a fever of 104.5 and respiratory congestion which can block the eustachian tube that drains the ear and thus increase the risk/severity of middle ear infections. Her caretakers reported that she had had severe diarrhea and vomiting for a week before that. She was sent home with prescriptions for an antibiotic and codeine cough syrup.

- On January 30, 2002, the night before her death, Nikki CURTIS was still ill when her caretakers at the time, the Bowmans, asked Robert ROBERSON to retrieve the child from their home and take charge of her, which occurred at approximately 9:30 pm.

- She was brought to the hospital the next morning at approximately 10:00 am unresponsive. Emergency

Room records from Dallas Children's Hospital indicate they relied on social workers for the medical history and did not examine the ears upon admission, even though the Emergency Room record from Palestine Regional Medical Center indicated the ear drums were erythematous (inflamed and possibly infected). The pediatrician who had treated her two days before (ROSS) and who had sent her home with a fever of 104.5 was at the hospital at the time when CURTIS was admitted. Dr. ROSS was summoned to the Emergency Room where CURTIS was being treated and was surprised to find her there. He testified that his clinical notes from that day contained multiple errors, including a statement that his conclusion was that CURTIS had previously been "free of illness" when his notes should have said that she had "a viral illness." He also admitted that his notes were incorrect about when he had last seen her and where. 42RR6-11.

- Neither medical facility performed a lumbar puncture (to obtain cerebrospinal fluid for evidence of meningitis or bleeding) but started the patient on antibiotics which would mask any meningitis or sepsis (blood infection) present.

- The CT report does not mention the presence or absence of central vein or superior sagittal sinus thrombosis which can result from meningitis and cause intra-cerebral

bleeding such as was seen with Nikki CURTIS. The CT imaging (digital records) were requested, but the hospital reports that these records had been subsequently destroyed for whatever reason. Therefore, the evidence upon which Dr. SQUIRES based her testimony is no longer available and thus could not be verified.

- During the early critical period in the Emergency Room of Palestine Regional Medical Center, doctors mis-intubated Nikki CURTIS by inserting the breathing tube too far down her trachea and entered the right mainstem bronchus; this prevented half of her lung from receiving air until the mistake was identified on a later chest x-ray film and the tube re-positioned.

- Retinal hemorrhages (bleeding in the back of the eyes) was attributed to a shaking injury despite the fact that Nikki CURTIS had cerebral swelling and edema which are known to cause retinal hemorrhages.

- A diagnosis of anal trauma was made and anal swabs were obtained purely for evidentiary reasons (per medical record); more detailed examination at autopsy revealed no anal trauma.

- The only person to observe the supposed anal lacerations was Nurse SIMS who was unable to photograph them for no apparent reason and who is also **not** certified as a Sexual Assault Nurse Examiner, meaning that she does not meet the minimum specifications necessary to

practice as such. She is basically a self-appointed SANE expert.

- Her portion of the Emergency department records describes the oral cavity as normal yet she testifies that she could not identify an injury to the frenulum because the endotracheal tube was in the way. Contrary to her erroneous testimony, intubation is known to commonly cause tearing of the frenulum in children

- Her testimony that an anus that dilates in less than 15 sec is indicative of sexual assault must be a personal belief because there is no scientific evidence that documents this theory.

- Robert ROBERSON reported that Nikki CURTIS suffered a short fall from a bed onto a floor. But the Palestine Police Department records do not reflect any attempt to take a precise measurement of this height or to investigate the precise character of the floor (covering, wood vs concrete, etc.). The testimony of Detective Wharton contains only vague testimony that the height was 22-24 inches and that the house was pier and beam construction. Photographs of the scene of the injury show a thin carpet, but no information about the subsurface beyond Wharton's testimony. The fall was unwitnessed so it is unknown whether or not the head impacted first.

- The impacts to the head were not visible until scalp hair was removed at the hospital. Nothing indicates that Nikki CURTIS was undressed or bathed during the period she was in ROBERSON's care beginning some time after 9:30 pm and the time he took her to the hospital before 10:00 am the next morning.

7.    Based on this review and analysis as well as my education, training and experience it is my opinion to a reasonable degree of medical certainty that the existing evidence suggests the possibility of multiple potential causes of death, which were not recognized or investigated at the time. Yet generally accepted clinical standards governing the science of forensic pathology requires that the cause of death be determined with reasonable medical certainty, and that all other possible causes of death be ruled out on a scientific basis. The manner of death, which is an opinion and not scientific fact, relies upon an accurate determination of the cause of death and thorough knowledge of the circumstances surrounding the incident or disease causing the death. For instance, in my professional opinion:

- Based on the lack of evaluation by medical personnel at the time, the diagnosis of intracerebral bleed due to central vein or sagittal sinus thrombosis due to meningitis due to middle ear infection cannot be ruled out as the cause of Nikki CURTIS's death with a reasonable degree of medical certainty;

- The findings on x-ray imaging are consistent with the diagnosis that the intracerebral bleed was due to central vein or sagittal sinus thrombosis due to meningitis due to middle ear infection;

and there are no medical or autopsy findings that rule out that diagnosis.

- The time interval between Robert ROBERSON taking sole care of Nikki CURTIS (9:30 pm on 1/30/2012) and the time last seen apparently normal (approximately 5 am on 1/31/2012) is seven and ½ hours. The non-visible injuries to the scalp and shoulders that were visible only after her head was shaved in the hospital could well have occurred prior to ROBERSON taking sole custody of CURTIS with the resulting subdural hematoma (bleeding from low-pressure small veins) continuing during that time frame until becoming symptomatic (unresponsive). The microscopic appearance of the occipital scalp injury and the subdural hematoma are consistent with this scenario.

- The injury to the frenulum (behind the upper lip) could have occurred during intubation attempts and this complication is well-described in the literature although Dr. URBAN testified that she had never seen it personally; it might also have occurred if ROBERSON was too vigorous in wiping her mouth and face as he described.

- Recent literature confirms that fatal injuries can occur from short falls of less than three feet in height; one study sponsored by the Department of Justice found linear skull fractures after falls of less than a foot onto concrete surfaces. *See* Todd W. Fenton et al., *A Forensic Pathology Tool to Predict Pediatric Skull Fracture Patterns – Part 1: Investigations on Infant*

> *Cranial Bone Fracture Initiation and Interface Dependent Fracture Patterns,* In: Proceeding of the American Academy of Forensic Sciences, Feb. 26, 2009 (Abstract) copy attached. The key component is whether or not the head hits first and takes the full force of the impact. Because the conditions of the fall were not investigated with any precision, the variables are largely unknown. But even as described, the fall cannot be ruled out as the cause of Nikki CURTIS's death with a reasonable degree of medical certainty

Although it was known in the medical literature at the time of this death that increased intracranial pressure (as was present in this case), could cause retinal hemorrhages, many child abuse pediatricians and forensic pathologists were ignorant of this and thought that retinal hemorrhages were proof positive of shaking injuries. This "belief" has previously and subsequently been proven scientifically to be fallacious. *See, e.g.,* S. Agrawal et al., *Prevalence of Retinal Hemorrhages in Critically Ill Children,* 129 PEDIATRICS 1388 (2012); Brett P. Bielory et al., *Fluorescein Angiographic and Histopathologic Findings of Bilateral Peripheral Retinal Nonperfusion in Nonaccidental Injury: A Case Series,* 130 ARCH OPHTHALMOL 383 (2012); L. Gnanaraj et al., *Ocular Manifestations of Crush Injury,* 21 EYE 5 (2005); Fang Ko & David L. Knox, *Pathology of Terson's Syndrome,* 117 OPHTHALMOLOGY 1423 (2010); E. Matshes, *Retinal And Optic Nerve Sheath Hemorrhages Are Not Pathognomic of Abusive Head Injury,* In: Proceeding of the American Academy of Forensic Sciences, Feb. 24, 2010; Marie Hughes & Mike Leach, *Dietary Folate Deficiency And Bilateral Retinal Hemorrhages,* 368 THE LANCET 2155 (2006); P. Watts &

E. Obi, *Retinal folds and Retinoschisis in Accidental And Non-accidental Head Injury*, 22 EYE 1514 (2008).

8.     In summary, the head and shoulder injuries concealed until Nikki CURTIS's hair was shaved could well have occurred prior to ROBERSON becoming the caretaker of CURTIS. In that case, the short fall would be irrelevant except for possibly exacerbating a pre-existing injury. It is, however, not reasonable based on the available evidence to rule out an accidental fall, as described, from causing a serious or even life-threatening injury. Additionally, the fall itself may have been symptomatic of a serious illness that was ultimately the cause of death. The medical findings are all consistent with complications of the underlying middle ear infection and were masked by treatment provided before making a differential diagnosis. There was no anal trauma. The lacerated frenulum was not an intentional injury. Retinal hemorrhages are not indicative of a "shaking" injury and retinal hemorrhages result from increased intracranial pressure and not "shaking". But because the medical personnel in this case seemed to adopt the presumption that child abuse was the root cause from the outset, that presumption appears to have imposed a cognitive bias that prevented them from investigating all reasonable possible causes of death either before or after her death. For instance, Dr. ROSS, who had treated CURTIS two days before and sent her home from the Emergency Room with a temperature of 104.5, offered an unsupported opinion that neither a fall nor an infection could explain CURTIS'S injuries. Dr. ROSS testified that he had no experience as a forensic pathologist or medical examiner. But he speculated that CURTIS's injuries were "intentionally inflicted" even as he admitted that he thinks the law requiring the reporting of suspected child abuse makes

doctors "jump at child abuse diagnoses." 42RR21. Nothing in his testimony suggests that Dr. ROSS was qualified by education, training or experience to offer opinions about the cause of death.

9.    I am not being reimbursed in any manner for rendering this opinion, and if I had been consulted by defense counsel prior to trial, I would have been ready and willing to provide counsel with this opinion and testify if requested. I am still willing to testify if required.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Executed this _6^th_ day of _June_ 2016 in San Diego, California.

HARRY J. BONNELL, M.D.

# EXHIBIT 42

# Pediatric Associates of Palestine

111 Medical Drive • Palestine, Texas 75801
(903) 723-6092

August 24, 2000

To Whom It May Concern:

Nikki Bowman-Curtis is under my care for several apneic episodes. The origin and cause of her apnea at this point is undetermined. She is undergoing extensive testing to determine the cause of her apnea. She is on an apnea monitor at home as well. I feel like it would be in Nikki's best interest to not have her change environment and have her care shifted between different caretakers until such time we can determine the cause of her apnea and its' ultimate treatment. Please feel free to contact me if you have any questions.

Sincerely,

Dr. Karen Ostrom
Pediatric Associates

KO/lp

RECEIVED
AUG 3 1 2000
BY:_____