# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 01, 2025

Ms. Ellen Stewart-Klein
Office of the Attorney General
for the State of Texas
P.O. Box 12548
Capitol Station
Austin, TX 78711-2548

    No. 25-40622   In re: Robert Roberson, III
                     USDC No.

Dear Ms. Stewart-Klein,

This letter will serve to advise that the court has requested a response to the Movant's motions to file successive petition and and to stay execution to be filed in this office by 12:00pm on Friday, October 3, 2025.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686

cc:  Mr. Callie F. Heller