# Exhibit A



Dr. Sanjay Gupta

CNN Chief Medical Correspondent

Sandee LaMotte

Writer and video producer



**G**aining momentum with every win, a disturbing defense strategy is invading courtrooms across America. Its target: shaken baby syndrome — a devastating cascade of injuries that can lead to life-long brain damage in an infant, even death.

A small but vocal group of defense witnesses are telling the courts that the science behind shaken baby syndrome — also known as abusive head trauma, or AHT — has

been debunked.

This attack on medical science is overturning convictions and setting legal precedent in the nation's highest courts — even persuading the late Supreme Court Justice Ruth Ginsburg.

But there's a problem. Major medical associations and child abuse specialists say these claims just aren't true.

"Medical science, itself, is now on trial," said Dr. Suzanne Haney, the chair of the American Academy of Pediatrics Council on Child Abuse and Neglect, in a powerful op-ed published in May.

Child abuse specialists say these witnesses are confusing judges, juries, medical examiners and the media with theories for a child's injuries that may hold little to no scientific validity.

Their efforts are even keeping cases of alleged child abuse from coming to trial.

We begin with the story of one of those cases.





*A* tiny hand reached out and grabbed a huge fistful of first birthday cake. Bringing it to her mouth, little Rehma Sabir's eyes widened as she realized her good fortune.

"She went nuts on that cake," remembers Anupendra Sharma, a family friend. "She was beaming. She would take a piece and offer it to the grandmothers. It was adorable."

As the only grandchild, Rehma's birthday was a special occasion no family member wanted to miss. Rehma's parents, Sameer Sabir and Nada Siddiqui, held her party on the weekend before her special day so relatives could fly from London and Toronto into Cambridge, Massachusetts.

"It was a really happy weekend," Sameer said. "Everything seemed right with the world."

Two days later on Rehma's actual birthday — January 14, 2013 — all that changed.

## 'We can't wake Rehma up'

Rehma was still asleep when her nanny of six months, 34-year-old Aisling Brady McCarthy, arrived around 8 a.m. Nada recalls Rehma woke, ate her breakfast, then

cheerfully played with her birthday presents while both women watched.



Aisling Brady McCarthy talking to Sameer Sabir at Rehma's birthday party.   Simi Rabinowitz Photography

The newly minted 1-year-old was active and curious, Nada said, putting blocks into the holes of a sorter and playing choo-choo with her new toy train. Rehma pretended to have a tea party, using two dainty fingers to sip from her teacup.

When Nada headed to work around 9:30 a.m., Rehma burst into tears. Crying when left with her nanny had become commonplace for Rehma, Nada said, but she considered it simply age-appropriate separation anxiety.

To make sure all was well, Nada texted Ash, as the family called her, at 10:14 a.m. Ash replied that Rehma was asleep.

How odd, Nada thought. Rehma was always on the go, so napping at that time of day was highly unusual. Nada tried to shrug off her concern: After all, Rehma was likely tired from the weekend's birthday festivities.

Over the next six hours, several people entered and left the apartment, but only saw Rehma on a baby monitor, asleep in her crib. Sameer's parents arrived at 11:30 a.m. and asked to see Rehma, but were told not to disturb her nap. After waiting for well over an hour, they left to have lunch and run errands.

During their wait, at approximately 12:15 p.m., a friend of the family dropped off her nine-month-old son for Ash to watch. She too did not see Rehma awake, neither then nor when she picked up her son at 4 p.m.

5

Around 4:30 p.m. Sameer's parents returned, and were quite surprised to see Rehma on the baby monitor, still asleep. Ash told them Rehma woke around 1:20 p.m. and had eaten a bit before slumping in her high chair as if tired. She had then put Rehma back in her crib and the baby had slept ever since.

Concerned, Rehma's grandmother entered the baby's room, rushed to the crib and tried to wake her.

Just then, Nada returned home.

6

0:00

Nada: "Someone said, "It's her birthday.' Someone said, 'Oh, my God!'"

"You know how people talk about how there's a moment when your life changes and you always remember that moment?" Nada said. "I remember walking into the doorway of our apartment building and looking up and hearing Ash say, 'Nada, something is wrong. We can't wake Rehma up.'

Nada recalled running up the stairs to find Rehma in her grandmother's arms. She was breathing, but her eyes were closed and her body was jerking.

"And then, it was just a rush of memories. There were just policemen in the room and they were crouching by her … paramedics, fire department," Nada said.

"Someone said, 'It's her birthday.' Someone said, 'Oh, my God!' "

# 'This is irreversible'

Rehma was in a coma when she arrived at the emergency room at Boston Children's Hospital. Doctors in the intensive care unit noticed injuries that were telltale signals of child abuse: bleeding inside Rehma's brain and behind her eyes, as well as bruising on her skull and along her spine.

Hospital X-rays found more red flags: healing fractures in Rehma's left arm and leg, along with new compression fractures in her spine.

"I remember that my first reaction when the doctor said that was, 'How is that

7

possible?'" Nada said. "I don't understand how a little girl can have fractures that are healing ... and no one ever picked up on it.

"No doctor. Not me, her mother who was with her all the time. Not her nanny who was with her all the time," Nada added. "She just showed no signs."


## About this series:

This series is the culmination of several years of reporting by CNN staffers who meticulously examined hundreds of pages of legal and medical documents obtained through Freedom of Information requests.

CNN also thoroughly reviewed hundreds of published studies on the many aspects of abusive head trauma and consulted more than 50 medical and legal experts on both sides of the dispute over the science of shaken baby syndrome.


It's possible to miss such injuries, explained Rehma's pediatrician, Dr. Michael Yogman, because doctors try to avoid damaging radiation from X-rays during infancy.

"That's the surprising thing about babies," Yogman said. "They can have fractures and not show any discomfort. Obviously, if she had shown some discomfort, we probably would have jumped at getting X-rays at that point."

As medical concerns began to mount, a call went out in the wee hours to child abuse pediatrician Dr. Alice Newton, asking her to review the case. Newton is one of a few hundred specialists in the country who undergo an additional three years of training beyond medical school to become board certified in child abuse.

In that role, Newton has been at the epicenter of several high-profile Boston child abuse cases, earning accolades from child protection advocates and ire from defense

attorneys and parental rights groups.

Newton's first stop was the radiology department to view scans of Rehma's brain. Looking at the CT scan performed just after Rehma arrived at the hospital, she was worried by the severe swelling eliminating the typical hills and valleys that make up a brain's architecture.

Newton turned to the MRI of Rehma's brain, taken about six hours after the CT scan, along with the results of a state-of-the-art high contrast scan that shows changes at the cellular level.

"Her brain stem was already swollen," Newton said, pointing to the scans during an interview with CNN's Chief Medical Correspondent Dr. Sanjay Gupta. "The brain was herniating or swelling so much that it was coming out of the cranial cavity."

Gesturing to some white areas of the scan, she added, "This is all brain tissue that is dead or dying, and that is going to lead to her death.

"This is irreversible when we see this."

## The dangers of shaking

S haken baby syndrome is a subset of abusive head trauma, or AHT, defined by the US Centers for Disease Control and Prevention as an injury to the skull or brain of a child under 5 due to "inflicted blunt impact and/or violent shaking."

Benjamin Dowling    Courtesy Dowling Family

According to the nonprofit National Center on Shaken Baby Syndrome, approximately 1,300 children in the United States are reported to be victims of abusive head trauma each year. Because symptoms may be easily misdiagnosed and therefore unreported, child abuse specialists say the actual incidence of AHT is much higher.

Approximately 25% of diagnosed cases of abusive head trauma are fatal, experts say. Some 80% of the survivors will suffer lifelong disabilities, which may contribute to an early death.

When five-month-old Benjamin Dowling suffered abusive head trauma in 1984, his injuries were so severe that he lived with permanent brain damage until his death in 2019.

Maintaining her innocence, the babysitter charged with the abuse pleaded no contest to attempted murder and aggravated battery. She was sentenced to 60 days in jail on the weekends and three years of probation.

However, forensic experts recently ruled Benjamin's death 35 years later was directly caused by the prior trauma. Based on that ruling, a Florida grand jury indicted the now

59-year-old babysitter on new charges of first-degree murder. She was arrested in July, pleaded not guilty, and is currently awaiting trial.

10

0:00

Animation of how shaking an infant is thought to injure the brain.

Animation courtesy of forensic pathologist Dr. Daniel Davis, Expert Digital Solutions, Inc.

Here's what child abuse specialists believe happens when a baby is violently shaken:

The force propels the infant's brain back and forth inside the skull, tearing tiny bridging veins at the top while severing nerve fibers deep inside the brain.

The resulting cell damage triggers inflammation and initiates a tragic cascade of swelling throughout the brain and brainstem, leading to seizures and abnormalities with heart rate, blood pressure and the ability to breathe.

Babies who are shaken often have swollen brains; bleeding in the back of the eyes, called retinal hemorrhages; and bleeding under the dura, a membrane between the brain and the skull, called a subdural hemorrhage.

Despite the devastation happening inside the skull, there may be no external physical signs of trauma.

# Injury to the neck

No one knows the amount of force needed to shake a baby to death. The

definitive study — a randomized trial in which researchers shake live babies of various ages — will obviously never happen.

Biomechanical studies have attempted to recreate the injuries by shaking live lambs and piglets, mechanical recreations of babies, or "dummies," and even dead babies. The results have been mixed.

Critics of the science behind shaken baby syndrome, including Wisconsin Innocence Project co-founder Keith Findley, say basic physics show "pure shaking, that is, shaking alone" wouldn't produce the brain and eye bleeding seen in AHT.

"And if it did generate forces sufficient to create subdural hematomas and then retinal hemorrhages, it would almost certainly fracture the neck," Findley added. "All of that force has to transfer biomechanically."



"Soft, cartilaginous cervical vertebrae don't break."

New techniques see injury at the base of the neck.

Dr. Daniel Davis, Expert Digital Solutions, Inc.

Child abuse specialists disagree. A baby's neck isn't likely to fracture during shaking because "loose musculature in infant necks" offers little resistance during shaking and "soft, cartilaginous cervical vertebrae don't break," said retired child abuse pediatrician Dr. Robert Reece, editor of the book, "Child Abuse: Medical Diagnosis and Management."

In addition, specialists point to newer science using expensive autopsy and MRI techniques that found injury can occur at the hinge between the base of the skull and the spine where the brain stem is located.

the spine where the brain stem is located.

"When we started doing that, we found out, lo and behold, there is injury to that area, which explains why these children have disordered breathing or stop breathing," said Penn State pediatric neurosurgeon Dr. Mark Dias, who conducted one of the studies.

# Bloody baby wipes

Police began searching Sameer and Nada's Cambridge apartment the next day. Behind Rehma's changing table, detectives found a piece of drywall missing. A police report described it as "consistent with being damaged by forceful contact with the corner" of the table.

The damage was not there before they left for work, Sameer and Nada told authorities.

Drywall residue from the Sabir apartment, described as "consistent with being damaged by forceful contact with the corner" of the table.

**Middlesex County District Attorney's Office**

Next to the changing table, police found human blood on six baby wipes discarded in a diaper pail. More blood was found on a baby wipe in a kitchen garbage can, on a pillowcase and blanket in Rehma's crib and on the onesie Rehma was wearing. DNA testing confirmed it was Rehma's, according to the prosecution.

None of the family had seen blood on Rehma or knew of any injury that would explain the discovery.

An upstairs neighbor told police she had heard Rehma screaming and crying around

the time Nada left for work. At 9:30 a.m., the neighbor said the crying became so "extreme" that she came downstairs and began knocking on the front door. She told police she could hear the baby "often gasping for its breath between cries."

The neighbor told police she then began "pounding" on the door, timing her knocks between cries. No one responded. The crying continued while the neighbor, who worked from home, went back upstairs to prepare for a 10 a.m. conference call.

By the time her 20-minute call was over, she said, the crying had stopped.

# 'It all went south very quickly'

*A*t the hospital, Newton and her team of specialists were hard at work on their differential diagnosis. That's a term doctors use to explain how they review and eliminate conditions that might cause the symptoms they see.

In cases of suspected child abuse, the list of possibilities is long and includes a host of metabolic diseases, genetic syndromes, tumors, clotting disorders, infections and vitamin deficiencies.

Potential causes are carefully crosschecked with a child's medical record and a thorough interview of the family. If needed, appropriate tests are run.

## Do you have a story to tell?

Do you know a child who has suffered from abusive head trauma? Write us at abusiveheadtrauma@cnn.com. We may reach out to you for a future article

abuse.seattletimes@cnn.com. We may reach out to you for a future article.

Rehma's family had previously flagged one potential concern to doctors: her history of easy bruising. Rehma had sustained bruises on three occasions that were worrisome, Sameer said, so "we were fairly persistent with our pediatricians" to investigate any potential cause.

When Rehma was 10 months, she had a full workup by a specialist in blood disorders at Boston Children's Hospital. The hematologist found a small deficiency in a blood clotting protein called von Willebrand factor. But Rehma had Type O blood, which is often associated with a mild deficiency. Rehma's lower levels, said the specialist, were not enough to consider her at risk for bleeding.

"This baby did not have a bleeding disorder," said Yogman, Rehma's pediatrician, whose office ordered the tests. "She had some of the problems that we see every day in the first year of life — feeding issues, some reflux — but by and large she was a healthy little girl."

Newton and her team decided there was only one credible explanation for Rehma's condition:

> "Rehma's head injuries were consistent with a violent shaking as well as impact to her head either by directly striking the head or causing the head to strike another object or surface," Newton would later conclude in her official ruling. "There is no other explanation."

The abuse had to have occurred that day, Newton maintained, because immediately after the injury, Rehma would not have appeared normal.

15

> "Rehma would not have been able to track people with her eyes, sit on her own, play with toys, hold a bottle, drink from a bottle, or eat and chew food," Newton concluded.

Holding vigil in the ICU, Sameer and Nada were slowly losing hope that their baby girl would recover.

"I was just sitting in the room watching the monitors," Sameer said. "The nurse came in the room and checked her pupils. One of her pupils had dilated, which was a bad sign. And it all went south very quickly from there."

Nearly 48 hours after she was found unresponsive in her crib, Rehma Sabir was declared brain dead.

"Sameer asked me to come to the back of her room and we sat there," Nada recalled, slowly and quietly. "And I remember he just took my hand and said, 'She's gone.'"

"I didn't fight, I didn't do anything," Nada continued. "And I remember leaving that room thinking that my life was over."

# The nanny

Aisling Brady McCarthy    Middlesex District Attorney's Office



As the only person caring for Rehma after her parents left that day, Aisling Brady McCarthy was at the center of the police investigation.

In statements to the police on January 15 and 16, McCarthy said Rehma "was cranky as usual," but ate her breakfast and then played with her tea cups and train. McCarthy said Rehma was "whiny," after Nada went to work, so she put her down for a nap around 10:15 a.m. Rehma woke just after 1 p.m. and McCarthy said she placed her in her highchair. She said Rehma only ate two spoonfuls of food but held her bottle independently and had normal eye contact.

After leaving Rehma briefly, McCarthy told police she returned to find Rehma with her head down. The baby had "heavy" eyes and looked "sleepy," McCarthy said, so she took Rehma back to her crib, singing as they went.



Rehma playing with her grandmother at her birthday party.
**Simi Rabinowitz Photography**

Rehma remained in her crib from approximately 1:30 p.m. until she was found unresponsive around 4:30 p.m. McCarthy said she checked on Rehma around 2:30 p.m. and again at 4 p.m., and the baby showed no signs of distress.

According to the Commonwealth's Statement of the Case, McCarthy "admitted she had sole care and custody of Rehma" all day; she also denied any "accidental or other trauma to Rehma" and had no explanations for her injuries.

Because McCarthy was considered a flight risk — her visa had expired and she was in the United States illegally — prosecutors moved quickly to keep her from leaving for Ireland, her native country. McCarthy was soon indicted by a grand jury for murder and

17

assault and battery and held on $500,000 bail.

---

McCarthy pleaded not guilty to both counts. CNN reached out to McCarthy via her former lawyer, a family priest in Ireland and family members in the United States to request an interview. The inquiries went unanswered.

---



McCarthy speaks to family members at Rehma's 1st birthday party.

Simi Rabinowitz Photography

For Nada and Sameer, it was unthinkable that a woman they liked and trusted could have hurt their daughter. They pinned their hopes on the autopsy, hoping the results would provide an alternative answer.

"For a very long time, we felt sorry for Ash and we did not have bad feelings towards her," Nada said. "We struggled with it because she was our friend.

"We kept thinking something is going to turn up. There will be some rare condition [Rehma] passed away from," Nada said. "If we had to lose our daughter, we hoped it was to that and not to this horrifying scenario."

## What the autopsy report found

*H* few months later, Boston medical examiner Dr. Katherine Lindstrom released the autopsy report. She found blunt force injuries behind Rehma's right ear, on her back and right buttock, and healing fractures in Rehma's left arm, leg and upper back.

She also found typical signs of abusive head trauma: detached retinas and widespread bleeding in both eyes; blood in the subdural layer of the brain, which is the tissue between the brain and skull; and swelling in Rehma's brain and spine.

She concluded Rehma's death was caused by complications of blunt force trauma to the head. It was, she said, a homicide.

19

0:00

Gupta: "The brain is so swollen ... no room in the skull, it's gotten so big."

Child abuse pediatrician Newton wasn't surprised by the findings.

"Rehma did have quite a terrible bruise, which I think was related to being thrown down on the side of her head and her ear," Newton told Gupta as she pointed to Rehma's CT scan.

---

"It is my opinion that Rehma was subjected to violent force," Newton said. "I believe she was shaken and slammed."

---

Reading the autopsy was excruciating for Nada and Sameer, confirming their worst fears.

"Rehma didn't pass away peacefully in her sleep," Nada said through tears. "I try not to think about what she must have gone through. It just destroys my brain when I do that ..."

# Media scrutiny took a toll

he story of McCarthy's arrest for Rehma's death made international headlines. There was a media frenzy not unlike that of another Boston case, the historic 1997 "Nanny Trial" of 19-year-old British au pair Louise Woodward, broadcast live on Court TV.



A newspaper montage of the Louise Woodward trial in 1997.

Paul Vicente/AFP/Getty Images

The attention took its toll on Nada and Sameer.

"I just felt like we couldn't catch a break," Nada said. "We couldn't be left alone just to be sad, to remember her."

The grieving couple said news crews camped out in their front yard, spurred on by defense team speculation that Rehma's healing fractures occurred while the family traveled to visit relatives over the holidays. The defense also told the press that Rehma was not a victim of abuse but was a sickly, malnourished child.

The family had videos of Rehma taken during their holiday travels that showed a lively, curious child who was full of energy – laughing, crawling and pulling herself up on furniture. But Nada and Sameer choose not to make them public.

"The media just wanted a story. I don't want to add to a story, she's my daughter," Nada said. "This had become about Ash, and shaken baby syndrome and a controversy. Everyone forgot this is my daughter."



21



0:00



## Continue the story

**CHAPTER TWO**
## Science under attack

**CHAPTER THREE**
## Punched in the gut

# CREDITS

**CHIEF MEDICAL CORRESPONDENT**

Dr. Sanjay Gupta

**WRITER AND VIDEO PRODUCER**

Sandee LaMotte

**SUPERVISING PRODUCERS**

David Allan, Kevin Flower and Cathy Straight

**SENIOR EDITORS**

Brandon Griggs and Jamie Gumbrecht

**CAMERA AND SOUND**

Nikki Bramley, Gregg Canes, Damir Loretic, John
O'Conner and Ken Willinger

**VIDEO EDITOR**

Johnny Hutchens

**DESIGN & DEVELOPMENT**

India Hayes, Alicia Johnson and Kenneth Uzquiano

**MOTION GRAPHICS**

Kelly Flynn

**INTERACTIVE DIRECTOR**

Sean O'Key

**PHOTO EDITOR**

23

5/5/25, 11:44 AM          Case: 25-40622          Document: 20-2 Justice for Rehma Sarago birthday ...

Page: 25    Date Filed: 10/05/2025

Rebecca Wright

© 2021 Cable News Network.

A WarnerMedia company

All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.

Terms of Use
Privacy Policy
AdChoices





Dr. Sanjay Gupta
CNN Chief Medical Correspondent

Sandee LaMotte
Writer and video producer



*R*eeling from shock, Sameer Sabir and his wife Nada Siddiqui stared blankly at the district attorney for Cambridge, Massachusetts.





Rehma Sabir during her 1st birthday party.    Simi Rabinowitz Photography

She had just told them she was dropping charges against their Irish nanny, Aisling Brady McCarthy, accused of shaking their infant daughter Rehma to death on her 1st birthday.

After nearly three years of waiting for the trial Sameer and Nada believed would tell the world how Rehma was harmed, McCarthy was being set free.

"Rehma did not have her day in court," Sameer told CNN Chief Medical Correspondent Dr. Sanjay Gupta. "She did not have her chance at justice."

In 2013, Boston medical examiner Dr. Katherine Lindstrom had ruled Rehma's death a homicide by blunt force trauma, in what child abuse specialists called a classic case of shaken baby syndrome, also known as abusive head trauma, or AHT.

27

Now, just weeks before attorneys would try Rehma's case, Lindstrom had changed her mind. Instead of blunt force Rehma may have died from a brain bleed of unknown cause.





Aisling Brady McCarthy    Josh Reynolds/The Boston Globe/AP

In the United States on an expired visa, McCarthy was quickly deported to her native Ireland. CNN reached out to McCarthy through family members in the United States, her former lawyer, even a family priest in Ireland. The requests for an interview went unanswered.

In a 2016 interview with a Boston Globe columnist McCarthy maintained her innocence and said she grieves for Rehma.

"I looked after Rehma 10 hours a day, five days a week," she told the Globe at the time. "I stayed over to help her sleep train. I've been looking after kids since I was 13."

In a separate story, McCarthy's lawyers told the Globe the case was a rush to judgment, calling it a "Shaken Baby Syndrome (SBS) prosecution … based on a scientific hypothesis that has crumbled over the last decade."

## Why Lindstrom changed her mind

*I* n her official announcement, Lindstrom said she based her turnabout on a range of materials not available at the time of the original autopsy.

Boston Medical Examainer Dr. Katherine Lindstrom, testifying in an unrelated case. **Chris Christo/The Boston Herald/AP**

The reversal came after she was provided opinions by the nine medical experts hired by McCarthy's defense team.

Some of those experts have testified in hundreds of cases across the country or played key roles in obtaining acquittals or appeals for people accused of shaking a baby. Several question methods used by specialists to diagnose abusive head trauma, while others are severe critics of the science behind shaking, calling it flawed and disproven.

All have presented alternative theories they say can "mimic" the symptoms of shaking — including theories which mainstream practitioners say are speculative or unproven in particular cases.

"While I do not agree with all of the conclusions that are drawn by the various experts they do present a significant amount of additional information," wrote Lindstrom in her announcement.

"In particular the overall state of Rehma's health and her past medical issues raise the possibility that she had some type of disorder that was not able to be completely diagnosed prior to her death," Lindstrom wrote.

30

CNN asked the medical examiner's office on four occasions for an interview with Lindstrom to discuss the reasons for her change of opinion. The office declined each time, and provided a statement saying Lindstrom could not comment because "medical information relating to a specifically named individual, including information drawn from autopsy reports, is by statute private and confidential."

CNN also reached out directly to Lindstrom twice. She did not respond.

## 'They threw spaghetti at the wall'

Fueled by grief and anger, Sameer became a driven man. He filed a Freedom of Information Act request and obtained all of Rehma's medical records and legal filings, including statements created for the defense by the nine doctors.



Nada and Sameer hold baby Rehma.    Bella Wang Photography

He shared those files with CNN; we verified the documents and obtained additional records from the district attorney's office.

In those nine opinions, there were dozens of competing explanations for Rehma's brain injuries: cardiac arrest, choking, vomiting, a blood clot from infection in her middle ear, stroke, a short fall from a bed, metabolic disorders, bleeding disorders, various rare inflammatory diseases, and more.

None of the medical defense witnesses felt Rehma's injuries were caused by inflicted

trauma.

Sameer and Nada were bewildered. These defense witnesses were provided with the same medical facts as the doctors who cared for Rehma, yet they had failed to provide any unifying theory to explain her injuries.

It was, Sameer said, as if "they threw spaghetti at the wall, hoping one theory sticks."

# Defense opinion: Rehma may have died of a rare disease

I n his opinion, Wake Forest pathologist Dr. Patrick Lantz said it was "probable" that Rehma died of an extraordinarily rare inflammatory disease called acute necrotizing encephalopathy, or ANE. Two other defense witnesses, British pathologist Dr. Waney Squier and Dayton Children's Hospital of Ohio geneticist Dr. Marvin Miller, reached the same conclusion.

---

### Acute necrotizing encephalopathy

First identified in 1995, ANE appeared almost exclusively in children of Asian descent, particularly in Japan and Taiwan. It's an extremely rare disease, with just over 110 reported cases worldwide.

A distinctive feature of the disease is an attack upon the brain's thalamus, which relays motor and sensory signals to the brain's control center.

---

32

Yet the symptoms of ANE did not match the facts in Rehma's case, experts told CNN. Children with ANE develop fever, vomiting and diarrhea for several days, followed by neurological problems such as seizures, hallucinations and abnormal muscle tone. Family and friends saw none of those symptoms in the days before Rehma's death.

"We spent time with her and she was perfectly healthy and happy," said Silvia Gomes, Nada's sister-in-law. "A sick baby doesn't go around with never-ending energy, doesn't play and laugh and enjoy company the way she did."

Celebrating Rehma's 1st birthday two days before she was fatally injured.   Simi Rabinowitz Photography

Another key point: Neurologists say anyone stricken with ANE will have distinctive lesions in their brain, in an area called the thalamus. Those markings would be visible on an MRI.

Rehma's brain scans, provided to the defense and reviewed by Lantz and Squier, showed no such telltale lesions, said Dr. Alice Newton, the child abuse pediatrician who investigated Rehma's case.

"This image doesn't support the defense witness allegation," Newton said, pointing to the unscathed thalamus on Rehma's MRI she would have submitted as evidence if the case had gone to trial.

33

0:00

Newton: The thalamus in the center of Rehma's brain was undamaged.

Miller declined an interview and said he stood by his report. Squier and Lantz explained their reasoning in separate phone interviews with CNN.

Rehma's brain had "widespread inflammatory cuffing around the blood vessels," and "blood clotting in the small vessels," which was not a "typical pattern" one would see in brain swelling after trauma, Squier said.

However, Newton referenced studies which show otherwise, explaining that trauma produces inflammation "as a generalized reaction when cells are dying."

Lantz also pointed to elevated signs of inflammation, specifically tumor necrosis factor alpha and Interleukin 6 and 13, "which you would not typically see in a case of trauma to the brain."

Yet an internet search of peer-reviewed studies quickly found all are key responses to brain trauma, typically as the body's way of reducing inflammation.

Lantz, who told CNN he frequently works for the prosecution in abuse cases, believes shaking is often misdiagnosed by pediatricians on the basis of retinal bleeding "when in fact it may be some other disease process."

34

# Or maybe she had a bleeding disorder

*D*efense witness Dr. Michael Laposata, who chairs the pathology department at the University of Texas Medical Branch in Galveston, suggested Rehma died from a bleeding disorder called von Willebrand disease. It's a genetic disorder caused by low levels of a clotting protein called von Willebrand factor.

Rehma Sabir after she 'plopped down' during her 1st birthday party

Simi Rabinowitz Photography

Laposata declined an interview, saying he was "confident of my conclusions and do not want to be involved in a public debate." He told the Houston Chronicle in 2019 he leads a team of doctors which conducts pro bono evaluations of medical records for parents accused of child abuse. Sometimes the team agrees with the abuse diagnosis but at other times they find mistakes or missed medical problems.

In Laposata's report for McCarthy's defense, he said "daily handling" of Rehma could produce "bruising (and) bleeding," and suggested her brain injury began when Rehma "repeatedly 'plopped' down on her bottom during her birthday party on January 12."

Rehma's medical records show von Willebrand disease had been ruled out by a hematologist when Rehma was 10 months old, then ruled out again by a blood specialist at Boston Children's Hospital just before her death.

Despite that, Lindstrom appeared to be heavily swayed by Laposata's theory: "I believe that enough evidence has been presented to raise the possibility that the bleeding could have been related to an accidental injury in a child with a bleeding risk," she

wrote.

Could that be true? No one in the family had a bleeding disorder, Sameer said, which is one of the diagnostic requirements for von Willebrand disease.

With Sameer and Nada's permission, CNN asked pediatric hematologist-oncologist Dr. Shannon Carpenter to review Rehma's medical records. Carpenter heads the Hemophilia Treatment Center at Children's Mercy Kansas City and co-wrote the American Academy of Pediatrics policy for evaluating bleeding disorders in suspected child abuse cases.

> ### Von Willebrand disease
>
> Von Willebrand disease is an inherited, lifelong bleeding disorder which slows blood clotting due to low levels of von Willebrand factor, a clotting protein. People with this disorder bruise easily, have frequent, long-lasting nosebleeds and excessive bleeding after an injury, surgery or dental work.
>
> Approximately 1% of the US population may be affected. Up to 75% of people with the disease have the mildest form, von Willebrand type 1. According to Orphanet, the presence of bleeding issues in the patient and at least one family member is
>
> "obligatory" for type 1 diagnosis. People with type 0 blood can have 25% to 35% less von Willebrand factor in their blood, which also makes careful evaluation of bleeding scores and family history "essential for diagnosis."

Carpenter said Rehma did not appear to have von Willebrand disease, only a mild deficiency in von Willebrand factor.

"The operative word in this is 'mild'," Carpenter said, adding that the more partient

The operative word in this is "mild," Carpenter said, adding that the more pertinent question is whether a "mild bleeding like von Willebrand's or a platelet function defect, even in combination" would be fatal. It would not, she said.

Rehma's death, Carpenter added, "is not the result of a bleeding disorder any more than multiple fractures are. I think whether or not she had von Willebrand or another mild bleeding disorder is a red herring."

# 'There's no way there would not be a trial'

A s Nada and Sameer read the legal files, their sense of injustice grew. It was as if Rehma had been victimized twice: first by the person they believed shook her to death, then by defense experts they felt ignored key facts in the case.



"Rehma did not have her day in court," Sameer said.

Bella Wang Photography

"No rare disease on earth would enable a gash in a wall or bloody wipes to end up in a pail by themselves," Sameer said, voice rising.

"If two people are left in an apartment in the morning, and at the end of the day, one of them is dead," he continued, "there's no way that there would not be a trial in that situation."

In news reports, McCarthy has consistently denied harming Rehma.

Sameer dug deeper, reading studies and calling experts. He wanted to understand

Sameer dug deeper, reading studies and calling experts. He wanted to understand how such diverse explanations of Rehma's death by defense witnesses could cause Lindstrom to change her mind.

"I expected to find that the science had crumbled and changed, and this [shaken baby syndrome] was debunked theory," Sameer told Gupta. "To my huge surprise, there was actually very little debate."



0:00

Newton: Lindstrom was being asked "to play the role of the judge and the jury."

# 'Battle of the experts'

No less than 24 domestic and international medical organizations acknowledge abusive head trauma as an accepted diagnosis. A survey of

the specialists who do the detective work to diagnose AHT — from pediatric neurosurgery, pathology, radiology, critical care and pediatrics — found the vast majority believe in the science.

"There really is not a controversy in medicine about the existence of abusive head trauma," American Academy of Pediatrics President Dr. Lee Savio Beers told CNN. "The science behind it is really quite clear."

---

Specialists point out that the same medical knowledge used to diagnose abuse is also used to exonerate families accused of shaking or otherwise abusing their infants.

---

"It's a happy day when the child abuse team finds a medical condition that has confounded other clinicians and has led them to think the child is being abused," said Penn State child abuse pediatrician Dr. Lori Frasier.

In a 2015 analysis of 936 suspected child victims of physical abuse at four children's hospitals, pediatricians trained to diagnose child abuse decided 49% of those cases were actually the result of an accident or medical condition. Only 33%, or 306 cases, were classified as abuse, with another 18% declared questionable or unknown.

"Of these 306 cases of abuse, 93 (or 30%) were AHT," study author Dr. John Leventhal told CNN in an email. Leventhal is the former medical director of the Yale-New Haven Children's Hospital Child Abuse program and a Professor Emeritus of Pediatrics at Yale School of Medicine.

He pointed to another 2015 study that focused specifically on diagnosing abusive

head trauma. It was conducted at one children's hospital, UPMC Children's Hospital of Pittsburgh, by child abuse pediatrician Dr. Rachel Berger.

"In Berger's study over almost 6 years there were 223 suspected cases of AHT, and a consultation by a child abuse expert was conducted for each. Of the 223 cases, 117 cases or 52.5% were classified as abuse, and the others were classified as non-abuse," Leventhal wrote.

---

"There are a lot of cases where we either decide the evidence isn't conclusive, or the evidence supports it but we know it isn't abusive head trauma. Those are all cases the public never sees," said Penn State pediatric neurosurgeon Dr. Mark Dias.

---

Yet in court, pediatricians say defense teams reject that mainstream scientific knowledge and instead offer judges, juries, medical examiners and the national media speculative theories that may hold little to no scientific validity.

"Diagnosing abusive head trauma places child abuse pediatricians in the crosshairs of defense attorneys who have increasingly pushed pseudoscientific theories that have no basis in medical research," said the chair of the AAP Council on Child Abuse and Neglect, Dr. Suzanne Haney, in a powerful op-ed published in May.

In addition, defense witnesses often tell juries that child abuse specialists only use a "triad" of symptoms — brain swelling, bleeding in a part of the brain called the subdural and bleeding in the retina of the eye – to diagnose shaking.

40

That's a "clever" defense tactic, said former New York prosecutor Leigh Bishop, who trains investigators on shaken baby cases: "The term 'triad' is not a medical term. It's a courtroom term," Bishop said. "It implies a rush to judgment and a checklist to judgment, and these cases are the absolute opposite of that."

In fact, child abuse specialists say they rule out a long list of possible "mimics" for abuse, such as metabolic diseases, genetic syndromes, tumors, clotting disorders, infections and vitamin deficiencies, to name a few, before they decide a child could be a victim of abuse.

## Do you have a story to tell?

Do you know a child who has suffered from abusive head trauma? Write us at abusiveheadtrauma@cnn.com. We may reach out to you for a future article.

In an ideal world, they say, defense witnesses would do the same. Instead, child abuse specialists say defense experts often "cherry pick" a symptom and claim it's a sign of a rare disease or a speculative, unproven syndrome — or they suggest causes of death

that do not match all the facts about a baby's injuries — just as occured in the Rehma Sabir case.

How did this "battle of the experts" begin? The answer can be traced to another Boston child abuse case that riveted the nation over 24 years ago.

# The 'Nanny Trial'

41

O n a frigid February afternoon in 1997, an ambulance screeched to a halt outside the Newton, Massachusetts, home of 8 1/2-month-old Matthew Eappen. Paramedics were responding to a call from 19-year-old British au pair, Louise Woodward, who said she found Matthew unresponsive in his crib while his parents were at work.



Matthew Eappen on life support at the hospital.

Rushed to the hospital, Matthew was immediately put on life support. Doctors discovered signs of abuse: a large skull fracture, severe swelling and bleeding in his brain and hemorrhages in the retinas of his eyes.

Matthew's mom, Debbie Eappen, was an ophthalmologist who had consulted on abuse cases. Fearful Matthew was the victim of shaken baby syndrome, she decided to look for herself.

"When I looked into Matty's fixed dilated pupils, I saw so much blood in the retina that it was difficult for me to identify the normal landmarks," Eappen recently told CNN. "I

looked into his left eye and found similar findings …

"I knew what this meant," she continued. "Matty had been violated and he might die."



Debbie, Brendan, Matty and Sunil Eappen on a fall hike in 1996.

Courtesy Eappen Family

Despite medical intervention, Matthew continued to decline. When life support was removed five days later, Woodward was arrested and charged with second-degree

murder, accused of violently shaking the baby and slamming his head against a hard surface, causing his death.

Broadcast on Court TV, the so-called "Nanny Trial" became an international sensation. Viewers in the United States and England were fascinated by the defense strategy orchestrated by attorney Barry Scheck, a member of the "Dream Team" that successfully defended O.J. Simpson in his 1995 murder trial.

# The 'rebleed' defense

S check told the jury both the skull fracture and bleeding in Matthew's brain were the result of an older injury, perhaps from a short fall. Defense medical witnesses he called to the stand suggested a pre-existing blood clot in Matthew's brain had begun to "rebleed," leading to the baby's collapse.

British nanny Louise Woodward with her attorney Barry Scheck.

Jim Bourg/AP

"Rebleeding" is a controversial hypothesis used by defense witnesses to explain a subdural hemorrhage – the bleeding between the brain and its tough outer lining — that's frequently seen in cases of shaken baby syndrome.

The rebleed theory maintains some babies have pre-existing blood clots in the subdural area. Some could be from a former injury, but most are from a small bleed caused by the trauma of birth. The clot could sit in the brain for months, the theory says, with new bleeding triggered by a burp or sneeze or even when a baby suddenly plops on its bottom.

43

plops on its bottom.

The fresh bleeding, defense witnesses maintained, could be severe enough to cause the injuries seen in shaking, including coma and death.

Even in 1997, child abuse specialists believed the rebleeding defense to be unfounded. Research since the Woodward trial has continued to validate the mainstream medical view.

"If you did have a rebleed of a subdural hematoma, it would be just a minor kind of leak," said Boston pediatrician Dr. Robert Reece, who was to be the prosecution's rebuttal witness in the Woodward trial.

---

"It wouldn't be anything that was going to be massive or produce the kinds of signs and symptoms that you would see in an acute head injury with brain damage," Reece said.

---

# 'An appalIng decision'

Scheck's defense strategy didn't convince the jury. On October 30, 1997, jurors convicted Woodward of murder in the second degree.



Judge Hiller Zobel    Jim Bourg/AP

But at a hearing nearly two weeks later, Judge Hiller Zobel shocked observers by reducing the charge to manslaughter and sentencing the nanny to time served. Zobel said he based his decision on his belief that Woodward had injured Matthew in a state of "confusion, inexperience, frustration, immaturity and some anger, but not malice" (in

of "confusion, inexperience, frustration, immaturity and some anger, but not malice (in the legal sense)."

For Matthew's parents, the judge's decision was "appalling."

"I could imagine him trying to reduce the number of years in jail," Debbie Eappen said. "I could imagine that. I absolutely could not imagine that he would set her free."

## Enter the Innocence Network



Matty Eappen before his death.    Courtesy Eappen Family

S check had previously co-founded the Innocence Project, a nonprofit legal organization dedicated to using DNA evidence to exonerate the falsely imprisoned. The Woodward trial was not an Innocence Project case, yet it wasn't long before justice projects in a number of states — today part of the Innocence Network — began taking on appeals for shaken baby convictions.

"Many innocence organizations after the Woodward case observed — I think correctly — that a lot of that science was not evidence-based and that something really had to be done to defend people in these kinds of instances where there could be false accusations based on unvalidated science," Scheck told Gupta in an interview.

According to the Innocence Network's website, the shaken baby diagnosis is dangerously flawed and "has been used in courts to send untold numbers of innocent people to prison in what may be the largest cause of wrongful convictions to date."

"The Network's position on SBS/AHT derives from its long-standing concern about the unreliability of the scientific evidence presented in such cases," said Meredith Kennedy, director of the Innocence Network's support unit, in an email.

---

"If you can't do a test for it and you don't have evidence that it occurred then you really shouldn't go to court and say that you are confident that it happened," said former Wisconsin Innocence Project litigator Katherine Judson, now director of the Center for Integrity in Forensic Sciences.

---

Wisconsin Innocence Project co-founder Keith Findley, a vocal critic of the science behind shaken baby syndrome, points to a 2016 report by the Swedish Agency for Health Technology Assessment and Assessment of Social Services, or SBU. The controversial analysis found "insufficient" evidence of "very low quality" to support shaken baby syndrome.

Major medical associations have criticized the SBU report as flawed "to the extent that children's lives may be put at risk," and maintain the science behind AHT has never been stronger.

Don't "kill the messenger," the SBU authors responded, and defended their reasoning for only including two studies out of thousands in their analysis.

But major medical groups, domestic and international, say the Swedish report flies in the face of widespread consensus over the validity of the AHT diagnosis.

"The diagnosis of abusive head trauma can be made with the same medical certainty as any diagnosis in medicine," said Dr. Christopher Greeley, who directs the child

as any diagnosis in medicine," said Dr. Christopher Greeley, who directs the child abuse pediatrics program at Texas Children's Hospital and specializes in the critical evaluation of medical literature.

What doctors can't decide, Greeley added, is who harmed a child.

---

"I can say with 100% medical certainty that abusive head trauma is what a child has, and then I stop," said Greeley. "I can't say 'And then it happened in the sitting room, with Colonel Mustard and a pipe.' That is not a scientific question, that's a legal question."

---

# The growth of 'denialism'

*I*t wasn't long before the appeals mounted by the Innocence Network caught the attention of national media.

News outlets published riveting tales of parents or caretakers claiming to be unjustly imprisoned by overzealous authorities. Reporters quoted doctors frequently hired by defense teams to denounce the diagnosis of shaken baby syndrome.

---

"I think the media likes the innocent person falsely accused narrative," said Penn State's Dias. "And just like the global warming or the vaccination narrative, the media wants to present both sides as if there were some equity or parity between the two."

47

were some equity or parity between the two.

To mount the appeals, Innocence Network lawyers relied on a small group of doctors who denied the validity of widely held medical beliefs about abusive head trauma. Mainstream practitioners soon began calling them "denialists."



Dr. Patrick Barnes testifying during the 1997 Louise Woodward trial.

Jim Bourg/AP

One of the defense witnesses in Rehma's case, Stanford neurologist Patrick Barnes, was an early convert.

Interestingly, Barnes had testified for the prosecution during the 1997 Louise Woodward trial. At that time, he said baby Matthew's injuries were the result of shaking.

Barnes told CNN arguments presented by Scheck during the trial caused him to question the validity of shaken baby syndrome. After further research he began to testify for the defense in shaken baby cases across the country. He says he does not rule out abuse, but believes there are alternate medical reasons for the injuries.

## A key victory sets precedent



Audrey Edmunds    Ida Mae Astute/Disney-Walt Disney Television/Getty Images

Barnes was a key witness in a 2008 victory for the Wisconsin Innocence Project — a new trial for Audrey Edmunds, convicted in 1996 of shaking 7-month-old Natalie Beard to death while babysitting.

48

Barnes relied heavily on the controversial rebleed theory, telling the court something as common as coughing or vomiting could have caused an old blood clot in baby Natalie's brain to begin to bleed again.

When the Wisconsin Court of Appeals ruled in Edmunds' favor the judges made it clear they considered the science behind shaken baby syndrome to be in dispute:

"There has been a shift in mainstream medical opinion," the Wisconsin Court of Appeals said in 2008 as it sent Edmund's case back for a new trial.



Supreme Court Justice Ruth Bader Ginsburg

Ron Sachs/Consolidated News Pictures/Getty Images

It was a decision that would influence judges in shaken baby cases for years to come, including a justice on the nation's highest court.

"Doubt has increased in the medical community 'over whether infants can be fatally injured through shaking alone,'" the late Supreme Court Justice Ruth Bader Ginsburg wrote in a 2011 minority dissent on a shaken baby case. In the majority decision, the high court refused to overturn the jury's conviction.

As for Edmunds, local prosecutors declined to retry her case and she was set free after serving 12 years of her 18-year sentence. Maintaining her innocence, Edmunds would go on to write a book about her experience.

# Defense motives

49

*W*hy would a small group of defense witnesses regularly testify against mainstream medical opinion in shaken baby cases? Critics suggest money is a motive: testifying as an expert witness for the defense or prosecution has become a lucrative cottage industry.

"For the few doctors who speak out against it, I think it's important to consider where their motivations lie, and what other conflicts of interest they may have when assessing their statements," the AAP's Beers said.

However, Barnes, one of the witnesses in Rehma's case, told CNN he stopped "charging long ago," and considers his testimony to be part of his "child protection advocacy."



Dr. Waney Squier   Lucy Young/Shutterstock

Another defense witness in Rehma's case, retired British neuropathologist Dr. Waney Squier, told CNN she too no longer charges a fee.

All of the defense witnesses CNN spoke to said they were concerned about parents being accused and convicted of shaking their babies based on science they discount.

"I'm absolutely appalled there is no scientific evidence whatsoever to support the shaken baby hypothesis," Squier told CNN. "And yet it's put before the courts again and again and is used to take children away from loving parents and put people in prison."

In April of 2016, the Innocence Network gave Squier their Champion of Justice award for her "relentless and courageous" work in more than 160 shaken baby cases worldwide.

50

However, just weeks before receiving the award, the UK Medical Practitioners Tribunal Service had "struck off" Squier's medical license for providing "deliberately misleading and dishonest evidence" while testifying in shaken baby cases. "Struck off" is the British term for revoking a medical license.

---

"Your conduct was of a morally culpable nature" the Tribunal wrote, saying she had "misinterpreted, misstated and misquoted research literature to support [her] own opinions."

---

"From day one I've disagreed with all of the things they said about me," Squier told CNN.

On appeal, Squier's license to practice pathology was restored that fall. But the judge banned her from testifying as a medical expert in shaken baby cases in the UK for three years, calling her conduct in court deliberately "misleading and irresponsible."

Squier recently told CNN she has not changed her opinion: "I am if anything even more certain that the proponents of the shaking hypothesis are mistaken," she wrote in an email.

## 'What you're saying is wrong'

Child abuse specialists said they found the attack on mainstream science in the courts and the national media deeply disturbing.

51

> **Medical organizations endorsing the consensus statement:**
>
> - American Academy of Pediatrics
> - American Association for Pediatric Ophthalmology and Strabismus
> - American Professional Society on the Abuse of Children
> - American Society of Pediatric Neuroradiology
> - Asian and Oceanic Society for Paediatric Radiology
> - Australian & New Zealand Society for Paediatric Radiology
> - Executive Committee of the American College of Radiology
> - European Society of Neuroradiology
> - European Society of Paediatric Radiology
> - Japanese Pediatric Society
> - Norwegian Pediatric Association
> - Sociedad Latinoamericana de Radiología Pediátrica
> - Société Francophone d'Imagerie Pédiatrique et Prénatale
> - Society of German-speaking Pediatric Radiologists
> - Society for Pediatric Radiology
> - Swedish Paediatric Society
> - The Pediatric Society of New Zealand

Concern over the growing success of denialism triggered 17 domestic and international medical organizations to issue a strongly worded admonishment in 2018:

"Defense attorneys and the medical witnesses who testify for them have been disseminating inaccurate and dangerous messages that are often repeated by the news media," the organizations warned in a consensus statement:

"The accompanying defense message — that shaking an infant cannot cause serious injury — will create the additional risk of encouraging dangerous or even life-

threatening caregiver behavior."

It's exactly the kind of message that Rehma's parents – and child abuse specialists everywhere – are trying to counteract.

"We're trying to educate parents that shaking a baby is dangerous — these people are sending the wrong message," said Dias, one of the consensus paper's authors.

"They're gaining traction. That's the disturbing thing." Dias added. "It's time for people in medicine ... to stand up and say, 'No, what you're saying is wrong.'"

## CREDITS



### CHIEF MEDICAL CORRESPONDENT

Dr. Sanjay Gupta

### WRITER AND VIDEO PRODUCER

Sandee LaMotte

*Continue the story*

### SUPERVISING PRODUCERS

David Allan, Kevin Flower and Cathy Straight

### SENIOR EDITORS

Brandon Griggs and Jamie Gumbrecht

### CAMERA AND SOUND

Nikki Bramley, Gregg Canes, Damir Loretic, John O'Conner and Ken Willinger

CHAPTER ONE
A tragic birthday

### VIDEO EDITOR

Johnny Hutchens

### DESIGN & DEVELOPMENT

India Hayes, Alicia Johnson and Kenneth Uzquiano

### MOTION GRAPHICS

Kelly Flynn

### INTERACTIVE DIRECTOR

CHAPTER THREE     Sean O'Key

### PHOTO EDITOR

Rebecca Wright

Terms of Use
Privacy Policy
AdChoices



https://www.cnn.com/interactive/2021/12/health/shaken-baby-syndrome-legal-battle/chapter-2.html                  30/30



Dr. Sanjay Gupta
CNN Chief Medical Correspondent

Sandee LaMotte
Writer and video producer



*I*t was late April 2019. Stormy gray clouds hovered over a Boston courthouse, mirroring the grim mood inside.



https://www.cnn.com/interactive/2021/12/health/shaken-baby-syndrome-legal-battle/chapter-3.html



Ridhima Dhekane    **Courtesy Dhekane Family**

Click. In a courtroom, prosecutors were showing the jury sobering images of the damage inside the brain and eyes of 6-month-old Ridhima Dhekane.

Click. Here was the severe swelling in Ridhima's brain.

Click. Here was her blood-red eye. Her severely damaged retina.

All injuries that occurred, prosecutors argued, when she was violently shaken to death in 2014 by her babysitter.

Sitting in the courtroom in support of the Dhekane family, Sameer Sabir stiffened with each sharp click of the prosecutors' slides.



57



Sameer Sabir with daughter Rehma.   Bella Wang Photography

Despite himself, Sameer began to imagine the images were of his daughter Rehma's brain, her once-twinkling eyes. Rehma had been violently abused on her first birthday in 2013, her nanny accused of shaking her so badly the back of her eyes bled and her brain swelled into her spinal cord, hindering her ability to breathe.

Like the babysitter in this trial, Rehma's nanny maintained her innocence. Unlike this trial, Rehma's case was never heard by a jury.

It was dismissed when the medical examiner changed her mind about Rehma's cause of death; a reversal that occurred after she read opinions from defense medical experts who questioned or rejected the shaken baby diagnosis.

Rehma, Sameer often said, never had her day in court. She was denied justice.

# A club no parent wants to join

*S*itting next to Sameer on the hard bench, Debbie Eappen glanced over in concern. She could feel Sameer's deepening misery, a feeling she shared.



"Matty" Eappen before his death in 1997.   **Source Eappen Family**

Her 8-month-old son Matthew, nicknamed "Matty," had been shaken to death in 1997. Their British nanny Louise Woodward was charged with the crime and convicted of second-degree murder.

Yet shortly after Woodward was convicted, the judge rejected the jury's decision. He reduced the charge to involuntary manslaughter and sentenced Woodward to time served.

Matty too had been denied justice, Debbie Eappen often said.

She and Sameer had become close to the Dhekane family as a newer member of a club no parent wants to join. The Dhekanes were not allowed to watch the trial because they were scheduled to testify, so she and Sameer were sitting in the courtroom in their place.

"It meant a lot to me to be able to be there," Eappen said, "I knew that it was going to be very traumatic ... very difficult for Sameer.

"The idea that an infant who was beautiful and perfect is now dismembered and

you're seeing slides of pictures of eyeballs and brain and you know this is really, really…" Eappen stopped to collect herself.

"You have to almost dissociate in order to look at it," she finally continued. "It's a lot like getting kicked in the gut all day and pretending it didn't hurt."

Rehma Sabir at 10 months.   Bella Wang Photography

# Protecting Rehma's legacy

**T**oday, eight years after Rehma's death, life is much different in the Sabir household. Nada and Sameer have moved to a new home in Boston and welcomed three sons and a daughter into their family.

As scary as it was to bring new life into a world that had taken Rehma's, those four blessings have helped them heal.

"We are forced out of bed every morning," said Nada, "and we look forward to it because we have these little happy faces that greet us. You don't have the luxury of lying in bed and letting awful thoughts take you over."

From far left to right: Zaki, Sameer, Zayn, Nada and Hana Sabir in 2019.

Bella Wang Photography

Family life may consume their daily focus, but keeping Rehma's memory alive is still paramount. Her picture sits next to those of her siblings in the foyer. A montage of her

short life covers a portion of the wall in the family room. Brothers Zaki and Zayn and sister Hanna call her by name and blow goodnight kisses to her picture. Baby brother Rayaan, less than two months old, blows bubbles.



Aisling Brady McCarthy    Keith Bedford/The Boston Globe/AP

"We feel Rehma with us all the time," said Nada. "Not in any supernatural sense … it's like a little reel just constantly playing."

Sameer agreed. "I think about Rehma constantly. I'm sitting in a meeting or having a conversation with somebody she is just there. But I also think about the fact that we left her with someone who hurt her."

The couple won a $4 million wrongful death lawsuit against Aisling McCarthy, the Irish nanny accused of shaking Rehma. The verdict came after McCarthy defaulted on the lawsuit by failing to respond.

---

CNN tried multiple times to reach McCarthy through her lawyer, family and priest; our requests went unanswered. McCarthy has consistently denied that she harmed the baby and told the Boston Globe in 2016 she still "grieves for Rehma."

---

The purpose of the civil suit was not to get money or keep McCarthy from making a living, Sameer said. It was simply to keep McCarthy from writing a book or otherwise making a profit from Rehma's story.

On a visit to Rehma's grave in a cemetery near Boston, he told CNN Chief Medical

Correspondent Dr. Sanjay Gupta why.

"For us, this has become about protecting Rehma's legacy," said Sameer, "and trying to make sure to advocate in some way such that the debunking of good science is rectified."



0:00

Sameer: "I put her into the ground with my own hands … this is the result of shaking a child."

To accomplish that goal, Nada and Sameer created The Rehma Fund for Children. In addition to supporting children's health care agencies in the UK, Canada, Vietnam and Pakistan, the fund paid for a physician training module on abusive head trauma.

The training module lives on OpenPediatrics, an online educational community run by Boston Children's Hospital, and focuses on scientifically validated research on abusive head trauma and the dangers of shaking a child.

The couple funded the training to counter the proliferation of unfounded theories by

62

defense witnesses who maintain a child's neck would have to be broken to create the injuries seen in shaken baby syndrome.

Even though abusive head trauma is recognized by 24 national and international medical associations, the defense approach has resonated in courtrooms and the national media in ways "very similar to the vaccine debate or the climate change debate," Sameer said.

Now, these unsubstantiated theories have trickled down to family courts and medical examiners, affecting decisions about whether an allegedly abused baby's case — like Rehma's — even makes it to trial.

Nada and Sameer with baby Rehma.    Bella Wang Photography

It would be unbearable, Sameer said, if Rehma's case was used in court by a small group of defense experts as fodder for their unfounded theories to explain abusive head trauma.

He wiped tears from his eyes and brushed his hand across his daughter's headstone.

"I want them to see Rehma as the reason people say it's *not* ok to shake a child," he told Gupta. "If that can be her legacy, we would have in some small way contributed to this discourse. Something positive, and not negative."

# Other Boston cases

*S*ameer and Nada were not the first Boston parents to see criminal justice proceedings change dramatically after the death of their young child. Two other Boston medical examiners also reversed their decisions in separate shaken baby cases over an 18-month period from 2014 to 2016.

Just like in Rehma's case, a murder charge was dismissed in the death of 6-month-old Nathan Wilson, who was found by his mother in his crib, lips blue, on March 7, 2010.



Dr. Peter Cummings   **From brainwashedbook.com**

Boston medical examiner Peter Cummings originally ruled Nathan's death a homicide, a result of "blunt/shaken injuries to the head."

But in July of 2014, Cummings changed his ruling. Now Nathan's injuries were from an unknown cause; therefore, the cause of death was "undetermined."

In 2015, Cummings quit his job at the Boston medical examiner's office and in subsequent years did consulting work for court cases, including for the defense in

shaken baby cases. One notable case was that of a three-month-old boy who allegedly died of abusive head trauma.

Cummings could not be reached for an interview prior to publishing this piece. He later declined a reporter's interview request.

He told the Boston Globe in 2016 he changed his findings based on new information. In his consulting practice, he told the Globe he hoped to be a "reasonable voice" in the shaken baby debate, adding that he will tell defense lawyers if he sees evidence of

64

abuse or if the case is not clear-cut.

# Ridhima's case

The third case was the death of 6-month-old Ridhima Dhekane, the murder trial Debbie Eappen and Sameer Sabir were attending in April of 2019.



Ridhima Dhekane before her death.    **Courtesy Dhekane Family**

Ridhima almost didn't have her day in court. Following in the footsteps of her colleagues, Boston medical examiner Dr. Anna McDonald changed her mind about the baby's cause of death.

In her original autopsy report, McDonald said Ridhima died of "Blunt Force and Shaking Injuries" of the head and declared her death a homicide. Then, almost a year after leaving the job, she wrote the medical examiner's office requesting an amendment to the autopsy.

Despite the fact that Ridhima's heart had been transplanted into another infant who was thriving, McDonald said she now believed Ridhima had died due to "sudden unexplained cardiopulmonary arrest."

Dr. Anna McDonald    **From Wake Forest Baptist Health**

The about-face occurred after McDonald went to work with Wake Forest pathologist Dr. Patrick Lantz, a vocal critic of what he says are unreliable means of diagnosing shaken baby syndrome.

65

shaken baby syndrome.

"I didn't even know she had done the case or had reversed her opinion about the cause or manner of death until it came out in the newspaper," Lantz told CNN.

Lantz was one of the nine medical defense witnesses who wrote an opinion about Rehma Sabir's death. Instead of blunt force trauma to the head, Lantz said Rehma likely died of an inflammatory disease so rare that barely more than a hundred people in the world have ever been diagnosed with it.

# Pediatricians react

By the time a third Boston medical examiner reversed another alleged shaken baby's cause of death, some had had enough. News reports questioned the integrity of the medical examiner's office.

The Massachusetts chapter of the American Academy of Pediatrics was outraged and sent a letter to the governor demanding an investigation.

"Such a dramatic change [in a decision] is a very unusual event, and then to have three of them in rapid succession was concerning," said Dr. Stephen Boos, chair of the child abuse committee of the AAP's Massachusetts chapter.

"The medical examiners should have known what they were going to hear from the defense and have already accounted for that in their thinking and analysis," Boos told CNN.

66

Boston's former chief medical examiner, Dr. Henry Nields, who has since retired.   Jonathan Wiggs/The Boston Globe/Getty Images

CNN asked the state's Office of the Chief Medical Officer for a response to these criticisms. Jake Wark, then a public affairs officer for the agency, said he was unable to speak about specific cases, but added that if medical examiners "receive additional relevant information, then they factor it into their analysis, which in some cases could result in a change in their original opinion."

However, McDonald's request to have the autopsy of Ridhima Dhekane changed was denied and trial preparations proceeded when Boston's chief medical examiner, Dr. Henry Nields, agreed to testify.

Nields, who is now retired, had been supervising McDonald at the time of the autopsy and was adamant that Ridhima Dhekane's death was consistent with abusive head trauma.

McDonald declined CNN's request for an interview.

# An ongoing courtroom battle

Creating doubt in advance of a trial is a defense tactic being successfully used in shaken baby cases across the country, said former prosecutor Brian Holmgren, who edited a manual on the Investigation and Prosecution of Child Abuse Cases for the American Prosecutors Research Institute.

67

Typically, both defense and prosecution experts are allowed to discuss a case with a medical examiner in order to prepare their medical opinions. But not all medical examiners, especially those in rural areas and small cities, have a complete understanding of the complicated science of abusive head trauma, he said.

### About this series:

This series is the culmination of several years of reporting by CNN staffers who meticulously examined hundreds of pages of legal and medical documents obtained through Freedom of Information requests.

CNN also thoroughly reviewed hundreds of published studies on the many aspects of abusive head trauma and consulted more than 50 medical and legal experts on both sides of the dispute over the science of shaken baby syndrome.

"That's kind of the new defense vogue," Holmgren said. "They hire a defense expert, bring their report in and see if the medical examiner's office will change up. It has been effective in a lot of these cases, especially with less experienced medical examiners."

Allowing fringe beliefs to color the outcome of a court case as if those beliefs represent mainstream, reputable science is a mistake, pediatricians say.

The legal profession, including the courts, should realize that any single doctor's alternate testimony "doesn't mean the (entire) medical profession has formed a different opinion," the current president of the American Academy of Pediatrics, Dr. Lee Savio Beers, told CNN.

"Medical decision-making and medical diagnosis really shouldn't be influenced by legal pressures (from the defense)," Beers said.

The consequences of this could be deadly, wrote Dr. Suzanne Haney, who chairs he

AAP Council on Child Abuse and Neglect, in an editorial published in May.

---

"Creating confusion about what constitutes abusive head trauma could discourage people from coming forward when they suspect abuse. And it puts vulnerable kids who cannot advocate for themselves at terrible risk," Haney wrote.

---

"In documented cases of abusive head trauma, nearly one-fourth of babies under 1 died," she continued, while "survivors have permanent brain injury, including cerebral palsy, seizures, intellectual disabilities, behavioral problems and learning disabilities. "



Benjamin Dowling    *Courtesy Dowling Family*

On July 3, 1984, in Broward County, Florida, five-month-old Benjamin Dowling survived severe abusive head trauma. Doctors told Benjamin's family he was shaken so badly that nerves were severed, leaving him with severe brain damage.

The babysitter caring for Benjamin, Terry McKirchy, denied hurting him but pleaded no contest to a charge of attempted murder and assault. She was sentenced to weekends in jail for 60 days and three years of probation.

In 2019, 35 years later, Benjamin died. After an autopsy concluded his death was directly caused by his old injuries, McKirchy was indicted this year by a Florida grand jury on a new charge of first-degree murder.

"The facts speak for themselves and this case was presented to the grand jury, which

determined that this was a homicide," the Broward State Attorney's Office said in a statement.

McKirchy, 59, was arrested in July near her home in Sugar Land, Texas, and was voluntarily transferred to Florida. She maintains her innocence and pleaded not guilty to the new charge. If convicted, she could face life in prison.



Benjamin Dowling, age 34, with his mother, Rae Dowling.

**Courtesy Dowling Family**

"There should be justice for Benjamin," said his parents, Rae and Joe Dowling, in a statement released to the press.

"He had to endure several very invasive surgeries," Rae Dowling wrote, "such as the placement of metal rods in his spine. At the age of 18 months, a feeding tube was placed in his abdomen where it remained his entire life. He had rods placed along his spine because he couldn't hold himself upright.

"Benjamin never crawled, fully rolled over, walked, never talked, never fed himself, he never enjoyed a hamburger or an ice cream cone, he could never tell us when he had an itch or anything hurt," she wrote. "When he cried in pain, we as a family and caregivers had to guess as to what was wrong and hope that we could satisfy his need."

The Dowlings' cry for justice haunts Sameer. Ever since news of McKirchy's arrest broke, he has been reliving Rehma's death, wondering what life would have been like for her if she had survived.

He also worries that defense medical experts will use Rehma's case to come up with more unfounded theories for Dowling's death.

70

"The focus always ends up being on the victimization of the accused, but we should always remember that the victims are the children who have been abused," he told CNN.

# 'Impartiality' needed

I n an effort to bridge the divide between medicine and the law, the American Academy of Pediatrics submitted a proposal in 2019 to the Health and Medicine division of the National Academies of Sciences, Engineering and Medicine asking the academies to examine the science behind abusive head trauma.

---

"We have stood more or less silently by and stuck to our professional medical expertise and experience," said retired child abuse pediatrician Dr. Robert Block. "But the other side has captured the media, the other side has captured a lot of court opinions. It's just high time to have that straightened out."

---

The National Academies recently told CNN they are still actively considering the proposal. Once a decision is made and funding is found, the academy would convene a diverse group of experts, including critics of the science behind shaken baby syndrome, to objectively analyze current research on the topic. The analysis from those experts would also undergo an independent external review.

## Do you have a story to tell?

Do you know a child who has suffered from abusive head trauma? Write us at abusiveheadtrauma@cnn.com. We may reach out to you for a future article.

The final report would be considered the gold standard in current research and could then be used by judges to vet expert testimony, say child abuse specialists, thereby removing any battle of the "experts" from the courtroom.

Ultimately "we need to get to a point of impartiality," said retired pediatrician Dr. Robert Reece. "The expert witness should be testifying to the facts for the court, not for one side or the other. The adversarial system doesn't allow for that very easily. I think that needs to be changed."

# The verdict

T he four-week trial of babysitter Pallavi Macharla for the murder of Ridhima Dhekane ended May 13 when the jury reached a verdict after only eight hours of deliberations.

As the jurors filed into the courtroom, Sameer Sabir and Debbie Eappen sat up straighter in their seats.

The verdict: Macharla was guilty of second-degree murder. A bailiff placed her in handcuffs.

Pallavi Macharla was found guilty of second-degree murder in the death of Ridhima Dhekane.   Nic Antaya/The Boston Globe/Getty Images

"Debbie and I were clinging to each other's hand," Sameer said. "It was all really intense."

Sentencing was held the same day. Middlesex Superior Court Judge Kenneth Fishman chose the minimum sentence in Massachusetts for second-degree murder: 15 years.

As Macharla was led away, Sameer was filled with a mixture of sadness and relief.

"There are no winners in any of this," he told CNN after leaving the courtroom. "I can't say I'm happy about the outcome, because her children will lose their mother … but I'm grateful the jury came to the right decision.

"I'm hopeful this may contribute to a better understanding of this issue and to help to protect children in the future," he added.

"People don't realize it's not just about putting that person in jail," Eappen told CNN. "We want our baby back. We want our sense of trust back. We want justice.

"We want to feel that our child actually had the right to be alive and that if someone took our child's life, they should be held accountable. I absolutely think that the jury came to the correct verdict."

73

# A punch in the gut

T hat sense of justice didn't last long. A few weeks later, Fishman announced he was changing the jury's verdict and reducing Macharla's conviction to involuntary manslaughter — just as the judge did in the Louise Woodward trial nearly 25 years ago.

Instead of a minimum of 15 years, Macharla would now serve less than four.

Citing legal precedent which said "doubt has increased in the medical community 'over whether infants can be fatally injured through shaking alone,'" Fishman said "the debate rages on" over the validity of a shaken baby diagnosis.

"This court cannot permit a verdict of second-degree murder to stand in the presence of such highly contested and inconsistent evidence," Fishman wrote in his ruling.



Ridhima Dhekane's parents and sister.

Nic Antaya/The Boston Globe/Getty Images

"It was like a punch in the gut, a literal punch," Sameer said. "What trial was he watching?"

Eappen wrote an anguished opinion piece published by the Boston Globe, arguing that the jury in Macharla's trial had rejected defense experts' unproven theories.

"What is it about killing babies that these judges have trouble punishing?" she wrote. "Should we come to the conclusion that a child's life does not matter in our state? Some judges seem to have more compassion for the perpetrator of a crime against a

child than they value the life of the child."

Sameer vented his feelings in a simiar op-ed: "The 'controversy' surrounding shaken baby syndrome is yet another example of a vocal minority shunning facts in favor of a self-serving narrative and personal gain. The ones who suffer are always the defenseless, voiceless child victims."

In April, 2020, Judge Fishman took another step: He stayed Macharla's sentence while her appeal is pending, allowing her to return home under confinement. She can only leave the house for doctors' appointments and is barred from seeing any children but her own.

Sameer and Nada still struggle to understand the judge's amended verdict and reduced sentence. Sameer fears the decision will make their fight to protect Rehma's legacy more difficult than ever.

"I can see this decision – as well as what happened to Rehma – being used by defense teams across the country to bolster their claims that the science behind shaken baby syndrome is something other than the medically accepted fact it is," Sameer said.

"And that is a travesty of justice, not only for Rehma but for every baby who is shaken or abused."





*Revisit previous chapters*

75

## CHAPTER ONE
# A tragic birthday

## CHAPTER TWO
# Science under attack

## CREDITS

### CHIEF MEDICAL CORRESPONDENT
Dr. Sanjay Gupta

### WRITER AND VIDEO PRODUCER
Sandee LaMotte

### SUPERVISING PRODUCERS
David Allan, Kevin Flower and Cathy Straight

### SENIOR EDITORS
Brandon Griggs and Jamie Gumbrecht

### CAMERA AND SOUND
Nikki Bramley, Gregg Canes, Damir Loretic, John O'Conner and Ken Willinger

### VIDEO EDITOR
Johnny Hutchens

### DESIGN & DEVELOPMENT
India Hayes, Alicia Johnson and Kenneth Uzquiano

### MOTION GRAPHICS
Kelly Flynn

### INTERACTIVE DIRECTOR

76

Sean O'Key

**PHOTO EDITOR**

Rebecca Wright

© 2021 Cable News Network.

A WarnerMedia company

All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.

Terms of Use
Privacy Policy
AdChoices

