# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 06, 2025

Mr. Callie F. Heller
Federal Public Defender's Office
for the Western District of Oklahoma
215 Dean A. McGee Avenue
Suite 707
Oklahoma City, OK 73102-0000

　　No. 25-40622　In re: Robert Roberson, III

Dear Ms. Heller:

This letter will serve to advise that the court has requested a reply to the Respondent's Response/Opposition to be filed in this office on or before October 7, 2025 **by 5:00pm.**

　　　　　　　　　　　Sincerely,

　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　By: _____
　　　　　　　　　　　Mary Frances Yeager, Deputy Clerk
　　　　　　　　　　　504-310-7686

cc:　Ms. Ellen Stewart-Klein