# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 9, 2025

Lyle W. Cayce
Clerk

No. 25-40622

In re Robert Leslie Roberson, III,

*Movant.*

Motion for an order authorizing
the United States District Court for the
Eastern District of Texas to consider
a successive 28 U.S.C. § 2254 application

UNPUBLISHED ORDER

Before Dennis, Haynes, and Duncan, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that, in light of the subsequent ruling by the Texas Court of Criminal Appeals, Movant's opposed motion for authorization to file a successive 28 U.S.C. § 2254 petition is held in abeyance pending the outcome in the state courts.

IT IS FURTHER ORDERED that, given that state ruling which stayed the execution and Movant's subsequent request based on that ruling to dismiss as moot, Movant's opposed motion to stay execution is DISMISSED as moot.